07-859(RBW)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE NW
WASHINGTON, DC 200

RECEIVED

MAY 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN RE
FEDERAL TORT CLAIMS ACT
MAIN CASE
PROOF OF CLAIM

1. MARK EVERSON COMMISSIONER
INDIVIDUALY AND IN HIS
OFFICIAL CAPACITY, **I.R.S.**

2. HENRY PAULSON SECRETARY
DEPARTMENT MENT OF TREASURY
INDIVIDUALY AND IN HIS
OFFICIAL CAPACITY

3. DONALD RAY TAWNEY, JR
INTERNAL REVENUE SERVICE
SUPERVISOR, INDIVIDUALY
AND IN HIS OFFICIAL
CAPACITY **ETAL.**

DEBTORS
DEFENDANTS'
APPELLEES'

1. CIVIC NOS.
1:06 CV
01558 RCL
TRANSFER
2. 1:06 CV
00967 LY-RP

BANKRUPTCY
CASE NO.
06-11164 FRM

ADVERSARY
NO. **07-10008**

RELATED
ADVERSARY NO.
06-01248 FRM
TEXAS

MICHAEL L. BUESGENS
FORMER I.R.S. EMPLOYEE
CREDITOR
ADVERSARY
PLAINTIFF
APPELLANT

APPEAL
ADVERSARY
NO.
07-10008

V.

1. MARK EVERSON COMMISSIONER.
INTERNAL REVENUE SERVICE

2. HENRY PAULSON, SECRETARY
DEPARTMENT OF THE TREASURY

3. DONALD RAY TAWNEY JR
I.R.S. SUPERVISOR
TORTFEASORS     ET. AL.
DEBTORS
CHAPTER 7
DEFENDANTS
APPELLEES

CIVIL NO.
1:07CV
00859
DOCUMENT
22

2

1.

ADVERSARY NO. 07-10008
TITLE APPEAL
TO
U.S. DISTRICT COURT DISTRICT OF COLUMBIA

2.

CREDITOR-ADVERSARY-PLAINTIFF-
APPELLANT MICHAEL L BUESGENS
NOTICE AND REMINDER TO THIS
COURT OF HIS PREVIOUSLY FILED
MOTION AND REQUEST FOR THIS
COURTS ORDER FOR PRODUCTION
OF THE FEDERAL TORT CLAIMS
ACT ADMINISTRATIVE CLAIM-FORM
SF 95 AND EXHIBITS THAT IS ON
FILE WITH

3

MARK EVERSON
COMMISSIONER
INTERNAL REVENUE SERVICE
AND

4

HENRY PAULSON, SECRETARY
DEPARTMENT OF THE TREASURY
AND

5.

DONALD RAY TAWNEY JR
I.R.S. SUPERVISOR
VOLUNTARY CHAPTER 7 DEBTORS
ET. AL.

3

ADVERSARY NO. 07-10008
TITLE APPEAL

6  PLAINTIFF-APPELLANT BUESGENS
IS AGAIN REQUESTING THAT THIS
COURT ORDER THE PRODUCTION OF
THIS **FTCA** TORT CLAIM THAT
SUPPORTS HIS PROOF OF CLAIM
IN BANKRUPTCY NO. 06-11164 FRM
AND

7  ADVERSARY NO. 07-10008
8  ADVERSARY NO. 06-01248 FRM

9  THE FOLLOWING ARE IN POSSESSION
OF THIS 3 LB 4 OZ TORT CLAIM
THAT WAS FILED ON 08/22/2005
AT **8:01AM** WITH THE DEPUTY
GENERAL COUNSEL, DEPARTMENT OF
THE TREASURY, WASHINGTON, DC.

10.  MARY-ELLAN KRCHA
**I.R.S.** TORT CLAIMS MANAGER
832.7 2ND. AVENUE
VIENNA VIRGINIA 22182-5161
PHONE: 703-560-4599

4

ADVERSARY NO. 07-0008
TITLE RECORD ON APPEAL

11
12
KAREN MELNIK
MATTHEW SOLOMSON - 2007-3115
ASSISTANT U.S. ATTORNEYS
555 FOURTH ST. NW E4112
WASHINGTON, DC 20530
A. 1:06 CV-01558 RCL
B. OA-1221060171(W) M.S.P.B.
C. 1:06 CV 01964 RBW

13
R. BARRY ROBINSON
ASSISTANT U.S. ATTORNEY
A. 1:06 CV 00967 LY-RP
B. 1:05 CV 243 SS
C. 06-60777-HUD-FHEO-FHAP
816 CONGRESS AVENUE, #1300
AUSTIN, TEXAS 78701

14
15
DAVID B. ARMBRUST, OWNER
ARMBRUST L BROWN, LLP
100 CONGRESS AVENUE #1300
AUSTIN, TEXAS 78761
A. 1:06 CV 260 LY
B. 1:06 CV 226 LY-RP

5

ADVERSARY NO. 07-10008

16. MICHAEL LYNN SALYARDS, ATTORNEY
AND
17 THOMAS STANTON, ATTORNEY
GENERAL LEGAL SERVICES - GLS
INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
TREASURY COMPLAINT CENTER
EQUAL EMPLOYMENT OPPORTUNITY DIVERSITY
DALLAS
AND
18 MARCIA H. COMETES, DIRECTOR
19 MARIAM G. HARVEY, DIRECTOR
20 OFFICE OF EQUAL OPPORTUNITY AND
DIVERSITY - EEOD
SUITE 8157
A. EEO "IN HOUSE" NO. 05-2291 S
B. EEO "IN HOUSE" NO. 05-2291
1750 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20220
1: 05 CV 02334 RCL
PHONE: 202-622-0316
FAX: 202-622-0367

6

ADVERSARY NO. 07-1008
THE RECORD ON APPEAL
FTCA-TORT CLAIM

21.
22.
23.    DUNHAM JEWETT OWNER
SHELLEY BUSHMARMOW ATTORNEY
GRADY, JEWETT & McCULLEY, LLP
2727 ALLEN PKWY #1700
HOUSTON, TEXAS 77019
1:06 CV 260 LY
1:06 CV 226 LY
1:06 CV 00967 LY-RP
1:06 CV 01964 RBW

24    UNLAWFUL CONVERSION OF APPELLANT
MICHAEL L BUESGENS PROPERTY
AND POSSESSIONS AND FTCA TORT
CLAIM UNDER COLOR OF STATE
LAW ON JULY 6, 2006 AT
**10:00 AM**

25    FALCON RIDGE APARTMENTS
APARTMENT **1023**
500 EAST STASSNEY
AUSTIN TEXAS 78745

26    HOME OF **I.R.S.** EMPLOYEES **FROM**
AUSTIN COMPLIANCE CENTER, AUSTIN, TX

7

ADVERSARY NO. 07-10008

27. CHARLES R. NETTLES
BANKRUPTCY ATTORNEY
CASE NO. 06-11164 FRM
1524 SOUTH IH-35, #233
AUSTIN, TEXAS  78704

28. RANDOLPH OSHEROW
CHAPTER 7 - TRUSTEE
BANKRUPTCY CASE NO. 06-11164 FRM
342 WOODLAWN, #300
SAN ANTONIO, TEXAS  78212

29. U.S. TRUSTEE
903 SAN JACINTO BLVD, #203
AUSTIN, TEXAS  78701

30. JOHN NEAL, DIRECTOR, CHIEF
DISCIPLINARY COUNSEL
STATE BAR OF TEXAS
AND
CHARLES EADS BROWN
6300 LA CAL MA, #300  AUSTIN, TX 78752

8

ADVERSARY NO. 07-1008
**THE RECORD ON APPEAL**

31  I CERTIFY THAT ONE TRUE
COPY OF THIS CONTINUAL MOTION
AND REQUEST FOR COURTS
ORDER ON THE PRODUCTION OF
FTCA - TORT CLAIM WAS SERVED
BY FIRST CLASS MAIL ON THIS
20 TH DAY OF MAY, 2007

32  ADDRESSED TO THE FOREGOING
NAMED INDIVIDUALS AND PERSONS
AND ENTITIES.

33  Michael Buesgens
MICHAEL L BUESGENS
EXTENDED STAY AMERICA
MAILING ADDRESS
3112 WINDSOR RD #A322
AUSTIN, TEXAS 78703
512-339-6005 X 7958
FAX: 512-339-6099
MIKEBUESGENS@HOTMAIL.COM

9

APPEAL OF ADVERSARY
NO. 07-10008

34    THE RETALIATION AGAINST
CREDITOR-ADVERSARY-PLAINTIFF
APPELLANT - APPELLEE-DEFENDANT
MICHAEL L BUESGENS
35    BY THE FOREGOING

36    ATTORNEYS
37    LAW FIRMS
38    GOVERNMENT OFFICIALS
39    ENTITIES
40    DEFENDANTS
41        IN THE
FOREGOING CIVIL ACTIONS
42    FAR EXCEEDS THE ORIGINAL
        EMPLOYMENT
A    HOUSING
B    DISCRIMINATION
C        AND
43    HAS PRODUCED MULTIPLE CAUSES
OF ACTION IN MANY FORUMS

MICHAEL L BUESGENS
MAY 20, 2007
10

ADVERSARY NO. 07-10008
APPEAL NO. 1:07CV00859

# EXHIBITS

1. ADVERSARY NO. 07-10008
   DOCKET SHEET ENTRIES

2. APPEAL NO. 1:07CV00127LY
   DOCUMENT 7 ORDER
   FOR BANKRUPTCY NO. 06-1116YFRM

3. APPEAL NO. 1:07CV00209LY
   DOCUMENT 5 ORDER
   ADVERSARY NO. 06-01248 FRM
   3 PAGES

4. APPEAL NO. 1:07CV00156LY
   DOCUMENT 11
   A. BANKRUPTCY CASE NO. 06-11164FRM
   B. ORDER ON BUESGENS
   RECUSIC MOTION FOR JUDGE
   EARL LEROY YEAKEL, III
   C. DENIED BY
   D. CHIEF JUDGE WALTER SMITH
   WACO, TEXAS

11

# EXHIBITS

5. 1:06 CV 226 LY-RP
HUD # 06-06-293-8
DOCUMENT 207 — ORDER
DISMISSAL  12/06/2006
2 PAGES

6. 1:06 CV 260 LY
HUD # 06-06-293-8
DOCUMENT 7  FILED: 5/24/2006
A. REMAND TO
G-1-CV-06-000678
B. TRIAL 06/16/2006
C. WRIT OF POSSESSION EXECUTED
JULY 6, 2006
AND
D. ALL BUESGENS POSSESSIONS REMOVED
INCLUDING 3 LB 4 OZ FTCA TORT
CLAIM

7. DOCKET SHEET APPEALS TO
FIFTH CIRCUIT AND FRAP 4(C)
FAILURES
06-50961
06-51515    6 PAGES

12

8.

EXHIBITS

APPEAL NO. 57515-06
CIVIL NO. 1:06CV226LY-RP
FILED: MAY 2, 2007 AT
FIFTH CIRCUIT

DOCUMENT **216** FILED: 5/15/2007
1:06 CV 226 LY-RP

**3** PAGES

13

APPEAL, DISMISSED

# U.S. Bankruptcy Court
## United States Bankruptcy Court for the District of Columbia (Washington, D.C.)
### Adversary Proceeding #: 07-10008

*Assigned to:* Bankruptcy Judge S. Martin Teel, Jr.
*Related BK Case:*
*Related BK Title:*
*Related BK Chapter:*
*Demand:*
*Nature[s] of Suit:*

*Date Filed:* 02/23/07
*Date Dismissed:* 04/19/07

66 Dischargeability - 523(a)(1),(14),(14A) priority tax claims

62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud

67 Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny

68 Dischargeability - 523(a)(6), willful and malicious injury

**Plaintiff**
-----------------------

**Michael L. Buesgens**
3112 Windsor Road
#A322
Austin, TX 78703

represented by **Michael L. Buesgens**
PRO SE

V.

**Defendant**
-----------------------

**Henry Paulson**

represented by **Karen Melnik**
555 4th Street
Washington, DC 20530
*LEAD ATTORNEY*

**Mark Everson**

represented by **Karen Melnik**
(See above for address)
*LEAD ATTORNEY*

**Donald Ray Tawney, Jr**

represented by **Karen Melnik**
(See above for address)
*LEAD ATTORNEY*

**Cross-Claimant**
-----------------------

**Michael L. Buesgens**
3112 Windsor Road
#A322

represented by **Michael L. Buesgens**
PRO SE

Austin, TX 78703

(See above for address)

V.

**Cross Defendant**
------------------------
**Henry Paulson**
**Mark Everson**
**Donald Ray Tawney, Jr**

| Filing Date | # | Docket Text |
|---|---|---|
| 02/23/2007 | 1 | 66 (Dischargeability - 523(a)(1),(14),(14A) priority tax claims): Complaint by Michael L. Buesgens against Henry Paulson , Mark Everson , Donald Ray Tawney Jr. Fee Amount $250 (Attachments: # 1 Adversary Continued# 2 Adversary Continued# 3 Adversary Continued# 4 Adversary Continued) (66 (Dischargeability - 523(a)(1),(14),(14A) priority tax claims),62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) (Meador, Patti) Modified on 3/1/2007 (Meador, Patti). THIS CASE IS RELATED TO CASE NO. 06-11164 WESTERN DISTRICT OF TEXAS. (Entered: 03/01/2007) |
| 02/23/2007 | 2 | Adversary Cover Sheets Filed by Michael L. Buesgens . (Re: Related Document(s) #:1 Complaint .) (Meador, Patti) (Entered: 03/01/2007) |
| 03/02/2007 | 3 | Receipt of Adversary Filing Fee - $250.00 by RJ. Receipt Number 00066844. Payment received from Michael Buesgens. (admin) (Entered: 03/05/2007) |
| 03/08/2007 | 4 | Summons Issued on Mark Everson, Henry Paulson, Donald Ray Tawney Jr. Number of Summons Issued: 3. Status Hearing to be held on 5/8/2007 at 09:30 AM Courtroom 1. (Myers, Sally) (Entered: 03/08/2007) |
| 03/21/2007 | 5 | Notice Of Related Bankruptcy Appeals At Austin Texas District Court Filed by Michael L. Buesgens (Re: Related Document(s) #:1 Complaint, , .) (Attachments: # 1 Part 2# 2 Part 3# 3 Part 4# 4 Part 5# 5 Part 6# 6 Part 7)(Jackson, Renee) (Entered: 03/27/2007) |
| 03/29/2007 | 6 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:5 Notice, ) No. of Notices: 1. Service Date 03/29/2007. (Admin.) (Entered: 03/30/2007) |
| 04/03/2007 | 7 | Crossclaim filed by Michael L. Buesgens against all defendants.(Meador, Patti) THERE IS NO PDF FOR THIS DOCUMENT. THE DOCUMENT IS TOO VOLUMINOUS. A COPY OF THIS DOCUMENT MAY BE VIEWED AT THE CLERK'S OFFICE. (Entered: 04/17/2007) |
| 04/11/2007 | 8 | Motion to Reopen Case No. 06-11164FM filed in the Western District of Texas Filed by Michael L. Buesgens (Attachments: # 1 Motion to Reopen Continued# 2 Motion to Reopen Continued) (Meador, Patti) (Entered: 04/17/2007) |
| 04/19/2007 | 9 | Decision RE Dismissing Case Order entered on 4/19/2007. (Myers, Sally) (Entered: 04/19/2007) |

| 04/19/2007 | 10 | Judgment Dismissing Adversary Proceeding. Order entered on 4/19/2007. (Myers, Sally) (Entered: 04/19/2007) |
|---|---|---|
| 04/21/2007 | 11 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:9 Memorandum Decision) No. of Notices: 15. Service Date 04/21/2007. (Admin.) (Entered: 04/22/2007) |
| 04/21/2007 | 12 | BNC Certificate of Mailing - Order Re: Dismissal of Case. (Re: Related Document(s) #:10 Order Dismissing Case) No. of Notices: 15. Service Date 04/21/2007. (Admin.) (Entered: 04/22/2007) |
| 04/26/2007 | 13 | Notice of Appeal to DistrictCourt. Fee Amount $255 Filed by Michael L. Buesgens (Re: Related Document(s) #:9 Memorandum Decision, 10 Order Dismissing Case.) Appellant Designation due by 5/6/2007. (Meador, Patti) (Entered: 04/26/2007) |
| 04/26/2007 | 14 | Certificate of Service Filed by Clerk's Office. A copy of the Notice of Appeal has been sent to R. Barry Robinson, Esq. Assistant US Attorney, 816 Congress Avenue, Suite 1000, Austin TX 78701; Mark Everson, Commissioner of IRS, Room 5226, 1111 Pennsylvania Ave., NW, Washington, DC 20224; Tax Division, Department of Justice, Washington DC 20530; Sherri Miller, Case Manager, US Bankruptcy Court, 903 San Jacinto Blvd. #322, Austin TX 78701; Karen L. Melnik, Asst US Attorney, 555 Fourth Street, NW, Room F4112, Washington, DC 20530; Randolph N. Osherow, 342 W. Woodlawn, Suite 300, San Antonio, TX 78212; Michael L. Buesgens, 3112 Windsor Road, #A322, Austin, TX 78703 Sarah H. McHaney, US Bankruptcy Court, 903 San Jacinto Blvd, Austin TX 78701; Maria Dozauer, Deputy-in-Charge, US Bankruptcy Court, 903 San Jacinto Blvd #322, Austin, TX 78701; Donald Ray Tawney,Jr., 13601 Elm Ridge Lane #1635, Austin TX 78727; Charles R. Nettles, Jr., 1524 S. IH-35 Suite 233, Austin,TX 78704; Office of US Trustee, 903 San Jacinto Blvd #320, Austin, TX 78701; Hon. Leroy Yeakel, III, US District Judge, 200 W. 8th St., Austin, TX 78701; Hon. Frank R. Monroe, 903 San Jacinto Blvd #322, Austin, TX 78701; Henry Paulson, Secretary if the Treasury, 1500 Pennsylvania Ave. NW, Washington DC 20020(Re: Related Document(s) #:13 Notice of Appeal.) (Meador, Patti) Modified on 4/26/2007 (Meador, Patti). (Entered: 04/26/2007) |
| 04/26/2007 | 15 | Receipt of Appeal Filing Fee - $255.00 by TC. Receipt Number 00066907. Payment received from Michael Buesgens. (admin) (Entered: 04/26/2007) |
| 04/27/2007 | 16 | Order Directing Clerk to Accept for Filing the Plaintiff's Notice of Appeal, But Not to Accept for Filing Certain Documents Appended Thereto. (Related Document(s) #:13 Notice of Appeal.) Order entered on 4/27/2007. (Myers, Sally) (Entered: 04/27/2007) |
| 04/29/2007 | 17 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:16 Order Directing Compliance) No. of Notices: 15. Service Date 04/29/2007. (Admin.) (Entered: 04/30/2007) |
| 05/03/2007 | 18 | Document Filed by Plaintiff Michael L. Buesgens. THIS DOCUMENT IS TOO VOLUMINOUS TO SCAN AND IS ALSO HANDWRITTEN. THIS DOCUMENT ALSO DOES NOT HAVE A TITLE. (Meador, Patti) (Entered: 05/08/2007) |
| 05/03/2007 | 19 | Document Filed by Plaintiff Michael L. Buesgens. THIS DOCUMENT HAS A HEADING OF UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA BUT WAS MAILED TO THE UNITED STATES BANKRUPTCY COURT. THIS DOCUMENT WAS FORWARDED TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA. (Meador, Patti) (Entered: 05/08/2007) |

| 05/04/2007 | 20 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Michael L. Buesgens (Re: Related Document(s) #:13 Notice of Appeal.) Appellee designation due by 5/14/2007 for 13, . Transmission of Designation Due by 6/3/2007. THIS DOCUMENT IS TOO VOLUMINOUS AND HANDWRITTEN. IT CANNOT BE SCANNED INTO THE CM/ECF SYSTEM. INTERESTED PARTIES MAY REVIEW THE DOCUMENT AT THE CLERK'S OFFICE, UNITED STATES BANKRUPTCY COUART. (Meador, Patti) (Entered: 05/08/2007) |
| --- | --- | --- |
| 05/17/2007 | 21 | Transmittal of Record on Appeal to District Court Filed by Michael L. Buesgens (Re: Related Document(s) #:13 Notice of Appeal.) (Meador, Patti) (Entered: 05/17/2007) |
| 05/18/2007 | 22 | Receipt of Record on Appeal. District Court Case Number: 1:07-cv-00859. Case Assigned to Judge Reggie B. Walton. Filed by Michael L. Buesgens (Re: Related Document(s) #:[21] Transmittal of Record on Appeal.) (Meador, Patti) (Entered: 05/18/2007) |

### PACER Service Center

#### Transaction Receipt

05/19/2007 10:24:49

| PACER Login: | | Client Code: | |
| --- | --- | --- | --- |
| Description: | Docket Report | Search Criteria: | 07-10008 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Format: HTML |
| Billable Pages: | 2 | Cost: | 0.16 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

MAR 1 9 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| MICHAEL BUESGENS, | § |
| APPELLEE, | § |
| | § |
| V. | § |
| | § |
| DONALD RAY TAWNEY | § |
| | § |
| APPELLANT. | § |

CAUSE NO. A-06-CA-127-LY *APPEAL*

*BANKRUPTCY CASE NO. 06-1116YFRM*

*CHARLES R. NETTLES ATTORNEY*

**ORDER**

Before the Court is the Appellee's Motion for Transfer (doc. #3), Appellant's Response (Doc. #5), Appellee's Motion for a Court Ruling (Doc. #6), and Appellant's Motion to Dismiss (Doc. #4).

This case is an appeal from two bankruptcy orders issued by the U.S. Bankruptcy Court, Western District of Texas, Austin Division. Appellee requests an appeal from two orders, one issued on December 4, 2006 and the second issued on December 6, 2006. Under United States Bankruptcy Rule 8002(a), notice of appeal must be entered with the clerk of the court within 10 days of entry of such order. In the present case, Appellee filed his notice on January 23, 2007. Accordingly, the Appeal is untimely and should be dismissed.

**IT IS THEREFORE ORDERED** that Appellee's Appeal is **DISMISSED WITH PREJUDICE** to his right to refile the same or any part thereof.

SIGNED this **19th** day of March, 2007.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

2007 MAY -1  PM 3: 25

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

| | |
|---|---|
| IN RE: TAWNEY JR., DONALD RAY | § |
| | § |
| MICHAEL L. BUESGENS, | § |
| APPELLANT, | § |
| | § |
| | § |
| DONALD RAY TAWNEY JR., | § |
| APPELLEE. | § |

CAUSE NO. A-07-CA-209-LY

*ADVERSARY
NO. 06-01248FRM*

*CHARLES R. NETTLES*   **ORDER**

Before the Court is Appellee Donald Ray Tawny Jr.'s Motion to Dismiss Appeal as Improperly Taken filed March 23, 2007 (Doc. #2). Appellant's response was due April 6, 2007. *See* W.D. Tex. Local R. CV-7(d) (requiring party opposed to motion to respond within eleven days of service of motion and allowing district court to grant motion as unopposed if no timely response is filed). To date, however, Appellant has not filed a response. Thus, pursuant to Local Rule CV-7(d), the motion may be granted as unopposed if review of the case file reveals that the motion is well-taken. *Cf. John v. Louisiana Bd. of Trs. for State Colls. & Univs.*, 757 F.2d 698, 707-10 (5th Cir. 1985).

The motion seeks dismissal of Appellant Michael L. Buesgens's bankruptcy appeal on the basis that it has been improperly filed under the applicable Bankruptcy Rules. Appellant filed his appeal on a motion before the bankruptcy court rendered an order or judgment. Thus, Appellant has not appealed a final order from the bankruptcy court. As noted by Appellee in his motion before this Court, Bankruptcy Rule 8001 applies to the appeal form a "judgment, order or decree." Therefore, he argues, an appeal of a motion prior to the bankruptcy court's final order on the motion renders the appeal improper and impermissible under the applicable rules. This Court agrees.

**IT IS THEREFORE ORDERED** that Appellee Donald Ray Tawny Jr.'s Motion to Dismiss Appeal as Improperly Taken filed March 23, 2007 (Doc. #2) is **GRANTED** and the bankruptcy appeal is **DISMISSED**.

SIGNED this _1st_ day of May, 2007.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

CHARLES R. NETTLES
BANKRUPTCY ATTORNEY
CASE NO. 06-11164FRM

RANDOLPH OSHEROW
SAN ANTONIO, TEXAS
TRUSTEE
CHAPTER 7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

*2007 MAY -1  PM 3: 26*

*CLERK US DISTRICT COURT*
*WESTERN DISTRICT OF TEXAS*

*BY_____*
*DEPUTY*

| | | |
|---|---|---|
| IN RE:  TAWNEY JR., DONALD RAY | § | |
| | § | |
| MICHAEL L. BUESGENS, | § | |
| APPELLANT, | § | CAUSE NO. A-07-CA-209-LY  *APPEAL* |
| | § | |
| | § | |
| DONALD RAY TAWNEY JR., | § | *ADVERSARY NO. 06-01248FRM* |
| APPELLEE. | § | |

*CHARLES R. NETTLES*
*ATTORNEY*

**FINAL JUDGMENT**

Before the Court is the above entitled cause of action.  On this same date, the Court signed

an order dismissing Appellant's bankruptcy appeal.  Accordingly, the Court renders the following

final judgment.

IT IS ORDERED that this cause is **DISMISSED** as improperly filed under the applicable

Rules of Bankruptcy.

IT IS FURTHER ORDERED that all relief not expressly granted is hereby **DENIED**.

IT IS FINALLY ORDERED that this action is hereby **CLOSED**.

SIGNED this _____1ST_____ day of May, 2007.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **MICHAEL BUESGENS,**<br>**Appellant,** | § § § | |
| **v.** | § § | **Criminal No. A-07-CA-156** *APPEAL* |
| **DONALD RAY TAWNEY,**<br>**Appellee.** | § § § | *BANKRUPTCY NO.*<br>*06-11164 FRM* |

*CHARLES R. NETTLES*
*ATTORNEY*         **ORDER**

Before the Court are documents designated "Plaintiff Buesgens Motion for Recusal

of Judge Earl Leroy Yeakel, III and Judge Robert L. Pittman.

Having laboriously reviewed the stack of documents presented by Buesgens, the

Court finds no allegation against either of these named judges that is not directly related

to normal judicial determinations, that is in any way improper and certainly none that

approach grounds for recusal.

It is therefore,

**ORDERED** that all relief requested by Plaintiff is **DENIED,** and this matter is

returned to the docket of the Honorable Lee Yeakel.

**SIGNED** on this 15th day of May, 2007.

WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE

*1:06 CV 226 LY-RP*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2006 DEC 20  PM 4:54

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
            DEPUTY

| | | |
|---|---|---|
| MICHAEL L. BUESGENS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A-06-CA-226 LY |
| | § | |
| FALCON RIDGE APARTMENTS, FALCON | § | |
| APARTMENTS OF AUSTIN, LTD., | § | |
| FALCON APARTMENTS OF AUSTIN I, INC. | § | |
| GREYSTAR PROPERTY MANAGEMENT, | § | |
| GREYSTAR PROPERTY MANAGEMENT | § | |
| SERVICES, L.P., GREYSTAR HOLDINGS, | § | |
| INC., GREYSTAR MULTIFAMILY | § | |
| SERVICES, GREYSTAR MANAGEMENT | § | |
| SERVICES, L.P., GREP GENERAL | § | |
| PARTNER, LLC, DEBI WEHMEIER, MANDY | § | |
| ROGERS, AMANDA WILSON, KRISTAN | § | |
| J. ARRONA, AND AUSTIN APARTMENT | § | |
| ASSOCIATION, | § | |
| | § | |
| DEFENDANTS. | § | |

*HUD #06-06-293-8*
*SHELLEY BUSH MARMON*
*ATTORNEY AND*
*MEGAN M. GOERES*
*WITNESS-TENANT*
*PAID FOR*
*AND*
*CHARLES EADS BROWN*

## AMENDED FINAL JUDGMENT

Before the Court is the above entitled cause of action. On December 6, 2006, the Court

signed an Order (Clerk's Document 196) dismissing with prejudice all of the claims in this action

asserted by Plaintiff. The Court enters the following amended judgment pursuant to Federal Rule

of Civil Procedure 58 and 59(e).

**IT IS ORDERED** that all claims and causes of action brought by Plaintiff Michael L.

Buesgens against Defendants Falcon Ridge Apartments, Falcon Apartments of Austin, Ltd., Falcon

Apartments of Austin I, Inc., Greystar Property Management, Greystar Property Management

Services, L.P., Greystar Holdings, Inc., Greystar Multifamily Services, L.P., Greystar Management

Services, L.P., GREP General Partner LLC, Debi Wehmeier, Mandy Rogers, Amanda Wilson,

Kristan J. Arrona, and Austin Apartment Association are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED.**

**IT IS FURTHER ORDERED** that the bench trial scheduled for January of 2007 is **CANCELED.**

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED.**

SIGNED this ____ day of December, 2006.


LEE YEAKEL
UNITED STATES DISTRICT JUDGE

1:06 CV 226 LY-RP

HUD # 06-06-293-8

THE REMOVAL ON
MARCH 29, 2006
FROM
D-1-GN-06-000262
TEXAS STATE COURT
FILED: 01/23/2006

GREYSTAR HOLDINGS, INC WAS
SERVED SUMMONS AND WAS IN
TAX FORFEITURE AT TEXAS
COMPTROLLER AND NEVER APPEARED.

*1:06CV260LY*

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2006 MAY 24  PM 1: 50

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
        DEPUTY

|  |  |  |
|---|---|---|
| FALCON RIDGE APARTMENTS, LTD., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-06-CA-260-LY |
| | § | |
| MICHAEL L. BUESGENS, | § | *HUD #06-06-293-8* |
| | § | *CHARLES EADS BROWN* |
| DEFENDANT | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

Before the Court in the above styled and numbered cause of action are Plaintiff Falcon Ridge

Apartments, Ltd.'s (Falcon Ridge) Motion For Remand filed April 27, 2006 (Clerk's Document No.

20)[1] and its Amended Motion For Remand filed May 5, 2006 (Clerk's Document No. 4). Buesgens

removed this cause, an appeal he originally filed in the County Court at Law No. 1 for Travis

County, Texas, styled *Falcon Ridge Apartments v. Michael L. Buesgens*, Cause No. C-1-CV-06-

000678, following a judgment of eviction in the Justice of the Peace Precinct Number Five, Austin,

Texas. As of the date of this order, Buesgens has not filed a response to Falcon Ridge's motion to

remand, and the time to respond to it has passed.[2] Having reviewed the motion, the file, and the

applicable law the Court is of the opinion that the amended motion for remand should be granted for

substantially the reasons asserted in Falcon Ridge's motion.

**IT IS ORDERED** that Plaintiff Falcon Ridge Apartments, Ltd.'s Motion To Remand

---

[1] Falcon Ridge's motion to remand was inadvertently originally docketed in cause number A-06CA-226-LY. The Court has corrected the docketing error, and the motion is pending in this cause.

[2] Because Buesgens has not responded Falcon Ridge's motion, the Court may grant it as an unopposed motion. *See* Loc. R. W.D. Tex. CV-7(d).

(Clerk's Document No. 20) is **DISMISSED.**   *1:06 CV 260LY*

**IT IS FURTHER ORDERED** that Plaintiff Falcon Ridge Apartments. Ltd.'s Amended

Motion To Remand (Clerk's Document No. 4) is **GRANTED.**

**IT IS FURTHER ORDERED** that this cause is hereby **REMANDED** to County Court at

Law No.1 of Travis County, Texas.   *CHARLES ERDS BROWN*
*DAVID B. ARMBRUST*

**IT IS FINALLY ORDERED** that all other relief requested is **DENIED.**

SIGNED this _24th_ day of May, 2006.

*Lee Yeakel*

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

*REMAND TO*
*C-1-CV-06-000678*
*TRAVIS COUNTY COURT AT LAW*
*NO. 1*
*TRIAL JUNE 16, 2006*
*BUESGENS SUBPOENA FOR*
*JOHN A. BENAVIDES, INVESTIGATOR*
*CITY OF AUSTIN, TEXAS*
*HUD CERTIFIED FAIR HOUSING OFFICE*
*FAILED BY THE LIES OF CITY*
*OF AUSTIN ATTORNEY CHESTER E. BEAVER*

*TRIAL JUNE 16, 2006*
*MEGAN MONIQUE GOERES*
*PERJURED TESTIMONY AGAIN*
*THE FIRST TIME WAS CASE NO. 041509*

Westlaw.

06-51515                    *1:06CV226LY-RP*
                            *APPEALS*                                    Page 1

TO ORDER COPIES OF ANY DOCUMENTS LISTED BELOW, CALL WESTLAW COURTEXPRESS
        1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply).


**Court:**                  US Court of Appeals for the Fifth Circuit

**Case Title:**             Buesgens v. Falcon Ridge Apt, et al

**Appeal From:**            Western District of Texas, Austin

**Filed On:**               11/17/06

                        **Case Information**


**Case Number:**            06-51515

**Fee Status:**             Fee Due

**Nature of Suit:**         3443 Civil Rights: Accommodations

                    **LOWER COURT INFORMATION**


**District Court Number:**  0542-1

**Lower Court Number:**     1

**Trial Judge(s):**         Lee Yeakel, US District Judge


**Date Filed:**             3/29/06 *REMOVAL*

**Date Order/Judgement:**   **/**/**

**Date NOA Filed:**         11/1/06

                        **OTHER CASES**


**Prior Case(s):**


            © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

06-51515                                                                           Page 2

**Prior Docket:**

06-50961 ✓

*VIOLATION*
*FRAP 4 (d). BY*
*FIFTH CIRCUIT*

| Prior Panel: | Prior Filed: ✓ | Prior Disposition: | Prior Disposition Code: |
|---|---|---|---|
| RHB FPB PRO | 8/10/06 | 9/7/06 | dism |

**NAMES**

**Party Name:**          MICHAEL L BUESGENS ✓
**Party Type:**          Plaintiff - Appellant

**Attorney(s):**         Apartment A322

                         [NTC pse]

                         3112 Windsor Road

                         Austin, TX 78703

                         *NO CAPACITY* ✓  *ARNOLD CARL TRUCH*
**Party Name:**          FALCON RIDGE APARTMENTS        *OWNER*
**Party Type:**          Defendant - Appellee          *GENERAL PARTNER*

**Attorney(s):**         Shelley Bush Marmon ✓

                         [NTC ret]
                         Suite 1700
                         713-739-7007
                         FAX 713-739-8403

                         Crady, Jewett & McCulley ✓

                         2727 Allen Parkway

                         Houston, TX 77019-2125

                         Gregory Scott Cagle      *ARMBRUST & BROWN, LLP*

                         [NTC ret]
                         Suite 1300

                         100 Congress Avenue

                         Austin, TX 78701

                         Charles E Brown ✓ *HUD #06-06-293-8*

                         512-346-6000

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Suite B-100

[NTC ret]

3624 N Hills Drive

Austin, TX 78731

**Party Name:**    FALCON APARTMENTS OF AUSTIN LTD    *LIMITED PARTNER*
**Party Type:**    Defendant - Appellee

**Attorney(s):**    Shelley Bush Marmon ✓

[NTC ret]

Gregory Scott Cagle    *DAVID B. ARMBRUST*
                       *RESPONDEAT SUPERIOR*
[NTC ret]

Charles E Brown

[NTC ret]

**Party Name:**    FALCON APARTMENTS OF AUSTIN I INC    *GENERAL PARTNER*
**Party Type:**    Defendant - Appellee ✓

**Attorney(s):**    Shelley Bush Marmon ✓

[NTC ret]

Gregory Scott Cagle

[NTC ret] ✓

Charles E Brown ✓

[NTC ret]

**Party Name:**    GREYSTAR PROPERTY MANAGEMENT    *NO CAPACITY-STANDING*
**Party Type:**    Defendant - Appellee

**Attorney(s):**    Shelley Bush Marmon ✓

[NTC ret]

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

06-51515                                                                Page 4

                          Gregory Scott Cagle

                          [NTC ret]

                          Charles E Brown

                          [NTC ret]


**Party Name:**             DEBI WEHMEIER
**Party Type:**             Defendant - Appellee

**Attorney(s):**            Shelley Bush Marmon

                          [NTC ret]

                          Gregory Scott Cagle

                          [NTC ret]

                          Charles E Brown

                          [NTC ret]


**Party Name:**             MANDY ROGERS
**Party Type:**             Defendant - Appellee

**Attorney(s):**            Shelley Bush Marmon

                          [NTC ret]

                          Gregory Scott Cagle

                          [NTC ret]

                          Charles E Brown

                          [NTC ret]


**Party Name:**             AMANDA WILSON
**Party Type:**             Defendant - Appellee

**Attorney(s):**            Shelley Bush Marmon

                          [NTC ret]

                          Gregory Scott Cagle

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

06-51515

[NTC ret]

Charles E Brown

[NTC ret]

| | |
|---|---|
| **Party Name:** | AUSTIN APARTMENT ASSOCIATION |
| **Party Type:** | Defendant - Appellee |
| **Attorney(s):** | William S Warren, III |

AND TEXAS APARTMENT ASSOCIATION AND NATIONAL APARTMENT ASSOCIATION

[NTC ret]
512-347-8777
FAX 512-347-7999

Warren Law Firm

1011 Westlake Drive

Austin, TX 78746

| | |
|---|---|
| **Party Name:** | ARMBRUST BROWN LLP |
| **Party Type:** | Defendant - Appellee |
| **Party Name:** | DAVID ARMBRUST |
| **Party Type:** | Defendant - Appellee |
| **Party Name:** | FRANK BROWN |
| **Party Type:** | Defendant - Appellee |
| **Party Name:** | GREGORY CAGLE |
| **Party Type:** | Defendant - Appellee |
| **Party Name:** | CRADY, JEWETT, MCCULLEY LLP |
| **Party Type:** | Defendant - Appellee |
| **Party Name:** | ROBERT FAITH |
| **Party Type:** | Defendant - Appellee |
| **Party Name:** | GREP GENERAL PARTNER LLC |
| **Party Type:** | Defendant - Appellee |
| **Attorney(s):** | Shelley Bush Marmon |

[NTC ret]

Gregory Scott Cagle

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

06-51515                                                                      Page 6

[NTC ret]

**Party Name:**          DUNHAM JEWETT
**Party Type:**          Defendant - Appellee

**Party Name:**          SHELLY BUSH MARMON
**Party Type:**          Defendant - Appellee

**Party Name:**          JACK C MOSS
**Party Type:**          Defendant - Appellee

**Party Name:**          ARNOLD TAUCH
**Party Type:**          Defendant - Appellee

**Party Name:**          KYLE D TAUCH
**Party Type:**          Defendant - Appellee

**Party Name:**          WILLIAM S WARREN
**Party Type:**          Defendant - Appellee

**DOCKET PROCEEDINGS**

ENTRY #:          DATE:          DOCKET ENTRY:

                  11/17/06       Civil rights case docketed.  NOA filed by Appellant
                                 Michael L Buesgens.  [06-51515]  (dms)
                                 Order Document for Later Delivery
          TO ORDER COPIES OF ANY DOCUMENTS LISTED ABOVE, CALL WESTLAW COURTEXPRESS
              1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply).

END OF DOCUMENT

*HUD NO. 06-06-293-8*
*CIVIL NO. 1:06 CV 226 CY-RP*
*FIFTH CIRCUIT APPEALS*
*06-50961  FILED: 08/10/2006*
*AMENDMENT FILED: 08/24/2006*
*NEVER FORWARDED*
*APPEAL DISMISSED: 09/07/2006*
*06-51515 FILED: 11/17/2006*
*TO CORRECT FRAP 4(d) FAILURE*
*BY FIFTH CIRCUIT*

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**FILED**

**MAY 1 1 2007**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

No. 06-51515
USDC No. 1:06-CV-226

1:06CV226 LY-RP

MICHAEL L. BUESGENS,

Plaintiff-Appellant,

versus

FALCON RIDGE APARTMENTS; FALCON
APARTMENTS OF AUSTIN LTD; FALCON
APARTMENTS OF AUSTIN I INC; GREYSTAR
PROPERTY MANAGEMENT; DEBI WEHMEIER;
MANDY ROGERS; AMANDA WILSON; AUSTIN
APARTMENT ASSOCIATION; ARMBRUST BROWN
LLP; DAVID ARMBRUST; FRANK BROWN;
GREGORY CAGLE; CRADY, JEWETT, MCCULLEY
LLP; ROBERT FAITH; GREP GENERAL PARTNER
LLC; DUNHAM JEWETT; SHELLY BUSH MARMON;
JACK C. MOSS; ARNOLD TAUCH; KYLE D. TAUCH;
WILLIAM S WARREN,

U.S. COURT OF APPEALS
**F I L E D**

**MAY 2 2007**

CHARLES R. FULBRUGE III
CLERK

Defendants-Appellees.

*FIFTH CIRCUIT APPEAL FAILURES BY THE FIFTH CIRCUIT*

Appeal from the United States District Court
For the Western District of Texas

Before REAVLEY, GARZA, and DENNIS, Circuit Judges.

BY THE COURT:

In this civil case brought by a *pro se* litigant against
numerous individuals and entities, the plaintiff filed a notice of
interlocutory appeal on November 1, 2006. However, the notice
does not identify what the plaintiff intends to appeal, and the
district court's docket sheet shows no order appealable at the

06-51515

- 2 -

time the notice of appeal was filed.

Federal appellate courts have jurisdiction over appeals only from (1) final orders, 28 U.S.C. § 1291; (2) orders that are deemed final due to jurisprudential exception or which can be properly identified as final pursuant to Fed. R. Civ. P. 54(b); and (3) interlocutory orders that fall into specific classes, 28 U.S.C. § 1292(a), or which can be properly certified for appeal by the district court, 28 U.S.C. § 1292(b).  See Dardar v. Lafourche Realty Co., Inc., 849 F.2d 955, 957 (5th Cir. 1988); Save the Bay, Inc. v. U.S. Army, 639 F.2d 1100, 1102 (5th Cir. 1981).  As there is no order from which an appeal may be taken, the appeal must be dismissed.

DISMISSED.

APPEAL NO. 06-51515
IS
APPEAL NO. 06-50961 FILED: 08/10/2006
FIFTH CIRCUIT FAILED TO FORWARD
BUESCENS AMENDED APPEAL TO U.S.
DISTRICT COURT AUSTIN, TEXAS
AS REQUIRED
BY FRAP 4(d)
AND THEN ISSUED
AN ORDER DISMISSING
APPEAL ON 09/07/2006
AMENDED APPEAL FILED: 08/24/2006

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
Deputy
New Orleans, Louisiana   MAY 0 2 2007

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 3, 2007

FILED

MAY 11 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY CLERK

Mr William Putnicki, Clerk
Western District of Texas, Austin
United States District Court
200 W 8th Street
Room 130
Austin, TX 78701

1:06CV226LY-RP

No. 06-51515 Buesgens v. Falcon Ridge Apt
USDC No. 1:06-CV-226 LY

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

*Gina Randazzo Martin*

By: _____
Gina Randazzo Martin, Deputy Clerk
504-310-7687

cc: w/encl:
    Mr Michael L Buesgens
    Mr Charles E Brown
    Mr Gregory Scott Cagle
    Ms Shelley Bush Marmon
    Mr William S Warren III

MDT-1