UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:
MICHAEL L. BOESGENS

ADVERSARY NO.
07-10008

BANKRUPTCY NO.
06-11164

MICHAEL L. BOESGENS
PLAINTIFF

V.

CIVIL NO.
1:07CV
00859
RBW

HENRY PAULSON, SECRETARY
DEPARTMENT OF THE TREASURY

MARK EVERSON, COMMISSIONER
INTERNAL REVENUE SERVICE

DONALD RAY TAWNEY, JR
SUPERVISOR, I.R.S.,
ET. AL.
DEFENDANTS

RECEIVED
MAY 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. PLAINTIFF-ADVERSARY MICHAEL L. BUESGENS NOTICE TO THIS COURT AND MOTION FOR COURT ORDER.

2. PLAINTIFF NOTIFIES THIS COURT THAT THE RECORD ON APPEAL IS INCOMPLETE. THE KEY INGREDIENT IS MISSING.

3. THE ADMINISTRATIVE FEDERAL TORT CLAIM FTCA FOR SF95 AND EXHIBITS HAS NEVER BEEN PRODUCED BY DEFENDANTS.

4. BUESGENS HAS FILED MOTIONS FOR PRODUCTION OF THIS 3 LB 4 OZ TORT CLAIM IN THE FOLLOWING CASES

5. ADVERSARY NO. 07-1008
6. ADVERSARY NO. 06-01248
7. BANKRUPTCY NO. 06-11164
8. CIVIL NO. 1:06CV00967LY-RP
9. CIVIL NO. 1:07CV00127LY
10. CIVIL NO. 1:07CV00156LY
11. CIVIL NO. 1:07CV00209LY

2

12. THE FTCA TORT CLAIM IS THE SUPPORT FOR PLAINTIFF BUESGENS PROOF OF CLAIM IN BANKRUPTCY NO. 06-11164 FRM AND

13. ADVERSARY NO. 06-01248 FRM AND

14. ADVERSARY NO. 07-1008 AND

15. THE APPEALS
16. 1:07CV00859 RBW
17. 1:07CV00127 LY
18. 1:07CV00156 LY
19. 1:07CV00209 LY

20. PLAINTIFF BUESGENS RESPECTFULLY REQUESTS THAT THIS COURT ORDER DEFENDANTS AND ASSISTANT U.S. ATTORNEYS TO PRODUCE A COPY OF THIS FTCA CLAIM TO THE COURT AND TO BUESGENS. AND

21. BUESGENS REQUESTS AN EXTENSION OF TIME TO FILE HIS BRIEF PENDING THE PRODUCTION OF HIS PROOF OF CLAIM.

3

1:07CV00859 RBW
07-10008

RESPECTFULLY SUBMITTED

*Michael L Buesgens* (signature)
MICHAEL L. BUESGENS
MAY 23, 2007

FAXED TO HONORABLE JUDGE
REGGIE B. WALTON ON
MAY 23, 2007
FAX: 202-354-3292
AND
MAILED ON MAY 23, 2007

MICHAEL L. BUESGENS
EXTENDED STAY AMERICA
MAILING ADDRESS
3112 WINDSOR RD #A322
AUSTIN, TEXAS 78703
512-339-6005 X 7958
FAX: 512-339-6099
MIKEBUESGENS@HOTMAIL.COM

4

1:07CV00859
07-10008
1:06CV00967LY-RP

# CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THIS NOTICE THAT THE RECORD ON APPEAL IS INCOMPLETE BECAUSE BUESGENS IS UNABLE TO GET FTCA ADMINISTRATIVE CLAIM WAS SERVED BY FIRST CLASS MAIL ON THIS 25TH DAY OF MAY, 2007

ADDRESSED TO

R. BARRY ROBINSON, AUSA
KAREN MELNIK, AUSA
MARY-ELLEN KRETH, FTCA-TORT
MICHAEL SALYARDS, GLS
THOMAS STAUDT, GLS
555 FOURTH ST., NW E4112
WASHINGTON, DC 20530

1
2
3
4
5

5

6
7
8

1:07CV00859

DAVID B. ARMBRUST
GREGORY S. CAGLE
ARMBRUST & BROWN, LLP
100 CONGRESS AVE #1300
AUSTIN, TX 78701

9
10
11
12
13

DON HAM JEWETT
STEVE BUSH MARMAN
CRADY JEWETT & MCCULLEY, LLP
CHARLES E. BROWN
**JOHN NEAL - STATE BAR**
2727 ALLEN PKWY, #1700
HOUSTON, TX 77019

Michael Buesgens
MICHAEL L BUESGENS
EXTENDED STAY AMERICA
3112 WINDSOR RD #A322
AUSTIN, TX 78703
512-339-6005 x 7958
MIKEBUESGENS@HOTMAIL.COM

6