UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE, NW
WASHINGTON, D.C. 20001

**IN RE**
MICHAEL L BUESGENS

PLAINTIFF
MICHAEL L BUESGENS
CREDITOR-ADVERSARY

V.

DEFENDANTS

1. HENRY PAULSON, SECRETARY
DEPARTMENT OF THE TREASURY

2. MARK EVERSON, COMMISSIONER
INTERNAL REVENUE SERVICE

3. DONALD RAY TIMONEY, JR
I.R.S. SUPERVISOR
DEBTORS - FEDERAL
TORT CLAIMS ACT

CIVIL NO.
1:07CV
00859
RBW

ADVERSARY NO.
07-10008

BANKRUPTCY NO.
06-11164

TORT CLAIM
1:06CV
00967
LY-RP

RECEIVED
MAY 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1:07 CV 00859 RBW

4. PLAINTIFF-CREDITOR-ADVERSARY-APPELLANT MICHAEL L BUESGENS

5. NOTICE TO THIS COURT OF RELATED CIVIL AND BANKRUPTCY ACTIONS AND ADMINISTRATIVE CLAIMS - FTCA - TORT CLAIM

1:06 CV 00967 LY-RP

6. WITH

AN EXPLANATION AS TO WHY THEY ARE RELATED TO THE FOLLOWING CENTRAL CLAIMS

A. EMPLOYMENT DISCRIMINATION

B. HOUSING DISCRIMINATION

C. RETALIATION

D. SAME PLAYERS

2

CLERK'S OFFICE                                        CO-932
UNITED STATES DISTRICT COURT                          Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. 07-859 ✓
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

---

The plaintiff, defendant or counsel must complete the following:

1.  **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).** ✓

    A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

    [X] (a) relates to common property

    [X] (b) involves common issues of fact

    [X] (c) grows out of the same event or transaction

    [ ] (d) involves the validity or infringement of the same patent

    [X] (e) is filed by the same pro se litigant

2.  **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

    A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

    Check box if new case is related to a dismissed case: [X]

3.  NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT): **U.S. DISTRICT COURT AUSTIN, TEXAS**

4.  CAPTION AND CASE NUMBER OF RELATED CASE(E=S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE. ✓

    **BUESGENS** v. **I.R.S.-USA** C.A. No. **1:06CV00967-LY-RP**

    **5/24/07**                    **Michael Buesgens**
    DATE                    Signature of Plaintiff/Defendant (or counsel)
                            **PLAINTIFF - PRO SE**

3

# 1:2007CV00859

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS COURT OR ANY OTHER UNITED STATES DISTRICT COURT

TO

THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CONTINUATION

1. 1:2006CV01964 RBW

2. BANKRUPTCY CASE NO. 06-11164 FRM
3. ADVERSARY NO. 06-01248 FRM
4. U.S. BANKRUPTCY COURT, AUSTIN, TEXAS

APPEALS FROM BANKRUPTCY COURT
5. 1:07CV00127 LY
6. 1:07CV00156 LY
7. 1:07CV00209 LY
8. JUDGE EARL LEROY YEAKEL, III
9. U.S. DISTRICT COURT, AUSTIN, TEXAS
10. BUESGENS V. EVERSON
    TAWNEY
11. PAULSON

4

# 1:07CV00859 RBW
# RELATED CASES CONTINUED

12. 1:2006CV00260 LY – CLOSED
13. 1:2006CV00226 LY-RP CLOSED
   A. BUESGENS VS. FALCON RIDGE APTS
   B. FALCONRIDGE APTS VS BUESGENS
   C. U.S. DISTRICT COURT, AUSTIN, TEXAS

14. 1:05CV00243 SS
   JUDGE SAM SPARKS
   A. BUESGENS V. JOHN W. SNOW
   B. HENRY PAULSON ET AL
   C. CLOSED
   D. U.S. DISTRICT COURT, AUSTIN, TEXAS

15. 1:05CV02334 RCL
   A. BUESGENS V. I.R.S.
   B. DEPARTMENT OF TREASURY
   C. MARCIA H. COATES ET. AL.

16. 1:06CV01558 RCL
   BUESGENS V. DONALD THAWLEY
   MARK EVERSON
   ET. AL.

5

1:2007 CV 00859

17.
  A. 06-5314
    U.S. COURT OF APPEALS D.C.
  B. U.S.D.C. 1:05CV02334RCL

18.
  A. 07-5011
    U.S. COURT OF APPEALS D.C.
  B. U.S.D.C. AUSTIN, TEXAS
  C. 1:05CV243SS
  D. JUDGE SAM SPARKS

19. AND THERE ARE RELATED APPEALS TO THE FIFTH CIRCUIT

20. M.S.P.B. DA1221-06-0171W1 CLOSED BUESGENS V. TREASURY

21. 2007-3115
    U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
    BUESGENS V. DEPARTMENT OF THE TREASURY

1:07CV00859

**RELATED** CIVIL ACTIONS CONTINUED

22. THE FOREGOING CIVIL ACTIONS ARE RELATED TO THIS BANKRUPTCY APPEAL FROM ADVERSARY NO. 07-1008 U.S. BANKRUPTCY COURT, AUSTIN, TEXAS

23. ADVERSARY NO. 07-1008 ORIGINATES FROM

24. APPELLANT-PLAINTIFF MICHAEL L. BUESGENS ADMINISTRATIVE FTCA TORT CLAIM FORM SF 95 SUM CERTAIN AND NUMEROUS DOCUMENTARY EVIDENCE OF WRONG DOING BY
   A. DONALD RAY TWOMEY, JR
   B. MARK EVERSON
   C. JOHN SNOW
   D. HENRY PAULSON
   E. I.R.S.-DEPARTMENT OF THE TREASURY — PERSONAL INJURY

7

1:07CV00859
07-10008

25. THIS FTCA TORT CLAIM BECAME 1:06CV01558 RCL U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

26. 1:06CV01558 RCL WAS PRESIDED OVER BY — **AUSA** KAREN MELNIK

27. MISS MELNIK SENT 1:06CV01558 TO **AUSA** R. BARRY ROBINSON AND

A. JUDGE EARL LEROY YEAKEL III AND

B. JUDGE SAM SPARKS AT

C. U.S. DISTRICT COURT, AUSTIN, TEXAS WHERE IT BECAME

28. 1:06CV00967 LY-RP

8

1:07CV00859
07-10008

29. 1:07CV00859 IS RELATED TO BANKRUPTCY NO. 06-1116YFRM DONALD RAY TINNEY JR., ET.AL VOLUNTARY CHAPTER 7, I.R.S. SUPERVISOR

30. THE ACTUAL ADMINISTRATIVE FTCA TORT CLAIM HAS NEVER BEEN PRESENTED BEFORE ANY JUDGE

31. APPELLANT BUESGENS COPY OF THIS FTCA CLAIM WAS CONVERTED AND REMOVED ON JULY 6, 2006 IN A RETALIATORY EVICTION AND THIS CONNECTS

   A. 1:06 CV 260 LY
      AND
   B. 1:06 CV 226 LY-RP

32. TO
33. 1:07CV00859 FOR THE FOLLOWING REASONS:

9

1:07CV00859
07-10008
1:06CV00767LY-RP
06-11164FRM

34. BUESGENS DOES NOT HAVE A COPY OF THIS EVIDENCE — THE **FTCA** TORT CLAIM **TO SUPPORT**

35. HIS PROOF OF CLAIM IN
   A. BANKRUPTCY CASE NO. 06-11164FRM
   B. ADVERSARY NO. 06-01248FRM
   C. ADVERSARY NO. 07-10008
   AND
   D. NOW APPEAL 1:07CV00859

36. THE **I.R.S.** AND DEPARTMENT OF TREASURY AND **AUSA'S**
   A. R. BARRY ROBINSON
   B. KAREN MELNIK
   AND
   C. ARMBRUST & BROWN, LLP
   D. CRADY JEWETT & McCOLLEY, LLP

37. **REFUSE** TO GIVE BUESGENS A COPY OF THE CLAIM THAT IS IN THEIR POSSESSION.

10

1:07CV00859
07-10008
1:06CV00967LY-RP
06-11164FRM

38. PLAINTIFF-APPELLANT BUESGENS HAS FILED MOTIONS AND REQUESTS FOR COURT ORDER ON PRODUCTION OF **FTCA** CLAIM IN THE FOREGOING CAUSES OF ACTION

39. TO DATE **NO** JUDGE HAS EVER RULED ON BUESGENS PRODUCTION REQUEST AND

40. A. BANKRUPTCY JUDGES FRANK R. MONROE AND

41. B. MARTIN TEEL HAVE RULED THAT BUESGENS **DOES NOT** HAVE A CLAIM IN THESE BANKRUPTCY CASES. AND

42. THEY HAVEN'T SEEN THIS PERSONAL INJURY CLAIM - **FTCA**

11

1:07CV00859
07-10008
1:06CV00967LY-RP
06-11164 FRM

43. MOREOVER BANKRUPTCY JUDGES **DO NOT** HAVE THE JURISDICTION TO RULE ON PERSONAL INJURY TORT CLAIMS

44. **AND** JUDGE EARL LEROY YEAKEL, III

45. **AT** U.S. DISTRICT COURT, AUSTIN, TX **REFUSES** TO ORDER PRODUCTION OF THIS
   A. 3 LB. 4 OZ.
   B. FTCA TORT CLAIM

46. THAT IS **EVIDENCE** FOR HIS PROOF OF CLAIM IN THE BANKRUPTCY AND ADVERSARY AND APPEALS

47. **AND IN** 1:06CV00967LY-RP THE FTCA TORT CLAIM
   A. CIVIL ACTION
   B.

12

1:07CV00859 RBW
07-10008
06-11164 FRM
1:06CV00967 LY-RP

RESPECTFULLY SUBMITTED

Micheal Buesgens
MICHAEL L BUESGENS
MAY 24, 2007

## CERTIFICATE OF SERVICE

I, CERTIFY THAT ONE TRUE COPY OF THIS NOTICE OF RELATED CIVIL AND BANKRUPTCY CASES WAS SERVED BY FIRST CLASS MAIL ON THIS 25TH DAY OF MAY 2007

ADDRESSED TO

1. CHARLES EMOS BROWN, ATTORNEY
2. JOHN NEAL, DIRECTOR CHIEF DISCIPLINARY COUNCIL
3. STATE BAR OF TEXAS
3624 NORTH HILLS DRIVE, B-100
AUSTIN, TEXAS 78731

13

**1:07CV00859 RBW**

4. DAVID B. ARMBRUST
5. GREGORY S. CAGLE
6. ARMBRUST & BROWN, LLP
   100 CONGRESS AVE, #1300
   AUSTIN, TEXAS 78701

7. QUYNHMH JEWETT
8. SHELLEY BUSH MARMON
9. CRADY, JEWETT & McCULLEY, LLP
   2727 ALLEN PARKWAY #1700
   HOUSTON, TEXAS 77019

10. KAREN MELNIK, AUSA
11. R. BARRY ROBINSON, AUSA
12. MATTHEW SOLOMSON, AUSA
13. MICHAEL SALTYROS, GLS-IRS
14. THOMAS STANTON, GLS-IRS
15. MARY-ELLEN KREHA - TORT-CLAIM
    555 FOURTH ST, NW
    E4112
    WASHINGTON, DC 20530

14

1:07CV00859 RBW
07-10008
1:06CV00967LY-RP
06-11164FRM
1:06CV01964RBW

Michael Buesgens
MICHAEL L BUESGENS
EXTENDED STAY AMERICA
MAILING ADDRESS
3112 WINDSOR RD, #A322
AUSTIN, TEXAS 78703

512-339-6005 X 7958
FAX: 512-339-6099

MIKEBUESGENS@HOTMAIL.COM

15

PROSE-NP, TYPE-E

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00859-RBW

BUESGENS v. PAULSON et al
Assigned to: Judge Reggie B. Walton
Case: 1:06-cv-01964-RBW
Case in other court: U.S. Bankruptcy Court, 07-10008
Cause: 11:8001 Bankruptcy Appeal

Date Filed: 05/17/2007
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: U.S. Government Defendant

**In Re**
MICHAEL L. BUESGENS

**Plaintiff**
MICHAEL L. BUESGENS     represented by    MICHAEL L. BUESGENS
3112 Windsor Avenue
Apartment A 322
Austin, TX 78745
(512) 339-6005 Ext. 7191
Fax: (512) 478-7608
PRO SE

V.

**Defendant**
HENRY PAULSON

**Defendant**
MARK EVERSON

**Defendant**
DONALD RAY TAWNEY, JR.

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2007 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 07-10008. Partial File received filed by MICHAEL L. BUESGENS. (Attachments: # 1 Docket Sheet# 2 Exhibit 9# 3 Exhibit 20# 4 Civil Cover Sheet)(jf, ) (Entered: 05/22/2007) |
| 05/17/2007 | 2 | NOTICE OF RELATED CASE. Case related to Case No. 06-1964. (jf, ) (Entered: 05/22/2007) |

*THIS IS NOT MINE* [handwritten annotation next to entry 2]

# U.S. Party/Case Index

## Bankruptcy Name Search Results

5 Total Party matches for selection BUESGENS,MICHAEL for ALL COURTS
Search Complete
Thu May 24 13:51:43 2007
Selections 1 through 5 (Page 1)

●Download (1 pages $ 0.00)

| | Name | Court | Case No. | Filed | Chapter |
|---|---|---|---|---|---|
| 1 | BUESGENS, MICHAEL L. BUESGENS AND TAWNEY | txwbke | 06-01248 | 10/24/2006 | AP |
| 2 | BUESGENS, MICHAEL L. BUESGENS AND TAWNEY | txwbke | 06-01248 | 10/24/2006 | AP |
| 3 | BUESGENS, MICHAEL L. BUESGENS AND PAULSON | dcbke | 07-10008 | 02/23/2007 | AP |
| 4 | BUESGENS, MICHAEL L. BUESGENS AND PAULSON | dcbke | 07-10008 | 02/23/2007 | AP |
| 5 | BUESGENS, MICHAEL L. DONALD RAY TAWNEY | txwbke | 06-11164 | 07/31/2006 | 7 |

[handwritten annotation: AND APPEALS]

### PACER Service Center

**Transaction Receipt**

05/24/2007 13:51:43

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | Bankruptcy srch pg 1 | Search Criteria: | BUESGENS,MICHAEL |
| Billable Pages: | 1 | Cost: | 0.08 |