IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BUESGENS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD RAY TAWNEY, et al., )<br>)<br>)<br>Defendants. ) | Case No. 07-00859 (RBW) |

### ENTRY OF APPEARANCE

Please enter the appearance of Pat S. Genis in the above-captioned case.

DATE: June 14, 2007.                    Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Phone/Fax:  (202) 307-6390/514-6866
Email: Pat.S.Genis@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2527821.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' ENTRY OF APPEARANCE was caused to be served upon plaintiff *pro se* on June 14, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

MICHAEL L. BUESGENS
*Plaintiff Pro Se*
3112 Windsor Road
#A322
Austin, TX 78703

				/s/ Pat S. Genis
				PAT S. GENIS, #446244
				Trial Attorney, Tax Division
				U.S. Department of Justice
				Post Office Box 227
				Washington, DC  20044
				Phone/Fax:  (202) 307-6390/514-6866
				Email: Pat.S.Genis@usdoj.gov

2527821.1