UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE NW
WASHINGTON, DC 20001

IN RE:
MICHAEL L. BUESGENS
CREDITOR-ADVERSARY

MICHAEL L. BUESGENS
FORMER-I.R.S. EMPLOYEE
PLAINTIFF

V.

1. MARK EVERSON, Commissioner
INTERNAL REVENUE SERVICE

2. HENRY PAULSON, SECRETARY
DEPARTMENT OF THE TREASURY

3. DONALD RAY TAWNEY, JR
I.R.S. SUPERVISOR, DEBTORS
VOLUNTARY-CHAPTER 7
DEFENDANTS

ADVERSARY
NO.
07-10008

CIVIL NO.
1:07CV
00859
RBW

RECEIVED

JUN 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CIVIL NO. 1:07 CV00859 RBW
THE APPEAL OF ADVERSARY NO.
07-10008
AND
THE RELATED ADMINISTRATIVE FEDERAL
TORT CLAIM - PERSONAL INJURY
CIVIL NO. 1:06 CV01558 RGL
CIVIL NO. 1:06 CV00967 LY-RP

# TABLE OF CONTENTS

I   MOTION FOR STIPULATION OF EVIDENCE
AND ADJUDICATIVE FACTS - HARD
COPY EMAILS FROM 2002
**PAGE-4**

II   STIPULATION OF EVIDENCE AND FACTS
OF WRONGDOING BASED ON THE
HARD COPY EMAILS BETWEEN AND
AMONGST I.R.S. AND DEPARTMENT
OF THE TREASURY OFFICIALS
**PAGES 5-17**

2

III    HARD COPY EMAILS - BEGINNING WITH AUGUST 29, 2002 EMAIL FROM **I.R.S.** SUPERVISOR MARTHA SCHNEIDER TO REASONABLE ACCOMMODATION COORDINATOR MARGARET F. WAITES
**PAGES 17-27**

IV    **ASSETS** AVAILABLE FOR JUDGMENT - EXHIBITS I.R.S. AND DEPARTMENT OF THE TREASURY OFFICIALS
**PAGES 27-30**

V    DECLARATION AND VERIFICATION MICHAEL L. BUESGENS
**PAGE 1**

VI    CERTIFICATE OF SERVICE
**PAGES 32-38**

VII    **EXHIBITS** HARD COPY **EMAILS** PROPERTY ASSETS FOR JUDGMENT
**PAGES 39-46**

3

PLAINTIF-CREDITOR-ADVERSARY
MICHAEL L. BUESGENS

**I.** **MOTION FOR STIPULATION** OF EVIDENCE AND ADJUDICATIVE FACTS THAT SUPPORT HIS CREDITOR-ADVERSARY CLAIM FOR THIS APPEAL AND FOR THE FOLLOWING RELATED ACTIONS:

1. BANKRUPTCY CASE NO. 06-11164 FRM
2. ADVERSARY CASE NO. 06-01248 FRM
3. CIVIL NO. 1:07 CV 00127 LY
4. CIVIL NO. 1:07 CV 00156 LY
5. CIVIL NO. 1:07 CV 00209 LY

6. CIVIL NO. 1:06 CV 01964 RBW

7. CIVIL NO. 1:05 CV 00243 SS
8. CIVIL NO. 1:06 CV 01558 RCL
9. CIVIL NO. 1:06 CV 00967 LY-RP

10. ADMINISTRATIVE AND FEDERAL TORT CLAIMS ACT FILINGS

11. EEOC NO. AND 360-2003-8286 X

4

II

STIPULATION OF EVIDENCE AND FACTS OF WRONGDOING BY I.RS. EMPLOYEES AND DEPARTMENT OF THE TREASURY EMPLOYEES FOR PLAINTIFF MICHAEL L BUESGENS REASONABLE ACCOMMODATION AND REASSIGNMENT REQUEST THAT BEGAN MAY 15, 2002.

1. PRODUCED THE FOLLOWING: TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION - TIGTA INVESTIGATION OF MICHAEL L BUESGENS IN JANUARY, 2003. THAT WAS INITIATED BY MELINDA LUNA ESTRADA IN HOUSE EEO TERRITORY MANAGER AND ANGELIA GOODEN-DOYLE, EEO COUNSELOR, AUSTIN, TEXAS IN OCTOBER, 2002

2. DENIAL OF REASONABLE ACCOMMODATION
3. DENIAL OF REASSIGNMENT
4. MEDICAL RECORDS PRIVACY ACT VIOLATIONS

5

5. WRONGFUL TERMINATION OF EMPLOYMENT
   AT
   I.R.S.
   AUSTIN COMPLIANCE CENTER
   CHARLES WASHINGTON, JR DIRECTOR
   RICHARD R RUBY, FIELD DIRECTOR
   1821 DIRECTORS BLVD
   AUSTIN, TEXAS 78745

6. ON MARCH 7, 2005
7. INVOLUNTARY DISABILITY RETIREMENT
   WITH OFFICE OF PERSONNEL MANAGEMENT
   OPM ON MARCH 7, 2005

8. EEOC NO. 360-2003-8286X
   A. HEARING ON 12/16/2003
   B. EEOC JUDGE ROBERT LYNN
   ✓ POWELL PRESIDING BY TELEPHONE
   FROM SAN ANTONIO, TEXAS

9. MICHAEL LYNN SALYARDS ✓ I.RS-GLS
   ATTORNEY DALLAS, TEXAS FOR
   THE AGENCY

10. RUSSELL BO KELMAN ✓, NATIONAL TREASURY

6

EMPLOYEES UNION **—NTEU**
CHIEF STEWARD, CHAPTER **247**
REPRESENTING PLAINTIFF
MICHAEL L BUESGENS IN
AUSTIN, TEXAS

11. DEFENDANTS AND WITNESSES FOR
THE **IRS** — DEPARTMENT OF THE
TREASURY ON: 12/16/2003

12. **AT**
AUSTIN COMPLIANCE CENTER
1821 DIRECTORS BLVD
AUSTIN, TEXAS  78744

13. **WERE THE FOLLOWING:**

14 CHARLES WASHINGTON, JR
15 NANCY A. SPOTSELSESSION
16 ANNA SAUCEDO MEDLOCK
17 MARTHA SCHINHALS

18 DONALD RAY TAWNEY, JR

19 MARGARET F. WAITES,   ET.AL.

**7**

20. **NO** DISCOVERY WAS CONDUCTED FOR THIS EEOC HEARING.

21. **NO** HARD COPY DOCUMENTARY EVIDENCE OF WRONG DOING PROVIDED.

22. MICHAEL LYNN SALYARDS, **I.R.S.** GENERAL LEGAL SERVICES-ATTORNEY DALLAS, TEXAS

A. CONCEALED EVIDENCE AND
B. SUBPOENED PERJURY

23. RUSSELL BOKELMAN **NTEU** CHIEF STEWARD, CHAPTER **247** AUSTIN, TX

24. COLLEEN M. KELLEY, PRESIDENT, **NTEU** AND WASHINGTON, D.C.

25. BARBARA A. ATKIN, GENERAL COUNSEL **NTEU** AND WASHINGTON, DC

26. DENNIS SCHNEIDER, ATTORNEY **NTEU**, AUSTIN, TEXAS AND

8

27. **FAILED** TO REQUEST DISCOVERY AND **FAILED** TO PRODUCE DISCOVERY FOR THE EEOC HEARING ON **12/16/2003** EEOC NO. 360-2003-8286X

AND

28. THIS PRODUCED THE FOLLOWING:
A. CIVIL NO. 1:05CV00243 SS
B. FILED: 04/05/2005
C. CLOSED: 12/06/2006

AND

29. ADMINISTRATIVE FEDERAL TORT CLAIM FILED: 08/22/2005 AT 8:01 AM WITH DEPUTY GENERAL COUNSEL DEPARTMENT OF THE TREASURY
A. CERTIFIED MAIL - RETURN RECEIPT
B. **MARY-ELLAN KRCHA** - TORT CLAIMS MANAGER

AND

30. THIS PRODUCED THE FOLLOWING:
A. CIVIL NO. 1:06 CV01558 RCC
B. CIVIL NO. 1:06 CV00967 LT-RP

AND

C. FIFTH CIRCUIT APPEALS - PETITION FOR REVIEW AND D.C. CIRCUIT APPEALS

9

31.  AND 1:06 CV 0 1964 RBW

32.  AND THE BANKRUPTCY - ADVERSARY
A.  CASES AND APPEALS
B.  AND MDL - 1800

33.  THE EMPLOYMENT DISCRIMINATION
AND RETALIATION COMPLAINT **IS**
**RELATED** TO THE HOUSING
DISCRIMINATION COMPLAINT

34.  BY **I.R.S.** EMPLOYEES LIVING AT
**FALCON RIDGE APARTMENTS**
500 EAST STASSNEY
AUSTIN TEXAS 78745

35.  **ONE MILE** FROM
AUSTIN COMPLIANCE CENTER
1821 DIRECTORS BLVD
AUSTIN, TEXAS 78744

36.  **I.R.S.** EMPLOYEES POLLUTED THE
WELL AT FALCON RIDGE APARTMENTS
WHERE PLAINTIFF BUESGENS LIVED

**10**

37. IT IS PLAINTIFF BUESGENS ALLEGATION THAT I.R.S. EMPLOYEES TOLD FALCON RIDGE APARTMENTS MANAGERS THAT HE WAS MENTALLY UNSTABLE AND A THREAT AND A DANGER TO THEM AND THE APARTMENT COMMUNITY.

38. THIS WAS A CONTRIBUTING FACTOR FOR MICHAEL L BUESGENS EVICTION THAT OCCURRED ON JULY 6, 2006.

39. MICHAEL L BUESGENS BEGAN LIVING AT FALCON RIDGE APARTMENTS
A. ON JUNE 28, 2003
B. APARTMENT 1023

40. PLAINTIFF BUESGENS HAS THE NAME OF ONE I.R.S. EMPLOYEE OF INTEREST

41.
A. DORIENNE BONILLA I.R.S. SUPERVISOR
B. WHO LIVED AT FALCON RIDGE APARTMENTS IN 2002 AND 2003

11

CIVIL NO. 1:07CV00859CV
ADVERSARY NO. 07-10008
**CONTINUATION**

42  PLAINTIFF BUESGENS MOTIONS
AND REQUESTS FOR **DISCOVERY**
ABOUT THE IDENTITIES OF
**I.R.S.** EMPLOYEES LIVING AT
FALCON RIDGE APARTMENTS WERE
OMITTED AND BEATEN DOWN
BY ATTORNEYS AND LAW FIRMS
**IN**

43  CIVIL NO. 1:06CV260 LY
A.  THE REMOVAL-REMAND OF
B.  C-1-CV-06-000678  EVICTION
SUIT APPEAL  TRIAL: 06/16/2006

44.  CIVIL NO.: 1:06CV226LY-RP
A.  THE REMOVAL OF
D-1-GN-06-000262  FILED: 1/23/06
B.  REMOVED ON 3/29/06 BY
ATTORNEYS
C.  THE BASIS FOR D-1-GN-06-000262
WAS **HUD** COMPLAINT NO. 06-06-293-8
FILED ON: 12/28/2005

12

45.    1:06CV01964 RBW
       **IS RELATED TO**
       1:07CV00859 RBW

46-    AN ENTWINED ENTANGLEMENT OF
       THE SAME PLAYERS IN
       COLLUSION IN PLAINTIFF BUESGENS
       **CENTRAL ISSUES**

47.    EMPLOYMENT DISCRIMINATION
48.    HOUSING DISCRIMINATION
49.    PERSONAL INJURY
50.    WRONGFUL TERMINATION OF EMPLOYMENT
51.    WRONGFUL TERMINATION OF APARTMENT
       LEASE CONTRACT
52.    INVOLUNTARY DISABILITY RETIREMENT
53.    UNLAWFUL CONVERSION OF
       PLAINTIFF BUESGENS FEDERAL
       EVIDENCE AND **MEDICAL RECORDS**
       UNDER COLOR OF STATE LAW
       ON JULY 6, 2006

54.    CONTINUING VIOLATIONS — INTERFERENCE
55.    RETALIATION
56.    BASED ON MEDICAL DISABILITY — BIPOLAR

57. PLAINTIFF MICHAEL L BUESGENS IS FILING THIS MOTION FOR STIPULATION AND WITH THE COURT

58 WITHOUT ANY CONTACT FOR THIS WITH ANY ATTORNEYS.

59. BECAUSE IN ALL THIS LITIGATION WE ARE BEYOND THE PALE AND AT WAR

60 PLAINTIFF BUESGENS STIPULATES THAT THE FOLLOWING HARD COPIES OF **I.R.S.** — DEPARTMENT OF THE TREASURY EMAILS FROM AND TO EMPLOYEES AND OFFICIALS IN **2002 - 2003** ARE **EVIDENCE** AND **FACTS** OF WRONGDOING THAT **SUPPORT**

61. HIS COMPLAINT OF WRONGFUL TERMINATED DISCHARGE

62. DENIAL OF REASONABLE ACCOMMODATION

63. DENIAL OF REASSIGNMENT

*14*

64    RETALIATION AND HARASSMENT VIOLATIONS OF THE MEDICAL PRIVACY ACT.

65    VIOLATIONS OF THE REHABILITATION ACT OF 1973, AS AMENDED

66.    AMERICANS WITH DISABILITIES ACT-ADA

67.    CODE OF FEDERAL REGULATIONS-CFR
  A.    EEOC REGULATIONS
  B.    OPM REGULATIONS

68.    EEOC AND OPM SPECIAL PLACEMENT AUTHORITY-TARGETED DISABILITY

69.    OPM-IRS VACANCY ANNOUNCEMENTS AS A REASSIGNMENT OPTION

70.    CONTINUING VIOLATIONS FROM 2002 THROUGH 2007 AND BEYOND

71.    FAILURES AT INTERACTIVE PROCESS

15

72. **FAILURES** TO KEEP BUESGENS MEDICAL RECORDS SEPARATE AS REQUIRED BY THE FOREGOING STATUTES AND REGULATIONS

73. **FAILURE** TO REFER PLAINTIFF BUESGENS TO EEO WHEN HE REQUESTED REASONABLE

A. ACCOMMODATION ON **MAY 15, 2002** AND

B. CONTINUING UNTIL A REFERRAL WAS MADE BY **I.R.S.** SUPERVISOR

74. MARTHA SCIMNITACS

A. ANNA SAUCEDO MEDLOCK AND

B. NANCY A. SPOTTER SESSION AND

C. CHARLES WASHINGTON, JR

75. AUGUST 29, 2002 ON

76. DONALD RAY TAWNEY, JR UNLAWFUL CONDUCT - CONTACTING BUESGENS DOCTOR DAVID G. JONES, M.O.

**16**

77.  DONALD RAY TAWNEY JR **DECEPTIVELY** TELLING DOCTOR LONES AND HIS STAFF THAT HE WAS ENTITLED TO THE MEDICAL RECORDS

A.  DIAGNOSIS.
B.  PROGNOSIS
C.  MEDICATIONS

78.  VIOLATIONS OF **HIPAA** MEDICAL RECORDS

**III**  **HARD COPY EMAILS EVIDENCE AND FACTS** AND **LOGICAL INFERENCE** - NEVER PRESENTED AT

EEOC NO. 360-2003-8286X
1:05 CV 00243 SS

1.  **EMAILS**
AUGUST 29, 2002 **9:44AM**
MARTHA SCHAWHACS
**TO**
MARGARET WAITES
**2** PAGES

*17*

2. OCTOBER 23, 2002 2:44 P.M.
MARTHA SCHANTMS IRS

A. TO
THOMAS J. THEIS
HUMAN RELATIONS - LABOR RELATIONS

B. A
CENTRAL FIGURE IN THE
WRONGDOING
**2** PAGES SAME THING

3. JANUARY 21, **2003**
DONALD RAY TAWNEY, JR - IRS
NEEDS BYESGENS
MEDICAL RECORDS
1 PAGE

4. JANUARY 21 2003 **8:52AM**
MARTHA SCHANTMS, I.R.S.
TO
DONALD RAY TAWNEY, JR AND MEALOCK

A. JANUARY 17, 2003 7:34AM
MARGARET F. WAITES - EEO
TO
MARTHA SCHANTMS - IRS

18

B.    AUGUST 29, 2002  9:44AM
      MARTHA SCHAWITALS - I.R.S.
               TO
      MARGARET F. WAITES - EEO
         1 PAGE


5.    JANUARY 21, 2003    1:33PM
 A.   DONALD RAY TIDWEY, JR
      I.R.S. SUPERVISOR
 B.   BANKRUPTCY NO.   06-11164
 C.   ADVERSARY NO.    06-01248
 D.   ADVERSARY NO:    07-10008

 E.   MARGARET F WAITES - EEO
      REASONABLE ACCOMMODATION COORDINATOR

 F.   ANNA SACKEDO MEDLOCK
      DIVISION MANAGER - IRS
         1 PAGE

6.    JANUARY 21, 2003  2:38PM
      DONALD RAY TIDWEY, JR - IRS
               TO

                19

A. "IN HOUSE" MARGARET F. WAITES - EEO AUSTIN SERVICE CENTER

B. ANNA S. MEDLOCK, IRS
MARTHA H. SCHWAHLS, IRS

C. MELINDA LUNA ESTRADA - EEO
TERRITORY MANAGER AUSTIN
SERVICE CENTER
A CENTRAL FIGURE IN THE
WRONGDOING.

7. JANUARY 22, 2003  7:23 AM
MARGARET F. WAITES - EEO
TO
A. DONALD RAY TAWNEY, JR - IRS
B. ADVERSARY NO. 07-10008
C. CIVIL NO. 1:06 CV 00967 LY-RP
D. FTCA PERSONAL INJURY TORT
CLAIM.

E. ANNA S. MEDLOCK - IRS
F. MARTHA SCHWAHLS - IRS
1 PAGE
20

8.  JANUARY 24, 2003 — EMAIL
    MARGARET F. WAITES — EEO
A.  DONALD RAY TAWNEY, JR
      TO
B.  ANNA — SAUCEDO MEDLOCK
    AND
    DIVISION MANAGER — IRS

9.  DONALD RAY TAWNEY, JR
    COMMUNICATING WITH MICHAEL
    L. BUESGENS DOCTOR
A.    DAVID G. JONES
      (AUSTIN) TEXAS
         AND
B.  FEDERAL OCCUPATIONAL HEALTH DOCTORS
C.  NEAL LEE PRESANT, M.D. ✓
D.  JAMES WILLIAM ALLEN, M.D. ✓
E.  MARK NORMAN FRANK, M.D. ✓
F.    BETHESDA, MARYLAND    ET. AL.

    DEPARTMENT OF HEALTH AND HUMAN
    SERVICES — HHS
    PROGRAM SUPPORT CENTER — PSC
    FEDERAL OCCUPATIONAL HEALTH — FOH
    1 PAGE

                21

10.    FEBRUARY 10, 2003    10:44 AM
   A.    EMAIL
         DONALD RAY TAWNEY, JR
   B.    ANNA S. MEDLOCK  TO
         DIVISION MANAGER - IRS

11.    DONALD RAY TAWNEY, JR IS
       QUOTING HIS CONVERSATION
                    WITH
   A.    THOMAS J. THEIS
         IRS - DEPARTMENT OF TREASURY
         HUMAN RELATIONS - LABOR RELATIONS
         300 EAST 8TH ST.
         AUSTIN, TEXAS  78701

   B.    LETTERS FROM BUESGENS DOCTOR
         TO DONALD RAY TAWNEY, JR
         I.R.S. SUPERVISOR
         CHAPTER 7 CASE # 06-11164 FRM

   C.    TAWNEY NEEDS TO BUILD ✓ A CASE
         AGAINST BUESGENS
   D.    HE IS ON SHAKY GROUND
   E.    CAMPUS CONTACTS BUT NOT VACANCY
         ANNOUNCEMENTS - REASSIGNMENT

22

12.    FEBRUARY 24, 2003  **2:30PM**
  A.    **EMAIL**
        DONALD RAY TAWNEY, JR
  B.    ANNA **TO** S. MEDLOCK

  C.    DON'T PUT IN WRITING **SAYS**
        TAWNEY AND WRITES TO MEDLOCK
        **ANN**

13.    **THOMAS J. THEIS**
       FEBRUARY 20, 2003    **6:28PM**

       WE WILL BEGIN THE PROCESS OF
       TERMINATING BUESGENS IF HE
       REFUSES GRADE 4 CLERK JOB
       1 PAGE

14.    MARCH 27 2003    **9:25AM**
  A.    **THOMAS J. THEIS**
        **TO**
  B.    DONALD RAY TAWNEY, JR
        **AND**
  C.    ANNA S. MEDLOCK
        DIVISION MANAGER AND **AUSA**
        R. BARRY ROBINSON — WITNESS

                **23**

D.  2 PAGE EMAIL
MARCH 27, 2003   9:25AM

15.  REQUEST AN OPINION FROM
    GLS
A.   MICHAEL LYNN SALYARDS ✓
B.   THOMAS R. STANTON
C.      ATTORNEYS
D.   DALLAS, TEXAS

16.  THOMAS J. TITUS ✓ SMS MANAGEMENT
    HAS MET THE RA REQUIREMENTS

17.  BUT WHAT ABOUT REASSIGNMENT
    TO IR.S-OPM VACANCY
    ANNOUNCEMENTS ?

18.  THAT MICHAEL L BUESGENS COULD
    HAVE WORKED WITH OR WITHOUT
    REASONABLE ACCOMMODATION

19.  NOT ALLOWED SAID
A.   NANCY A. SPOTSEK SESSION  VERBAL
B.   CHARLES WASHINGTON, JR

        24

20. EEO **DID NOT** TURNOVER MEDICAL RECORDS

21. **SO** DONALD RAY TAWNEY DECIDED TO DO IT HIMSELF.

22. SO HE CALLED BUESGENS
A. DOCTOR DAVID G. JONES
B. **SEE** PAGE **2** EMAIL

23. THOMAS J. THEIS ✓ SEES **FOUR** POSSIBLE ENDINGS

24. PAGE **2** OF EMAIL
A. DONALD RAY **TAWNEY**, JR
B. **EMAIL** TO THOMAS J. **THEIS**

25 SECOND PARAGRAPH
A. HE CONFIRMED THIS CONDITION
B. **THE HE IS**
C. DAVID G. JONES, M.D.
D. AND DONALD RAY TAWNEY JR DECEIVED ✓ THE DOCTOR INTO BELIEVING HE WAS ENTITLED TO THESE MEDICAL RECORDS.

25

26. MAY 16, 2003     12:59 PM
A. WHAT IS THE CONFIDENTIAL
   INFORMATION
                    AND
B. **LOOK** AT ALL THESE EMAILS
   WERE THEY SENT ON **SECURE**
   TRANSMISSION
                **AND**

27. **LOOK** AT THE **EMAIL**
    DATED MARCH 27, 2003     9:25 AM
A. **AGAIN**
B. THE LAST PARAGRAPH ✓
C. THOMAS F. THELS
   **SAYS**
D. PLEASE KEEP GOOD ✓ RECORDS

28. **WHERE** ARE THOSE GOOD RECORDS **?**

29. R. **BARRY** ROBINSON, AUSA
    **AND**

30. MICHAEL LYNN SNEYARS, **GLS**
    ATTORNEY **KNOW** WHERE THEY ARE

31. THE MISCONDUCT AND FAILURES OF **FIDUCIARY DUTY** BY THE FOREGOING GOVERNMENT EMPLOYEES, DEFENDANTS AND ATTORNEYS

**IS**

32. RETALIATION AGAINST BUESGENS

**THAT**

33. EXCEEDS THE ORIGINAL DISCRIMINATION COMPLAINT

34 U.S. ATTORNEYS **ARE NOT** REQUIRED ✓ **TO DEFEND** GOVERNMENT EMPLOYEES WHO ENGAGE **IN** UNLAWFUL CONDUCT

**IV** THEREFORE **SEE** THE **EXHIBITS OF ASSETS** AVAILABLE FOR **JUDGMENT**

1. I.R.S. EMPLOYEES DEPARTMENT OF TREASURY EMPLOYEES **HAVE** ASSETS

A. COMBINED
B.

27

2. TO SATISFY BUESGENS CLAIM AGAINST TITEM.

3. GOVERNMENT ATTORNEYS **SHOULD NOT** DEFEND TITEM.

4. **DON'T** LET TITEM HIDE BEHIND **THE** AGENCY.

5. BECAUSE AS R. BARRY ROBINSON, **AUSA**

A.
B. THE SECRETARY **SAYS** DON'T KNOW NOTHIN

6. LET THESE GOVERNMENT AGENTS DEFEND THEMSELVES.

7. LIKE PLAINTIFF BUESGENS HAS HAD TO DO SINCE **2002**.

28

8. # WHO ARE THEY?

9. DONALD RAY TAWNEY JR

10. MARK EVERSON, COMMISSIONER

11. JOHN W. SNOW, SECRETARY

12. HENRY PAULSON, SECRETARY

13. CHERYL ANN ROUNTREE TAWNEY - IRS

14. THOMAS J. TITELS ✓      LABOR RELATIONS

15. CHARLES G. HERNDON

16. MARGARET F. WHITES ✓

17. MELINDA LUNA ESTRADA ✓      EEO        EEO

18. ANGELIA GODDEN DOYLE      EEO

19. ROBERT J. LEEKE      TIGTA

20. DENNIS COLLINS      AGENTS

21. DANIEL PARFITT

22. CHARLES WASHINGTON, JR, DIRECTOR

23. RICHARD R. AUBY, FIELD DIRECTOR

24. ANNA S. MEDLOCK      IRS

29

25  DORIENNE BONIZLA - FALCON RIDGE
26  MARY E. CARROLL WILLIAMSON

27  NANCY A. SPOTSER SESSION - IRS

28  MICHAEL LYNN SALYARDS - GLS
29  THOMAS R. STANTON - GLS

30  VICTOR REYES - EEO
31  JAMES C. PARKER - EEO

32  MARCIA H. COATES, EEO - D.C.
33  MARLITA G. HARVEY ET.AL.

30

V

# DECLARATION AND VERIFICATION OF MICHAEL L BUESGENS

I DECLARE UNDER PENALTY OF PERJURY, PURSUANT TO 28 USC SECTION 1746 THAT THIS STIPULATION OF EVIDENCE AND FACTS AND THE HARD COPY EMAILS AND SOME OF THE ASSETS THAT ARE AVAILABLE FOR JUDGMENT IS TRUE

EXECUTED ON THIS 11 TH DAY OF JUNE, 2007

*Michael L Buesgens*

MICHAEL L BUESGENS

31

1:07CV 00 859 RBW

## VI CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THIS STIPULATION OF EVIDENCE AND ADJUDICATIVE FACTS AND EXHIBITS WAS SERVED BY FIRST CLASS MAIL ON THIS 15TH DAY OF JUNE 2007 ADDRESSED TO:

1. DONALD RAY TAWNEY, JR
   AND

2. BANKRUPTCY ATTORNEY
   CHARLES R. NETTLES

3. R. BARRY ROBINSON, AUSA

4. PAT S. GENIS, AUSA
   13601 ELM RIDGE LANE #1635
   AUSTIN, TEXAS 78727

5. CHERYL ROUNTREE TAWNEY
   1311 ROCKY CREEK OLIVE
   PFLUGERVILLE, TX 78660-2931

32

7. PAT S GENIS
8. MARK EVERSON
9. JOHN W. SNOW
10. HENRY PAULSON
11. KAREN MELNIK
12. MATTHEW SOLOMSON
13. R. BARRY ROBINSON
14. MICHAEL LYNN SACYAROS
15. THOMAS R. STANTON
16 MARY-ELLEN RECHA ✓

17. TRIAL ATTORNEY   TAX DIVISION
RODOLFO LIZCANO.  TAX CASE 211-03
CIVIL NO. 1:03CV00661SS

18. A. CHARLES G. HERNDON

19. A. 1:04CR00171LY -CRIMINAL CASE
U.S. DEPARTMENT OF JUSTICE
P.O. BOX 227
WASHINGTON, DC 20044
202-307-6390

FAX: 202-514-6866

33

20. ELGIN ACE HARDWARE
21. MARETHA H. SCHWANLS - IRS
22. DONALD RAY TAWNEY JR. IRS
23. ROBERT BRUCE SCHWANLS
    224 NORTH HWY 95
    ELGIN, TEXAS 78621

24. THOMAS J. THEIS - IRS
    HUMAN RELATIONS
25. RALPH CLINKSCALES
26. DONALD RAY TAWNEY JR
    1400 SWEET WILLIAM LANE
    PFLUGERVILLE, TX 78660-4109

27. CHARLES G. HERNDON - IRS
28. BARBARA HERNDON - IRS
    1:04CR00171 LY-RP
    1:03CV00661 SS
    TAX CASE NO. 211-03
    9901 BRIAR RIDGE DRIVE
    AUSTIN, TEXAS 78748-5942

29. MARGARET F. WATTES - EEO - IRS
    17225 BUSH MILLS ROAD
    PFLUGERVILLE, TEXAS 78660-1700

34

30. MELINDA LUNA ESTRADA - EEO
31. DENNIS COLLINS - TIGTA
32. DONALD RAY TAWNEY, JR
33. JOSEPH ESTRADA
11704 ARBOR DOWNS ROAD
AUSTIN, TEXAS 78748-2036

34. ROBERT J. LEEKE - TIGTA
35. ANGELIA GOODEN-DOYLE - EEO
36. RODOLFO LIZCANO
2120 COATS CIRCLE
AUSTIN, TEXAS 78748-3404

37. CHARLES WASHINGTON, JR, DIRECTOR
38. DONALD RAY TAWNEY, JR
39. ERMA F WASHINGTON
40. CHARLES G. HERNDON
41. RODOLFO LIZCANO
42. MICHAEL LYNN SALYARDS
43. RUSSELL BOKELMAN, NTEU
134 MUSKET DRIVE
BASTROP, TEXAS 78602

35

44. RICHARD R. AUBY, FIELD DIRECTOR IRS
45. RONNA O. AUBY,
46. RODOLFO LIZCANO
    A. 1:03CV00661 SS
    B. TAX COURT 211-03
47. CHARLES G. HERNDON
    A. 6:04CR00171 LY-RP
48. DONALD RAY TWNEY, JR
49. MARK EVERSON
50. MARY E. CARROLL
    15 WINTERFALL DRIVE
    AUSTIN, TEXAS 78738-1510

51. ANNA SAUCEDO MEDLOCK, IRS
52. MARY E. CARROLL, IRS
53. DONALD RAY TWNEY, JR, IRS
54. MARCIA SCHMUTALS, IRS
55. STEVEN MEDLOCK, IRS

    2938 WINDCLIFF WAY
    AUSTIN, TEXAS 78748-2080

A. EEOC # 360-2003-8286 X
B. HEARING: 12/16/03

36

56.    MARY E. CARROLL - IRS
       ELIZABETH F. WILLIAMSON
       5704 HEDGEWOOD DRIVE
       AUSTIN, TEXAS  78745-2237


57.    EVA LEE, INVESTIGATOR
       U.S. DEPARTMENT OF HEALTH AND
       HUMAN SERVICES - HHS
                    AND      REGION VI
   A.  MICHAEL L BUESGENS
       HIPAA COMPLAINT
                 AGAINST
   B.  DONALD RAY TAWNEY, JR
   C.  FOH - DOCTORS
       NEAL LEE PRESANT, M.D.
       JAMES WILLIAM ALLEN, M.D.
       MARK NORMAN FRANK, M.D.
       1301  YOUNG STREET  #1169
       DALLAS  TEXAS  75202
       PHONE: 1 214-767-0384
       FAX: 214-767-0432
       BUESGENS HEALTH PLAN
   D.  FOH
   E.  MAGELLAN            HIPAA
   F.  BLUE CROSS BLUE SHIELD
                    37

58. MARILYN L. GLYNN, GENERAL
COUNSEL
OFFICE OF GENERAL COUNSEL
AND LEGAL POLICY
U.S OFFICE OF GOVERNMENT ETHICS
1201 NEW YORK AVE, NW
SUITE 500
WASHINGTON, DC 20005-3917
PHONE: 202-482-9292
FAX: 202-482-9237


MICHAEL L BUESGENS
EXTENDED STAY AMERICA
MAILING ADDRESS
3112 WINDSOR RD, #A322
AUSTIN, TEXAS 78703
512-339-6005 X 7958
FAX: 512-339-6099
MIKEBUESGENS@HOTMAIL.COM


38

# 1:07CV00859 RBW

# VII  EXHIBITS

# HARD COPY EMAILS

1. AUGUST 29, 2002   9:44AM

2. OCTOBER 23, 2002   2:44PM
   **2 PAGES** SAME THING

3. JANUARY 21, 2003
   A. DONALD RAY TAWNEY, JR
   B. DAVID G. JONES, M.D.
   C. MARGARET WHITES
   D. DOCUMENT   **1 PAGE**

4. JANUARY 21, 2003   8:52AM
   A. JANUARY 17, 2003   7:34AM
   B. AUGUST 29, 2002   9:44AM
   **1 PAGE**

5. JANUARY 21, 2003   1:33P.M.
   DONALD RAY TAWNEY, JR
   **1 PAGE**

**39**

6.    JANUARY 21, 2003    2:38 PM
A.    JANUARY 21, 2003    1:33 PM
B.    JANUARY 21, 2003    8:53 AM
C.    DONALD RAY TAWNEY, JR
D.    MIKE'S AND DOCTORS OFFICE    **1 PAGE**

7.    JANUARY 22, 2003    7:23 AM
A.    JANUARY 21, 2003    1:33 PM
B.    JANUARY 21, 2003    8:53 AM
C.    MARGARET WAITES
D.    DONALD RAY TAWNEY, JR
E.    ANNA S. MEDLOCK
F.    MARTHA SCHAUHALS

G.    BUESGENS—MEDICAL INFORMATION
H.    DONALD RAY TAWNEY, JR IS
      COORDINATING AND SUPERVISING
      MEDICAL RECORDS RELEASE
I.    **WHY?** **1 PAGE**

8.    JANUARY 24, 2003    EMAIL TO
A.    MARGARET WAITES FROM
B.    DONALD RAY TAWNEY, JR — TELEPHONE
      CALL FROM BUESGENS DOCTOR

**40**

9.  FEBRUARY 18, 2003   10:44 AM
    EMAIL FROM
A.      DONALD RAY TAWNEY JR
B.  BUILD A CASE AGAINST BUESGENS
C.  NOT COVERED
D.  SHAKY GROUND
          AND
E.  THOMAS J THEIS
F.  ANNA S. MEDLOCK
    1 PAGE

10.  FEBRUARY 24, 2003   2:30 P.M.
     EMAIL — DONALD RAY TAWNEY JR
A.   DO NOT ADDRESS THIS IN A MEMO

B.  FEBRUARY 20 2003   6:28 PM
    DONALD RAY TAWNEY JR  ET.AL.
C.  WILL BEGIN THE PROCESS
                OF
D.  TERMINATING MICHAEL L. BUESGENS
    EMPLOYMENT
    1 PAGE

41

11. FEBRUARY 27 2003
   FAX TRANSMISSION COVER SHEET
   A: MARGARET WAITES
   B: DONALD RAY TAWNEY

   FEBRUARY 27, 2003   4:10PM
   EMAIL
   A: ONE HOUR MEETING WITH
   B: DONALD RAY TAWNEY, JR
   C: MARGARET F. WAITES
   D: SEE EEOC REGULATIONS ON
   INTERACTIVE PROCESS
   1 PAGE

12. MARCH 27, 2003   9:25 AM
   EMAIL FROM
   A: THOMAS I THEIS — I.R.S.
   LABOR RELATIONS
   B: MEDICAL RECORDS
   C: 4 POSSIBLE ENDING
   AND
   D: PLEASE KEEP GOOD RECORDS
   E: WHERE ARE THOSE RECORDS,
   R. BARRY ROBINSON ?
   2 PAGES            42

# PAGE 2

F. DONALD RAY TAWNEY, JR

G. MARK EVERSON, COMMISSIONER

H. JOHN W. SNOW, SECRETARY

I. HENRY PAULSON, SECRETARY

J. RECEIVING

AND

K. SOLICITING

L. MICHAEL L BUESGENS

MEDICAL RECORDS FROM

DAVID G. JONES, M.D.

13. MAY 16, 2003    12:59 PM

FAX TRANSMITTAL FROM

A. MARGARET WHITES, REASONABLE

ACCOMMODATION COORDINATOR TO

B. DONALD RAY TAWNEY, JR

C. CONFIDENTIAL INFORMATION

D. ON A UNSECURED FAX MACHINE

/ PAGE

E. WHERE ARE THE REST OF THE PAGES

R. BARRY ROBINSON, AUSA?

43

14. ADVERSARY NO. **07-10008**
A. ENTRY OF APPEARANCE
BY **PAT S. GENIS, AUSA**
TAX ATTORNEY

B. MICHAEL L. BUESGENS
V.

C. MARK EVERSON, COMMISSIONER
D. HENRY PAULSON, SECRETARY
E. DONALD RAY TIMONEY, JR
F. DEBTORS - CHAPTER 7
G. CASE NO. **06-11164FRM**
H. DEFENDANTS
I. CIVIL NO. **1:06CV00967LY-RP**
J. FTCA - PERSONAL INJURY TORT
CLAIM
**2 PAGES**

15. DISCLOSURE OF COMPENSATION
A. BANKRUPTCY CASE NO. 06-11164FRM
B. **$1,800.00** TO ATTORNEY CHARLES
R. NETTLES.

C. **WHERE** IS THE COMPENSATION FOR
THESE ADVERSARY CASES AND APPEALS?
1 PAGE

44



16. **CERTIFICATE OF COMPLIANCE**
WITH SECTION **342(b)** OF THE
BANKRUPTCY CODE
A. CASE NO. 06-11164FRM
B. **CHARLES R. NETTLES** - BANKRUPTCY
ATTORNEY **HAS NOT** BEEN IN
COMPLIANCE AND HE HAS
LIABILITY AS DOES CHAPTER
C. 7 TRUSTEE **RANDOLPH OSHEROW**
1 PAGE

17. **CERTIFICATE OF DEBTOR EDUCATION**
BY DONALD RAY THONEY, JR
A. DATED AUGUST 15, 2006
B. **IS NOT**
THE REQUIRED **FORM 23**
**AND**
C. **DOES NOT** HAVE DONALD RAY THONEY,
JR SIGNATURE IN VIOLATION OF
THE BANKRUPTCY CODE.
1 PAGE

18. MEETING OF CREDITORS - BUT NOT
MICHAEL L BUESGENS
1 PAGE
45

19.
A. ORIGINAL PETITION FOR **DIVORCE**
DONALD RAY TAWNEY, JR    9/29/06
I.R.S. SUPERVISOR
AND

B. CHERYL ANN ROUNTREE TAWNEY
I.R.S. SUPERVISOR

C. AUSTIN COMPLIANCE CENTER
1821 DIRECTORS BLVD.
AUSTIN, TEXAS  78744

D. CHERYL ANN TAWNEY HAS INFORMATION
ABOUT DONALD RAY TAWNEY JR.

E. MISCONDUCT AND WRONGDOING
FOR **2003**

F. REASONABLE ACCOMMODATION
AND

G. MEDICAL RECORDS VIOLATIONS
1 PAGE

20. **ASSETS** AVAILABLE FOR
JUDGMENT BEGINNING WITH

A. **MARTHA H. SCHAWALS**

B. I.R.S. SUPERVISOR
ET. AL.

46



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**ATLANTA, GA 30308**

WAGE AND INVESTMENT DIVISION

DATE: August 28, 2002 ✓

MEMORANDUM FOR Michael Buesgens

FROM: Martha Schanhals

*Martha Schanhals, Team Manager 402*

SUBJECT: Request for Medical Documentation

In response to your request for reasonable accommodation, I am requesting medical documentation to assist me in determining the most appropriate accommodation.

Please submit the following documentation by **September 9, 2002:**

Statement from a physician regarding the history of the specific medical condition, including references to findings from previous examinations, treatment, and responses to treatment.

Clinical findings from the most recent medical evaluation, including any of the following which have been obtained: findings of physical examination results of laboratory test; x-rays; EKGs and other special evaluations or diagnostic procedures and in the case of psychiatric disease, the findings of a mental status examination and the results of psychological tests.

Assessment of the current clinical status and plans for future treatment;

- Diagnosis;
- An estimate of the expected date of recovery;
- An explanation of the impact of the medical condition on life activities both on and off the job;
- A narrative explanation of the medical basis for any conclusions which indicates the likelihood that the individual is or is not, expected to experience sudden or subtle incapacitation as a result of the medical condition;
- A narrative explanation of the medical basis for any conclusion that duty restrictions or accommodations are, or are not, warranted, and if they are, and explanation of the therapeutic or risk avoiding value, and the nature of any similar restrictions or accommodations recommended for non-work related activities; and

**Waltes Margaret F**

| | |
|---|---|
| **From:** | Schanhals Martha H |
| **Sent:** | Thursday, August 29, 2002 9:44 AM |
| **To:** | Waltes Margaret F |
| **Subject:** | Reasonable Accommodation Request |

Margaret

My seasonal grade 8 Customer Service Representative, **Michael Buesgens** is requesting a reasonable accommodation from working on the toll free lines. I have given Michael the reasonable accommodation memo which gives him instructions concerning the required medical documentation and where to mail the completed documentation. He said his doctor should have the information completed next week, so I have given him a deadline of September 9, 2002 to submit this information. Along with the memo I gave him a copy of his position description, AUSC 238, and a medical release form.  Call me at ex 1960 if you have any questions.

Martha

*[handwritten notes:]*

1, → 1164   DON TAWNEY

Don T. letter.
Denis
last to lines
state. Regui
Bases for
(last 2 lines)
Tax P.D.

1164   DON TAWNEY

**Theis Thomas J**

| | |
|---|---|
| **From:** | Schanhals Martha H |
| **ˈent:** | Wednesday, October 23, 2002 2:44 PM |
| **o:** | Theis Thomas J |
| **Subject:** | Michael Buesgens Case |

Thomas

Michael filed an EEO complaint concerning the denial of the restoration of his annual leave. He claimed that the leave restoration was denied due to retaliation for his filing a reasonable accommodation request to be off toll free due to personal stress, depression, and bipolar condition. Angela Dole (EEO) interviewed me. Michael had made a statement to Angela that I got loud when we had discussions concerning his annual leave issues and I believe she said that he informed her that our meetings were causing a hostile or disruption in the place. I told her I did not get loud with him and that he got loud with me. I asked him to calm down and lower his voice because I was not going to let him talk to me in that tone of voice. He made a comment like "hell no he did not have to calm down I was stealing his leave." He calmed down and then left my office. Two of my employees overheard this conversation and came to me after this meeting to see if everything was ok. I told one that if anything else happened of this nature, I may have to get her to write up a statement of what she heard.

Angela (EEO) also had a email from SETR to NTEU (Russell Bockelman) stating that Michael's reasons met the criteria to have the leave restored. I informed Angela that SETR told me it did not. Angela was going to contact Naomi Craig SETR mgr. and get this confirmed in writing. Evidently SETR informed EEO that it could not be stored for Michaels reasons and met with him to inform him. During Michael's meeting with EEO, he made a threat that has been elevated to TITGA. ✓

*EEO        MELODA ESTRADA   ANGELA-GOODEO DOXE*

Do you think I should do anything about the incident mention in paragraph one above because of the possible TITGA case? I also found out that the day that Michael left to go non-duty he called me on the phone to see if he could get a few cases to work on for the rest of the day. I told him I would bring him some work. Evidently when he hung up the phone the employee in the next cubicle heard him say "I cannot stand that bitch". The employee came to me after Michael left to go non-duty and told me about this incident. I asked her if she was sure he was talking to me on the phone and she said "yes".

One other issue I am not sure whether to pursue it while he is non-duty or wait tell he comes back to duty is his ✓
ˈasonable accommodation request. We will be dealing with the annual leave issue and pressuring him for the reasonable
ˈccommodation information we need from his doctor. This may really push him over the edge. I gave Michael all the paper ✓
work for the doctor to complete and send in to the EEO Office. It is way past the deadline I gave him to have this
paperwork in and EEO Office (Margaret ) said they never got anything. Michael is non-duty until January. When he comes
back are we going to put him on the phones since we have no paperwork to keep him off? He is a CSR grade 8 earning
the grade 8 pay earned for working in toll free.

Thomas please advise me on this. Thanks....Martha (ex 1960)

### Email to Thomas on 10-23-02 

Michael filed an EEO complaint concerning the denial of the restoration of his annual leave. He claimed that the leave restoration was denied due to retaliation for his filing a reasonable accommodation request to be off toll free due to personal stress, depression, and bipolar condition. Angela Dole (EEO) interviewed me. Michael had made a statement to Angela that I got loud when we had discussions concerning his annual leave issues and I believe she said that he informed her that our meetings were causing a hostile or disruption in the place. I told her I did not get loud with him and that he got loud with me. I asked him to calm down and lower his voice because I was not going to let him talk to me in that tone of voice. He made a comment like "hell no he did not have to calm down I was stealing his leave." He calmed down and then left my office. Two of my employees overheard this conversation and came to me after this meeting to see if everything was ok. I told one that if anything else happened of this nature, I may have to get her to write up a statement of what she heard.

Angela (EEO) also had a email from SETR to NTEU (Russell Bockelman) stating that Michael's reasons met the criteria to have the leave restored. I informed Angela that SETR told me it did not. Angela was going to contact Naomi Craig SETR mgr. and get this confirmed in writing. Evidently SETR informed EEO that it could not be stored for Michaels reasons and met with him to inform him. During Michael's meeting with EEO, he made a threat that has been elevated to TITGA.

Do you think I should do anything about the incident mention in paragraph one above because of the possible TITGA case? I also found out that the day that Michael left to go non-duty he called me on the phone to see if he could get a few cases to work on for the rest of the day. I told him I would bring him some work. Evidently when he hung up the phone the employee in the next cubicle heard him say "I cannot stand that bitch". The employee came to me after Michael left to go non-duty and told me about this incident. I asked her if she was sure he was talking to me on the phone and she said "yes".

One other issue I am not sure whether to pursue it while he is non-duty or wait til he comes back to duty is his reasonable accommodation request. We will be dealing with the annual leave issue and pressuring him for the reasonable accommodation information we need from his doctor. This may really push him over the edge. I gave Michael all the paper work for the doctor to complete and send in to the EEO Office. It is way past the deadline I gave him to have this paperwork in and EEO Office (Margaret ) said they never got anything. Michael is non-duty until January. When he comes back are we going to put him on the phones since we have no paperwork to keep him off? He is a CSR grade 8 earning the grade 8 pay earned for working in toll free.

1/21/2003 ✓

Call from Mgr. Don Tawney — per Don
the employers medical provider still
had the 70/ Ellen 238 in his office
and would for today.

EXECUTIVE HEALTH SERVICES
DAVID G. JONES, M.D., MPH
900 E. 30th, #203
AUSTIN, TEXAS 78705
(512) 474-5904
(512) 474-1839 FAX

DATE: 1/21 03

ATTENTION: Margaret Waites

COMPANY: _____

FAX: 460 7953

FROM: David G. Jones MD, MPH

RE: Dr. Mike Bergens

Don Tawney
1164

Need medical
Rel. form &
position
description

Rec'd call 1/23 — No medical Rel. yet
w/ Fary P.D.

NUMBER OF PAGES (INCLUDING COVER SHEET): ___

This transmission is confidential and intended for the addressee only. If you receive this in error, please
notify us at 474-5904. Thank you

Fully trained phone trained

——Original Message——
**From:** Schanhais Martha H
**Sent:** Tuesday, January 21, 2003 8:52 AM
**To:** Tawney Donald R; Waites Margaret F
**Cc:** Medlock Anna S
**Subject:** FW: Reasonable Accommodation Request

Margaret

Don Tawney is going to be Mike's manager this season. I informed him before he went non-duty on October 4th that your office had never received the information from his doctor to consider his reasonable accommodation request. I am sending this information to Don to follow-up on and find out when the doctor sent it to your office. Don's ex is 1164.

Martha

——Original Message——
**From:** Waites Margaret F
**Sent:** Friday, January 17, 2003 7:34 AM
**To:** Schanhais Martha H
**Subject:** RE: Reasonable Accommodation Request

Martha,

I received a voice mail from the employee below asking what was the status of his RA request. To date, I have not received any medical documentation or Medical release from this employee. Please inform the employee that without the medical documentation I am unable to assist. He said his medical provider had sent the information, however, it has not been received in the EEO Office. Let me know his response and you will probably have to reissue the letter/form.

Do he go non duty during the time frames August - September 9th.

Thanks,
*Margaret Waites*
*EEO Specialist, RAC*
*(512)460-4392*

——Original Message——
**From:** Schanhais Martha H
**Sent:** Thursday, August 29, 2002 9:44 AM
**To:** Waites Margaret F
**Subject:** Reasonable Accommodation Request

Margaret

My seasonal grade 8 Customer Service Representative, Michael Buesgens is requesting a reasonable accommodation from working on the toll free lines. I have given Michael the reasonable accommodation memo which gives him instructions concerning the required medical documentation and where to mail the completed documentation. He said his doctor should have the information completed next week, so I have given him a deadline of September 9, 2002 to submit this information. Along with the memo I gave him a copy of his position description, AUSC 238, and a medical release form. Call me at ex 1960 if you have any questions.

Martha

| Tracking: | Recipient | Read |
|---|---|---|
| | Waites Margaret F | Read: 1/22/03 7:09 AM |
| | Medlock Anna S | Read: 1/21/03 3:48 PM |
| | Schanhais Martha H | Read: 1/21/03 3:42 PM |
| | Estrada Melinda L | Read: 1/21/03 2:57 PM |

Please contact me regarding further action to be taken.

Thank you,
Don

----Original Message----
**From:**     Tawney Donald R
**Sent:**     Tuesday, January 21, 2003 1:33 PM
**To:**       Waites Margaret F
**Cc:**       Medlock Anna S; Schanhals Martha H
**Subject:**  RE: Reasonable Accommodation Request

Margaret,

I spoke with Mike today. I asked him if he had confirmed with his Doctor that the information was sent, and Mike id he had not. He said he assumed we had received the information. Please let me know if the Reasonable ccomodation Memo needs to be reissued.

Thank you,

*Don Tawney*

# Team 403 Supervisor
# AMOP 2: Dept. 4
# 460-1164
# 6573 AUSC

----Original Message----
**From:**     Waites Margaret F
**Sent:**     Tuesday, January 21, 2003 8:53 AM
**To:**       Schanhals Martha H; Tawney Donald R
**Cc:**       Medlock Anna S
**Subject:**  RE: Reasonable Accommodation Request

Martha,

Thanks, I will wait to hear from Don.
*Margaret Waites*
*EEO Specialist, RAC*
*(512)460-4392*

1

RESULT          OK
PGS. SENT        1
USAGE T        00.41
ST. TIME       04/26 13:38
CONNECTION ID
CONNECTION TEL    8474183 9
TX/RX NO        1506

**Tawney Donald R**

| | |
|---|---|
| m: | Tawney Donald R |
| .ent: | Tuesday, January 21, 2003 2:38 PM |
| o: | Waites Margaret F |
| Cc: | Medlock Anna S; Schanhals Martha H; Estrada Melinda L |
| Subject: | FW: Reasonable Accommodation Request |

Margaret,

    I discovered you were out of the office this afternoon so I contacted Melinda regarding a voice mail I received around 2pm today from Mike's Doctor's office. The call was from Donna Lynn at Dr. David Jone's office (474-5904). In the message Ms. Lynn said she had sent the information to the wrong place and wanted to know the correct address or fax number. Melinda informed me that the information could be faxed to your attention at 460-7955.

    I called Ms. Lynn who indicated she would fax the Form 238 immediately. She said she had faxed it on 9-1-02 to 460-0252 (which, I believe, is one of the office numbers listed on the RA Memo).

    Please contact me regarding further action to be taken.

Thank you,
Don

-----Original Message-----
| From: | Tawney Donald R |
| Sent: | Tuesday, January 21, 2003 1:33 PM |
| To: | Waites Margaret F |
| Cc: | Medlock Anna S; Schanhals Martha H |
| Subject: | RE: Reasonable Accommodation Request |

Margaret,

    I spoke with Mike today. I asked him if he had confirmed with his Doctor that the information was sent, and Mike !d he had not. He said he assumed we had received the information. Please let me know if the Reasonable .ccomodation Memo needs to be reissued.

Thank you,

*Don Tawney*

# Team 403 Supervisor
# AMOP 2: Dept. 4
# 460-1164
# 6573 AUSC

-----Original Message-----
| From: | Waites Margaret F |
| Sent: | Tuesday, January 21, 2003 8:53 AM |
| To: | Schanhals Martha H; Tawney Donald R |
| Cc: | Medlock Anna S |
| Subject: | RE: Reasonable Accommodation Request |

Martha,

Thanks, I will wait to hear from Don.

*Margaret Waites*
*EEO Specialist, RAC*
*(512)460-4392*

## Tawney Donald R

| | |
|---|---|
| m: | Waites Margaret F |
| nt: | Wednesday, January 22, 2003 7:23 AM |
| J: | Tawney Donald R |
| Cc: | Medlock Anna S; Schanhals Martha H |
| Subject: | RE: Reasonable Accommodation Request |

Don,

If the employee's medical provider has a current status of the employee's medical condition documented on the Form 238 you called me about on Tuesday, please have them to fax the medical information to 460-7955 or mail to IRS EEO Office, STOP 1105AUSC, PO BOX 934, Austin, TX 78767.

Thanks,
Margaret Waites
Area 1, EEOD Office, Austin Territory
Reasonable Accommodation Coordinator
Ext. 512-460-4392 (On Tuesdays, Thursdays, & Fridays each week)
Ext. 512-499-5906 (on Mondays & Wednesdays each week)

-----Original Message-----
From: Tawney Donald R
Sent: Tuesday, January 21, 2003 1:33 PM
To: Waites Margaret F
Cc: Medlock Anna S; Schanhals Martha H
Subject: RE: Reasonable Accommodation Request

Margaret,
    I spoke with Mike today.  I asked him if he had confirmed with his Doctor that the information was sent, and Mike said he had not.  He said he assumed we had received the information.  Please let me know if the Reasonable Accomodation Memo needs to be reissued.

Thank you,

*Don Tawney*

# Team 403 Supervisor
# AMOP 2: Dept. 4
# 460-1164
# 6573 AUSC

----Original Message----
From: Waites Margaret F
Sent: Tuesday, January 21, 2003 8:53 AM
To: Schanhals Martha H; Tawney Donald R
Cc: Medlock Anna S
Subject: RE: Reasonable Accommodation Request

Martha,

Thanks. I will wait to hear from Don.
*Margaret Waites*

Blank                                                                      Page 1 of 1

**Tawney Donald R**

| | |
|---|---|
| To: | Waites Margaret F |
| Cc: | Medlock Anna S |

*1-24-03* ✓

Subject: Michael Buesgens

Margaret,
      Here is the information you requested regarding Michael Buesgens:

      Mike returned to duty on 1/15/03 and has been assigned to Team 403. When I informed Mike I would be his supervisor this season he asked me about the status of his reasonable accomodation request. He stated his request was not to be on the Toll Free line answering calls from taxpayers. I met with Mike's previous manager who notified me that, based on information received from your office, Mike had not provided the physician's statement we requested on August 28, 2002. ✓

      I notified Mike the information had not been received. That same day I received a phone call from Mike's Doctor's office asking for the fax number to which the statement should be sent. After contacting your office for the number, I called the Doctor's office with the information.

      I notified Mike that he would not be required to be on the phones at this time. I told him we intend to wait until the assessment from the FOH physician is received before we consider putting him on the phones. The decision to put him on the phones would, of course, be contingent on the FOH physician's recommendation. ✓

*Don Tawney*

**Team 403 Supervisor
AMOP 2: Dept. 4
460-1164
6573 AUSC**

JAN-27-2005  08:17          DALLAS REG COMPLAINT CTR                972 308 1307      P.15

**Tawney Donald R**

**From:**     Tawney Donald R
**Sent:**     Monday, February 10, 2003 10:44 AM
**To:**       Medlock Anna S
**Subject:**  Mike Buesgens

Anna,

PC to Thomas today.  Thomas says anxiety/stress "probably" does not qualify as a disability per ADA, but he is fairly sure bi-polar does.  The letters we received from Mike's Doctor last year mention depression, anxiety, and bi-polar condition.  We don't know for sure what Mike's Doctor told FOH, but it probably mentioned bi-polar.

Dave Ronquillo's case involves just anxiety/stress.  Dave sent out a memo all over the Austin campus inquiring about a reassignment for their employee.  No takers.  Somewhere in the mix Dave determined that anxiety/stress was not covered under ADA.  Problem is, he is not supposed to have any information regarding the employee's medical condition.  He needs to obtain the information officially before he can begin to build a case.  LR, GLS, Management and EEO are fighting it out right now on whether EEO is obligated to give Management the medical information on the employee.  This in-house struggle has been going on for about a month.  Thomas says he's not sure EEO will give the information even if LR, GLS and Management provide convincing evidence that Management is entitled to it.

If Management gets the info, we still have to prove that anxiety/stress is not covered--Thomas is not sure whether it is covered or not.

I think all this means we're on shaky ground if we base our case on Mike's condition not being covered under ADA.  I suggest we proceed as if it is covered:  I'll contact Margaret Waites by phone and tell her we cannot restructure his job duties to eliminate his phone time.  I'll get the info we need from her in the next step--Thomas says she should provide us a list of all Campus contacts for possible reassignment.  I'll prepare the memo based on her instructions and give it to you for dissemination.  Thomas said this memo goes out from the Department level.  If there are no lateral reassignments out there, then we'll offer him a downgrade to whatever is available.  I won't commit to any of these actions with Margaret--I'll just take down the information.

Let me know if you agree with my suggestion.

*Don Tawney*

**Team 403 Supervisor**
**AMOP 2: Dept. 4**
**460-1164**
**6573 AUSC**

## Tawney Donald R

**From:** Tawney Donald R
**Sent:** Monday, February 24, 2003 2:30 PM
**To:** Medlock Anna S
**Subject:** FW: Mike Buesgens

Anna,

I spoke with Thomas. He agrees with Margaret that we should not address the issues in the memo. He said when the deadline gets here if we have not found anything, or if Mike declines what we find, then I am to direct him back to the phones. If he refuses, then it becomes a conduct issue. I'll meet with you before I give the memo to Mike.

Thanks,
Don

-----Original Message-----
**From:** Tawney Donald R
**Sent:** Thursday, February 20, 2003 6:28 PM
**To:** Theis Thomas J
**Cc:** Medlock Anna S
**Subject:** Mike Buesgens

Thomas,

Attached is a memo regarding Michael Buesgens' request for reasonable accomodation. The memo has been approved by Margaret Waites.

I have concerns about the memo. It does not mention what may happen if we cannot find anything for Mike by March 14th, nor does it address what we will do if Mike declines a position we find for him. Margaret said we should not address these issues in the memo. If not in the memo, then in some form I think we should inform Mike that if we do not find a position or he declines what we do find, then we will begin the process of terminating his employment. What is the appropriate way to give Mike this information?

Thank you for your assistance,

*Don Tawney*

Team 403 Supervisor
AMOP 2: Dept. 4
460-1164
6573 AUSC

Blank ⬤          ⬤          Page 1 of 1

## Tawney Donald R

| | |
|---|---|
| **From:** | Tawney Donald R |
| **Sent:** | Thursday, February 27, 2003 4:10 PM ✓ |
| **To:** | Waites Margaret F |
| **Cc:** | Medlock Anna S |
| **Subject:** | Meeting with Mike Buesgens |

**Tracking:** **Recipient**       **Read**

   Waites Margaret F Read: 3/3/03 7:55 AM

   Medlock Anna S    Read: 2/28/03 8:13 AM

Margaret,
    The meeting with Mike is scheduled for next Tuesday in Room 231 of the Customer Service Building.
We have the room reserved from 12-1pm. You mentioned that your schedule was open on Tuesday. I
hope this time is acceptable. Mike does not have a conflict with this time.

Thanks,

*Don Tawney*

Team 403 Supervisor
AMOP 2: Dept. 4
460-1164
6573 AUSC

THIS WAS THEIR VERSION OF
THE INTERATIVE PROCESS
   EEOC REGULATIONS
     1 HOUR WITH
DONALD RAY TAWNEY, JR
       AND
MARGARET F. WAITES

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 1239 |
| CONNECTION TEL | 7955 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 02/27  11:47 |
| USAGE T | 01'31 |
| PGS. SENT | 2 |
| RESULT | OK |

# FAX Transmission Cover Sheet

2-27-03 ✓

To: _Margaret White_          Mail Stop: _____

Address/Organization: _EEO Specialist_

FAX Number: _460-7955_          Office Phone: _460-4392_

From: _Don TAWNEY_

Address/Organization: _AMOP2:4:403_          Mail Stop: _6513 A45C_

FAX Number: _460-1007_          Office Phone: _460-1164_

Number of pages: _2_  Including cover sheet

Remarks: _Per Your Request_

*EEOC 1038*

**Tawney Donald R**

| | |
|---|---|
| **From:** | Theis Thomas J |
| **Sent:** | Thursday, March 27, 2003 9:25 AM |
| **To:** | Tawney Donald R |
| **Cc:** | Medlock Anna S; Session Nancy A |
| **Subject:** | RE: Mike Buesgens |
| **Signed By:** | (There were errors displaying the signers of this message, please click on the signature icon for more details.) |

**Importance:** High

Don,

Austin AM Op 1 management has requested an opinion from GLS (Dallas) on whether or not EEO should turn over medical information from an RA issue. That opinion has not been received.

Currently, AM Op 1 management is working this same issue. In a conference call, GLS informed AM Op 1 management that once the RA process was completed.....i.e. the employee requested RA, Medical was provided, EEO found out their limitations, management searched for a position to suit the RA, a position had been offered to the employee, and the employee declined......then management had legally met the requirements of RA and could direct the employee to return to their job activities.

The reason management requested the opinion, is that EEO has not turned over the medical information to management on this issue. EEO indicates that they can not turn over the medical to management. Management wants the medical information to determine if it would support a non-disciplinary downgrade of the employee or a non-disciplinary removal from the Service.

At this point, I see four possible endings:
1. The employee accepts the new job offer/RA resolved.
2. The employee declines, and is directed back to the phones/his duties.
3. Management obtains the medical information and decides to:
   a. Propose a non-disciplinary downgrade (if a position is found) or
   b. Propose a non-disciplinary removal.

You've indicated that the employee will probably not accept a downgrade. I believe management should do # 2 or # 3a before recommending # 3b.

In # 2 and # 3 above, I would expect the employee to exhaust his appeal rights on both. Please keep good notes and records of all transactions you have with the employee, EEO, GLS, management and LR on this issue.

If you need anything else, please let me know. Thanks!

*Thomas J. Theis*
Labor Relations Specialist
(512) 499-5450
FAX (512) 499-5303
STOP 1500 AUS

-----Original Message-----
**From:** Tawney Donald R
**Sent:** Wednesday, March 26, 2003 4:43 PM
**To:** Theis Thomas J
**Cc:** Medlock Anna S

MARCH 27, 2003 - MARCH 26, 2003

Page 2 of 2

**Subject:** Mike Buesgens

Thomas,

In past discussions with you on the telephone I have understood you to say that if we do not find, through the RA process, another position for Mike, or if he declines what we do find, then we have the authority to direct him to the Toll-Free lines even though EEO has a report from his Doctor that compels the DOH to say in their 1/29/03 letter to Margaret Waites:

"The Physician's Statements list some physical limitations, which do not seem to be at issue with regard to his occupational activities. The primary issue affecting his work would be the restriction, "no phone work." I spoke with ...to review the information he has provided. He has confirmed the diagnosis, evaluation, treatment, and prognosis for Mr. Buesgens. He confirmed this condition impacts his activities of daily living and he is disabled per the definiation of disability pursuant to the Americans' with Disabilities Act (ADA). The requested accommodations is directly related to his medical condition." (I faxed a copy of this letter to you on 3/7/03).

I want to be sure we are on solid ground should we direct him back to the phones. Would you please confirm this for me.

If he declines what we find, or we find nothing, and we are not able to direct him back to the phones, our next course of action as I see it--and I believe we've discussed this on the phone--is to move toward removing him from the Service. If this turns out to be the course of action we take, I will need to discuss with you the appropriate procedures for this action.

Thank you,

*Don Tawney*

**Team 403 Supervisor**
**AMOP 2: Dept. 4**
**460-1164**
**6573 AUSC**

**EO and Diversity Territory Office**
**Austin, Texas**
**Internal Revenue Service**

PO Box 934   MS 1105 AUSC
Austin, Texas   78767

## Fax Transmittal

DATE:    May 16, 2003

TO:      DON TAWNEY

FROM:    Margaret Waites

TIME:    12:59 PM

PHONE:   460-1164

FAX:     460-1007

PHONE:   512-460-4392
FAX:     512-460-7955

Number of pages including cover sheet: (3)

Message: This is **CONFIDENTIAL INFORMATION.**

Attached are the copies you requested per our telephone conversation.

This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication may be strictly prohibited. If you have received this communication in error, please notify the senders immediately by phone and return the communication at the address above via the United States Postal Service. Thank you.

Department of the Treasury-Internal Revenue Service

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
(Washington, D.C.)

In re:                          )    Chapter 7
                                )
DONALD RAY TAWNEY,              )    Bankruptcy No. 06-11164 FM
                                )    (W.D. Texas)
        Debtor.                 )
_____ )    *1:06CV01558 RCL*
                                )    *1:06CV00967LY-RP TORTCLAIM*
MICHAEL L. BUESGENS,           )
                                )
        Plaintiff,             )    Honorable S. Martin Teel, Jr.
_____ )
                                )
        v.                      )
                                )
DONALD RAY TAWNEY, et al.,     )
*MARK EVERSON*                  )
*HENRY PAULSON*                 )    Adversary No. 07-10008
        Defendants.             )

**ENTRY OF APPEARANCE**

Please enter the appearance of Pat S. Genis in the above-referenced case.

DATE: June 6, 2007.                Respectfully submitted,

                                   /s/ Pat S. Genis
                                   PAT S. GENIS, #446244
                                   Trial Attorney, Tax Division
                                   U.S. Department of Justice
                                   Post Office Box 227
                                   Washington, DC 20044
                                   Phone/Fax: (202) 307-6390/514-6866
                                   Email: Pat.S.Genis@usdoj.gov

                                   *R. BARRY ROBINSON, AUSA*
OF COUNSEL:                        *CHARLES R. NETTLES*
JEFFREY A. TAYLOR                  *BANKRUPTCY ATTORNEY*
United States Attorney

                                                          2511999.2

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' ENTRY OF

APPEARANCE was caused to be served upon plaintiff *pro se* on June 6, 2007, by

depositing a copy in the United States' mail, postage prepaid, addressed as follows:

MICHAEL L. BUESGENS
*Plaintiff Pro Se*
3112 Windsor Road
#A322
Austin, TX 78703

/s/ Jonathan D. Carroll
JONATHAN D. CARROLL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Phone/Fax:  (202) 307-6669/514-6866
Email: Jonathan.D.Carroll@usdoj.gov

2511999.2

*07-10008*
*06-01248FM*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Donald Ray Tawney, Jr.**

CASE NO  *06-11164FM*

CHAPTER  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept:                    **$1,800.00**

   Prior to the filing of this statement I have received:          **$1,800.00**

   Balance Due:                                                    **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

   *HOW MUCH IS TAWNEY*

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

   *PAYING U.S. ATTORNEYS*

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   *R. BARRY ROBINSON, AUSA*

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

   *PAT S. GENIS, AUSA*

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   *1:06CV00967LY-RP*

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

*1:06CV01558RCC*

| 07/31/2006 | /s/ Charles R. Nettles | |
|---|---|---|
| Date | Charles R. Nettles | Bar No.  14927200 |
| | 1524 South IH-35, Suite 233 | |
| | Austin, TX 78704 | |
| | Phone: (512) 459-3212 / Fax: (512) 459-0842 | |

/s/ Donald Ray Tawney, Jr.

*Donald Ray Tawney, Jr.*

B201 (04/09/06)                        **UNITED STATES BANKRUPTCY COURT**                        Page 2
                                       **WESTERN DISTRICT OF TEXAS**
                                       **AUSTIN DIVISION**

IN RE:  Donald Ray Tawney, Jr.

*[handwritten: 06-11164 FM FILED: 07/31/06]*

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman   ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**  Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of Compliance with § 342(b) of the Bankruptcy Code**

I, _____ **Charles R. Nettles** _____, counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ Charles R. Nettles**

Charles R. Nettles, Attorney for Debtor(s)          *[handwritten: CHARLES R. NETTLES*
Bar No.: 14927200                                   *FALSE*
Charles R. Nettles                                  *CERTIFICATE]*
1524 South IH-35, Suite 233
Austin, TX 78704
Phone: (512) 459-3212
Fax: (512) 459-0842
E-Mail: charlesnettles@hotmail.com

**Certificate of the Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Donald Ray Tawney, Jr.                          X  **/s/ Donald Ray Tawney, Jr.**          07/31/2006
_____                  Signature of Debtor                      Date
Printed Name(s) of Debtor(s)                    X
                                                   _____
Case No. (if known) _____                Signature of Joint Debtor (if any)        Date

06-11164FA FILED 07/31/2006 AUSTIN,TX

AUG-15-2006 04:18P FROM:                    TO:15124508842        P.2

*THIS NOT A FORM 23 AS REQUIRED*

Certificate Number: 01356-TXW-DE-000681415

Bankruptcy Case Number: 06-11164

ADVERSARY/NO 07-10008

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on **August 15, 2006** , at **2:36** o'clock **PM EDT** ,

**Donald R Tawney** completed a course on personal financial

management given **by internet** by

**Hummingbird Credit Counseling and Education, Inc.**

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the **Western District of Texas** .

CIVIC # 1:06CV00967LY-RP

Date: **August 15, 2006**

By  **/s/Dave Fleenor for Victoria Wright**

Name  **Victoria Wright**

Title  **Executive Director of Education**

ELECTRONIC SIGNATURE
FOR HUMMINGBIRD
BUT
NOT
1. DONALD R TAWNEY
2. MARK EVERSON
3. HENRY PAULSON

**TaxNetUSA: Travis County**

Property ID Number: **430917** Ref ID2 Number: **04342501020000**

Owner's Name  **LEEKE ROBERT J**

| | |
|---|---|
| Mailing Address | 2120 COATS CIR<br>AUSTIN, TX 78748-3404 |
| Location | 2120 COATS CI 78748 |
| Legal | LOT 15 BLK A GREAT OAKS<br>AT SLAUGHTER CREEKPHS A |

**Property Details**

*ROBERT I. LEEKE*
*TIGTA*
*I.R.S.*
*AUSTIN*
*SERVICE*
*CENTER*

| Property Details | |
|---|---|
| Deed Date | 06081998 |
| Deed Volume | 13249 |
| Deed Page | 02843 |
| Exemptions | HS |
| Freeze Exempt | F |
| ARB Protest | F |
| Agent Code | 0 |
| Land Acres | 0.1148 |
| Block | A |
| Tract or Lot | 15 |
| Docket No. | |
| Abstract Code | S05288 |
| Neighborhood Code | I1630 |

| Value Information | **2007 Preliminary** |
|---|---|
| Land Value | 40,000.00 |
| Improvement Value | 120,086.00 |
| AG Value | 0.00 |
| AG Productivity Value | 0.00 |
| Timber Value | 0.00 |
| Timber Productivity Value | 0.00 |
| Assessed Value | 160,086.00 |
| 10% Cap Value | 0.00 |
| Total Value | 160,086.00 |

✔ **Data up to date as of 2007-06-01**

*ASSETS FOR JUDGMENT*

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 160,086.00 | 160,086.00 | 160,086.00 | 160,086.00 |
| 01 | AUSTIN ISD | 1.493000 | 160,086.00 | 145,086.00 | 160,086.00 | 160,086.00 |
| 02 | CITY OF AUSTIN | 0.412600 | 160,086.00 | 160,086.00 | 160,086.00 | 160,086.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 160,086.00 | 128,069.00 | 160,086.00 | 160,086.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 160,086.00 | 128,069.00 | 160,086.00 | 160,086.00 |
| 68 | AUSTIN COMM COLL DIST | 0.096500 | 160,086.00 | 155,086.00 | 160,086.00 | 160,086.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
|---|---|---|
| 349633 | A1 | 1 FAM DWELLING |

**Segment Information**

| Imp ID | Seg ID | Type | Description | Class | Effective | Area |
|---|---|---|---|---|---|---|



**Bastrop Central Appraisal District**
P O Drawer 578 Bastrop Texas 78602
(512) 303-1930 Telephone / (512) 303-4805 Fax

Home                                      **Property Detail Sheet (R87491)**
General Information   History   GIS Map
News                                      Datasheet          *ASSETS FOR JUDGMENT*
FAQ

Searches                 **Owner Information**                              ✓ *CHARLES WASHINGTON*
  Property ID                Owner ID: O0120818
  Account                  Owner Name: WASHINGTON, CHARLES JR & ERMA F      *DIRECTOR, IRS*
  Owner                 Owner Address: 134 MUSKET DR                        *AUSTIN COMPLINCE CENTER*
  Address                               BASTROP,TX 78602                    *1821 DIRECTORS BLVD*
  Advanced Search     Property Address: 134 MUSKET DR                       *AUSTIN, TEXAS 78744*
                                         BASTROP, TX 78602
**Property Data**
  **Detail Sheet**         **Parcel Information**                           *DONALD RAY TAWNEY*
  History              Legal Description: THE COLONY SECTION TWO, BLOCK A, LOT 7, ACRES   *I.R.S. SUPERVISOR*
  Datasheet                                1.5000                           *DEBTOR*
**Other**                        Acreage: 1.5000                            *CHAPTER 7*
  Taxing Units          Cross Reference:                                    *06-11164 FRM*
  Neighborhoods      Undivided Interest: 100%
  Abstracts          **Exemption Codes:** DP (Disabled Person)             *06-01248 FRM*
  Subdivisions                           HS (Homestead)
                         Entity Codes: G01 (Bastrop County)                 *07-10008*
                                        RD1 (County Road)
                                        S04 (Bastrop ISD)
                                        ESD1 (Bastrop County Emergency Svc Dist #1)
                           Deed Type: CONVERSION
                           Deed Book: 1192
                           Deed Page: 566
                           Map Page: 7-10

                             Land HS:    $66,558 +
                            Land NHS:         $0 +
                      Improvement HS:    $312,196 +
                     Improvement NHS:         $0 +
                          Ag Market:         $0
                             Ag Use:         $0 +
                       Timber Market:        $0
                          Timber Use:        $0 +
                           Appraised:   $378,754 =
                      Homestead Cap:      $3,674 -     ✓
                           Assessed:    $375,080 = ✓

                              **Improvements**



ArcIMS HTML Viewer Map

CHARLES WASHINGTON, JR

**TaxNetUSA: Travis County**

Property ID Number: **127725** Ref ID2 Number: **01317806080000**

| | |
|---|---|
| Owner's Name | **AUBY RICHARD R & DONNA D** |
| Mailing Address | **15 WATERFALL DR**<br>**AUSTIN, TX 78738-1510** |
| Location | **15 WATERFALL DR 78738** |
| Legal | **LOT 462 HILLS OF LAKEWAY**<br>**PHS 5 AMENDED THE** |

*(handwritten: AUBY FIELD DIRECTOR AUSTIN, TEXAS RODOLFO LIZCANO 1:03CV006155 1:04CR00171CY CHARLES G. HERNDON)*

**Property Details**

| | |
|---|---|
| Deed Date | 10122000 |
| Deed Volume | 00000 |
| Deed Page | 00000 |
| Exemptions | HS |
| Freeze Exempt | F |
| ARB Protest | F |
| Agent Code | 0 |
| Land Acres | 0.2861 |
| Block | |
| Tract or Lot | 462 |
| Docket No. | |
| Abstract Code | S06245 |
| Neighborhood Code | R2604 |

| Value Information | 2007 Preliminary |
|---|---|
| Land Value | 110,000.00 |
| Improvement Value | 469,960.00 |
| AG Value | 0.00 |
| AG Productivity Value | 0.00 |
| Timber Value | 0.00 |
| Timber Productivity Value | 0.00 |
| Assessed Value | 579,960.00 |
| 10% Cap Value | 0.00 |
| Total Value | 579,960.00 |

**Data up to date as of 2007-06-01**

*(handwritten: ASSETS FOR JUDGMENT)*

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 579,960.00 | 579,960.00 | 579,960.00 | 579,960.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 579,960.00 | 463,968.00 | 579,960.00 | 579,960.00 |
| 07 | LAKE TRAVIS ISD | 1.618600 | 579,960.00 | 448,968.00 | 579,960.00 | 579,960.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 579,960.00 | 463,968.00 | 579,960.00 | 579,960.00 |
| 25 | HURST CREEK MUD | 0.482100 | 579,960.00 | 463,968.00 | 579,960.00 | 579,960.00 |
| 52 | TRAVIS CO ESD NO 6 | 0.100000 | 579,960.00 | 579,960.00 | 579,960.00 | 579,960.00 |
| 7E | VILLAGE OF THE HILLS | 0.040000 | 579,960.00 | 463,968.00 | 579,960.00 | 579,960.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
|---|---|---|
| 387078 | A1 | 1 FAM DWELLING |



RICHARD R AUBY

NAD_1983_StatePlane_Texas_Central_FIPS_4203_Feet
Projection: Lambert_Conformal_Conic

Revision Date
03/13/2006

0    100
Feet

1 3178

Travis Central Appraisal District
6314 Cross Park Drive          P.O. Box 149012
Austin, Texas 78754           Austin, Texas 78714
Internet Address: www.traviscad.org
Main Telephone Number (512) 834-9317    Appraisal Information (512) 834-9318
TDD (512) 836-3328

**TaxNetUSA: Travis County**

Property ID Number: **382362** Ref ID2 Number: **04363010010000**

*[handwritten: MEDLOCK I.R.S. OPERATIONS MANAGER AUSTIN COMPLIANCE CENTER 1821 DIRECTORS BLVD AUSTIN, TX 78744]*

| | | |
|---|---|---|
| Owner's Name | **MEDLOCK STEVEN & ANNA** ✓ | |
| Mailing Address | 2938 WINDCLIFF WAY AUSTIN, TX 78748-2080 | |
| Location | 2938 WINDCLIFF WAY 78748 | |
| Legal | LOT 11 BLK E SOUTHLAND OAKS SEC 4 PHS A | |

**Property Details**

| | |
|---|---|
| Deed Date | 12152006 |
| Deed Volume | |
| Deed Page | |
| Exemptions | |
| Freeze Exempt | F |
| ARB Protest | F |
| Agent Code | 0 |
| Land Acres | 0.2927 |
| Block | E |
| Tract or Lot | 11 |
| Docket No. | |
| Abstract Code | S12734 |
| Neighborhood Code | I0590 |

| Value Information | **2007 Preliminary** |
|---|---|
| Land Value | 60,000.00 |
| Improvement Value | 221,853.00 |
| AG Value | 0.00 |
| AG Productivity Value | 0.00 |
| Timber Value | 0.00 |
| Timber Productivity Value | 0.00 |
| Assessed Value | 281,853.00 |
| 10% Cap Value | 0.00 ✓ |
| Total Value | 281,853.00 |

Data up to date as of 2007-06-01 ✓

*[handwritten: DONALD RAY TAWNEY, JR ASSETS FOR JUDGEMENT CHARTER 7]*

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 281,853.00 | 281,853.00 | 281,853.00 | 281,853.00 |
| 01 | AUSTIN ISD | 1.493000 | 281,853.00 | 266,853.00 | 281,853.00 | 281,853.00 |
| 02 | CITY OF AUSTIN | 0.412600 | 281,853.00 | 281,853.00 | 281,853.00 | 281,853.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 281,853.00 | 225,482.00 | 281,853.00 | 281,853.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 281,853.00 | 225,482.00 | 281,853.00 | 281,853.00 |
| 68 | AUSTIN COMM COLL DIST | 0.096500 | 281,853.00 | 276,853.00 | 281,853.00 | 281,853.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
|---|---|---|
| 364447 | A1 | 1 FAM DWELLING |

**Segment Information**

| Imp ID | Seg ID | Type | Description | Class | Effective | Area |
|---|---|---|---|---|---|---|



ANNA MEDLOCK

TRAVIS CENTRAL APPRAISAL DISTRICT
8314 Cross Park Drive        P.O. Box 149012
Austin, Tx 78754             Austin, Tx 78714
Internet Address WWW.TRAVISCAD.ORG
Main Telephone Number (512)834-9317    Appraisal Information (512)834-9138
Fax Number (512)835-5371               TDD (512)836-3328

MAP NO.
4 3630

## Official Public Record - Details

Actions    Help



General        Legal Description        Related Documents

### Document Detail

**Instrument Number:** 2000045544

**Multi Seq:** 0

**Date Received:** 03/28/2000 02:30:25 PM

**Document Date:**

**Document Type:** STATE TAX LIEN ✓

**Book:** 0

**Page:** 0

**Image:** Unavailable

*MARY E. CARROLL - I.R.S.*



| Grantors | | | |
|---|---|---|---|
| 2000045544 | | 0 R 1 STATE OF TEXAS | STATE OF TEXAS |

| Grantees | | | |
|---|---|---|---|
| 2000045544 | | 0 E 1 CARROLL MARY E | CARROLL MARY E |

*BUESGENS MANAGER 2004*
*AND R. BARRY ROBINSON, AUSA-WITNESS*

### Returnee

**Name:** COMPTROLLER OF PUBLIC ACCOUNTS

**Address:** 111 E 17TH ST

**City, State Zip:** AUSTIN, TX 78774-0100

Search

**OPR**
**Marriage**
**UCC**
**Probate**

Services

PUBLIC
searches
**Login**

Links

- **Clerk's Home Page**
- **Disclaimer**
- **First-Time User**
- **Index Summary**
- **Frequently Asked Questions (FAQ)**

**TaxNetUSA: Travis County**

*[handwritten: MARY E. CARROLL]*

Property ID Number: **319426** Ref ID2 Number: **04130709170000**

| | | Property Details | | |
|---|---|---|---|---|
| Owner's Name | **WILLIAMSON ELIZABETH J** | | | |
| Mailing Address | 5104 HEDGEWOOD DRIVE AUSTIN, TX 78745-2237 | Deed Date | | 03031988 |
| | | Deed Volume | | 10609 |
| Location | 5104 HEDGEWOOD DR 78745 | Deed Page | | 00457 |
| Legal | LOT 24 BLK D COMMUNITY OF FAIRVIEW SEC 6 | Exemptions | | |
| | | Freeze Exempt | | |
| | | ARB Protest | | |

*[handwritten: I.R.S. SUPERVISOR AUSTIN COMPLIANCE CENTER 1821 DIRECTORS BLVD AUSTIN, TX 78744]*

| Value Information | **2007 Preliminary** | | | |
|---|---|---|---|---|
| Land Value | 50,000.00 | Agent Code | | |
| Improvement Value | 69,829.00 | Land Acres | | 0.0000 |
| AG Value | 0.00 | Block | | D |
| AG Productivity Value | 0.00 | Tract or Lot | | 24 |
| Timber Value | 0.00 | Docket No. | | |
| Timber Productivity Value | 0.00 | Abstract Code | | S03180 |
| Assessed Value | 119,829.00 | Neighborhood Code | | J0390 |
| 10% Cap Value | 0.00 | | | |
| Total Value | 119,829.00 | **Data up to date as of 2007-06-01** | | |

*[handwritten: ASSETS FOR JUDGMENT]*

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 119,829.00 | 119,829.00 | 119,829.00 | 119,829.00 |
| 01 | AUSTIN ISD | 1.493000 | 119,829.00 | 69,829.00 | 119,829.00 | 119,829.00 |
| 02 | CITY OF AUSTIN | 0.412600 | 119,829.00 | 68,829.00 | 119,829.00 | 119,829.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 119,829.00 | 30,863.00 | 119,829.00 | 119,829.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 119,829.00 | 30,863.00 | 119,829.00 | 119,829.00 |
| 68 | AUSTIN COMM COLL DIST | 0.096500 | 119,829.00 | 39,829.00 | 119,829.00 | 119,829.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
|---|---|---|
| 266461 | A1 | 1 FAM DWELLING |

**Segment Information**

| Imp ID | Seg ID | Type Code | Description | Class | Effective Year Built | Area |
|---|---|---|---|---|---|---|
| 266461 | 311467 | 1ST | 1st Floor | WW | 1977 | 1,085 |
| 266461 | 1431276 | 011 | PORCH OPEN 1ST F | * | 1977 | 320 |
| 266461 | 1431277 | 011 | PORCH OPEN 1ST F | * | 1977 | 12 |
| 266461 | 1431278 | 041 | GARAGE ATT 1ST F | WW | 1977 | 487 |
| 266461 | 1431279 | 095 | HVAC RESIDENTIAL | * | 1977 | 1,085 |



MARY E. CARROLL WILLIAMSON

TRAVIS CENTRAL APPRAISAL DISTRICT
8314 CROSS PARK DRIVE    P.O. BOX 149012
78754    78714

AUSTIN, TEXAS
(512) 834-9317

owX.com - Tracer Record: TX - name: dorienne bonilla12/22/20069:22:19 PM12



# ASSETS FOR JUDGMENT

**KnowX**  |  KnowX Standard  |  KnowX Professional  |  Superior  |  RapSheets

Home    How it Works    Pricing    Contact Us    Site Map    Help      Log O

chael l
esgens
tus:
:dentialed
ent ID:
t Chosen

My Account

Yx Subscriptions

**elated Searches**
ssets $
Background
eck $
Real Estate $
Reverse
ldress

T

**DORIENNE BONILLA**
**I.R.S. SUPERVISOR**

**DETAIL RECORD**
NEW SEARCH | RETURN TO YOUR SUMMARY

The following report includes address and phone information for your subject and other individuals linked to your subject.

Uncover additional information by searching Civil Filings, Asset Locator, Criminal Check, and Business Affiliations.

**FORMER TENANT**
**FALCON RIDGE APTS**

| Name | Age | Address | Phone | Phone Validation Date | Civil Filings | Assets Locator | Criminal Check | Busines Affiliatic |
|---|---|---|---|---|---|---|---|---|
| BONILLA DORIENNE V | | PO BOX 653 KILLEEN TX 76540 - 0653 | (254) 690-2097 (254) 699-4466 | 01-01-2005 08-01-2004 | | 🔍 | 🔍 | 🔍 | 🔍 |
| BONILLA EUGENE L JR | 29 | PO BOX 653 KILLEEN TX 76540 - 0653 | (254) 690-2097 (254) 699-4466 690-2097 | 01-01-2005 08-01-2004 | | 🔍 | 🔍 | 🔍 | 🔍 |
| BONILLA, EUGENE, L | 29 | PO BOX 653 KILLEEN TX 76540 | 690-2097 | | 🔍 | 🔍 | 🔍 | 🔍 |
| BONILLA, EUGENE, L | 29 | PO BOX 653 KILLEEN TX 76540 | 690-2097 | | 🔍 | 🔍 | 🔍 | 🔍 |

**MOTOR VEHICLE RECORD**

| | |
|---|---|
| Information current through: | 08-24-2006 |
| Database Updated: | 10-10-2006 |
| Update Frequency: | MONTHLY |
| Current Date: | 10/11/2006 |
| Source: | TX DEPT. OF TRANSPORTATION, VEHICLE TITLES & REGISTRATION DIVISION |
| Record Type: | COMBINED RECORD |

**OWNER/REGISTRANT INFORMATION**

*DORIENNE BONILLA* (handwritten)

| | |
|---|---|
| Name: | **EUGENE BONILLA** |
| Owner Type: | INDIVIDUAL |
| Interest: | REGISTRANT |
| Mailing Address: | PO BOX 40164 |
| | AUSTIN, TX 78704-0003 |
| County: | TRAVIS |
| Registrant Since: | 01/06/2006 |

*FALCONRIDGE APTS* (handwritten)
*APT 734* (handwritten)
*500 E STASSNEY* (handwritten)
*AUSTIN, TX 78745* (handwritten)

| | |
|---|---|
| Name: | **EUGENE BONILLA** ✓ |
| Owner Type: | INDIVIDUAL |
| Interest: | OWNER |
| Mailing Address: | 500 E STASSNEY LN APT 734 ✓ |
| | **AUSTIN, TX** 78745-3205 |
| County: | TRAVIS |

*2002-2003* (handwritten) ✓

| | |
|---|---|
| Name: | WELLS FARGO AUTO FIN. INC. |
| Owner Type: | COMPANY |
| Interest: | LIEN HOLDER |
| Address: | 7001 W PARMER RD APT 313 |
| | PLANO, **TX** 75133-3619 |
| County: | DENTON |

**VEHICLE INFORMATION**

```
Plate State:              TX
VIN:                      KNAGD126145363049
Renewed Date:             01/26/2006
Expiration Date:          12/31/2006
  END OF DOCUMENT
```

DORIENNE BONILLA
I.R.S. SUPERVISOR
AUSTIN, TEXAS
FORMER TENANT
AT
FALCONRIDGE APARTMENTS
APT 734
500 E. STASSNEY
AUSTIN, TEXAS 78745

FALCONRIDGE APARTMENTS
MANAGERS
AMANDA WILSON-TORRES          OWNERS
MANDY ROGERS                  ARNOLD THUCH
LEANN BEHL                    JACK C. MOSS
SAMANTHA SHEPPARD
DEBRA WEHMEIER                KYLE O. TALK
JACK E. FRITTS                HOUSTON, TX

Westlaw.

**PEOPLE FINDER HOUSEHOLD-CENTRIC RECORD**

DORIENNE BONILLA

| | |
|---|---|
| Information Current Through: | 08-04-2006 |
| Database Updated: | 10-01-2006 |
| Update Frequency: | MONTHLY |
| Current Date: | 10/11/2006 |
| Source: | Data by InfoUSA, Copyright 2006, All Rights Reserved |

**HEAD OF HOUSEHOLD INFORMATION**

✓

I.R.S. EMPLOYEE
POLLUTED THE WELL
AT
FALCON RIDGE
APARTMENTS
2003
APARTMENT 734

| | |
|---|---|
| Head of Household: | MRS DORIENNE BONILLA |
| Marital Status: | SINGLE |
| Name/Address Last Confirmed: | 12/2005 |

**HOUSEHOLD INFORMATION**

| | |
|---|---|
| Address: | PO BOX 40164 |
| | AUSTIN, TX 78704-0003 |
| County: | TRAVIS |
| Address First Reported: | 2005 |

END OF DOCUMENT

BUESGENS IS A
FORMER I.R.S. EMPLOYEE

BUESGENS LIVED AT FALCON RIDGE
APARTMENTS FROM JUNE 28, 2003
TO JULY 6, 2006

© 2006 Thomson West. No Claim to Orig. U.S. Govt. Works.

Westlaw

**PEOPLE FINDER HOUSEHOLD-CENTRIC RECORD**

*DORIENNE BONILLA*
*EUGENE BONILLA*

| | |
|---|---|
| **Information Current Through:** | 08-04-2006 |
| **Database Updated:** | 10-01-2006 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 10/11/2006 |
| **Source:** | Data by InfoUSA, Copyright 2006, All Rights Reserved |

**HEAD OF HOUSEHOLD INFORMATION**

| | |
|---|---|
| **Head of Household:** | MR EUGENE **BONILLA** ✓ |
| **Marital Status:** | MARRIED |
| **Name/Address Last Confirmed:** | 09/1999 |

**HOUSEHOLD INFORMATION**

| | |
|---|---|
| **Address:** | PO BOX 16476 ✓ |
| | **AUSTIN, TX** 78761-6476 |
| **County:** | **TRAVIS** |
| **Address First Reported:** | 2004 |

**ADDITIONAL HOUSEHOLD MEMBER INFORMATION**

| | |
|---|---|
| **Name:** | MRS **DORIENNE BONILLA** ✓ |
| **Name/Address Last Confirmed:** | 09/1999 |

END OF DOCUMENT

*FALCON RIDGE*
*APARTMENTS*
*# 734*

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

## Official Public Record - Details

Actions    Help

General      Legal Description      Related Documents

### Document Detail

**Instrument Number:** 2003126057

**Multi Seq:** 1

**Date Received:** 06/04/2003 03:47:15 PM

**Document Date:**

**Document Type:** TRANSFER

**Book:** 0

**Page:** 0

**Image:** Unavailable



**Search**

**OPR**
**Marriage**
**UCC**
**Probate**



**Services**

PUBLIC
searches
**Login**

**Links**

- **Clerk's Home Page**
- **Disclaimer**
- **First-Time User**
- **Index Summary**
- **Frequently Asked Questions (FAQ)**

| Grantors | | | |
|---|---|---|---|
| 2003126057 | 1 R 1 GLASER BARBARA | | GLASER BARBARA |
| 2003126057 | 1 R 2 FRIER | ANTHONY S | FRIER ANTHONY S |

| Grantees | | |
|---|---|---|
| 2003126057 | 1 E 1 SESSION NANCY A | SESSION NANCY A |

### Returnee

**Name:** NORMAN JOHNS

**Address:** 4701 AVE G

**City, State Zip:** AUSTIN, TX 78751

# Official Public Record - Details

Actions    Help

General        Legal Description        Related Documents

## Document Detail

**Instrument Number:** 2003126058

**Multi Seq:** 0

**Date Received:** 06/04/2003 03:47:15 PM

**Document Date:**

**Document Type:** DEED OF TRUST

**Book:** 0

**Page:** 0

**Image:** Unavailable



**Search**      ⌃

**OPR**
**Marriage**
**UCC**
**Probate**

**Services**      ⌃

PUBLIC
searches
**Login**

ⓘ  Links      ⌃

- **Clerk's Home Page**
- **Disclaimer**
- **First-Time User**
- **Index Summary**
- **Frequently Asked Questions (FAQ)**

| **Grantors** | | |
|---|---|---|
| 2003126058 | 0 R 1 JOHNS NORMAN JR JOHNS D | JOHNS NORMAN D JR |

| **Grantees** | | |
|---|---|---|
| 2003126058 | 0 E 1 SESSION NANCY A | SESSION NANCY A |

**Returnee**

**Name:** GOZA & HALL

**Address:** 28050 US HWY 19 N #402

**City, State Zip:** CLEANWATER, FL 33761-2654

# Official Public Record - Details

Actions   Help

OPR Detail

General   Legal Description   Related Documents

## Document Detail

**Instrument Number:** 2005103071

**Multi Seq:** 0

**Date Received:** 06/10/2005 11:25:27 AM

**Document Date:**

**Document Type:** RELEASE

**Book:**

**Page:**

**Image:** Unavailable



Search

**OPR**
**Marriage**
**UCC**
**Probate**



Services

PUBLIC
searches
**Login**

Links

- **Clerk's Home Page**
- **Disclaimer**
- **First-Time User**
- **Index Summary**
- **Frequently Asked Questions (FAQ)**

| Grantors | | |
|---|---|---|
| 2005103071 | 0 R 1 SESSION NANCY A | SESSION NANCY A |

| Grantees | | |
|---|---|---|
| 2005103071 | 0 E 1 JOHNS NORMAN JR D | JOHNS NORMAN D JR |

### Returnee

**Name:** NORMAN JOHNS JR

**Address:** 4701 AVENUE G

**City, State Zip:** AUSTIN, TX 78751

Westlaw.

*ASSETS FOR JUDGMENT*

*NANCY A SESSION*

**MOTOR VEHICLE RECORD**

| | |
|---|---|
| Information current through: | 08-24-2006 |
| Database Updated: | 10-10-2006 |
| Update Frequency: | MONTHLY |
| Current Date: | 10/11/2006 |
| Source: | TX DEPT. OF TRANSPORTATION, VEHICLE TITLES & REGISTRATION DIVISION |
| Record Type: | REGISTRATION OR TITLE |

**OWNER/REGISTRANT INFORMATION**

| | |
|---|---|
| Name: | NANCY A. SESSION ✔ |
| Owner Type: | INDIVIDUAL |
| Interest: | OWNER |
| Mailing Address: | PO BOX 1055 |
| | ROUND ROCK, TX 78680-1055 |
| County: | WILLIAMSON |
| | |
| Name: | COVERT BUICK LEASING |
| Owner Type: | COMPANY |
| Interest: | LIEN HOLDER |
| Mailing Address: | 11750 RESEARCH BLVD |
| | AUSTIN, TX 78759-2446 |
| County: | TRAVIS |

*I.R.S. OPERATIONS MANAGER AUSTIN, TEXAS AND*

*DONALD RAY TAWNEY, JR I.S.S. SUPERVISOR*

*CHAPTER 7*

*CASE NO. 06-11164FR*

**VEHICLE INFORMATION**

| | |
|---|---|
| Vehicle Type: | PASSENGER VEHICLE |
| Model Year: | 2003 |
| Make: | CADILLAC |
| Body Style: | SEDAN |
| Series/Model: | CTS BASE MODEL |
| Color: | UNKNOWN |
| VIN: | 1G6DM57N630114581 |
| END OF DOCUMENT | |

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Donald Ray Tawney, Jr.**

CASE NO

CHAPTER  **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  07/31/2006

Signature  _/s/ Donald Ray Tawney, Jr._
*Donald Ray Tawney, Jr.*

Date _____

Signature _____

BUESGENS WAS NOT ON CREDITOR
MATRIX AS REQUIRED
FEDERAL ADMINISTRATIVE TORT CLAIM
PERSONAL INJURY

CHARLES R. NETTLES BANKRUPTCY
ATTORNEY HAS LIABILITY FOR THIS
FAILURE

*MARK EVERSON - HENRY PAULSON - DONALD TAWNEY*

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (10/05)    Case Number 06-11164-frm

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas    *AUSTIN, TEXAS*

## Order Combined With Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/31/06 .    *06-61114*

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Donald Ray Tawney Jr.
13601 Elm Ridge Lane #1635
Austin, TX 78727

| Case Number:<br>06-11164-frm | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx-xx-4466 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Charles R. Nettles Jr.<br>1524 S. IH-35, Suite 233<br>Austin, TX 78704<br>Telephone number: (512) 459-3212 | Bankruptcy Trustee Appointed By U.S. Trustee On 07/31/2006<br>(name and address) :<br>Randolph N Osherow<br>342 W Woodlawn<br>San Antonio, TX 78212<br>Telephone number: (210) 738-3001 |

## Meeting of Creditors:
Date:    **September 1, 2006**    Time:    **09:00 AM**
Location: **Austin Room 118, Homer Thornberry Bldg., 903 San Jacinto, Austin, TX 78701**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*    *BUESGENS WAS NOT NOTIFIED*
The presumption of abuse does not arise.

## Deadlines:    *1:06CV00967LY-RP*
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
10/31/06

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-0<br><br>Telephone number: (512) 916-5238 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>George D. Prentice II<br><br>*George Prentice* |
|---|---|
| Hours Open: Monday - Friday    8:00 AM - 4:00 PM | Date:    8/1/06 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  Donald Ray Tawney, Jr.

CASE NO

CHAPTER  **7**

## STATEMENT OF FINANCIAL AFFAIRS ✓

*DONALD TAWNEY – CHERYL ANN ROUNTREE TAWNEY*

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date the case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*CHERYL ANN IS A I.R.S. SUPERVISOR*

| AMOUNT | SOURCE |
|---|---|
| $111,006.00 | 2004 Joint Income |
| $117,142.00 | 2005 Joint Income |
| $31,771.00 | 2006 Approx. YTD Income |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $ | Estranged spouse's income in 2004 and 2005 |

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Car payment | Monthly | $327.00 | |
| MBNA | Various | $1,413.00 | $18,605.00 |

None ☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*D-1-FM-06-004965*
*DIVORCE*

CAUSE NO. _____

D-1-FM-06-004965
COURT

[To be filled in by District Clerk's Office]

Filed in The District Court
of Travis County, Texas

(M)  SEP 2 9 2006
at _____ **9:38** A.M.
Amalia Rodriguez-Mendoza, Clerk

IN THE MATTER OF THE MARRIAGE OF

Donald Ray Tawney, Jr.
**Petitioner** [Print your full name]

AND

Cheryl Ann Tawney
**Respondent** [Print your spouse's full name]

AND IN THE INTEREST OF

**MINOR CHILDREN:**

Brian Daniel Tawney

Tiffany Alexandra Tawney

_____

_____

_____

_____

[Print the full names of your children]

§
§
§
§
§
§
§
§
§
§
§
§
§

IN THE DISTRICT COURT OF

TRAVIS COUNTY, TEXAS

# **200** JUDICIAL DISTRICT

[To be filled in by District Clerk's Office]

## **ORIGINAL PETITION FOR DIVORCE**

**1. PARTIES:** [You and Your Spouse]

**Petitioner** [You] —

I am the Petitioner, the person who is asking the Court to give me a divorce.

My name is **Donald Ray Tawney, Jr.**
[PRINT your full name]

I live in **Travis** County, **Texas**
[County]                            [State]

**Respondent** [Your Spouse] —

My spouse's name is **Cheryl Ann Tawney**
[PRINT your husband or wife's full name]

My spouse lives in **Travis** County, **Texas**
[County]                            [State]

**DISCOVERY.**

Discovery should be conducted under Level 2 of Rule 190 of the Texas Rules of Civil Procedure.

[Discovery is a procedure that can be used by parties in a lawsuit to find out information about the other party.]



**Bastrop Central Appraisal District**
P O Drawer 578 Bastrop Texas 78602
(512) 303-1930 Telephone  (512) 303-4805 Fax

**Property Detail Sheet (R50842)**

Home
General Informa  **History**  **GIS Map**
News                                        **Datasheet**
FAQ
Searches              **Owner Information**
  Property ID         Owner ID:  O00009063
  Account             Owner Name:  SCHANHALS, ROBERT BRUCE & MARTHA H
  Owner               Owner Address:  P O BOX 965
  Address                            ELGIN,TX 78621
  Advanced Search     Property Address:  138 N HWY 95
Property Data                           ELGIN, TX 78621
  **Detail Sheet**       **Parcel Information**
  History              Legal Description:  ELGIN POINT WEST SEC 2, LOT 1, ACRES 1.8840
  Datasheet            Acreage:  1.8840
Other                  Cross Reference:
  Taxing Units         Undivided Interest:  100%
  Neighborhoods        **Exemption Codes:**
  Abstracts            Entity Codes:  C01 (City Of Elgin)
  Subdivisions                        G01 (Bastrop County)
                                      RD1 (County Road)
                                      S01 (Elgin ISD)
                                      BTCESD1 (Bastrop-Travis Counties Emergency Services District No. 1)
                       Deed Type:  WARRANTY DEED WITH VENDOR'S LIEN
                       Deed Book:  1577
                       Deed Page:  933
                       Map Page:

                       Land HS:          $0 +
                       Land NHS:   $164,134 +
                       Improvement HS:    $0 +
                       Improvement NHS: $358,984 +
                       Ag Market:        $0
                       Ag Use:           $0 +
                       Timber Market:    $0
                       Timber Use:       $0 +
                       Assessed:   $523,118 =

*Handwritten notes:* MARTHA SCHANHALS I.R.S. SUPERVISOR MEDICAL RECORDS REASSIGNMENT ASSETS FOR JUDGMENT

*Handwritten notes:* DONALD RAY TWONEY, JR NO ASSET CASE HAS ASSETS

**Improvements**

| ID | Type | SPTB | Segs | Value |
|---|---|---|---|---|
| **Imp1** | C (Commercial) | F1 (F1 - Commercial) | 10 | $ 344,593 |
| **Imp2** | I (Misc. Improvement) | F1 (F1 - Commercial) | 2 | $ 13,332 |
| **Imp3** | I (Misc. Improvement) | F1 (F1 - Commercial) | 1 | $ 1,059 |

**Land**

| ID | Type | SPTB | Acres | Market |
|---|---|---|---|---|
| **Land1** | C (Commercial) | F1 (F1 - Commercial) | 1.00000 | $ 87,120 |
| **Land2** | C (Commercial) | F1 (F1 - Commercial) | 0.88400 | $ 77,014 |



**Bastrop Central Appraisal District**
P O Drawer 578 Bastrop Texas 78602
(512) 303-1930 Telephone  (512) 303-4805 Fax

**Property Detail Sheet (P82602)**

**Home** ◀

**General Informa** ♪ **History** ⊙ **GIS Map** 🔲

**News**                                    **Datasheet**

**FAQ**                 **Owner Information**

**Searches**              Owner ID:  O0132375
  Property ID            Owner Name:  ELGIN ACE HARDWARE INC
  Account             Owner Address:  C/O ROBERT BRUCE SCHANHALS P O BOX 965
  Owner                              ELGIN,TX 78621
  Address            Property Address:  224 N HWY 95
  Advanced Search                     ELGIN, TX 78621

**Property Data**     **Parcel Information**        *MARTHA SCHANHALS*
  **Detail Sheet**       Legal Description:  SIGN, INVENTORY, FURNITURE, FIXTURES, EQUIPMENT AND    *DONALD RAYMONEY, JR*
  History                                MACHINERY AND REGISTERED VEHICLES
  Datasheet              Acreage:                              *I.R.S.*
**Other**              Cross Reference:
  Taxing Units        Undivided Interest:  100%
  Neighborhoods       **Exemption Codes:**
  Abstracts            Entity Codes:  C01 (City Of Elgin)
  Subdivisions                       G01 (Bastrop County)
                                     RD1 (County Road)
                                     S01 (Elgin ISD)
                    Deed Type:       *ASSETS FOR JUDGMENT*
                    Deed Book:
                    Deed Page:
                    Map Page:

                    Land HS:        $0 +
                    Land NHS:       $0 +
                    Improvement HS:  $0 +
                    Improvement NHS:  $191,416 +
                    Ag Market:      $0
                    Ag Use:         $0 +
                    Timber Market:  $0
                    Timber Use:     $0 +
                    Assessed:       $191,416 =

* Adobe Acrobat Reader 5.0 (minimum) is required to view pdf documents. Acrobat Reader is a free program available <u>here</u>.

**Bastrop Central Appraisal District**
P O Drawer 578 Bastrop Texas 78602
(512) 303-1930 Telephone  (512) 303-4805 Fax

**Home**

General Informa ♪ History ⊙ **GIS Map** 🗔     **Property Detail Sheet (R61179)**

**News**

**FAQ**                                              **Datasheet**

**Searches**          **Owner Information**

Property ID          Owner ID: **O0150828**

Account              Owner Name: **SCHANHALS, ROBERT & MARTHA**

Owner                Owner Address: **P O BOX 686**
                                    **ELGIN,TX 78621**

Address              Property Address: **151 CRIM LN**

Advanced Search                         **ELGIN, TX 78621**

**Property Data**     **Parcel Information**

**Detail Sheet**      Legal Description: **A189 HARRIS, ENOCH, ACRES 3.9810**

History              Acreage: **3.9810**

Datasheet            Cross Reference:

**Other**             Undivided Interest: **100%**

Taxing Units         **Exemption Codes:** **HS (Homestead)**

Neighborhoods        Entity Codes: **G01 (Bastrop County)**

Abstracts                          **RD1 (County Road)**

Subdivisions                       **S01 (Elgin ISD)**
                                   **BTCESD1 (Bastrop-Travis Counties Emergency Services District No. 1)**

                     Deed Type: **CONVERSION**

                     Deed Book: **416**

                     Deed Page: **558**

                     Map Page: **10-2**

                     Land HS: **$48,823 +**

                     Land NHS: **$0 +**

                     Improvement HS: **$257,704 +**

                     Improvement NHS: **$0 +**

                     Ag Market: **$0**

                     Ag Use: **$0 +**

                     Timber Market: **$0**

                     Timber Use: **$0 +**

                     Assessed: **$306,527 =**

*(handwritten: MARTHA SCHANHALS IRS SUPERVISOR DONALD RAYMUNEY, JR ASSETS FOR JUDGMENT)*

**Improvements**

| ID | Type | SPTB | Segs | Value |
|----|------|------|------|-------|
| **Imp1** | R (Residential) | E1 (E1 - 1 Acre Split-outs For Homesteads) 4 | | $ 257,704 |

**Land**

| ID | Type | SPTB | Acres | Market |
|----|------|------|-------|--------|
| **Land1** | R (Residential) | E1 (E1 - 1 Acre Split-outs For Homesteads) | 2.98100 | $ 36,559 |
| **Land2** | R (Residential) | E1 (E1 - 1 Acre Split-outs For Homesteads) | 1.00000 | $ 12,264 |

\* Adobe Acrobat Reader 5.0 (minimum) is required to view pdf documents. Acrobat Reader is a free program available <u>here</u>.

**TaxNetUSA: Travis County**

Owner's Name    **ROUNTREE CHERYL ANN**

Mailing Address    1311 ROCKY CREEK DRIVE
PFLUGERVILLE, TX 78660-2931

Location    1311 ROCKY CREEK DR 78660

Legal    LOT 10 BLK B KATYMEAD SEC 2

Property ID Number: **279378** Ref ID2 Number: **02764305370000**

*[handwritten: DONALD RAY TAWNEY, JR]*

**Property Details**

*[handwritten: SPOUSE]*

| | |
|---|---|
| Deed Date | 02281996 |
| Deed Volume | 12634 |
| Deed Page | 02292 |
| Exemptions | HS |
| Freeze Exempt | |
| ARB Protest | |
| Agent Code | |
| Land Acres | 0.0000 |
| Block | |
| Tract or Lot | |
| Docket No. | |
| Abstract Code | S07009 |
| Neighborhood Code | A3300 |

*[handwritten: CHERYL ANN ROUNTREE]*
*[handwritten: I.R.S. SUPERVISORS AUSTIN COMPLIANCE CENTER]*
*[handwritten: 1821 DIRECTORS BLVD AUSTIN, TX 78744]*

*[handwritten: DIVORCE 12/06]*

**Data up to date as of 2007-06-01**

*[handwritten: ASSETS FOR JUDGMENT]*

**Value Information**    **2007 Preliminary**

| | |
|---|---|
| Land Value | 20,000.00 |
| Improvement Value | 180,674.00 |
| AG Value | 0.00 |
| AG Productivity Value | 0.00 |
| Timber Value | 0.00 |
| Timber Productivity Value | 0.00 |
| Assessed Value | 200,300.00 |
| 10% Cap Value | 374.00 |
| Total Value | 200,674.00 |

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 200,300.00 | 200,300.00 | 200,674.00 | 200,674.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 200,300.00 | 160,240.00 | 200,674.00 | 200,674.00 |
| 19 | PFLUGERVILLE ISD | 1.680000 | 200,300.00 | 185,300.00 | 200,674.00 | 200,674.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 200,300.00 | 160,240.00 | 200,674.00 | 200,674.00 |
| 20 | CITY OF PFLUGERVILLE | 0.624000 | 200,300.00 | 200,300.00 | 200,674.00 | 200,674.00 |
| 9B | TRAVIS CO ESD NO 2 | 0.100000 | 200,300.00 | 200,300.00 | 200,674.00 | 200,674.00 |

**Improvement Information**

*[handwritten: CHERYL ANN TAWNEY HAS INFORMATION FOR 2003 DENIAL OF REASSIGNMENT AND]*

| Improvement ID | State Category | Description |
|---|---|---|
| 234822 | A1 | FAM DWELLING |

**Segment Information**

| Imp ID | Seg ID | Type Code | Description | Class | Effective Year Built | Area |
|---|---|---|---|---|---|---|
| 234822 | 274500 | 1ST | 1st Floor | WV | 1993 | 2,875 |
| 234822 | 1689430 | 011 | PORCH OPEN 1ST F | * | 1993 | 23 |
| 234822 | 1689431 | 041 | GARAGE ATT 1ST F | WV | 1993 | 420 |
| 234822 | 1689432 | 095 | HVAC RESIDENTIAL | * | 1993 | 2,875 |
| 234822 | 1689433 | 25↑ | BATHROOM | * | 1993 | 2 |

*[handwritten: EEOC HEARING 360 2003-8286X 12/16/03]*

CHERYL ANN ROWTREE
DONALD RAY TAWNEY, JR
CHAPTER 7
FILED: 07/31/06
CASE NO. 06-11164FRM

**TaxNetUSA: Travis County**

Property ID Number: 506166 Ref ID2 Number: 02724601520000

THOMAS J. THEIS - IRS.

| | |
|---|---|
| Owner's Name | **CLINKSCALES RALPH MICHAEL & TH** |
| Mailing Address | THOMAS J THEIS ✓<br>1400 SWEET WILLIAM LN<br>PFLUGERVILLE, TX 78660-4109 |
| Location | 1400 SWEET WILLIAM LN 78660 |
| Legal | LOT 8 BLK Q BOHLS PLACE SEC 4-B&C |

**Property Details**

| | |
|---|---|
| Deed Date | [illegible]2001 |
| Deed Volume | 00000 |
| Deed Page | 00000 |
| Exemptions | HS |
| Freeze Exempt | F |
| ARB Protest | F |
| Agent Code | 0 |
| Land Acres | 0.2023 |
| Block | Q |
| Tract or Lot | 8 |
| Docket No. | |
| Abstract Code | S01616 |
| Neighborhood Code | A3600 |

HUMAN RELATIONS
LABOR RELATIONS
300 EAST 8TH ST
AUSTIN, TX 78701
AND
DONALD RAY TAWNEY
CHAPTER 7
DEBTORS

| **Value Information** | **2007 Preliminary** |
|---|---|
| Land Value | 25,000.00 |
| Improvement Value | 136,644.00 |
| AG Value | 0.00 |
| AG Productivity Value | 0.00 |
| Timber Value | 0.00 |
| Timber Productivity Value | 0.00 |
| Assessed Value | 161,644.00 |
| 10% Cap Value | 0.00 |
| Total Value | 161,644.00 ✓ |

**Data up to date as of 2007-06-01**

ASSETS FOR JUDGMENT

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 161,644.00 | 161,644.00 | 161,644.00 | 161,644.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 161,644.00 | 129,315.00 | 161,644.00 | 161,644.00 |
| 19 | PFLUGERVILLE ISD | 1.680000 | 161,644.00 | 146,644.00 | 161,644.00 | 161,644.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 161,644.00 | 129,315.00 | 161,644.00 | 161,644.00 |
| 20 | CITY OF PFLUGERVILLE | 0.624000 | 161,644.00 | 161,644.00 | 161,644.00 | 161,644.00 |
| 9B | TRAVIS CO ESD NO 2 | 0.100000 | 161,644.00 | 161,644.00 | 161,644.00 | 161,644.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
|---|---|---|
| 392688 | A1 | 1 FAM DWELLING |

**Segment Information**

| Imp ID | Seg ID | Type Code | Description | Class | Effective Year Built | Area |
|---|---|---|---|---|---|---|
| 392688 | 2301334 | 1ST | 1st Floor | WV | 2001 | 2,023 |
| 392688 | 2339762 | 011 | PORCH OPEN 1ST F | * | 2001 | 42 |
| 392688 | 2339763 | 041 | GARAGE ATT 1ST F | WV | 2001 | 441 |
| 392688 | 2339764 | 095 | HVAC RESIDENTIAL | * | 2001 | 2,023 |
| 392688 | 2339765 | 251 | BATHROOM | * | 2001 | 2 |

**TaxNetUSA: Travis County**

Property ID Number: **344927** Ref ID2 Number: **04282308250000**

Owner's Name **HERNDON CHARLES G & BARBARA SC**

| | |
|---|---|
| Mailing Address | BARBARA SCAMBRAY HERNDON<br>9901 BRIAR RIDGE DRIVE<br>AUSTIN, TX 78748-5942 |
| Location | 9901 BRIAR RIDGE DR 78748 |
| Legal | LOT 40 BLK G TANGLEWOOD FOREST SEC 2 PHS C |

**Property Details**

*[handwritten: CHARLES G. HERNDON]*

| | |
|---|---|
| Deed Date | *[handwritten: 1:04CR00171LY]* 301999 |
| Deed Volume | 00000 |
| Deed Page | 00000 |
| Exemptions | HS |
| Freeze Exempt | F |
| ARB Protest | |
| Agent Code | 0 |
| Land Acres | 0.0000 |
| Block | |
| Tract or Lot | 40 |
| Docket No. | |
| Abstract Code | S13551 |
| Neighborhood Code | J1120 |

*[handwritten: FORMER I.R.S. MANAGER AUSTIN COMPLIANCE CENTER 1821 DIRECTORS BLVD AUSTIN, TX 78744]*

**Value Information**

| | 2007 Preliminary |
|---|---|
| Land Value | 50,000.00 |
| Improvement Value | 86,636.00 |
| AG Value | 0.00 |
| AG Productivity Value | 0.00 |
| Timber Value | 0.00 |
| Timber Productivity Value | 0.00 |
| Assessed Value | 136,636.00 |
| 10% Cap Value | 0.00 |
| Total Value | 136,636.00 |

**Data up to date as of 2007-06-01**

*[handwritten: ASSETS FOR JUDGMENT]*

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 136,636.00 | 136,636.00 | 136,636.00 | 136,636.00 |
| 01 | AUSTIN ISD | 1.493000 | 136,636.00 | 121,636.00 | 136,636.00 | 136,636.00 |
| 02 | CITY OF AUSTIN | 0.412600 | 136,636.00 | 136,636.00 | 136,636.00 | 136,636.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 136,636.00 | 109,309.00 | 136,636.00 | 136,636.00 |
| 1F | TANGLEWD FOREST LTD DIST | 0.367500 | 136,636.00 | 136,636.00 | 136,636.00 | 136,636.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 136,636.00 | 109,309.00 | 136,636.00 | 136,636.00 |
| 68 | AUSTIN COMM COLL DIST | 0.096500 | 136,636.00 | 131,636.00 | 136,636.00 | 136,636.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
|---|---|---|
| 287895 | A1 | 1 FAM DWELLING |

**Segment Information**

| Imp ID | Seg ID | Type Code | Description | Class | Effective Year Built | Area |
|---|---|---|---|---|---|---|
| 287895 | 337068 | 1ST | 1st Floor | WW | 1984 | 1,048 |
| 287895 | 337069 | 2ND | 2nd Floor | WW | 1984 | 498 |
| 287895 | 1596790 | 011 | PORCH OPEN 1ST F | * | 1984 | 12 |



**TaxNetUSA: Travis County**

Property ID Number: 379723 Ref ID2 Number: **02803603070000**

Owner's Name **WAITES MARGARET F** ✓

Property Details

| | | |
|---|---|---|
| Mailing Address | 17225 BUSHMILLS RD PFLUGERVILLE, TX 78660-1700 | |
| Location | 17225 BUSHMILLS RD 78660 | |
| Legal | LOT 23 BLK K WINDERMERE PHS F SEC 3 | |

Deed Date         03041996
Deed Volume          12637
Deed Page            00799
Exemptions             HS
Freeze Exempt           F
ARB Protest             F
Agent Code              0
Land Acres         0.1320
Block                  23
Tract or Lot
Docket No.
Abstract Code      S15525
Neighborhood Code   A5200

*[handwritten: REASONABLE ACCOMMODATION COORDINATOR I.R.S. AUSTIN, TX SERVICE CENTER AND DONALD RAY TAWNEY, JR. I.R.S. SUPERVISOR DEBTOR CHAPTER 7 06-11164]*

**Value Information**    **2007 Preliminary**

| | |
|---|---|
| Land Value | 20,000.00 |
| Improvement Value | 120,726.00 |
| AG Value | 0.00 |
| AG Productivity Value | 0.00 |
| Timber Value | 0.00 |
| Timber Productivity Value | 0.00 |
| Assessed Value | 140,726.00 |
| 10% Cap Value | 0.00 |
| Total Value | 140,726.00 |

**Data up to date as of 2007-06-01**

*[handwritten: ✓ ASSETS FOR JUDGMENT]*

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 140,726.00 | 140,726.00 | 140,726.00 | 140,726.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 140,726.00 | 112,581.00 | 140,726.00 | 140,726.00 |
| 19 | PFLUGERVILLE ISD | 1.680000 | 140,726.00 | 125,726.00 | 140,726.00 | 140,726.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 140,726.00 | 112,581.00 | 140,726.00 | 140,726.00 |
| 9B | TRAVIS CO ESD NO 2 | 0.100000 | 140,726.00 | 140,726.00 | 140,726.00 | 140,726.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
|---|---|---|
| 315956 | A1 | 1 FAM DWELLING |

**Segment Information**

| Imp ID | Seg ID | Type Code | Description | Class | Effective Year Built | Area |
|---|---|---|---|---|---|---|
| 315956 | 1770320 | 1ST | 1st Floor | WW | 1995 | 954 |
| 315956 | 1828943 | 2ND | 2nd Floor | WW | 1995 | 1,003 |
| 315956 | 1875279 | 011 | PORCH OPEN 1ST F | * | 1995 | 23 |
| 315956 | 1875280 | 041 | GARAGE ATT 1ST F | WW | 1995 | 369 |
| 315956 | 1875281 | 095 | HVAC RESIDENTIAL | * | 1995 | 1,957 |
| 315956 | 1875282 | 251 | BATHROOM | * | 1995 | 2 |



MARGARET WAITES

TRAVIS CENTRAL APPRAISAL DISTRICT
8314 Cross Park Drive          P.O. Box 149012
Austin, Tx 78754              Austin, Tx 78714
Internet Address WWW.TRAVISCAD.ORG
Main Telephone Number (512)834-9317    Appraisal Information (512)834-9138
Fax Number (512)835-5371              TDD (512)836-3328

**TaxNetUSA: Travis County**

Property ID Number: **382324** Ref ID2 Number: **04363006220000**

Owner's Name | **ESTRADA MELINDA & JOE**

*MELINDA LUNA ESTRADA* (handwritten)

**Property Details**

| Mailing Address | 11704 ARBOR DOWNS RD AUSTIN, TX 78748-2036 |
| Location | 11704 ARBOR DOWNS RD 78748 |
| Legal | LOT 6 BLK D SOUTHLAND OAKS SEC 4 PHS A |

*I.R.S.* (handwritten)
*EEO.* (handwritten)
*TERRITORY* (handwritten)
*MANAGER* (handwritten)
*AUSTIN* (handwritten)
*TEXAS* (handwritten)
*SERVICE CENTER* (handwritten)

| Deed Date | 12151999 |
| Deed Volume | 00000 |
| Deed Page | 00000 |
| Exemptions | HS |
| Freeze Exempt | F |
| ARB Protest | F |
| Agent Code | 0 |
| Land Acres | 0.3550 |
| Block | D |
| Tract or Lot | 6 |
| Docket No. | |
| Abstract Code | S12734 |
| Neighborhood Code | I0590 |

| Value Information | **2007 Preliminary** |
| --- | --- |
| Land Value | 60,000.00 |
| Improvement Value | 241,273.00 |
| AG Value | 0.00 |
| AG Productivity Value | 0.00 |
| Timber Value | 0.00 |
| Timber Productivity Value | 0.00 |
| Assessed Value | 301,273.00 |
| 10% Cap Value | 0.00 |
| Total Value | 301,273.00 |

**Data up to date as of 2007-06-01**

*ASSETS FOR JUDGMENT* (handwritten)

**Value By Jurisdiction**

| Entity Code | Entity Name | 2006 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
| --- | --- | --- | --- | --- | --- | --- |
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | 301,273.00 | 301,273.00 | 301,273.00 | 301,273.00 |
| 01 | AUSTIN ISD | 1.493000 | 301,273.00 | 286,273.00 | 301,273.00 | 301,273.00 |
| 02 | CITY OF AUSTIN | 0.412600 | 301,273.00 | 301,273.00 | 301,273.00 | 301,273.00 |
| 03 | TRAVIS COUNTY | 0.449900 | 301,273.00 | 241,018.00 | 301,273.00 | 301,273.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.073400 | 301,273.00 | 241,018.00 | 301,273.00 | 301,273.00 |
| 68 | AUSTIN COMM COLL DIST | 0.096500 | 301,273.00 | 296,273.00 | 301,273.00 | 301,273.00 |

**Improvement Information**

| Improvement ID | State Category | Description |
| --- | --- | --- |
| 364442 | A1 | 1 FAM DWELLING |



MELINDA
LUNA
ESTRADA

TRAVIS CENTRAL APPRAISAL DISTRICT
8314 Cross Park Drive        P.O. Box 149012
Austin, Tx 78754              Austin, Tx 78714
Internet Address WWW.TRAVISCAD.ORG
Main Telephone Number (512)834-9317    Appraisal Information (512)834-9138
Fax Number (512)835-5371                    TDD (512)836-3328

MAP NO.
4 3630