RECEIVED

JUL 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT
DISTRICT OF COLUMBIA
333 CONSTITUTION AVE, NW
WASHINGTON, DC 20001

MICHAEL L BUESGENS
PLAINTIFF
CREDITOR
ADVERSARY
IN RE: 07-10008

V.

CIVIL NO,
1:07CV
00859
RBW

1. MARK EVERSON, COMMISSIONER

2. HENRY PAULSON, SECRETARY
3. JOHN W. SNOW, SECRETARY
4. DEPARTMENT OF THE TREASURY

5. DONALD RAY THOWNEY, JR
6. I.R.S. SUPERVISOR
A. VOLUNTARY CHAPTER 7
B. CASE NO. 06-11164 FM
C. EEOC NO. 360-2003-8286X
FEDERAL TORT CLAIMS ACT
D. 1:06CV01558 RCL
E. 1:06CV00967 RP

7. MARGARET F. WAITES, **IRS**
REASSIGNMENT COORDINATOR

8. THOMAS J. THEIS, IRS
LABOR RELATIONS SPECIALIST

9. ANNA S. MEDLOCK, IRS
DIVISION MANAGER

10. NANCY A. SESSION, IRS
OPERATIONS MANAGER

11. ANGELIA GOODEN DOYLE, IRS
IN HOUSE CEO COUNSELOR

12. MARY E. CARROLL, IRS
SUPERVISOR

13. MARTHA H. SCHMUTHALS, IRS
SUPERVISOR

14. DORIENNE BONILLA, **IRS**
A. SUPERVISOR **AND FORMER**
B. **TENANT AT FALCONRIDGE**
**APARTMENTS** #784

CIVIL NO.
1:07CV
00859
RBW

2

15. CHARLES ENOS BROWN
  A. EVICTION ATTORNEY
  B. REAL ESTATE BROKER
  C. REAL ESTATE INVESTOR
  D. REALTOR

16. RICHARD R. AUBY, FIELD
  DIRECTOR — **IRS**

17. CHARLES WASHINGTON, JR
  IRS — DIRECTOR

18. **MARY-ELLAN KRCHA**
  IRS — GENERAL LEGAL
  SERVICES — TORT CLAIM
  MANAGER
  A. **SEE**
  B. BUESGENS INTERVENTION IN
  C. 1:06 CV 01399 — HOUSTON, TX

19. UNITED STATES POSTAL SERVICE
  INSPECTION — SEE BUESGENS
  A. **FTCA** — TORT CLAIM RECEIVED
  B. BY **IRS** ON 8/22/2005
    DEFENDANTS ETAL.

CIVIL NO.
1:07CV
00859
RCL

**3**

PLAINTIFF-CREDITOR-ADVERSARY
MICHAEL L BUESGENS **MOTION**
FOR THIS **COURTS ORDER** ON
THE FOLLOWING:

1. **CERTIFICATION** BY THE **U.S.**
ATTORNEY THAT **IRS** OFFICIALS-
EMPLOYEES-SERVANTS WERE
**EITHER** ACTING IN THE SCOPE
OF THEIR OFFICIAL DUTIES

2. WERE **NOT** OR ACTING WITHIN THE
SCOPE OF THEIR OFFICIAL DUTIES

3. WHEN THEY REFUSED AND
FAILED TO COMPLY WITH
THE REHABILITATION ACT OF
1973, AS AMENDED

4. THE CODE AND OF FEDERAL REGULATIONS

5. OFFICE AND OF PERSONNEL MANAGEMENT
REGULATIONS - **OPM**

6. EQUAL AND EMPLOYMENT OPPORTUNITY
COMMISSION REGULATIONS - **EEOC**

4

# BACKGROUND

1. APPEAL NO. **1:07CV00859RCL** IS FROM ADVERSARY NO. **07-10008** BANKRUPTCY JUDGE S. MARTIN TEEL DISMISSAL OF BUESGENS-PERSONAL INJURY-FEDERAL TORT CLAIMS ACT - PROOF OF CLAIM

2. THE PROOF OF CLAIM WAS FILED IN BANKRUPTCY NO. **06-11161 FRM** BANKRUPTCY JUDGE FRANK R. MONROE AUSTIN, TEXAS.

3. **AGAINST** DONALD RAY TAWNEY, JR - IRS SUPERVISOR FOR BUESGENS **2003** REASSIGNMENT REQUEST AND **EEO** COMPLAINTS - 05-2291

4. MR. TAWNEY FILED A VOLUNTARY CHAPTER **7** ON **7/31/2006**

5. **FAILED** **AND** TO NOTIFY CREDITOR BUESGENS.

6. MR. TAWNEY. **WAS AWARE** OF THE CLAIMS AGAINST HIM BY BUESGENS - **PRIOR TO**

5

HIS VOLUNTARY CHAPTER 7 FILING.

7. DONALD RAM TAWNEY, JR.
A. MARK EVERSON, COMMISSIONER-IRS
B. HENRY PAULSON, SECRETARY
   DEPARTMENT OF THE TREASURY
C. ARE REPRESENTED BY THE
   FOLLOWING ATTORNEYS:

8. CHARLES R. NETTLES, JR
   BANKRUPTCY ATTORNEY
   TEXAS BAR CARD NO. 14927200
   1834 S. IH-35, SUITE 233
   AUSTIN, TEXAS 78704
   PHONE: 512-459-3212
   FAX: 512-459-0842

9. R. BARRY ROBINSON, ASSISTANT
   U.S. ATTORNEY
   816 CONGRESS AVE. #1.000
   AUSTIN, TEXAS 78701

10. KAREN MELNIK, AUSA
    555 4TH ST, NW E4112
    WASHINGTON, DC 20530

6

11. **PAT S. GENIS**, ASSISTANT U.S. ATTORNEY

   A. **SEE** BUESGENS RELATED MOTION FOR INTERVENTION - **FOIA - TIGTA**

   B. CIVIL NO. **2:06 CV 00072 - PPS - APR**

   C. NORTHERN DISTRICT OF INDIANA

   D. HAMMOND DIVISION

   P.O. BOX 227
   WASHINGTON, D.C. 20044

12. PLAINTIFF BUESGENS ADVERSARY CLAIM NO. **07-10008** IS SUPPORTED BY ITS **FTCA - FORM SF95** AND ATTACHMENTS THAT W RECEIVED BY THE DEPUTY GENERAL COUNSEL - DEPARTMENT OF THE TREASURY ON AUGUST 22, 2005 AT 8:01 AM

13. CERTIFIED MAIL - RETURN RECEIPT
   **MARY-ELLAN KRCHA - IRS**
   TORT CLAIMS MANAGER
   GENERAL LEGAL SERVICES **- GLS**

7

14. THE ADMINISTRATIVE **FTCA** TORT CLAIM BECAME CIVIL NO. **1:06CV01558 RCL** FILED AT U.S. DISTRICT COURT DISTRICT OF COLUMBIA JUDGE ROYCE C. LAMBERTH

15. KAREN MELNIK, **AUSA** - PRESIDED OVER THE TRANSFER OF THIS CASE **TO**

16. JUDGE EARL LEROY YEAKEL, III **AND**

17. MAGISTRATE JUDGE ROBERT L. PITMAN **AT**

18. U.S. DISTRICT COURT AUSTIN TEXAS

19. JUDGE SAM SPARKS CHIEF JUDGE **SEE 1:05CV24355** WHERE IT BECAME

20. CIVIL NO. **1:06CV00967LY-RP** FEDERAL TORT CLAIMS ACT

21. BUESGENS TORT CLAIM IS A PERSONAL INJURY CLAIM BASED ON EMPLOYMENT DISCRIMINATION AND RETALIATION

8

22. PLAINTIFF BUESGENS **FTCA TORT CLAIM - PROOF OF CLAIM** IN THE BANKRUPTCY CASES ITS ALSO BASED ON THE **DENIAL** OF REASSIGNMENT AND REASONABLE ACCOMMODATION

23. **BY IRS** AND DEPARTMENT OF THE TREASURY - SERVANTS AND OFFICIALS

24. **AND** BUESGENS INVOLUNTARY DISABILITY RETIREMENT ON MARCH 7, 2005

A. **AT** THE OFFICE OF PERSONNEL MANAGEMENT - **OPM**

B. BUESGENS DISABILITY RETIREMENT INCOME IS **$1,300.00** PER MONTH AND IS ITS ONLY INCOME

25. **AND** WRONGFUL TERMINATION OF EMPLOYMENT AT THE **IRS** AUSTIN COMPLIANCE CENTER ✓ 1821 DIRECTORS BLVD. AUSTIN, TEXAS 78744

9

26. PLAINTIFF MICHAEL BUESGENS
PROOF OF CLAIM IN BANKRUPTCY
CASE NO.: **06-11164FRM**

A. **AND** ADVERSARY NO. **06-01248FRM**

B. **AND** ADVERSARY NO. **07-10008**
U.S. BANKRUPTCY COURT FOR THE
DISTRICT OF COLUMBIA

27. HAVE BEEN DENIED AND DISMISSED
BY BANKRUPTCY JUDGES

A. FRANK R. MONROE
AUSTIN, TEXAS

B. **AND**
S. MARTIN TEEL
WASHINGTON, DC

28. BANKRUPTCY JUDGES **DO NOT** HAVE
THE JURISDICTION TO RULE
ON BUESGENS PERSONAL INJURY
FTCA TORT CLAIM — **FTCA**
**PERSONAL INJURY** — FORM **SF95**
SUM CERTAIN

*10*

29. THE FOREGOING BANKRUPTCY JUDGES HAVE NEVER SEEN BUESGENS **-FTCA-ADMINISTRATIVE-** TORT CLAIM.

30. THEY **AND** **REFUSED** TO ISSUE AN ORDER TO U.S. ATTORNEYS

A. R. BARRY ROBINSON

B. **AND** KAREN MELNIK

31. **TO PRODUCE** A COPY OF THE CLAIM

32. **AND** JUDGE EARL LEROY YEAKEL, III

33. **AND** MAGISTRATE JUDGE ROBERT L. PITMAN

34. **AND** JUDGE SAM SPARKS

35. ALL AT U.S. DISTRICT COURT AUSTIN, TEXAS

36. HAVE **REFUSED** TO ISSUE AN ORDER FOR PRODUCTION OF **FTCA** -TORT CLAIM IN CIVIC NO. 1:06 CV 00 967 LY-RP FEDERAL TORT CLAIMS ACT

11

37. ON JUNE 23, 2007 BUESGENS FINALLY RECEIVED A COPY OF THIS ADMINISTRATIVE FTCA TORT CLAIM FROM R. BARRY ROBINSON ASSISTANT U.S. ATTORNEY, AUSTIN, TEXAS

38. BUESGENS **DOES NOT KNOW** WHETHER THIS IS THE COMPLETE CLAIM. HE WILL SUBMIT THIS CLAIM TO THIS COURT FOR THE **APPEAL** CIVIL NO. **1:07CV00859RBL**

39. PLAINTIFF BUESGENS DID NOT HAVE A COPY OF THIS CLAIM

A. BECAUSE IT WAS STOLEN ON **JULY 6, 2006 IN** AN

B. UNLAWFUL EVICTION **AT** FALCON RIDGE APARTMENTS APARTMENT 1023 500 EAST STASSNEY AUSTIN, TEXAS 78745

C. UNDER COLOR OF STATE LAW IN COLLUSION WITH PRIVATE AND GOVERNMENT PERSONS

12

40. ON **JULY 6, 2006** AT **10:00am**
ALL OF BUESGENS FEDERAL
COURT EVIDENCE
**AND**
A. MEDICAL RECORDS
B. VA MEDICAL RECORDS
41. WERE
REMOVED AND STOLEN FROM ITS
APARTMENT **#1023**

42. WHILE BUESGENS WAS AT HIS
DOCTORS OFFICE - REX WIER, **M.D**
AND AT SETON SHOAL CREEK
HOSPITAL FROM **JULY 6, 2006**
THROUGH **JULY 12, 2006**

43. **10 BOXES** OF VALUABLE MEDICAL
RECORDS AND FEDERAL COURT
EVIDENCE.

44. BECAUSE OF ALL THE LITIGATION
THAT BUESGENS WAS IN WITH
**FALCON RIDGE APARTMENTS.**

45. IT IS A CERTAINTY THAT THEY
**KEPT THOSE RECORDS** FOR THEIR

13

OWN PERSONAL USE.

46. THE MULTI DISTRICT LITIGATION THAT BUESGENS IS IN HAS A CENTRAL THEME AND THE SAME PLAYERS

47. EMPLOYMENT DISCRIMINATION
48. HOUSING DISCRIMINATION
49. BASED ON MEDICAL DISABILITY BIPOLAR

50. AND THE RETALIATION FROM BUESGENS LAWFUL CLAIMS AND COMPLAINTS HAVE PRODUCED MULTIPLE CAUSES OF ACTION WITH JURISDICTION IN THE UNITED STATES.

51. CIVIL NO. 1:06CV01964RBW IS AN EXAMPLE OF HOW THIS OCCURED — MULTIPLIED TO ENCOMPASS JURISDICTION IN WASHINGTON, DC.

14

52. PLAINTIFF MICHAEL L BUESGENS RESPECTFULLY REQUESTS THAT THIS COURT ISSUE AN **ORDER** TO U.S. ATTORNEY

53. FOR THEIR CERTIFICATION THAT THE FOREGOING NAMED DEFENDANTS **IN**

A. CIVIL NO. - 1:07CV00859 RBW **AND**

B. CIVIL NO. 1:07CV01558 RCL **TORT CLAIM**

C. CIVIL NO. 1:06CV00967 LY-RP **AND**

54. **WERE** ACTING **WITHIN THE SCOPE** OF THEIR **OFFICIAL DUTIES.**

RESPECTFULLY SUBMITTED

Michael L Buesgens

MICHAEL L BUESGENS

JULY 2, 2007

15

# 1:07CV00 859 RBW

# CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THIS MOTION FOR COURT ORDER TO U.S. ATTORNEY FOR CERTIFICATION OF IRS AND DEPARTMENT OF TREASURY OFFICIALS WAS SERVED BY FIRST CLASS MAIL ON THIS 3RD DAY OF JULY, 2007

ADDRESSED TO:

1. cc MARGARET F. WHITES -IRS IN HOUSE - EEO - REASSIGNMENT COORDINATOR

2. NEAL LEE PRESANT, M.O. - FEDERAL OCCUPATIONAL HEALTH - FOH AT HHS

3. JAMES WILLIAM ALLEN, M.O. - FOH

4. MARK NORMAN FRANK, M.S. - FOH

17225 BUSH MILLS RD PFLUGERVILLE, TEXAS 78660-1700

16

5  MARTHA H. SCHONTHALS, IRS
   SUPERVISOR AND OWNER
6  ELGIN ACE HARDWARE
7  DANILO RAY TWOMEY, JR - IRS
8  CHARLES G. HERNDON - 04CR0017ILY
9  RODOLFO LIZCANO - 03CV006615S
10 FREDIA BUTLER - 1:00CV00600SS
11 ANNA S. MEDLOCK - IRS
12 NANCY A. SESSION - IRS
13 RICHARD R. RUBY - IRS
14 CHARLES WASHINGTON, JR - IRS

15 THOMAS J. THEIS - LABOR RELATIONS
16 MELINDA L. ESTRADA - EEO
17 MARY E. CARROLL - IRS
18 MARY-ELLEN KRCHA - IRS-GLS

   224 NORTH HWY 95
   ELGIN, TEXAS 78621


   17

19  PAT S. GENIS   AUSA
20  R. BARRY ROBINSON, AUSA
21  KAREN MELNIK, AUSA
22  MATTHEW SOLOMSON, AUSA
    P.O. BOX 227
    WASHINGTON, DC 20044

23  **CHARLES R. NETTLES,**
24  RANDOLPH OSHEROW CHAPTER **7-TRUSTEE**
25  DOUGLAS RAY TAWNEY, JR **- IRS**
26  CHERYL TAWNEY - IRS
27  CATALINA MARTINEZ - IRS
28  MARK EVERSON
29  HENRY PAULSON
30  TEXAS ATTORNEY GENERAL
A.  BANKRUPTCY CASE # 06-11164 FRM
B.  ADVERSARY NO.. 06-01248 FRM
C.  ADVERSARY NO.. 07-10008
D.  APPEAL NO.  1:07CV00859 RBW
    1524 S. IH 35, SUITE 233
    AUSTIN, TEXAS  78704

18

1:07CV00859RBW
ADVERSARY NO. 07-10008
FTCA TORT CLAIMS
1:06CV01558RCL
1:06CV00967LY-RP

Michael Buesgens
MICHAEL L BUESGENS
EXTENDED STAY AMERICA
MAILING ADDRESS
3112 WINDSOR RD #A322
AUSTIN, TEXAS    78703

512-339-6005 X7958
FAX: 512-339-6099

MIKEBUESGENS@HOTMAIL.COM

19



1:07CV00859 RBW

EXHIBITS

MULTI DISTRICT—COMPLEX
LITIGATION

1.    MICHAEL L BUESGENS
      LITIGATION
      DOCKET PARTIES
      2-PAGES

2.    1:07CV00859RBW
      DOCKET SHEET
      2-PAGES

3.    1:06CV01558 RCL
      FEDERAL TORT CLAIMS ACT AND FOIA
      CASE SUMMARY
      3-PAGES

4.    1:06CV00967LY-RP
      FEDERAL TORT CLAIMS ACT FTCA
      CASE SUMMARY
      3-PAGES

20

5. 1:06 CV 01964 RBW
BUESGENS V. ATTORNEYS
CASE SUMMARY
2-PAGES

6. 1:05 CV 02334 RCL
BUESGENS V. "IN HOUSE EEO"
EEO NO. 05-2291
EEO NO. 05-2291 S
2005- CONTINUING VIOLATIONS COMPLAINTS
FOIA- AND VAUGHN INDEX
CASE SUMMARY
2-PAGES

7. 07-10008 - ADVERSARY COMPLAINT
BUESGENS V. MARK EVERSON, ET.AL
PARTIES        2-PAGES
ASSOCIATED CASES      1-PAGE
ATTORNEYS      1-PAGE

8. 1:07CV00859 RBW
BUESGENS V. (HENRY PAULSON) ETAL
CASE SUMMARY - 07-10008

21

9.  06-11164 FRM AUSTIN, TEXAS
VOLUNTARY CHAPTER 7
DONALD RAY TAWNEY, JR - SERVANT
TO MARK EVERSON - COMMISSIONER
IRS    AND RELATED
1:06CV01558 RCL
1:06CV00967 LY-RP
FILERS        1-PAGE
CREDITORS    2-PAGES
ASSOCIATED CASES    1-PAGE
PARTIES    2-PAGES
ATTORNEYS        1-PAGE

10.  06-01248 - ADVERSARY
CROSS CLAIM
COUNTER DEFENDANTS
CROSS DEFENDANTS
FILERS — 1-PAGE
ASSOCIATED CASES    1-PAGE
ATTORNEYS        1-PAGE
PARTIES    3-PAGES

11.  1:07CV00127 LY - APPEAL OF
06-11164 FRM
CASE SUMMARY    1-PAGE

22



12.    1:07 CV 00156 LY - APPEAL OF
06-11164 FRM (SECOND APPEAL)
CASE SUMMARY  1-PAGE

13.    1:07 CV 08209 LY - APPEAL OF
ADVERSARY NO.. 06-01248 FRM
CASE SUMMARY  1-PAGE

14.    SEE WHAT BANKRUPTCY ATTORNEY
CHARLES R NETTLES, JR
PLEADINGS AND FILINGS WITH
THE COURT IN

15. A.  CIVIL NO.  1:07 CV 001274 - APPEAL
DOCUMENT 4  FILED: 3/6/2007

B.  WAS BUESGENS APPEAL NOT TIMELY?

C.  WHAT ORDERS DID BUESGENS APPEAL?

D.  HOW ABOUT THE JANUARY 9, 2007
ORDERS IN 06-11164 FRM
DID BUESGENS APPEAL THOSE?

WAS THAT TIMELY?  DOCUMENTS 37-38
6 - PAGES    23

16.   BANKRUPTCY ATTORNEY

17.   **CHARLES R NETTLES**
      **IN**

18.   COLLOSION  WITH ASSISTANT
      U.S. ATTORNEY R. BARRY ROGINSON
A.        MISREPRESENTATIONS
             AND
B.        MISCONDUCT

19.   IN THE BANKRUPTCY COURTS
20.   IS THE REASON BUESGENS
      FILED **CROSSCLAIMS** AGAINST THEM
             AND

21.   CONTRIBUTED TO BUESGENS FILING
      AN ADVERSARY COMPLAINT AT
      U.S. BANKRUPTCY COURT
      DISTRICT OF COLUMBIA
      ADVERSARY NO. **07-10008**
      NOW APPEAL NO. **1:07CV00859 RBW**

22.        1:07CV 00156 L.Y.
           DOCUMENT 4    FILED: 3/28/07
      APPEAL OF BANKRUPTCY CASE-06-71164
      **SECOND APPEAL**

                24

23. CHARLES P. NETTLES AND AUSA
R. BARRY ROBINSON LIE TO THE
COURT AGAIN
JUDGE EARL LEROY YEAKEL, III

24. DID BUESGENS FAIL TO PAY
FILING FEES ?.

25 NO HE DID NOT - BUT THAT
DOESN'T MATTER.

26. ATTORNEYS CAN SAY WHATEVER
THEY WANT AND WIN EVERY
TIME.
3 - PAGES

27. LOOK AT THESE STUPID PROCEDURAL
MANUEVERS

28 THE SUBSTANCE OF BUESGENS
COMPLAINT WAS NEVER LOOKED
AT BY ANYONE

29. 1:07CV00156LY = BUESGENS
RECUSAL MOTION DENIED
DOCUMENT 20-2
25

1:07CV00859 RBW
EXHIBITS CONTINUED

30. 1:07 CV 00209 LY
  A. DOCUMENT 2 FILED: 3/23/2007
  B. JUDGE EMCLLEROY YENKEL III
  C. BANKRUPTCY ATTORNEY
     CHARLES R NETTLES

  D. ASSISTANT U.S. ATTORNEY
     R. BARRY ROBINSON
31. ANVELSARY NO. 06-01248 FRM
    APPEAL
              AND
32. CIVIL NO. 1:06CV00967LY-RP
    FEDERAL TORT CLAIMS ACT

33 BUESGENS IMPROPER APPEAL

34. WAS BUESGENS APPEAL IMPROPER?
35. WHO KNOWS?
36. WHO CARES?

37. CASE CLOSED!
    2-PAGES

            26

38. **THE NEXUS** OF EMPLOYMENT DISCRIMINATION AND HOUSING DISCRIMINATION AND RETALIATION

39. 1:06 CV 226 LY-RP HUD #06-06-293-8 CASE SUMMARY 4-PAGES

40. 1:06 CV 260 LY - REMANDED CASE SUMMARY - HUD #06-06-293-8 1 - PAGE

41. 1:07 CV 00427 SS

42. JUDGE SAM SPARKS AUSTIN, TX BUESGENS FILED THIS CASE IN WACO TEXAS

A. BECAUSE OF A LARGE NUMBER OF

B. **HOSTILE INHABITANTS** IN **AUSTIN, TEXAS**    3-PAGES

C.
D. CASE TRANSFERRED    CLOSED
E. TO JUDGE SAM SPARKS    6/21/07

27

43.     6:07 CV 00150 WSS
        JUDGE WALTER S. SMITH
        CHIEF JUDGE FOR THE
        WESTERN DISTRICT OF TEXAS
        **WACO DIVISION**
                CASE
        TRANSFERRED TO JUDGE
                SAM SPARKS
                AUSTIN, TEXAS
        CASE SUMMARY
        3-PAGES

44.     W-07-CA-150
        JUDGE WALTER SMITH ORDER
   A.   DOCUMENT 3    FILED: 5/21/2007
   B.   **NO MENTION**
                OF
        HOSTILE INHABITANTS
   C.          **BY**
        JUDGE WALTER S. SMITH CHIEF
        JUDGE WESTERN DISTRICT OF
        TEXAS
        2-PAGES

                28

1:07 CV 00 859 RBW)
EXHIBITS CONTINUED
RELATED - ASSOCIATED
1:06 CV 01964 RBW

45.    1:07 CV 00 156 LY-RP
TITLE APPEAL OF 06-111164 FRA
NWN

46.    BUESGEN'S MOTION FOR RECUSAL
47.    ORDER
FROM CHIEF JUDGE WALTER
SMITH    WACO, TEXAS
A.    RECUSAL
FOR
B.    JUDGE EARL LEROY YEAKEL, III
C.    DENIED
D.    DOCUMENT 11    FILED: 5/15/2007
1-PAGE

48.    1:06 CV 00 967 LY-RP
FEDERAL TORT CLAIMS ACT
DOCUMENT 61    FILED: 4/17/2007
ORDER
RECUSAL OF JUDGE YEAKEL - DENIED
1-PAGE

29

49. 1:06 CV 226 LY
DOCUMENT 42 FILED: 6/19/2007
JUDGE SAM SPARKS
BUESCENS MOTION FOR RECUSAL
OF
JUDGE EARL LEROY YEAKEL, III
DENIED
4 - PAGES

50. 3:07 CV 00043 KT - OREGON
RELATED TO TEXAS HOUSING
DISCRIMINATION
CASE SUMMARY
1 - PAGE

51. 2:07 CV 02116 JAR - FPO
KANSAS CITY, KANSAS
RELATED TO
1:06 CV 01964 RBW
CASE SUMMARY
2 - PAGES

52 1:07 CV 0535 WGY - BOSTON
RELATED TO HUD # 06-06-293-8
CASE SUMMARY 2 - PAGE

30

53.    8:07 CV 01363 0 KC
MARYLAND
CASE SUMMARY
1-PAGE

54.    8:07 CV 01642 0 KC
MARYLAND
LIHTC PROPERTIES
HUD # 06-06-293-8
1-PAGE

55.    07-1559 - APPEAL TO
FOURTH CIRCUIT OF
CIVIL NO. 8:07 CV 01363 0 KC
ON THE TRANSFER TO AUSTIN/TX
5- PAGES

56.    06-60777 - PETITION FOR
REVIEW AT FIFTH CIRCUIT
A.    FILED: 8/23/2006
B.    HUD # FOR 06-06-293-8
C.    R. BARRY ROBINSON AUSA
SHOWS UP ON 2/1/2007

31

57. A. 06-60777
HUD 06-06-293-8 DUAL FILED
WITH CITY OF AUSTIN, TEXAS

B. NO ADMINISTRATIVE RECORD
PRESENTED BY HUD AND THE
CITY OF AUSTIN

C. THAT AND OK WITH THE 5TH
CIRCUIT CASE MANAGERS
4-PAGES

58. 06-5314 APPEAL OF THE
TRANSFER OF CIVIC NO:
1:05 CV 02334
TO
AUSTIN, TEXAS
4-PAGES

59. 07-5011 DC CIRCUIT
APPEAL OF 1:05 CV 2433SS
FROM AUSTIN TEXAS
BUT D.C. CIRCUIT
WANTS TO LOOK AT CIVIC NO.
1:06 CV 0155 8 RCL
4-PAGES

32

# U.S. Party/Case Index

## All Types Name Search Results

**30 Total Party matches for selection BUESGENS, MICHAEL for ALL COURTS**

Search Complete

Mon Jul 2 07:36:19 2007

Selections 1 through 30 (Page 1)

*Handwritten: MICHAEL BUESGENS MULTI DISTRICT COMPLEX LITIGATION AND ADMINISTRATIVE CLAIMS*

●Download (1 pages $ 0.00)

### Bankruptcy Cases

| | Name | Court | Case No. | Filed | Chapter |
|---|---|---|---|---|---|
| 1 | BUESGENS, MICHAEL L. BUESGENS AND TAWNEY | txwbke | 06-01248 | 10/24/2006 | AP |
| 2 | BUESGENS, MICHAEL L. BUESGENS AND TAWNEY | txwbke | 06-01248 | 10/24/2006 | AP |
| 3 | BUESGENS, MICHAEL L. BUESGENS AND PAULSON | dcbke | 07-10008 | 02/23/2007 | AP |
| 4 | BUESGENS, MICHAEL L. BUESGENS AND PAULSON | dcbke | 07-10008 | 02/23/2007 | AP |
| 5 | BUESGENS, MICHAEL L. DONALD RAY TAWNEY | txwbke | 06-11164 | 07/31/2006 | 7 |

### Civil Cases

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 6 | BUESGENS, MICHAEL Buesgens v. Culpepper et al | madce | 1:2007cv10538 | 03/21/2007 | 360 | 03/22/2007 |
| 7 | BUESGENS, MICHAEL L Arensdorf v. Snow | txsdce | 4:2006cv01399 | 04/21/2006 | 790 | |
| 8 | BUESGENS, MICHAEL L. Buesgens v. Galloway | ordce | 3:2007cv00043 | 01/10/2007 | 360 | 06/07/2007 |
| 9 | BUESGENS, MICHAEL L. Buesgens v. Tawney | txwdce | 1:2007cv00127 | 02/23/2007 | 422 | 03/19/2007 |
| 10 | BUESGENS, MICHAEL L. Buesgens v. Travis County, Texas et al | txwdce | 6:2007cv00150 | 05/14/2007 | 360 | 06/01/2007 |
| 11 | BUESGENS, MICHAEL L. Buesgens v. Tawney | txwdce | 1:2007cv00156 | 03/05/2007 | 422 | |
| 12 | BUESGENS, MICHAEL L. Buesgens v. Tawney | txwdce | 1:2007cv00209 | 03/19/2007 | 422 | 05/01/2007 |
| 13 | BUESGENS, MICHAEL L. Buesgens v. Falcon Ridge Apartme, et al | txwdce | 1:2006cv00226 | 12/20/2006 | 443 | 12/20/2006 |

14 BUESGENS, MICHAEL L. txwdce 1:2006cv00226 12/20/2006    443    12/20/2006
Buesgens v. Falcon Ridge Apartme, et al

15 BUESGENS, MICHAEL L. txwdce 1:2005cv00243 04/29/2005    445    12/06/2006
Buesgens v. Snow

16 BUESGENS, MICHAEL L. txwdce 1:2006cv00260 04/10/2006    443    05/24/2006
Falcon Ridge Apartme v. Buesgens

17 BUESGENS, MICHAEL L. txwdce 1:2007cv00427 05/14/2007    360    06/21/2007
Buesgens v. Travis County, Texas et al

18 BUESGENS, MICHAEL L. txwdce 1:2007cv00444 06/06/2007    443
Buesgens v. Freeland et al

19 BUESGENS, MICHAEL L. txwdce 1:2002cv00526 08/20/2002    871    09/18/2002
USA v. Lizcano

20 BUESGENS, MICHAEL L. txwdce 5:2006cv00738 08/28/2006    890    01/26/2007
Retzlaff v. Wilson et al

21 BUESGENS, MICHAEL L. dcdce  1:2007cv00859 05/17/2007    422
BUESGENS v. PAULSON et al

22 BUESGENS, MICHAEL L. txwdce 1:2006cv00967 12/08/2006    360    *TORT CLAIM*
Buesgens v. United States of America et al

23 BUESGENS, MICHAEL L. mddce  8:2007cv01363 05/21/2007    443    06/06/2007
Buesgens v. Freeland et al

24 BUESGENS, MICHAEL L. dcdce  1:2006cv01558 09/01/2006    360    11/14/2006
BUESGENS v. UNITED STATES OF AMERICA et al    *TORT CLAIM PROOF OF CLAIM*

25 BUESGENS, MICHAEL L. mddce  8:2007cv01642 06/20/2007    443
Buesgens v. Freeland et al

26 BUESGENS, MICHAEL L. dcdce  1:2006cv01964 11/15/2006    440
BUESGENS v. BROWN et al

27 BUESGENS, MICHAEL L. ksdce  2:2007cv02116 03/16/2007    446
Buesgens v. Houser et al

28 BUESGENS, MICHAEL L. dcdce  1:2005cv02334 12/05/2005    442    05/09/2006
BUESGENS v. COATES et al

## Appellate Cases

| Name | Court | Case No. | Filed | NOS | Closed |
|------|-------|----------|-------|-----|--------|
| 29 BUESGENS, MICHAEL L. | dcca | 06-5314 | 10/13/2006 | 2442 | 03/27/2007 |
| BUESGENS, MICHAEL L. vs. COATES, MARCIA H. | | | | | |
| 30 BUESGENS, MICHAEL L. | dcca | 07-5011 | 01/19/2007 | 2440 | 05/03/2007 |
| BUESGENS, MICHAEL vs. PAULSON, HENRY | | | | | |

## PACER Service Center

### Transaction Receipt

PROSE-NP, TYPE-E

# U.S. District Court
## District of Columbia (Washington, DC) ✓
## CIVIL DOCKET FOR CASE #: 1:07-cv-00859-RBW

BUESGENS v. PAULSON et al
Assigned to: Judge Reggie B. Walton
 Case: 1:06-cv-01964-RBW ✓
Case in other court: U.S. Bankruptcy Court, 07-10008
Cause: 11:8001 Bankruptcy Appeal

Date Filed: 05/17/2007
Jury Demand: None
Nature of Suit: 422 Bankruptcy
Appeal (801)
Jurisdiction: U.S. Government
Defendant

*06-11164*
*06-01248*
*1:06CV01558 RCL*
*1:06CV 00967 LY-RP*

**In Re**
**MICHAEL L. BUESGENS**

**Plaintiff**
**MICHAEL L. BUESGENS**

represented by **MICHAEL L. BUESGENS**
3112 Windsor Avenue
Apartment A 322
Austin, TX 78730
(512) 339-6005 Ext. 7191
Fax: (512) 478-7608
PRO SE

*PROOF OF CLAIM*
*PERSONAL INJURY -*
*FTCA - TORT CLAIM*

**V.**

**Defendant**
**HENRY PAULSON**

**Defendant**
**MARK EVERSON**

represented by **Pat S. Genis** ✓
US Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
(202) 307-6390
Fax: (202) 514-6866
Email: pat.genis@usdoj.gov
*LEAD ATTORNEY*

*R. BARRY ROBINSON, AUSA*
*MATTHEW SOLOMSON, AUSA*
*FEDERAL CIRCUIT 2007-3115*
*CHARLES R. NETTLES*
*BANKRUPTCY ATTORNEY*

*1:07CV00859RBW* (handwritten)

*ATTORNEY TO BE NOTICED*

**Defendant**

**DONALD RAY TAWNEY, JR.** *I.R.S. SUPERVISOR FOR BUESGENS REASSIGNMENT REQUEST IN 2003* (handwritten)

*EEOC #360-2003-8286X* (handwritten) *HEARING 12/16/03* (handwritten)

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2007 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 07-10008. Partial File received filed by MICHAEL L. BUESGENS. (Attachments: # 1 Docket Sheet# 2 Exhibit 9# 3 Exhibit 20# 4 Civil Cover Sheet)(jf, ) (Entered: 05/22/2007) |
| 05/17/2007 | 2 | NOTICE OF RELATED CASE. Case related to Case No. 06-1964. (jf, ) (Entered: 05/22/2007) |
| 05/23/2007 | 3 | MOTION for Order for Production of the Federal Tort Claims Act Administrative Claim Form SF95 and Exhibits by MICHAEL L. BUESGENS (Attachments: # 1 Attachment)(tg, ) (Entered: 05/25/2007) |
| 05/29/2007 | 4 | NOTICE re Incomplete Record by MICHAEL L. BUESGENS (tg, ) (Entered: 05/31/2007) |
| 05/29/2007 | 5 | NOTICE of Related Civil and Bankruptcy Actions and Administrative Claims by MICHAEL L. BUESGENS (tg, ) (Entered: 05/31/2007) |
| 06/14/2007 | 6 | NOTICE of Appearance by Pat S. Genis on behalf of MARK EVERSON (Genis, Pat) (Entered: 06/14/2007) |
| 06/14/2007 | 7 | MOTION for Stipulation by MICHAEL L. BUESGENS (Attachments: # 1 Motion (continuation)# 2 Attachment (part 1)# 3 Attachment (part 2)# 4 Attachment (part 3))(tg, ) (Entered: 06/15/2007) |

*DISTRICT OF COLUMBIA* (handwritten)

## PACER Service Center

### Transaction Receipt

07/02/2007 08:37:33

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:07-cv-00859-RBW |

**1:06-cv-01558-RCL** BUESGENS v. UNITED STATES OF AMERICA et al

Royce C. Lamberth, presiding
**Date filed: 09/01/2006**
**Date terminated: 11/14/2006 Date of last filing: 12/28/2006**

*JUDGE ROYCE C. LAMBERTH*

## Case Summary

*WASHINGTON, DC AND TEXAS*

**Office:** Washington, DC
**Jury Demand:** Plaintiff

**Nature of Suit:** 360

**Jurisdiction:** U.S. Government
Defendant
**County:** 88888
**Origin:** 1
**Lead Case:**
**Related Case:**

**Filed:** 09/01/2006
**Demand:**
**Cause:** 28:2671 Federal Tort
Claims Act    *PERSONAL INJURY*

**Disposition:** Dismissed - Other    *TRANSFERRED BY AUSA KAREN MELNIK*

**Terminated:** 11/14/2006
**Reopened:**
None
None

**Other Court Case:**
None *TO AUSA R. BARRY ROBINSON 1:06CV00967CY AUSTIN TX*

**Def Custody Status:**
**Flags:** CLOSED, JURY, PROSE-NP, TRANSFERRED, TYPE-F

**Plaintiff:** MICHAEL L.
BUESGENS
**Defendant:** UNITED STATES OF
AMERICA

**represented
by**

Karen L.
Melnik

**Phone:**(202) 307-0338
**Email:**karen.melnik@usdoj.gov

**Defendant:** MICHAEL
SALYARDS    *IRS-GCS ATTORNEY FOR EEOC #360-2003-8286X*
**Defendant:** MARCIA H. COATES
**Defendant:** CHARLES G.    *04CR00171 AND*
HERNDON    *EEO*    *EEO #05-2291 - 05-2291S CONTINUING VIOLATIONS*
**Defendant:** MELINDA ESTRADA
**Defendant:** COLLEEN M.
KELLEY

**represented
by**

Gregory
O'Duden

**Phone:**(202) 572-5500
**Fax:**   (202) 572-5645
**Email:**greg.oduden@nteu.org

**Defendant:** FEDERAL LABOR
RELATIONS AUTHORITY
**Defendant:** CARI M.
DOMINGUEZ    *EEOC-SPECIAL PLACEMENT AUTHORITY*
**Defendant:** KAY COLES JAMES    *OPM-REASSIGNMENT VACANCY ANNOUNCEMENTS*

*1: 06CV01558 RCL FTCA-TORT*

**Defendant:** DONALD R. TAWNEY

**Defendant:** MARGERET WAITES — *REASONABLE REASSIGNMENT COORDINATOR*

**Defendant:** JOHN W. SNOW

**Defendant:** THOMAS THEIS — *LABOR RELATIONS*

**Defendant:** OSCAR LEAL

**Defendant:** UNITED STATES OFFICE OF SPECIAL COUNSEL

**Defendant:** ANNA MEDLOCK — *IRS DIVISION MANAGER*

**Defendant:** F. RUSSELL GEORGE *TIGTA*

**Defendant:** NANCY SESSION *IRS OPERATIONS MANAGER*

**Defendant:** CHARLES WASHINGTON, JR. *DIRECTOR*

**Defendant:** ANGELIA GOODEY-DOYLE *EEO COUNSELOR*

**Defendant:** COMMISSIONER OF INTERNAL REVENUE SERVICE **represented by** Karen L. Melnik **Phone:**(202) 307-0338 **Email:** karen.melnik@usdoj.gov *MARK EVERSON*

**Defendant:** MARY E. CARROLL

**Defendant:** MARTHA SCHANHALS — *IRS SUPERVISOR*

**Defendant:** JAMES PARKER

**Defendant:** VICTOR REYES

**Defendant:** CHERYL VUILLERMIER *EEO #05-2291 AND 05-2291S* *CONTINUING VIOLATIONS 2005 PRODUCED 1:05CV0233 RCL*

**Defendant:** DENNIS COLLINS

**Defendant:** ROBERT E. POWELL

**Defendant:** KATYE DUDERSTADT *EEOC JUDGE*

**Defendant:** MARY-ELLAN KRCHA *IRS TORT CLAIMS MANAGER*

**Defendant:** FALCON APARTMENTS OF AUSTIN I, INC. *GENERAL PARTNER HOUSING DISCRIMINATION HUD #06-06-293-8 ALN FILED WITH CITY OF AUSTIN*

**Defendant:** AMANDA WILSON-TORRES

**Defendant:** DORIENNE BONILLA

**Defendant:** MEGAN GOERES *IRS — FALCON RIDGE APTS TENANT*

**Defendant:** MANDY ROGERS

**Defendant:** DEBI WEHMEIER

**Defendant:** CHARLES E. BROWN, P.C. *EVICTION ATTORNEY*

*1: 06CV2604*
*1: 06CV2264-RP*
*1: 06CV01964 RBW*

**Defendant:** GREP GENERAL
PARTNER LLC
**Defendant:** GREYSTAR
MANAGEMENT SERVICES, LP
**Defendant:** RICHARD R. AUBY
**Defendant:** THOMAS LEGER
**Defendant:** DANIEL PALACIOS
**Defendant:** ARMBRUST R.
BROWN, LLP
**Defendant:** BEN FLOREY, JR.
**Defendant:** DEREK HOWARD
**Defendant:** CRADY, JEWETT &
MCCULLEY, LLP

*FIELD DIRECTOR SEE*
*1:03CV00661 SS*
*AND*
*1:04 CR 00171 LY-RP*
*USA V. HERNDON)*

**Defendant:** DEPARTMENT OF
HEALTH AND HUMAN
SERVICES
**Defendant:** ALPHONSO
JACKSON
**Defendant:** GREG ABBOTT
**Defendant:** UNITED STATES
POSTAL SERVICE
**Defendant:** ALL DEFENDANTS

**represented by**  Karen L. Melnik   **Phone:** (202) 307-0338
**Email:** karen.melnik@usdoj.gov

*HUD # 06-06-293-8*
*5TH CIRCUIT # 06-60777*

**represented by**  Karen L. Melnik   **Phone:** (202) 307-0338
**Email:** karen.melnik@usdoj.gov

*R. BARRY ROBINSON*
*AND*
*PAT S. GENIS, AUSA*

## PACER Service Center

### Transaction Receipt

07/01/2007 20:33:29

| PACER Login: | | Client Code: | |
|---|---|---|---|
| **Description:** | Case Summary | **Search Criteria:** | 1:06-cv-01558-RCL |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**1:06-cv-00967-LY** Buesgens v. United States of America et al
Lee Yeakel, presiding
**Date filed:** 12/08/2006 **Date of last filing:** 06/29/2007

# Case Summary

*1:06CV00967LY
IS
1:06CV01558RCC*

| | |
|---|---|
| **Office:** Austin | **Filed:** 12/08/2006 |
| **Jury Demand:** Plaintiff | **Demand:** |
| **Nature of Suit:** 360 | **Cause:** 28:2671 Federal Tort Claims Act |
| **Jurisdiction:** U.S. Government Defendant | **Disposition:** |
| **County:** Travis | **Terminated:** |
| **Origin:** 5 | **Reopened:** |
| **Lead Case:** | None |
| **Related Cases:** | 1:05-cv-00243-SS, 1:06-cv-00226-LY, 1:06-cv-00260-LY, 1:07-cv-00127-LY, 1:07-cv-00156-LY, 1:07-cv-00209-LY |

*HOUSING DISCRIMINATION*

**Other Court Case:**
1:06cv1558[District of Columbia]

**Def Custody Status:**

**Plaintiff:** Michael L. Buesgens

| | | | |
|---|---|---|---|
| **Defendant:** United States of America | **represented by** | R. Barry Robinson | **Phone:** (512) 916-5858 **Fax:** 512/916-5854 **Email:** barry.robinson@usdoj.gov |

**Defendant:** Michael Salyards
**Defendant:** Marcia H. Coates
**Defendant:** Charles G. Herndon

*1:04CR00171LY-RP
UNSEAL PSI*

**Defendant:** Melinda Estrada

| | | | |
|---|---|---|---|
| **Defendant:** Colleen M. Kelley | **represented by** | Gregory O'Duden | **Phone:** 202-572-5500 **Fax:** 202-572-5645 |
| **Defendant:** Colleen M. Kelley | **represented by** | Julie M. Wilson | **Phone:** 202-572-5500 |
| **Defendant:** Colleen M. Kelley | **represented by** | L. Pat Wynns | **Phone:** 202-572-5500 |

**Defendant:** Federal Labor Relations Authority
**Defendant:** Cari M. Dominguez
**Defendant:** Kay Coles James
**Defendant:** Donald R. Tawney   *IRS SUPERVISOR*
**Defendant:** Margeret Waites

*PAT S. GENIS*

| | | | |
|---|---|---|---|
| **Defendant:** John W. Snow | **represented by** | R. Barry Robinson | **Phone:** (512) 916-5858 **Fax:** 512/916-5854 |

7/1/2007 7:34 PM

Email: barry.robinson@usdoj.gov

**Defendant:** Thomas Theis ✓ *IRS LABOR RELATIONS*

**Defendant:** Oscar Leal

**Defendant:** United States Office of Special Counsel

**Defendant:** Anna Medlock

**Defendant:** F. Russell George ✓ *TIGTA — FOIA REQUESTS 2005 VAUGHN INDEX DENIED*

**Defendant:** Nancy Session

**Defendant:** Charles Washington, Jr.

**Defendant:** Angelia Goodey-Doyle *EEO*

**Defendant:** Commissioner of Internal Revenue Service    **represented by**    R. Barry Robinson ✓    **Phone:** (512) 916-5858   **Fax:** 512/916-5854   **Email:** barry.robinson@usdoj.gov

*CHARLES R. NETTLES BANKRUPTCY ATTORNEY 06-11164FRM 06-01248FRM 1:07CV00127LY 1:07CV00156LY 1:07CV00209LY*

**Defendant:** Mary E. Carroll

**Defendant:** Martha Schanhals

**Defendant:** James Parker

**Defendant:** Victor Reyes

**Defendant:** Cheryl Vuillermier

**Defendant:** Dennis Collins

**Defendant:** Robert E. Powell

**Defendant:** Katye Duderstadt

**Defendant:** Mary-Ellan Krcha ✓

**Defendant:** Falcon Apartments of Austin I, Inc. *HOUSING*

**Defendant:** Amanda Wilson-Torres

**Defendant:** Dorienne Bonilla *IRS — FALCON RIDGE APTS — TENANT*

**Defendant:** Megan Goeres    **represented by**    Gregory Scott Cagle    **Phone:** (512) 435-2300   **Fax:** 512/435-2360   **Email:** gcagle@abaustin.com

**Defendant:** Megan Goeres    **represented by**    Shelley B. Marmon ✓    **Phone:** (713) 739-7007   **Fax:** 713/739-8403   **Email:** marmonbkrtcy@cjmlaw.com *ATTORNEY*

*1:06CV260LY 1:06CV226LY-RP 1:06CV01964RBW*

**Defendant:** Mandy Rogers

**Defendant:** Debi Wehmeier

**Defendant:** Charles E. Brown

**Defendant:** GREP General Partner LLC

**Defendant:** Greystar Management Services LP

**Defendant:** Richard R. Auby ✓

**Defendant:** Thomas Leger ✓ *SEE 1:03CV00661SS AND 1:04CR00171LY-RP UNSEAL PSE*

**Defendant:** Daniel Palacios ✓

**Defendant:** Armbrust R. Brown, LLP

**Defendant:** Ben Florey, Jr. *CRIMINAL ATTORNEY*

**Defendant:** Derek Howard
**Defendant:** Crady, Jewett, McCulley LLP
**Defendant:** Department of Health and Human Services

*[handwritten: 1:06 CV 226 LY-RP 1:06 CV 8196 (RBW)]*

| | | |
|---|---|---|
| represented by | R. Barry Robinson | **Phone:** (512) 916-5858 |
| | | **Fax:** 512/916-5854 |
| | | **Email:** barry.robinson@usdoj.gov |

**Defendant:** Alphonso Jackson
**Defendant:** Greg Abbott
**Defendant:** United States Postal Service

*[handwritten: ✓ HUD #06-06-293-8 FILED: 12/28/06]*

| | | |
|---|---|---|
| represented by | R. Barry Robinson ✓ | **Phone:** (512) 916-5858 |
| | | **Fax:** 512/916-5854 |
| | | **Email:** barry.robinson@usdoj.gov |

**Defendant:** Roger Williams
**Defendant:** Carole Keeton Strayhorn
**Defendant:** William S. Warren
**Defendant:** Austin Apartment Association
**Defendant:** Doug and Linda Jerdet
**Defendant:** State Farm Insurance

*[handwritten: KAREN MELUIK PAT S. GENIS MATTHEW SOLOMSON FEDERAL CIRCUIT 2007-3115]*

## PACER Service Center

### Transaction Receipt

#### 07/01/2007 19:34:00

| | | | |
|---|---|---|---|
| **PACER Login:** | | **Client Code:** | *[illegible]* |
| **Description:** | Case Summary | **Search Criteria:** | 1:06-cv-00967-LY |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

*[handwritten: MICHAEL LYNN SALYNAS THOMAS R STANTON MARK S. KAIZEN IRS-GLS-ATTORNEYS RODERICK FILLIJGER - TIGTA FOIA GENERAL COUNSEL]*

**1:06-cv-01964-RBW** BUESGENS v. BROWN et al
Reggie B. Walton, presiding
Date filed: 11/15/2006 **Date of last filing:** 06/07/2007

# Case Summary

**Office:** Washington, DC
**Jury Demand:** Plaintiff

**Nature of Suit:** 440

**Jurisdiction:** U.S. Government Defendant

**County:** 88888
**Origin:** 1
**Lead Case:**
**Related Case:**

**Filed:** 11/15/2006
**Demand:**
**Cause:** 42:1983 Civil Rights Act

**Disposition:**

**Terminated:**
**Reopened:**
None
None

**Other Court Case:**
None

**Def Custody Status:**
**Flags:** JURY, PROSE-NP, TYPE-L

**Plaintiff:** MICHAEL L. BUESGENS
**Defendant:** CHARLES E. BROWN
**Defendant:** WILLIAM S. WARREN, III
**Defendant:** DUNHAM JEWETT
**Defendant:** HUGH LAWRENCE MCCULLEY
**Defendant:** SHELLEY BUSH MARMON
**Defendant:** CRADY JEWETT MCULLEY LLP
**Defendant:** DAVID B. ARMBRUST
**Defendant:** FRANK B. BROWN, IV
**Defendant:** GREGORY S. CAGLE
**Defendant:** ARMBRUST & BROWN LLP
**Defendant:** WARREN LAW FIRM
**Defendant:** MARC ERIC MALINGER

*STATE FARM LLOYDS RENTERS TENANTS POLICY*

**Defendant:** CHESTER E. BEAVER

**Defendant:** ANNE L. MORGAN

**Defendant:** FELIX TARANGO

**Defendant:** TIMOTHY MASHBURN

**Defendant:** MICHAEL J. POWELL

**Defendant:** GUY J. JOYNER

**Defendant:** RAFAEL EDWARD CRUZ

**Defendant:** MAUREEN RAY

**Defendant:** JUDITH TAYLOR

**Defendant:** JENNIFER RANDALL

**Defendant:** ROBERT B. HARWIN

**Defendant:** MICHAEL LYNN SALYARDS

**Defendant:** THOMAS STANTON

**Defendant:** KAREN MELNIK

**Defendant:** R. BARRY ROBINSON

**Defendant:** GERALD CONLEY CARRUTH

**Defendant:** STEVEN BOCK BASS

**Defendant:** BEN CASTLEMAN FLOREY, JR.,

**Defendant:** DEREK HOWARD HOWARD

**Defendant:** BARBARA A. ATKIN    represented by    Julie M. Wilson    **Phone:**(202) 572-5500 **Email:** julie.wilson@nteu.org

**Defendant:** DENNIS SCHNEIDER    represented by    Julie M. Wilson    **Phone:**(202) 572-5500 **Email:** julie.wilson@nteu.org

**Defendant:** JAMES PETRUCCI

**Defendant:** TED CRUZ

*[Handwritten annotations:]*

CITY OF AUSTIN ATTORNEYS
C-1-CV-06-000678
TRIAL 06/16/06
HUD # 06-06-293-8
DUAL FILED

STATE BAR OF TEXAS

EEOC ATTORNEYS
SAN ANTONIO, TX
SEE
1:05CV243SS

SEE 1:04CR00171CY-RP
SEE 1:03CV00661SS

EEOC # 360-2003-8286Y
EEOC # 360-20600307
FEDERAL CIRCUIT # 2007-3115

**PACER Service Center**

**Transaction Receipt**

07/01/2007 20:32:48

**PACER Login:**

**Client Code:**

**1:05-cv-02334-RCL** BUESGENS v. COATES et al
Royce C. Lamberth, presiding
**Date filed:** 12/05/2005
**Date terminated:** 05/09/2006 **Date of last filing:** 11/13/2006

*EEO #05-2291*

# Case Summary

*EEO #05-2291 S*
*CONTINUING VIOLATIONS*
*FOIA*
*PRIVACY ACT*
*VIOLATIONS*
*ET-AL.*

**Office:** Washington, DC   **Filed:** 12/05/2005

**Jury Demand:** Plaintiff   **Demand:**

**Nature of Suit:** 442   **Cause:** 29:791 Job Discrimination (Rehabilitation Act)

**Jurisdiction:** Federal Question   **Disposition:** Transfer/Remand - Transfer to Another District

**County:** 88888   **Terminated:** 05/09/2006

**Origin:** 1   **Reopened:**

**Lead Case:** None

**Related Case:** None

**Other Court Case:**
'06-5314'['USCA']

**Def Custody Status:**
**Flags:** APPEAL, CLOSED, JURY, PROSE-NP, TYPE-H

**Plaintiff:** MICHAEL L. BUESGENS

| | | | |
|---|---|---|---|
| **Defendant:** MARCIA H. COATES *EEO O* | **represented by** | Karen L. Melnik | **Phone:**(202) 307-0338 **Email:** karen.melnik@usdoj.gov |
| **Defendant:** CARI M. DOMINGUEZ *EEOC* | **represented by** | Karen L. Melnik | **Phone:**(202) 307-0338 **Email:** karen.melnik@usdoj.gov |
| **Defendant:** KAY COLES JAMES *OPM* | **represented by** | Karen L. Melnik | **Phone:**(202) 307-0338 **Email:** karen.melnik@usdoj.gov |
| **Defendant:** JOHN W. SNOW | **represented by** | Karen L. Melnik | **Phone:**(202) 307-0338 **Email:** karen.melnik@usdoj.gov |
| **Defendant:** J. RUSSELL GEORGE *TIGTA* | **represented by** | Karen L. Melnik | **Phone:**(202) 307-0338 **Email:** karen.melnik@usdoj.gov |

**1:05-cv-00243-SS** Buesgens v. Snow
Sam Sparks, presiding
**Date filed: 04/29/2005**
**Date terminated: 12/06/2006 Date of last filing: 02/05/2007**

# Case Summary

**Office:** Austin

**Jury Demand:** Plaintiff

**Nature of Suit:** 445

**Jurisdiction:** U.S. Government Defendant

**County:** Travis

**Origin:** 1
**Lead Case:** None
**Related Case:** None

**Filed:** 04/29/2005

**Demand:** $0

**Cause:** 42:12101 Americans with Disabilities Act of 1990

*REHABILITATION ACT*
*EEOC #360-2003-8286X*

**Disposition:** Judgment - Motion Before Trial

**Terminated:** 12/06/2006
**Reopened:** None

**Other Court Cases:** '06-51426'['5th Circuit'], 06-50953[5th USCA], 06-51426[5th Circuit], 07-5011[District of Columbia Cir. Court of Appeals], :05- -50730[USCA - 5th Circuit]

**Def Custody Status:**
**Flags:** ATTENTION, CLOSED

**Plaintiff:** Michael L. Buesgens
**Defendant:** John W. Snow

represented by    R. Barry Robinson

**Phone:**(512) 916-5858
**Fax:** 512/916-5854
**Email:** barry.robinson@usdoj.gov

**Movant:** Equal Employment Opportunity Commission

represented by    Jennifer Randall

**Phone:**(303) 866-1378
**Fax:** 303/866/1375
**Email:** jennifer.randall@eeoc.gov

*EEOC*
*JUDGE ROBERT LYNN POWELL,*
*WHERE IS THE DISCOVERY?*

**PACER Service Center**

**4:06-cv-01399** Arensdorf v. Snow
David Hittner, presiding
Date filed: 04/21/2006 Date of last filing: 06/26/2007

*INTEVENOR MICHAEL L BUESGENS*

## Case Summary

**Office:** Houston
**Jury Demand:** Plaintiff

**Nature of Suit:** 790

**Jurisdiction:** U.S. Government Defendant

**County:** Harris
**Origin:** 1
**Lead Case:**
**Related Case:**

**Def Custody Status:**
**Flag:** MOTREF

**Filed:** 04/21/2006
**Demand:** $300000
**Cause:** 05:704 Labor Litigation

**Disposition:**

**Terminated:**
**Reopened:** None
4:05-cv-02622

*HOUSTON, TX*

*AUSA ELIZABETH KARPATI R BARRY ROBINSON PAT S GENS*

**Other Court Case:** None

**Plaintiff:** Donna J. Arensdorf     **represented by**     Afton Jane Izen     **Phone:** 713-661-6238
**Fax:** 713-661-6239
**Email:** aftonizen@sbcglobal.net

*FORMER IRS EMPLOYEE*

**Defendant:** John W Snow **represented by**     Elizabeth F Karpati     **Phone:** 713-567-9767
**Fax:** 713-718-3303
**Email:** elizabeth.karpati@usdoj.gov

**Movant:** Michael L Buesgens

*INTERVENOR MND MARY-ELLAN KRECHA IRS TORT CLAIMS MANAGER*

### PACER Service Center

#### Transaction Receipt

07/01/2007 19:36:57

**PACER Login:**     **Client Code:**

*ADVERSARY* **07-10008** Buesgens v. Paulson et al
**Case type:** ap **Related bankruptcy:** Lead case not found **Bankruptcy Judge:** S. Martin Teel, Jr.
**Date filed:** 02/23/2007 **Date of last filing:** 06/06/2007

# Parties

*BANKRUPTCY NO.*
*06-11164 FMS*
*TORT CLAIM*
*1: 06CV01558 RCC*
*1: 06CV00967 LYRP*

*APPEAL*
*1: 07CV00859 RBW*

**Michael L. Buesgens**
3112 Windsor Road
#A322
Austin, TX 78703
*Added: 03/01/2007*
*(Cross-Claimant)*
PRO SE

**Michael L. Buesgens**
3112 Windsor Road
#A322
Austin, TX 78703
*Added: 03/01/2007*
*(Plaintiff)*
PRO SE

**Mark Everson**   *AND TORT CLAIM DEFENDANTS*
*Added: 03/01/2007*   *AT I.R.S. IN*
*(Cross Defendant)*   *1: 06CV01558 RCC*

**Mark Everson**                          **Karen Melnik**
*Added: 03/01/2007*                        555 4th Street
*(Defendant)*         represented by      Washington, DC 20530
                                          *Assigned: 03/01/07*
                                          *LEAD ATTORNEY*
                                          *R. BARRY ROBINSON, AUSA*
**Henry Paulson**                          *AUSTIN, TEXAS*
*Added: 03/01/2007*
*(Cross Defendant)*

**Henry Paulson**
*Added: 03/01/2007*
*(Defendant)*

represented by

**Karen Melnik**
555 4th Street
Washington, DC 20530
*Assigned: 03/01/07*
*LEAD ATTORNEY*

**Donald Ray Tawney, Jr** *IRS SUPERVISOR*
*Added: 03/01/2007*
*(Cross Defendant)*

**Donald Ray Tawney, Jr**
*Added: 03/01/2007*
*(Defendant)*

*IRS*
*SUPERVISOR*

represented by

**Pat S. Genis** — *AUSA*
U.S. Department of Justice
P.O. Office Box 227
Ben Franklin Station
Washington, DC 20044
202-307-6390
pat.genis@usdoj.gov
*Assigned: 06/06/07*

**Karen Melnik**
555 4th Street
Washington, DC 20530
*Assigned: 03/01/07*
*LEAD ATTORNEY*

*1:06CV01558 RCL*
*AND*
*1:05CV02334 RCL*
*KAREN MELNIK*
*7706 A*

## PACER Service Center
### Transaction Receipt
07/01/2007 20:51:19

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | Party List | Search Criteria: | 07-10008 |
| Billable Pages: | 1 | Cost: | 0.08 |

## 07-10008 Buesgens v. Paulson et al

**Case type:** ap **Related bankruptcy:** Lead case not found **Bankruptcy Judge:** S. Martin Teel, Jr.

**Date filed:** 02/23/2007 **Date of last filing:** 06/06/2007

## Associated Cases

*APPEAL NO. 1:07CV00859 RBW*

**There Are No Case Associations For This Case**

*BANKRUPTCY CASE NO. 06-11164 FRR*

### PACER Service Center

#### Transaction Receipt

07/01/2007 20:47:41

| PACER Login: | | Client Code: | |
|---|---|---|---|
| **Description:** | Associated Cases | **Search Criteria:** | 07-10008 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

*FEDERAL TORT CLAIMS ACT*
*FTCA FORM SF95*
*SUM CERTAIN*
*ADMINISTRATIVE CLAIM*
*MARY-ELLEN KRCHA - IRS-GLS*
*TORT CLAIMS MANAGER*
*1:06 CV 01558 RCL*
*DISTRICT OF COLUMBIA*
*TRANSFERRED TO*
*1:06 CV 00967 LY-RP*
*JUDGE EARL LEROY YEAKEL, III*

*ADVERSARY* **07-10008** Buesgens v. Paulson et al

**Case type:** ap **Related bankruptcy:** Lead case not found **Bankruptcy Judge:** S. Martin Teel, Jr.

**Date filed:** 02/23/2007 **Date of last filing:** 06/06/2007

*FTCA - FORM SF95*
*1:06 CV01558 RCC*

## Attorneys

*1:06 CV00967 LY-RP*

**Pat S. Genis** *R BARRY ROBINSON*
U.S. Department of Justice
P.O. Office Box 227
Ben Franklin Station
Washington, DC 20044          representing   **Donald Ray Tawney, Jr**
202-307-6390                                  *(Defendant)*
pat.genis@usdoj.gov            *IRS*
*Assigned: 06/06/2007*         *MARTHA H SCHAULLACS*
                               *AWS S. MEDLOCK*
**Karen Melnik**               *NANCY A. SESSION*
555 4th Street                 *CHARLES WASHINGTON JR*
Washington, DC 20530          representing   **Donald Ray Tawney, Jr**
*Assigned: 03/01/2007*         *(Defendant)*
*LEAD ATTORNEY*                *EEOCW 360-2003-*
                               *8-2864*
                               **Henry Paulson** *AND*
                               *(Defendant)* *DENIAL*
                               **Mark Everson** *OF*
                               *(Defendant)* *REASSIGNMENT,*
                               *ACCOMMODATION*

## PACER Service Center
*FOR*

### Transaction Receipt
*MICHAEL BUESGEV*

07/01/2007 20:48:03

| | | | |
|---|---|---|---|
| **PACER Login:** | | **Client Code:** | |

**1:07-cv-00859-RBW** BUESGENS v. PAULSON et al
Reggie B. Walton, presiding
**Date filed:** 05/17/2007 **Date of last filing:** 06/14/2007

*ADVERSARY NO. 07-10008*

# Case Summary

**Office:** Washington, DC
**Jury Demand:** None

**Nature of Suit:** 422

**Jurisdiction:** U.S. Government
Defendant
**County:** 88888
**Origin:** 1
**Lead Case:**
**Related Case:** 1:06-cv-01964-RBW ✓

**Def Custody Status:**
**Flags:** PROSE-NP, TYPE-E *PERSONAL INJURY-TORT CLAIM*

**Filed:** 05/17/2007
**Demand:**
**Cause:** 11:8001 Bankruptcy ✓
Appeal

**Disposition:**

**Terminated:**
**Reopened:**
None

**Other Court Case:** 07-10008[U.S.
Bankruptcy Court]

**Plaintiff:** MICHAEL L. BUESGENS
**Defendant:** HENRY PAULSON
**Defendant:** MARK EVERSON

✓ *KAREN MELNIK*

represented by Pat S. Genis **Phone:**(202) 307-6390
**Fax:** (202) 514-6866
**Email:** pat.genis@usdoj.gov

**Defendant:** DONALD RAY TAWNEY, JR. *IRS SUPERVISOR*

*R BARRY ROBINSON*
*CHARLES NETTLES*
*BANKRUPTCY ATTORNEY*
*RANDOLPH OSHEROW*
*CHAPTER 7 TRUSTEE*
*06-11164*

**PACER Service Center**
**Transaction Receipt**
07/01/2007 20:34:45

| | | | |
|---|---|---|---|
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** | 1:07-cv-00859-RBW |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

*1:06CV01558ECL*
*1:06CV00967LYRP*

**06-11164-frm** Donald Ray Tawney ✓

**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Bankruptcy Judge:** Frank R. Monroe ✓
**Date filed:** 07/31/2006 **Date discharged:** 02/07/2007 **Date of last filing:** 04/27/2007

# Filers

| Name | Type | Added | Terminated |
|------|------|-------|------------|
| Michael L. Buesgens ✓ | Creditor ✓ | 10/30/2006 | |
| Bass & Associates,PC Household Bank (SB), N.A. | Creditor | 09/27/2006 | |
| Donald Ray Tawney Jr. ✓ | Debtor ✓ | 07/31/2006 | |

*I.R.S. SUPERVISOR*
*AUSTIN, TX*

## PACER Service Center

### Transaction Receipt

07/01/2007 19:39:12

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | Filer List | Search Criteria: | 06-11164-frm |
| Billable Pages: | 1 | Cost: | 0.08 |

*MICHAEL L BUESGENS*
*FORMER I.R.S. EMPLOYEE*
*CUSTOMER SERVICE*
*SEASONAL GRADE 8 STEPS*
*INVOLUNTARY DISABILITY RETIREMENT*
*ON MARCH 7, 2005*
*WRONGFUL TERMINATION OF EMPLOYMENT*
*BUESGENS FILED A FEDERAL TORT CLAIMS*
*ACT ADMINISTRATIVE CLAIM ON*
*8/22/2005 AT 8:01 AM CERTIFIED*
*RETURN RECEIPT*

**06-11164-frm** Donald Ray Tawney _IRS SUPERVISOR_

**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Bankruptcy Judge:** Frank R. Monroe
**Date filed:** 07/31/2006 **Date discharged:** 02/07/2007 **Date of last filing:** 04/27/2007

# Creditors ✓

**Catalina Martinez** _FORMER IRS EMPLOYEE_
2901 Davis Cove          (cr)
lago Vista, TX 78645

**Chase Cardmember Services**
PO Box 94014             (cr)
Palatine, IL 60094-4014

**Cheryl Tawney** _WIFE AND I.R.S. SUPERVISOR_
1311 Rocky Creek Drive   _NOT DIVORCED_
Pflugerville, TX 78660

**CitiCards**
PO Box 6413              (cr)
The Lakes, NV 88901-6413

**GMAC**
PO Box 660208            (cr)
Dallas, TX 75266

**Household Bank (SB), N.A.**
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200    (cr)
Tucson, AZ 85712

**JC Penney**
PO Box 960001            (cr)
Orlando, FL 32896-0001

**Kohls**
PO Box 2983              (cr)

Milwaukee, WI 53201-2983

*06-11164*
*FILED: 7/31/06*

**MBNA America**
PO Box 15289          (cr)
Wilmington, DE 19886-5289

**Michael L Buesgens** ✓ *CREDITOR-ADVERSARY*
3112 Windsor Rd #A322          (cr)
Austin, TX 78703

**Room Store**
PO Box 60148          (cr)
City of Industry, CA 91716-0148

**Texas Attorney General** ✓ *CHILD SUPPORT*
2101 E. St. Elm, Suite 225          (cr)
Austin, TX 78744

**US Trustee**
903 San Jacinto, Suite 230          (cr)
Austin, TX 78701

*RANDOLPH OSHEROW -CHAPTER 7*
*TRUSTEE*
**PACER Service Center**
*SAN ANTONIO*
**Transaction Receipt**      *TEXAS*
07/01/2007 19:39:41

| PACER Login: | Client Code: | |
|---|---|---|
| **Description:** | Creditor List | **Search Criteria:** | 06-11164-frm Creditor Type: All |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**06-11164-frm** Donald Ray Tawney
**Case type: bk Chapter: 7 Asset: No Vol: v Bankruptcy Judge: Frank R. Monroe**
**Date filed: 07/31/2006 Date discharged: 02/07/2007 Date of last filing: 04/27/2007**

*APPEALS 1: 07CV00127LY*
*1: 07CV00156LY*

## Associated Cases

| Case | Associated Case | Type |
|------|-----------------|------|
| 06-11164-frm Donald Ray Tawney | 06-01248-frm Buesgens v. Tawney et al | Related Adversary |

*ADVERSARY NO. 07-10008*

## PACER Service Center

**Transaction Receipt** *APPEAL NO.*
07/01/2007 19:38:14 *1:07CV00859RBW*

| PACER Login: | | Client Code: | ose |
|--------------|--|--------------|-----|
| Description: | Associated Cases | Search Criteria: | 06-11164-frm |
| Billable Pages: | 1 | Cost: | 0.08 |

*ASSOCIATED CASES*
*1:06CV01558 RCL FTCA CLAIM*
*1:06 CV 00967 LY-RP FTCA CLAIM*

*1:05CV2435S AUSTIN, TEXAS*
*FROM*
*EEOC NO. 360-2003-8286X*
*DONALD RAY TAWNEY, JR - IRS - DEFENDANT*
*WITNESS AT HEARING ON 12/16/2003*
*1:05CV2334 RCL AND FOIA*
*FROM EEO # 05-2291 NO*
*EFO # 05-2291S VAUGHN INDEX*

**06-11164-frm** Donald Ray Tawney
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Bankruptcy Judge:** Frank R. Monroe
**Date filed:** 07/31/2006 **Date discharged:** 02/07/2007 **Date of last filing:** 04/27/2007

# Parties

**Michael L. Buesgens**
3112 Windsor, #A322
Austin, TX 78703
(512) 339-6005
*Added: 10/30/2006*
*(Creditor)*

*CREDITOR - ADVERSARY*
*PERSONAL INJURY*
*FEDERAL TORT CLAIMS ACT*

**Bass & Associates,PC Household**
**Bank (SB), N.A.**
3936 E. Fort Lowell Suite 200
Tucson, AZ 85730
(520) 577-1544
*Added: 09/27/2006*
*(Creditor)*

represented by

**Nichlas P. Spallas**
3936 E. Ft. Lowell Rd.,
#200
Tucson, AZ 85712-1083
(520) 577-1544 x 5017
ecf@bass-associates.com
*Assigned: 09/27/06*

**Randolph N Osherow**
342 W Woodlawn
San Antonio, TX 78212
(210) 738-3001
rosherow@hotmail.com
*Added: 07/31/2006*
*(Trustee)*

*CHAPTER 7 TRUSTEE AND ATTORNEY*

*R. BARRY ROBINSON*
*AUSA*

*AUSA*

**Donald Ray Tawney, Jr.**
13601 Elm Ridge Lane #1635
Austin, TX 78727
SSNs: xxx-xx-4466
*Added: 07/31/2006*
*(Debtor)*

*IRS*
*SUPERVISOR*

represented by

**Charles R. Nettles, Jr.**
1524 S. IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 (fax)
charlesnettles@hotmail.com
*Assigned: 07/31/06*

**United States Trustee - AU12**
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701
(512) 916-5330
ustpregion07.au.ecf@usdoj.gov
*Added: 07/31/2006*
*(U.S. Trustee)*

# PACER Service Center

## Transaction Receipt

07/01/2007 19:42:34

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | Party List | Search Criteria: | 06-11164-frm |
| Billable Pages: | 1 | Cost: | 0.08 |

BANKRUPTCY CASE NO 06-11164 FRM
THE DESIGNATED ATTORNEY
FOR THE IRS. IS
CHARLES R. NETTLES
BUT
ASSISTNUT U.S. ATTORNEY
R. BARRY ROBINSON AND
KAREN MELNIK ARE MAKING
THE DECISIOUS
1:06CV01558 RCL
1:06CV00967 LY-RP

**06-11164-frm** Donald Ray Tawney *IRS*
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Bankruptcy Judge:** Frank R. Monroe
**Date filed:** 07/31/2006 **Date discharged:** 02/07/2007 **Date of last filing:** 04/27/2007

*AUSTIN, TEXAS*

# Attorneys

*PAID $1,800.00*

**Charles R. Nettles, Jr.**
1524 S. IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 (fax)
charlesnettles@hotmail.com
*Assigned: 07/31/2006*

representing

*R·BARRY ROBINSON AUSA*
**Donald Ray Tawney, Jr.** *IRS*
13601 Elm Ridge Lane #1635
Austin, TX 78727 *SUPERVISOR*
*(Debtor) EECC NO.*
*360-2003-8286Y*

**Nichlas P. Spallas**
3936 E. Ft. Lowell Rd., #200
Tucson, AZ 85712-1083
(520) 577-1544 x 5017
ecf@bass-associates.com
*Assigned: 09/27/2006*

representing

**Bass & Associates,PC Household**
**Bank (SB), N.A.**
3936 E. Fort Lowell Suite 200
Tucson, AZ 85730
(520) 577-1544
*(Creditor)*

## PACER Service Center

### Transaction Receipt

07/01/2007 19:41:32

| PACER Login: | | Client Code: | |
|---|---|---|---|
| **Description:** | Attorney List | **Search Criteria:** | 06-11164-frm |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

*ADVERSARY* **06-01248-frm** Buesgens v. Tawney et al
**Case type:** ap **Related bankruptcy:** 06-11164-frm **Bankruptcy Judge:** Frank R.
Monroe
**Date filed:** 10/24/2006
**Date terminated:** 05/04/2007 **Date of last filing:** 05/04/2007

# Filers

| Name | Type | Added | Terminated |
|------|------|-------|------------|
| Michael L. Buesgens | Cross Claimant | 10/24/2006 | |
| Michael L. Buesgens | Cross Claimant | 10/24/2006 | |
| Michael L. Buesgens | Plaintiff | 10/24/2006 | |
| Donald Ray Tawney | Counter Defendant | 12/26/2006 | |
| Donald Ray Tawney | Counter Defendant | 10/24/2006 | |
| Donald Ray Tawney | Cross Defendant | 12/26/2006 | |
| Donald Ray Tawney | Cross Defendant | 10/24/2006 | |
| Donald Ray Tawney | Defendant | 10/24/2006 | |

*MARK EVERSON*
*JOHN W SNOW*
*HENRY PAULSON* **PACER Service Center**
*AND* **Transaction Receipt**
*OTHER*
*I.R.S.* 07/01/2007 19:49:36
*EMPLOYEES*

| | | | | |
|---|---|---|---|---|
| **PACER Login:** | | **Client Code:** | | |
| **Description:** | Filer List | **Search Criteria:** | 06-01248-frm | |
| **Billable Pages:** | 1 | **Cost:** | 0.08 | |

*SEE FEDERAL TORT CLAIM IS PROOF OF CLAIM*
*1: 06 CV 01558 RCL*
*1: 06 CV 00 9674-RP*

**06-01248-frm** Buesgens v. Tawney et al
**Case type: ap Related bankruptcy:** 06-11164-frm **Bankruptcy Judge:** Frank R. Monroe
**Date filed:** 10/24/2006
**Date terminated:** 05/04/2007 **Date of last filing:** 05/04/2007

# Associated Cases

| Case | Associated Case | Type |
|---|---|---|
| 06-11164-frm Donald Ray Tawney | 06-01248-frm Buesgens v. Tawney et al | Related Adversary |

*ADVERSARY NO. 07-10008*

## PACER Service Center

**Transaction Receipt**

*APPEAL*
*1:07CV00859RBW*

07/01/2007 19:48:38

| PACER Login: | | Client Code: | |
|---|---|---|---|
| **Description:** | Associated Cases | **Search Criteria:** | 06-01248-frm |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

*1:06CV01558 RCL*
*1:06CV00967 LT-RP*

**06-01248-frm** Buesgens v. Tawney et al
Case type: ap **Related bankruptcy:** 06-11164-frm **Bankruptcy Judge:** Frank R.
Monroe
**Date filed:** 10/24/2006 *AUSTIN TEXAS*
**Date terminated:** 05/04/2007 **Date of last filing:** 05/04/2007

# Attorneys

*R. BARRY ROBINSON AND PAT S. GENIS*

**Charles R. Nettles, Jr.**
1524 S. IH-35, Suite 233
Austin, TX 78704
(512) 459-3212                    representing    **Donald Ray Tawney**
(512) 459-0842 (fax)                              *(Defendant)*
charlesnettles@hotmail.com                        *I.R.S. SUPERVISOR*
*Assigned: 01/04/2007*                            *EEOC NO.*
                                                  *360-2003-8286X*

## PACER Service Center

### Transaction Receipt

07/01/2007 19:48:57

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | Attorney List | Search Criteria: | 06-01248-frm |
| Billable Pages: | 1 | Cost: | 0.08 |

**06-01248-frm** Buesgens v. Tawney et al
**Case type: ap Related bankruptcy: 06-11164-frm Bankruptcy Judge: Frank R.**
Monroe
**Date filed: 10/24/2006**
**Date terminated: 05/04/2007 Date of last filing: 05/04/2007**

## Parties

**Michael L. Buesgens**
3112 Windsor, #A322
Austin, TX 78703
(512) 339-6005
*Added: 10/24/2006*
*(Cross Claimant)*
PRO SE

**Michael L. Buesgens**
3112 Windsor, #A322
Austin, TX 78703
(512) 339-6005
*Added: 10/24/2006*
*(Cross Claimant)*
PRO SE

**Michael L. Buesgens**
3112 Windsor, #A322
Austin, TX 78703
(512) 339-6005
*Added: 10/24/2006*
*(Plaintiff)*
PRO SE

**Randolph N Osherow**
342 W Woodlawn
San Antonio, TX 78212
(210) 738-3001

*[Handwritten annotations:]*
1:06CV01558RLL
1:06CV00967LY-RP
FEDERAL TORT
CLAIMS ACT - FTCA
FORM SF95
SUM CERTAIN

MARY-ELLEN-KRECHA
IRS - GENERAL
LEGAL SERVICES
TORT CLAIMS
MANAGER
WASHINGTON, D.C.
MICHAEL L SALYARDS
IRS - GLS - ATTORNEY
DALLAS, TX

CHAPTER 7 TRUSTEE AND ATTORNEY
BANKRUPTCY CASE 06-11164

rosherow@hotmail.com
*Added: 10/25/2006*
*(Interested Party)*

*[handwritten: ADVERSARY NO. 06-01248 FRM]*

**Donald Ray Tawney**
United States Attorney
Suite 601, 300 E. 8th Street
STOP 2000AUS
Austin, TX 78701
*Added: 12/26/2006*
*(Counter Defendant)*

*[handwritten: MARK W. EVERSON]*
*[handwritten: MARTHA H. SCHNURES]*
*[handwritten: ANNA S. MEDLOCK]*
*[handwritten: NANCY A SESSION]*
*[handwritten: CHARLES WASHINGTON, JR]*
*[handwritten: THOMAS J. THEIS]*

**Donald Ray Tawney**
*Added: 10/24/2006*
*(Counter Defendant)*
PRO SE

**Donald Ray Tawney**
United States Attorney
Suite 601, 300 E. 8th Street
STOP 2000AUS
Austin, TX 78701
*Added: 12/26/2006*
*(Cross Defendant)*

*[handwritten: MELINDA LUNA ESTRADA]*
*[handwritten: ANGELIA GOODEN-DOYLE]*
*[handwritten: MARGARET F. WHITES]*
*[handwritten: ("IN HOUSE") EEO AT]*
*[handwritten: IRS - AUSTIN, TEXAS]*
*[handwritten: AND]*
*[handwritten: MARCIA H. COATES, DIRECTORS]*
*[handwritten: MARAM G. INGUE]*

**Donald Ray Tawney**
*Added: 10/24/2006*
*(Cross Defendant)*
PRO SE

**Donald Ray Tawney**
*Added: 10/24/2006*
*(Defendant)*

*[handwritten: EEO]*
*[handwritten: DEPARTMENT OF TREASURY]*

**Charles R. Nettles, Jr.**
1524 S. IH-35, Suite 233
Austin, TX 78704
represented by   (512) 459-3212
(512) 459-0842 (fax)
charlesnettles@hotmail.com
*Assigned: 01/04/07*

*[handwritten: NATIONAL TREASURY EMPLOYEES UNION - NTEU - EXCLUSIVE REPRESENTATIVE FOR IRS EMPLOYEES 98,000 IRS EMPLOYEES NTEU]*

**United States Of America [I.R.S.]**
United States Attorney

Suite 601, 300 E. 8th Street
STOP 2000AUS
Austin, TX 78701
*Added: 12/26/2006*
*(Counter Defendant)*

**United States Of America [I.R.S.]**
United States Attorney
Suite 601, 300 E. 8th Street
STOP 2000AUS
Austin, TX 78701
*Added: 12/26/2006*
*(Cross Defendant)*

*ADVERSARY NO 06-01248FRM*

*R. BARRY ROBINSON, AUSA*

*PAT S. GENIS, AUSA*

*BANKRUPTCY NO. 06-11164FRM*

### PACER Service Center

#### Transaction Receipt

07/01/2007 19:50:03

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | Party List | Search Criteria: | 06-01248-frm |
| Billable Pages: | 1 | Cost: | 0.08 |

*FEDERAL TORT CLAIM*
*1:06CV0155RCL*
*1:06CV00967LY-RP*

*APPEAL*

**1:07-cv-00127-LY** Buesgens v. Tawney
Lee Yeakel, presiding
**Date filed:** 02/23/2007
**Date terminated:** 03/19/2007 **Date of last filing:** 03/23/2007

*JUDGE EARL LEROY YEAKEL, III*

# Case Summary

*FIRST*
*APPEAL OF BANKRUPTCY*
*NO.*
*06-11164FRM*

**Office:** Austin

**Jury Demand:** None

**Nature of Suit:** 422

**Jurisdiction:** Federal
Question

**County:** Travis

**Origin:** 1

**Lead Case:** None

**Related Case:** None

**Filed:** 02/23/2007

**Demand:**

**Cause:** 28:1334
Bankruptcy Appeal

**Disposition:** Dismissed
- Other

**Terminated:**
03/19/2007

**Reopened:**
None

**Other Court Case:** 06-11164-frm[U.S.
Bankruptcy Court, TXWD - Austin]

*1:06CV01558 RCC*
*1:06 CV 00967LY-RP*
*FEDERAL TORT CLAIM*

**Def Custody Status:**
**Flag:** CLOSED

**Appellant:** Michael L.
Buesgens

**Appellee:** Donald Ray       **represented**   Charles R.
Tawney                **by**          Nettles, Jr.

*ICS SUPERVISOR*

**Debtor:** Donald Ray        **represented**   Charles R.
Tawney                **by**          Nettles, Jr.

**Phone:**(512) 459-3212
**Fax:** 512/459-0842
**Email:** charlesnettles@hotmail.com

**Phone:**(512) 459-3212
**Fax:** 512/459-0842
**Email:** charlesnettles@hotmail.com

**Trustee:** Randolph N.
Osherow

*MARK EVERSON, COMMISSIONER*
*HENRY PAULSON, SECRETARY*

## PACER Service Center
### Transaction Receipt

*APPEAL*

**1:07-cv-00156-LY** Buesgens v. Tawney
Lee Yeakel, presiding
**Date filed: 03/05/2007 Date of last filing: 06/15/2007**

*JUDGE EARL LEROY YEAKEL, III*

## Case Summary   *SECOND*
*APPEAL OF*
*BANKRUPTCY NO.*
*06-11164 FRM*

**Office:** Austin          **Filed:** 03/05/2007
**Jury Demand:**            **Demand:**
None
**Nature of Suit:** 422    **Cause:** 28:1334
                          Bankruptcy Appeal

**Jurisdiction:**
Federal Question          **Disposition:**
**County:** Travis
**Origin:** 1             **Terminated:**
**Lead Case:**            **Reopened:**   *1:06CV00967LY-RP*
None
**Related Case:**    1:07-cv-00127-LY     **Other Court Cases:** '07-50686['5th USCA'],
                                         06-11164-frm[U.S. Bankruptcy Court, Western
                                         Dist. of TX, Austin]

                          *1:06CV01558 RCL*
**Def Custody Status:**            *FTCA - TORT CLAIM*
**Flag:** INTAPP      *PROOF OF CLAIM*

**Appellant:** Michael L.
Buesgens
**Appellee:** Donald Ray   **represented**   Charles R.        **Phone:**(512) 459-3212
Tawney                     **by**            Nettles, Jr.      **Fax:**   512/459-0842
                                                               **Email:** charlesnettles@hotmail.com

**Debtor:** Donald Ray     **represented**   Charles R.        **Phone:**(512) 459-3212
Tawney                     **by**            Nettles, Jr.      **Fax:**   512/459-0842
                                                               **Email:** charlesnettles@hotmail.com

**Trustee:** Randolph N.
Osherow      *MARK EVERSON, COMMISSIONER*
*HENRY PAULSON, SECRETARY*

### PACER Service Center

#### Transaction Receipt

07/01/2007 19:35:58

*APPEAL*

**1:07-cv-00209-LY** Buesgens v. Tawney *ICS SUPERVISOR*
Lee Yeakel, presiding
**Date filed: 03/19/2007**
**Date terminated: 05/01/2007 Date of last filing: 05/01/2007**

*JUDGE EARL LEROY YEAKEL, III*

# Case Summary *APPEAL OF ADVERSARY NO. 06-01248FRM*

**Office:** Austin
**Jury Demand:**
None
**Nature of Suit:** 422
**Jurisdiction:**
Federal Question
**County:** Travis
**Origin:** 1
**Lead Case:**
**Related Cases:**

**Filed:** 03/19/2007
**Demand:**

**Cause:** 28:1334
Bankruptcy Appeal
**Disposition:** Dismissed
Other
**Terminated:** 05/01/2007
**Reopened:**
None    *1:06CV00967LY-RP TORT CLAIM*
1:07-cv-00127-LY,
1:07-cv-00156-LY

**Other Court Cases:** 06-01248 frm[U.S.
Bankrutcy Court, WDTX, Austin], 06-11164
frm[U.S. Bankrutpcy Court, WDTX, Austin]

*1:06CV01558RCL*
*07-10008 ADVERSARY*

**Def Custody Status:**
**Flag:** CLOSED

**Appellant:** Michael L.
Buesgens
**Appellee:** Donald Ray
Tawney

**Debtor:** Donald Ray
Tawney

*APPEAL # 1:07CV00859RBW*

**represented**
**by**  *R. BARRY ROBINSON*

**represented**
**by**  *ASSISTANT*
*U.S. ATTORNEY*
*PAT S. GEVIS, AUSA*

Charles R.
Nettles, Jr.

Charles R.
Nettles, Jr.

**Phone:**(512) 459-3212
**Fax:**   512/459-0842
**Email:** charlesnettles@hotmail.com

**Phone:**(512) 459-3212
**Fax:**   512/459-0842
**Email:** charlesnettles@hotmail.com

## PACER Service Center

### Transaction Receipt

07/01/2007 19:36:30

**FILED**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MAR 6 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY

*1:07CV00127*

*MACKEVERSON*

IN RE:    TAWNEY JR., DONALD RAY    *    CASE NO. 07-00127LY

MICHAEL L.BUESGENS
APPELEE

*JUDGE
EARL LEROY YEAKEL,
III*

VS.

DONALD RAY TAWNEY JR.
APPELANT

*HENRY PAULSON*

**APPELLANT'S MOTION TO DISMISS
APPEAL AS NOT TIMELY BROUGHT**    *06-11164FRA*

COMES NOW, Donald Ray Tawney Jr., by and through his attorney of record,

Charles R. Nettles, and files this his Motion to Dismiss Appeal as not Timely Brought:

1. This is an appeal of two bankruptcy orders issued from the U.S. Bankruptcy
   Court, Western District of Texas, Austin, Division.

2. Appelee is appealing two orders through one appeal. The first order is an
   Order Lifting the Automatic Stay so that the Debtor may get a divorce. It was
   entered on December 4, 2006. The second order appealed from is an order
   entered on December 6, 2006.

3. The Notice of Appeal was filed on January 17, 2007. More than thirty days
   had passed between the time that the order was entered and the filing of the
   appeal.

4. Bankruptcy Rule 8002 requires that a Notice of Appeal be filed no later than
   ten days following entry of the order appealing from.

5. Appelee is approximately thirty days late in filing his appeal.

WHEREFORE, PREMISES CONSIDERED, Appellant, Donald Ray Tawney,

requests that this Court dismiss the appeal.

*PAGE 1 OF 12.*

Respectfully Submitted,

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 Facsimile
TSB# 14927200
charlesnettles@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was mailed via first class U.S. Mail to the following parties:

Randolph Osherow
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

US Trustee *06-11164 FRM*
903 San Jacinto, Suite 230
Austin, TX 78701

Michael L. Buesgens
3112 Windsor Road, Apt. A322
Austin, TX 78703

DATED: 3-6-07

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 Facsimile
TSB# 14927200

*R. BARRY ROBINSON*
*1:06CV00967LY-RP*

2

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

*06-11164*

IN RE:        TAWNEY JR., DONALD RAY,        :        CASE NO. 07-00127LYFM

DEBTOR.   *MARK EVERSON*        :

MICHAEL L. BUESGENS        :
APPELEE        :

VS.        :

DONALD RAY TAWNEY JR.        :
APPELANT        :

*HENRY PAULSON*        **ORDER**

*JUDGE EARL LEROY YEAKEL, III*
*U.S. DISTRICT COURT*
*AUSTIN, TEXAS*

ON THIS DAY CAME ON for consideration the Motion of Donald R. Tawney to

Dismiss Appeal as not Timely Brought.

The Court having considered the matter believes that it has a reasonable basis and

it is accordingly:

ORDERED that Appelee's Appeal is hereby dismissed.
###

*3*



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 09, 2007**

_Frank R. Monroe_
**FRANK R. MONROE**
**UNITED STATES BANKRUPTCY JUDGE**

DOCUMENT 37

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | X | |
| DONALD RAY TAWNEY, JR. | X | CASE NO. 06-11164 FRM |
| | X | |
| DEBTOR | X | CHAPTER 7 |

APPEAL TO
1:07CV00127LY

ORDER STRIKING
COMPLAINT TO DETERMINE
DISCHARGEABILITY OF INTERNAL REVENUE SERVICE
SUPERVISOR, DONALD R. TAWNEY
(Document 32)

The Court has reviewed the Complaint to Determine Dischargeability of Internal Revenue Service Supervisor, Donald R. Tawney filed on January 3, 2007 by Michael L. Buesgens. Neither the exact substance of Mr. Buesgens legal arguments in connection with this Complaint nor the actual relief requested therein can be determined from reading the Complaint, but it appears to request denial of discharge and to raise questions regarding the Debtor's exemptions. The deadline to file Complaints to determine discharge and dischargeability in this Chapter 7 proceeding was

4

October 31, 2006. This Complaint is not timely having been filed on January 3, 2007 approximately

two months and 3 days late. It, therefore, must be struck. Further the deadline to file objections to

Debtor's exemptions was thirty days after the §341 meeting of creditors concludes which was

October 1, 2006. Therefore, any objection to exemptions is not timely and must therefore be struck.

It is therefore

ORDERED that the Complaint to Determine Dischargeability of Internal Revenue Service

Supervisor, Donald R. Tawney filed on January 3, 2007 as Document 32 be and is hereby stricken

as a pleading in this proceeding.

### ###

*06-11164 FRA*

*DOCUMENT 37*

*FILED : 1/9/2007*

*APPEAL NO. 1:07CV00127LY*

*5*



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 09, 2007**

_____
**FRANK R. MONROE**
**UNITED STATES BANKRUPTCY JUDGE**

DOCUMENT 38

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | TAWNEY JR., DONALD RAY | *   CASE NO. 06-11164FM |
| | | * |
| DEBTOR. | | *   CHAPTER 7 |

## ORDER CONSOLIDATING HEARINGS

CAME ON for consideration the Debtor's Motion to Consolidate Hearings, and it appearing that notice is proper and that no response was timely filed, this Court IT IS THEREFORE,

ORDERED, that Hearing on the Motion of Mr. Michael L. Buesgens to Deny Discharge and the Motion of Michael L. Buesgens to have the Trustee Investigate the Debtor are consolidated with the Objections to Proofs of Claim.

###
APPEAL NO. 1:07CV00127LY

6

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 06–11164–frm

Chapter No.: 7

Judge: Frank R. Monroe

**IN RE: Donald Ray Tawney**, Debtor(s)

*DOCUMENT 39* (handwritten)

### NOTICE OF HEARING

*06-11164 FRM* (handwritten)
*AUSTIN, TEXAS* (handwritten)

**PLEASE TAKE NOTICE** that a hearing will be held

at    Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on    **1/23/07 at 02:00 PM**

Hearing to Consider and Act Upon the Following THREE: (Related Document(s): [26] Objection to Claim of Michael L. Buesgens (Claim #2) Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri), [36] Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. [25] Objection to Claim of Michael L. Buesgens Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) Hearing Scheduled For 1/23/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita)    *HEARING FOR CHARLES NETTLES AND* (handwritten)

***IF TIME ESTIMATE EXCEEDS 1 HOUR, PLEASE CALL THE COURTROOM DEPUTY AT 512–916–5847 FOR A SPECIAL SETTING; IF THIS MATTER SETTLES, YOU MAY APPEAR OR SUBMIT AN AGREED ORDER ONE HOUR BEFORE THE HEARING DATE.***    *R BARRY ROBINSON* (handwritten)

*JUDGE FRANK R. MONROE* (handwritten)

Dated: 1/10/07

George D. Prentice II
Clerk, U. S. Bankruptcy Court

[Hearing Notice AU711(BK)] [NtchrgBKfrm711apac]

*7* (handwritten)

DOCKET

01/17/2007    48 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri) (Entered: 01/18/2007)

01/17/2007    49 Motion For Stay Pending Appeal filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)) (Entered: 01/18/2007)

*Handwritten annotations:*

06-11164
BECAME
1:07CV00127
FIRST
APPEAL

DONALD RAY TAWNEY, JR
IRS
MARK EVERSON
HENRY PAULSON ETAL
1:06CV01558 RCL
1:06CV00967 LY
1:07CV00859 RBW
8

01/29/2007    59    Order Regarding (related document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie)

06-1164Fen

01/29/2007    60    Order Regarding (related document(s): 36 Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) (Order entered on 1/29/2007) (Boyd, Laurie)

01/29/2007    61    Order Regarding (related document(s): 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie)

01/29/2007    62    Order Regarding (related document(s): 49 Motion For Stay Pending Appeal filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri))) (Order entered on 1/29/2007) (Boyd, Laurie)

01/29/2007    63    Order Regarding Objection to Claims (related document(s): 25 Objection to Claim of Michael L. Buesgens *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007)(Boyd, Laurie)

01/29/2007    64    Order Regarding Objection to Claims (related document(s): 26 Objection to Claim of Michael L. Buesgens (Claim #2) *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie)

01/29/2007    65    Order Regarding (related document(s): 31 Motion to This Court For Extension Of Time-Enlargement And Motion For Disclosure And Discovery filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie)

01/29/2007    66    Order Regarding (related document(s): 54 No Form 23 Filed;11 U.S.C. Sections 727(a)(II) and 1328 (g)(I) filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie)

01/29/2007    67    Order Regarding (related document(s): 56 Appellant's Designation of Contents and Issues For Inclusion In Record On Appeal Filed by Creditor Michael L. Buesgens (Miiller, Sherri) Record Transmission due on 2/22/2007, (related document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens (Filing Fee: $255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri) (Order entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie)

*06-11164*
*FRM*
*AND*
*CHARLES*
*NETTLES*
*ATTORNEY*

01/29/2007    68    Order Regarding (related document(s): 55 Objection *To The Following(See PDF for complete list of objections)* Filed by Creditor Michael L. Buesgens (Miiller, Sherri) (related document(s): 7 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 6 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 27 Hearing to Consider and Act Upon the Following: (Related Document): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri), 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) Hearing Scheduled For 1/23/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita)) Modified on 1/23/2007 (Miiller, Sherri).) (Order entered on 1/29/2007) (Boyd, Laurie)

*RANDOLPH*
*OSHEROW*
*CHAPTER 7*
*TRUSTEE*

01/29/2007    69    Order Regarding (related document(s): 58 Motion To Send Appeal To United States Bankruptcy Court District Of Columbia *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay

*R.BARRY*
*ROBINSON*
*AUSA*

*10*

*(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles
Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on
12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie)

01/31/2007    70    Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 )
(Miiller, Sherri) -Appellant Designation due by 2/12/2007 (related document(s):
65 Order Regarding (related document(s): 31 Motion to This Court For Extension
Of Time-Enlargement And Motion For Disclosure And Discovery filed by
Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007)
(Boyd, Laurie), 63 Order Regarding Objection to Claims (related document(s): 25
Objection to Claim of Michael L. Buesgens *(20 Day Objection Language)* Filed
by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) )
(Order entered on 1/29/2007) (Boyd, Laurie), 69 Order Regarding (related
document(s): 58 Motion To Send Appeal To United States Bankruptcy Court
District Of Columbia *(No Day Objection Language)* filed by Creditor Michael L.
Buesgens (Miiller, Sherri) (Related Document(s): 48 Notice of Appeal Filed by
Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant
Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related
document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by
Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006)
(Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To
Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R.
Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered
on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33
Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald
Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar,
Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding
(related document(s): 13 Motion for Relief from Stay *(15 Day Objection
Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor
Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller,
Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie), 67 Order Regarding
(related document(s): 56 Appellant's Designation of Contents and Issues For
Inclusion In Record On Appeal Filed by Creditor Michael L. Buesgens (Miiller,
Sherri) Record Transmission due on 2/22/2007, (related document(s): 48 Notice of
Appeal Filed by Creditor Michael L. Buesgens (Filing Fee: $255.00 ) (Miiller,
Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order
Regarding (related document(s): 19 Motion For Removal *(NO Day Objection
Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered
on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32
Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor
Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri))
(Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related
document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for
Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit
Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order
Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day
Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for
Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006)

*[Handwritten annotations in left margin: "01/31/2007 ✓", "SECOND APPEAL FOR BANKRUPTCY CASE NO. 06-11164 BECAME 1:07CV00156 AUSTIN, TX CHARLES NETTLES AND R. BARRY ROBINSON"]*

*[Handwritten at bottom center: "11"]*

*06-11164*
*FRM*
*AUSTIN, TX*

*CHARLES*
*NETTLES*
*ATTORNEY*

*R. BARRY*
*ROBINSON*
*AUSA*

(Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie), 66 Order Regarding (related document(s): 54 No Form 23 Filed;11 U.S.C. Sections 727(a)(II) and 1328 (g)(I) filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 60 Order Regarding (related document(s): 36 Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles)) (Order entered on 1/29/2007) (Boyd, Laurie), 61 Order Regarding (related document(s): 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 62 Order Regarding (related document(s): 49 Motion For Stay Pending Appeal filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri))) (Order entered on 1/29/2007) (Boyd, Laurie), 64 Order Regarding Objection to Claims (related document(s): 26 Objection to Claim of Michael L. Buesgens (Claim #2) *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie), 59 Order Regarding (related document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 68 Order Regarding (related document(s): 55 Objection *To The Following(See PDF for complete list of objections)* Filed by Creditor Michael L. Buesgens (Miiller, Sherri) (related document(s): 7 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 6 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 27 Hearing to Consider and Act Upon the Following: (Related Document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri), 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) Hearing Scheduled For 1/23/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita)) Modified on 1/23/2007 (Miiller, Sherri).) (Order entered on 1/29/2007) (Boyd, Laurie))

*12*

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE:    TAWNEY JR., DONALD RAY | * | CASE NO. 07-00156LY |
| | * | |
| | * | |
| MICHAEL L. BUESGENS | * | |
| APPELANT | * | |
| | * | |
| VS. | * | |
| | * | |
| DONALD RAY TAWNEY JR. | * | |
| APPELLEE | * | |

*IRS*
*MARK EVERSON*
*HENRY PAULSON*

## APPELLEE'S MOTION TO DISMISS APPEAL FOR FAILURE TO PAY FILING FEES

*06-11164 FRM*

COMES NOW, Donald Ray Tawney Jr., by and through his attorney of record,

Charles R. Nettles, and files this his Motion to Dismiss Appeal for Failure to Pay Filing

Fees and for cause would show as follows:

1. This appeal was filed on January 31, 2007. It was supplemented on February 7, 2007.

2. The Appellant is appealing from a series of orders entered by the Bankruptcy court. When the Notice of Appeal was filed, Appellant paid only one filing fee.

3. Appelee would assert that local practice dictates that each order appealed from requires a separate Notice of Appeal. Once the various appeals are then taken, the court may upon Motion, order a consolidation of the various appeals to streamline the process and make the best use of judicial time. It would appear that Appellant has sought to do the same without necessity of judicial intervention. *JUDGE FRANK R MONROE*

4. All of the Bankruptcy Rules addressing the issue of an appeal speak in the singular not the plural so it would appear that it was also the intent of the drafters that each appeal be taken up individually and not *en masse*.

WHEREFORE, PREMISES CONSIDERED, Appellee, Donald Ray Tawney,

requests that this appeal be dismissed for failure to pay filing fees.

*PAGE 1 OF 3*

Respectfully Submitted,

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 Facsimile
TSB# 14927200
charlesnettles@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was mailed via first class U.S. Mail to the following parties:

Randolph Osherow
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

Michael L. Buesgens
3112 Windsor Road, Apt. A322
Austin, TX 78703

DATED: 3 - 28 - 07

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 Facsimile
TSB# 14927200

2

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | TAWNEY JR., DONALD RAY | * | CASE NO. 07-00127LYFM |
| | | * | |
| DEBTOR. | | * | |
| | | * | |
| MICHAEL L. BUESGENS | | * | |
| APPELANT | | * | |
| | | * | |
| VS. | | * | |
| | | * | |
| DONALD RAY TAWNEY JR. | | * | |
| APPELEE | | * | |

### <u>ORDER</u>

ON THIS DAY CAME ON for consideration the Motion of Donald R. Tawney to Dismiss Appeal for Failure to Pay Filing Fees.

The Court having considered the matter believes that it has a reasonable basis and it is accordingly:

ORDERED that Appellant's Appeal is hereby dismissed.

Dated:_____

_____
Judge

3



**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
WESTERN DISTRICT OF TEXAS

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

William G. Putnicki

May 25, 2007

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

RE:    USCA#:   /   USDC#: A:07CV156-LY
       MICHAEL L. BUESGENS vs. DONALD RAY TAWNEY, JR., ET. AL.

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

|   |   |
|---|---|
| X | Certified copies of the *interlocutory* notice of appeal (dkt. #19), docket entries, and order appealed from (dkt. #11). |
| ___ | Certified copies of the notice of cross-appeal  and docket entries. |
| ___ | Record on appeal consisting of: |
| ___ | Supplemental record on appeal consisting of: |
| ___ | Copy of CJA-20 appointing counsel or order appointing Federal Public Defender. |
| ___ | Other: |

In regard to the notice of appeal, the following additional information is furnished:

|   |   |
|---|---|
| ___ | The case IS proceeding IN FORMA PAUPERIS. |
| X | * The filing fee _X_ HAS __ HAS NOT been paid. |
| ___ | * Motion for IFP  pending. |
| X | The *CHIEF DISTRICT* Judge entering the order/judgment being appealed is: **WALTER S. SMITH, JR.** |
| X | This case was decided without a hearing, and therefore there will be no transcript. |
| ___ | The Court Reporter assigned to this case is: |

Sincerely,

/s/

Jaye Kissler
Enc.
cc: Counsel of record w/o enclosure

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:    TAWNEY JR., DONALD RAY          *    CASE NO. 07-00209LY ✓
                                          *
                                          *
MICHAEL L. BUESGENS                       *
APPELANT                                  *
                                          *
VS.                                       *
                                          *    *ADVERSARY NO.*
DONALD RAY TAWNEY JR.                      *    *06-01248 FRR*
APPELEE                                   *

## MOTION TO DISMISS APPEAL AS IMPROPERLY TAKEN

COMES NOW, Donald Ray Tawney Jr., by and through his attorney of record,

Charles R. Nettles, and files this his Motion to Dismiss Appeal as Improperly Taken and

would show as follows:

1. Appellant filed this appeal on February 5, 2007 appealing four matters.

2. The hearing on said Motion was not scheduled until February 7, 2007. A hearing was held and appellant appeared in person.

3. Appellant has not appealed the order from that hearing and they have become final orders.

4. This appeal is of four Motions. Bankruptcy Rule 8001 speaks of appeals from "a judgment, order or decree...". Nowhere in Part VIII of the Bankruptcy Rule does it speak to appeals of motions.

5. Movant would assert that because the Bankruptcy Rules only speak to "judgments, order or decrees" that an appeal of a Motion is improper and impermissible.

WHEREFORE, PREMISES CONSIDERED, Appellee, Donald Ray Tawney,

requests that this Court dismiss the appeal.

Respectfully Submitted,

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 Facsimile
TSB# 14927200
charlesnettles@hotmail.com

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing instrument was mailed via first class U.S. Mail to the following parties:

Randolph Osherow
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

Michael L. Buesgens
3112 Windsor Road, Apt. A322
Austin, TX 78703

DATED:  3 - 23 - 07

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 Facsimile
TSB# 14927200

**1:06-cv-00226-LY** Buesgens v. Falcon Ridge Apartme, et al
Lee Yeakel, presiding
**Date filed: 03/29/2006**
**Date terminated: 12/20/2006 Date of last filing: 05/11/2007**

*JUDGE EARL LEROY YEAKEL, III* [handwritten]

**Case Summary**

**Office:** Austin

**Filed:** 03/29/2006    ✓ *REMOVAL OF D-1GN-06-000262* [handwritten]

**Jury Demand:** Plaintiff

**Demand:** $0

**Nature of Suit:** 443

**Cause:** 42:405 Fair Housing Act

**Jurisdiction:** Federal Question

**Disposition:** Judgment - Other

*HUD #06-06-293-8* [handwritten]

**County:** Travis

**Terminated:** 12/20/2006

**Origin:** 4

**Reopened:** 12/20/2006

**Lead Case:** None

**Related Case:** None

**Other Court Cases:** '06-51515'['USCA-5th Circuit'], 06-50961[Fifth Circuit], 06-51515[USCA-5th Circuit (NOA #176)], D-1-GN-06-000262[200th Dist, Travis]

**Def Custody Status:**
**Flag:** CLOSED

**Plaintiff:** Michael L. Buesgens

| | | | |
|---|---|---|---|
| **Defendant:** Falcon Ridge Apartments | **represented by** | Gregory Scott Cagle | **Phone:**(512) 435-2300 **Fax:** 512/435-2360 **Email:** gcagle@abaustin.com |
| **Defendant:** Falcon Ridge Apartments | **represented by** | Shelley B. Marmon | **Phone:**(713)739-7007 **Fax:** 713/739-8403 **Email:** marmonbkrtcy@cjmlaw.com |

*PAGE 1 OF 4* [handwritten]

**Defendant:** Falcon Apartments of Austin, Ltd.    **represented by**    Gregory Scott Cagle    **Phone:**(512) 435-2300    **Fax:** 512/435-2360    **Email:** gcagle@abaustin.com

**Defendant:** Falcon Apartments of Austin, Ltd.    **represented by**    Shelley B. Marmon    **Phone:**(713)739-7007    **Fax:** 713/739-8403    **Email:** marmonbkrtcy@cjmlaw.com

**Defendant:** Falcon Apartments of Austin I, Inc.    **represented by**    Gregory Scott Cagle    **Phone:**(512) 435-2300    **Fax:** 512/435-2360    **Email:** gcagle@abaustin.com

**Defendant:** Falcon Apartments of Austin I, Inc.    **represented by**    Shelley B. Marmon    **Phone:**(713)739-7007    **Fax:** 713/739-8403    **Email:** marmonbkrtcy@cjmlaw.com

**Defendant:** Greystar Property Management    **represented by**    Gregory Scott Cagle    **Phone:**(512) 435-2300    **Fax:** 512/435-2360    **Email:** gcagle@abaustin.com

**Defendant:** Greystar Property Management    **represented by**    Shelley B. Marmon    **Phone:**(713)739-7007    **Fax:** 713/739-8403    **Email:** marmonbkrtcy@cjmlaw.com

**Defendant:** Debi Wehmeier    **represented by**    Gregory Scott Cagle    **Phone:**(512) 435-2300    **Fax:** 512/435-2360    **Email:** gcagle@abaustin.com

**Defendant:** Debi Wehmeier    **represented by**    Shelley B. Marmon    **Phone:**(713)739-7007    **Fax:** 713/739-8403    **Email:** marmonbkrtcy@cjmlaw.com

**Defendant:** Mandy Rogers    **represented by**    Gregory Scott Cagle    **Phone:**(512) 435-2300    **Fax:** 512/435-2360    **Email:** gcagle@abaustin.com

**Defendant:** Mandy Rogers    **represented by**    Shelley B. Marmon    **Phone:**(713)739-7007    **Fax:** 713/739-8403    **Email:** marmonbkrtcy@cjmlaw.com

**Defendant:** Amanda Wilson    **represented by**    Gregory Scott Cagle    **Phone:**(512) 435-2300    **Fax:** 512/435-2360    **Email:** gcagle@abaustin.com

**Defendant:** Amanda Wilson    **represented by**    Shelley B. Marmon    **Phone:**(713)739-7007    **Fax:** 713/739-8403    **Email:** marmonbkrtcy@cjmlaw.com



**Defendant:** Austin     **represented**   William S.    **Phone:**(512) 347-8777
Apartment Association **by**   Warren, III   **Fax:**   (512) 347-7999
                                                **Email:** Bill@warrenlawfirm.biz

**Cross Claimant:**        *1:06CV2264*
Michael L. Buesgens

**Cross Defendant:**       *CHARLES E BROWN*
Charles E. Brown

**Cross Defendant:**   **represented**   Gregory     **Phone:**(512) 435-2300
Megan Goeres          **by**            Scott Cagle  **Fax:**   512/435-2360
                                                     **Email:** gcagle@abaustin.com

**Cross Defendant:**   **represented**   Shelley B.   **Phone:**(713)739-7007
Megan Goeres          **by**            Marmon       **Fax:**   713/739-8403
                                                     **Email:** marmonbkrtcy@cjmlaw.com

**Cross Defendant:**   **represented**   Gregory     **Phone:**(512) 435-2300
Debi Wehmeier         **by**            Scott Cagle  **Fax:**   512/435-2360
                                                     **Email:** gcagle@abaustin.com

**Cross Defendant:**   **represented**   Shelley B.   **Phone:**(713)739-7007
Debi Wehmeier         **by**            Marmon       **Fax:**   713/739-8403
                                                     **Email:** marmonbkrtcy@cjmlaw.com

**Defendant:** Armbrust
Brown LLP
**Defendant:** David
Armbrust
**Defendant:** Frank
Brown
**Defendant:** Gregory
Cagle
**Defendant:** Crady,
Jewett, McCulley LLP
**Defendant:** Robert
Faith

**Defendant:** GREP     **represented**   Gregory     **Phone:**(512) 435-2300
General Partner LLC    **by**            Scott Cagle  **Fax:**   512/435-2360
                                                     **Email:** gcagle@abaustin.com

**Defendant:** GREP     **represented**   Shelley B.   **Phone:**(713)739-7007
General Partner LLC    **by**            Marmon       **Fax:**   713/739-8403
                                                     **Email:** marmonbkrtcy@cjmlaw.com

*3*

**Defendant:** Dunham
Jewett
**Defendant:** Shelly
Bush Marmon
**Defendant:** Jack C.
Moss
**Defendant:** Arnold
Tauch
**Defendant:** Kyle D.
Tauch
**Defendant:** William S.
Warren
**Cross Defendant:**
Greystar Holdings Inc.

1:06CV226LY-RP
AND
1:06CV01964RBW

| | | | |
|---|---|---|---|
| **Cross Defendant:** Greystar Management Services LP | **represented by** | Gregory Scott Cagle | **Phone:** (512) 435-2300 **Fax:** 512/435-2360 **Email:** gcagle@abaustin.com |
| **Cross Defendant:** Greystar Management Services LP | **represented by** | Shelley B. Marmon | **Phone:** (713)739-7007 **Fax:** 713/739-8403 **Email:** marmonbkrtcy@cjmlaw.com |

**Cross Defendant:**
Leann Biehl

# PACER Service Center
## Transaction Receipt
### 07/01/2007 21:47:30

| | | | |
|---|---|---|---|
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** | 1:06-cv-00226-LY |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**1:06-cv-00260-LY** Falcon Ridge Apartme v. Buesgens
Lee Yeakel, presiding
**Date filed:** 04/10/2006
**Date terminated:** 05/24/2006 **Date of last filing:** 12/21/2006

*JUDGE EARL LEROY YEAKEL, III*

# Case Summary

**Office:** Austin     **Filed:** 04/10/2006     *REMOVAL OF C-1-CV-06-000678*

**Jury Demand:**      **Demand:** $0
Plaintiff
**Nature of Suit:** **Cause:** 42:405 Fair     *HUD # 06-06293-8*
443                  Housing Act
**Jurisdiction:**    **Disposition:**          *REMANDED ON 5/24/06*
Federal              Transfer/Remand -
Question             Remanded to State
                     Court
**County:** Travis   **Terminated:**
                     05/24/2006
**Origin:** 2        **Reopened:**
**Lead Case:** None
**Related Case:** None          **Other Court Cases:** 06-50868[Fifth Circuit],
                                06-0157[Supreme Court of TX],
                                1:06cv226LY[TXWD - Austin], :00- -00000[JP
                                Court No. 3], C-1-CV-06-000678[Travis Co.,
                                No. 1]
**Def Custody Status:**               *1:06CV0196YRBW*
**Flag:** CLOSED

**Plaintiff:** Falcon Ridge     **represented**     Charles E.     **Phone:**(512)346-6000
Apartments                      **by**              Brown          **Fax:**   (512)346-6005
**Defendant:** Michael L.
Buesgens

**1:07-cv-00427-SS** Buesgens v. Travis County, Texas et al
Sam Sparks, presiding
**Date filed:** 05/14/2007
**Date terminated:** 06/21/2007 **Date of last filing:** 06/21/2007

*JUDGE SAM SPARKS - AUSTIN, TX*

## Case Summary

*JUDGE WALTER SMITH - WACO, TX*

**Office:** Austin                  **Filed:** 05/14/2007
**Jury Demand:** Plaintiff          **Demand:**
                                    **Cause:** 42:1983 Civil
**Nature of Suit:** 360             Rights Act
                                    **Disposition:** Judgment -
**Jurisdiction:** U.S. Government   Other
Defendant                           **Terminated:** 06/21/2007
**County:** Travis                  **Reopened:**
**Origin:** 1                       None
**Lead Case:**                      None
**Related Case:**                                   **Other Court Case:**
                                                    None
                                    *YES THERE
**Def Custody Status:**             ARE OTHERS*
**Flag:** CLOSED

**Defendant:** Travis County, Texas
**Defendant:** City of Austin, Texas
**Defendant:** State of Texas
**Defendant:** John A. Benavides    *HUD #06-06-293-8*
**Defendant:** Charles H. Gorham
**Defendant:** Earl Leroy Yeakel, III
**Defendant:** Robert L. Pitman
**Defendant:** Felix Tarango
**Defendant:** J. David Phillips    *C-1-CV-06-000678*
**Defendant:** Bruce Elfant
**Defendant:** Joseph Rosser        *JULY 6, 2006 WRIT OF POSSESSION*
**Defendant:** Edward Curry
**Defendant:** Chester E. Beaver
**Defendant:** Ann Morgan           *PAGE 1 OF 3*

**Defendant:** Robert Pemberton
**Defendant:** Charles Eads Brown
**Defendant:** David B. Armbrust
**Defendant:** Gregory S. Cagle
**Defendant:** Armbrust & Brown
**Defendant:** Dunham Jewett
**Defendant:** Shelly Bush Marmon
**Defendant:** Crady, Jewett, McCulley LLP
**Defendant:** Megan Monique Goeres
**Defendant:** Andiruh Sarwal
**Defendant:** Ryan Goeres
**Defendant:** Debra Weitmeier
**Defendant:** Samantha Sheppard
**Defendant:** Gary Kin Oldham
**Defendant:** Arnold Carl Tauch
**Defendant:** Falcon Interests Realty Corp
**Defendant:** Falcon Interests Construction Company
**Defendant:** Kyle D. Tauch
**Defendant:** Jack C. Moss
**Defendant:** Trinity Management Group
**Defendant:** Jack E. Fritts
**Defendant:** Fifth Circuit Court of Appeals
**Defendant:** Karen Whittington
**Defendant:** Peggy Keller
**Defendant:** Mary Frances Noveh
**Defendant:** Mary Stewart
**Defendant:** Madeline Chigoy
**Defendant:** Gina Martin
**Defendant:** Peter Connors
**Defendant:** Harriet M. Murphy
**Defendant:** Herbert Evans
**Defendant:** Melissa Young Goodwin
**Defendant:** U.S. Department of Housing and Urban Development
**Defendant:** Alphonso Jackson
**Defendant:** Kim Kendrick
**Defendant:** Milton Turner

*[Handwritten annotations:]*
1:07CV00427SS
CHARLES E BROWN
1:06CV01964RBW

CASE MANAGERS FOR BUESGENS APPEALS TO

JUDGE EVICTION SUIT 041509
TRIAL: 01/26/06

HUD

2

**Defendant:** Garry Sweeney

**Defendant:** Kenneth Burchfield

**Defendant:** Joseph F. Castillo

**Defendant:** Miniard Culpepper

**Defendant:** Linda G. Katz

**Defendant:** U.S. Department of Justice

**Defendant:** R. Barry Robinson

**Defendant:** United States Of America

**Plaintiff:** Michael L. Buesgens

*1:07CV00427SS*

*R. BARRY ROBINSON*
*PERFORMANCE*
*1:05 CV 243 SS*
*AND*
*06-60777*

## PACER Service Center

### Transaction Receipt

07/01/2007 21:49:14

| PACER Login: | | Client Code: | |
|---|---|---|---|
| **Description:** | Case Summary | **Search Criteria:** | 1:07-cv-00427-SS |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

*3*

**6:07-cv-00150-WSS** Buesgens v. Travis County, Texas et al
Walter S. Smith, presiding
**Date filed:** 05/14/2007
**Date terminated:** 06/01/2007 **Date of last filing:** 06/01/2007

# Case Summary

**Office:** Waco
**Jury Demand:** Plaintiff
**Nature of Suit:** 360
**Jurisdiction:** U.S.
Government Defendant
**County:** Travis
**Origin:** 1
**Lead Case:**
**Related Case:**

**Filed:** 05/14/2007
**Demand:**
**Cause:** 42:1983 Civil Rights Act
**Disposition:** Transfer/Remand -
Transfer to Another District
**Terminated:** 06/01/2007
**Reopened:**
None
None

*1:07CV00427SS*

**Other Court
Case:** None

**Def Custody Status:**
**Flags:** CLOSED, PRO_SE_LAW_CLERK

**Defendant:** Travis County, Texas
**Defendant:** City of Austin, Texas
**Defendant:** State of Texas
**Defendant:** John A. Benavides
**Defendant:** Charles H. Gorham
**Defendant:** Earl Leroy Yeakel, III
**Defendant:** Robert L. Pitman
**Defendant:** Felix Tarango
**Defendant:** J. David Phillips
**Defendant:** Bruce Elfant
**Defendant:** Joseph Rosser
**Defendant:** Edward Curry
**Defendant:** Chester E. Beaver
**Defendant:** Ann Morgan
**Defendant:** Robert Pemberton

*PAGE 1 OF 3*

**Defendant:** Charles Eads Brown
**Defendant:** David B. Armbrust
**Defendant:** Gregory S. Cagle
**Defendant:** Armbrust & Brown
**Defendant:** Dunham Jewett
**Defendant:** Shelly Bush Marmon
**Defendant:** Crady, Jewett, McCulley LLP
**Defendant:** Megan Monique Goeres
**Defendant:** Andiruh Sarwal
**Defendant:** Ryan Goeres
**Defendant:** Debra Weitmeier
**Defendant:** Samantha Sheppard
**Defendant:** Gary Kin Oldham
**Defendant:** Arnold Carl Tauch
**Defendant:** Falcon Interests Realty Corp
**Defendant:** Falcon Interests Construction Company
**Defendant:** Kyle D. Tauch
**Defendant:** Jack C. Moss
**Defendant:** Trinity Management Group
**Defendant:** Jack E. Fritts
**Defendant:** Fifth Circuit Court of Appeals
**Defendant:** Karen Whittington
**Defendant:** Peggy Keller
**Defendant:** Mary Frances Noveh
**Defendant:** Mary Stewart
**Defendant:** Madeline Chigoy
**Defendant:** Gina Martin
**Defendant:** Peter Connors
**Defendant:** Harriet M. Murphy
**Defendant:** Herbert Evans
**Defendant:** Melissa Young Goodwin
**Defendant:** U.S. Department of Housing and Urban Development
**Defendant:** Alphonso Jackson
**Defendant:** Kim Kendrick
**Defendant:** Milton Turner
**Defendant:** Garry Sweeney



6:07CV00150 WSS
WACO, TEXAS

2

**Defendant:** Kenneth Burchfield
**Defendant:** Joseph F. Castillo
**Defendant:** Miniard Culpepper
**Defendant:** Linda G. Katz
**Defendant:** U.S. Department of Justice
**Defendant:** R. Barry Robinson
**Defendant:** United States Of America
**Plaintiff:** Michael L. Buesgens

6:07CV00150WSS
WACO, TEXAS

# PACER Service Center
## Transaction Receipt
07/01/2007 21:46:58

| PACER Login: | | Client Code: | |
|---|---|---|---|
| **Description:** | Case Summary | **Search Criteria:** | 6:07-cv-00150-WSS |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

3

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF TEXAS

### WACO DIVISION

| | | |
|---|---|---|
| MICHAEL L. BUESGENS,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. W-07-CA-150 |
| | § | |
| TRAVIS COUNTY, TEXAS, et al.,<br>    Defendants. | §<br>§<br>§ | *JUDGE WALTER<br>SMITH<br>WACO, TX* |

## O R D E R

On this date the Court considers Plaintiff's *pro se* complaint. Plaintiff, a resident of Travis,

Texas, asserts in his complaint that the over sixty (60) named Defendants violated his rights under

federal and state laws and the constitutions of the United States and the State of Texas. Plaintiff's

allegations concern the handling of his public housing complaints, his eviction from public housing,

and the legal actions he has taken as a result. The Defendants include state and federal employees

and judges, as well as private individuals and attorneys, the vast majority of whom work in and

presumably reside in Travis County, Texas. The events giving rise to Plaintiff's complaint all took

place in Travis County. Venue in this case is, therefore, dictated by 28 U.S.C. § 1391(b), which

provides:

> A civil action wherein jurisdiction is not founded solely on
> diversity of citizenship may, except as otherwise provided by law, be
> brought only in (1) a judicial district where any defendant resides, if
> all defendants reside in the same State, (2) a judicial district in which
> a substantial part of the events or omissions giving rise to the claim
> occurred, or a substantial part of property that is the subject of the
> action is situated, or (3) a judicial district in which any defendant may
> be found, if there is no district in which the action may otherwise be
> brought.

The majority of the Defendants reside in and the events all took place in Travis County, Texas which is located within the Austin Division of the Western District of Texas. 28 U.S.C. § 124(d)(1). None of events giving rise to Plaintiff's complaint took place in and none of the Defendants reside within this Court's geographical boundaries. Venue is, therefore, not proper in this Court. It is the Court's opinion that, in the interest of justice, this case should be transferred to the Austin Division of the Western District of Texas, pursuant to 28 U.S.C. § 1406(a). Accordingly, it is

ORDERED that Plaintiff's case be and is hereby TRANSFERRED to the United States District Court for the Western District of Texas, Austin Division.

SIGNED on this 21st day of May, 2007.

_Walter S. Smith, Jr._

WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE

W-07-CA-150
WACO, TEXAS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **MICHAEL BUESGENS,** | § | |
| **Appellant,** | § | |
| | § | |
| **v.** | § | **Criminal No. A-07-CA-156** |
| | § | |
| **DONALD RAY TAWNEY,** | § | |
| **Appellee.** | § | |

## O R D E R

Before the Court are documents designated "Plaintiff Buesgens Motion for Recusal of Judge Earl Leroy Yeakel, III and Judge Robert L. Pittman.

Having laboriously reviewed the stack of documents presented by Buesgens, the Court finds no allegation against either of these named judges that is not directly related to normal judicial determinations, that is in any way improper and certainly none that approach grounds for recusal.

It is therefore,

**ORDERED** that all relief requested by Plaintiff is **DENIED,** and this matter is returned to the docket of the Honorable Lee Yeakel.

**SIGNED** on this 15th day of May, 2007.

WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **MICHAEL BUESGENS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Criminal No. A-06-CA-967** |
| | § | |
| **UNITED STATES OF AMERICA, et al.,** | § | |
| **Defendants.** | § | |

## O R D E R

Before the Court is a document designated "Plaintiff Buesgens Motion for Recusal of the following: 1. Judge Earl Leroy Yeakel, III; 2) Judge Robert L. Pittman; 3 Judge Sam Sparks."

Having laboriously reviewed the stack of documents presented by Buesgens, the Court finds no allegation against any of these named judges that is not directly related to normal judicial determinations, that is in any way improper and certainly none that approach grounds for recusal.

It is therefore,

**ORDERED** that all relief requested by Plaintiff is **DENIED,** and this matter is returned to the docket of the Honorable Lee Yeakel.

**SIGNED** on this 16th day of April, 2007.

WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

2006 JUN 19 PH 2: 17

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
                    DEPUTY

MICHAEL L. BUESGENS,
                    Plaintiff,

-vs-

                                        Case No. A-06-CA-226-LY

FALCON RIDGE APARTMENTS, et al.,
                    Defendants.

## O R D E R

BE IT REMEMBERED on the 16th day of June 2006, the Court called the above-styled cause for hearing, and the parties appeared either in person or through counsel. Before the Court was Plaintiff Michael L. Buesgens's Motion and Notice to Disqualify Judge Due to Prejudice [#25]. Having considered the motion, Plaintiff's arguments at the hearing, and the relevant law, the Court now confirms its oral announcements with the following opinion and orders.

### Discussion

This action was initiated by Plaintiff Michael L. Buesgens in the Justice Court of Travis County, Texas Precinct 5, and removed by Defendants to this Court on March 29, 2006. The case was then assigned to the docket of the Honorable Lee Yeakel. On May 30, 2006, Buesgens filed his motion to disqualify Judge Yeakel, who referred the motion to the undersigned for determination.

Buesgens moves for the disqualification of Judge Yeakel under both 28 U.S.C. §§ 144 and 455. According to § 455(a), a judge must recuse himself "in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. § 455(a). Under § 144, a judge must recuse himself upon the filing of "a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against [the movant] or in favor of any adverse party." 28

U.S.C. § 144. The "extrajudicial source" doctrine applies to motions for recusal under both § 455(a) and § 144. *Liteky v. United States*, 510 U.S. 540, 544–45, 554 (1994). Under that doctrine, "judicial rulings alone almost never constitute a valid basis for a bias or partiality motion." *Id.* at 555; *see also Berger v. United States*, 255 U.S. 22, 31 (1921) ("[T]he bias or prejudice which can be urged against a judge must be based upon something other than rulings in the case."). This is because, "[a]lmost invariably, [judicial rulings] are grounds for appeal, not for recusal." *Liteky*, 510 U.S. at 555. Moreover, comments made by a judge during court proceedings may only serve as the basis for recusal if "they reveal such a high degree of favoritism or antagonism as to make fair judgment impossible." *Id.* However, "expressions of impatience, dissatisfaction, annoyance, and even anger," do not warrant a judge's recusal. *Id.* at 555–56.

At the hearing on the motion before the Court, Buesgens made clear his contacts with Judge Yeakel have been limited to official court proceedings. The factual basis for his belief that Judge Yeakel is biased against him, however, is not at all clear. Buesgens's motion and accompanying affidavit include numerous conclusory allegations that Judge Yeakel and his staff are biased against pro se litigants; however, there are almost no facts cited in support this accusation. For instance, Buesgens refers on page 8 of his affidavit to "the timing and coordination of the court['']s actions and inactions and rulings for pro se versus attorneys" and to "information withheld from pro se [parties] that is routinely given to attorneys" as bases for his contentions of bias. Mot. & Notice Disqualify, Aff. at 8. But conspicuously absent from Buesgens's papers are any actual examples of such disparate treatment.

The closest Buesgens comes to providing such an example in his papers relates to what he believes are differences in the handling of this case and another case before Judge Yeakel that Buesgens himself removed. Apparently, after this action was removed by Defendants on March 29, 2006, within a week, Judge Yeakel entered an order requiring Defendants to furnish a complete copy of the state court records. However, in the other removed case, which involves some of the same parties, approximately a month passed before Judge Yeakel entered an order requiring Buesgens to furnish the complete state court records.

The Court fails to see how the slight difference in the timing of the orders referred to in these two cases is evidence of anything at all, much less evidence of pervasive bias or prejudice. Buesgens's complaint appears to be that the order requiring him to furnish copies of the state court record was not entered quickly enough in the case he removed. Buesgens does not explain why the fact that Judge Yeakel effectively allowed him extra time to prepare and submit the state court record is evidence of any prejudice against him. Nor does Buesgens explain why, if he did not want any extra time for the submission of the record, he did not simply file the record before Judge Yeakel expressly required him to do so.

The only other example of bias alleged by Buesgens is a May 26, 2006 pretrial conference in this case. Buesgens complains that at that conference, Judge Yeakel looked at him "sternly" and told him that he needed to cooperate with defense counsel on scheduling issues. *Id.* at 28. Buesgens also asserts Judge Yeakel "looked at [him] like he is a criminal and a piece of scum." *Id.* at 27. Finally, he complains that Judge Yeakel told him he will be "held to the same rules of procedure that the attorneys are." *Id.* at 29.

Neither Buesgens's colorful interpretations of the "looks" Judge Yeakel gave him during the pretrial conference, nor his reports of Judge Yeakel's admonitions of the need to comply with the rules of civil procedure and to cooperate with opposing counsel, provide a basis for Judge Yeakel's recusal. First, a look from a district judge, even assuming it expresses "impatience, dissatisfaction, annoyance, [or] even anger," does not establish bias or prejudice under the Supreme Court's precedents. *Liteky*, 510 U.S. at 555–56. Second, assuming that the statements reportedly made by Judge Yeakel were in fact made, they are wholly consistent with what all federal courts can and do expect of pro se litigants. *See, e.g., King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987) ("Pro se litigants must follow the same rules of procedure that govern other litigants."). In sum, Buesgens has failed to adduce any evidence that Judge Yeakel harbors any bias or prejudice against him at all, much less a bias or prejudice that would interfere with the fairness of these proceedings. Accordingly, the motion for disqualification is entirely without merit.

## Conclusion

In accordance with the foregoing:

IT IS ORDERED that Plaintiff Michael L. Buesgens's Motion and Notice to Disqualify Judge Due to Prejudice [#25] is DENIED.

IT IS FURTHER ORDERED that the above-styled cause is returned to the docket of the Honorable Lee Yeakel for further proceedings.

SIGNED this the __19__ day of June 2006.

SAM SPARKS
UNITED STATES DISTRICT JUDGE

-4-

**3:07-cv-00043-KI** Buesgens v. Galloway
Garr M. King, presiding
**Date filed:** 01/10/2007
**Date terminated:** 06/07/2007 **Date of last filing:** 06/28/2007

# Case Summary

**Office:** Portland                    **Filed:** 01/10/2007
**Jury Demand:** Plaintiff
                                        **Demand:**

**Nature of Suit:** 360                 **Cause:** 42:1981 Housing
                                        Discrimination
**Jurisdiction:** Diversity
                                        **Disposition:** Judgment - Other

**County:** Outside State               **Terminated:** 06/07/2007
**Origin:** 1                           **Reopened:**
**Lead Case:**                          None
**Related Case:**                       None                          **Other Court Case:**
                                                                      None

**Def Custody Status:**
**Flag:** TERMINATED

**Plaintiff:** Michael
L. Buesgens

| **Defendant:** Scott Galloway | **represented by** | Lloyd Bernstein | **Phone:**(503) 499-4586 <br> **Fax:** (503) 295-0915 <br> **Email:** lloyd.bernstein@bullivant.com |
| --- | --- | --- | --- |
| **Defendant:** Scott Galloway | **represented by** | Maren J. Holmboe | **Phone:**(503)228-6351 <br> **Fax:** (503) 295-0915 <br> **Email:** maren.holmboe@bullivant.com |

# PACER Service Center

**2:07-cv-02116-JAR-JPO** Buesgens v. Houser et al
Julie A. Robinson, presiding
James P. O'Hara, referral
**Date filed: 03/16/2007 Date of last filing: 06/07/2007**

# Case Summary

**Office:** Kansas City
**Jury Demand:** Plaintiff

**Nature of Suit:** 446

**Jurisdiction:** Federal Question

**County:** XX US, Outside State
**Origin:** 1
**Lead Case:**
**Related Case:**

**Filed:** 03/16/2007
**Demand:** $1245000
**Cause:** 28:1332 Diversity-Other
Contract

**Disposition:**

**Terminated:**
**Reopened:**
None
07cv0043KI

**Other Court Case:**
None

**Def Custody Status:**

**Plaintiff:** Michael L. Buesgens
**Defendant:** Douglas G. Houser
**Defendant:** Scott Goeres Galloway
**Defendant:** Arnold Carl Tauch
**Defendant:** Jack C Moss
**Defendant:** Kyle D Tauch
**Defendant:** Falcon Group
**Defendant:** Debra Wehmeier
**Defendant:** Gary Ken Oldham
**Defendant:** Robert A Faith
**Defendant:** Christine C Freeland
**Defendant:** Riverstone Residential SC, LLC
**Defendant:** Charles Eads Brown
**Defendant:** David B Armbrust
**Defendant:** Gregory S Cagle
**Defendant:** Armbrust & Brown LLP
**Defendant:** Dunham Jewett
**Defendant:** Shelley Bush Marmon

**Defendant:** Crady, Jewett & McCulley LLP
**Defendant:** Joseph Rosser
**Defendant:** Edward Curry
**Defendant:** Bruce Elfant
**Defendant:** Felix Tarango
**Defendant:** Chester E Beaver
**Defendant:** R Barry Robinson
**Defendant:** Tony Brown
**Defendant:** Marc Eric Malinger
**Defendant:** William Kennedy Crone
**Defendant:** Denise Louise Black
**Defendant:** Leaf Walker
**Defendant:** Jay Lawrence Vath
**Defendant:** State Farm Insurance
**Defendant:** State Farm Lloyds
**Defendant:** Tenant-Renters Policy 83-LV-05-78-9
**Defendant:** John Neal
**Defendant:** James Mansour
**Defendant:** Megan M Goeres
**Defendant:** Andrew Kever
**Defendant:** Tracy Cape
**Defendant:** Kay Stroman
**Defendant:** Grande Communications
**Defendant:** Kim Kendrick
**Defendant:** Milton Turner
**Defendant:** Mininka Culpepper
**Defendant:** Linda G Katz
**Defendant:** John A Benavides

**PACER Service Center**

**Transaction Receipt**

07/01/2007 22:12:17

| PACER Login: | | Client Code: | |
|---|---|---|---|
| **Description:** | Case Summary | **Search Criteria:** | 2:07-cv-02116-JAR-JPO |

**1:07-cv-10538-WGY** Buesgens v. Culpepper et al
William G. Young, presiding
**Date filed:** 03/21/2007
**Date terminated:** 03/22/2007 **Date of last filing:** 06/06/2007

# Case Summary

**Office:** Boston
**Jury Demand:** Plaintiff

**Nature of Suit:** 360

**Jurisdiction:** Diversity

**County:** XX US, Outside State
**Origin:** 1
**Lead Case:** None
**Related Case:** None

**Def Custody Status:**
**Flag:** CLOSED

**Filed:** 03/21/2007
**Demand:**
**Cause:** 42:1981 Housing Discrimination
**Disposition:** Dismissed - Lack of Jurisdiction

**Terminated:** 03/22/2007

**Reopened:**
None

None

**Other Court Case:**
None

**Plaintiff:** Michael Buesgens
**Defendant:** Miniard Culpepper
**Defendant:** Linda Katz
**Defendant:** Kim Kendrick
**Defendant:** Milton Turner
**Defendant:** Alphonso Jackson
**Defendant:** Department of Housing and Urban Development
**Defendant:** United States of America
**Defendant:** Falcon Group Interests General Partners
**Defendant:** John A. Benavides
**Defendant:** Charles H. Gorham
**Defendant:** Joseph Castillo
**Defendant:** Garry Sweeney

**Defendant:** Gary Kin Oldham
**Defendant:** Robert A. Faith
**Defendant:** Greystar Holdings, Inc.
**Defendant:** J. Frank Miller
**Defendant:** JPI Partners
**Defendant:** Jefferson at Falcon Ridge
**Defendant:** David B. Armbrust
**Defendant:** Gregory S. Cagle
**Defendant:** Armbrust R. Brown, LLP
**Defendant:** Dunhan Jewett
**Defendant:** Shelley Bush Marmon
**Defendant:** Crady Jewett R M McCully, LLP
**Defendant:** Measn Monique Goeres
**Defendant:** Andiruh (Andy) Sarwal
**Defendant:** Andrew Kever
**Defendant:** Grande Communications
**Defendant:** Chester E. Beaver
**Defendant:** Ann Morgan
**Defendant:** John A. Benavides
**Defendant:** Charles H. Gorham
**Defendant:** City of Austin, Texas
**Defendant:** Travis County, Texas
**Defendant:** Felix Tarango
**Defendant:** Joseph Rosser
**Defendant:** Bruce Elfant
**Defendant:** Edward Curry
**Defendant:** Riverstone Operating Co., Inc.
**Defendant:** Riverstone Residential, SC, LLC
**Defendant:** Ryan Goeres
**Defendant:** Kim Kendrick
**Defendant:** Milton Turner
**Defendant:** Garry Sweeney
**Defendant:** Joseph Castillo
**Defendant:** Alphonso Jackson
**Defendant:** Jack E. Fritts

1:07CV10538WGY
BOSTON, MA

**8:07-cv-01363-DKC** Buesgens v. Freeland et al
Deborah K. Chasanow, presiding
**Date filed:** 05/21/2007
**Date terminated:** 06/06/2007 **Date of last filing:** 06/19/2007

# Case Summary

**Office:** Greenbelt        **Filed:** 05/21/2007

**Jury Demand:** Plaintiff        **Demand:**

**Nature of Suit:** 443        **Cause:** 42:1983 Civil Rights Act

**Jurisdiction:** Federal Question        **Disposition:** Transfer/Remand - Transfer to Another District        *TO AUSTIN, TEXAS NOW ON APPEAL TO 4TH CIRCUIT*

**County:** Montgomery        **Terminated:** 06/06/2007

**Origin:** 1        **Reopened:**

**Lead Case:** None

**Related Case:** None        **Other Court Case:** *'07-1559'['USCA']*

**Def Custody Status:**
**Flags:** APPEAL, CLOSED, IFPPRO

**Plaintiff:** Michael L. Buesgens
**Defendant:** Christine C. Freeland
**Defendant:** Debra Wehmeier
**Defendant:** Charles Eads Brown
**Defendant:** Howard M. Bookstaff
**Defendant:** Hoover Slovacek, LLP
**Defendant:** National Apartment Association
**Defendant:** Texas Apartment Association
**Defendant:** Austin Apartment Association
**Defendant:** Arnold Carltauch
**Defendant:** Jack C. Moss
**Defendant:** Kyle Tauch
**Defendant:** Falcon Group

**8:07-cv-01642-DKC** Buesgens v. Freeland et al
Deborah K. Chasanow, presiding
**Date filed:** 06/20/2007 **Date of last filing:** 06/21/2007

# Case Summary

**Office:** Greenbelt
**Jury Demand:** Plaintiff

**Nature of Suit:** 443

**Jurisdiction:** Federal Question

**County:** 88888
**Origin:** 1
**Lead Case:**
**Related Case:**

**Filed:** 06/20/2007
**Demand:**
**Cause:** 42:1983 Civil Rights
Act
**Disposition:** *DIVERSITY JURISDICTION*

**Terminated:**
**Reopened:**
None
8:07-cv-01363-DKC

**Other Court Case:**
None

*YES THE OTHER
8:07CV01363
DKC
APPEAL
07-1559*

**Def Custody Status:**
**Flag:** FEEPRO

**Plaintiff:** Michael L. Buesgens
**Defendant:** Christine C. Freeland
**Defendant:** Riverstone Residential SC, LLC
**Defendant:** Riverstone Operating Co., Inc.
**Defendant:** John Doe
**Defendant:** Riverstone Residential SC, LLC
*ROCKVILLE, MD
LIHTC-PROPERTY*

## PACER Service Center

### Transaction Receipt

07/01/2007 22:56:51

**PACER
Login:**

**Client
Code:**

# General Docket
## US Court of Appeals for the Fourth Circuit

Court of Appeals Docket #: 07-1559 ✓                      Filed: 6/14/07 ✓
Nsuit: 3443  Civil Rights: Accommodations
Buesgens v. Freeland, et al
Appeal from: District of Maryland at Greenbelt ✓

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0416-8 : 8:07-cv-01363-DKC ✓
    Presiding Judge: Deborah K. Chasanow, District Judge ✓
    Date Filed: 5/21/07
    Date order/judgment: 6/6/07
    Date NOA filed: 6/11/07
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: Paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
    None
Current cases:
    None

Docket as of June 29, 2007 0:19 am                    Page 1


07-1559  Buesgens v. Freeland, et al                         ✓

MICHAEL L. BUESGENS                    Michael L. Buesgens
        Plaintiff - Appellant          A322
                                       [NTC PSE]
                                       3112 Windsor Road
                                       Austin, TX 78703

    v.                          ✓

CHRISTINE C. FREELAND ✓     *RIVERSTONE RESIDENTIAL SC, LLC*
        Defendant - Appellee    *ROCKVILLE, MD*
                                   *LIHTC-PROPERTY*
DEBRA WEHMEIER, Regional Vice
President Riverstone
Residential SC, LLC
        Defendant - Appellee

CHARLES EADS BROWN ✓
        Defendant - Appellee

HOWARD M. BOOKSTAFF
        Defendant - Appellee              *PAGE 1 OF 5*

HOOVER SLOVACEK, LLP
        Defendant - Appellee

NATIONAL APARTMENT ASSOCIATION
    Defendant - Appellee

AUSTIN APARTMENT ASSOCIATION
    Defendant - Appellee

ARNOLD CARLTAUCH
    Defendant - Appellee

JACK C. MOSS
    Defendant - Appellee

KYLE TAUCH, Respondent
Superiors
    Defendant - Appellee

FALCON GROUP
    Defendant - Appellee

GARY KIN OLDHAM, Partner
    Defendant - Appellee

ROBERT A. FAITH, President
    Defendant - Appellee

GREYSTAR HOLDINGS,
INCORPORATED
    Defendant - Appellee

Docket as of June 29, 2007 0:19 am                    Page 2

07-1559 Buesgens v. Freeland, et al

J. FRANK MILLER, Respondent
Superior
    Defendant - Appellee

JPI PARTNERS
    Defendant - Appellee

JEFFERSON AT FALCON RIDGE
    Defendant - Appellee

DAVID B. ARMBRUST, Attorney
Respondent Superior
    Defendant - Appellee

GREGORY S. CAGLE
    Defendant - Appellee

ARMBRUST R. BROWN, LIMITED
LIABILITY PARTNERSHIP
    Defendant - Appellee

DUNHAN JEWETT, Attorney
Respondent Superior
    Defendant - Appellee

*Handwritten:* 07-1559

*Handwritten:* 8:07CV01363OKC

*Handwritten:* 2

SHELLEY BUSH MARMON, Attorney
    Defendant - Appellee

CRADY JEWETT R M MCCULLY, LLP
    Defendant - Appellee

MEASN MONIQUE GOERES, Human
Relations Manager Grande
Communications
    Defendant - Appellee

ANDIRUH SARWAL
    Defendant - Appellee

ANDREW KEVER, General Counsel
Respondent Superior
    Defendant - Appellee

GRANDE COMMUNICATIONS,
Winstead, P. C.
    Defendant - Appellee

CHESTER E. BEAVER, City of
Austin, Texas Attorney
    Defendant - Appellee

ANN MORGAN, Attorney City of
Austin, Texas

Docket as of June 29, 2007 0:19 am                Page 3

*[handwritten: 07-1559 4TH CIRCUIT 8:07CV01363 OKC]*

*[handwritten: GRANDE COMMUNICATIONS]*

*[handwritten: C-1-CV-06-000678 HUD # 06-06-293-8 DUAL FILED]*

07-1559  Buesgens v. Freeland, et al

    Defendant - Appellee

JOHN A. BENAVIDES,
Investigator City of Austin
    Defendant - Appellee

CHARLES H. GORHAM,
Administrator City of Austin
    Defendant - Appellee

CITY OF AUSTIN, TEXAS
    Defendant - Appellee

TRAVIS COUNTY, TEXAS
    Defendant - Appellee

FELIX TARANGO, Assistant
Travis County Attorney
    Defendant - Appellee

JOSEPH ROSSER, Deputy
    Defendant - Appellee

*[handwritten: HUD CERTIFIED CITY OF AUSTIN, TX FAIR HOUSING OFFICE]*

*[handwritten: HUD # 06-06-293-8]*

*[handwritten: C-1-CV-06-000678 TRIAL 6/16/06]*

*[handwritten: WRIT OF POSSESSION EXECUTED ON 7/6/06 AT 10:00 AM]*

*[handwritten: 3]*

BRUCE ELFANT, Constable
Precinct 5, Travis County
        Defendant - Appellee

EDWARD CURRY, Sergeant Travis
County Constable
        Defendant - Appellee

RIVERSTONE OPERATING COMPANY,
INCORPORATED
        Defendant - Appellee

RYAN GOERES, District
Superintendent Hunt Oil
Company
        Defendant - Appellee

KIM KENDRICK, Assistant
Secretary, U. S. Department of
Housing and Urban Development
- Fair Housing Equal
Opportunity FHEO, Fair Housing
FHEO, Fair Housing Assistance
Program - FHMP, individually
and in her offical capacity
        Defendant - Appellee

MILTON TURNER, Director
Compliance and Disability
Rights - HUD - FHEO - FHAP,
individually and in his

Docket as of June 29, 2007 0:19 am                    Page 4

*Handwritten annotations:*
07-1559
APPEAL OF
8:07CV01363 OKC

MEGAN GOELES GALLOWAY
BROTHER AVA WEIMRAVER AGL

MIRIAM CULPEPPER
LINDA G. KATZ
HUD - FEDERAL TORT CLAIMS
CENTER - BOSTON, MA
SEE÷1:07CV10538WGY
BOSTON, MA

07-1559 Buesgens v. Freeland, et al

official capacity
        Defendant - Appellee

GARRY SWEENEY
        Defendant - Appellee

JOSEPH CASTILLO, Director HUD
- FHEO - FHAP Field Office,
individually and in his
official capacity
        Defendant - Appellee

ALPHONSO JACKSON, Secretary
HUD #06-06-293-8 City of
Austin, Texas HUD Certified
Fair Housing Office - FHAP
FHEO No. 01-06-0028-HG/COA
EE/FHO, individually and in
his official capacity
        Defendant - Appellee

*Handwritten annotations:*
REGION VI HUD-FHEO DIRECTOR

SAN ANTONIO, TX HUD-FHEO
FIELD OFFICE DIRECTOR

CITY OF AUSTIN HUD NUMBER
4

JACK E. FRITTS, Maintanence -
Falcon Ridge Apartments, et al
        Defendant - Appellee

RIVERSTONE RESIDENTIAL, SC,
LIMITED LIABILITY COMPANY
        Defendant - Appellee

TEXAS APARTMENT ASSOCIATION
        Defendant - Appellee

Docket as of June 29, 2007 0:19 am                          Page 5



07-1559   Buesgens v. Freeland, et al

6/14/07         Civil case docketed.  ~ [4598485] (jjb)

6/14/07         Record on appeal follow-up notice sent to the district
                court  [07-1559] Record on appeal now due 6/28/07. (jjb)

6/14/07         Informal briefing order filed. [07-1559] ~ [4598494]
                Informal brief due 7/9/07 for Michael L. Buesgens. (jjb)

6/19/07          ASSEMBLED ELECTRONIC record on appeal filed  [07-1559] (jjb)

6/21/07         Motion filed by Appellant Michael L. Buesgens to extend
                time to file appellant(s) informal brief  until: August 9,
                2007 [4602495-1]., for production of document(s)
                [4602495-2]., corporate disclosure of Christine C.
                Freeland, et al and Howard M. Bookstaff. [4602495-3].  ~
                [4602495]  [07-1559] (jjb)

6/21/07         Docketing statement filed by Appellant Michael L. Buesgens.
                [4602497-1]  T/S needed: y; T/S already on file: y.
                [07-1559] ~ [4602497] (jjb)

6/21/07         ORDER FILED [4602499] granting motion to extend time to f
                a's inf br [4602495-1] Appellant(s) informal brief now due
                8/9/07 for Michael L. Buesgens  . Copies to all parties. ~
                [4602499]  [07-1559] (jjb)

6/21/07         ORDER FILED [4602565] deferring action on motion for
                production of document(s) [4602495-2], deferring action on
                motion for general relief [4602495-3] Copies to all
                parties. ~ [4602565]  [07-1559] (jjb)

6/28/07         Document titled, "Appellant Buesgens Notice and Designation
                of Related Causes of Action," filed by Appellant Michael L.
                Buesgens [4606475-1] [07-1559] (jjb)

Docket as of June 29, 2007 0:19 am                          Page 6

| Home | PACER | Deadlines | Statuses | | Help |

# General Docket *FIFTH CIRCUIT*
## US Court of Appeals for the Fifth Circuit

Court of Appeals Docket #: 06-60777 ✓                    Filed: 8/23/06 ✓
Nsuit:   0
Buesgens v. HUD, et al
Appeal from: U.S. Dept. of Housing & Urban Develop. ✓

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Lower court information:

    District: 0539-1 : 06-06-293-8 ✓
    Date Filed: **/**/**
    Date order/judgment: 7/28/06
    Date NOA filed: **/**/**           *HUD # 06-06-293-8*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: Paid
                                     *R. BARRY ROBINSON, AUSA*
- - - - - - - - - - - - - - - - -   *APPEARANCE  2/1/2007*
Prior cases:
    None
Current cases:
    None

Docket as of June 29, 2007 1:27 pm              Page 1 ✓

06-60777 Buesgens v. HUD, et al

MICHAEL L BUESGENS              Michael L Buesgens ✓
        Petitioner             512-339-6005
                               Apartment A322
                               [NTC pse]
                               3112 Windsor Road
                               Austin, TX 78703

    v.                         *NO APPEARANCE BY CITY*
                               *OF AUSTIN, TEXAS*
KIM KENDRICK, Assistant
Secretary, FHEO - HUD          *NO ADMINISTRATIVE*
        Respondent             *HOUSING DISCRIMINATION*
                               *COMPLAINT PROVIDED*
MILTON TURNER, Director
Enforcement, FHEO - HUD
        Respondent             *PAGE 1 OF*

GARRY SWEENEY, Region IV
Director, FHEO - HUD

Respondent

JOSEPH CASTILLO, Director HUD
- FHEO, San Antonio, Texas
    Respondent

CITY OF AUSTIN, EQUAL
EMPLOYMENT/FAIR HOUSING OFFICE
    Respondent

JOHN A BENAVIDES, Investigator
City of Austin
    Respondent

CHARLES H GORHAM,
Administrator City of Austin
    Respondent

CHESTER E BEAVER, Assistant
City Attorney Austin, Texas
    Respondent

ANN MORGAN, Assistant City
Attorney Austin, Texas
    Respondent

CHARLES EADS BROWN
    Respondent

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT
    Respondent

*06-60777*
*PETITION FOR REVIEW*
*OF*
*HUD #06-06-293-8*
*DUAL FILED : 12/28/2005*
*DISMISSED : 2/17/2006*
*BASED*
*ON*
*CHARLES EADS BROWN*
*ATTORNEY LETTER*
*DATED : 2/10/2007*
*CASE NO. 041509*
*FORCIBLE DETAINER*

*ATTORNEY-REALESTATE BROKER*
*AUSTIN, TEXAS*

Alphonso Jackson
[NTC fio]
US Department of Housing &
Urban Development
451 7th Street SW

*NO*
*APPEARANCE*

Docket as of June 29, 2007 1:27 pm                Page 2 ✓

06-60777 Buesgens v. HUD, et al

Washington, DC 20410-8000

R Barry Robinson, Assistant US ✓
Attorney
FAX 512-916-5854
512-916-5858
Suite 1000
[COR LD NTC gvt]
US Attorney's Office
Western District of Texas
816 Congress Avenue

*MINIARA CULPEPPER*
*LINDA G. KATZ*
*HUD-TORT*
*CLAIM CENTER*
*BOSTON, MA*

*2*

Austin, TX 78701

Docket as of June 29, 2007 1:27 pm                    Page 3

06-60777 Buesgens v. HUD, et al

06-60777
FIFTH CIRCUIT

MICHAEL L BUESGENS

                    Petitioner

     v.

KIM KENDRICK, Assistant Secretary, FHEO - HUD; MILTON
TURNER, Director Enforcement, FHEO - HUD; GARRY SWEENEY,
Region IV Director, FHEO - HUD; JOSEPH CASTILLO, Director
HUD - FHEO, San Antonio, Texas; CITY OF AUSTIN, EQUAL
EMPLOYMENT/FAIR HOUSING OFFICE; JOHN A BENAVIDES,
Investigator City of Austin; CHARLES H GORHAM, Administrator
City of Austin; CHESTER E BEAVER, Assistant City Attorney
Austin, Texas; ANN MORGAN, Assistant City Attorney Austin,
Texas; CHARLES EADS BROWN;

                    Respondents

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

                    Respondent

Docket as of June 29, 2007 1:27 pm                    Page 4

06-60777 Buesgens v. HUD, et al

8/23/06         Agency case docketed. Petition for review filed by
                Petitioner Michael L Buesgens. [06-60777] ROA due on
                10/2/06. (kkf)

1/24/07         Motion filed by Petitioner Michael L Buesgens to compel
                respondent to file record [5660608-1]   Date of COS:
                1/22/07  Sufficient [Y/N]: Y [06-60777] (pac)

1/29/07         Motion filed by Petitioner Michael L Buesgens for discovery
                COS: 1/24/07 Sufficient [Y/N]: Y [06-60777] (pac)

2/1/07          Appearance form filed by R Barry Robinson for Respondent
                HUD. [06-60777] ( No. of forms filed: 1) (ddv)

2/2/07          Motion filed by Petitioner Michael L Buesgens for
                preservation of wrongdoing by eviction [5674958-1] Date of

COS: 1/29/07 Sufficient [Y/N]: Y [06-60777] (pac)

2/2/07          Motion filed by Petitioner Michael L Buesgens for
                injunction [5674980-1] Date of COS: 1/29/07 Sufficient
                [Y/N]: Y [06-60777] (pac)

2/9/07          Motion filed by Petitioner Michael L Buesgens for
                disclosure and discovery [5674961-1] Date of COS: 2/7/07
                Sufficient [Y/N]: Y [06-60777] (pac)

5/3/07          Motion filed by Respondent HUD to dismiss appeal for lack
                of jurisdiction. [5745414-1] Response/Opposition due on
                5/17/07.   Date of COS: 5/02/07  Sufficient [Y/N]: y
                [06-60777] (ddv)

5/11/07         Motion filed by Petitioner Michael L Buesgens to extend
                time to file response to motion to dismiss appeal for lack
                of jurisdiction. [5745414-1] by Respondent HUD [5752027-1].
                Date of COS: 5/10/07  Sufficient [Y/N]: Y [06-60777] (pac)

5/15/07         CLERK Order filed granting petitioner's unopposed motion for
                an extension of time to file repsonse to respondent's motion
                to dismiss petition for review. Extension of time granted to
                and including 5/29/07. [5752027-1] Copies to all counsel.
                [06-60777] (pac)

5/29/07         Response/opposition filed by Petitioner Michael L Buesgens
                to motion to dismiss appeal for lack of jurisdiction
                [5745414-1] by Respondent HUD. Response/Opposition ddl
                satisfied. Reply to Resp/Opp due on 6/4/07.   Date of COS:
                5/24/07  Sufficient [Y/N]: Y [5764428-1] [06-60777] (pac)

5/29/07         Motion filed by Petitioner Michael L Buesgens for
                "Involuntary Dismissal" of the petition for review pursuant
                to Rule 42 (INCORPORATED IN PETITIONER'S RESPONSE)
                [5764430-1] Response/Opposition due on 6/8/07. Date of COS:
                5/24/07 Sufficient [Y/N]: Y [06-60777] (pac)    *NO RECORD*
                                                                *PROVIDED*
Docket as of June 29, 2007 1:27 pm              Page 5        *BY*
                                                             *KIM REDDICK*
                                                             *MINARA CULPEPPER*
06-60777 Buesgens v. HUD, et al

6/14/07         CLERK Order filed granting appellant's motion to dismiss
                petition for review per FRAP 42 [5764430-1]. Copies to all
                counsel. [06-60777] (mrb)

Docket as of June 29, 2007 1:27 pm              Page 6

?

*4*

# General Docket
## US Court of Appeals for the DC Circuit

D.C. Circuit Court of Appeals

Court of Appeals Docket #: 06-5314                    Filed: 10/13/06
Nsuit: 2442  Civil Rights: Jobs
Buesgens, Michael L. v. Coates, Marcia H., et al
Appeal from: United States District Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0090-1 : 05cv02334          lead: 05cv02334
    Trial Judge: Royce C. Lamberth, US District Judge
    Date Filed: 12/5/05
    Date order/judgment: 5/9/06
    Date NOA filed: 9/7/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
    None
Current cases:
            Lead        Member      Start       End
    Pending Consolidat.:
            06- 5314    07- 5011    1/24/07     3/27/07

Docket as of June 28, 2007 1:05 am                    Page 1


06-5314  Buesgens, Michael L. v. Coates, Marcia H., et al

MICHAEL L. BUESGENS              Michael L. Buesgens
    Plaintiff - Appellant       [COR LD NTC pro]
                                3112 Windsor Road
                                Apartment A 322
                                Austin, TX 78703

        v.

MARCIA H. COATES, In her        R. Craig Lawrence, Assistant
Official Capacity as Director   U.S. Attorney
Office of Equal Opportunity     FAX 202-514-8780
Program, Department of          202-514-7159
Treasury                        [COR LD NTC gvt]
        Defendant - Appellee    Karen Lynn Melnik, Assistant
                                U.S. Attorney

PAGE 1 OF 4

FAX 202-514-8780
202-307-0338
[COR gvt]
U.S. Attorney's Office
(USA) Civil Appellate
555 4th Street, NW
Washington, DC 20530
202-514-7159

CARI M. DOMINGUEZ, In her          R. Craig Lawrence, Assistant
Official Capacity as Chair and     U.S. Attorney
Head Equal Employment              (See above)
Opportunity Commission             [COR LD NTC gvt]
        Defendant - Appellee       Karen Lynn Melnik, Assistant
                                   U.S. Attorney
                                   (See above)
                                   [COR gvt]

KAY COLES JAMES, In her            R. Craig Lawrence, Assistant
Official Capacity as Director      U.S. Attorney
Office of Personnel Management     (See above)
        Defendant - Appellee       [COR LD NTC gvt]
                                   Karen Lynn Melnik, Assistant
                                   U.S. Attorney
                                   (See above)
                                   [COR gvt]

HENRY M. PAULSON, JR., In his      R. Craig Lawrence, Assistant
Official Capacity as Secretary,    U.S. Attorney
Department of Treasury             (See above)
        Defendant - Appellee       [COR LD NTC gvt]
                                   Karen Lynn Melnik, Assistant
                                   U.S. Attorney
                                   (See above)
                                   [COR gvt]

J. RUSSELL GEORGE, In his          R. Craig Lawrence, Assistant
Official Capacity as Inspector     U.S. Attorney

Docket as of June 28, 2007 1:05 am                    Page 2


06-5314  Buesgens, Michael L. v. Coates, Marcia H., et al

General, Treasury Inspector        (See above)
General Tax Administration         [COR LD NTC gvt]
        Defendant - Appellee       Karen Lynn Melnik, Assistant
                                   U.S. Attorney
                                   (See above)
                                   [COR gvt]

COLLEEN M. KELLEY, National        L. Pat Wynns

*2*

President, National Treasury          202-783-4444
Employees Union                      [COR ret]
        Defendant - Appellee         Gregory O'Duden
                                     [COR LD NTC ret]
                                     Julie Marie Wilson
                                     FAX 202-572-5645
                                     [COR ret]
                                     National Treasury Employees
                                     Union
                                     1750 H Street, NW
                                     Washington, DC 20006
                                     202-572-5500

Docket as of June 28, 2007 1:05 am                    Page 3


06-5314  Buesgens, Michael L. v. Coates, Marcia H., et al

Michael L. Buesgens

            Plaintiff - Appellant

    v.

Marcia H. Coates, In her Official Capacity as Director
Office of Equal Opportunity Program, Department of Treasury;
Cari M. Dominguez, In her Official Capacity as Chair and
Head Equal Employment Opportunity Commission; Kay Coles
James, In her Official Capacity as Director Office of
Personnel Management; Henry M. Paulson, Jr., In his Official
Capacity as Secretary, Department of Treasury; J. Russell
George, In his Official Capacity as Inspector General,
Treasury Inspector General Tax Administration; Colleen M.
Kelley, National President, National Treasury Employees
Union

            Defendants - Appellees

Docket as of June 28, 2007 1:05 am                    Page 4


06-5314  Buesgens, Michael L. v. Coates, Marcia H., et al

10/13/06            CIVIL-US CASE docketed. Notice of Appeal filed by Appellant
                    Michael L. Buesgens. [997353-1] (lvs) [06-5314]

10/13/06    🖬     CLERK'S ORDER filed [997357] directing Appellant to file
                    [997357-1] :  docketing statement due 11/13/06 for Michael
                    L. Buesgens ;  statement of issues due 11/13/06 for Michael
                    L. Buesgens ;  lower court decision due 11/13/06 for Michael
                    L. Buesgens ;  any procedural motions due 11/13/06 for

**3**

Michael L. Buesgens ; any dispositive motions due 11/27/06
for Michael L. Buesgens. Directing Appellee to file
[997357-2] : certificate of counsel due 11/13/06 for Marcia
H. Coates ; any procedural motions due 11/13/06 for Marcia
H. Coates ; entry of appearance form due 11/13/06 for R.
Craig Lawrence ; any dispositive motions due 11/27/06 for
Marcia H. Coates. Failure to respond shall result in
dismissal of the case for lack of prosecution. [Entry Date:
10/13/06] (lvs) [06-5314]

10/13/06      CLERK'S ORDER filed [997379], on the court's own motion,
that petitioner's notice of appeal be construed in part as
a petition for writ of mandamus [997353-1]. It is FURTHER
ORDERED that by November 13, 2006, petitioner submit a
memorandum of law and fact in support of the petition. The
memorandum may not exceed 30 pages. Petitioner's failure
to comply with this order will result in dismissal of the
petition for lack of prosecution. The Clerk is directed to
send a copy of this order to petitioner by certified mail,
return receipt requested and by first class mail
[997379-1]. [Entry Date: 10/13/06] (lvs) [06-5314]

10/13/06   PETITION filed  Copies: 5 by Appellant Michael L. Buesgens
(UNSERVED) for writ of mandamus [997383-1]. (lvs)
[06-5314]

10/13/06   RECORD ON APPEAL filed. (lvs) [06-5314]

10/13/06   CERTIFIED MAIL [997389-1] SENT with return receipt requested
(Receipt #: 7006 0810 0002 3721 5576) of clerk order apet
initial submission [997357-1], clerk order construing NOA as
petition for writ of mandamus [997379-1]. Certified mail
receipt due 11/13/06 for Michael L. Buesgens. (lvs)
[06-5314]

10/13/06   FIRST CLASS MAIL SENT [997391-1] of clerk order apet
initial submission [997357-1], clerk order construing NOA
as a petition for writ of mandamus [997379-1]. (lvs)
[06-5314]

10/19/06   RECORD ON APPEAL filed . (tap) [06-5314]

10/23/06   CERTIFIED MAIL RECEIPT [1000433-1] RECEIVED by Michael L.

**Home | PACER | Opinions | Orders/Judgments Lists**                    **Help**

# General Docket
## US Court of Appeals for the DC Circuit

### D.C. Circuit Court of Appeals

Court of Appeals Docket #: 07-5011                    Filed: 1/19/07
Nsuit: 2440  Civil Rights: Other
Buesgens, Michael v. Paulson, Henry, et al
Appeal from: United States District Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

   District: 0090-1 : 06cv01558          lead: 06cv01558
   Trial Judge: Royce C. Lamberth, US District Judge
   Date Filed: 9/1/06
   Date order/judgment: 12/6/06
   Date NOA filed: 12/14/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
                 Lead        Member      Start      End
   Pending Consolidat.:
                 06- 5314    07- 5011    1/24/07    3/27/07

Docket as of June 28, 2007 1:06 am                    Page 1

*[handwritten: NO ITS NOT 1:05CV243SS]*

07-5011  Buesgens, Michael v. Paulson, Henry, et al

MICHAEL L. BUESGENS              Michael L. Buesgens
     Plaintiff - Appellant       [COR LD NTC pro]
                                  3112 Windsor Road
                                  Apartment A 322
                                  Austin, TX 78703

   v.

HENRY M. PAULSON, JR.,           R. Craig Lawrence, Assistant
Secretary of the Treasury        U.S. Attorney
     Defendant - Appellee        FAX 202-514-8780
                                 202-514-7159
                                 [LD NTC gvt]
                                 U.S. Attorney's Office
                                 (USA) Civil Appellate
                                 555 4th Street, NW
                                 Washington, DC 20530
                                 202-514-7159

Docket as of June 28, 2007 1:06 am                    Page 2

*[handwritten: PAGE 1 OF 4]*

07-5011  Buesgens, Michael v. Paulson, Henry, et al

Michael L. Buesgens

                Plaintiff - Appellant

   v.

Henry M. Paulson, Jr., Secretary of the Treasury

                Defendant - Appellee

Docket as of June 28, 2007 1:06 am                    Page 3


07-5011  Buesgens, Michael v. Paulson, Henry, et al

1/19/07            CIVIL-US CASE docketed. Notice of Appeal filed by Appellant
                   Michael L. Buesgens. [1017190-1] (smc) [07-5011]

1/19/07     🖼     CLERK'S ORDER filed [1017260] on the court's own motion,
                   that by February 20, 2007, appellant either pay the $455.00
                   appellate docketing and filing fees to the Clerk of the
                   District Court, Western District of Texas or file a motion
                   in district court for leave to proceed on appeal in forma
                   pauperis In the event the district court denies leave to
                   proceed on appeal in forma pauperis, appellant may renew
                   that request in this court. Appellant's failure to respond
                   to a dispositive motion or comply with any order of the
                   court, including this order, will result in dismissal of
                   the appeal for lack of prosecution. The Clerk is directed
                   to send a copy of this order to appellant by certified
                   mail, return receipt requested and by first class mail.
                   [Entry Date: 1/19/07] (smc) [07-5011]

1/19/07            CERTIFIED MAIL [1017281-1] SENT with return receipt
                   requested ( Receipt #: 7001 1940 0005 9882 1623 ) of
                   clerk order ifp motion or fee due [1017260-1] Certified
                   mail receipt due 2/20/07 for Michael L. Buesgens  . (smc)
                   [07-5011]

1/19/07            FIRST CLASS MAIL SENT [1017284-1] of  clerk order ifp
                   motion or fee due [1017260-1]  . (smc) [07-5011]

1/24/07            MOTION filed (5 copies) by Appellant Michael L. Buesgens in
                   06-5314 and 07-5011 (certificate of service by mail dated
                   1/21/07) to consolidate cases 06-5314, 07-5011 [1019801-1].
                   [06-5314, 07-5011] (mam) [06-5314 07-5011]

1/25/07            CERTIFIED MAIL RECEIPT [1019521-1] RECEIVED by Michael L.
                   Buesgens for Appellant Michael L. Buesgens (signed for on
                   1/22/07 ) in response to a clerk order ifp motion or fee
                   due [1017260-1] . (smc) [07-5011]

2/5/07             NOTICE filed (via email) by the United States Court of
                   Appeals for the Fifth Circuit informing this Court that the
                   Appellant has paid the $455 docketing fee. (smc)

[07-5011]

Docket as of June 28, 2007 1:06 am                    Page 4


07-5011  Buesgens, Michael v. Paulson, Henry, et al

3/27/07      PER CURIAM ORDER filed [1031073] of the motions for summary
                    affirmance in No. 06-5314, the oppositions thereto, and the
                    supplemental opposition; the petition for a writ of
                    mandamus and memorandum of law and fact in No. 06-5314;
                    the motion for appointment of counsel in No. 06-5314; the
                    motion for records in No. 06-5314; and the motion to
                    consolidate, it is ORDERED that the motion for appointment
                    of counsel be denied [1016097-2]. [SEE ORDER FOR FURTHER
                    DETAILS]. It is FURTHER ORDERED that the motions for
                    summary affirmance be granted [1007887-1] [1010016-1]. The
                    merits of the parties' positions are so clear as to warrant
                    summary action. [SEE ORDER FOR FURTHER DETAILS]. It is
                    FURTHER ORDERED that the petition for a writ of mandamus be
                    denied [997383-1] in 06-5314]. [SEE ORDER FOR FURTHER
                    DETAILS]. It is FURTHER ORDERED that the motion for
                    records be denied in 06-5314 [1010075-1]. It is FURTHER
                    ORDERED that the motion to consolidate be dismissed as moot
                    [1019801-1] in 06-5314. Pursuant to D.C. Circuit Rule 36,
                    this disposition will not be published. The Clerk is
                    directed to withhold issuance of the mandate in No. 06-5314
                    until seven days after resolution of any timely petition
                    for rehearing or petition for rehearing en banc
                    [1031073-1]. Before Judges Brown, Griffith, Kavanaugh.
                    [Entry Date: 3/27/07] [06-5314] (lvs) [06-5314 07-5011]

3/27/07      PER CURIAM ORDER TO SHOW CAUSE filed [1031099] of the
                    notice of appeal, and the court's companion order issued
                    this date in this case and Buesgens v. Coates, No. 06-5314,
                    it is ORDERED, on the court's own motion, that appellant
                    show cause, within 30 days of the date of this order, why
                    his appeal should not be dismissed in part and summarily
                    affirmed in part. The response to the order may not exceed
                    20 pages. [SEE ORDER FOR FURTHER DETAILS]. Failure to
                    comply with this order will result in dismissal of the
                    appeal for lack of prosecution [1031099-1]. [Answer due
                    4/26/07 for Michael L. Buesgens]. The Clerk is directed to
                    send a copy of this order to appellant both by certified
                    mail, return receipt requested, and by first class mail
                    [1031099-1]. Before Judges Brown, Griffith, Kavanaugh
                    [Entry Date: 3/27/07] (lvs) [07-5011]

3/27/07            CERTIFIED MAIL [1031105-1] SENT with return receipt
                    requested (Receipt #: 7006 0810 0002 3721 6375) of Per
                    Curiam order to show cause for summary affirmance
                    [1031099-1] Certified mail receipt due 4/26/07 for Michael
                    L. Buesgens. (lvs) [07-5011]

3/27/07            FIRST CLASS MAIL SENT [1031106-1] of Per Curiam order to
                    show cause for summary affirmance [1031099-1], fail to
                    respond warning [1031099-2]. (lvs) [07-5011]

3

Docket as of June 28, 2007 1:06 am             Page 5

07-5011  Buesgens, Michael v. Paulson, Henry, et al

4/9/07          CERTIFIED MAIL RECEIPT [1033868-1] RECEIVED by R. Bodde for
                Appellant Michael L. Buesgens (signed for on 4/4/07) in
                response to a Per Curiam order to show cause summary
                affirmance [1031099-1]. (krm) [07-5011]

5/3/07   🖾      CLERK'S ORDER filed [1038392] by order filed March 27,
                2007, directing appellant to file a response to the order
                to show cause, by April 26, 2007.  The order was sent to
                appellant by certified mail, return receipt requested, and
                by first class mail.  To date, appellant has not complied
                with the court's March 27, 2007 order.  Upon consideration
                of the foregoing, it is  ORDERED that this case be
                dismissed for lack of prosecution [1038392-1]. The Clerk is
                directed to issue the mandate in this case 45 days after
                the date of this order [6/18/07] [1038392-2]. [Entry Date:
                5/3/07] (lvs) [07-5011]

6/27/07         MANDATE ISSUED to Clerk, District Court [1049744-1] (mcm)
                [07-5011]

Docket as of June 28, 2007 1:06 am             Page 6

## PACER Service Center
### Transaction Receipt
07/01/2007 22:58:52

| PACER Login: | Client Code: | |
|---|---|---|
| Description: | dkt report | Case Number: 07-5011 |
| Billable Pages: | 6 | Cost: 0.48 |

4