

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

MICHAEL L. BOESGENS
            PLAINTIFF

V.

HENRY PAULSON, SECRETARY
DEPARTMENT OF THE TREASURY

MARK EVERSON, COMMISSIONER
INTERNAL REVENUE SERVICE

DONALD RAY TAWNEY, JR
    I.R.S. SUPERVISOR, **ETAL.**
            DEFENDANTS

RECEIVED
JUL 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CIVIL NO:
1:07CV
00859
RBW

PLAINTIFF—CREDITOR—ADVERSARY
MICHAEL L. BOESGENS MOTION TO
COMPEL DISCOVERY FROM A
NON PARTY, PURSUANT TO RULE
37 (a)(1) OF THE FEDERAL RULES
OF CIVIL PROCEDURE

# TABLE OF CONTENTS
# 1:07 CV 00859 RBW

I.  BACKGROUND
    PAGES 3-7

II  DISCOVERY ABUSE AND FOIA
    ABUSE
    PAGES 8-19

III SUBSTANTIVE BANKRUPTCY ISSUES
    AND FEDERAL TORT CLAIMS ACT
    PAGES 20-22

IV  RELIEF REQUESTED
    PAGES 23-25

V   CERTIFICATE OF SERVICE
    PAGES 26-28

VI  EXHIBITS
    PAGE 29

2

# I    BACKGROUND

1.  THERE **HAS NOT** BEEN ANY DISCLOSURE OR DISCOVERY IN THIS APPEAL OF ADVERSARY NO. **07-10008**

2.  ADVERSARY NO. 07-10008 ORIGINATES FROM PLAINTIFF BUESGENS FEDERAL TORT CLAIMS ACT ADMINISTRATIVE CLAIM FORM **SF95** AND ATTACHMENTS
    A.  CIVIL NO: 1:06CV01558 RCL
    B.  CIVIL NO: 1:06CV00967 LY-RP
        **AND**

3.  BANKRUPTCY CASE NO. **06-11164FRM** **I.R.S.** SUPERVISOR DONALD RAY **TAWNEY,** JR VOLUNTARY CHAPTER 7.

    A.  MARK EVERSON
    B.  HENRY PAULSON
    C.  JOHN W. SNOW              CO-DEFENDANTS
    D.  **RESPONDENT SUPERIORS**
        **AND**

4.  DONALD RAY TAWNEY JR ET. AL ARE **NAMED** AS **TORTFEASORS** IN THE ADMINISTRATIVE CLAIM **AND** DEFENDANTS IN THE CIVIL ACTIONS

3

5. THE FTCA CLAIM IS A PERSONAL INJURY TORT

6. THIS APPEAL CIVIL NO. 1:07CV00859 RBW TURNS ON EVIDENCE AND FACTS OF WRONGDOING THAT HAVE BEEN CONCEALED AND MISREPRESENTED BY DEFENDANTS AND ATTORNEYS SINCE 2002.

7. PLAINTIFF BUESGENS FREEDOM OF INFORMATION ACT — FOIA AND DISCOVERY REQUESTS SINCE 2005 HAVE FAILED

8. BECAUSE OF THE ATTORNEYS FAILURE TO COMPLY OR EVASIVE AND INCOMPLETE DISCLOSURE

9. THE U.S. ATTORNEYS ARE IN CHARGE OF THE FLOW OF INFORMATION AND THE COURTS IN TEXAS AND THE FIFTH CIRCUIT HAVE CONDONED THE FOREGOING.

4

10.  THE FOLLOWING **ATTORNEYS** ARE RESPONSIBLE FOR THIS OBSTRUCTION OF JUSTICE:

11.  R. BARRY ROBINSON, AUSA - AUSTIN, TX
12.  KAREN MELNYK, AUSA - D.C.
13.  ELIZABETH KARPATI, AUSA - HOUSTON
14.  **PAT S. GENIS**, AUSA - D.C.
15.  MATTHEW SOLOMONSON, AUSA - D.C.
16.  TONY BROWN, AUSA - AUSTIN
17.  ELIZABETH COTTINGHAM, AUSA - AUSTIN

18.  RODERICK FILLINGER, **GENERAL COUNSEL - TIGTA** - WASHINGTON, DC TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION

19.  **I.R.S.** GENERAL LEGAL SERVICES ATTORNEYS    GLS

20.  **MICHAEL LYNN SALYARDS** - DALLAS, TEXAS
21.  THOMAS STANTON - DALLAS, TEXAS
22.  MARK S. KAIZEO - WASHINGTON, DC
23.  MEGAN BAUER - DALLAS, TEXAS

5

24. NATIONAL TREASURY EMPLOYEES UNION
**NTEU** ATTORNEYS

25. DENNIS SCHNEIDER — AUSTIN, TEXAS
26. **RUSSELL BOKELMAN** — AUSTIN, TEXAS
27. BARBARA A. **ATKIN** — GENERAL COUNSEL
28. GREGORY O' DUDEN — WASHINGTON, DC
29. JULIE WILSON — WASHINGTON, DC

30. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION — **EEOC** ATTORNEYS

31. **ROBERT LYNN POWELL** — JUDGE
32. KATYE QUDERSTADT — JUDGE
33. ROBERT B. GARWIN — SAN ANTONIO
34. JUDITH TAYLOR — TEXAS
35. **JENNIFER RANDALL** — SAN ANTONIO, TX
36. ROBERT BARNHART — WASHINGTON, DC

37. BANKRUPTCY ATTORNEY
**CHARLES R. NETTLES** — AUSTIN, TX

38. BANKRUPTCY CHAPTER TRUSTEE
RANDOLPH OSITEROW
SAN ANTONIO, TEXAS    06-11764 FRM
                      06-01248 FRM

6

39. ATTORNEYS FROM ARMBRUST & BROWN, LLP
 A. DAVID B. ARMBRUST          AUSTIN
 B. GREGORY S. CAGLE           TEXAS

40. ATTORNEYS FROM
    CRADY, JEWETT & McCULLEY, LLP
 A. QUINTAN JEWETT
 B. SHELLEY BUSH MARMON        HOUSTON
                               TEXAS

41. EVICTION ATTORNEY
    CHARLES EADS BROWN —       AUSTIN
                               TEXAS

42. JOHN NEAL, CHIEF DISCIPLINARY
    COUNSEL — STATE BAR OF TEXAS

43. JOHN DOE, ATTORNEYS —      ET.AL.
    UNKNOWN                    D.C.
                               MARYLAND
                               MASSACHUSETTS

44. THE FOREGOING PRODUCED CIVIC NO.
 A.  7:06 CV 01964 RBW
 B.        BUESGENS
              V.
 C.   CHARLES EADS BROWN
 D.  R BARRY ROBINSON, ET.AL.

7

**II** PLAINTIFF BUESGENS HAS MANY ISSUES WITH **FOIA** AND **DISCOVERY** FAILURES

1. BUT HE IS GOING TO **FOCUS** ON ONE ISSUE IN THIS **MOTION TO COMPEL** — AND THAT IS THE FOLLOWING:

2. THE **REFUSALS** AND **OMISSIONS AND FAILURES** BY THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES — **HHS**

A. PROGRAM **AND** SUPPORT CENTER — **PSC**

B. FEDERAL **AND** OCCUPATIONAL HEALTH — **FOH**

C. **FOH AND DOCTORS**

3. NEAL LEE PRESANT, M.D. — BETHESDA-MD
4. MARK NORMAN FRANK, M.D. — BOULDER-CO
5. JAMES WILLIAM ALLEN, M.D. — WILMINGTON-DE

8

6. THE FOREGOING FOH DOCTORS WERE **CONTRACTED** BY THE **IRS** DEPARTMENT OF THE TREASURY AND DEPARTMENT OF HEALTH AND HUMAN SERVICES

7. **PROVIDE** TO MEDICAL SERVICES FOR MICHAEL L BUESGENS IN 2003.

8. TO PERFORM DIAGNOSTIC AND PROGNOSTIC SERVICES FOR BUESGENS MEDICAL DISABILITY **BIPOLAR** AND

9. TO MAKE DECISIONS ON BUESGENS REASSIGNMENT AND REASONABLE ACCOMMODATION **REQUEST** - 2002

10. TO **EVALUATE** AND **DECIDE** WHAT AND IS THE BEST FORM OF TREATMENT WOULD BE IN THE WORKPLACE.

11. THE FOREGOING **DOCTORS BREACHED** A **DUTY** OWED AND **FAILED TO PERFORM** THEIR DUTIES.

12    FOR EXAMPLE:

13    NEAL LEE PRESANT, M.D.
        BETHESDA, MARYLAND

14    MARK NORMAN FRANK, M.D. - COLORADO

15    JAMES WILLIAM ALLEN, M.D. - DELAWARE

16.    ALL HAVE THE SUB SPECIALTY
        OCCUPATIONAL MEDICINE

17.    NONE OF THESE DOCTORS ARE
        PSYCHIATRISTS

18.    NONE OF THESE DOCTORS HAVE
        ANY PSYCHIATRIC TRAINING

        NONE OF DOCTORS EVER TALKED TO
A.    ME - NOT ONCE - NOT IN 2002
B.    NOT IN 2003
C.    NOT IN 2004

19.    PRESANT - FRANK - ALLEN DID TALK
        TO MY DOCTOR DAVID G. JONES
        AUSTIN, TEXAS    10

20. MY DOCTOR SINCE **2004** IS

**J. REX WIER, M..D.**
PSYCHIATRIST
3724 JEFFERSON ST. SUITE 111
AUSTIN, TEXAS 78731
PHONE: 512-452-0109
FAX: 512-452-2706

21. **PRESANT - FRANK - ALLEN** DID
**MAKE THE DECISION** THAT
PLAINTIFF BUESGENS **WAS**
A QUALIFIED INDIVIDUAL WITH
A **DISABILITY PER THE**

A. REHABILITATION ACT OF 1973,
AS AMENDED

**AND**
B. AMERICANS WITH DISABILITIES ACT - **ADA**

**IN**
C. JANUARY, 2003

22. HOWEVER THEY HAVE **CONTINUALLY**
REFUSED TO PROVIDE ANY
MEDICAL RECORDS OR
TESTIMONY.

11

23. THE FOREGOING **ATTORNEYS KNOW** THAT BUESGENS **WAS CERTIFIED** AS A QUALIFIED INDIVIDUAL WITH A DISABILITY

24. **HOWEVER** — **IRS-GLS** ATTORNEY MICHAEL LYNN SALYARDS **TOLD**

A. JUDGE ROBERT LYNN POWELL

B. THE **EEOC** HEARING ON **12/16/03**

25. THAT BUESGENS WAS **ONLY PERCEIVED** AS BEING DISABLED

A. **EEOC** # 360-2003-8286X

B. CIVIL NO. **1:05CV243SS** BECAME

C. JUDGE SAM SPARKS - AUSTIN, TEXAS

26. IN CIVIL NO. **1:05CV243SS** ASSISTANT U.S. ATTORNEY

A. **R BARRY ROBINSON** TOLD

B. JUDGE SAM SPARKS THAT BUESGENS WAS **ONLY PERCEIVED** AS BEING DISABLED.

12

27. NO DISCOVERY OR DOCUMENTARY WAS **EVER** PRESENTED **TO THE** JUDGES **FROM THE** ATTORNEYS

28. **NOTHING** WAS **EVER** PRESENTED **BY**

A. HHS-FOH

**AND**

B. DOCTORS

29. NEAL LEE PRESANT, M.D.

30. MARK NORMAN FRANK, M.D.

31. JAMES WILLIAM ALLEN, M.D.

32. ON THE CONTRARY, THEY HAVE **ACTIVELY PARTICIPATED IN CONCEALING** ANY OF THEIR **MEDICAL RECORDS**

**AND**

33. LETTERS TO **IRS** AND DEPARTMENT OF TREASURY **OFFICIALS IN** WASHINGTON, D.C.

34. ON **MARCH 7, 2005** PLAINTIFF JUESGENS QUALIFIED FOR DISABILITY RETIREMENT AT **OPM**

13

35. PLAINTIFF BUESGENS WANTED TO KEEP WORKING BUT HE INVOLUNTARILY RETIRED FROM HIS JOB.

36. DUE TO WRONGFUL TERMINATION AND FAILURE TO REASSIGN BUESGENS TO ANOTHER JOB WITH

37. REDUCED INCOMING TELEPHONE CALLS

38. BUESGENS WAS ABLE TO PERFORM THE TELEPHONE FUNCTION

39. BUT THE CONSTANT UNRELENTING INCOMING TELEPHONE CALLS FINISHED HIM.

40. SO HE REQUESTED A JOB WITH REDUCED CALLS AND THERE WERE JOBS AVAILABLE LIKE THAT

41. THAT BUESGENS COULD WORK WITH OR WITHOUT A REASONABLE ACCOMMODATION.

14

42. MARK EVERSON — HENRY PAULSON
A. RESPONDENT SUPERIORS
    AND
B. DONALD RAY TAWNEY, JR, ET.AL
C. IRS MANAGERS

43. REFUSED TO USE IRS-OPM
VACANCY ANNOUNCEMENTS AS
A REASSIGNMENT

44. THE FOREGOING TOLD BUESGENS
THAT THE ONLY JOB AVAILABLE
WAS A GRADE 4-CLERK
    AND

45. BUESGENS WAS A SEASONAL
GRADE 8 STEP 5 CUSTOMER
SERVICE REPRESENTATIVE

46. THESE IRS OFFICIALS TELL
EVERYONE THAT ASKS FOR A
REASONABLE ACCOMMODATION
THAT THE ONLY JOB AVAILABLE
IS GRADE 4 CLERK

47. YOU ARE PUNISHED WHEN YOU
ASK FOR REASONABLE-REASSIGNMENT

15

48. THE FOREGOING **PRODUCED** BUESGENS **ADMINISTRATIVE** FILING UNDER THE FEDERAL TORT CLAIMS ACT - FTCA

49. WHICH IN **TURN PRODUCED** CIVIL NO. 1:06CV01358 RCL

**AND**

50. THIS WAS TRANSFERRED TO AUSTIN, TEXAS BY THE **UNSERVED** (SUMMONS)
  A.
  B. ASSISTANT U.S. ATTORNEY
  C. **KAREN MELNIK**

51. **TO**
  A. THE **UNSERVED** U.S. ATTORNEY
  B. **R. BARRY ROBINSON**

52. WHERE IT BECAME CIVIL NO.
  A. 1:06CV00967 LY-RP
  B. JUDGE EARL LEROY YEAKEL, III

53. U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS AUSTIN, TEXAS

16

51. THE ADMINISTRATIVE FEDERAL
TORT CLAIM – FTCA
AND

A. CIVIL NO. 1:06CV01558 RcL
B. CIVIL NO. 1:06CV00967 LY-RP
S ARE

THE SUBJECT MATTER OF
THIS APPEAL

A. 1:07CV00859 RBW
B. FROM
C. ADVERSARY NO. 07-10008
AND

52. TO UNDERSTAND THIS NIGHTMARE

53. THE COURT WILL HAVE TO LOOK
AT WHATS BEEN GOING ON
SINCE 2002 TO THE PRESENT

54. FOR EXAMPLE:
A. DONALD RAY TAWNEY, JR ET.AL
B. VOLUNTARY CHAPTER 7 ON
C. JULY 31, 2006
D. BANKRUPTCY CASE NO. 06-11164 FRM

17

55. BUESGENS **PROOF OF CLAIM**
 A. FILED ON   10/12/2006
 B.         **BASED ON**
 C. THE FTCA – PERSONAL INJURY
    CLAIM

56.    1:06CV01558RCL
57.    1:06CV00967LY-RP

58. BUESGENS **ADVERSARY** COMPLAINT
 A. FILED:  10/24/2006
 B. ADVERSARY NO.: **06-01248FRM**

59.    THEN THE **APPEALS TO** U.S.
       DISTRICT COURT AUSTIN, TEXAS
              **AND**
 A. JUDGE EARL LEROY YEAKEL, III
              **AND**
 B. BANKRUPTCY ATTORNEY
    **CHARLES R NETTLES**
              **APPEALS**
60. CIVIL NO. 1:07CV00127LY
 A. **FIRST** APPEAL OF – 06-11164FRM
 B. CASE CLOSED

18

61. CIVIL NO. 1:07CV00156LY
   A. SECOND APPEAL OF 06-71164 FRM
   B. CASE OPEN
                AND

62: NOW ON APPEAL TO THE
   A. FIFTH CIRCUIT COURT OF APPEALS
   B. CASE MANAGERS
   C. APPEAL NO.

63. CIVIL NO. 1:07CV00209LY
   A. APPEAL OF ADVERSARY NO.
         06-01248 FRM
   B. CASE CLOSED

64. TAKE A LOOK AT THE PROCEDURAL
    GAMESMANSHIP OF BANKRUPTCY
    ATTORNEY
   A. CHARLES R. NETTLES
                AND
   B. ASSISTANT U.S. ATTORNEY
      R. BARRY ROBINSON

65 WE NEVER WENT NEAR ANYTHING
   SUBSTANTIVE
66. SAME THING IN 1:06CV00967LYRP
              19

## III. WHAT ARE THE SUBSTANTIVE BANKRUPTCY ISSUES?

1. DID DONALD RAY TAWNEY, JR. I.R.S. SUPERVISOR FALSIFY HIS SCHEDULES WHEN HE FILED ON 7/31/2006 AND DID NOT INCLUDE MICHAEL L. BUESGENS ADMINISTRATIVE AND CIVIL ACTIONS AGAINST HIM, ET. AL..

2. THAT BEGAN IN 2003 AND CREATED MORE ACTIONS INTO 2005 AND 2006

3. HE WAS AWARE OF THESE ACTIONS AND

4. U.S. ATTORNEYS ARE REQUIRED TO KEEP AGENCY OFFICIALS AWARE OF ACTIONS AGAINST THEM

5. WHEN DID TORT CLAIMS MANAGER
   A. MARY-ELLAN KRCHA ✓
   B. TALK TO ✓
   C. DONALD RAY TAWNEY IN 2005 AND JANUARY 2006

20

6. BUESGENS WAS NOT NOTIFIED OF THE 341 MEETING AND

7. DID NOT LEARN OF THIS BANKRUPTCY UNTIL OCTOBER, 2006 AND

8. U.S. ATTORNEYS DID NOT NOTIFY BUESGENS OF THIS BANKRUPTCY AND

9. THEY WERE IN LITIGATION WITH BUESGENS ON A FEDERAL TORT CLAIM THAT INVOLVED DONALD RAY THWNEY JR ET. AL.
A. 1:06CV01558 RCL
B. 1:06CV00967 LY-RP AND

10. RELATED
A. 1:05CV02334 RCL
B. 1:05CV2435S

11. FORM 23 FINANCIAL EDUCATION MANAGEMENT COURSE WAS NOT FILED AND WAS UNTIMELY FILED ON JANUARY 18, 2007

21

12. BUESGENS CREDITOR CLAIMS
A. UNDER THE BANKRUPTCY CODE
   AND
B. FEDERAL TORT CLAIMS ACT
   PERSONAL INJURY
13. WERE RULED ON BY BANKRUPTCY
JUDGES THAT DO NOT HAVE
JURISDICTION TO RULE ON
ITEM.

1:07CV00859RBW

## IV    RELIEF REQUESTED

1. THAT THIS COURT COMPEL-ORDER THE DEPARTMENT OF HEALTH AND HUMAN SERVICES - HHS

2. PROGRAM SUPPORT CENTER - PSC

3. FEDERAL OCCUPATIONAL HEALTH - FOH

4. NEAL LEE PRESANT, M.D.

5. MARK NORMAN FRANK, M.D.

6. JAMES WILLIAM ALLEN, M.D.

7. LILLIAN KOENIG - DIRECTOR - FOH

8. ARLENE CHRISTIANSON - DIRECTOR - FOIA FREEDOM OF INFORMATION ACT - FOIA

9. PRODUCE TO THEIR MEDICAL RECORDS FOR MICHAEL L BUESGENS

23

10. THAT THE FOREGOING PRODUCE THEIR CURRICULIAM VITAE THAT IS ON FILE WITH THE HHS-PSC-FOA

A. WHAT MEDICAL CERTIFICATES DO THEY HAVE?

B. WHAT MEDICAL TRAINING HAVE THEY RECEIVED?

C. WHAT COMPLAINTS HAVE BEEN MADE AGAINST THEM?

D. WHY DID THEY REFUSE TO TALK TO PATIENT MICHAEL L BUESGENS IN 2002-2003

11. THAT THE FOREGOING PRODUCE COPIES OF ALL THE CORRESPONDENCE THAT THEY SENT TO ANYONE

12. THAT RELATES TO MICHAEL BUESGENS FOR 2002 THROUGH 2007

24

13    THAT THE FOREGOING PRODUCE
ALL COPIES OF THE COMMUNICATION
THAT THEY RECEIVED FROM
14.  ANYONE THAT RELATES TO
A.  MICHAEL L BUESGENS
B.   2002 THROUGH 2007

RESPECTFULLY SUBMITTED

Michael Buesgens
MICHAEL L BUESGENS
JULY 9, 2007

NO CONFERENCE WITH ATTORNEYS
WAS DONE.
IT IS HOPELESS RUNAROUNA.

25

1:07 CV00859 RBW

## V CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE
COPY OF THIS MOTION TO
COMPEL DISCOVERY FROM A
NON PARTY WAS SERVED BY
FIRST CLASS MAIL ON THIS
10 TH DAY OF JULY, 2007

### ADDRESSED TO:

1. NEAL LEE PRESANT, M.D.
2. LILLIAN KOENIG — DIRECTOR
3. FEDERAL OCCUPATIONAL HEALTH-FOH
AIR RIGHTS BUILDING NORTH
4550 MONTGOMERY AVENUE
SUITE 900
BETHESDA, MD 20814
PHONE: 301-594-0250
PHONE: 301-594-0273
FAX : 301-594-4991

26

4.    JAMES WILLIAM ALLEN, M.D.
      2512 LORI LANE NORTH
      WILMINGTON DELAWARE 19810
      PHONE: 302-478-0310
      PHONE: 302-478-2852

5     MARK NORMAN FRANK, M.D.
      MEDICAL DIRECTOR
      MEDICAL OPERATIONS
6     PINNACLE ASSURANCE
7     FEDERAL OCCUPATIONAL HEALTH -FOH
      7501 EAST LOWRY BLVD
      DENVER, CO    80230
      P.O. Box 469013
      DENVER, COLORADO 80246
      PHONE: 1303-361-4951

8     ELIZABETH STINSON, SENIOR
      GENERAL COUNSEL
9     HHS -OFFICE OF THE SECRETARY
      ROOM 4A53
      5600 FISHERS LANE
      ROCKVILLE MD 20857
      PHONE: 301-443-2006
      FAX: 301-443-2639

      27

1:07CV00859 RBW
1:06CV01969 RBW
BUESGENS
v.
R. BARRY ROBINSON, AUSA
AND
CHARLES EADS BROWN, ATTORNEY

R. BARRY ROBINSON - AUSA
KAREN MELNIK - AUSA
ELIZABETH KARPATI - AUSA
MICHAEL LYNN SALYARDS - IRS-GLS
MARY-ELLEN KRETTA - IRS-FTCA
MARK S. KAIZEN - IRS-GLS
PAT S. GENIS, AUSA
P.O. BOX 327
WASHINGTON, DC 20044

Michael Buesgens
MICHAEL L BUESGENS
3112 WINDSOR RD #A322
AUSTIN, TEXAS 78703
512-339-6005 X 7958
MIKEBUESGENS@HOTMAIL.
JULY 9, 2007
28

1:07 CV 00859 RBW
1:06 CV 01969 RBW

VI    EXHIBITS

SOME FOIA LETTERS
NOT ALL

1.    JANUARY 3, 2007
      PHS 2 K6-485
      MELINDA MCL - FOIA - HHS

2.    OCTOBER 27, 2006
      PHS 2 K 7-A-018
      FOIA

3.    HHS -FOIA
      ADDRESS

4.    NEAL LEE PRESANT, M.D.
      ADDRESS
      FOH

29

 **DEPARTMENT OF HEALTH & HUMAN SERVICES**     

Program Support Center

*F03-2007-00276*

Division of FOIA Services
Administrative Operations Service
Parklawn Building, Room 17A-46
5600 Fishers Lane
Rockville, Maryland 20857
PH: 301-443-5252
Fax: 301-443-0925

**FOIA Case Number: PHS 2K6-485**
January 3, 2007

## Received

JAN 10 2007
**Disclosure Office**
**Baltimore Maryland**

Mr. Michael L. Buesgens
3112 Windsor Road #A322
Austin, Texas  78703

Dear Mr. Buesgens:

This is in response to your August 25, Freedom of Information Act (FOIA) request. You requested a copy of your medical records in the possession of the Federal Occupational Health Service (FOH). Your letter was referred to me because of my responsibilities under the FOIA.

Enclosed please find the requested information. Please note that there are no deletions to the documents.

However, during my review, I located 30 pages of records generated by the Internal Revenue Service (IRS), Department of the Treasury. I have no authority to make these records available to you. Therefore, I have taken the liberty of forwarding your request, and the IRS records, to the IRS FOIA Officer, Mr. Albert D. Adams, for a release determination. If you wish to check the status of the IRS response, please contact Mr. Adams at 202-927-7425.

Because the cost of responding to your request was less than $25, there is no charge. If you have any questions, or if I may be of further assistance, please do not hesitate to contact me.

Sincerely,

*Melinda Hill*

Melinda Hill
Freedom of Information Specialist
Division of FOIA Services

Enclosure

cc:  IRS FOIA Officer



**DEPARTMENT OF HEALTH & HUMAN SERVICES**          Program Support Center

Public Health Service
Freedom of Information Office
Parklawn Building, Room 17-A-46
5600 Fishers Lane
Rockville, MD 20857
PH: 301-443-5252
Fax: 301-443-0925

October 27, 2006

MICHAEL L. BUESGENS
GENERAL PUBLIC
3112 WINDSOR ROAD, #A-322
AUSTIN, TEXAS 78703

*FOH DOCTORS*
*MARK FRANK, M.D.*
*JAMES ALLEN, M.D.*
*2003*
*BETHESDA, MARYLAND*

Dear MICHAEL L. BUESGENS:

This is to acknowledge receipt of your administrative appeal dated 10/26/2006.

Any questions regarding the status of your appeal should be directed to the Public Health
Services (PHS) Freedom of Information (FOI) office.

Your appeal has been assigned the following number PHS-2K7-A-018.

Please reference this number on your correspondence.

                              Sincerely,

                              PHS Freedom of Information Office

United States Department of
**Health & Human Services**

**Office of the Assistant Secretary for Administration and Management**
## Program Support Center

PSC Home | Administrative Operations | Federal Occupational Health |
Financial Management | Human Resources
Strategic Acquisition | Human Resources Shared Services Center (HR LOB) |
About the PSC

## Administrative Operations

### FOIA Office

**Contact Information**

**PSC FOIA Public Liaison**
Darlene Christian
Director, Division of FOIA Services
Room 17A-46
5600 Fishers Lane
Rockville, MD 20857
301-443-5252
301-443-0925 (fax)
darlene.christian@psc.hhs.gov

**PSC FOIA Requester Service Center**
Division of FOIA Services
Room 17A-46
5600 Fishers Lane
Rockville, MD 20857
301-443-5252
301-443-0925 (fax)

**Related Topics**

- About FOIA
- The FOIA Act (as amended)
- FOIA Fees
- HHS FOIA Home Page
- HHS FOIA Regulation



- **HHS Home**
- **Questions?**
- **Contact Us**
- **Site Map**

## HHS Employee Details

| | |
|---|---|
| **Last name** | Presant |
| **First name** | Neal |
| **Agency** | PSC |
| **Organization** | DHHS/PSC/FOH |
| **Non-govt** | non-government |
| **Building** | ARB |
| **Room** | 935 |
| **Duty station** | Bethesda MD 20814 |
| **Phone** | 301-594-0273 |
| **Fax** | 301-594-4991 |
| **Internet e-mail** | NPresant@psc.gov |

Browse Organizations | Search employees | Customize

Directory services provided by Program Support Center
To make corrections, see the HHS directory contact list.

HHS Home | Questions? | Contact Us | Site Map | Accessibility | Privacy Policy | Freedom of Information Act | Disclaimers

The White House | FirstGov

U.S. Department of Health & Human Services • 200 Independence Avenue, S.W. • Washington, D.C. 20201