UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

MICHAEL L BUESGENS
APPELLANT
CREDITOR
ADVERSARY

V.

MARK EVERSON, COMMISSIONER
INTERNAL REVENUE SERVICE

CHARLES R. NETTLES, JR
BANKRUPTCY ATTORNEY
07-10008

DON ALDRITT/TAWNEY JR
I.R.S. SUPERVISOR
VOLUNTARY - CHAPTER 7
CASE NO. 06-11164
FILED: 7/31/2006

RECEIVED
JUL 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CIVIL NO.
1:07CV
00859
RBW

HENRY PAULSON, SECRETARY

JOHN W. SNOW, SECRETARY
UNITED STATES DEPARTMENT
OF THE TREASURY
FEDERAL TORT CLAIMS ACT
FTCA - ADMINISTRATIVE CLAIM
1:06 CV 01558 RCL
1:06 CV 00967 LY-RP
                        ET.AL
        DEFENDANTS

CIVIL NO:
1:07 CV
00859
RBW

PRO SE AND PRIVATE ATTORNEY
GENERAL MICHAELL BUESGENS
MOVES THIS COURT TO ISSUE
A SUMMONS FOR BANKRUPTCY
ATTORNEY CHARLES R. NETTLES

PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE - RULE 4 (a) AND (b)
FOR THE FOLLOWING REASONS :

2

I.  CIVIL NO.  1:07CV00156LY
    THE APPEAL (SECOND) OF
    BANKRUPTCY CASE NO. 06-11164FRM

    JUDGE EARL LEROY YEAKEL, III
    TAKES JUDICIAL NOTICE OF
    THE FOLLOWING PLEADINGS BY
    CHARLES R. NETLLES
    BANKRUPTCY ATTORNEY

1.  1:07CV00127LY
    DOCUMENT 4  FILED  3/6/2006

2.  1:07CV00156LY-RP
    DOCUMENT 5  FILED: 3/6/2006

3.  06-01248-ADVERSARY
    DOCUMENT 10 - FILED  1/4/2007

4.  06-01248-DOCUMENT 11 - 01/04/2007

5.  06-01248-ADVERSARY
    DOCUMENT 12 - FILED: 01/04/2007

3

6. 06-01248 FRM - ADVERSARY CASE DOCUMENT 13 - FILED: 01/04/2007

7. 06-11164 FRM - BANKRUPTCY CASE DOCUMENT 24 - FILED: 12/19/2006

8. 06-11164 FRM - DOCUMENT 25 FILED: 12/19/2006

9. 06-11164 FRM - DOCUMENT 35 FILED: 1/04/2007

10. 06-11164 FRM - DOCUMENT 12 FILED: 11/03/2006

4

**II.**

1. PRO SE — PRIVATE ATTORNEY GENERAL **THIRD PARTY PRACTICE** IN ADVERSARY NO. 07-10008 ADVERSARY NO. 06-01248 FRM

2. MICHAEL L BUESGENS HAS FILED A COMPLAINT AND A CLAIM AGAINST BANKRUPTCY ATTORNEY
   A. CHARLES R. NETTLES
   B. **CALLED** CROSS CLAIMS AND COUNTER CLAIMS

3. BECAUSE OF MR NETTLES MISCONDUCT AND MISREPRESENTATIONS TO THE COURT AND TO BUESGENS IN
   A. BANKRUPTCY CASE NO. 06-11164 FRM
   B. ADVERSARY NO. 07-10008
   C. ADVERSARY NO. 06-01248 FRM

4. THAT ARE NOW BEFORE THIS COURT
   A. IN CIVIL NO. 1:07CV00859 RBW
   B. APPEAL OF ADVERSARY NO. 07-10008

5. **RELATED TO**
   A. 1:06CV01558 RCL          FTCA-TORT
   B. 1:06CV00967 LY-RP — PERSONAL INJURY

5

6.  CHARLES R. NETTLES — BANKRUPTCY ATTORNEY HAS PROVIDED INCOMPLETE AND EVASIVE ANSWERS TO BURGEOIS

A.  PROOF OF CLAIM
    BANKRUPTCY CASE NO. 06-11164 FRM

B.  ADVERSARY COMPLAINTS
    06-01248 FRM

C.  07-10008

7.  THIS HAS CAUSED THE DISMISSAL OF THE FOREGOING CASES

A.  APPEAL    1:07CV00127LY
B.  APPEAL    1:07CV00209LY

8.  APPEAL    1:07CV00156 LY
    THE SECOND APPEAL OF BANKRUPTCY CASE NO. 06-11164 FRM

9.  IS NOW ON APPEAL AT THE FIFTH CIRCUIT — NO APPEARANCE BY CHARLES R. NETTLES
    APPEAL NO. 07-50686

6



10. CHARLES R. NETTLES HAS
**FAILED** TO APPEAR IN ADVERSARY

A. NO. 07-10008 — U.S. BANKRUPTCY
COURT — DISTRICT OF COLUMBIA
AND

B. APPEAL NO. 1:07CV00859 RBW

11. DESPITE THE FACT THAT BUESGENS
NOTIFIED HIM AND IT IS WELL
PUBLICIZED THAT COMPLAINTS
HAVE BEEN MADE AGAINST HIM.

12. CHARLES R. NETTLES — BANKRUPTCY
ATTORNEY DID APPEAR AT THE
**MDL** PANEL HEARING

A. **MDL-1800**

B. MICHAEL L BUESGENS
LITIGATION

13. HEARING HELD MARCH 29, 2007
SAN ANTONIO, TEXAS

14. CHARLES R NETTLES WAS OPPOSED
TO COMPLEX — MULTI DISTRICT
LITIGATION AND CONSOLIDATION.
TRANSFER OF ACTIONS

15. CHARLES R. NETTLES WAS IN FAVOR OF AND PROMOTED A CONSOLIDATION OF BANKRUPTCY

A. CASE NO. 06-11164 FRM
B. ADVERSARY NO. 06-01248 FRM
C. U.S. BANKRUPTCY COURT - AUSTIN, TEXAS

16. CHARLES R. NETTLES DID PROVIDE THE BANKRUPTCY COURT WITH HIS ANALYSIS OF MICHAEL L. BUESGENS

A. PERSONAL INJURY CLAIM - **FTCA**
B. FEDERAL TORT CLAIMS ACT

17. THE PROBLEM IS HE USED THE **WRONG CASE TO** SUPPORT ITS
A. ARGUMENT - 1:05CV002435S ✓
B. CLOSED: 12/6/2006

18. 1:07CV00967LY-RP IS THE **FTCA** CLAIM THAT ORIGINATED IN WASHINGTON, D.C. - 1:06CV01558 RCL

8

19. CHARLES R NETTLES - BANKRUPTCY ATTORNEY HAS MADE REPRESENTATIONS TO THE COURT ABOUT MICHAEL L. BUESGENS MEDICAL DISABILITY - BIPOLAR

20. THAT STIGMATIZES AND LABELS BUESGENS AS A MENTAL DEFECT WITHOUT STANDING OR CAPACITY

21. HE ALSO USED THIS DISCRIMINATORY LANGUAGE TO GET BUESGENS PROOF OF CLAIM DISMISSED AND ADVERSARY COMPLAINTS OMITTED AND DELETED.

22. BANKRUPTCY JUDGE FRANK R. MONROE        AUSTIN, TEXAS

23. U.S. DISTRICT COURT JUDGE AND EARL LEROY YEAKEL, III

24 HAVE BEEN INFLUENCED BY THIS AND USE SIMILAR LANGUAGE IN THEIR DISMISSALS OF BUESGENS CLAIMS.

9

25. CHARLES R NETTLES HAS ALSO
TALKED ABOUT BUESGENS JOB
AT THE IRS AND THE
CIRCUMSTANCES THAT HE BELIEVES ✓
CAUSED BUESGENS

26. WRONGFUL TERMINATION
27 INVOLUNTARY DISABILITY RETIREMENT

A. MARCH on 7, 2005

B. DENIAL OF REASONABLE REASSIGNMENT
        and

28 CHARLES R NETTLES HAS SPOKEN
LIKE AN AUTHORITY ON THESE
ISSUES WITHOUT REFERENCE
TO THE FOLLOWING:
29 REHABILITATION ACT OF 1973
30 AMERICANS WITH DISABILITIES ACT
31 CODE OF FEDERAL REGULATIONS

32 EEOC REGULATIONS
33 OPM REGULATIONS
34 HIPAA
35 FOIA

10

36. CHARLES R. NETTLES **CLAIMS** THAT HE REPRESENTS **IRS** SUPERVISOR DONALD RAY THOMEY, JR

37. **DENIES** **AND** THAT HE HAS TALKED WITH U.S. ATTORNEYS
   A. P. BARRY ROBINSON    1:05CV243 SS
   B. PAT S. GENIS    1:07CV00859

38. ABOUT THE CONNECTED - RELATED - **NEXUS** THAT PERMEATES THE
   A. CIVIL ACTIONS - EMPLOYMENT - HOUSING
   B. **AND** BANKRUPTCY ACTIONS - FTCA - TORT

39. APPELLANT BUESGENS **SAW** CHARLES R. NETTLES WITH AUSA R. BARRY ROBINSON (TOGETHER)

40. THE **MDL** **AT** PANEL HEARING

41. **AND** AUSA'S HAVE A **DUTY TO** CONSOLIDATE AND COORDINATE ACTIONS INVOLVING THE SAME PARTY OR ISSUES.

11

42. U.S. DISTRICT COURT JUDGE EARL LEROY YEAKEL III DID TAKE JUDICIAL NOTICE OF SOME OF BANKRUPTCY ATTORNEY CHARLES R. NETTLES PLEADINGS.

43. SEE THE FOREGOING LIST.

44. SEE THE AND MISREPRESENTATIONS AND STIGMATIZING AND LABELING THAT MR. NETTLES DOES.

45. CHARLES R. NETTLES ALSO DEMANDS THAT BUESGENS PAY HIM ATTORNEY MISCONDUCT FEES

46. AND THAT BUESGENS SHOULD BE SANCTIONED.

47. CHARLES R. NETTLES FILED MOTIONS REQUESTING THAT BUESGENS PLEADINGS BE STRICKEN — DELETED AND OMITTED AND THE COURT ORDERED IT DONE.

12

48. CHARLES R. NETTLES IS BUT **ONE** OF THE PARTIES IN THIS APPEAL OF ADVERSARY NO. 07-10008

49. IN BANKRUPTCY CASE NO. 06-11164
A. VOLUNTARY CHAPTER **7** FILED ON **7/31/2006**
**BY**
B. CHARLES R. NETTLES
**AND**
C. DONALD RAY TAWNEY JR
**I.R.S.** SUPERVISOR

50. MR NETTLES ATTORNEY FEES WERE LISTED AS **$1,800.00** ..

51. **NOW HE IS** IN ADVERSARY CASES **AND** APPEALS

52. MR NETTLES HAS **FAILED TO** REPORT HIS FEES TO THE COURT

53. **WHAT** ARE HIS ATTORNEY FEES **NOW** ?

54. **WHO** IS PAYING THAT ?

13

55. WHAT EVIDENCE WAS **CONCEALED**
   A. **BY** BANKRUPTCY ATTORNEY
      CHARLES R. NETTLES
      **AND**
   B. ASSISTANT U.S. ATTORNEY
      R. BILLY ROBINSON

56. THAT SUPPORTED MICHAEL BUESGENS
   A. PROOF OF CLAIM ON 10/12/2006
      BANKRUPTCY NO. 06-11164FRM
      **AND**
   B. 10/24/06 - ADVERSARY NO.
   C. 06-01248 FRM
      **AND**
   D. ADVERSARY NO. 07-1008
   E. FILED: **2/23/2007**

57. **WHAT** DID THE FOREGOING DO WITH
    ALL THOSE **GOOD RECORDS** FOR
    BUESGENS REASSIGNMENT REQUEST

58. **THOMAS J. THEIS** - LABOR RELATIONS
    TOLD DOUGLAS RAY TWINEY, JR
    **AND**

59. MARGARET F. WHITES - **EEO**
    REASSIGNMENT COORDINATOR

14

60: TO KEEP REALLY GOOD RECORDS.
61. YET THEY **NEVER** PRODUCED
THOSE RECORDS FOR BURESGENS

62. SEE **FOTA** **AND** REQUESTS **-2005**

63. DISCOVERY REQUESTS IN CIVIL NO-
A. 1: 06 CV 01558 RCL
B. 1: 06 CV 00967 R
C. 1: 05 CV 02334 RCL
D. 1: 05 CV 243 SS

64 BANKRUPTCY NO. 06-11164 FRM
A. ADVERSARY NO. 06-01248 FRM
B. ANVERSARY NO. 07-10008

65 WHERE IS **THOMAS J. THEIS** -
IRS-DEPARTMENT OF THE
TREASURY - HUMAN RELATIONS -HR
SPECIALIST ?

66. WHERE IS MARGARET F. WHITE'S ✓
REASSIGNMENT COORDINATOR AT
**IRS** "IN HOUSE" **EEO** AUSTIN, TX ?

15

67. WHERE ARE THE **MEDICAL RECORDS** FROM U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES **-HHS**

68. AND FEDERAL OCCUPATIONAL HEALTH **-FOH** DOCTORS

69. OCCUPATIONAL MEDICINE ✔

70. MICHAEL L BUESGENS MEDICAL DISABILITY BIPOLAR

71. NEAL LEE PRESANT, M.O. - BETHESDA, MD

72. MARK NORMAN FRANK, M.O. - DENVER, CO
A. PINNACOL ASSURANCE
B. WORKERS COMPENSATION - FOH
C. DENVER, COLORADO

73. JAMES WILLIAM ALLEN, M.A. WILMINGTON, DELAWARE

74. THEY HAVE **ALL REFUSED TO** PROVIDE COPIES OF THEIR **CASE NOTES** AND MEDICAL RECORDS ✔ SINCE **2003**.

16

75. APPELLANT BUESGENS HAS ALSO FILED FOIA REQUESTS IN 2005-2006-2007 REQUESTING MEDICAL RECORDS - CASE NOTES FROM

76. FOH AND DOCTORS - ET. AL.

77. THEY PLAY GAMES AND SAY THEY COMPLIED AND ALL THEY SEND ME ARE LETTERS THAT I SENT THEM.

78. SEE
A. DARLENE CHRISTIAN - DIRECTOR - FOIA HHS - PSC - FOH AND

B. MELINDA HILL - FOIA SPECIALIST AND

C. LILLIAN KOENIG - DIRECTOR AT FEDERAL OCCUPATIONAL HEALTH - FOH

79. EVASIVE - INCOMPLETE - FAILURES AND REFUSALS TO COMPLY WITH FOIA OR MEDICAL RECORDS ACT.

17

80. SEE HHS AND PSC AND FOH FAILURE TO APPEAR OR PRESENT IN 1:06CV 00967LY-RV

81. THEY WERE NEVER SERVED SUMMONS OR SUBPOENA AND U.S. ATTORNEYS WHO WERE NOT SERVED CLAIM THAT THEY REPRESENT

82. EVERYONE IN 1:06CV00967LY AND

83. THE ONLY SERVICE OF SUMMONS THAT WAS DONE IS MEGAN GOELES SARWAL GALLOWAY FORMER

84.
  A.   FALCON RIDGE APARTMENTS
  B.   TENANT - APT 1033
  C.   WEIMMEMVER 006

85. HHS-PSC-FOH-DOCTORS FAILURES TO PERFORM AND BREACH OF DUTY HAS CAUSED

86. BUESGENS TO FILE ANOTHER FTCA - TORT CLAIM AGAINST THEM.

18

87. APPELLANT MICHAEL L BUESGENS
ADMINISTRATIVE FEDERAL TORT
CLAIMS ACT - FTCA - FORM SF95
SUM CERTAIN

88.        SERVED
            TO
U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES - HHS

89. ANOTHER AND FEDERAL TORT CLAIM
AGAINST THE I.R.S. - ADMINISTRATIVE

90. AND
I.R.S.  TORT CLAIMS MANAGER
MARY-ELLEN KRECHT

91. AND
FEDERAL TORT CLAIM AGAINST
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION - EEOC

92. ALL NEW ADMINISTRATIVE CLAIMS
93. BASED ON CONTINUING VIOLATIONS
THAT CONTRIBUTED TO THE
PREMATURE CLOSING OF THE
CIVIL ACTIONS THAT BEGIN IN
2005

19

# III    1:07 CV 00859 RBW

1. ASSISTANT U.S. ATTORNEY
   A. R. BILLY ROBINSON
   B. FTCA - TORT CLAIM
   C. 1:06CV00967LY
   D. **CLOSED**

2. ASSISTANT U.S. ATTORNEY
   A. KAREN MELNIK
   B. FTCA - TORT CLAIM
   C. 1:06CV01558 RCL
   D. **CLOSED** - TRANSFERRED - CLOSED

3. ASSISTANT U.S. ATTORNEY
   A. PAT S. GENIS - 07-10008
      1:06CV01558 RCL
   B. **SEE** APPELLANT BUESGENS
      **MOTION TO INTERVENE**
      **IN**
   C. 2:06CV00072-PPS-APR
   D. HAMMOND, IN - FOIA - TIGTA
   E. NOW ON APPEAL - SEVENTH CIRCUIT

20

4.  1:07 CV 00859 RBW

A.  BANKRUPTCY APPEAL
    APPEAL NO. 07-10008
    **AND**

B.  APPELLANT MICHAELL BUESGENS
    PERSONAL INJURY TORT CLAIMS

5.  AND CONTINUING VIOLATIONS
    **BASED**
    **ON**

A.  REHABILITATION ACT OF 1973, AS AMENDED

B.  AMERICANS WITH DISABILITIES ACT

6.  RETALIATION

7.  CODE OF FEDERAL REGULATIONS - **CFR**

8.  **EEOC** REGULATIONS

9.  **OPM** REGULATIONS

10.  **NO** FEAR ACT

11.  FREEDOM OF INFORMATION ACT
     PRIVACY ACT - **FOIA**
     **AND NOW**

12.  VIOLATIONS OF **42 USC** SECTION
     **1983** - STATE - PRIVATE PERSONS
     IN COLLUSION

21

13. OMISSIONS

14. FAILURE TO PERFORM A DUTY OWED

15. BREACH OF DUTY OWED

16. GOVERNMENT OFFICIALS ACTING OUTSIDE THE SCOPE OF THEIR OFFICIAL DUTIES

17. SEE BUESGENS
  A. MOTION FOR INTERVENTION
  B. 4:06CV01399
  C. SOUTHERN DISTRICT OF TEXAS
  D. HOUSTON DIVISION

18. DONNA I ARENSDORF FORMER IRS EMPLOYEE
  V.
  JOHN W. SNOW SECRETARY
  A. FEDERAL TORT CLAIMS ACT - FTCA
  AND
  B. MICHAEL L BUESGENS (INTEVENOR)
  COMPLAINT AGAINST IRS TORT

C.   CLAIMS MANAGER
     MARY-ELLAN KRCHA
     I.R.S. - GENERAL LEGAL SERVICES
     WASHINGTON, DC

19.   HER MISCONDUCT IN **FTCA**
      CIVIL ACTIONS
A.         1:06 CV 01558 RCL
B.         1:06 CV 00967 LY-RP
20.
A.    **FTCA** - ADMINISTRATIVE CLAIM BASED
B.    PARTIES OF INTEREST AND

21.   TREASURY INSPECTOR GENERAL
      FOR TAX ADMINISTRATION - **TIGTA**
      J. RUSSELL GEORGE - INSPECTOR
      GENERAL

22.   DANIEL PARFITT - **TIGTA** AGENT
      DALLAS, TEXAS

23.   DENNIS COLLINS - **TIGTA** AGENT
      AUSTIN, TEXAS

      23

24. ROBERT J. LEEKE — TIGTA AGENT
    AUSTIN, TEXAS

25. MELINDA LUNA ESTRADA — EEO
    TERRITORY MANAGER

26. ANGELIA GOODEN-DOYLE — EEO
    COUNSELOR — AUSTIN, TEXAS

27. MARCIA H. COATES, DIRECTOR
28. MILLIAN G. HARVEY, DIRECTOR
    A. EEOO
    B. DEPARTMENT OF THE TREASURY
    C. WASHINGTON, DC
29. CONTINUING VIOLATIONS

    A. EEO # 05-2291 -2005
    B. EEO # 05-2291S -2005
30. BECAME
    A. 1:05 CV 02334 RCL
    B. APPEAL OF TRANSFER
       06-5314 — D.C. CIRCUIT

31. MICHAEL LYNN SALYARDS — IRS
    ATTORNEY — GLS — DALLAS, TEXAS

                24

32. MR. SALYARDS IN CIVIL NO.
A. 1:06CV0155RCL - FTCA
B. WITH AUSA.
   KAREV MELNIK

AND

33. MR SALYARDS IN BUESGENS
   FTCA ADMINISTRATIVE CLAIM
   WITH
A. MARY ELLEN KECHA
B. I.R.S. TORT CLAIMS MANAGER

34. FORM SF95 AND ATTACHMENTS
A. RECEIVED  8/22/2005 AT 8:01 AM
B. DEPUTY GENERAL COUNSEL
C. DEPARTMENT OF THE TREASURY

AND

35. MR. SALYARDS IN EEOC NO.
A. 360-2003-8286X
B. HEARING: 12/16/2003
   WITH
36. JUDGE ROBERT LYNN POWELL — EEOC
   AND
37. RUSSELL BO KELLMAN — NTEU
   CHIEF STEWARD — CHAPTER 247

25

1:07CV00859 RBW

RELATED

1:06CV01964 RBW

BUESGENS

V.

R. BARRY ROBINSON, NUSA
NO SHOW
AND
CHARLES ENOS BROWN
HUD - EVICTION ATTORNEY
REALTOR
REAL ESTATE BROKER


RESPECTFULLY SUBMITTED

Michael Buesgens
MICHAEL L BUESGENS
JULY 14, 2007


26

# 1:07 CV 00859 RBW

## IV. CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THIS MOTION FOR SUMMONS FOR BANKRUPTCY ATTORNEY CHARLES R NETTLES AND BACKGROUND IN SUPPORT THEREOF WAS SERVED BY FIRST CLASS MAIL ON THIS 16TH DAY OF JULY, 2007

## ADDRESSED TO:

1. CHARLES R. NETTLES — 07-10008
2. R. BARRY ROBINSON — AUSA
3. RANDOLPH OSHEROW — TRUSTEE
4. MARK EVERSON — COMMISSIONER
5. HENRY PAULSON — SECRETARY
6. CHERYL A. THWEY — IRS
7. THOMAS J. THEIS — IRS-LR
8. MARGARET F. WAITES — IRS-EEO
9. DONALD RAY THWEY, JR.-IRS
10. 1524 S. IH-35, SUITE 233
11. AUSTIN, TEXAS, 78704

27

1:07CV00859 RBW
FEDERAL TORT CLAIMS ACT-FTCA

12. PAT S. GENIS, AUSA
13. MICHAEL LYNN SALYARDS, IRS-GLS
14. MARY ELLEN RECHA-IRS-GLS
     FTCA TORT CLAIMS MANAGER
15. RODERICK FILINGER-TIGTA-FOIA
16. KAREN MELNIK-AUSA
17. MISTARD CULPEPPER-HUD-FTCA
18. LINDA G. KATZ-HUD-FTCA
19. KIM KENDRICK-HUD-FTCA

20. R. BARCY ROBINSON AUSA
A. EMPLOYMENT-HOUSING (DISCRIMINATED)
B. ATTORNEY FOR-ET.AL
21. HUD# 06-06-293-8
22. FIFTH CIRCUIT# 06-60777, ET.AL
23. EEOC # 360-2003-8286 X
24. 1:05 CV00243SS - NETTLES
25. 1:06CV00967LY-RP-MELNIK
     AND
26. R. BARRY ROBINSON-FOIA MANAGER
     P.O. BOX 277
     WASHINGTON, DC 20044
           28

*[signature: Michael Buesgens]*

MICHAEL L BUESGENS
EXTENDED STAY AMERICA
3112 WINDSOR RD #A322
AUSTIN, TEXAS 78703
512-339-6005 X 7958
FAX: 512-339-6099
MIKEBUESGENS@HOTMAIL.COM
JULY 14, 2007
1:07CV00859 RBW

29

Ⅴ      1:07CV00859 RcL

1    CHARLES R. NETTLES
       **SPEAKS**

2    BANKRUPTCY CODE

3       BANKRUPTCY RULES

4    FEDERAL RULES OF CIVIL
     PROCEDURE

5    PERSONAL INJURY TORT CLAIMS

6    REHABILITATION ACT

7    CODE OF FEDERAL REGULATIONS

8    **I.R.S.** EMPLOYEE OPERATING
     PROCEDURES

9.      **SEE** EXHIBITS
          30

1:07CV00859 RBW

# VI EXHIBITS

BANKRUPTCY ATTORNEY
CHARLES R. NETTLES
COURT FILINGS
FOR

1. BANKRUPTCY CASE NO. 06-11164 FRM
2. ADVERSARY CASE NO. 06-01248 FRM
3. APPEAL NO. 1:07CV00127 LY - CLOSED
4. APPEAL NO. 1:07CV00156 LY - OPEN

5. APPEAL NO. 1:07CV00209 LY - CLOSED
  A. TITLE APPEAL OF ADVERSARY NO.
     06-01248 FRM
  B. AUSTIN, TEXAS

6. JUDGE EARL LEROY YEAKEL III
7. JUDGE FRANK R. MONROE

31

8  FIFTH CIRCUIT BANKRUPTCY
   APPEAL OF 1:07CV00156LY

A. APPEAL NO. 07-50686

B. DEAD ON ARRIVAL

9  JUST LIKE
A. 06-60777
B. HUD PETITION FOR REVIEW
C. FILED: 8/23/2006
        AND
10. R. BARRY ROBINSON, AUSA
A   SHOWS UP
        ON
B. 2/1/2007
      AND
11. DECLARES SUMMARY JUDGMENT
        AND
12  NO RECORD AVAILABLE FOR
A. DUAL FILED HUD COMPLAINT
B. FILED: 12/28/2005
C.   HUD # 06-06-293-8

32

13.

MDL - 1800

CHARLES R. NETTLES
MAKES
AN APPEARANCE
WITH

R. BARRY ROBINSON, AUSA

33

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PLAINTIFF *MICHAEL L. BUESGENS*
*PRIVATE ATTORNEY GENERAL*

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
*MARK EVERSON*
*DONNA RAY TAWNEY, JR*
*HENRY PAULSON*

Case Number: *1:07CV00859 RBW*

V. THIRD PARTY DEFENDANT
*CHARLES R. NETTLES, JR*

To: Name and address of Third Party Defendant
*CHARLES R. NETTLES, JR*
*1524 S. IH 35. #233*
*AUSTIN, TEXAS 78704*

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

*PRO. SE*
*MICHAEL L. BUESGENS*
*3112 WINDSOR CO, #A322*
*AUSTIN, TEXAS 78703*

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

*CHARLES R. NETTLES, JR*
*BANKRUPTCY ATTORNEY*
*1524 SOUTH IH-35.*
*SUITE 233*
*AUSTIN, TEXAS 78704*

an answer to the third-party complaint which is served on you with this summons, within _____*20*_____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

**G** Served personally upon the third-party defendant.  Place where served: _____

_____

**G** Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G** Returned unexecuted: _____

_____

_____

**G** Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                     *Date*                    *Signature of Server*

_____
                                    *Address of Server*

PROSE-NP, TYPE-E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00859-RBW

BUESGENS v. PAULSON et al              Date Filed: 05/17/2007
Assigned to: Judge Reggie B. Walton        Jury Demand: None
 Case: 1:06-cv-01964-RBW            Nature of Suit: 422 Bankruptcy Appeal
Case in other court: U.S. Bankruptcy Court, 07-10008   (801)
Cause: 11:8001 Bankruptcy Appeal        Jurisdiction: U.S. Government
                                        Defendant

**In Re**
**MICHAEL L. BUESGENS**

**Plaintiff**

**MICHAEL L. BUESGENS**        represented by **MICHAEL L. BUESGENS**
                                      3112 Windsor Avenue
                                      Apartment A 322
                                      Austin, TX 78730
                                      (512) 339-6005 Ext. 7191
                                      Fax: (512) 478-7608
                                      PRO SE

V.

**Defendant**

**HENRY PAULSON**

**Defendant**

**MARK EVERSON**            represented by **Pat S. Genis**
                                      US Department of Justice

*THOMAS F. THEIS*
*MARGARET. F. WHITES*
*ANNA MEDLOCK*
*NANCY SESSION*
*CHARLES WASHINGTON JR*
*MARTHA STANTHALS*
*ET. AL.*

                                      Post Office Box 227
                                      Ben Franklin Station
                                      Washington, DC 20044
                                      (202) 307-6390
                                      Fax: (202) 514-6866
                                      Email: pat.genis@usdoj.gov
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**DONALD RAY TAWNEY, JR.**

*2 - PAGES*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2007 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 07-10008. Partial File received filed by MICHAEL L. BUESGENS. (Attachments: # 1 Docket Sheet# 2 Exhibit 9# 3 Exhibit 20# 4 Civil Cover Sheet)(jf, ) (Entered: 05/22/2007) |
| 05/17/2007 | 2 | NOTICE OF RELATED CASE. Case related to Case No. 06-1964. (jf, ) (Entered: 05/22/2007) |
| 05/23/2007 | 3 | MOTION for Order for Production of the Federal Tort Claims Act Administrative Claim Form SF95 and Exhibits by MICHAEL L. BUESGENS (Attachments: # 1 Attachment)(tg, ) (Entered: 05/25/2007) |
| 05/29/2007 | 4 | NOTICE re Incomplete Record by MICHAEL L. BUESGENS (tg, ) (Entered: 05/31/2007) |
| 05/29/2007 | 5 | NOTICE of Related Civil and Bankruptcy Actions and Administrative Claims by MICHAEL L. BUESGENS (tg, ) (Entered: 05/31/2007) |
| 06/14/2007 | 6 | NOTICE of Appearance by Pat S. Genis on behalf of MARK EVERSON (Genis, Pat) (Entered: 06/14/2007) |
| 06/14/2007 | 7 | MOTION for Stipulation by MICHAEL L. BUESGENS (Attachments: # 1 Motion (continuation)# 2 Attachment (part 1)# 3 Attachment (part 2)# 4 Attachment (part 3))(tg, ) (Entered: 06/15/2007) |
| 07/05/2007 | 8 | MOTION for Order by MICHAEL L. BUESGENS (Attachments: # 1 Exhibit)(td, ) (Entered: 07/09/2007) |
| 07/12/2007 | 9 | MOTION to Compel discovery from a non party by MICHAEL L. BUESGENS (Attachments: # 1 Exhibit)(td, ) (Entered: 07/12/2007) |
| 07/13/2007 | 10 | Memorandum in opposition to re 7 MOTION *FOR STIPULATION & EXHIBITS* filed by MARK EVERSON. (Attachments: # 1 Text of Proposed Order)(Genis, Pat) (Entered: 07/13/2007) |

## PACER Service Center

### Transaction Receipt

07/14/2007 18:12:05

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:07-cv-00859-RBW |
| Billable Pages: | 1 | Cost: | 0.08 |

**APPEAL, DISMISSED**

# U.S. Bankruptcy Court
## United States Bankruptcy Court for the District of Columbia (Washington, D.C.)
### Adversary Proceeding #: 07-10008

*Assigned to:* Bankruptcy Judge S. Martin Teel, Jr.
*Related BK Case:*
*Related BK Title:*
*Related BK Chapter:*
*Demand:*
*Nature[s] of Suit:*

*Date Filed:* 02/23/07
*Date Dismissed:* 04/19/07

66 Dischargeability - 523(a)(1),(14),(14A) priority tax claims

62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud

67 Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny

68 Dischargeability - 523(a)(6), willful and malicious injury

**Plaintiff**
------------------------

**Michael L. Buesgens**
3112 Windsor Road
#A322
Austin, TX 78703

represented by **Michael L. Buesgens**
PRO SE

V.

*5 - PAGES*

**Defendant**
------------------------

**Henry Paulson**

*CHARLES R. DETTLES*

represented by **Karen Melnik** *R - BARRY ROBINSON*
555 4th Street
Washington, DC 20530
*LEAD ATTORNEY*

**Mark Everson**

represented by **Karen Melnik**
(See above for address)
*LEAD ATTORNEY*

**Donald Ray Tawney, Jr**

represented by **Karen Melnik**
(See above for address)

**LEAD ATTORNEY**

**Pat S. Genis** ✓
U.S. Department of Justice
P.O. Office Box 227
Ben Franklin Station
Washington, DC 20044
202-307-6390
Email: pat.genis@usdoj.gov

**Cross-Claimant**

------------------------

**Michael L. Buesgens**        represented by **Michael L. Buesgens**
3112 Windsor Road                         PRO SE
#A322
Austin, TX 78703

                                      (See above for address)

V.

**Cross Defendant**

------------------------

**Henry Paulson**     *RANDOLPH OSHEROW) CHAPTER 7 TRUSTEE*
**Mark Everson**
**Donald Ray Tawney, Jr**

| Filing Date | # | Docket Text |
|---|---|---|
| 02/23/2007 | 1 | 66 (Dischargeability - 523(a)(1),(14),(14A) priority tax claims): Complaint by Michael L. Buesgens against Henry Paulson , Mark Everson , Donald Ray Tawney Jr. Fee Amount $250 (Attachments: # 1 Adversary Continued# 2 Adversary Continued# 3 Adversary Continued# 4 Adversary Continued) (66 (Dischargeability - 523(a)(1),(14),(14A) priority tax claims),62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) (Meador, Patti) Modified on 3/1/2007 (Meador, Patti). THIS CASE IS RELATED TO CASE NO. 06-11164 WESTERN DISTRICT OF TEXAS. (Entered: 03/01/2007) |
| 02/23/2007 | 2 | Adversary Cover Sheets Filed by Michael L. Buesgens . (Re: Related Document(s) #:1 Complaint .) (Meador, Patti) (Entered: 03/01/2007) |
| 03/02/2007 | 3 | Receipt of Adversary Filing Fee - $250.00 by RJ. Receipt Number 00066844. Payment received from Michael Buesgens. (admin) (Entered: 03/05/2007) |

| 03/08/2007 | 4 | Summons Issued on Mark Everson, Henry Paulson, Donald Ray Tawney Jr. Number of Summons Issued: 3. Status Hearing to be held on 5/8/2007 at 09:30 AM Courtroom 1. (Myers, Sally) (Entered: 03/08/2007) |
| --- | --- | --- |
| 03/21/2007 | 5 | Notice Of Related Bankruptcy Appeals At Austin Texas District Court Filed by Michael L. Buesgens (Re: Related Document(s) #:1 Complaint, , .) (Attachments: # 1 Part 2# 2 Part 3# 3 Part 4# 4 Part 5# 5 Part 6# 6 Part 7)(Jackson, Renee) (Entered: 03/27/2007) |
| 03/29/2007 | 6 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:5 Notice, ) No. of Notices: 1. Service Date 03/29/2007. (Admin.) (Entered: 03/30/2007) |
| 04/03/2007 | 7 | Crossclaim filed by Michael L. Buesgens against all defendants.(Meador, Patti) THERE IS NO PDF FOR THIS DOCUMENT. THE DOCUMENT IS TOO VOLUMINOUS. A COPY OF THIS DOCUMENT MAY BE VIEWED AT THE CLERK'S OFFICE. (Entered: 04/17/2007) |
| 04/11/2007 | 8 | Motion to Reopen Case No. 06-11164FM filed in the Western District of Texas Filed by Michael L. Buesgens (Attachments: # 1 Motion to Reopen Continued# 2 Motion to Reopen Continued) (Meador, Patti) (Entered: 04/17/2007) |
| 04/19/2007 | 9 | Decision RE Dismissing Case Order entered on 4/19/2007. (Myers, Sally) (Entered: 04/19/2007) |
| 04/19/2007 | 10 | Judgment Dismissing Adversary Proceeding. Order entered on 4/19/2007. (Myers, Sally) (Entered: 04/19/2007) |
| 04/21/2007 | 11 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:9 Memorandum Decision) No. of Notices: 15. Service Date 04/21/2007. (Admin.) (Entered: 04/22/2007) |
| 04/21/2007 | 12 | BNC Certificate of Mailing - Order Re: Dismissal of Case. (Re: Related Document(s) #:10 Order Dismissing Case) No. of Notices: 15. Service Date 04/21/2007. (Admin.) (Entered: 04/22/2007) |
| 04/26/2007 | 13 | Notice of Appeal to DistrictCourt. Fee Amount $255 Filed by Michael L. Buesgens (Re: Related Document(s) #:9 Memorandum Decision, 10 Order Dismissing Case.) Appellant Designation due by 5/6/2007. (Meador, Patti) (Entered: 04/26/2007) |
| 04/26/2007 | 14 | Certificate of Service Filed by Clerk's Office. A copy of the Notice of Appeal has been sent to R. Barry Robinson, Esq. Assistant US Attorney, 816 Congress Avenue, Suite 1000, Austin TX 78701; Mark Everson, Commissioner of IRS, Room 5226, 1111 Pennsylvania Ave., NW, Washington, DC 20224; Tax Division, Department of Justice, Washington |

DC 20530; Sherri Miller, Case Manager, US Bankruptcy Court, 903 San Jacinto Blvd. #322, Austin TX 78701; Karen L. Melnik, Asst US Attorney, 555 Fourth Street, NW, Room E4112, Washington, DC 20530; Randolph N. Osherow, 342 W. Woodlawn, Suite 300, San Antonio, TX 78212; Michael L. Buesgens, 3112 Windsor Road, #A322, Austin, TX 78703 Sarah H. McHaney, US Bankruptcy Court, 903 San Jacinto Blvd, Austin TX 78701; Maria Dozauer, Deputy-in-Charge, US Bankruptcy Court, 903 San Jacinto Blvd #322, Austin, TX 78701; Donald Ray Tawney,Jr, 3601 Elm Ridge Lane #1635, Austin TX 78727; Charles R. Nettles, Jr, 1524 S. IH-35 Suite 233, Austin,TX 78704; Office of US Trustee, 903 San Jacinto Blvd #320, Austin, TX 78701; Hon. Leroy Yeakel, III, US District Judge, 200 W. 8th St., Austin, TX 78701; Hon. Frank R. Monroe, 903 San Jacinto Blvd #322, Austin, TX 78701; Henry Paulson, Secretary if the Treasury, 1500 Pennsylvania Ave. NW, Washington DC 20020(Re: Related Document(s) #:13 Notice of Appeal.) (Meador, Patti) Modified on 4/26/2007 (Meador, Patti). (Entered: 04/26/2007)

| 04/26/2007 | 15 | Receipt of Appeal Filing Fee - $255.00 by TC. Receipt Number 00066907. Payment received from Michael Buesgens. (admin) (Entered: 04/26/2007) |
|---|---|---|
| 04/27/2007 | 16 | Order Directing Clerk to Accept for Filing the Plaintiff's Notice of Appeal, But Not to Accept for Filing Certain Documents Appended Thereto. (Related Document(s) #:13 Notice of Appeal.) Order entered on 4/27/2007. (Myers, Sally) (Entered: 04/27/2007) |
| 04/29/2007 | 17 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:16 Order Directing Compliance) No. of Notices: 15. Service Date 04/29/2007. (Admin.) (Entered: 04/30/2007) |
| 05/03/2007 | 18 | Document Filed by Plaintiff Michael L. Buesgens. THIS DOCUMENT IS TOO VOLUMINOUS TO SCAN AND IS ALSO HANDWRITTEN. THIS DOCUMENT ALSO DOES NOT HAVE A TITLE. (Meador, Patti) (Entered: 05/08/2007) |
| 05/03/2007 | 19 | Document Filed by Plaintiff Michael L. Buesgens. THIS DOCUMENT HAS A HEADING OF UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA BUT WAS MAILED TO THE UNITED STATES BANKRUPTCY COURT. THIS DOCUMENT WAS FORWARDED TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA. (Meador, Patti) (Entered: 05/08/2007) |
| 05/04/2007 | 20 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Michael L. Buesgens (Re: Related Document(s) #:13 Notice of Appeal.) Appellee designation due by 5/14/2007 for 13, . Transmission of Designation Due by 6/3/2007. THIS DOCUMENT IS TOO VOLUMINOUS AND HANDWRITTEN. IT CANNOT BE SCANNED INTO THE CM/ECF SYSTEM. INTERESTED PARTIES MAY |

CM/ECF Live Area - Docket Report                https://ecf.dcb.uscourts.gov/cgi-bin/DktRpt.pl?642003884903745-L...

REVIEW THE DOCUMENT AT THE CLERK'S OFFICE, UNITED
STATES BANKRUPTCY COUART. (Meador, Patti) (Entered:
05/08/2007)

| 05/17/2007 | 21 | Transmittal of Record on Appeal to District Court Filed by Michael L. Buesgens (Re: Related Document(s) #:13 Notice of Appeal.) (Meador, Patti) (Entered: 05/17/2007) |
| 05/18/2007 | 22 | Receipt of Record on Appeal. District Court Case Number: 1:07-cv-00859. Case Assigned to Judge Reggie B. Walton. Filed by Michael L. Buesgens (Re: Related Document(s) #:[21] Transmittal of Record on Appeal.) (Meador, Patti) (Entered: 05/18/2007) |
| 06/06/2007 | 23 | Notice of Appearance and Request to Add Attorney Filed by Pat S. Genis on behalf of Donald Ray Tawney Jr. (Genis, Pat) (Entered: 06/06/2007) |

## PACER Service Center

### Transaction Receipt

07/14/2007 18:11:23

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 07-10008 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Format: HTML |
| Billable Pages: | 3 | Cost: | 0.24 |

5

## 06-11164-frm Donald Ray Tawney
**Case type: bk Chapter: 7 Asset: No Vol: v Bankruptcy Judge: Frank R. Monroe**
**Date filed: 07/31/2006 Date discharged: 02/07/2007 Date of last filing: 04/27/2007**

*BANKROPTCY*
### Parties

*06-11164*

**Michael L. Buesgens**
3112 Windsor, #A322
Austin, TX 78703
(512) 339-6005
*Added: 10/30/2006*
*(Creditor)*

**Bass & Associates,PC Household Bank (SB),**
**N.A.**
3936 E. Fort Lowell Suite 200
Tucson, AZ 85730
(520) 577-1544
*Added: 09/27/2006*
*(Creditor)*

represented by

**Nichlas P. Spallas**
3936 E. Ft. Lowell Rd., #200
Tucson, AZ 85712-1083
(520) 577-1544 x 5017
ecf@bass-associates.com
*Assigned: 09/27/06*

**Randolph N Osherow**
342 W Woodlawn
San Antonio, TX 78212
(210) 738-3001
rosherow@hotmail.com
*Added: 07/31/2006*
*(Trustee)*

**Donald Ray Tawney, Jr.**    *IRS*
13601 Elm Ridge Lane #1635
Austin, TX 78727
SSNs: xxx-xx-4466
*Added: 07/31/2006*
*(Debtor)*

represented by

**Charles R. Nettles, Jr.**
1524 S. IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 (fax)
charlesnettles@hotmail.com
*Assigned: 07/31/06*

**United States Trustee - AU12**
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701
(512) 916-5330
ustpregion07.au.ecf@usdoj.gov
*Added: 07/31/2006*
*(U.S. Trustee)*

**FILED**

NOV 0 3 2006

U.S. BANKRUPTCY COURT
BY_____DEPUTY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:    TAWNEY, DONALD RAY      *    CASE NO. 06-11164FM

DEBTOR.    *I.R.S.*

*

*    CHAPTER 7

**RESPONSE OF DEBTOR, DONALD RAY TAWNEY
TO MOTION OF MICHAEL L. BUESGENS FOR
EXAMINATION OF ACT AND CONDUCT OF DEBTOR**

Comes now, Donald Ray Tawney, by and through his attorney of record, Charles

R. Nettles, would show the Court as follows:

1. Mr. Tawney filed a Chapter 7 on July 31, 2006 and Randolph Osherow was
   appointed as Chapter 7 Trustee.

2. A creditors meeting was held on September 1, 2006 at the creditors meeting
   Mr. Osherow thoroughly questioned the Debtor and performed his duties as
   proscribed by law.

3. The Movant's request for investigation is Moot as an investigation has already
   been conducted.

WHEREFORE, PREMISES CONSIDERED, Donald Tawney request that this

Motion be dismissed as Moot.

2 PAGES

Respectfully Submitted,

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
TSB # 14927200
Attorney for Debtors

*DOCUMENT 12
06-11164 FRM*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Debtors' Response has been mailed by the United States Mail on ___3___ day of November, 2006, to:

Randolph Osherow
Chapter 7 Trustee
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

Michael Buesgens
3112 Windsor Road #A322
Austin, TX 78703

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
TSB# 14927200

06-11164

*Pa. $150.⁰⁰*

**FILED**

**NOV 0 7 2006**

U.S. BANKRUPTCY COURT
~~~~~~ DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:        TAWNEY JR., DONALD RAY ✓ *    CASE NO. 06-11164FM ✓

DEBTOR.      *I.R.S.*                    *    CHAPTER 7

<u>**MOTION OF DEBTOR FOR RELIEF FROM**</u>
<u>**STAY IN ORDER TO PROCEED WITH DIVORCE ACTION**</u>

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN FIFTEEN (15) DAYS FROM THE DATE OF SERVICE, NO HEARING WILL BE HELD AND THE RELIEF REQUESTED IN THE MOTION WILL BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Debtor Donald Ray Tawney Jr., by and through his attorney,

Charles R. Nettles, and moves the Court as follows:

1. This Motion is brought pursuant to 11 U.S.C. §362(d), and in accordance with Rule 9014 of the Bankruptcy Rules.
2. On July 31, 2006, Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, 11 U.S.C.
3. Debtor wishes to file a divorce.
4. Debtor requests that the automatic stay be lifted as to the divorce action, so that he may pursue a final divorce.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that, pursuant to

§362(d) of the Bankruptcy Code, this Court enter an order after notice and hearing,

terminating the automatic stay as to Debtor's petitioning for divorce, and that Debtor be

granted such and other further relief as is just.

*DOCUMENT 13 FILED: 11/07/2006*

*4-PAGES*

Respectfully submitted,

CHARLES R. NETTLES
1524 SOUTH IH-35, SUITE 233
AUSTIN, TEXAS 78704
(512) 459-3212
TSB# 14927200

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion to Lift Stay was mailed via first class U.S. Mail to parties listed below, and to those parties listed on Exhibit "A":

Randolph Osherow
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

DATED: 11 - 7 - 06

CHARLES R. NETTLES
1524 SOUTH IH-35, SUITE 233
AUSTIN, TX 78704
(512) 459-3212
TSB# 14927200

06- 11164

Catalina Martinez
2901 Davis Cove
lago Vista, TX 78645   *CHILD SUPPORT*
*DOUG RAY TAWNEY JR*
*IRS SUPERVISOR*

Chase Cardmember Services
PO Box 94014
Palatine, IL 60094-4014

Cheryl Tawney
1311 Rocky Creek Drive   *IRS-SUPERVISOR*
Pflugerville, TX 78660   *WIFE*

CitiCards
PO Box 6413
The Lakes, NV 88901-6413

GMAC
PO Box 660208
Dallas, TX 75266

JC Penney
PO Box 960001
Orlando, FL 32896-0001

Kohls
PO Box 2983                    *06-11164*
Milwaukee, WI 53201-2983

MBNA America
PO Box 15289
Wilmington, DE 19886-5289

Room Store
PO Box 60148
City of Industry, CA 91716-0148

Texas Attorney General
2101 E. St. Elm, Suite 225
Austin, TX 78744

*CHILD SUPPORT*
*DONALD RAY TAWNEY, JR*
*IRS*

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

*06-11164*



**IT IS HEREBY ADJUDGED and DECREED that the below described is DENIED.**

Dated: December 06, 2006

_JRMonroe_
**FRANK R. MONROE**
**UNITED STATES BANKRUPTCY JUDGE**

DOCUMENT 20

06-11164

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                          )
                                )
DONALD R. TAWNEY, JR.           )
                                )   CASE NO. 06-11164-FM
                 DEBTOR         )   (Chapter 7)

ORDER DENYING MOTION OF MICHAEL L. BUESGENS
TO REMOVE THE BANKRUPTCY CASE TO THE
UNITED STATES DISTRICT COURT

     The Court has reviewed the Motion to Remove filed by Michael
L. Buesgens filed December 4, 2006.  No hearing on such Motion is
necessary.  This Court has no authority to "remove" the above
entitled and numbered Chapter 7 case to the United States District
Court for the Western District of Texas.  This Chapter 7 case
currently pends in the United States Bankruptcy Court by virtue of
28 U.S.C. §1334, 28 U.S.C. §151, and the Standing Order of
Reference for All Bankruptcy Matters in the Western District Texas
from the United States District Court to the United States
Bankruptcy Court.  Bankruptcy cases cannot be "removed" to the
United States District Court by the action of the United States
Bankruptcy Court.  Bankruptcy cases can only travel from the United
States Bankruptcy Court back to the United States District Court if

2-PAGES

the United States District Court withdraws the reference pursuant to a properly filed motion in accordance with 28 U.S.C. §157(d) and Bankruptcy Rule 5011(a).  Therefore, as a matter of law, the Motion to Remove filed by Michael L. Buesgens must be denied.   It is accordingly

    ORDERED that the Motion to Remove the above entitled and numbered bankruptcy case to the United States District Court for the Western District of Texas, Austin Division, filed by Michael L. Buesgens be, and the same is hereby, denied.

                              ###

Copy To:

Mr. Michael L. Buesgens
3112 Windsor, #A322
Austin, TX    78703

Mr. Charles R. Nettles, Jr.
Attorney for Debtor
1524 S. IH-35, Suite 233
Austin, TX    78704

Mr. Randolph Osherow
Chapter 7 Trustee

United States Trustee



DOCUMENT 20
FILED : 12/06/2006

BUESGENS FTCA
PERSONAL INJURY
CLAIM
1: 06CV01558RCL
1: 0CCV00967LY-RP
1: 07CV00859RBW

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

**DEC 1 9 2006**

U.S. BANKRUPTCY COURT
BY_____DEPUTY

IN RE:      TAWNEY JR., DONALD RAY      *      CASE NO. 06-11164FM

DEBTOR      *      CHAPTER 13  *OR* 7
            *
MICHAEL BUESGENS      *
MOVANT *CREDITOR*      *
            *
vs.      *
            *
DONALD RAY TAWNEY JR.      *      *DOCUMENT 24*
RESPONDENT. *IRS*      *

## DEBTOR'S RESPONSE AND REQUEST FOR DISMISSAL OF MOVANT, MICHAEL BUESGENS' MOTION TO DENY DISCHARGE

COMES NOW, Donald Ray Tawney Jr., Debtor in the above entitled case, by and

through his attorney, Charles R. Nettles, and files this Response and Motion to Dismiss

Motion to Deny Discharge and would show as follows:

1. Movant is requesting a denial of discharge without citation to a specific provision of the bankruptcy code.
2. Presumptively, his request is based upon 11 USC 727 and dismissal through same may only be accomplished by an adversary proceeding pursuant to Bankruptcy Rule of Procedure Rule 7001.

Respondent, Donald Ray Tawney Jr., without abandoning the foregoing, would

further plead as to Movant's allegations:

3. Paragraph (1): Denies.
4. Paragraph (2): Denies.
5. Paragraph (3): Denies.
6. Paragraph (4): Denies.
7. Paragraph (5): Cannot admit or deny but it is irrelevant.
8. Paragraph (6): Cannot admit or deny but it is irrelevant.
9. Paragraph (7): Denies.
10. Paragraph (8): Denies.

*3 PAGES*

11. Paragraph (9):  Denies.
12. Paragraph (10): Cannot Admit or Deny as Debtor has no idea what Movant is talking about.
13. Paragraph (11): Cannot Admit or Deny as Debtor has no idea what Movant is talking about.
14. Paragraph (12): Cannot Admit or Deny as Debtor has no idea what Movant is talking about.
15. Paragraph (13): Cannot Admit or Deny as Debtor has no idea what Movant is talking about.
16. Paragraph (14): Cannot Admit or Deny as Debtor has no idea what Movant is talking about.
17. Paragraph (15): Cannot Admit or Deny as Debtor has no idea what Movant is talking about.
18. Paragraph (16): Cannot Admit or Deny as Debtor has no idea what Movant is talking about.
19. Paragraph (17): Cannot Admit or Deny as Debtor has no idea what Movant is talking about.
20. Paragraph (18): Cannot Admit or Deny as Debtor has no idea what Movant is talking about.
21. Paragraph (19): Cannot Admit or Deny as Debtor has no idea what Movant is talking about.
22. Paragraph (20): Cannot Admit or Deny as Debtor has no idea what Movant is talking about.
23. Paragraph (21): Cannot Admit or Deny as Debtor has no idea what Movant is talking about.
24. Paragraph (22): Cannot Admit or Deny as Debtor has no idea what Movant is talking about.
25. Paragraph (23): Cannot Admit or Deny as Debtor has no idea what Movant is talking about.
26. Paragraph (24): Cannot Admit or Deny as Debtor has no idea what Movant is talking about.
27. Paragraph (25): Cannot Admit or Deny as Debtor has no idea what Movant is talking about.
28. Paragraph (26): Deny as it makes no sense.
29. Paragraph (27): Deny as it makes no sense.

06-11164

WHEREFORE, having fully answered Michael Buesgens Motion to Deny

Discharge, the Debtor request the motion be dismissed with prejudice, and without costs,

and that the Debtor be granted his costs in defending against the motion, including

attorney fees, and such other, further relief to which the Debtor might show himself to be

justly entitled.  CHARLES R NETTLES DEMANDS
ATTORNEY FEES FROM
MICHAEL L BUESGENS

Respectfully Submitted,

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, Texas 78704
(512) 459-3212
TSB# 14927200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Debtor's Response has been mailed by United States Mail on this _19 th_ day of December, 2006, to:

Randolph Osherow, Trustee
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

Michael Buesgens
3112 Windsor Rd. #A322
Austin, TX 78703

Charles R. Nettles

06-11164

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:    TAWNEY JR., DONALD RAY    *    CASE NO. 06-11164FM

DEBTOR    *

    *    CHAPTER 7

## MOTION TO CONSOLIDATE HEARINGS

TO THE HONORABLE BANKRUPTCY JUDGE:

COMES NOW, Donald Ray Tawney Jr., by and through his attorney of record and files this Motion to Consolidate Hearings and would show as follows:

1. On January 23, 2007, the Court has scheduled a hearing on the Motion of Mr. Michael L. Buesgens to Deny Discharge and the Motion of Mr. Michael L. Buesgens to have the Trustee Investigate the Debtor.

2. Both of these Motions are predicated upon the fact that Mr. Buesgens believes himself to be a creditor of Mr. Tawney's.

3. Mr. Buesgens asserts this status as a creditor predicated upon his filing of two proofs of claim.

4. Both proofs of claim have been objected to by Debtor but not otherwise set for hearing.

5. The hearings on the proofs of claim may be dispositive of the both the Motion to Deny Discharge and the Motion to Investigate, in as much as, if Buesgens has no claim he is not a creditor and thus has no standing.

WHEREFORE, PREMISES CONSIDERED, Movant requests that this Court consolidate the hearings now scheduled for January 23, 2007 with the unscheduled hearings to determine whether Mr. Buesgens has standing to bring any action.

Respectfully submitted,

CHARLES R. NETTLES
ATTORNEY AT LAW
1524 S. IH-35, SUITE 233
AUSTIN, TX 78704
(512) 459-3212
TSB# 14927200

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Consolidate Hearings was mailed via first class mail on ____ day of January, 2007 to the following parties:

Randolph Osherow
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

Michael Buesgens
3112 Windsor Road, Apt. A322
Austin, TX 78703

Dated: 1 - 4 - 07

CHARLES R NETTLES
ATTORNEY AT LAW
1524 S. IH-35, SUITE 233
AUSTIN, TX 78704
(512) 459-3212
TSB# 14927200

06-11164

DOCUMENT 34   FILED: 1/04/07

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE:       TAWNEY JR., DONALD RAY       *       CASE NO. 06-11164FM

DEBTOR.       IRS       *
       *       CHAPTER 7

## ORDER CONSOLIDATING HEARINGS

CAME ON for consideration the Debtor's Motion to Consolidate Hearings, and it appearing that notice is proper and that no response was timely filed, this Court IT IS THEREFORE,

ORDERED, that Hearing on the Motion of Mr. Michael L. Buesgens to Deny Discharge and the Motion of Michael L. Buesgens to have the Trustee Investigate the Debtor are consolidated with the Objections to Proofs of Claim.

### ###

ADVERSARY # 06-01248
ADVERSARY # 07-10008

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:    TAWNEY, DONALD RAY        :    CASE NO. 06-11164FM
                          *I.R.S.*   :
DEBTOR.                              :    CHAPTER 7

AMENDED RESPONSE OF DEBTOR, DONALD RAY TAWNEY
TO MOTION OF MICHAEL L. BUESGENS FOR
EXAMINATION OF ACT AND CONDUCT OF DEBTOR

Comes now, Donald Ray Tawney, by and through his attorney of record, Charles
R. Nettles, would show the Court as follows:

1. Mr. Tawney filed a Chapter 7 on July 31, 2006 and Randolph Osherow was
   appointed as Chapter 7 Trustee.

2. A creditors meeting was held on September 1, 2006. At the creditors meeting
   Mr. Osherow thoroughly questioned the Debtor and performed his duties as
   proscribed by law.

3. The Movant's request for investigation is moot as an investigation has already
   been conducted.

4. This Motion is predicated upon two proofs of claim filed in this case which
   Movant would assert provide him with standing to bring this Motion. The
   claims are based on a lawsuit, A-05-CA-243-SS, in the United States District
   Court, Western District of Texas. This action was dismissed by order of
   Judge Sam Sparks on December 6, 2006.

WHEREFORE, PREMISES CONSIDERED, Donald Tawney requests that this

Motion be dismissed as Moot.

*DOCUMENT 35*

*BASED ON*
*1:05CV243SS*
*SAYS*
*CHARLES R. NETTLES*

Respectfully Submitted,

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
TSB # 14927200
Attorney for Debtors

*2-PAGES*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Debtors' Response has been mailed by the United States Mail on 4 TH day of January, 2007, to:

Randolph Osherow
Chapter 7 Trustee
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

Michael Buesgens
3112 Windsor Road #A322
Austin, TX 78703

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
TSB# 14927200

06-11164
AND
1:05CV2435S
R. BARRY ROBINSON, AUSA
SAYS
BANKRUPTCY ATTORNEY
CHARLES R NETTLES

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:       TAWNEY JR., DONALD RAY       *       CASE NO. 06-11164FM

                                                                      *

DEBTOR.   *I*K*S*                            *       CHAPTER 7

## MOTION FOR PROTECTIVE ORDER                 *DOCUMENT 36*

COMES NOW, Donald Ray Tawney Jr., by and through his attorney of record,

Charles R. Nettles, and requests that this Court issue a protective order for both Debtor

and his attorney and would show as follows:

1. Donald Tawney Jr. is the Debtor in the above-styled and numbered cause. Charles R. Nettles is his attorney.
2. Michael L. Buesgens is a self described creditor in this bankruptcy although he was not listed on the creditor matrix.
3. Mr. Buesgens has filed multiple pleadings in this case and in Adversary No. 06-1248. These pleadings are vexatious and without basis.
4. Most recently, Mr. Buesgens has filed a Motion for Disclosure and Discovery. As a part of said Motion he requests that a 2004 Exam be held to examine the acts of the Debtor and, also, his attorney.
5. Mr. Buesgens, by his own admission, suffers from Bi-polar Disorder and Depression. He was recently hospitalized for a week at Seton Shoal Creek Hospital, again by his own admission for his psychological condition.
6. Given that Mr. Buesgens is not a creditor in this case, but rather, a former employee of the Internal Revenue Service who was supervised by Mr. Tawney and is still carrying some grudge. Movant believes that his litigation is brought not out of any concern by Mr. Buesgens for the interest of justice but rather for purpose of harassment.
7. In light of the foregoing, Movant respectfully asks this Court to take Judical Notice of the pleadings filed by Mr. Buesgens in this case and his behavior in Court on December 4, 2006 when he appeared to oppose the Debtor's Motion to Lift Stay to get a divorce. *CHERYL TAWNEY IRS SUPERVISOR,*

WHEREFORE, PREMISES CONSIDERED, Movant requests that this Court *WITH INFORMATION*

prohibit the filing of any further pleadings by Mr. Buesgens, prohibit contact between

Buesgens and Donald Ray Tawney Jr. or his attorney, Charles R. Nettles, and prevent

Mr. Buesgens from taking any discovery in any pending actions. *2-PAGES*

Respectfully Submitted,

_____
Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 Facsimile
TSB# 14927200

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was mailed via first class U.S. Mail to the following parties:

Randolph Osherow
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

Michael L. Buesgens
3112 Windsor Road, Apt. A322
Austin, TX 78703

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

R. Barry Robinson
Assistant US Attorney
555 Fourth Street, NW E4112
Washington, DC 20530

DATED:_____

_____
Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 Facsimile
TSB# 14927200

06-11164
DOCUMENT 36
FILED -



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: January 09, 2007

*DOCUMENT 37*

_____
**FRANK R. MONROE**
**UNITED STATES BANKRUPTCY JUDGE**

*AUSTIO, TEXAS*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | X | |
| DONALD RAY TAWNEY, JR. | X | CASE NO. 06-11164 FRM |
| | X | |
| DEBTOR | X | CHAPTER 7 |

*IRS*

ORDER STRIKING
COMPLAINT TO DETERMINE
DISCHARGEABILITY OF INTERNAL REVENUE SERVICE
SUPERVISOR, DONALD R. TAWNEY
(Document 32)

The Court has reviewed the Complaint to Determine Dischargeability of Internal Revenue Service Supervisor, Donald R. Tawney filed on January 3, 2007 by Michael L. Buesgens. Neither the exact substance of Mr. Buesgens legal arguments in connection with this Complaint nor the actual relief requested therein can be determined from reading the Complaint, but it appears to request denial of discharge and to raise questions regarding the Debtor's exemptions. The deadline to file Complaints to determine discharge and dischargeability in this Chapter 7 proceeding was

October 31, 2006. This Complaint is not timely having been filed on January 3, 2007 approximately

two months and 3 days late. It, therefore, must be struck. Further the deadline to file objections to

Debtor's exemptions was thirty days after the §341 meeting of creditors concludes which was

October 1, 2006. Therefore, any objection to exemptions is not timely and must therefore be struck.

It is therefore

ORDERED that the Complaint to Determine Dischargeability of Internal Revenue Service

Supervisor, Donald R. Tawney filed on January 3, 2007 as Document 32 be and is hereby stricken

as a pleading in this proceeding.

DOCCUMENT 37

### 

BANKRUPTCY CASE NO. 06-11164
BUESGENS DIDN'T LEARN OF THIS
BANKRUPTCY UNTIL 10/12/06 AND
IT WAS FILED : 7/31/06



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 09, 2007**

*DOCUMENT 38*

_____
FRANK R. MONROE
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:          TAWNEY JR., DONALD RAY       *       CASE NO. 06-11164FM
                                              *
DEBTOR.                                       *       CHAPTER 7

## ORDER CONSOLIDATING HEARINGS

CAME ON for consideration the Debtor's Motion to Consolidate Hearings, and it appearing that notice is proper and that no response was timely filed, this Court IT IS THEREFORE,

ORDERED, that Hearing on the Motion of Mr. Michael L. Buesgens to Deny Discharge and the Motion of Michael L. Buesgens to have the Trustee Investigate the Debtor are consolidated with the Objections to Proofs of Claim.

###



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: January 29, 2007

_JRMonroe_
**FRANK R. MONROE**
**UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION                    *DOCUMENT 62*

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DONALD R. TAWNEY, JR. | ) | CASE NO. 06-11164-FM |
| DEBTOR | ) | (Chapter 7) |

<u>ORDER DENYING MOTION OF MICHAEL L. BUESGENS
FOR STAY PENDING APPEAL
(Doc. #49)</u>

Although the Motion (Doc. #49) does not identify the exact order which he wants stayed pending appeal, the Court presumes it is the Order (Doc. #20) Denying the Motion of Michael L. Buesgens to Remove the Bankruptcy Case to the United States District Court, which was entered on December 6, 2006. The Order mistakenly has stamped on it the words "denied". However, the text of the Order clearly denies Mr. Buesgens' Motion to Remove and it is that Order Mr. Buesgens' wants stayed pending appeal. It would do absolutely nothing to stay the Order pending appeal. Mr. Buesgens apparently thinks that by staying the Order pending appeal either this case would be stayed or it would automatically and magically be transferred to the United States District Court. Such is not the case. No hearing is required on this Motion. It is accordingly

ORDERED that the Motion for Stay Pending Appeal filed by Michael L. Buesgens be, and the same is hereby, denied.✔

### ###

Copy To:

Mr. Michael L. Buesgens
3112 Windsor, #A322
Austin, TX   78703

Mr. Charles R. Nettles, Jr. ✔
Attorney for Debtor
1524 S. IH-35, Suite 233
Austin, TX   78704

Mr. Randolph Osherow
Chapter 7 Trustee

United States Trustee

DOCUMENT 62
06-11164

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:      TAWNEY JR., DONALD RAY       *      CASE NO. 06-11164FM
                                         *
DEBTOR                                   *      CHAPTER 13  *OR* 7

## DEBTOR'S RESPONSE TO MOTION
## TO REOPEN BANKRUPTCY

COMES NOW, Donald Ray Tawney Jr., by and through his attorney, Charles R.

Nettles, and files this response to the Motion to Reopen filed by Michael Buesgens and

for cause would show as follows:

1.  This Court no longer has jurisdiction over the matters complained of because

Michael Buesgens has appealed all such matters to the U.S. District Court.

2.  Moreover, by order dated January 29, 2007, this Court ordered that Mr.

Buesgens may no longer file pleadings in this Court except Notice of Appeal and

Designations of the Record. This pleading is neither. Mr. Buesgens has flagrantly

violated that order and is now acting in contempt of court.

WHEREFORE, PREMISES CONSIDERED, Respondent requests that this

Motion to Reopen be denied and that Mr. Buesgens be found to be in contempt of court

and ordered to pay respondent's attorneys fees.

*DOCUMENT 102*
*FILED: 4/11/2007*

Respectfully Submitted,

/s/ charles nettles
CHARLES R. NETTLES
ATTORNEY FOR DEBTORS  *ATTORNEY FEES*
1524 SOUTH IH-35, SUITE 233
AUSTIN, TEXAS 78704
(512) 459-3212
TSB# 14927200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Debtor's Response has been mailed by United States Mail on this _____ day of April, 2007, to:

Randolph Osherow, Trustee
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

Michael Buesgens
3112 Windsor Road, #A322
Austin, TX 78703

*CHARLES R. NETTLES DEMANDS ATTORNEY FEES FROM BUESGENS*

_/s/ charles nettles_
Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
FAX (512) 459-0842
TSB# 14927200

*DOCUMENT 102 FILED: 4/11/2007*

Query Parties

https://ecf.txwb.uscourts.gov/cgi-bin/qryParties.pl?208244

**06-01248-frm** Buesgens v. Tawney et al
**Case type:** ap **Related bankruptcy:** 06-11164-frm **Bankruptcy Judge:** Frank R. Monroe
**Date filed:** 10/24/2006
**Date terminated:** 05/04/2007 **Date of last filing:** 05/04/2007

## Parties

*ADVERSARY NO.*
*06 - 01248*

**Michael L. Buesgens**
3112 Windsor, #A322
Austin, TX 78703
(512) 339-6005
*Added: 10/24/2006*
*(Cross Claimant)*
PRO SE

**Michael L. Buesgens**
3112 Windsor, #A322
Austin, TX 78703
(512) 339-6005
*Added: 10/24/2006*
*(Cross Claimant)*
PRO SE

**Michael L. Buesgens**
3112 Windsor, #A322
Austin, TX 78703
(512) 339-6005
*Added: 10/24/2006*
*(Plaintiff)*
PRO SE

**Randolph N Osherow**
342 W Woodlawn
San Antonio, TX 78212
(210) 738-3001
rosherow@hotmail.com
*Added: 10/25/2006*
*(Interested Party)*

*CHAPTER 7 TRUSTEE*
*06-11164*

**Donald Ray Tawney**
United States Attorney
Suite 601, 300 E. 8th Street
STOP 2000AUS
Austin, TX 78701
*Added: 12/26/2006*

*PAT S. GENIS  07-10008*
*R. BARRY ROBINSON*
*2-PAGES*

*(Counter Defendant)*

**Donald Ray Tawney**
*Added: 10/24/2006*
*(Counter Defendant)*
PRO SE

**Donald Ray Tawney**
United States Attorney
Suite 601, 300 E. 8th Street
STOP 2000AUS
Austin, TX 78701
*Added: 12/26/2006*
*(Cross Defendant)*

ADVERSARY NO. 06-01248

R. BARRY ROBINSON
PAT S. GENIS
1:07CV00859RBW

**Donald Ray Tawney**
*Added: 10/24/2006*
*(Cross Defendant)*
PRO SE

**Donald Ray Tawney**
*Added: 10/24/2006*
*(Defendant)*

represented by

**Charles R. Nettles, Jr.**
1524 S. IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 (fax)
charlesnettles@hotmail.com
*Assigned: 01/04/07*

**United States Of America [I.R.S.]**
United States Attorney
Suite 601, 300 E. 8th Street
STOP 2000AUS
Austin, TX 78701
*Added: 12/26/2006*
*(Counter Defendant)*

MARK EVERSON

**United States Of America [I.R.S.]**
United States Attorney
Suite 601, 300 E. 8th Street
STOP 2000AUS
Austin, TX 78701
*Added: 12/26/2006*
*(Cross Defendant)*

HENRY PAULSON

**PACER Service Center**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:      TAWNEY JR., DONALD RAY      *      CASE NO. 06-11164FM
            *HENRY PAULSON*
DEBTOR.     *MARK EVERSON*                *      CHAPTER 7

DONALD RAY TAWNEY JR.                     *
MOVANT,                                   *
                                          *
VS.                                       *      ADV. NO. 06-1248FM
                                          *      DOCUMENT 12
MICHAEL L. BUESGENS                       *
RESPONDENT.                               *      FILED: 1/04/07

## MOTION TO STRIKE PLEADINGS

COMES NOW Donald Ray Tawney Jr., Debtor, by and through his attorney,

Charles R. Nettles, and brings this action to strike pleadings and would show as follows:

1. Plantiff Michael L. Buesgens has filed a Complaint Objecting to Discharge under 11 U.S.C. §727 and Dischargeability under 11 U.S.C. §523.

2. The Complaint is difficult, if not impossible, to respond to in any logical manner.

3. The Complaint is illogical, misnumbered, frivolous and, in most cases, alleges superfluous matters.

4. Besides bringing his complaint, he has also attached numerous crossclaims and counterclaims although no claim has been asserted against him. *THIRD PARTY PRACTICE*

5. Pursuant to Rule 12(f) of the Federal Rules of Civil Procedures all matters as alleged should be stricken as "redundant, immaterial, impertinent and scandalous".

WHEREFORE, premises considered, Movant requests that the pleadings on file

in this case be stricken from the record and that plaintiff should be ordered to replead his

cause of action in a more comprehensible manner or the case be dismissed.

*2-PAGES*

Respectfully submitted,

_____

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 Fax
TSB# 14927200

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Strike

Pleadings was mailed via first class mail to those parties listed below.

Randolph Osherow                          US Trustee
342 W. Woodlawn, Suite 300                903 San Jacinto, Suite 233
San Antonio, TX 78212                     Austin, TX 78701

Michael L. Buesgens
3112 Windsor Road, Apt. A322
Austin, TX 78703

Dated:_____                     _____
                                          Charles R. Nettles
                                          1524 South IH-35, Suite 233
                                          Austin, TX 78701
                                          (512) 459-3212
                                          TSB# 14927200

DOCUMENT 12

06-01248
ADVERSARY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:        TAWNEY JR., DONALD RAY        *    CASE NO. 06-11164FM

*IRS* (handwritten)

DEBTOR.                                     *    CHAPTER 13 *OR 7* (handwritten)

MICHAEL L. BUESGENS                         *
PLAINTIFF                                   *
                                            *
VS.    *MARK EVERSON* (handwritten)         *    ADV. NO. 06-1248FM ✓

DONALD RAY TAWNEY JR.                       *
DEFENDANT                                   *

*DOCUMENT 13* (handwritten)
*FILED: 1/4/07* (handwritten)
*2-PAGES* (handwritten)

### DEFENDANT'S MOTION TO DISMISS ADVERSARY FOR LACK OF STANDING

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY (20) DAYS FROM THE DATE OF SERVICE, NO HEARING WILL BE HELD AND THE RELIEF REQUESTED IN THE MOTION WILL BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, Donald Ray Tawney Jr., by and through his attorney of record and files this Motion to Dismiss the Adversary Complaint for Lack of Standing and for cause would show:

1. This Complaint seeks relief under both 11 U.S.C. §727 and 11 U.S.C. §523.

2. Plaintiff is not now nor has he ever been a creditor of the Debtor.

3. In an effort to gain standing, Plaintiff has filed two claims in this no asset case. *NO HE DID NOT* (handwritten)

4. One claim is for $200,000.00 and the other claim is for $2,000,000.00. Defendant has objected to both.

*BUESGENS ONLY FILED ONE CLAIM 2,000,000.00 MARCY CANO COURT CLERK CANNOT READ THAT MANY ZEROES.* (handwritten)

5. If Plaintiff is not a creditor with a claim, then he does not have standing to object to discharge or dischargeability.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that this adversary be dismissed and that Defendant's attorney be awarded attorney's fees of $500.00 for responding to same.

*CHARLES NETTLES DEMANDS ATTORNEY FEES FROM CREDITOR MICHAEL BUESGENS*

Respectfully submitted,

_____
Charles R. Nettles
1524 South IH-35, Suite 233
Austin, Texas 78704
(512) 459-3212
TSB# 14927200

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's Motion to Dismiss Adversary for Lack of Standing was mailed via first class mail on ____ day of January, 2007:

Randolph Osherow
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

Michael Buesgens
3112 Windsor Road, Apt A322
Austin, TX 78703

*DOCUMENT 13*

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

DATED: *1-4-07*

_____
Charles R. Nettles
1524 South IH-35, Suite 233
Austin, Texas 78704
(512) 459-3212
TSB# 14927200

*06-01248 ADVERSARY*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

JAN 3 1 2007

U.S. BANKRUPTCY COURT
BY_____DEPUTY

IN RE:    TAWNEY JR., DONALD RAY        *    CASE NO. 06-11164FM

DEBTOR.                                 *    CHAPTER 13  0R 7

MICHAEL L. BUESGENS                     *
PLAINTIFF                               *
                                        *
VS.                                     *
                                        *    ADV. NO. 06-1248FM
DONALD RAY TAWNEY JR.                   *
DEFENDANT                               *    DOCUMENT 20
                                             FILED : 1/31/2007

## RESPONSE TO PLAINTIFF'S MOTION
## FOR DEFAULT JUDGMENT

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

        COMES NOW, Donald Ray Tawney Jr., by and through his attorney of record

and files this Response to Plaintiff's Motion for Default Judgment and for cause would

show:

        1. Defendant has filed a Motion for More Definite Statement Pursuant to FCRP
           12(e). No responsive pleading to Plaintiff's Complaint is necessary until a
           hearing has been held on the Motion for More Definite Statement. A hearing
           is scheduled on that Motion on February 6, 2007.

        WHEREFORE, PREMISES CONSIDERED, Defendant asks that Plaintiff's

Motion for Default Judgment be denied.

                                        Respectfully submitted,


                                        Charles R. Nettles
                                        1524 South IH-35, Suite 233
                                        Austin, Texas 78704
                                        (512) 459-3212
                                        TSB# 14927200

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Defendant's Response to Plaintiff's Motion for Default Judgment was mailed via first class mail on ____ day of January, 2007:

Randolph Osherow
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

Michael Buesgens
3112 Windsor Road, Apt A322
Austin, TX 78703

DATED: _1 - 31 - 07_

*DOCUMENT 20*
*ANVERSARY NO.*
*06 -01248*

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, Texas 78704
(512) 459-3212
TSB# 14927200

Granted for the reasons stated in the ruling the court made at the hearing on the motion.



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 07, 2007**

*JRMonroe*
**FRANK R. MONROE**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE:   TAWNEY JR., DONALD RAY | * | CASE NO. 06-11164FM |
| DEBTOR | * | CHAPTER 7 |
| MICHAEL L. BUESGENS PLAINTIFF | * | |
| VS. | * | ADV. NO. 06-1248FM ✓ |
| DONALD RAY TAWNEY JR. DEFENDANT | * | |

*DOCUMENT 26 FILED: 2/07/2007*

### ORDER DISMISSING ADVERSARY FOR LACK OF STANDING

On this day came on to be heard Defendant's Motion to Dismiss Adversary for Lack of Standing. It appearing to the Court that all parties have been properly served, and that the Motion is well founded, it is therefore,

ORDERED that Plaintiff's Complaint to Dischargeabilty is hereby Dismissed.

\#\#\#

*RULING ON BUESGENS PERSONAL INJURY FKA TORT CLAIM BY BANKRUPTCY JUDGE FRANK R. MONROE - AUSTIN, TEXAS*

FILED

FEB 0 7 2007

U.S. BANKRUPTCY COURT

BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:      TAWNEY JR., DONALD RAY          *      CASE NO. 06-11164FM

DEBTOR.    *J.R.S.*
           *MARK EVERSON*                    *      CHAPTER 13

MICHAEL L. BUESGENS                          *
PLAINTIFF                                    *
                                             *
VS.                                          *      ADV. NO. 06-1248FM  ✓
                                             *
DONALD RAY TAWNEY JR.                        *      *DOCUMENT 28*
DEFENDANT                                    *      *FILED: 2/7/2007*
*HENRY PAULSON*

RESPONSE TO PLAINTIFF'S MOTION
TO TRANSFER VENUE

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, Donald Ray Tawney Jr., by and through his attorney of record

and files this Response to Plaintiff's Motion to Transfer Venue and for cause would

show:

1. This Motion has no basis in law or fact. ✓

2. All of the fact witnesses are in Austin.

3. The parties both reside in Austin.

4. The Agency complained of has an office in Austin.

5. Prior proceedings in this matter have occurred in Austin.

6. There is no reason to transfer this action to Washington, D.C.  *NO REASON*

WHEREFORE, PREMISES CONSIDERED, Defendant requests that this Court

deny Plaintiff's Motion to Transfer Venue.

*CHARLES R. NETTLES DOESN'T WANT TO GO TO
DISTRICT OF COLUMBIA
SEE ADVERSARY NO. 07-10008*

Respectfully submitted,

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, Texas 78704
(512) 459-3212
TSB# 14927200

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's Response to Plaintiff's Motion to Transfer Venue was mailed via first class mail on 7ᵗʰ day of January, 2007:

Randolph Osherow
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

Michael Buesgens
3112 Windsor Road, Apt A322
Austin, TX 78703

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

DOCUMENT 28
FILED: 2/7/2007
ADVERSARY NO.
06-01248

DATED: 2-7-07

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, Texas 78704
(512) 459-3212
TSB# 14927200

**FILED**

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

MAR 6 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN RE:    TAWNEY JR., DONALD RAY          *    CASE NO. 07-00127-LY

*IRS*

*

MICHAEL L. BUESGENS                       *
APPELEE                                   *
                                          *    *1:07CV00127LY*
VS.                                       *    *06-11164*
                                          *
DONALD RAY TAWNEY JR.                     *
APPELANT  *MARK EVERSON*                  *

*DOCUMENT 4*
*FILED: 3/6/2007*

### APPELANT'S MOTION TO DISMISS
### APPEAL AS NOT TIMELY BROUGHT

COMES NOW, Donald Ray Tawney Jr., by and through his attorney of record,

Charles R. Nettles, and files this his Motion to Dismiss Appeal as not Timely Brought:

1. This is an appeal of two bankruptcy orders issued from the U.S. Bankruptcy Court, Western District of Texas, Austin, Division.

2. Appelee is appealing two orders through one appeal. The first order is an Order Lifting the Automatic Stay so that the Debtor may get a divorce. It was entered on December 4, 2006. The second order appealed from is an order entered on December 6, 2006.

3. The Notice of Appeal was filed on January 17, 2007. More than thirty days had passed between the time that the order was entered and the filing of the appeal.

4. Bankruptcy Rule 8002 requires that a Notice of Appeal be filed no later than ten days following entry of the order appealing from.

5. Appelee is approximately thirty days late in filing his appeal.    *3-PAGES*

WHEREFORE, PREMISES CONSIDERED, Appellant, Donald Ray Tawney,

requests that this Court dismiss the appeal.

*THIS NOT AN APPEAL OF ONLY TWO*
*BANKRUPTCY ORDERS*

Respectfully Submitted,

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 Facsimile
TSB# 14927200
charlesnettles@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was mailed via first class U.S. Mail to the following parties:

Randolph Osherow
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

Michael L. Buesgens
3112 Windsor Road, Apt. A322
Austin, TX 78703

DATED: 3-6-07

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 Facsimile
TSB# 14927200

APPEAL OF BANKRUPT
CASE NO. 06-11164
1:07CV00127LY
FIRST APPEAL

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:        TAWNEY JR., DONALD RAY          *        CASE NO. 07-00127LYFM
                                                                  *
DEBTOR.                                                      *
                                                                  *
MICHAEL L. BUESGENS                             *
APPELEE                                                     *
                                                                  *
VS.                                                            *
                                                                  *
DONALD RAY TAWNEY JR.                        *
APPELANT                                                    *

## ORDER

ON THIS DAY CAME ON for consideration the Motion of Donald R. Tawney to

Dismiss Appeal as not Timely Brought.

The Court having considered the matter believes that it has a reasonable basis and

it is accordingly:

ORDERED that Appelee's Appeal is hereby dismissed.

###

**FILED**

MAR 6 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:    TAWNEY JR., DONALD RAY    *    CASE NO. 07-00127LY ✓

*IRS* (handwritten)

DEBTOR.    *

*DOCUMENT 5 FILED: 3/6/07* (handwritten)

MICHAEL L. BUESGENS    *
APPELEE    *

AND    *

DONALD RAY TAWNEY JR.    *
APPELANT    *

*MARK EVERSON* (handwritten)

**RESPONSE IN OPPOSITION TO APPELEE'S MOTION
TO TRANSFER VENUE**

COMES NOW, Donald Ray Tawney Jr., by and through his attorney of record

and files this Response in opposition to Appelee's Motion to Transfer Venue and would

show as follows:

1. This is an appeal of a Bankruptcy Case from the United States Bankruptcy
   Court, Western District of Texas, Austin, Division.
2. Venue is proper in this Court absent special or unusual circumstances.    *UNUSUAL* (handwritten)
3. The Appellant is a resident of Austin, Texas. The Appelee is a resident of
   Austin, Texas. There are no other parties to the appeal.

WHEREFORE, PREMISES CONSIDERED, Appellant requests that this court

deny Appelee's Motion to Transfer Venue.

*CHARLES NETTLES
DOESN'T WANT
D.C.
SEE 07-10008
1:07CV00859 RBW* (handwritten)

Respectfully submitted,

_signature_

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, Texas 78704
(512) 459-3212
TSB# 14927200

*3-PAGES* (handwritten)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Response was mailed via first class mail on ____ day of March, 2007:

Randolph Osherow
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

Michael Buesgens
3112 Windsor Road, Apt A322
Austin, TX 78703

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

DATED: 3 - 6 - 07

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, Texas 78704
(512) 459-3212
TSB# 14927200

1:07CV00127LY
06-11164

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE:    TAWNEY JR., DONALD RAY | * | CASE NO. 07-00127LY |
| | * | |
| DEBTOR. | * | |
| | * | |
| MICHAEL L. BUESGENS | * | |
| APPELEE | * | |
| | * | |
| AND | * | |
| | * | |
| DONALD RAY TAWNEY JR. | * | |
| APPELLANT | * | |

## ORDER DENYING TRANSFER OF VENUE

ON THIS DAY, CAME ON before the Court the Appelee's Motion to Transfer

Venue and for cause would show that it is therefore;

ORDERED that the Appealee's Motion to Transfer Venue is hereby denied.

###

**FILED**

MAR 1 9 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL BUESGENS, | § | |
| APPELLEE, | § | |
| | § | |
| V. | § | CAUSE NO. A-06-CA-127-LY |
| | § | |
| DONALD RAY TAWNEY | § | |
| | § | |
| APPELLANT. | § | |

*IRS*
*HENRY PAULSON*                *DOCUMENT 7*
                              *FILED: 3/19/07*

### ORDER

Before the Court is the Appellee's Motion for Transfer (doc. #3), Appellant's Response (Doc. #5), Appellee's Motion for a Court Ruling (Doc. #6), and Appellant's Motion to Dismiss (Doc. #4).

This case is an appeal from two bankruptcy orders issued by the U.S. Bankruptcy Court, Western District of Texas, Austin Division. Appellee requests an appeal from two orders, one issued on December 4, 2006 and the second issued on December 6, 2006. Under United States Bankruptcy Rule 8002(a), notice of appeal must be entered with the clerk of the court within 10 days of entry of such order. In the present case, Appellee filed his notice on January 23, 2007. Accordingly, the Appeal is untimely and should be dismissed. *WHAT ABOUT THE OTHER ORDERS APPEALED?*

IT IS THEREFORE ORDERED that Appellee's Appeal is DISMISSED WITH PREJUDICE to his right to refile the same or any part thereof.

SIGNED this _19th_ day of March, 2007.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:    TAWNEY JR., DONALD RAY    •    CASE NO. 07-00156LY
                        *IRS*    •
                                  •
MICHAEL L. BUESGENS    •
APPELANT    •
                                  •
VS.    •    *SECOND APPEAL*
                                  •    *OF  06-11164*
DONALD RAY TAWNEY JR.    •
APPELEE *MARK EVERSON*    •

APPELEE'S MOTION TO DISMISS APPEAL
FOR FAILURE TO PAY FILING FEES

COMES NOW, Donald Ray Tawney Jr., by and through his attorney of record,

Charles R. Nettles, and files this his Motion to Dismiss Appeal for Failure to Pay Filing

Fees and for cause would show as follows:

1. This appeal was filed on January 31, 2007. It was supplemented on February 7, 2007.

2. The Appelant is appealing from a series of orders entered by the Bankruptcy court. When the Notice of Appeal was filed, Appellant paid only one filing fee.

3. Appelee would assert that local practice dictates that each order appealed from requires a separate Notice of Appeal. Once the various appeals are then taken, the court may upon Motion, order a consolidation of the various appeals to streamline the process and make the best use of judicial time. It would appear that Appellant has sought to do the same without necessity of judicial intervention.

4. All of the Bankruptcy Rules addressing the issue of an appeal speak in the singular not the plural so it would appear that it was also the intent of the drafters that each appeal be taken up individually and not *en masse*.

WHEREFORE, PREMISES CONSIDERED, Appelee, Donald Ray Tawney,

requests that this appeal be dismissed for failure to pay filing fees.

*BUESGENS DID NOT FAIL TO PAY*
*2-PAGES*

Case 1:07-cv-00156-LY     Document 4     Filed 03/28/2007     Page 2 of 2

Respectfully Submitted,

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 Facsimile
TSB# 14927200
charlesnettles@hotmail.com

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing instrument was mailed via first class U.S. Mail to the following parties:

Randolph Osherow
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

Michael L. Buesgens
3112 Windsor Road, Apt. A322
Austin, TX 78703

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

DATED: 3 - 28 - 07

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 Facsimile
TSB# 14927200

1:07CV00156LY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

2007 APR 26  AM 8 11

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

| | | |
|---|---|---|
| MICHAEL L. BUESGENS, | § | |
| APPELLANT, | § | |
| | § | |
| V. | § | |
| | § | |
| DONALD RAY TAWNEY, | § | CAUSE NO. A-07-CA-156-LY |
| APPELLEE, | § | |

*IRS*
*HENRY PAULSON*

**ORDER**

*DOCUMENT 6*
*FILED : 4/26/07*

Before the Court is Appellant Buesgens's Motion for Verification and Judicial Notice of Bankruptcy Attorney Charles R. Nettles Motions and Pleadings By Bankruptcy Judge Frank R. Monroe filed March 20, 2007 (Clerk's Document 3). By his motion, Buesgens requests that the United States Bankruptcy Court for the Western District of Texas, Austin Division "verify" filings made by Charles R. Nettles, Jr., counsel for Appellee Tawney. He also requests that the United States Bankruptcy Court for the Western District of Texas, Austin Division and this Court take judicial notice of filings made by Nettles.

Tawney's response to Buesgens's motion was due on March 31, 2007. *See* W.D. Tex. Local R. CV-7(d) (requiring party opposed to motion to respond within eleven days of service of motion and allowing district court to grant motion as unopposed if no timely response is filed). To date, however, Tawney has not filed a response. Thus, pursuant to Local Rule CV-7(d), Buesgen's motion may be granted as unopposed if review of the case file reveals that the Court should take notice of the specified filings attached by Buesgens to his motion. *Cf. Johnson v. Pettiford*, 442 F.3d 917, (5th Cir. 2006); *John v. Louisiana Bd. of Trs. for State Colls. & Univs.*, 757 F.2d 698, 707-10 (5th

Cir. 1985). Having considered the motion, the case file, and the applicable law, this Court is of the opinion that the motion should be granted in part and denied in part.

The Court does not have authority to grant Buesgens's request that the bankruptcy court verify and take judicial notice of Nettles's filings. It will, however, grant Buesgens's motion that this Court take judicial notice of Nettles's filings. That Nettles has filed documents in other federal cases is "generally known within the territorial jurisdiction" of this Court and "capable of accurate and ready determination by resorting to sources whose accuracy cannot reasonably be questioned." *See* Fed. R. Evid. 201(b). As Tawney has not opposed Buesgens's request, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that Buesgens's Motion for Verification and Judicial Notice of Bankruptcy Attorney Charles R. Nettles's Motions and Pleadings By Bankruptcy Judge Frank R. Monroe (Clerk's Document 3) is **GRANTED** to the following extent: this Court will take judicial notice of the documents attached to Buesgens's motion. In all other respects, Buesgens's motion is **DENIED**.

SIGNED this _25th_ day of April, 2007.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

Case 1:07-cv-00156-LY    Document 4-2    Filed 03/28/2007    Page 1 of 1

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:    TAWNEY JR., DONALD RAY    *    CASE NO. 07-00127LYFM ✓
*MARK EVERSON*

DEBTOR.                            *    *CASE NO. 07CV00156*
                                   *
MICHAEL L. BUESGENS               *
APPELANT                          *
                                  *
VS.                               *
                                  *
DONALD RAY TAWNEY JR.             *
APPELEE    *IRS*                  *

## ORDER

ON THIS DAY CAME ON for consideration the Motion of Donald R. Tawney to Dismiss Appeal for Failure to Pay Filing Fees.

The Court having considered the matter believes that it has a reasonable basis and it is accordingly:

ORDERED that Appellant's Appeal is hereby dismissed.

Dated:_____

_____
Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

**2007 MAY -4  PM 4 07**

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
　　　　　　DEPUTY

| | |
|---|---|
| MICHAEL L. BUESGENS, | § |
| | § |
| APPELLANT, | § |
| | § |
| | §    CAUSE NO. A-07-CA-156-LY |
| | § |
| | § |
| DONALD RAY TAWNEY, | § |
| *IRS* APPELLEE. | § |
| *HENRY PAULSON* | § |

*DOCUMENT 8*

**ORDER**

Before the Court is Plaintiff's motion for recusal of the undersigned filed May 2, 2007

(Clerk's Document 7). Having considered the case file and the motion for recusal,

**IT IS HEREBY ORDERED** that this cause is **REASSIGNED** to the Honorable Walter

Smith, Chief Judge of the United States District Court for the Western District of Texas, for

consideration of Plaintiff's motion for recusal.

SIGNED this _____ day of May, 2007.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE



**FILED**

2007 MAY -4  PM 4: 06

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
           DEPUTY

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF TEXAS
200 WEST 8TH STREET
AUSTIN, TEXAS 78701

LEE YEAKEL
DISTRICT JUDGE

TELEPHONE:
(512) 916-5756

May 4, 2007

DOCUMENT 9

Hon. Walter Smith
Chief Judge, United States District Court
    for the Western District of Texas
301 United States Courthouse
800 Franklin Avenue
Waco, Texas 76701

RE:    *Buesgens v. Tawney*, No.1:07-CV-156-LY, United States District Court for the Western
        District of Texas, Austin Division

Dear Chief Judge Smith:

    Enclosed please find copies of the following relevant to the above-entitled and numbered cause:

    1.  "Appellant-Plaintiff-Creditor-Adversary Motion for Recusal of 1. Judge Earl Leroy Yeakel, III
and 2. Magistrate Judge Robert L. Pitman";
    2.  Order transferring this motion to you for resolution.

    I will take no further action on any of the six cases pending before me in which Mr. Buesgens is a
party, pending resolution of this motion.

Yours very truly,

Lee Yeakel
U.S. District Judge

Encls.
cc w/o encls: Hon. Robert Pitman

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **MICHAEL BUESGENS,**<br>**Appellant,** | §<br>§<br>§ | |
| **v.** | §<br>§ | **Criminal No. A-07-CA-156** |
| **DONALD RAY TAWNEY,**<br>**Appellee.** | §<br>§<br>§ | |

## O R D E R

Before the Court are documents designated "Plaintiff Buesgens Motion for Recusal

of Judge Earl Leroy Yeakel, III and Judge Robert L. Pittman.

Having laboriously reviewed the stack of documents presented by Buesgens, the

Court finds no allegation against either of these named judges that is not directly related

to normal judicial determinations, that is in any way improper and certainly none that

approach grounds for recusal.

It is therefore,

**ORDERED** that all relief requested by Plaintiff is **DENIED,** and this matter is

returned to the docket of the Honorable Lee Yeakel.

**SIGNED** on this 15th day of May, 2007.


_____

WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE:    TAWNEY JR., DONALD RAY | * | CASE NO. 07-cv-00156LY |
| | * | |
| DEBTOR. | * | |
| | * | |
| MICHAEL L. BUESGENS | * | |
| APPELLANT | * | |
| | * | |
| AND | * | |
| | * | |
| DONALD RAY TAWNEY JR. | * | |
| APPELLEE | * | |

*DOCUMENT 28*
*FILED: 6/15/2007*

**RESPONSE OF CHARLES NETTLES TO MOTION
FOR SANCTIONS OF MICHAEL BUESGENS**

COMES NOW, Charles Nettles, attorney for Donald Ray Tawney Jr. and files

this response to Appellant's Motion for Sanctions and in response would show as

follows:

1. Buesgens Motion for Sanctions is brought under Rule 37 of the FRCP. Rule 37 governs conduct in violation of FRCP, 26 through 36 inclusive. Rules 26 through 36 govern initial disclosures and discovery and are inapplicable to the matter because no disclosures or discovery is permissible as part of an appeal.

2. Buesgens Motion for Sanctions also cites to FRCP 14 and Bankruptcy Rules 7018, 7019 and 7034 all of which are inapplicable to this or any appeal.

3. Paragraphs 18 through 21 of Buesgens Motion pertain to Buesgens' record and issues on appeal which respondent has no control over and which under the cited Bankruptcy Rule of Procedure 8006 is Appellant's responsibility.

4. Paragraphs 22 through 26 refer to the activities of other litigants in other litigation and the actions of various Judges in other litigation over which respondent has no control.

5. Paragraph 27 refers to Bankruptcy Rule 9011 which allow sanctions and states in pertinent part:

   a. Representations to the court

By presenting to the court (whether by signing filing, submitting, or later advocating) a petition, pleading, written motion, or other paper, an attorney or unrepresented party is certifying that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances,

> (1) it is not being presented for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation;

> (2) the claims, defenses, and other legal contentions therein are warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law;

> (3) the allegations and other factual contentions have evidentiary support or, if specifically so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery; and

> (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified are reasonably based on a lack of information or belief.

Rule 9011 is applicable only to procedures in Bankruptcy Court and is inapplicable here.

6. Paragraph 28 alleges that attorney Nettles is acting on behalf of two attorneys from the U.S. Attorneys office. Respondent denies said allegation.

7. Paragraphs 29 through 31 alleges that attorney Nettles has signed false pleadings and Motions in the Bankruptcy Court and U.S. District Court. Attorney denies that he has signed any such false pleadings.

8. Paragraph 32 alleges that attorney Nettles is R. Barry Robinson in the Bankruptcy case and appeals. Respondent Nettles denies that he is R. Barry Robinson in any forum.

9. Paragraph 33 through 37 complains that attorney Nettles misled this court regarding a Motion in a different appeal regarding the timeliness of the appeal. Attorney Nettles denies these allegations and would point out that the Court, after reviewing the record, came to the same conclusion as attorney Nettles.

*THAT'S WHY I FILED MOTION FOR RECUSAL*

10. Paragraphs 38 through 40 allege further misrepresentations by attorney
Nettles in another appeal. Respondent Nettles denies these allegations and
would again point out that court, after reviewing the motion and the law came
to the same conclusion as attorney Nettles. *SAME CONCLUSION*

11. Paragraphs 41 through 43 allege that attorney Nettles consolidated matters in
the Bankruptcy Court with the assistance of R. Barry Robinson. Respondent
would first show that the matter alleged to have been consolidated were not.
Attorney Nettles denies receiving assistance from R. Barry Robinson. Even if
the matters had been consolidated and, even if, Attorney Nettles received
assistance from R. Barry Robinson, neither action amount to sanction able
conduct. *YES THEY DO.*

12. Paragraph 45 and 46 allege that attorney Nettles intentionally lied to the court.
Respondent emphatically denies said allegations.

13. Paragraph 47 through 50 would refer to the allegations of Paragraph 45 and
46. Respondent Nettles will admit that Mr. Buesgens has paid some filing
fees but does know the exact amount. Respondent Nettles emphatically
denies that any of his filings are false. *DOES NOT KNOW*

WHEREFORE, PREMISES CONSIDERED, Respondent requests that this

motion be denied and, further, that attorney Nettles be awarded attorney fees for the time

spend responding to same.

Respectfully submitted,

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, Texas 78704
(512) 459-3212
TSB# 14927200

*NETTLEISMS*
*1:07CV00156LY*

Case 1:07-cv-00156-LY    Document 28    Filed 06/15/2007    Page 4 of 4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Response was mailed via first class mail on _____ day of June, 2007:

Randolph Osherow
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

Michael Buesgens
3112 Windsor Road, Apt A322
Austin, TX 78703

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

R. Barry Robinson
US Attorney's Office
601 NW Loop, Suite 600
San Antonio, TX 78216-5512

DATED: 6-15-07

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, Texas 78704
(512) 459-3212
TSB# 14927200

DOCUMENT 28
1:07CV00156LY

IN THE UNITED STATES DISTRICT COURT    **FILED**
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION    2007 JUL 10  PM 2: 55

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MICHAEL L. BUESGENS, | § | |
| APPELLANT, | § | |
| | § | BY_____ |
| | § | DEPUTY |
| | § | CAUSE NO. A-07-CA-156-LY |
| | § | |
| | § | |
| DONALD RAY TAWNEY, | § | DOCUMENT 30 |
| APPELLEE. | § | |
| | § | |

**ORDER**

Before the Court is Appellant Buesgens's motion to recuse the undersigned filed May 29, 2007 (Clerk's Document 21). On May 2, 2007, Buesgens filed his first motion for recusal of the undersigned in this action, at which time this Court transferred the action to Chief Judge Walter S. Smith, Jr. for resolution of the motion for recusal. By Order rendered May 15, 2007, Chief Judge Smith denied Buesgen's May 2, 2007, motion for recusal, finding no allegation against the undersigned that is not directly related to normal judicial determinations or that is in any way improper. Having reviewed the case file, the Court notes that this Court has taken no action in this cause since Chief Judge Smith's denial of Buesgens's May 2, 2007, motion for recusal of the undersigned. Accordingly, the Court concludes that Buesgens's May 29, 2007, motion for recusal is frivolous, and should be dismissed.

**IT IS THEREFORE ORDERED** that Buesgens's motion for recusal (Clerk's Document 21) is **DISMISSED**.

SIGNED this **10th** day of July, 2007.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

Case 1:07-cv-00209-LY    Document 2    Filed 03/23/2007    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:      TAWNEY JR., DONALD RAY          *      CASE NO. 07-00209LY ✓
            *MARK EVERSON*
                                            *      DOCUMENT 2
MICHAEL L. BUESGENS                         *
APPELANT                                    *      FILED: 3/23/07
                                            *      APPEAL OF
VS.                                         *
                                            *      ADVERSARY NO. 06-01248
DONALD RAY TAWNEY JR.                       *
APPELEE *IRS*

**MOTION TO DISMISS APPEAL AS IMPROPERLY TAKEN** ✓

COMES NOW, Donald Ray Tawney Jr., by and through his attorney of record,

Charles R. Nettles, and files this his Motion to Dismiss Appeal as Improperly Taken and

would show as follows:

1. Appellant filed this appeal on February 5, 2007 appealing four matters. ✓

2. The hearing on said Motion was not scheduled until February 7, 2007. A hearing was held and appellant appeared in person.

3. Appellant has not appealed the order from that hearing and they have become final orders. *IS THAT TRUE?*

4. This appeal is of four Motions. Bankruptcy Rule 8001 speaks of appeals from "a judgment, order or decree,...". Nowhere in Part VIII of the Bankruptcy Rule does it speak to appeals of motions. *IS THAT TRUE?*

5. Movant would assert that because the Bankruptcy Rules only speak to "judgments, order or decrees" that an appeal of a Motion is improper and impermissible.

WHEREFORE, PREMISES CONSIDERED, Appellee, Donald Ray Tawney, ✓

requests that this Court dismiss the appeal.          *2 PAGES*

Case 1:07-cv-00209-LY    Document 2    Filed 03/23/2007    Page 2 of 2

Respectfully Submitted,

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 Facsimile
TSB# 14927200
charlesnettles@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was mailed via first class U.S. Mail to the following parties:

Randolph Osherow
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

Michael L. Buesgens
3112 Windsor Road, Apt. A322
Austin, TX 78703

DATED: 3-23-07

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 Facsimile
TSB# 14927200

WHERE IS CHAPTER 7 TRUSTEE
RANDOLPH OSHEROW ?

Case 1:07-cv-00209-LY    Document 4    Filed 03/23/2007    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:        TAWNEY JR., DONALD RAY        *        CASE NO. 07-00209LYFM ✓
                                             *
DEBTOR.                                      *
                                             *
MICHAEL L. BUESGENS                          *        *DOCUMENT 4*
APPELANT                                     *
                                             *
VS.                                          *
                                             *
DONALD RAY TAWNEY JR.                        *
APPELEE *IRS*                                *
*HENRY PAULSON*        **ORDER**

ON THIS DAY CAME ON for consideration the Motion of Donald R. Tawney to

Dismiss Appeal as Improperly Taken.

The Court having considered the matter believes that it has a reasonable basis and

it is accordingly:

ORDERED that Appellant's Appeal is hereby dismissed. *CHARLES NETTLES*

###

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

2007 MAY -1  PM 3:25

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
            DEPUTY

IN RE: TAWNEY JR., DONALD RAY ~~TXS~~

MICHAEL L. BUESGENS,
§
§                    APPELLANT,
§
§
§
DONALD RAY TAWNEY JR.,
§
§                    APPELLEE.

CAUSE NO. A-07-CA-209-LY

*MARKEVERSON*

**ORDER**

*DOCUMENT 5*
*FILED 5/1/2007*
*APPEAL OF 06-01248*

Before the Court is Appellee Donald Ray Tawny Jr.'s Motion to Dismiss Appeal as

Improperly Taken filed March 23, 2007 (Doc. #2). Appellant's response was due April 6, 2007. *See*

W.D. Tex. Local R. CV-7(d) (requiring party opposed to motion to respond within eleven days of

service of motion and allowing district court to grant motion as unopposed if no timely response is

filed). To date, however, Appellant has not filed a response. Thus, pursuant to Local Rule CV-7(d),

the motion may be granted as unopposed if review of the case file reveals that the motion is well-

taken. *Cf. John v. Louisiana Bd. of Trs. for State Colls. & Univs.*, 757 F.2d 698, 707-10 (5th Cir.

1985).

The motion seeks dismissal of Appellant Michael L. Buesgens's bankruptcy appeal on the

basis that it has been improperly filed under the applicable Bankruptcy Rules. Appellant filed his

appeal on a motion before the bankruptcy court rendered an order or judgment. Thus, Appellant has

not appealed a final order from the bankruptcy court. As noted by Appellee in his motion before this

*YES IT HAS  SEE  06-11164*

Court, Bankruptcy Rule 8001 applies to the appeal form a "judgment, order or decree." Therefore,

he argues, an appeal of a motion prior to the bankruptcy court's final order on the motion renders

the appeal improper and impermissible under the applicable rules. This Court agrees.

**IT IS THEREFORE ORDERED** that Appellee Donald Ray Tawny Jr.'s Motion to Dismiss Appeal as Improperly Taken filed March 23, 2007 (Doc. #2) is **GRANTED** and the bankruptcy appeal is **DISMISSED.**

SIGNED this *1st* day of May, 2007.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

THE APPEAL OF
ADVERSARY NO.
06-01248 FRM

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

*07 MAY -1  PM 3: 26*

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

| | | |
|---|---|---|
| IN RE: TAWNEY JR., DONALD RAY | § | |
| | § | |
| MICHAEL L. BUESGENS, | § | |
| APPELLANT, | § | CAUSE NO. A-07-CA-209-LY |
| | § | |
| | § | |
| DONALD RAY TAWNEY JR., | § | |
| APPELLEE. | § | |

*ADVERSARY 06-01248 FRM*

**FINAL JUDGMENT**

Before the Court is the above entitled cause of action.  On this same date, the Court signed

an order dismissing Appellant's bankruptcy appeal.  Accordingly, the Court renders the following

final judgment.

**IT IS ORDERED** that this cause is **DISMISSED** as improperly filed under the applicable

Rules of Bankruptcy.  *WHAT ABOUT IMPLIED ?*

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED**.

SIGNED this *1st* day of May, 2007.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

USCA5 Docket Sheet for 07-50686                    http://pacer.ca5.uscourts.gov/cgi-bin/dktrpt.pl?CASENUM=07-506...

| Home | PACER | Deadlines | Statuses |                                    | Help |

# General Docket
## US Court of Appeals for the Fifth Circuit

Court of Appeals Docket #: 07-50686                    Filed: 5/31/07
Nsuit:    0
Buesgens v. Tawney
Appeal from: Western District of Texas, Austin

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0542-1 : 1:07-CV-156
    Ordering Judge: Lee Yeakel, US District Judge
    Date Filed: 3/5/07
    Date order/judgment: **/**/**          *BANKRUPTCY*
    Date NOA filed: 5/22/07                 *APPEAL*

Fee status: Paid                                      *FIFTH CIRCUIT*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
    None
Current cases:
    None

Docket as of June 29, 2007 9:31 pm                    Page 1


07-50686 Buesgens v. Tawney

In The Matter Of: DONALD RAY              *MARK EVERSON*
TAWNEY                                    *HENRY PAULSON*
        Debtor

------------------------


MICHAEL L BUESGENS                  Michael L Buesgens
        Appellant                   512-339-6005
                                    Apartment A322
                                    [NTC pse]
                                    3112 Windsor Road
                                    Austin, TX 78703


    v.


DONALD RAY TAWNEY                   Charles R Nettles          *WHERE IS*
        Appellee                    FAX 512-459-0842           *MR NETTLES?*
                                    512-459-3212
                                    Suite 233
                                    [NTC ret]
                                    1524 S IH 35
                                    Austin, TX 78704

Docket as of June 29, 2007 9:31 pm                    Page 2


07-50686 Buesgens v. Tawney

In The Matter Of: DONALD RAY TAWNEY

                Debtor    *IRS*
                          *HENRY PAULSON*
------------------------

MICHAEL L BUESGENS

            Appellant

    v.

DONALD RAY TAWNEY

                Appellee

Docket as of June 29, 2007 9:31 pm                    Page 3


07-50686 Buesgens v. Tawney

5/31/07        Bankruptcy case docketed. NOA filed by Appellant Michael L
               Buesgens. [07-50686] (rfp)

Docket as of June 29, 2007 9:31 pm                    Page 4

?

### PACER Service Center
#### Transaction Receipt
07/14/2007 18:25:56

| | | | |
|---|---|---|---|
| PACER Login: | | Client Code: | |
| Description: | dkt report | Case Number: | 07-50686 |
| Billable Pages: | 4 | Cost: | 0.32 |

**Note: The 'as of' date shown is the date of the last public or private docket entry. The docket does, however, show all entries as of <u>today's</u> date.**

MDL DOCKET NO. 1800

**THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN MARCH 12, 2007**

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC 20002-8004

*MDL-1800*

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

__X__   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
        the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

        Except for leave of the Panel on a showing of good cause, only those parties to actions
        scheduled for oral argument who have filed a motion or written response to a motion or order
        shall be permitted to appear before the Panel and present oral argument.

        Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral
        argument for the purpose of selecting a spokesperson to avoid duplication during oral
        argument.

_____  This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
        pursuant to Rule 16.1(d).

_____  This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL
        OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
        designated attorney shall present oral argument at the Panel hearing session on behalf of the
        designated party/parties pursuant to Rule 16.1(d).

 _2-22-07_          _Charles R. Nettles_                 _____
   Date                   Name                           Authorized Signature

Party/Parties Represented, District(s) & Civil Action Number(s) (list even if waiving):

      Michael L. Buesgens v. Donald Ray Tawney
      Bky. Advy. No. 1:06-1248

Name and Address of Attorney Designated to Present Oral Argument:

      Charles R. Nettles
      1524 South IH-35
      Suite 233
      Austin, TX 78704

*4-PAGES*

Telephone No.:  _512-459-3212_

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE
WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Presentation or Waiver of Oral Argument was mailed via United States First Class mail to the following parites:

David Armbrust
Armbrust R. Brown, LLP
100 Congress Avenue, Suite 1300
Austin, TX 78701-2744

Steven Bass
Assistant U.S. Attorney
816 Congress Avenue, #1000
Austin, TX 78701

Frank Brown, IV
Armbrust R. Brown, LLP
100 Congress Avenue, Suite 1300
Austin, TX 78701-2744

Gregory Cagle
Armbrust, Brown & Davis, LLP
100 Congress Avenue, Suite 1300
Austin, TX 78701

Edward Cruz
Texas Solicitor
Office of the Attorney General
PO Box 12548
Austin, TX 78711

Robert Harwood
Equal Employment Opportunity Comm.
5410 Fredericksburg Road #200
San Antonio, TX 78229-3555

Guy Joyner
Texas Secretary of State
PO Box 12079
Austin, TX 78711-2079

Marc Malinger
State Farm Lloyds
8900 Amber Glen Blvd.
Austin, TX 78729

Barbara Atkins
National Treasury Employees Union
1750 H. Street, NW
Washington, DC 20006

Chester E. Beaver
City of Austin Attorney
PO Box 1546
Austin, TX 78767

Michael L. Buesgens
3112 Windsor Road
A322
Austin, TX 78703

Gerald Carruth
Assistant US Attorney
816 Congress Avenue, #1000
Austin, TX 78701

Ben C. Florey, Jr.
Law Office of Ben C. Florey, Jr.
10800 Guadalupe Street
Austin, TX 78701

Derek Howard
Howard & Kobelan
100 Congress Avenue, Suite 1720
Austin, TX 78701-4042

Dunham Jewett
Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019

Shelley Bush Marmon
Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019

Timothy Mashburn
Texas Comptroller
PO Box 13528
Austin, TX 78711

Karen Melnik
US Attorney's Office
555 Fourth Street, NW, Room E4112
Washington, DC 20530

James Petrucci
Federal Labor Relations Authority
Richard Zorn, Solicitor General
1400 K Street NW #300
Washington, DC 20424-0001

Jennifer Randall
Equal Employment Opportunity Commission
5410 Federicksburg Road #200
San Antonio, TX 78229-3555

Barry Robinson
Assistant US Attorney
816 Congress Avenue, Suite 1000
Austin, TX 78701

Thomas Stanton
Dept of Treasury Internal Revenue Service
4050 Alpha Road, 7th Floor
Mail Stop 2500 MSRO
Dallas, TX 75244-4203

Judith Taylor
Equal Employment Opportunity Comm
5410 Federicksburg Road #200
San Antonio, TX 78229-3555

William Warren, III
Warren Law Firm
1011 Westlake Drive
Austin, TX 78746

Hugh L. McCulley
Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019

Ann Morgan
City of Austin Assistant Attorney
PO Box 1546
Austin, TX 78767

Michael Powell
Texas Secretary of State
PO Box 12079
Austin, TX 78711-2079

Maureen Ray
State Bar of Texas
PO Box 12487
Austin, TX 78711-2487

Michael Salyards
Dept. of Treasury IRS
4050 Alpha Road, 7th Floor
Mail Stop 2500 MSRO
Dallas, TX 75244-4203

Dennis Schneider
National Treasury Employees Union
1750 H. Street
Washington, DC 20006

Felix Tarango
County Attorney
PO Box 1748
Austin, TX 78767

Julie Wilson
Assistant Counsel
National Treasury Employees Union
1750 H Street NW
Washington, DC 20006

DATED: 2-28-07

CHARLES W. NETTLES
ATTORNEY AT LAW
1524 SOUTH IH-35, SUITE 233
AUSTIN, TEXAS 78704
(512) 459-3212
TSB# 14927200

# United States Bankruptcy Court
## for the District of Columbia

In re:

Michael L. Besegena

Debtor

Plaintiff

Henry Paulson, Mark Everson, Donald Ray Tawney Jr

Defendant

Bankruptcy Case No.     06-11164 W. Dist of Texas

**FILED**

MAR - 8 2007

Clerk
U.S. Bankruptcy Court for D.C.

Adversary Case No. 07-10008

DEBTOR - CHARLES R. NETTLES

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to complaint within 35 days.

07-10008

| Address of Clerk: |
|---|
| Clerk's Office<br>U.S. Bankruptcy Court<br>333 Constitution Ave., NW, #4400<br>Washington, D.C. 20001 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
|---|
| Michael L. Besegena PRO SE<br>3112 Windsor Rd #A322<br>Austin, TX 78703 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference in this matter will be held in Courtroom 1, United States Courthouse, Washington, D.C. on 5/8/07 at 9:30 AM.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Clerk of the Bankruptcy Court
By: Sally Myers

3/8/07

2-PAGES

Date                                                Deputy Clerk

## CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ by:

     (date)

☐ **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at

☐ **Residence Service:** By leaving the process with the following adult:

☐ **Publication:** The defendant was served as follows: [Describe briefly]

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____

as follows: [Describe briefly]                                    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____        _____
     Date                                                Signature

_____
    Print Name

_____
    Business Address

_____
    City                    State              Zip