UNITED STATES DISTRICT COURT.
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

MICHAEL L. BUESGENS
PLAINTIFF

V.

1. R. BARRY ROBINSON, ASSISTANT
U.S. ATTORNEY
816 CONGRESS AVENUE, #1000
AUSTIN, TEXAS 78701

2. KAREN MELNIK, ASSISTANT
U.S. ATTORNEY
555 FOURTH ST, NW
E4112
WASHINGTON, DC 20530

3 PAT S. GENIS, ASSISTANT
U.S. ATTORNEY-TAGALONG
P.O. BOX 227
WASHINGTON, DC 20044

CIVIL NO:
1:06CV
01964
RBW

RECEIVED
JUL 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. CHARLES ENOS BROWN
EVICTION ATTORNEY
3624 NORTH HILLS DRIVE
B-100
AUSTIN, TEXAS 78731
                    ET. AL.
        DEFENDANTS

CIVIL NO.
1:06 CV
01964
RBW

I    PLAINTIFF MICHAEL L BUESGENS
RESPECTFULLY REQUESTS THIS
**COURTS ORDER** FOR THE
PRODUCTION OF MEDICAL RECORDS
**TO**

1. R. BARRY ROBINSON — AUSA
2. KAREN MELNIK — AUSA
3. PAT S. GENIS — AUSA

**AND**

4. NEAL LEE PRESANT, M.O. — BETHESDA, MD
5. MARK NORMAN FRANK, M.O. — DENVER CO
6. JAMES WILLIAM ALLEN, M.O. — WILMINGTON, DE
OCCUPATIONAL MEDICINE SPECIALISTS

**AT**

7. FEDERAL OCCUPATIONAL HEALTH — **FOH**
8. PROGRAM SUPPORT CENTER — **PSC**
9. U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES — **HHS**

2

10. PLAINTIFF BUESGENS REQUESTS THEIR MEDICAL RECORDS AND

11. CASE NOTES AND TREATMENT RECORDS FOR THE MEDICAL TREATMENT. THE FOREGOING DOCTORS PROVIDED TO MICHAEL L BUESGENS IN 2002 AND 2003 AND 2004

12. FOR HIS REASSIGNMENT REQUEST AND THEIR DETERMINATION THAT BUESGENS IS A QUALIFIED INDIVIDUAL WITH A DISABILITY PER THE AMERICANS WITH DISABILITIES ACT AS INCORPORATED INTO THE REHABILITATION ACT OF 1973, AS AMENDED

13. BUESGENS IS REQUESTING ALL THE COMMUNICATION THAT THE DOCTORS HAD WITH IRS "IN HOUSE" EEO REASSIGNMENT COORDINATOR

14. MARGARET F. WAITES AUSTIN, TEXAS

3

15. WITH AND I.R.S. - DEPARTMENT OF TREASURY OFFICIALS FOR
16. MEDICAL RECORDS
17. DIAGNOSIS
18. PROGNOSIS
19. TREATMENT
20. RECOMMENDATIONS
21. ADVISORIES
22. MEDICAL OPINIONS

23. COMMUNICATED BY
A. LETTER
B. E MAIL
C. ORALLY AND
24. THEIR CONTACTS WITH MY DOCTOR AT THAT TIME

25. DAVID G. JONES M.D.
6406 N. IH 35 SUITE 1805
AUSTIN, TEXAS 78752
PHONE: 512-474-5904
FAX: 512-474-1839

4

26. R. BARRY ROBINSON, AUSA HAS CONTINUALLY LIED TO THE COURTS.

27. FOR EXAMPLE IN CIVIL NOS.
    A. 1:05 CV 2435 SS
    B. 1:06 CV 00967 LY-RP AND

28. MR. ROBINSON TELLS ✓ THE COURTS THAT BUESGENS WAS ONLY ✓ PERCEIVED AS BEING DISABLED

29. THIS IS THE SAME THING ✓ ROBINSON'S BUDDY - IRS - GLS - EEO ATTORNEY MICHAEL LYNN SALYARDS ✓

30. A. SAID AT THE EEOC HEARING ON 12/16/2003
    B. EEOC # 360-2003-8286X

31. WHEN IN FACT THEY BOTH KNOW THAT A LETTER WAS SIGNED BY THE DOCTORS IN JANUARY 2003 THAT CERTIFIED BUESGENS AS DISABLED PER ADA.

5

32. **SEE** EXHIBIT OF THIS LETTER DATED: JANUARY 29, 2003 AND

33. **SEE** R. BARRY ROBINSONS COURT FILINGS IN THE FOREGOING CIVIL ACTIONS

34. **THE U.S.** ATTORNEYS HAVE ALSO **PLAYED** IN ACTIVE ROLE IN PREVENTING BUESGENS ACCESS **TO. FOH** MEDICAL RECORDS

35. THAT BUESGENS HAS BEEN REQUESTING SINCE **2005** AND THAT IS STILL **DENIED IN 2007.**

36. **ALL** OF THIS HAS CONTRIBUTED **TO** THE ONGOING CIVIL LITIGATION AND THE PREMATURE CLOSINGS OF MICHAEL BUESGENS CASES.

37. THE COURTS IN AUSTIN, TEXAS AND THE FIFTH CIRCUIT HAVE CONTINUALLY OMITTED AND DELETED THE MANY RECORDS PLAINTIFF BUESGENS HAS SUBMITTED TO THEM IN SUPPORT OF THE FOREGOING.

## II    CONCLUSION

1. EVIDENCE AND FACTS HAVE BEEN AND CONTINUE TO BE CONCEALED BY ATTORNEYS AND DEFENDANTS

2. COVERING UP THEIR WRONG DOING.

3. PRODUCING AND ALL THIS CIVIL LITIGATION IN MANY FORUMS

4. BUESGENS LOOKING FOR RULINGS BASED ON THE LAW AND DISCOVERY AND DISCLOSURE.

7

5. PLAINTIFF BUESGENS HAS BEEN CONTINUALLY BEATEN DOWN AND LABELED AS CRAZY — INCOHERENT — ABUSER OF THE LITIGATION SYSTEM

6. BY ATTORNEYS AND JUDGES

7. HIS COMPLAINTS LABELED FRIVOLOUS AND RAMBLING :

8. COMPLEX LITIGATION = MULTI DISTRICT LITIGATION RAMBLES. BECAUSE OF THE SUITS WITHIN A SUIT AND CONTINUING MULTIPLE CAUSES OF ACTION

9. ACCRUING OVER THE YEARS.

10. ADDING MORE PLAYERS AND PARTIES OF INTEREST

RESPECTFULLY SUBMITTED

*Michael C Buesgens*

MICHAEL C BUESGENS    7/18/07

8

# III DECLARATION AND VERIFICATION OF MICHAEL L BUESGENS

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND THAT THE EXHIBITS ARE TRUE

PURSUANT TO 28 USC SECTION 1746

EXECUTED ON THIS 18 TH DAY OF JULY, 2007

MICHAEL L BUESGENS
1:06CV01964 RBW
AND
RELATED
1:07CV00859 RBW

9



1:06CV 01964 RBW
RELATED: 1:07CV00859 RBW

# EXHIBITS

1. JANUARY 29, 2003 LETTER
FROM MARK NOENTO FRANK, M.D.
FEDERAL OCCUPATIONAL HEALTH
FOH
2-PAGES

2. FEBRUARY 11, 2003 MEMORANDUM
FROM - IR'S "IN HOUSE"
EEO
REASSIGNMENT COORDINATOR
MARGARET F. WAITES
AUSTIN, TEXAS
1-PAGE

12



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Program Support Center

Federal Occupational Health Service
4350 East-West Highway
Bethesda, Maryland 20814

January 29, 2003

Margaret Waites
EEO & Diversity Territory Office
Internal Revenue Service
P.O. Box 934 MS 1105 AUSC
Austin, Texas 78767

Fax 512-460-7955

Re: Reasonable Accommodation Request for Mr. Michael Buesgens

Dear Ms. Waites:

This letter is in response to the request for reasonable accommodation for IRS employee, Mr. Michael Buesgens. Mr. Buesgens is a Customer Service Representative, GS-0962-08. I have received your package of information including:

- o  Memorandum, Ms. Waites, 1/24/03, Request for Reasonable Accommodation
- o  Authorization for Release of Medical Information, Dr. David Jones, 1/24/03
- o  Internal Revenue Service Standard Position Description, "Customer Service Representative", GS-962-08
- o  Physicians Statement from Dr. David Jones, 9/1/02
- o  Medical Notes, Dr. David Jones, 10/1/01-8/28/02

I spoke with you to review this request. Mr. Buesgens is a Customer Service Representative, who is expected to perform telephone activities as a critical element/essential function of his job. Included under the "Major Duties" of the Standard Position Description," is the statement, "Completes contacts, i.e. conducts personal or telephone interviews with a wide range of individuals..." "This position covers work performed on the Customer Service Toll-Free system used by the public to resolve issues and obtain information about tax administration."

The Physician's Statements list some physical limitations, which do not seem to be at issue with regard to his occupational activities. The primary issue affecting his work would be the restriction, "no phone work." I spoke with Dr. Jones to review the information he has provided. He has confirmed the diagnosis, evaluation, treatment, and prognosis for Mr. Buesgens. He confirmed this condition impacts his activities of daily living and he is disabled per the definition of disability pursuant to the Americans' with Disabilities Act (ADA). The requested accommodation is directly related to his medical condition.



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Program Support Center

Federal Occupational Health Service
4350 East-West Highway
Bethesda, Maryland 20814

I believe Mr. Buesgens is an individual with a disability per the ADA. The activity of
using phones does appear to be an essential function ("Major Duty") of the job of
Customer Service Representative. If it were possible to reassign duties with other staff
of a similar job description and eliminate the use of the phone by Mr. Buesgens, this
could be considered as a reasonable accommodation. However, if this were not
possible administratively, consideration could also be given to a job reassignment to a
position for which Mr. Buesgens is a qualified individual with or without reasonable
accommodation and consistent with the policies and procedures of the Internal Revenue
Service.

I hope this information has been helpful. Please contact this office at (301) 594-4209 if
I can be of any further assistance in this matter.

Sincerely,

Mark Frank, M.D.
Occupational Medicine Consultant
Board Certified, Occupational Medicine
Board Certified, Internal Medicine



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**ATLANTA, GA 30308**

February 11, 2003

MEMORANDUM FOR MICHAEL BUESGENS

FROM: Margaret Waites,
Reasonable Accommodation Coordinator

SUBJECT: **REQUEST FOR MEDICAL DOCUMENTATION**

*In response to your request for clarification of the original assessment for your request for reasonable accommodation, I am providing a copy of the medical assessment completed by the Federal Occupational Health (FOH) physician, Dr. Mark Frank. This assessment and review of the medical information you provided was conducted to determine your job limitations and recommendations for how the agency can provide reasonable accommodations.*

*Your manager will discuss the accommodations that will be implemented with you.*

*If you have questions regarding the contents of this letter, please feel free to contact me at (512) 460-4392.*

*Attachments:*
*Dept. of Health & Human Resource Letter dated January 29, 2003*