RECEIVED

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

MICHAEL L. BUESGENS
PLAINTIFF

V.

CIVIL NO.
1:07CV
00859
RBW

1. MARK EVERSON COMMISSIONER
INTERNAL REVENUE SERVICE
RESPONDENT SUPERIOR

2. JOHN W. SNOW SECRETARY
DEPARTMENT OF THE TREASURY
TORT CLAIM 1:06CV01558RCL

3. HENRY PAULSON SECRETARY
DEPARTMENT OF THE TREASURY
TORT CLAIM 1:06CV00967LY

4. DONALD RAY TINNELL JR
IRS SUPERVISOR
VOLUNTARY CHAPTER 7

5.            DEFENDANTS, ET.AL



PLAINTIFF BUESGENS **NOTICE TO** THIS COURT OF **PARTIES OF INTEREST** IN THIS BANKRUPTCY APPEAL AND FEDERAL TORT CLAIMS ACT — PERSONAL INJURY

1. THE FOLLOWING PARTIES OF INTEREST ARE **WELL KNOWN** BY ASSISTANT U.S. ATTORNEYS.

A. R. BARRY ROBINSON — 1:06CV01964RBW
B. KAREN MELNIK — 1:06CV01964RBW
C. PAT S. GENIS

2. **THE PARTIES**

3. DEPARTMENT OF HEALTH AND HUMAN SERVICES — **HHS**

4. PROGRAM SUPPORT CENTER — **PSC**

5. FEDERAL OCCUPATIONAL HEALTH — **FOH**

6. LILLIAN KOENIG — DIRECTOR — **FOH**

2

7.    NEAL LEE PRESANT, M.D. — FOH
    A.  FAMILY MEDICINE!
    B.  OCCUPATIONAL MEDICINE — MARYLAND

8.    MARK NORMAN FRANK, M.D. — FOH
    A.  INTERNAL MEDICINE!
    B.  OCCUPATIONAL MEDICNE
    C.  FEDERAL OCCUPATIONAL HEALTH
    D.  PINNACOL ASSURANCE — DENVER, CO
         AND

9.    JAMES WILLIAM ALLEN, M.D. — FOH
    A.  PATHOLOGY
    B.  OCCUPATIONAL MEDICINE
    C.  WILMINGTON, DELAWARE

10.    HEALTH CARE SERVICES CORPORATION

11.    BLUE CROSS BLUE SHIELD

12.    MAGELLAN BEHAVIORAL HEALTH

3

# II        BACKGROUND

1. PLAINTIFF MICHAEL BUESGENS IS A FORMER I.R.S. EMPLOYEE

2. BUESGENS REQUESTED REASSIGNMENT AND REASONABLE ACCOMMODATION IN 2002 AND 2003 AND 2004.

3. BUESGENS WAS DENIED A REASONABLE REASSIGNMENT

4. BUESGENS WAS WRONGFULLY TERMINATED FROM HIS JOB -CUSTOMER SERVICE- GRADE 8 STEP 5 ON MARCH 7, 2005

5. INVOLUNTARY DISABILITY RETIREMENT WITH OFFICE OF PERSONNEL MANAGEMENT - OPM

6. SEE OPM REGULATIONS ON AGENCY DUTIES FOR REASSIGNMENT AND RETIREMENT

4

7. SEE EEOC REGULATIONS A SPECIAL PLACEMENT AUTHORITY FOR CURRENT EMPLOYEES.

8. INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY CONTRACTS WITH

9. DEPARTMENT OF HEALTH AND HUMAN SERVICES - HHS AND

10. FEDERAL OCCUPATIONAL HEALTH - FOH AND

11. HEALTH CARE SERVICES CORPORATION AND

12. MAGELLAN BEHAVIORIAL HEALTH AND

13. BLUE CROSS BLUE SHIELD
14. FOR

15. HEALTH CARE SERVICES INCLUDING MEDICAL OPINION AND DETERMINATION ON REASSIGNMENT AND REASONABLE ACCOMMODATION AND TREATMENT RECOMMENDATIONS

5

16. BUESGENS CLAIMS THE FOREGOING PARTIES OF INTEREST HAVE BREACHED A DUTY OWED

17. FAILED TO PERFORM A DUTY OWED

18. ACTIVELY PARTICIPATED IN A COLLUSION WITH U.S. ATTORNEYS AND IRS-GENERAL LEGAL SERVICE ATTORNEYS IN CONCEALING EVIDENCE THAT WOULD SUPPORT HIS CLAIMS OF

19. DISCRIMINATION
20. RETALIATION
21. FAILURE TO REASSIGN
22. WRONGFUL TERMINATION OF EMPLOYMENT
23. DISABILITY
24. REFUSAL AND FAILURE TO PROVIDE MEDICAL RECORDS

25 CASE NOTES

26. RECOMMENDATIONS

6

27. PROGNOSIS
28. DIAGNOSIS
29. BIPOLAR

30. THE FOREGOING IS A CONTINUATION INTO **2007**

31. THAT BEGAN IN **2003**

32. SEE EEOC HEARING 12/16/2003
EEOC NO 360-2003-8286X

33. JUDGE ROBERT LYNN POWELL
34. MICHAEL LYNN SALYARDS - IRS - GLS - EEO ATTORNEY

35. RUSSELL BOKEMAN - **NTEU** CHIEF STEWARD CHAPTER 247

36. DENNIS SCHNEIDER - **NTEU** UNION

37. BARBARA A. ATKIN - GENERAL COUNSEL **NTEU** - 1:06CV01964RBW

7

38. A. **NO** DISCOVERY **FOR EEOC**
A. **NO.** 360-2003-8286 ✗

39. **NO.** DOCUMENTS
40. **NO** EXHIBITS

AND
41. **EEOC** ATTORNEY JENNIFER RANDALL
IN DENVER COLORADO DOESN'T
KNOW WHERE THOSE EXHIBIT
RECORDS ARE THAT BUESGENS
STARTED REQUESTING IN **2005**

42. **FROM**
**EEOC/GOV/**
**SYSTEM OF RECORDS**

43. **SEE** JENNIFER RANDALL IN
CIVIL NO. **1:05CV00243SS**

AND
44. R. BARRY ROBINSON **-AUSA**

AND
45. A. JUDGE SAM SPARKS
A. **CASE CLOSED** : 12/06/2006

B. BILL OF COSTS **TO** BUESGENS

8

1:07 CV 00859 RBW
RELATED
1:06 CV 01964 RBW

RESPECTFULLY SUBMITTED

*Michael L Buesgens*

MICHAEL L BUESGENS

JULY 29, 2007

# CERTIFICATE OF SERVICE

I, CERTIFY THAT ONE TRUE COPY
OF THIS NOTICE OF PARTIES
OF INTEREST WAS SERVED BY
FIRST CLASS MAIL ON THIS 30TH DAY
OF JULY, 2007

ADDRESSED TO:

1. BARBARA A. ATKIN GENERAL COUNSEL
2. RUSSELL BOKELMAN - CHIEF STEWARD
CHAPTER 247 - NTEU
1750 H STREET, NW
WASHINGTON, DC 20001

9

3.  **CHARLES R NETTLES**
4.      BANKRUPTCY ATTORNEY
5.      DONALD RAY THIGNEY, JR
6.      THOMAS E. THEIS
7.      RUSSELL B. KELLING
        R. BARRY ROBINSON
        1524 SOUTH IH 35, SUITE 233
        AUSTIN, TEXAS    78704

8.  **PAT S. GENIS**
9.      KAREN MELNIK
10.     MICHELLYNN SALYAROS
11.     MARY-ELLAN KRCHA
12.     MARK S. KAIZEN
13.     R. BARRY ROBINSON
14.     U.S. ATTORNEYS OFFICE
        P.O. BOX 227
        WASHINGTON, DC  20044

15  **JENNIFER RANDALL-EEOC** ATTORNEY
        COLORADO BKCID. **33240**
        **EEOC #** 360-2003-8206Y
        CIVIL NO. 1:05CV00243SS
        FIFTH CIRCUIT # **05-60879**
        303 EAST 17TH AVENUE, #510
        DENVER, COLORADO  80203
        , 10

16. **NEAL LEE PRESANT, M.D.**
17. MARK NORMAN FRANK, M.D.
18. JAMES WILLIAM ALLEN, M.D.
19. FEDERAL OCCUPATIONAL HEALTH - **FOH**
20. DEPARTMENT OF HEALTH AND
    HUMAN SERVICES - **HHS**
    ALL RIGHTS BLDG NORTH
    4550 MONTGOMERY AVE SUITE 950
    BETHESDA, MARYLAND 20814

PHONE: 301-594-0273
FAX: 301-594-4991


MICHAEL L BUESGENS
FORMER **IRS** EMPLOYEE
3112 WINDSOR RD #A322
AUSTIN, TEXAS 78703

512-339-6005 X 7958
FAX: 512-339-6099
MIKEBUESGENS@HOTMAIL.COM
JULY 29, 2007

11



EXHIBITS FOR
CIVIL NO.    T: O7CV00859RBW

1. JULY 22, 2007

BUESGENS COMPLAINTS TO
STATE PHYSICIAN REVIEW BOARDS

A. MARYLAND
B. COLORADO
C. DELAWARE

8- PAGES - PLUS FAX CONFIRMATIONS

2. JULY 29, 2007
ANOTHER AUTHORIZATION TO
RELEASE MEDICAL RECORDS
TO
A. MAGELLAN BEHAVIORAL HEALTH
AND
B. BLUE CROSS BLUE B
AND
C. F. REX WIER, M.D. — PSYCHIATRIST

17 - PAGES

12

1:07 CV 00859 RBW

EXHIBIT 1

JULY 22, 2007

1.  MICHAEL L BUESGEUS
    EXTENDED STAY AMERICA
    MAILING ADDRESS
    3112 WINDSOR RD #A322
    AUSTIN, TEXAS 78703
    512-339-6005 X 1958
    FAX: 512-339-6099
    MIKE BUESGENS @HOTMAIL

2.  RE: MY COMPLAINTS TO STATE MEDICAL
    EXAMINER BOARDS
    REGARDING THE FOLLOWING DOCTORS

3   NEAL LEE PRESANT, M.D. — BETHESDA, MD
    A: FEDERAL OCCUPATIONAL HEALTH — FOH
    B: OCCUPATIONAL MEDICINE
    C. FOH — PSC — HHS

4.  JAMES WILLIAM ALLEN M.D — WILMINGTON, DE
    A: FEDERAL OCCUPATIONAL HEALTH — FOH
    B: OCCUPATIONAL MEDICINE
    C. FOH — PSC — HHS

PAGE 1 OF 8

5. MARK NORMAN FRANK, M.D. - DENVER, CO
   A. FEDERAL OCCUPATIONAL HEALTH - FOH
   B. OCCUPATIONAL MEDICINE
   C. FOH - PSC - HHS
                  AND
   D. PINNACOL ASSURANCE - DENVER, CO

6. MY COMPLAINTS TO MEDICAL BOARDS
   IN
   A. MARYLAND
   B. COLORADO
   C. DELAWARE

7. THIS IS TO NOTIFY YOU OF A LETTER
   I RECEIVED FROM MARYLAND
   CAROL PALMER - SUPERVISOR - INTAKE
   DATED: JULY 12, 2007

8. WHAT PERTINENT MATERIAL ON THE
   MARYLAND DOCTORS REVIEW. ?

9. WHAT IS CONSIDERED PERTINENT
   MATERIAL ?

10. WHY DIDN'T ANYONE CONTACT ME FOR
    ALL THE PERTINENT MATERIAL I HAVE ?

2

11. ATTACHED IS A COPY OF THIS PATHETIC LETTER FROM MARYLAND DOCTORS

12. I AM FAXING A COPY OF THIS LETTER TO THE FOLLOWING:

13. NEAL LEE PRESANT, M.D. — FOH
BETHESDA, MD
FAX: 301-594-4991

14. MARYLAND DEPARTMENT OF HEALTH
AND MENTAL HYGIENE
PHONE: 410-764-4777          NEAL
FAX: 410-358-2252            PRESANT
                             M.D.

15 COLORADO BOARD OF MEDICAL EXAMINERS
PHONE: 303-894-7695          MARK
FAX: 303-894-7692            FRANK, MD

16 DELAWARE BOARD OF MEDICAL PRACTICE
JAMES WILLIAM ALLEN, MD
PHONE: 302-744-4507
FAX: 302-739-2711

3



17   MAGELLAN BEHAVIORIAL HEALTH SERVICES
     DANIEL M. GREGOIRE
     GENERAL COUNSEL
     FAX: 410-953-5209

18.  HEALTH CARE SERVICE CORPORATION
     BLUE CROSS BLUE SHIELD OF TEXAS
     R. BRENT COOPER, ATTORNEY IN CHARGE
     FAX: 214-712-9540

19.  ROBERT ECKERT - DIRECTOR - HHS
     FOIA
     PHONE: 202-690-7453
     FAX: 202-690-8320

          SINCERELY
          Michael Burgos
          MICHAEL LAVESOENS
          JULY 22, 2007

                    4



STATE OF MARYLAND

# DHMH    Board of Physicians

## Maryland Department of Health and Mental Hygiene
4201 Patterson Avenue • Baltimore, Maryland 21215-2299

Martin O'Malley, Governor – Anthony G. Brown, Lt. Governor – John M. Colmers, Secretary

July 12, 2007

Michael L. Buesgens
3112 Windsor Road, #A322
Austin, TX 78703

Re: Neal Presant, M.D.

Dear Ms. Buesgens:

The Board must assure that the citizens of Maryland receive competent medical care from licensed physicians and that the physician is complying with the laws of Maryland. However, the Board is empowered to act only when there is evidence to substantiate charging a physician under the forty grounds enumerated in Health Occupations Article, Section 14-404. The Board can take either formal action against a physician's license, such as a reprimand, suspension or revocation, or informal action by advising the physician of the standards governing the practice of medicine. The Board may also close a matter without taking action.

A preliminary investigation was conducted regarding your complaint. This investigation included obtaining all pertinent material related to the complaint and a review by a Board medical consultant. After completion of this investigation, the Investigative Review Panel determined that this did not form the basis of a chargeable offense or would not meet the standard of proof required by law.

The Board appreciates your taking the time to bring to its attention your concerns regarding this physician. If you have any questions, please contact me at 410-764-5979.

Sincerely,

*Carol Palmer*

Carol Palmer
Supervisor, Intake Unit

CP/nll

cc:    C. Irving Pinder, Jr., Executive Director

5



BLUECROSS BLUE SHIELD
MAGELLAN BEHAVIORAL HEALTH
HEALTH SERVICES CORPORATION
FEDERAL OCCUPATIONAL HEALTH
IRS
DEPARTMENT OF THE TREASURY



**Federal Occupational Health (FOH)**

**Employee Assistance Program (EAP)**    *EXPEDITED REQUEST*

**Authorization to Use or Disclose Protected Health Information (PHI)**

I, _MICHAEL L BUESGENS_                                        _9 . 3 . 1950_
   *(Client Name)*                                         *(Date of Birth - MM/DD/YYYY)*

_3112 WINDSOR RD #A322 AUSTIN, TX 78703_
   *(Address)*              *(City)*        *(State)*    *(Zip Code)*

                           _PHONE: 512-339-6005 x 7958_

hereby give permission to FOH or its designee, Magellan Behavioral Health, or any of its subsidiaries or affiliates ("Magellan") and the Magellan staff performing services in connection with my EAP services, to *(check one or both boxes)*:

[X] **DISCLOSE** information to:

**AND / OR**

[X] **OBTAIN** information from:

_L. REX WIER, M.D. PSYCHIATRIST_
*(Name of provider or position of employer contact - e.g., supervisor, medical department, human resources department)*

_3724 JEFFERSON ST. SUITE 111 AUSTIN, TX 78731_
*(Address)*                  *(City)*           *(State)*  *(Zip Code)*

_512-452-0109_                          _512-452-2706_
*(Phone Number)*                        *(Fax Number)*

## Purpose of Use or Disclosure

☐ To verify whether I am participating in and cooperating with the EAP. (Formal referral)
☐ To enable the EAP to oversee the care furnished to me in the EAP and/or to make arrangements for continuity of my care
☐ To enable the EAP to make a referral for treatment
[X] At my request
[X] Other (specify): _FOH DOCTOR CASE NOTES - MEDICALS FOR MY LEAVE OF MY REASSIGNMENT REQUEST 2003 AND THE TREATMENT FOH DOCTORS PROVIDED TO ME_

### Protected Health Information To Be Used or Disclosed

Only the following information (Client must **INITIAL** each item to be disclosed)

☐ Whether I am participating in the EAP + cooperating with the EAP
[X] Diagnosis/assessment
[X] Attendance records
[X] Progress report on my EAP counseling
[X] Prognosis
[X] Results of mental status examination

☐ Drug/alcohol history
[X] Results of physical examination
[X] Discharge summary
[X] Treatment recommendations
[X] Treatment summary
[X] Other (specify information to be disclosed & any restrictions): _COPIES OF ALL YOUR COMMUNICATION TO ANYONE ABOUT ME._

## Expiration of Authorization (check one)

[X] This date (no more than 1 year from today): _JULY 22, 2007_
☐ 6 months after my EAP case is closed.

## Your Rights

- You can end this authorization any time by writing to Magellan Behavioral Health, FOH – Consortium EAP, 14100 Magellan Plaza, Maryland Heights, MO 63043. If you make a request to end this authorization, it will not include information that has already been used or disclosed based on your previous permission, including Magellan's ability to confirm information already disclosed in a legal

**Federal Occupational Health (FOH)**

**Employee Assistance Program (EAP)**

**Authorization to Use or Disclose Protected Health Information (PHI)**

proceeding.

- Magellan does not condition treatment, payment, enrollment, or eligibility on your signing this form.
- You do not have to agree to this request to use or disclose your information. If you do refuse to sign this form, the consequences may be the following:

_____

### Re-disclosure By Recipient

The person/organization that receives this protected health information from Magellan is prohibited by law from making further disclosures of it without a separate written authorization from you. In addition, if Magellan receives protected health information from another person/organization, the law requires that we ask you to sign a separate written authorization form to disclose it to anyone else. Neither Magellan nor FOH is accountable for disclosures made by third parties who re-disclose information without your authorization.

If you have questions about anything on this form, call to speak to a Program Representative at 1-800-222-0364 or TTY 1-888-262-7848.

*Michael Buesgens*                    **Signature**  7/23/2007
(Signature of client)                                              (Date)                    (Authorized representative if required)                    (Date)

If signed by authorized representative, describe authority to act for member:

*I HAVE BEEN REQUESTING THESE RECORDS SINCE*
(Signature of witness)                                              (Date)   *2005*

*MIKEBUESGENS@HOTMAIL.COM*
*PHONE: 512-339-6005 X 7958*
*FAX: 512-339-6099*

### NOTICE TO RECIPIENT OF INFORMATION

*This information has been disclosed to you from records the confidentiality of which may be protected by federal and/or state law. If the records are protected under the federal regulations on the confidentiality of alcohol and drug abuse patient records (42 CFR Part 2), you are prohibited from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.*

*MY FORMER DOCTOR*
*DAVID G. JONES*
*6406 N. IH35 SUITE 1805*
*AUSTIN, TEXAS 48752*
*PHONE: 512-474-5904 FAX: 512-474-1839*

© 2004 Magellan Health Services. This document is the proprietary information of Magellan.

8

TRANSMISSION VERIFICATION REPORT

```
TIME    : 07/22/2007 21:17
NAME    : ESD NORTH CENTRAL
FAX     : 5123396099
TEL     : 5123396005
SER.#   : BROM4J175473
```

```
DATE,TIME          07/22  21:14
FAX NO./NAME       13015944991
DURATION           00:03:00
PAGE(S)            08
RESULT             OK
MODE               STANDARD
                   ECM
```

FAX
TO
NEAL LEE PRESANT, M.D.
7/22/2007
FOH
DEPARTMENTMENT OF HEALTH
AND HUMAN SERVICES - HHS
BETHESDA, MARYLAND

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME   : 07/22/2007 21:22
                                    NAME   : ESD NORTH CENTRAL
                                    FAX    : 5123396099
                                    TEL    : 5123396005
                                    SER.# : BROM4J175473
```

```
DATE,TIME              07/22  21:17
FAX NO./NAME           14103502252
DURATION               00:04:05
PAGE(S)                08
RESULT                 OK
MODE                   STANDARD
                       ECM
```

FAX
TO
MARYLAND DEPARTMENT OF HEALTH
AND MENTAL HYGIENE.
BOARD OF PHYSICIANS
CAROL PALMER - SUPERVISOR
INTAKE
COMPLAINTS
AGAINST
NEAL LEE PRESANT, MD
FOH
BETHESDA, MARYLAND

```
TRANSMISSION VERIFICATION REPORT
```

```
                              TIME   : 07/22/2007 21:27
                              NAME   : ESD NORTH CENTRAL
                              FAX    : 5123396099
                              TEL    : 5123396005
                              SER.#  : BROM4J175473
```

```
    DATE,TIME               07/22  21:24
    FAX NO./NAME            13030947692
    DURATION                00:03:26
    PAGE(S)                 08
    RESULT                  OK
    MODE                    STANDARD
                            ECM
```

FAX
TO

COLORADO BOARD OF MEDICAL EXAMINERS

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────┘
```

```
                                    TIME   : 07/22/2007 21:31
                                    NAME   : ESD NORTH CENTRAL
                                    FAX    : 5123396099
                                    TEL    : 5123396005
                                    SER.# : BROM4J175473
```

```
┌────────────────────────────────────────────────────────────────────────┐
│  DATE,TIME              07/22  21:28                                      │
│  FAX NO./NAME           13027392711                                      │
│  DURATION               00:02:48                                         │
│  PAGE(S)                08                                               │
│  RESULT                 OK                                               │
│  MODE                   STANDARD                                         │
│                         ECM                                             │
└────────────────────────────────────────────────────────────────────────┘
```

*DELAWARE BOARD OF MEDICAL PRACTICE*

*JAMES WILLIAM ALLEN, MD*
*FOH*
*OCCUPATIONAL MEDICINE*

```
TRANSMISSION VERIFICATION REPORT
```

```
                              TIME  : 07/22/2007 21:34
                              NAME  : ESD NORTH CENTRAL
                              FAX   : 5123396099
                              TEL   : 5123396005
                              SER.# : BROM4J175473
```

```
DATE,TIME                07/22  21:31
FAX NO./NAME             14109535209
DURATION                 00:02:49
PAGE(S)                  08
RESULT                   OK
MODE                     STANDARD
                         ECM
```

MAGELLAN BEHAVIORAL HEALTH
FOH
BLUE CROSS BLUE SHIELD
DANIEL M. GREGOIRE
GENERAL COUNSEL

```
TRANSMISSION VERIFICATION REPORT
```

```
                              TIME  : 07/22/2007 21:43
                              NAME  : ESD NORTH CENTRAL
                              FAX   : 5123396099
                              TEL   : 5123396005
                              SER.# : BROM4J175473
```

R. BRENT COOPER - ATTORNEY

```
DATE,TIME          07/22  21:39
FAX NO./NAME       12147129540
DURATION           00:04:14
PAGE(S)            08
RESULT             OK
MODE               STANDARD
                   ECM
```

HEALTH CARE SERVICE CORPORATION
BLUE CROSS BLUE SHIELD
MAGELLAN BEHAVIORAL

CONNECTION
TO

FEDERAL OCCUPATIONAL HEALTH

DEPARTMENT OF HEALTH AND
HUMAN SERVICES

NEAL LEE PRESANT, MD

```
┌─────────────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT          │
└─────────────────────────────────────────┘
```

```
                              TIME  : 07/22/2007 21:38
                              NAME  : ESD NORTH CENTRAL
                              FAX   : 5123396099
                              TEL   : 5123396005
                              SER.# : BROM4J175473
```

```
DATE,TIME              07/22  21:34
FAX NO./NAME           12026900320
DURATION               00:03:55
PAGE(S)                08
RESULT                 OK
MODE                   STANDARD
                       ECM
```

ROBERT ECKERT - Director
HHS
FOIA
WASHINGTON, DC

1:07CV00859 RBW

EXHIBIT 2

JULY 29, 2007
MICHAEL L BUESGENS
FORMER I.R.S. EMPLOYEE
AUTHORIZATION
TO
DISCLOSE PROTECTED HEALTH INFORMATION
AND
PRIVACY ACT - FOIA
REQUEST
2007
FROM THE CONTINUAL REQUESTS
THAT BEGAN IN 2005 AT THE
FEDERAL OCCUPATIONAL HEALTH
DEPARTMENT OF HEALTH AND
HUMAN SERVICES - FOH - HHS

RELEASE
THESE MEDICAL RECORDS FOR
REASSIGNMENT REQUEST 2003
TO
J. REX WILEC M.D. - PSYCHIATRIST
3714 JEFFERSON STREET, #111
AUSTIN, TEXAS  78703

Michael Buesgens
MICHAEL L. BUESGENS
PAGE 1 OF 14

1.
2.
FOIA REQUEST
ANOTHER IN A SERIES OF FOIA
REQUESTS THAT BEGAN IN 2005

3.
4.
5.
6.
THE **SAME** REQUEST
**AGAIN FOR**:
MEDICAL RECORDS
DOCTORS NOTES - LETTERS - EMAIL
FROM
MICHAEL L. BUESGENS
EXTENDED STAY AMERICA
MAILING ADDRESS
3112 WINDSOR RD # A322
AUSTIN, TEXAS 78703
512 - 339 - 6005 ✗ 7958
FAX : 512 - 339 - 6699
MIKEBUESGENS@HOTMAIL

8.
**TO**
MELINDA HILL, **FOIA** SPECIALIST
AND FOH-PSC-HHS

9.
10.
11.
NEAL PRESANT, M.D. - BETHESDA, MD
MARK NORMAN FRANK, M.D. - BOULDER, CO
JAMES WILLIAM ALLEN, M.D. - WILMINGTON
DELAWARE

2

12. YOU HAVE FAILED TO PROVIDE THE MEDICAL RECORDS THAT I BEGAN REQUESTING IN 2005

13. YOU CONTINUALLY PLAY GAMES WITH MY REQUESTS AND YOUR LETTER SAYS YOU HAVE RESPONDED TO MY REQUEST

14. ASSISTANT U.S. ATTORNEY'S
  A. R. BARRY ROBINSON, AUSTIN, TEXAS
  B. KAREN MELNIK — D.C.
  C. PAT S. GENUS — D.C.
      AND

15. TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION
  A. RODERICK FILLINGER, GENERAL COUNSEL
      AND

16. I R S — GENERAL LEGAL SERVICES
    GLS — ATTORNEYS
  A. MICHAEL LYNN SKYARDS — DALLAS TX
  B. THOMAS STANTON — DALLAS, TX
  C. MARK S. KAIZEN — D.C.

17. HAVE BEEN AND CONTINUE TO MANIPULATE AND PLAY GAMES WITH MY FOIA

3

18. THE FOREGOING ATTORNEYS ARE
    IN CONTROL OF THE FLOW
    OF INFORMATION
    A. DISCOVERY
    B. EVIDENCE
    C. FACTS

19. THEY HAVE CONTINUALLY **CONCEALED**
    EVIDENCE THAT WOULD SUPPORT
    MY COMPLAINTS OF EMPLOYMENT
    DISCRIMINATION

20. RETALIATION
21. DENIAL OF REASSIGNMENT
22. DENIAL OF REASONABLE ACCOMMODATION
23. WRONGFUL TERMINATION
24. INVOLUNTARY DISABILITY RETIREMENT
    ON MARCH 7, 2005
                    AND
25. THE DEPARTMENT OF HEALTH AND
    HUMAN SERVICES **-HHS**
                    AND
26. PROGRAM SUPPORT CENTER **-PSC**
                    AND
27. FEDERAL OCCUPATIONAL HEALTH **-FOH**
28. ARE NOW ASSISTING THEM IN THIS

4

WRONGDOING

29. **SEE** THE DAMAGES AND INJURY I HAVE SUFFERED BECAUSE OF YOUR CONTINUAL REFUSAL AND DENIAL AND FAILURE TO COMPLY WITH THE FREEDOM OF INFORMATION ACT — **FOIA** AND THE PRIVACY ACT

30. FOR EXAMPLE:

31. MY MEDICAL DISABILITY BIPOLAR HAS BEEN SERIOUSLY AGGRAVATED BY YOUR BREACH OF A DUTY OWED

32. CONTACT MY DOCTOR REX WIER, M.D. — PSYCHIATRIST TO VERIFY THIS

33. **SEE THE TURMOIL** IN MY LIFE AND THE CONTINUAL UNRELENTING ABUSE I HAVE TAKEN BY FEDERAL AGENCY OFFICIALS SUCH AS YOURSELF.

5

34. **SEE** THE ABUSE ATTORNEYS AND JUDGES IN TEXAS HAVE PUT ON ME IN THE CIVIL LITIGATIONS

35. **SEE** THE HUGE LEGAL EXPENSES I HAVE INCURRED. TRYING TO DEFEND MYSELF AND ASSERT MY LEGAL RIGHTS AND REMEDIES.

36. **SEE** HOW **—HHS—PSC—FOH** OFFICIALS AND DOCTORS HAVE **CONTRIBUTED TO THIS** INJUSTICE.

37. I HAD CIVIL ACTIONS **PENDING** IN 2005 AND 2006 AND YOUR CONTINUAL **REFUSAL TO** COMPLY WITH THE FOIA AND
   A. ETHICAL PRINCIPLES CONTRIBUTED
   B. TO THE **PREMATURE CLOSING** OF THESE CIVIL ACTIONS **AND**

38. **SEE** EEOC NO. 360=2003-8286X
   A. HEARING: 12/16/2003 **-NO-FOH**
   B. MEDICAL RECORDS WERE PRESENTED
   C. **NOTHING** AT ALL

6

39. I.R.S. - G.L.S. ATTORNEY - SALYAROS PRESIDED OVER THIS EEOC HEARING AND CONCEALED EVIDENCE AND SUBORNED PERJURY

40. MARGARET F. WAITES - REASSIGNMENT COORDINATOR AT I.R.S. "IN HOUSE" EEO WAS NOWHERE TO BE FOUND. AUSTIN TEXAS

41. MICHAEL SALYAROS TOLD HER TO GET OUT OF TOWN. SO SHE CAME UP WITH AN EXCUSE

42. FOH DOCTORS
A. NEAL LEE PRESANT, M.D.
B. MARK NORMAN FRANK, M.D.
C. JAMES WILLIAM ALLEN, M.D.
WERE

43. NOWHERE IN SIGHT

44. EEOC JUDGE ROBERT LYNN ROWELL PRESIDING OVER THIS FARCE
A. BY TELEPHONE FROM
B. SAN ANTONIO, TEXAS

7

45. I WAS REPRESENTED BY
RUSSELL BOKELMAN - NTEU
CHIEF STEWARD CHAPTER 247
AT          BY TELEPHONE
46. IR.S.
AUSTIN COMPLIANCE CENTER
47. CHARLES WASHINGTON JR - DIRECTOR
48. RICHARD R. RUBY, FIELD DIRECTOR
49. DONALD RAY TAWNEY - SUPERVISOR
50. MARTHA H. SCHNULING - SUPERVISOR
51. ANNA S. MEDLOCK - MANAGER
52. NANCY A. SESSION - MANAGER

53. THOMAS F. THEIS - HUMAN RELATIONS ✓
54. MELINDA LUNA ESTRADA - IN HOUSE
EEO TERRITORY MANAGER
1821 DIRECTORS BLVD
AUSTIN TEXAS 78744
A. DECEMBER 16, 2003
B. EEOC # 360-2003-82864

55. MICHAELLYNN SALYARDS TOLD ✓
JUDGE ROBERT POWELL THAT
I WAS ONLY PERCEIVED ✓
AS DISABLED WHEN IN FACT
56 THE FOREGOING 8 FOH DOCTORS CERTIFIED

A. THAT I WAS DISABLED PER THE REHABILITATION ACT OF 1973

B. AS AMENDED AND AMERICANS WITH DISABILITIES ACT - ADA

57. THIS PATHETIC EEOC HEARING BECAME CIVIL ACTION NO.

A. 1:05 CV 00243 SS

B. JUDGE SAM SPARKS

C. AUSTIN, TEXAS

58 AND R. BARRY ROBINSON, AUSA

59 AND JENNIFER RANDALL, EEOC ATTORNEY

60. PRESIDED

61. OVER THIS VERSION OF INJUSTICE AND HIDE THE EVIDENCE

62. ITSELF AGAIN - AUSA R. BARRY ROBINSON

63. TOLD JUDGE SAM SPARKS THAT I WAS ONLY PERCEIVED AS BEING DISABLED

9

64   WHEN IN FACT ROBINSON ✓
     KNEW THAT FEDERAL OCCUPATIONAL
     HEALTH — FOH DOCTORS

65   NEAL LEE PRESANT, M.O.
66   MARK NORMAN FRANK, M.O.
67   JAMES WILLIAM ALLEN, M.O.
     MAO ✓

68   CERTIFIED THAT I QUALIFIED
     AS AN INDIVIDUAL WITH A
A.   DISABILITY PER THE REHABILITATION
     ACT OF 1973, AS AMENDED AND
B.   THE AMERICANS WITH DISABILITIES
     ACT — ADA

69   CIVIL NO. 1:05CV243 SS
     WAS CLOSED ON 12/06/2006

70.  NO AND FOH DOCTOR EVIDENCE
     WAS PRESENTED

71.  HHS-PSC-FOH WITH THE HELP
     OF ATTORNEYS MADE SURE THAT
     THIS DOCUMENTARY EVIDENCE WOULD
     BE PROVIDED — FOIA ABUSE

10

72. IN **2006**, MELINDA HILL — FOIA
SPECIALIST AT THE DEPARTMENT
OF HEALTH AND HUMAN SERVICES

A. **HHS**
**AND**

B. PROGRAM SUPPORT CENTER — **PSC**

73. **TOLD**
ME OVER THE PHONE THAT THE
**I.R.S. OWNS** THOSE MEDICAL
RECORDS — THAT WERE DONE
**BY**

A. NEAL LEE PRESANT, **M.D.**

B. MARK NORMAN FRANK, **M.D.**

C. JAMES WILLIAM ALLEN, **M.D.**

74. MELINDA HILL — **FOIA** SPECIALIST
**TOLD ME** TO CONTACT THE
**I.R.S** TO GET THOSE DOCTORS
MEDICAL RECORDS

75. **WHO** ARE THE ATTORNEYS AT **HHS**
THAT ARE MAKING THE DECISIONS
ON WHAT WILL BE RELEASED TO
ME?

11

76. THE FOLLOWING ARE THE
CENTRAL **HHS** AGENCY OFFICIALS
THAT ARE DENYING MY FOIA
REQUESTS FOR MEDICAL RECORDS
THAT BEGAN IN JANUARY, **2003**

77. MARK NORMAN FRANK, M.D.
BOULDER, COLORADO

78 JAMES WILLIAM ALLEN, M.D.
WILMINGTON, DELAWARE

79 NEAL LEE PRESANT, M.D.
BETHESDA, MARYLAND

80. **NONE** OF THESE DOCTORS ARE
PSYCHIATRISTS — BIPOLAR DISABILITY

81. **NONE** OF THESE DOCTORS HAVE
HAD ANY PSYCHIATRIC TRAINING.

82. THE FOREGOING DOCTORS LEFT
ME **TWISTING IN THE WIND** AT
A: **THE IRS**. AND AT THE
B: CIVIL LITIGATION AND THEY
C. CONTINUE TO BREACH A DUTY OWED.

12

AUTHORIZATION TO RELEASE MEDICAL
RECORDS - CASE NOTES, ET. AL.

SINCERELY
Michael Buegers
MICHAEL L BUESGENS

# CERTIFICATE OF SERVICE

I, CERTIFY THAT ONE TRUE COPY
OF THIS REQUEST AND AUTHORIZATION
WAS SERVED BY FIRST CLASS MAIL
ON THIS 29 TH DAY OF MAY, 2007
ADDRESSED TO:

1. NEAL LEE PRESANT, M.D.
2. MARK NORMAN FRANK, M.D.
3. JAMES WILLIAM ALLEN, M.D.
4. CAROL PALMER SUPERVISOR
5. MARYLAND DHMH - BOARD OF PHYSICIANS
6. C. IRVING PINDER JR
   EXECUTIVE DIRECTOR
   4201 PATTERSON AVENUE
   BALTIMORE, MARYLAND 21215-2299

13

7.    MARK NORMAN FRANK, M.D.
8.    NEAL LEE PRESANT, M.D.
9.    JAMES WILLIAM ALLEN, M.D.
10.   COLORADO STATE BOARD OF
      MEDICAL EXAMINERS
11.   CHERYL HARA - PROGRAM DIRECTOR
      1560 BROADWAY SUITE 1300
      DENVER, COLORADO 80202-5746
      PHONE: 303-894-7690
      FAX: 303-894-7692

12.   JENNIFER RANDALL - EEOC ATTORNEY
      COLORADO BAR NO. 33240
      EEOC NO. 360-2003-82864
      CIVIL NO. 1:05CV00243SS
      FIFTH CIRCUIT PETITION NO
      CIVIL NO. 1:06CV01964RBW
      CIVIL NO. 1:06CV00859 RBW
13.   U.S. EQUAL EMPLOYMENT OPPORTUNITY
      COMMISSION - EEOC
14.   JUDGE ROBERT LYNN POWELL - EEOC
      303 EAST 17TH AVENUE, #570
      DENVER, CO 80203

                    14

*Michael Buesgens*
MICHAEL L BUESGENS
3112 WINDSOR RD #A 322
AUSTIN, TX 78703
512-339-6005 X 7958
FAX: 512-337-6099
MIKEBUESGENS@HOTMAIL.COM

15

# STATE OF COLORADO

**STATE BOARD OF MEDICAL EXAMINERS**
Cheryl Hara, Program Director

1560 Broadway, Suite 1300
Denver, Colorado 80202-5146
Phone (303) 894-7690
Fax    (303) 894-7692
TTY:Dial 711 for Relay Colorado
www.dora.state.co.us/medical

**Department of Regulatory Agencies**
D. Rico Munn
Executive Director

**Division of Registrations**
Rosemary McCool
Director



Bill Ritter, Jr.
Governor

July 18, 2007

Michael Buesgeds
3112 Windsor Rd., # A-322
Austin, TX 78703

RE:    Mark N. Frank, M.D.
          Panel B

Dear Mr. Buesgeds:

The Board of Medical Examiners has received your complaint against Dr. Mark Frank.

A case has been opened based upon the information you have provided.  Please refer to the enclosed Board's Consumer Guide for detailed information regarding the complaint process and the length of time to complete an investigation.  After you have thoroughly reviewed the Consumer Guide, please contact our office if you have questions regarding matters not addressed in the brochure.

While we are happy to assist you with your complaint, please bear in mind that the Board cannot provide medical or legal advice regarding your circumstances.

Please note you will be advised in writing of the Inquiry Panel's disposition of this complaint.

Thank you for informing the Board of this matter.

Sincerely,

FOR THE BOARD OF MEDICAL EXAMINERS
INQUIRY PANEL B

*June Nieto*                    *16*

June Nieto
Administrative Assistant III

Enclosure

Colorado Department of Regulatory Agencies
Division of Registrations

1560 Broadway, Suite 1350
Denver, CO  80202

# Advisory Notice to Complainants

The boards and programs within the Department of Regulatory Agencies, Division of Registrations ("Division") are legally authorized to take licensure and disciplinary action relating to individuals' licensure status. Disciplinary action may be taken only where an individual has violated the statutes and rules governing that individual's profession.

Please be advised that the Division's boards and programs operate under administrative law. The Division will process your complaint administratively, but the Division is not legally authorized to proceed with a criminal case or a private civil suit. This means:

1. The Division's boards and programs are not legally authorized to impose civil remedies, such as monetary damages to compensate complainants, or to resolve fee disputes, which are civil matters.

2. The Division's boards and programs are not legally authorized to impose criminal penalties, such as jail sentences or criminal probation.

3. The mission of the Division's boards and programs is to take licensure-related measures to protect the public with respect to licensed professionals. The Division's boards and programs are legally authorized to seek remedies related to the license status of the licensee only when legal grounds exist for such action.

4. The act of filing a complaint does not assure or imply that disciplinary action will be taken against the licensee.

5. Filing a complaint with the Division does not preclude you from filing a separate legal action. If you believe your allegations may constitute a criminal violation, please contact your local law enforcement agency regarding the procedure to file a criminal complaint. If you wish to pursue civil remedies, please consult a private attorney for guidance.

Additionally, if one of the Division's boards or the Division Director determines after investigation that disciplinary proceedings should be initiated against the professional's license, please be advised of the following:

1. You will not be considered a party to this proceeding. The parties in any administrative law proceeding are the Board or Division Director and the licensee. Please note, although you are not a party to the proceeding, the Division commits to keeping you informed as the case moves through each phase of the process.

2. The role of the Board and Division Director is to determine what is necessary for public protection, and is not to advocate on behalf of an individual complainant.

3. The Boards and Division Director are represented by Assistant Attorneys General in the state Attorney General's Office. The Assistant Attorneys General do not represent you and cannot provide you with legal advice. You always have the right to consult an attorney regarding your own legal rights and responsibilities.

4. You may be asked to provide further information in our investigation or may be called as a witness in future proceedings, in which case we look forward to your cooperation. A Board or the Division Director may be able to proceed without your testimony, depending on the facts of the case.

Please keep this information with your records.

*17*