

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

MICHAEL L. BUESGENS
PLAINTIFF

V.

MARK EVERSON COMMISSIONER
INTERNAL REVENUE SERVICE

HENRY PAULSON, SECRETARY

JOHN W. SNOW, SECRETARY
DEPARTMENT OF THE TREASURY

DONALD RAY THOMPSON, JR
I.R.S. SUPERVISOR
VOLUNTARY CHAPTER 7
BANKRUPTCY NO: 06-11164

FROM
ADVERSARY NO. 07-10008
DEFENDANTS
ET.AL.

CIVIL NO:
1:07CV
00859
RBW

RECEIVED
JUL 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# I

## PLAINTIFF-CREDITOR-ADVERSARY MICHAEL L BUESGENS MOTION FOR STAY OR CONTINUANCE

1. APPELLANT BUESGENS RESPECTFULLY REQUESTS THAT THIS COURT STAY THE PROCEEDINGS ON THIS **APPEAL OF** ADVERSARY. 07-10008

2. PURSUANT TO 11 USC SECTION 362(a)(1) - AUTOMATIC STAY

3. AND FEDERAL BANKRUPTCY RULES OF PROCEDURE RULE 2004 - EXAMINATION OF BANKRUPTCY CASE NO. 06-11164 FRM

4. AND RULE 7001 **(4)** OBJECTION AND REVOCATION OF DISCHARGE FOR BANKRUPTCY NO. 06-11164 FRM

5. AND RULE 62 FEDERAL RULES OF CIVIL PROCEDURE STAY OF PROCEEDING

2

II PLAINTIFF BUESGENS MAKES THIS
REQUEST FOR THE FOLLOWING
**REASONS** :

1. ADVERSARY NO. 07-10008 IS
ON APPEAL TO THIS COURT-CIVIL NO.
1:07CV00859 RBW

2. ADVERSARY NO. 07-10008 **ARISES**
FROM BUESGENS ADMINISTRATIVE
FEDERAL TORT CLAIM - PERSONAL
INJURY - FTCA - FORM SF **95**
**AGAINST**
A. MARK EVERSON
B. HENRY PAULSON
C. DONALD RAY MAWNEY JR
**IRS** SUPERVISOR - **ET.AL**

3. THIS ADMINISTRATIVE TORT CLAIM
A. BECAME CIVIL NO. 1:06CV01558RCL
B. U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

4. 1:06CV01558RCL **WAS** TRANSFERRED
**TO** AUSTIN, TEXAS

3

5    1:06 CV 01558 RCL

6    1:06 CV 00967 LY-RP
**BECAME**

7.    THE **FTCA** - PERSONAL INJURY
      TORT CLAIM **IS** BUESGENS
A.    PROOF OF CLAIM **IN** BANKRUPTCY
B.    CASE NO. **06-11164** FRM - FILED:
      7/31/2006

8.    BANKRUPTCY JUDGE FRANK R.
      MONROE
                    **AND**
9.    BANKRUPTCY ATTORNEY CHARLES
      R. NETTLES
                    **AND**
10.   R. BARRY ROBINSON - AUSA
11.   **DID NOT ALLOW** BUESGENS TO
      PRESENT HIS CLAIM
                    **AND**
12.   JUDGE FRANK R. MONROE **DOES NOT
      HAVE** THE JURISDICTION **TO RULE
      ON** PERSONAL INJURY TORT CLAIMS

4

13. BANKRUPTCY CASE NO. 06-11694 FRM **SHOULD HAVE BEEN DISMISSED BY** BANKRUPTCY JUDGE FRANK R. MONROE

14. **BECAUSE** OF THE BANKRUPTCY CODE VIOLATIONS BY THE FOLLOWING:

15. DONALD RAY TAWNEY, JR **I.R.S.** SUPERVISOR!

16. CHARLES R. NETTLES - BANKRUPTCY ATTORNEY

17. RANDOLPH OSHERSON - CHAPTER **7** TRUSTEE

18. U.S. TRUSTEE

19. R. BARRY ROBINSON, **AND** ASSISTANT U.S. ATTORNEY

5

20. **SEE** THE **ATTACHED** CIVIL
21. ENFORCEMENT COMPLAINT
**TO**
MARK REDMILES-CHIEF CIVIL
ENFORCEMENT UNIT
U.S. BANKRUPTCY TRUSTEES
**AND**
22. **SEE** PLAINTIFF BUESGENS COURT
A. FILING IN CIVIL NO. 1:07CV00156
B. FILED: 7/24/2007
C. **ATTACHED** TO THIS MOTION FOR
STAY IN CIVIL NO. 1:07CV00859RBW

23. ALSO SEE THE PREMATURE
CLOSURE OF CIVIL NO.
1:06 CV 00 96 7 LY-RP
**AND**
24. R. BARRY ROBINSON - **AUSA**
A. **FAILURE AND REFUSAL TO**
PRODUCE THE **FTCA** ADMINISTRATIVE
RECORD **TO** U.S. DISTRICT
B. JUDGE EARL LEROY YEAKEL, III
C. AUSTIN, TEXAS

6.

25. R. BARRY ROBINSON – AUSA
**FAILURE TO CERTIFY** FEDERAL
AGENCY EMPLOYEES ACTING
WITHIN THE SCOPE OF THEIR
OFFICIAL DUTIES.

26. R. BARRY ROBINSON – AUSA
**FAILURE TO RESPOND TO** BUESGENS
DISCOVERY REQUESTS **IN**
A. BANKRUPTCY NO. 06-11164
B. ADVERSARY NO. 06-01248

27. **THE APPEALS**
A. CIVIL NO. 1:07CV00127LY
B. CIVIL NO. 1:07CV00156LY
C. CIVIL NO. 1:07CV00209LY

**AND**

28. FEDERAL TORT CLAIMS ACT
A. CIVIL ACTION NO 1:06CV00158RCL

**AND**

B. 1:06CV00967LY-RP

1:07CV00859 RBW

29.  RELIEF REQUESTED

BUESGENS REQUESTS A STAY
PENDING THE INVESTIGATION
OF HIS COMPLAINT TO THE
U.S. TRUSTEE PROGRAM
MARK REDMILES-CHIEF
CIVIL ENFORCEMENT UNIT

RESPECTFULLY SUBMITTED

MICHAEL L BUESGENS
JULY 2, 2007

8

1:07CV00859 RBW

CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THIS MOTION FOR STAY AND ATTACHED CIVIL ENFORCEMENT COMPLAINT AND ATTACHED CIVIL ACTION FILLING FOR 1:07CV00156 LY WAS SERVED BY FIRST CLASS MAIL ON THIS 26TH DAY OF JULY, 2007

ADDRESSED TO

1.

MARK REMILES - CHIEF CIVIL ENFORCEMENT UNIT U.S. BANKRUPTCY TRUSTEE PROGRAM ROOM 8106 20 MASSA CHUSETTS AVE. NW WASHINGTON, DC 20530

9

2/3/4

CHARLES R NETTLES
RANDOLPH OSHEROW
R. BARRY ROBINSON
1504 SOUTH IH 35 #233
AUSTIN, TEXAS 78704

5

PAT S. GENIS - AUSA
U. S ATTORNEYS OFFICE
P. O. BOX 227
WASHINGTON, DC 20044

Michael Buesgens
MICHAEL L BUESGENS
3112 WINDSOR RD, #A322
AUSTIN, TEXAS 78703

512-337-6005 X 7958
MIKEBUESGENS@HOTMAIL.COM
JULY 25, 2007

10

EXHIBITS
1:07CV00859RBW

1. CIVIC ENFORCEMENT COMPLAINT
BANKRUPTCY NO. 06-11164
ADVERSARY NO. 06-01248
ANVERSARY NO. 07-10008

2. CIVIC NO. 1:07CV00156 LY
THE APPEAL OF 06-11164 FROM
COURT FILING DATED: 7/24/2007

11.

1:07CV00859 RBW

EXHIBIT 1
OF
CIVIL COMPLAINT
MAILED: 7/25/2007
TO
MARK REDMILES

06-11164 FRM

JULY 25, 2007                    21-PAGES

I.
1.
MICHAEL L. BUESGENS
FORMER I.R.S. EMPLOYEE
EXTENDED STAY AMERICA
MAILING ADDRESS
3112 WINDSOR RD, #A322
AUSTIN, TEXAS 78703
512-339-6005 X 7958
FAX: 512-339-6099
MIKEBUESGENS@HOTMAIL.COM

2.
THIS IS A CIVIL ENFORCEMENT
COMPLAINT - BANKRUPTCY

3.
                TO
MARK REDMILES - CHIEF
CIVIL ENFORCEMENT UNIT
U.S. BANKRUPTCY TRUSTEE PROGRAM
20 MASSACHUSETTS AVE, N.W.
ROOM 8106
WASHINGTON, DC 20530
PHONE: 202-307-1365
FAX: 202-307-2397

06-11164                    R. BYRD ROBINSON
06-01248                    KAREN MELVIK
07-10008                    PAT S. GENIS

4. CREDITOR - ADVERSARY - PLAINTIFF - APPELLANT

**MICHAEL L BUESGENS**

5. COMPLAINTS OF
A. CHAPTER **7** ABUSE
B. NO ACCOUNTABILITY

**FOR**

6. THE FOLLOWING BANKRUPTCY CASES:

7. BANKRUPTCY CASE NO. 06-11164 FRM
8. ADVERSARY CASE NO. 06-01248 FRN
9. U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION
903 SAN JACINTO BLVD
AUSTIN, TEXAS 78701
PHONE: 1 512-916-5237 X 316
FAX: 512-916-5278

10. BANKRUPTCY **APPEALS TO**
U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION
200 WEST 8 TH STREET
AUSTIN, TEXAS 78701

2

11. **APPEALS**

A. CIVIL NO. 1:07CV00127 LY
FIRST APPEAL OF BANKRUPTCY
CASE NO. 06-11164 FRM

B. CIVIL NO. 1:07CV00156 LY-RP
SECOND APPEAL OF BANKRUPTCY
CASE NO. 06-011164FRM

C. CIVIL NO. 1:07CV00209 LY-RP
APPEAL OF ADVERSARY NO.
06-01248

12. **ALL** OF THESE APPEALS TO U.S.
DISTRICT COURT ARE **CLOSED**

13. CIVIL NO. 1:07CV00156 LY-RP
WAS ON APPEAL **TO** THE
**FIFTH CIRCUIT** NO. 07-50686
AND

14. IT WAS CLOSED AT THE DISTRICT
COURT **WHILE ON** APPEAL TO THE
FIFTH CIRCUIT.

3

15. ADVERSARY - CREDITOR - FORMER
   IRS EMPLOYEE
   A. MICHAEL L BUESGENS
   B. FILED AN ADVERSARY COMPLAINT
      AT
   C. U.S. BANKRUPTCY COURT
      DISTRICT OF COLUMBIA
      ADVERSARY NO. : 07-10008
   D. FILED : 2/23/2007
   E. CLOSED : 4/19/2007

16. NOW ON APPEAL TO
    U.S. DISTRICT COURT
    DISTRICT OF COLUMBIA

17. CIVIL NO. 1:07CV00859 RBW

18.        MICHAEL L. BUESGENS
                    V.
   A. MARK EVERSON - COMMISSIONER
      INTERNAL REVENUE SERVICE

   B. HENRY PAULSON, SECRETARY
      DEPARTMENT OF THE TREASURY
   C. DONALD RAY MAWNEY, JR.
      I.R.S. SUPERVISOR

                4

# II    THE PLAYERS

1. CHARLES R. NETTLES - BANKRUPTCY ATTORNEY
   1524 SOUTH IH-35, SUITE 233
   AUSTIN, TEXAS  78704
   PHONE:  512-459-3212
   FAX:  512-459-0842

2. RANDOLPH OSHEROW - CHAPTER **7** TRUSTEE - ATTORNEY
   TEXAS BAR CARD
   342 WEST WOODLAWN, SUITE 300
   SAN ANTONIO  TEXAS  78212-3314
   PHONE:  210-738-3001
   FAX:  210-737-6312

3. HENRY HOBBS - ASSISTANT U.S. TRUSTEE
   903 SAN JACINTO BLVD, Room 230
   AUSTIN, TEXAS 78701
   PHONE:  512-916-5328
   FAX:  512-916-5331

5

4. CHARLES F. MCVAY
UNITED STATES TRUSTEE
515 RUSK STREET, SUITE 3516
HOUSTON, TEXAS 77002
PHONE: 713-718-4650
FAX: 713-718-4670

5 MARIA DOZAUER-DEPUTY IN
CHARGE

A. MARY CANO.-CASE MANAGER
B. SHERRI MILLER-CASE MANAGER
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION
903 SAN JACINTO BLVD, SUITE 322
AUSTIN, TEXAS 78701
PHONE: 1 512-916-5237
EXT. 316 AND 309 AND 308
FAX: 512-916-5278

6



6. FRANK R. MONROE — BANKRUPTCY JUDGE
   A. SARA MUSKE — ADMINISTRATIVE ASSISTANT
   B. SARAH McHANEY — LAW CLERK
   C. ANITA CHAPMAN — COURTROOM DEPUTY
      U.S. BANKRUPTCY COURT
      903 SAN JACINTO BLVD, SUITE 326
      AUSTIN, TEXAS  78701

7. R. BARRY ROBINSON
   ASSISTANT U.S. ATTORNEY
   816 CONGRESS AVENUE, #1000
   AUSTIN, TEXAS 78701

8. PAT S. GENIS — KAREN MELNIK
   ASSISTANT U.S. ATTORNEY
   P.O. BOX 227
   WASHINGTON, DC 20044

7

9. DONALD RAY TAWNEY, JR
IRS SUPERVISOR
1821 DIRECTORS BLVD
AUSTIN, TEXAS 78744

10. CHERYL ANN TAWNEY
IRS SUPERVISOR
1311 ROCKEY CREEK DRIVE
PFLUGERVILLE, TEXAS 78660

11. CHARLES WASHINGTON, JR
IRS - DIRECTOR

12. RICHARD R. AUBY - IRS - DIRECTOR
13. AUSTIN COMPLIANCE CENTER
CUSTOMER SERVICE
1821 DIRECTORS BLVD
AUSTIN, TEXAS 78744

8



# III    DUTIES

1. BREACH OF DUTY OWED
2. FAILURE TO PERFORM A DUTY A

## BY
 DEBTORS

 A. DEBTORS
 B. BANKRUPTCY ATTORNEY
 C. CHAPTER 7 TRUSTEE
 D. U.S. TRUSTEE
 E. BANKRUPTCY JUDGE
 F. BANKRUPTCY COURT STAFF - PERSONNEL

4.

## IV

 A. BANKRUPTCY CASE NO. 06-11164 FRM
 B. ADVERSARY NO. 06-01248 FRM

5. U.S. DISTRICT COURT APPEALS
 A. 1:07 CV 00127 LY
 B. 1:07 CV 00156 LY
 C. 1:07 CV 00 209 LY

6. FIFTH CIRCUIT APPEAL
 NO. 07-50686

7. THE BANKRUPTCY CODE - CHAPTER 11
AND

8. BANKRUPTCY RULES OF PROCEDURE
FRBP

9

# IV

# COUNTS
## SPECIFICATIONS

1.    CO-DEBTORS - ASSET CASE
  A.  DONALD RAY TAWNEY, JR
  B.  MARK EVERSON
  C.  JOHN W. SNOW
  D.  HENRY PAULSON
  E.  CHAPTER 7

2.A.  **HAVE WAIVED** SOVEREIGN IMMUNITY ✓
  A.  11 SECTION 106

  B. SEE ADVERSARY BUESGENS FEDERAL
  TORT CLAIM - PERSONAL INJURY
  CONTINGENT - UNLIQUIDATED CLAIM

3.    11 USC SECTION 521 DEBTORS
  A.  DUTIES
  B.  THE FAILURES

4     **NOT** LISTING BUESGENS AS A
  **CREDITOR** FOR BANKRUPTCY CASE
  A.  NO. 06-11164 FRM - FILED: 7/31/06
  B.  STATEMENT OF FINANCIAL AFFAIRS

10

5. **NOT** LISTING THE **ESTATE** THAT SECURES THE LIABILITY FOR BUESGENS PERSONAL INJURY CLAIM

A. MARK EVERSON
B. JOHN W. SNOW
C. HENRY PAULSON

D. INTERNAL REVENUE SERVICE
E. DEPARTMENT OF THE TREASURY

6. **FAILURE TO** PROVIDE BUESGENS WITH A COPY OF THE FEDERAL TAX RETURN.

7. 11 USC SECTION 341 **DID NOT** NOTIFY BUESGENS OF THE BANKRUPTCY FILING AND THE CREDITORS MEETING

8. 11 USC SECTION 342(b)(2)(A) **KNOWINGLY** MADE FALSE OATH AND STATEMENT

11



9.  11 USC SECTION 343
**DENYING** BUESGENS REQUEST
FOR EXAMINATION OF DEBTOR

10.  11 USC SECTION 350
**REFUSING TO REOPEN** BANKRUPTCY
CASE NO. 06-1164 FROM
SEE BUESGENS REQUEST TO REOPEN

11.  11 USC SECTION 301
A. VOLUNTARY CHAPTER **7**
B. **CREATES AN ESTATE**

12.  11 USC SECTION 541
**FOR**
THE FOREGOING DEBTORS

13.  11 USC SECTION 329
A. CHARLES R. NETTLES - BANKRUPTCY ATTORNEY
B. R. BARCY ROBINSON - AUSA
C. KAREN MELNIK - AUSA
D. PAT S. GENIS - AUSA
E. MICHAEL LYNN SALYARDS **-IRS-GLS**
ATTORNEY

14.  RULE 2016 **AND** **(b)**

12

15. **FAILURES TO** DISCLOSE COMPENSATION IN THESE BANKRUPTCY CASES AND APPEALS

16. THE ONLY REPORTED COMPENSATION IS **$1,800.00 FOR** BANKRUPTCY CASE NO. 06-1164 FRM BY CHARLES R NETTLES

17. 11 USC SECTION 707(a) - DISMISSAL OF BANKRUPTCY CASE NO. 06-1164 FRM FOR THE FOREGOING FAILURES IN THIS CASE THAT CONTINUE ON THROUGH THE APPEALS

18. 18 USC SECTION 151
19. 18 USC SECTION 152(2)
20. 18 USC SECTION 157
21. **BANKRUPTCY CRIMES**

22. RANDOLPH OSHEROW - CHAPTER **7** FAILURES AND OMISSIONS

23. **SEE** THE MANY COURT FILINGS THAT BUESGENS SENT TO HIM

13

24. U.S. TRUSTEES — HENRY HOBBS
   **FAILURE** TO SUPERVISE AND
   A. OVERSEE RANDOLPH OSHEROW
   B. AND CHARLES R. NETTLES

25. BANKRUPTCY JUDGE FRANK R MONROE
   RULING ON GUESGES PERSONAL
   INJURY TORT CLAIM WITHOUT
   JURISDICTION

26. PROOF OF CLAIM — FILED: 10/12/2006
   BANKRUPTCY NO. 06-11164 FRM

27. ADVERSARY COMPLAINT NO. 06-01248 FRM

28. **LOOK AT** CHARLES R. NETTLES
   FILINGS IN THESE CASES

29. **LOOK AT** BANKRUPTCY JUDGE FRANK
   R. MONROE ORDERS IN THESE
   CASES.

30. **LOOK AT** THE CONTINUAL PROCEDURAL
   RUN AROUND GAMESMANSHIP IN THE
   APPEALS.

14

31. **LOOK** AT THE DOCKETING FAILURES AND GAMESMANSHIP BY COURT STAFF AND LAW CLERKS

32. **SEE** THE FAILURE TO FILE THE REQUIRED FORM 23 CERTIFYING DEBTOR EDUCATION

33 **BY**
  A. DONALD RAY TAWNEY JR
  B. CHARLES L. NETTLES
  C. R. BARRY ROBINSON

34. BUESGENS COMPLAINED ABOUT THIS IN OCTOBER 2006 AND IT WAS FINALLY SUBMITTED TO LATE ON JANUARY 18, 2007

35. **LOOK** AT THE FAILURES TO DISCLOSE U.S. ATTORNEYS INVOLVEMENT IN THESE CASES.

36. **THEN SEE PAT S.GENIS-AUSA** APPEARANCE IN ADVERSARY
  A. NO.: 07-10008 - DISTRICT OF COLUMBIA
  B. CIVIL NO.: 1:07CV00859RBW

15

37. BANKRUPTCY CASE NO. 06-11164 FKM SHOULD HAVE BEEN DISMISSED BASED ON THE LAW

38. LOOK AT THE EXPENSE DUESGENS HAS. THE APPEALS TO U.S. DISTRICT COURTS AND FIFTH CIRCUIT AND LEGAL EXPENSES

39. LOOK AT THE DISMISSALS BY U.S. DISTRICT COURT JUDGE EARL LEROY YEAKEL, III

A.

40. IN
    A. 1:07 CV 00127 LY
    B. 1:07 CV 00156 LY
    C. 1:07 CV 00209 LY

41. ALL PROCEDURAL RUNAROUND

42. THE SAME THING WILL OCCUR AT THE FIFTH CIRCUIT

43. SEE THE TIMING AND COORDINATED ACTIONS BY THE COURTS FOR DUESGENS FILINGS

16

44    COURT CONSOLIDATION FOR
      DOCKETING AND ORDERS ALL
      DESIGNED TO LIMIT ADVERSARY
A.    MICHAEL L BUESGENS
B.        LEGAL RIGHTS
                    AND
C.        REMEDIES
D.        EVERYWHERE ✔

45    U.S. BANKRUPTCY COURT-AUSTIN, TEXAS
46    U.S. DISTRICT COURT-AUSTIN, TEXAS
47    FIFTH CIRCUIT - NEW ORLEANS

48    JUDGE SAM SPARKS
49    JUDGE EARL LELOY YEAKEL III
50    MAGISTRATE JUDGE ROBERT PITMAN

51    TEXAS WESTERN DISTRICT JUDGE
      WALTER S. SMITH - WACO, TEXAS

52    FIFTH CIRCUIT JUDGE EDITH JONES

53    THE ATTORNEYS
              AND
54        TRUSTEES

                17

# IV. RELIEF REQUESTED

1. I REQUEST THAT YOU INVESTIGATE THESE BANKRUPTCY CRIMES

2. ABUSE OF CHAPTER 7 FILING

3. NO ACCOUNTABILITY

4. THAT HAS CAUSED MICHAEL L BUESGENS INJURIES IN ALL FORUMS

5. ADDED AND EXPENSES AND TIME DEVOTED TO THIS WRONGDOING BY THE FOREGOING.

6. REOPEN BANKRUPTCY CASE NO.
   A. 06-11164 FRM AND ADVERSARY
   B. NO. 06-01248 FRM

7. ADVERSARY AND NO. 07-10008

18

8.
A. SEE: THE FILINGS IN CIVIL
B. NO. 1:07CV00859 RBW
C. DISTRICT OF COLUMBIA
PAT S. GENIS
ASSISTANT U.S. ATTORNEY

9.
IN
COLLUSION WITH R. BARRY
ROBINSON - AUSA
A. CIVIL NO. 1:06CV00967LY-RP
B. BUESSENS
FTCA TORT CLAIM
C. JUDGE
EARL LEROY YEAKEL, III
AUSTIN, TEXAS


SINCERELY

MICHAEL BUESSENS
JULY 25, 2007
512-339-6005 X 7958


19

# VI.  EXHIBITS

1.  MICHAEL L BUESGENS
    CIVIL ENFORCEMENT COMPLAINT

2.  TO
A.  MARK REDMILES - CHIEF
    CIVIL ENFORCEMENT UNIT
B.  U.S. BANKRUPTCY TRUSTEE PROGRAM

STRATEGIC PLAN AND MISSION
COMPENSATION MEMORANDUM
FEE GUIDELINES
PROJECT CATEGORIES
FORM 23

SCHEDULE H - CODEBTORS
SCHEDULE D
SCHEDULE E
SCHEDULE F
STATEMENT OF FINANCIAL AFFAIRS

CHAPTER 7 TRUSTEES
RANDOLPH OSHEROW
RONALD E. INGALLS
D.C. CHAPTER 7 TRUSTEES
21 - PAGES

20

3.  U.S. TRUSTEES
    4-PAGES
    CHAPTER 7        06-11164 FRM

4.  U.S. TRUSTEE PROGRAM
    MEMORANDUM
    REGARDING CASE CLOSING

    A. 06-11164  - AUSTIN, TEXAS
    B. 06-01248 - AUSTIN, TEXAS
    C. 07-10008 - DISTRICT OF COLUMBIA
       9-PAGES

5.  U.S. BANKRUPTCY COURT
    AUSTIN, TEXAS
    2-PAGES

21



U.S. Department of Justice

Contact Us    Search    Site Map

Home >> Strategic Plan & Mission

# Strategic Plan & Mission

*06-11164*    *22-PAGES*

### U.S. Trustee Program Strategic Plan FY 2005-2010

[PDF - 1 MB] - The Strategic Plan includes the Program's mission, vision, values, and goals.

### U.S. Trustee Program Mission    *06-01248*

The USTP mission is to promote integrity and efficiency in the nation's bankruptcy system by enforcing bankruptcy laws, providing oversight of private trustees, and maintaining operational excellence.    *AUSTIN, TEXAS*

### U.S. Trustee Program Vision

It is the vision of the United States Trustee Program to administer its legal, regulatory and administrative responsibilities for America's bankruptcy system in a manner that maintains system integrity, efficiency and operational excellence.

### U.S. Trustee Program Core Values

Integrity. We will adhere to the highest ethical standards and display professionalism.
Fairness. We will be impartial and honest in performing our duties and responsibilities.
Respect. We will treat others with dignity.
Excellence. We will enhance the effectiveness and efficiency of our service.
Accountability. We will continuously measure and improve our performance and results.

### U.S. Trustee Program Goals

1. Protect the integrity of the Nation's bankruptcy system
2. Promote effectiveness and efficiency within the Nation's bankruptcy system
3. Maintain operational excellence that achieves desired results through continuous improvements in administration (including human resources) and services

# Attachment "B" to Memorandum of Understanding

[Note: This attachment to the April 1, 1999 MOU has been revised for accuracy & re-formatted for ease of access (2/8/00)]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION

IN RE:

*06-11164*

CASE NO. ____

_____/

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

Pursuant to FRBP 2002(a)(6) and 2002(f)(8), please take notice that _____, trustee of the above styled estate, has filed a Final Report and th trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $_____ |
| *and approved disbursements of* | $_____ |
| *leaving a balance of* | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Applicant or Reason | Fees | Expenses |
|---|---|---|
| Trustee | $_____ | $_____ |
| Attorney for trustee | $_____ | $_____ |
| Appraiser | $_____ | $_____ |
| Auctioneer | $_____ | $_____ |
| Accountant | $_____ | $_____ |
| Special attorney for trustee | $_____ | $_____ |
| Charges, U.S. Bankruptcy Court | $_____ | $_____ |
| United States Trustee | $_____ | $_____ |

U.S. Trustee Program/Dept. of Justice

http://www.usdoj.gov/ust/eo/rules_regulations/guidelines/docs/exhibi...



U.S. Department of Justice

Contact Us    Search    Site M

Home >> Rules, Decisions, Guidelines & Policy >> Guidelines for Reviewing Applications for Compensation >> Fee Guidelines — Exhibit B

# Fee Guidelines — Exhibit B

*06-11164*

[FOR "ON-LINE" VIEWING ONLY — DOWNLOAD WPD or PDF FORMATS FOR USE]

### (Sample Summary Sheet)

|  |  |  |  |  |
|---|---|---|---|---|
|  | Fees Previously Requested | $ | NAME OF APPLICANT: |  |
|  | Fees Previously Awarded | $ |  |  |
| **In re** |  |  |  |  |
| CHAPTER | Expenses Previously Requested | $ | ROLE IN THE CASE: |  |
|  | Expenses Previously Awarded | $ |  |  |
| **Case No.** |  |  |  |  |
|  | Retainer Paid | $ | CURRENT APPLICATION | $ |
|  |  |  | Fees Requested | $ |
|  |  |  | Expenses Requested |  |
| **Debtor.** |  |  |  |  |

FEE APPLICATION

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|

06-11164

PARTNERS

ASSOCIATES

PARAPROFESSIONALS

TOTAL BLENDED  $
HOURLY RATE
(Excluding
Paraprofessionals)

**TOTAL**

Last Update: November 21, 2005 6:52 PM
U.S. Trustee Program/Department of Justice
usdoj/ust/smm

USTP Home  |  USTP Regions  |  Bankruptcy Reform  |  What's New  |  Privacy Policy  |  Notic
Disclaimers  |  DOJ Home  |  USA.gov  |  Search  |  Contact Us  |  FOIA

United States Bankruptcy Courts  |  Bankruptcy Code



# Exhibit A— Project Categories

*06-11164*

## Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330

### (Reprinted at 28 C.F.R. Part 58, Appendix)

Here is a list of suggested project categories for use in most bankruptcy cases. Only one category should be used for a given activity. Professionals should make their best effort to be consistent in their use of categories, whether within a particular firm or by different firms working on the same case. It would be appropriate for all professionals to discuss the categories in advance and agree generally on how activities will be categorized. This list is not exclusive. The application may contain additional categories as the case requires. They are generally more applicable to attorneys in chapter 7 and chapter 11, but may be used by all professionals as appropriate.

ASSET ANALYSIS AND RECOVERY:  Identification and review of potential assets including causes of action and non-litigation recoveries.

ASSET DISPOSITION:  Sales, leases (§ 365 matters), abandonment and related transaction work.

BUSINESS OPERATIONS:  Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems.

**CASE ADMINISTRATION:** Coordination and compliance activities, including preparation of statement of financial affairs; schedules; list of contracts; United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquiries.

**CLAIMS ADMINISTRATION AND OBJECTIONS:** Specific claim inquiries; bar date motions; analyses, objections and allowances of claims.

**EMPLOYEE BENEFITS/PENSIONS:** Review issues such as severance, retention, 401K coverage and continuance of pension plan.

**FEE/EMPLOYMENT APPLICATIONS:** Preparations of employment and fee applications for self or others; motions to establish interim procedures.

**FEE/EMPLOYMENT OBJECTIONS:** Review of and objections to the employment and fee applications of others.

**FINANCING:** Matters under §§ 361, 363 and 364 including cash collateral and secured claims; loan document analysis.

*06-11164*

**LITIGATION:** There should be a separate category established for each matter (e.g., XYZ Litigation).

**MEETINGS OF CREDITORS:** Preparing for and attending the conference of creditors, the § 341(a) meeting and other creditors' committee meetings.

**PLAN AND DISCLOSURE STATEMENT:** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to the allowance and objections to allowance of claims.

**RELIEF FROM STAY PROCEEDINGS:** Matters relating to termination or continuation of automatic stay under § 362.

The following categories are generally more applicable to accountants and financial advisors, but may be used by all professionals as appropriate.

ACCOUNTING/AUDITING: Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis.

BUSINESS ANALYSIS: Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies.

CORPORATE FINANCE: Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries.

DATA ANALYSIS: Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc.

LITIGATION CONSULTING: Providing consulting and expert witness services relating to various bankruptcy matters such as insolvency, feasibility, avoiding actions, forensic accounting, etc.

RECONSTRUCTION ACCOUNTING: Reconstructing books and records from past transactions and bringing accounting current.

TAX ISSUES: Analysis of tax issues and preparation of state and federal tax returns.

VALUATION: Appraise or review appraisals of assets.

[61 Fed. Reg. 24890 (May 17, 1996); 28 CFR Part 58, Appendix]

Official Form 23 (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____,    Case No. _O6-11164_

Debtor

Chapter _____

## DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☐ I, _____, the debtor in the above-styled case, hereby

(Printed Name of Debtor)

certify that on _____ (Date), I completed an instructional course in personal financial management

provided by _____, an approved personal financial

(Name of Provider)

management provider.

Certificate No. : _____.

☐ I, _____, the debtor in the above-styled case, hereby

(Printed Name of Debtor)

certify that no personal financial management course is required because of *[Check the appropriate box.]*:

    ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

    ☐ Active military duty in a military combat zone; or

    ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: _____

Date: _____

_____

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Form B6H
(10/05)

In re _____ ,          Case No. _____06-1164_____
                  **Debtor**                                              (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Official Form 6D (10/06)

In re _____/_____,   Case No. _06-1164_
                    Debtor                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ___ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ | $ |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules ) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data ) |

Official Form 6D (10/06) – Cont.

In re _____     Case No. _____ 06-11164 _____
                    Debtor                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no. ____ of ____ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal (s) ▶
(Totals) of this page

$ _____     $ _____

Totals) ▶
(Use only on last page)

$ _____     $ _____

(Report also on          (If applicable
Summary of Schedules.)   report also on
                          Statistical Summary
                          of Certain
                          Liabilities and
                          Related Data )

Official Form 6E (10/06) - Cont.

In re _____,    Case No. _____
                    **Debtor**                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page) — $ | $

Total▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) — $

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) — $ | $

Official Form 6E (10/06)

In re _____                     Case No. _Qp-1164_
                    Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Official Form 6F (10/06)

In re _____,    Case No. _____
                        Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | Subtotal▶ | | | | $ |
| _____ continuation sheets attached | | | Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ |

Official Form 6F (10/06) - Cont.

In re _____,    Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no.___of___continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 7
(10/05)

*VOLUNTARY CHAPTER 7 FILED: 7/31/06*

# UNITED STATES BANKRUPTCY COURT

*WESTERN* DISTRICT OF *TEXAS AUSTIN DIVISION*

In re: *IRS* .    Case No. *06-11164 FRM*
Debtor                                              (if known)

*DONALD RAY TOWNEY, JR ET AL*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*MARK EVERSON*    ~~DEFINITIONS~~ *JOHN W. SNOW*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*HENRY PAULSON*

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

*HEADQUARTERS — PRINCIPAL PLACE OF BUSINESS*

**1.    Income from employment or operation of business**

None
[ ]

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                 SOURCE

*WASHINGTON, D.C.*
*PENNSYLVANIA AVENUE*

3

BANKRUPTCY NO. 06-11164 FRM

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

MARK EVERSON - IRS COMMISSIONER

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

ADMINISTRATIVE PROCEEDINGS
EEO #05-2291 AND EEO #05-2291S

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

FEDERAL TORT CLAIM SACT - FTCA - FORM
SF 95 - PERSONAL INJURY - ADMINISTRATIVE
CLAIM
FILED : 8/22/2005 AT 8:01 AM

**5. Repossessions, foreclosures and returns**

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

CIVIL NO. 1:05CV00243S8 FILED 4/29/05
CLOSED : 12/06/2006    AUSTIN, TX

**6. Assignments and receiverships**

None ☐

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

CIVIL NO. 1:06CV01558 RCL
FILED : 9/1/2006 FROM FTCA
TORT CLAIM FORM SF 95
CIVIL NO. 1:06CV10967 LY PP

4

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

*MSPB-DA 1221-06-0171-W-1*
*DEPARTMENT OF THE TREASURY*
*DONALD KAY THOMEY JR. ET. AL.*

**7. Gifts**

None ☐

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

*BANKRUPTCY NO. 06-11164 FRM*
*ADVERSARY NO. 06-01248*

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*ADVERSARY NO. 07-10008*

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

*1:07CV00859RBW*

**9. Payments related to debt counseling or bankruptcy**    *WHERE ARE THE PAYMENTS?*

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*CHARLES R. NETTLES*     *$1,800.00 ONLY*
*R. BARRY ROBINSON - AUSA*
*PAT S. GENIS - AUSA*

U.S. Trustee Program/Dept. of Justice    http://www.usdoj.gov/ust/eo/private_trustee/locator/7.htm

**Randolph N. Osherow**
342 W. Woodlawn, Suite 300
**San Antonio**, TX 78212-3314
E-mail: rosherow@hotmail.com
Phone: (210)738-3001
Fax: (210)737-6312

CHAPTER 7 TRUSTEE
BANKRUPTCY CASE
NO. 06-11164 FRM
VOLUNTARY CHAPTER 7
FILED : 7/13/2006
BY
I.R.S. SUPERVISOR
DONALD RAY TAWNEY, JR
IRS
CUSTOMER SERVICE BUILDING
AUSTIN COMPLIANCE CENTER
1821 DIRECTORS BLVD
AUSTIN, TEXAS 78744
BANKRUPTCY ATTORNEY
CHARLES R. NETTLES

U.S. Trustee Program/Dept. of Justice

http://www.usdoj.gov/ust/eo/private_tr

.

**Ronald E. Ingalls**
1611 Nueces
**Austin,** TX 78701

P.O. Box 684903
**Austin,** TX 78768
E-mail: rontrust@swbell.net
Phone: (512)708-9188
Fax: (512)708-1345

U.S. Trustee Program/Dept. of Justice                http://www.usdoj.gov/ust/eo/private_trustee/locator/7.

## DISTRICT OF COLUMBIA

Note: The individuals listed are private parties, not government employees.

**Marc E. Albert**
1150 18th Street, NW; Suite 800
**Washington**, DC 20036
Phone: (202)785-9100

*CHAPTER 7 TRUSTEES*

**Kevin R. McCarthy**
8180 Greensboro Drive, Suite 875
**McLean**, VA 22102
Phone: (703)770-9260

**Bryan S. Ross**
1800 K. Street, NW
Suite 624
**Washington**, DC 20006
Phone: (202)659-2214

**Wendell W. Webster**
1775 K. Street, N.W., Suite 600
**Washington**, DC 20006
Phone: (202)659-8510

**William D. White**
8180 Greensboro Drive, Suite 875
**McLean**, VA 22102
Phone: (703)770-9260

**<- Back to State Locator>**

*PAGE 22*



Home >> Press & Public Affairs >> Bankruptcy Fact Sheets & Consumer Notices >> The U.S. Trustee's Role In Consumer Bankruptcy Cases

# The U.S. Trustee's Role In Consumer Bankruptcy Cases

*4-PAGES*

The vast majority of bankruptcy cases are filed by consumers rather than businesses. Most consumer cases are filed under either Chapter 7 or Chapter 13 of the federal Bankruptcy Code. Approximately 70 percent of cases are Chapter 7 liquidations filed by consumers, and nearly 30 percent are Chapter 13 wage-earner repayment cases. This fact sheet describes the United States Trustee's primary responsibilities in Chapter 7 and Chapter 13 consumer bankruptcy cases.

## Chapter 7 Cases                    *06-1164*

In Chapter 7 cases, the United States Trustee litigates issues that affect the integrity of the bankruptcy system. For example, the United States Trustee might:

> Argue that granting the debtor a bankruptcy discharge would constitute a "substantial abuse" of the bankruptcy process.

> Object to excessive fees requested by the debtor's attorney.

> Take action against unlawful practices by bankruptcy petition preparers--generally, non-lawyers who receive a fee to prepare a consumer debtor's bankruptcy papers.

The United States Trustee also appoints and supervises the Chapter 7 trustees who administer consumer debtors' bankruptcy estates. In most Chapter 7 cases, no assets are available for distribution to creditors. However, if a Chapter 7 debtor has property that is not exempt from creditors' reach under state or federal law, the trustee may sell that property and distribute the money to creditors.

The United States Trustee appoints each Chapter 7 trustee to a panel for up to one year, renewable at the United States Trustee's discretion; these "panel trustees" are then assigned to Chapter 7 cases on a blind rotation basis. The United States Trustee supervises the panel trustees' administration of individual debtor estates; monitors the trustees' financial record-keeping; and imposes other requirements to ensure that the trustees carry out their fiduciary duties.

## Chapter 13 Cases

REGION 7 based in Houston, TX





**Department of Justice**
**UNITED STATES TRUSTEES PROGRAM**
# REGIONS & WEBSITES

OFFICE LOCATOR     OUTREACH     NOTE

[Houston] [Corpus Christi] [San Antonio] [Austin]
Regional Staff

| Charles F. McVay | Maurya Hill | Peggy Taylor | Gloria Hodge |
|---|---|---|---|
| UNITED STATES TRUSTEE | SECRETARY | ADMINISTRATIVE OFFICER | IT SPECIALIST |
| Phone: 713-718-4650 | Phone: 713-718-4650 x254 | Phone: 713-718-4650 x244 | Phone: 713-718-4650 x245 |
| Fax: 713-718-4670 | Fax: 713-718-4670 | Fax: 713-718-4670 | Fax: 713-718-4670 |

**Approved Depositories &**
**Federal Reserve Contact List**

**Chapter 7 Panel Trustees**

**Chapter 12 Trustee List**

**Chapter 13 Trustee List**

**Guidelines for**
**Debtors-in-Possession**

**341 Meeting Rooms**

**Bankruptcy Court Automated**
**Case Information System**
**888-436-7477**
**210-472-4023**

**Report Bankruptcy Fraud**
Detecting and combating
Bankruptcy Fraud is a U.S.
Trustee Program priority. For
information on how to report
suspected bankruptcy fraud,
click here.

United States Trustee
Western District of Texas     *0641164*
Austin office

903 San Jacinto, Room 230
Austin, TX 78701
Phone: 512-916-5328
Fax: 512-916-5331

Staff

Henry Hobbs
ASSISTANT U.S. TRUSTEE
Phone: 512-916-5329

Deborah A. Bynum
TRIAL ATTORNEY
Phone: 512-916-5346

Valerie Wenger
TRIAL ATTORNEY
Phone: 512-916-5315

Laddy Janovsky
BANKRUPTCY ANALYST
Phone: 512-916-5451

Dianna Chavez
PARALEGAL
Phone: 512-916-5450

Catherine L. Sughrue
PARALEGAL
Phone: 512-916-5347



# Nationwide Office Locator

*/ 06-11164*

## — EXECUTIVE OFFICE FOR U.S. TRUSTEES —

**CLIFFORD J. WHITE, III**
**DIRECTOR**
20 MASSACHUSETTS AVE, N.W., Room 8000
Washington, D.C. 20530
**Phone**: 202-307-1391 **Fax**: 202-307-0672

**VACANT**
**PRINCIPAL DEPUTY DIRECTOR**
20 MASSACHUSETTS AVE, N.W., Room 8000E
WASHINGTON, DC 20530
**Phone**: 202-307-1391 **Fax**: 202-307-0672

**DONALD F. WALTON**
**ACTING DEPUTY DIRECTOR**
20 MASSACHUSETTS AVE, N.W., Room 8000F
WASHINGTON, DC 20530
**Phone**: 202-307-1391 **Fax**: 202-307-0672

**JEFFREY M. MILLER**
**ASSOCIATE DIRECTOR**
20 MASSACHUSETTS AVE, N.W., Room 8000G
WASHINGTON, DC 20530
**Phone**: 202-307-1391 **Fax**: 202-307-0672

**ROBERTA A. DeANGELIS**
**ACTING GENERAL COUNSEL**
20 MASSACHUSETTS AVE, N.W., Room 8100
WASHINGTON, DC 20530
**Phone**: 202-307-1399 **Fax**: 202-307-2397

**MARK REDMILES**

**CHIEF, CIVIL ENFORCEMENT UNIT**
20 MASSACHUSETTS AVE, N.W., Room 8106
WASHINGTON, DC 20530
**Phone**: 202-307-1365 **Fax**: 202-307-2397

**RICHARD E. BYRNE**
**CHIEF, CRIMINAL ENFORCEMENT UNIT**
20 MASSACHUSETTS AVE, N.W., Room 8106
WASHINGTON, DC 20530
**Phone**: 202-305-2715 **Fax**: 202-307-2397

**ROBERT D. MILLER JR.**
**ACTING ASSISTANT DIRECTOR FOR REVIEW & OVERSIGHT**
20 MASSACHUSETTS AVE, N.W., Room 8338
WASHINGTON, DC 20530
**Phone**: 202-305-0550 **Fax**: 202-307-2185

**PHILIP CREWSON**
**ASSISTANT DIRECTOR FOR RESEARCH & PLANNING**
20 MASSACHUSETTS AVE, N.W., Room 8310
WASHINGTON, DC 20530
**Phone**: 202-307-2605 **Fax**: 202-616-4576

**MONIQUE BOURQUE**
**CHIEF INFORMATION OFFICER**
20 MASSACHUSETTS AVE, N.W., Room 8000
WASHINGTON, DC 20530
**Phone**: 202-353-3548 **Fax**: 202-616-1174

**SANTAL MANOS**
**ASSISTANT DIRECTOR FOR ADMINISTRATION**
20 MASSACHUSETTS AVE, N.W., Room 8200
WASHINGTON, DC 20530
**Phone**: 202-307-2759 **Fax**: 202-307-3960

**HENRY HOBBS**    *06-11164*
**ACTING CHIEF, DEBTOR EDUCATION & CREDIT COUNSELING**
20 MASSACHUSETTS AVE, N.W., Room 8310
WASHINGTON, DC 20530
**Phone**: 202-307-3698 **Fax**: 202-305-8536

*PAGE 4*



# Memorandum of Understanding Regarding Case Closing

**9-PAGES**

### AMENDED MEMORANDUM OF UNDERSTANDING
### BETWEEN THE EXECUTIVE OFFICE FOR UNITED STATES TRUSTEES
### AND THE ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
### REGARDING CASE CLOSING AND POST CONFIRMATION CHAPTER 11 MONITORING

**April 1, 1999**

The purpose of this memorandum is to amend the Memorandum of Understanding (MOU) between the Administrative Office of the United States Courts (AO) and the Executive Office for United States Trustees (EOUST) regarding the responsibilities and procedures for the closing of cases and the monitoring of chapter 11 cases after confirmation. This amended MOU seeks to reflect changes in the rules governing bankruptcy procedure since the original MOU and further allocates responsibilities of the case trustee, United States Trustee, and clerk in the case closing process.

Obtaining and maintaining an adequate level of resources to fulfill the responsibilities of the MOU remains a challenge. The standards set forth are a foundation of proper administration of bankruptcy cases. All parties continue to be committed to this goal and the need to examine continually policies and procedures so that they can be improved. Accordingly, this MOU may be modified from time to time as necessary by written agreement between the parties.

Comments, questions, or problems regarding this memorandum and its implementation should be directed to the Working Group established by the AO and the EOUST.

## I. Background

Since enactment of the nationwide United States trustee program, Pub. L. 99-554 (1986), the AO and the EOUST meet periodically to discuss matters of mutual concern. Representatives of the bankruptcy courts and United States Trustees participate in those meetings. The purpose of the meetings is to delineate

responsibilities and examine and improve procedures. The following factors have been established:

A. The administration of a bankruptcy estate is entrusted to a private person, whether a trustee under chapters 7, 11, 12 and 13 of the Bankruptcy Code, or the debtor itself under chapter 11. As the degree of creditor participation in a chapter 7 liquidation case is often minimal, review by the United States Trustee of the manner a particular estate is being administered is important. Additionally, ensuring that chapter 11 estates have been fully administered, so that the court may close the case, is an important element of effective case administration.

B. Pursuant to 28 U.S.C. section 586, the United States Trustee has the responsibility to appoint private trustees, oversee their performance, and generally supervise the administration of estates.

C. Pursuant to 11 U.S.C. section 350, and 28 U.S.C. section 151 et seq., the court's responsibilities include adjudicating disputes arising in a case and approving certain actions of debtors and trustees. Under 11 U.S.C. section 350, the court has the responsibility to close a case and discharge the trustee.

D. Pursuant to 28 U.S.C. section 156(b) and FRBP 5001, and 5003, the clerk of the court (clerk) is the recipient and repository of all court records. The clerk also assists the court in carrying out its duties.

E. The court, the clerk, and the United States Trustee each have responsibility within the scope of their offices, to ensure that cases move expeditiously, efficiently and properly through the system.

F. In March 1988 the Judicial Conference of the United States directed that clerks' offices not perform or duplicate the case closing review function performed by the United States Trustee. See Resolution of the Judicial Conference, Conf. Rpt. At pp 9-10 (March 1988).

G. If a case trustee under chapter 7, chapter 12 or chapter 13 has filed a Final Report and Final Account and has certified that the estate has been fully administered, and no objection has been filed by the United States Trustee or a party in interest within 30 days, FRBP 5009 provides that there shall be a presumption that the estate has been fully administered.

H. In chapter 7 asset cases, prior to the filing of the Final Account and Certification that the Estate has been Fully Administered, the case trustee is to transmit to the United States Trustee a Final Report wherein the trustee details the administration of the estate, including the proposed dividend distribution. Effective August 1, 1993, FRBP 3009 was amended to delete the

requirement that the court approve the amounts and times of
distributions in recognition of the role of the United States Trustee
in supervising trustees and estates.

I. Pursuant to 11 U.S.C. section 330, the court must approve the
compensation and expenses of the trustee and that of any
professional paid from estate funds. A case closing process
encompassing both the approval of fees and expenses by the
court, as well as review of the Final Report by the United States
Trustee is desirable.

## II. Responsibilities of the Chapter 7 Case Trustee

A. Submission of the Final Report — The case trustee shall submit
to the United States Trustee a Final Report. The Final Report is the
pre-distribution summary of all actions taken by the chapter 7
case trustee to administer the case and a summary of the creditor
and administrative claims outstanding at the time of submission to
the United States Trustee. It is a signed statement by the trustee,
submitted under penalty of perjury, certifying that all assets have
been liquidated or properly accounted for and that funds of the
estate are available for distribution. Prior to the submission of the
Final Report, the trustee shall have ensured that the claims review
process is completed, including, if necessary, the completed
adjudication by the court of any disputed claim.

> The Final Report shall consist of a) the Individual Estate
> Property Record and Report (United States Trustee Form
> 1); b) the Cash Receipt and Disbursement Record (United
> States Trustee Form 2); and c) the proposed dividend
> distribution report. A proposed Notice of the Final Report
> and the Application for Compensation and Expenses, in a
> format similar to that set forth on either Attachment A or
> Attachment B, shall also be submitted.

> With the Final Report, the trustee shall submit to the
> United States Trustee a) the application or previously
> entered order of court for trustee compensation and
> reimbursement of expenses; b) the applications or orders
> of court for compensation and expenses for all
> professionals retained by the trustee; and c) appropriate
> financial documentation relating to the estate to support
> the Final Report. The applications submitted are to be
> drawn in accordance with the Guidelines promulgated by
> the Executive Office for the United States Trustees.

B. Distribution of Estate Dividends — If the court awards
compensation and expenses as provided in the Notice of the Final
Report and the Application for Compensation and Expenses and
the United States Trustee has approved the Final Report, upon
entry of the compensation and expense order, the case trustee

shall commence payment of dividends in accordance with the reviewed dividend distribution report. If, however, the court modifies the fees and expenses, the trustee shall not make distribution of dividends until the revised dividend distribution report has been reviewed by the United States Trustee. The payment of the final compensation and expenses shall not be made prior to the payment of the final dividends to creditors and in no event shall the final dividend to creditors be paid later than 30 days after the entry of the final order on compensation and expenses.

C. Submission of the Final Account, Certification that the Estate has been Fully Administered, and Applications to be Discharged — Within 125 days after the entry of the order of court allowing compensation and expenses, the case trustee shall submit to the United States Trustee a Final Account, Certification that the Estate has been Fully Administered, and Application for Discharge pursuant to FRBP 5009. The Final Account is the trustee's post distribution statement and includes a certification, submitted under penalty of perjury, that all funds have been disbursed consistent with the dividend distribution report and that all checks have been negotiated, or any remaining estate monies have been paid into court, and that the estate has been fully administered. The case trustee shall submit to the United States Trustee all necessary financial documents to support the Final Account.

**III. Responsibilities of Standing Trustee** — Within 150 days of the final distribution to creditors in a chapter 12 or 13 case, the standing trustee shall file with the court, pursuant to FRBP 5009, the Final Account, the Certification that the Estate has been Fully Administered, and an Application for Discharge.

**IV. Duties of the United States Trustee in Case Closing** — The United States Trustee shall undertake the following efforts with regard to case closings in chapters 7, 12 and 13 cases.

A. Review of chapter 7 asset reports — The United States Trustee shall review within 60 days of receipt all Final Reports in chapter 7 asset cases utilizing the following procedures:

The United States Trustee shall conduct a thorough review of all asset case reports. This process involves the determination that all assets in the estate were properly administered (i.e., examination of exemptions, abandonments, sales, or other liquidations). All reports shall be reviewed to ensure the inclusion of court orders approving employment, payment of compensation, sales (if applicable) and other actions taken by the trustee in the case. All compensation and expense reimbursement requests filed on behalf of the trustee or other professionals or agents will be reviewed for compliance

with the Bankruptcy Code, Rules and the Fee Guidelines. All calculations in the trustee's Final Report, including the calculation of the trustee's fee and proposed dividend to creditors, will be reviewed for accuracy. Based upon a review of case documents received by the United States Trustee, a determination will be made that the trustee has reviewed and properly dealt with all claims. The United States Trustee will rely on the trustee's certification that all claims have been reviewed. If deemed necessary by the United States Trustee, the trustee's certification will be verified by further review of the documents on file with the clerk. Deficiencies in the trustee's administration or other problems or mistakes will be brought to the trustee's attention for corrective action.

The United States Trustee shall file the Final Report or an amended Final Report, and Application for Compensation and Expenses with the clerk, noting that the report has been reviewed, at or before the end of the 60 days, if all deficiencies are resolved. If the case trustee does not agree with the United States Trustee's position that the report is deficient, the United States Trustee shall file the Final Report with the clerk within 60 days of receipt, indicating the objection of the United States Trustee to the Final Report. The United States Trustee shall also file any objection to the Application for Compensation and Expenses and may combine the objection to the Final Report and to the Application in one document.

If the court orders compensation and expenses in an amount different from the trustee's application, the United States Trustee shall review the trustee's revised dividend distribution report within 10 days of receipt and return it to the trustee noting that is has been reviewed.

With regard to the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge, FRBP 5009 places responsibility on the case trustee to certify that the estate has been properly administered, including documenting the disposition of assets, expenditures, review of claims and final distribution. Although it shall be the United States Trustee's responsibility to see that adequate procedures are in place to ensure an effective and efficient case closing procedure, the United States Trustee is not a guarantor or insurer of the work performed by the case trustee. Rather, the United States Trustee shall review the trustee's final account for accuracy, and upon completion of the review and the correction of any deficiencies, the United States trustee will file within 30 days of receipt, the Final Account, Certification that the

Estate has been Fully Administered, and Application for Discharge of the trustee with the court, and shall provide the following statement: "The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close."

B. Review of chapter 7 no asset cases — The case trustee shall submit a No Distribution Report (NDR) to the United States Trustee within 60 days of the meeting required by 11 U.S.C. § 341(a) or file the NDR with the Court and serve a copy on the United States Trustee within the same time period. The NDR constitutes the Final Report and Final Account in an estate where the case trustee has determined that there are no assets to administer. If the original NDR has been submitted to the United States Trustee then the United States Trustee shall file the NDR with the court within five days of receipt.

Because of the nature and volume of no asset cases, a detailed review of each case is not feasible. The United States Trustee's review will be based on an evaluation of a random sample of NDRs submitted by each trustee. Within 30 days of the filing of the NDR, the United States Trustee will, in those cases selected, review the schedules to determine that all assets listed were properly exempted or of no value to the estate. If it appears that assets were available for liquidation, the record of the section 341 meeting will be reviewed to see if it explains the failure to liquidate assets. If the information is not adequate, the trustee will be required to provide an explanation. If the deficiencies warrant, the United States Trustee will file an objection to the NDR or move to reopen the case so an objection can be filed. Errors, omissions or a clear failure to perform will result in a more thorough review of that trustee's work and, if deemed appropriate, action will be taken by the United States Trustee. In addition to this process, a verification letter will be sent to the debtor in sampled cases as a further substantiation that assets were not turned over to the trustee.

C. Review of chapter 12 and 13 cases — With regard to chapter 12 and 13 case closings, the United States Trustee's review will be based on the supervision of the standing trustee through reporting requirements, budget approvals and on site visits as well as an annual audit by an independent certified public accounting (CPA) firm. If the standing chapter 12 and 13 trustee caseload or cash flow falls below the threshold amount for the hiring of an independent CPA, an annual review will be conducted by the

United States Trustee's office or other office of the Department of Justice. During an audit, selected cases will be reviewed in depth for the accuracy of receipts and disbursements. Internal controls and procedures will also be scrutinized. The annual audit will be made available to the court if requested.

In order to comply with the provisions of FRBP 5009, in the Final Report and Final Account, the chapter 12 or 13 standing trustee shall certify that the estate has been fully administered. If warranted, the United States Trustee will object to the standing trustee's Final Report and Final Account.

If the caseload is not sufficient for the appointment of a standing chapter 12 or 13 trustee, chapter 12 and 13 cases will be processed on a case by case basis in the manner established for chapter 7 asset cases.

**V.  Court and Clerk** — The court and clerk shall undertake the following efforts.

A.  Chapter 7 Asset Cases

1. After review by the United States Trustee, all Final Reports and Final Accounts, Certifications that the Estate has been Fully Administered, and Applications for Discharge shall be filed with the clerk. The clerk shall have the responsibility to keep a docket in each case and ensure that all docket entries are accurate and complete. The clerk's office will bring to the attention of the United States Trustee any discrepancies or deficiencies discovered in the course of its processing so that such can be resolved. Staff of the clerk's office, however, should not be used to perform or duplicate the United States Trustee's Responsibilities.

2. Upon filing of the Final Report and Application for Compensation and Expenses, a notice in a form similar to that set forth on Attachment A or Attachment B, shall be given to creditors pursuant to FRBP 2002(f)(8), and 2002 (a)(7). The notice shall be sent by the case trustee or such other person as the court directs as provided under FRBP 2002(a), or the clerk. The notice is to state that the Final Report has been filed, the amount of money in the estate, the amount of compensation and expenses requested by the trustee and the professionals for the trustee (or the amount previously approved by the court), the names and the amount of the approved claim for each entity in a class that will be part of the distribution, the estimated amount of the dividend or the pro rata percent, the date of any hearing or the procedure for filing an

objection to the fees or the proposed distribution. If the clerk provides the notice, the case trustee shall provide its content in the format set forth on Attachment A or Attachment B.

3. The clerk shall submit to the court applications for compensation and reimbursement of expenses.

4. Upon filing of a Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of trustee, and if within 30 days of that filing no objection has been filed by the United States Trustee or by a party in interest, the court shall enter an Order closing the case pursuant to 11 U.S.C. section 350 and FRBP 5009.

B. Chapter 7 No Asset Cases

1. Upon filing of the NDR in a no asset case, and the expiration of the time limits for filing objections to the case trustee's report pursuant to FRBP 5009, and for filing objections to the debtor's discharge pursuant to FRBP 4004(a), the clerk shall authorize payment to the trustee of the fee established by 11 U.S.C. section 330(b).

2. After the above events occur the court, pursuant to 11 U.S.C. section 350 and FRBP 5009, shall enter an order to discharge the trustee and close the case after the expiration of the 30 day period set forth in FRBP 5009.

C. Chapter 12 and 13 Cases

1. After the standing trustee has filed the Final Report and Final Account and Certification that an Estate has been Fully Administered, the court shall close the case, pursuant to 11 U.S.C. section 350 and FRBP 5009.

2. When chapter 12 and 13 estates are individually administered, cases shall be processed and closed in the manner provided for chapter 7 asset cases.

## VI. Post Confirmation Chapter 11 Cases

A. Background

1. The AO and EOUST agree that the issue of ensuring that a confirmed plan is implemented to the degree necessary to allow the court to close the case continues to be a challenge to efficient and effective case administration. The following delineates the parameters of responsibility:

a. Court and Clerk — As part of the confirmation

of a plan, courts have generally provided that, by a specified date, the debtor shall certify to the court that disbursements pursuant to the plan have been undertaken, and that the plan has been substantially consummated, so that an Application for Final Decree can be filed pursuant to FRBP 3022. The clerk will periodically provide the United States Trustee with a list of those cases where an Application for Final Decree has not been timely filed.

b. United States Trustee — Because of the United States Trustee's responsibility to monitor the case, and the debtor-in-possession or trustee, the United States Trustee shall review any application for a Final Decree, and the report(s) required by the order of confirmation. It is within the discretion of the United States Trustee to object to an Application for Final Decree or to the contents of any reports required by the order of confirmation. If no objection has been filed within 30 days of the filing of the application or report(s), it is presumed that the estate has been fully and properly administered. Where no timely Application for Final Decree has been filed, the United States Trustee shall undertake efforts as the United States Trustee deems appropriate to secure the filing of an Application for Final Decree, or seek an order from the court.

_____/S/_____

_____/S/_____

Administrative Office of Office for
the United States Courts Trustees,

of Justice
**April 1, 1999
10, 1999**

Executive

United States

Department

**February**

PAGE 9

USTP Home | USTP Regions | Bankruptcy Reform | What's New | Privacy Policy | Notice & Disclaimers | DOJ Home | USA.gov | Search | Contact Us | FOIA

United States Bankruptcy Courts | Bankruptcy Code

# United States Bankruptcy Court
## Western District of Texas

**Search**

- Home
- Judges/Clerks Offices
- Bankruptcy Info
- Court Calendars
- Local Rules/Orders
- Opinions
- E-mail Groups
- Search/Site Index
- Feedback

## Austin Division

*2-PAGES*

**Homer J. Thornberry Federal Judicial Bldg.**
903 San Jacinto Blvd., Suite 322
Austin, Texas 78701
(512) 916-5237
Fax: (512) 916-5278
Office Hours: 8:00 a.m. - 4:00 p.m. CST

*AUSTIN, TX*

Austin Courthouse Map
Austin Trustees
Judge Monroe's Points of Change *(PDF)*

**CM/ECF** Case Management Electronic Case Files

- Register
- Login
- How To File
- User Training
- ECF Administrative Procedures and Declaration Forms
- Software Downloads

**Counties located in the Austin Division:** Austin Division Map

Bastrop, Blanco, Burleson, Burnet, Caldwell, Gillespie, Hays, Kimble, Lampasas, Lee, Llano, Mason, McCulloch, San Saba, Travis, Washington, Williamson

*06-11164 FRA*

| Name | Title | Phone | Extension |
|------|-------|-------|-----------|
| Maria Dozauer | Deputy In Charge | (512) 916-5237 | 316 |
| Laurie Boyd | Case Manager | (512) 916-5237 | 306 |
| Mary Cano | Case Manager | (512) 916-5237 | 309 |
| Anita Chapman | Courtroom Deputy, Judge Monroe | (512) 916-5237 | 319 |
| Guadalupe Eureste | Case Manager | (512) 916-5237 | 305 |
| Ronda Farrar | Case Manager | (512) 916-5237 | 312 |
| Elizabeth A. Gil | Case Manager | (512) 916-5237 | 313 |
| Shelly Gou | Applications Developer | (512) 916-5237 | 304 |
| Pete Guerrero | Case Manager | (512) 916-5237 | 317 |
| Estella Hernandez | Case Manager | (512) 916-5237 | 311 |

*06-01248 FRM*

*SHERRI MILLER*

U.S. Bankruptcy Court - Texas Western                    http://www.txwb.uscourts.gov/information/administration.htm#monroe

*CHARLES R. NETTLES*
*RANDOLPH OSHEROW*

**Honorable Frank R. Monroe, U.S. Bankruptcy Judge**

Presides over cases in the Austin division.

Homer J. Thornberry Federal Judicial Bldg.
903 San Jacinto Blvd., Suite 326
Austin, Texas 78701

*AUSTIN, TEXAS*

Sara Muske, Administrative Assistant          (512) 916- 5800
Sarah McHaney, Law Clerk                      (512) 916- 5800
Anita Chapman, Courtroom Deputy               (512) 916- 5847

*06-11164 FRM*
*06-01248 FRM*

**Administration - Clerk's Staff**

Hipolito F. Garcia Federal Building and United                (210) 472-6720
States Courthouse                               Fax: (210) 472-5196
615 East Houston Street                   Office Hours: 8:00 a.m. - 4:00
P.O. Box 1439                                   p.m., CST
San Antonio, Texas 78295-1439                  Mission Statement
                                          San Antonio Courthouse Map

**Administrative Staff**

| Name | Title | Phone | Extension |
|------|-------|-------|-----------|
| GEORGE PRENTICE | CLERK OF COURT | (210) 472-6720 | N/A |

*SAN ANTONIO, TEXAS*

*PAGE 2*

1:07CV00859 RBW

EXHIBIT 2

FOR

1:07CV00156 LY-RP

FILED: 7/24/2007

FILED

2007 JUL 24 PM 4: 21

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION
200 WEST 8TH STREET
AUSTIN TEXAS 78701
JUDGE EARL LEROY YEAKEL III
BANKRUPTCY ATTORNEY CHARLES NETTLES
BANKRUPTCY JUDGE FRANK R. MONROE

IN RE: BANKRUPTCY
CASE NO. 06-11164 FRM
AND
FEDERAL TORT CLAIMS ACT
PERSONAL INJURY
CIVIC NO. 1: 06CV01558 RCL
CIVIC NO. 1: 06CV00967 LY-RP

CIVIC NO.
1: 07CV
00156
LY-RP

MICHAEL L. BUESGENS
PLAINTIFF-APPELLANT

V.

MARK EVERSON, COMMISSIONER
INTERNAL REVENUE SERVICE

JOHN W. SNOW SECRETARY
DEPARTMENT OF THE TREASURY

HENRY PAULSON SECRETARY
DEPARTMENT OF THE TREASURY

DONALD RAY TAWNEY JR
I.R.S. SUPERVISOR
VOLUNTARY CHAPTER 7
BANKRUPTCY CASE NO. 06-11164

JOHN DOE
FEDERAL AGENCY OFFICIALS
DEFENDANTS-APPELLEES
ET. AL.

CIVIL NO.
1:07 CV
00156
LY-RP

CREDITOR-ADVERSARY-PLAINTIFF-
APPELLANT MICHAEL L BUESGENS IS
IN OPPOSITION TO THIS COURTS
ORDERS AND JUDGE WALTER S.
SMITH ORDERS DENYING THE
RECUSAL OF JUDGE EARL LEROY
YEAKEL III IN CIVIL NO.
1:06 CV 00967 LY-RP
AND
1:07 CV 00156 LY

2

# TABLE OF CONTENTS

I. BUESGENS OPPOSITION TO THIS COURTS ORDERS PAGE 2

II. JUDGE SAM SPARKS ORDERS AND OPINIONS DECLARATIONS AGAINST BUESGENS PAGES 5 - 10

III. BUESGENS RESPONSE TO JUDGE SAM SPARKS ALLEGATIONS THAT BUESGENS HAS ABUSED THE LITIGATION PROCESS PAGES 11 - 15

IV. JUDGE EARL LEROY YEAKEL III SHOULD HAVE RECUSED HIMSELF FROM BUESGENS CASES IN APRIL, 2006 PAGES 16 - 25

3

V    CONCLUSION
BOESGENS DID NOT AND HAS NOT
ABUSED THE LITIGATION PROCESS.
PAGES **26 - 28**

VI    BANKRUPTCY CASE HISTORY
AND
RELATED FEDERAL TORT CLAIMS
ACT - PERSONAL INJURY.
ADMINISTRATIVE CLAIM
AND
CIVIL ACTIONS
1:06 CV 01558 RCL    D.C.
1:06 CV 00967 LY FRP    TEXAS

PAGES **29 - 32**

VII    DECLARATION AND VERIFICATION
PAGES **33 - 37**

VIII    CERTIFICATE OF SERVICE
PAGES **38 - 42**

IX    EXHIBITS
PAGES **43 - 45**

4

# I.

AND

1. JUDGE SAM SPARKS ORDER DENYING RECUSAL OF JUDGE EARL LEROY YEAKEL, III IN CIVIL NO. 1:06CV00226ZY-RP

AND

2. FIFTH CIRCUIT COURT OF APPEALS JUDGE EDITH JONES DENIAL OF RECUSAL OF JUDGE EARL LEROY YEAKEL, III

AND

3. JUDGE SAM SPARKS ORDERS IN CIVIL NO. 1:07CV00427SS

4. JUDGE SAM SPARKS HAS MADE THE ULTIMATE DECISION AGAINST MICHAEL L BUESGENS

# II.

JUDGE SAM SPARKS HAS DECLARED THAT BUESGENS HAS DONE THE FOLLOWING:

1. ABUSE OF THE LITIGATION PROCESS
2. FAILED TO COMPLY WITH DISCOVERY PROCESS

5



3. FAILED TO COMPLY WITH COURT ORDER COMPELLING ITS PARTICIPATION.
4. FAILED TO STATE A CLAIM.
5. BUESGENS FILED AN UNTIMELY
   A. APPEAL IN   1:07CV00127 LY
   B. BANKRUPTCY NO. 06-11164
6. FILED AN IMPROPERLY TAKEN
   A. APPEAL IN   1:07CV00209 LY
   B. ADVERSARY NO. 06-01248
7. CIVIL ACTION NO. 1:07CV10538 WGY BOSTON, MA WAS DISMISSED FOR LACK OF VENUE
   AND
8. CIVIL ACTION NO. 8:07CV01363 AKC MARYLAND - SAME THING

9. BUESGENS HAS A HISTORY OF FILING FRIVOLOUS MOTIONS IN HIS CASES WHICH DID NOT IDENTIFY THE DISCOVERY SOUGHT OR THE WITNESSES.

10. DID NOT IDENTIFY THE FACTS AT ISSUE FOR JUDICIAL NOTICE.

6

11. BUESGENS HAS A HISTORY OF FILING FRIVOLOUS INTERLOCUTORY APPEALS DURING THE PENDENCY OF HIS LAWSUITS

12. DESPITE REPEATED JUDGMENTS DENYING HIM RELIEF, BUESGENS CONTINUES TO FILE AND PURSUE LEGAL ACTION RELATED TO HIS HOUSING AND EMPLOYMENT DISCRIMINATION COMPLAINTS.

13. BUESGENS ADDS NEW CLAIMS AND PERSONS.

14. NOTABLY CLAIMS AGAINST LAWYERS WHOSE ONLY ACT WAS TO REPRESENT CLIENTS; AND

15. CLAIMS AGAINST JUDGES WHO HAVE RULED AGAINST HIM;

16. A PRACTICE OF FILING BOTH FRIVOLOUS MOTIONS AND IMPROPER APPEALS.

17. BUESGENS HAS NO RESPECT FOR THE LITIGATION PROCESS

18. PLEADINGS FAIL TO COMPLY WITH LEGAL OR PROCEDURAL AUTHORITIES

19. BECAUSE HE FAILS TO COMPLY WITH DISCOVERY AND COURT ORDERS

20. JUDGE SAM SPARKS SAYS BUESGENS CLEARLY CONSTITUTES A MISUSE AND ABUSE OF THE LEGAL SYSTEM..

21. PRO SE LITIGANTS HAVE "NO LICENSE TO HARASS OTHERS, CLOG THE JUDICIAL MACHINERY WITH MERITLESS LITIGATION, HARASSMENT, AND ABUSE FOR ALREADY OVERLOADED COURT DOCKETS."

22. BUESGENS CONTINUES HIS VEXATIOUS PRACTICES BY FILING

23. FRIVOLOUS LAWSUITS

8

24. SEEKING RELIEF ON ISSUES ALREADY LITIGATED IN NUMEROUS PRIOR ACTIONS.

25 BUESGENS CONTINUED CONTUMACIOUS CONDUCT REQUIRES THE IMPOSITION OF SANCTIONS AS PROPER IN THIS CASE

26. TO PRESERVE THE INTEGRITY OF THIS COURTS PRIOR ORDERS.
A. U.S. DISTRICT COURT
B. WESTERN DISTRICT OF TEXAS
C. AUSTIN, TEXAS
AND

27. TO PRESERVE THE FINALITY OF FINAL JUDGMENTS.
AND

28 TO PROTECT OTHER LITIGANTS NAMED IN THESE ACTIONS

29 AN INJUNCTION AGAINST FUTURE FILINGS MUST BE TAILORED TO PROTECT THE COURTS AND INNOCENT PARTIES WHILE PRESERVING THE LEGITMATE RIGHTS OF LITIGANTS

9

30. THUS A BROAD INJUNCTION, BARRING BUESGENS FROM FILING ANY FUTURE ACTIONS WITHOUT LEAVE OF COURT IS APPROPRIATE.

31. JUDGE SAM SPARKS HAS PROVIDED CITATIONS TO AUTHORITY TO SUPPORT HIS BROAD INJUNCTION

32. SEE DOCUMENT 4 FILED: 6/21/2007
A. CIVIL NO. 1:07CV00427SS
B. OPINION AND ORDER

33. JUDGE EARL LEROY YEAKEL IS USING JUDGE SAM SPARKS ORDER IN CIVIL NO. 1:07CV00427 SS TO SUPPORT HIS DISMISSALS OF CIVIL NO.

34 1:06CV00967 LY-RP FEDERAL TORT CLAIMS ACT AND

35 1:07CV00156 LY - THE APPEAL OF BANKRUPTCY CASE NO. 06-11464 FRM - IRS SUPERVISOR DONALD RAY TAWNEY, JR - VOLUNTARY 7

10

**III** CREDITOR-ADVERSARY-PLAINTIFF-APPELLANT-PETITIONER MICIMELL. BUESGENS

RESPONSE TO THE FOREGOING IS THE FOLLOWING

1. REOPEN ALL OF BUESGENS CASES

2. TRANSFER ALL OF BUESGENS CASES OUT OF TEXAS AND THE FIFTH CIRCUIT

3. CONSOLIDATE THIS COMPLEX-MULTIDISTRICT LITIGATION FOR THE JUST ADJUDICATION AND JOINDER OF PARTIES AND REMEDIES

4. FOCUS ON THE CENTRAL ISSUES IN THESE CASES
   A. EMPLOYMENT DISCRIMINATION BASED ON THE MEDICAL DISABILITY-BIPOLAR
   B. HOUSING DISCRIMINATION
   C. RETALIATION
   D. CONTINUING VIOLATIONS FROM 2002 THROUGH 2007 AND BEYOND

11

5. BUESGENS DOES NOT ABUSE THE LITIGATION PROCESS

6. BUESGENS DOES NOT FILE FRIVOLOUS CLAIMS.

7. BUESGENS DOES NOT FAIL AT DISCOVERY.

8. BUESGENS HAS NOT FAILED TO STATE A CLAIM FOR RELIEF THAT CAN BE GRANTED.

9. BUESGENS DID NOT FILE IMPROPER APPEALS—INTERLOCUTORY OR FINAL.

10. BUESGENS HAS NOT FAILED TO IDENTIFY DISCOVERY SOUGHT

11. BUESGENS DID IDENTIFY THE FACTS AT ISSUE FOR JUDICIAL NOTICE

12. BUESGENS CLAIMS AGAINST LAWYERS RELATE TO THE CENTRAL ISSUES OF EMPLOYMENT AND HOUSING DISCRIMINATION

12

13. LAWYERS CONTROL THE FLOW OF INFORMATION IN CIVIL LITIGATION
AND

14. THEY HAVE FAILED TO DISCLOSE OR PRODUCED EVASIVE AND INCOMPLETE DISCOVERY

15. SEE BUESGENS MOTIONS TO COMPEL DISCOVERY AND THIS COURTS REFUSAL TO RULE ON THEM.

16. FOR EXAMPLE:
17. CIVIL NO.    1:06CV00226LY-RP
18. CIVIL NO.    1:06CV00967LY-RP
19. CIVIL NO.    1:05CV00243SS
20. CIVIL NO.    1:07CV00127LY
21. CIVIL NO.    1:07CV00156LY
22. CIVIL NO.    1:07CV00209LY
23. CIVIL NO.    1:06CV00260LY

24. BANKRUPTCY NO.    06-11164 FRM
25. ADVERSARY NO.    06-01248 FRM

13

26. NONE OF BUESGENS CASES HAVE BEEN LITIGATED

27. THEY HAVE BEEN PREMATURELY DISMISSED

28. BASED
  A. ON ATTORNEY GAMESMANSHIP
  AND
  B. HOT AIR

29. IT IS ATTORNEYS WHO REFUSE TO FOLLOW THE RULES AND JUDGES WHO WANT BUESGENS CASES CLOSED THAT HAS PRODUCED ALL THIS LITIGATION
  AND
  A. INCREASED THE CLAIMS
  AND
  B. PARTIES

30. LOOK AT THE PROCEDURAL MESS THAT ATTORNEYS CREATED TO CONCEAL WRONGDOING AND EVIDENCE.

14

31. LOOK AT CITATIONS TO AUTHORITY

32. DO THEY APPLY IN THE WAY THEY ARE USED TO SUPPORT THIS ATTORNEY RUN AROUND?

33. BUESGENS HAS ALL KINDS OF FACTS AND EVIDENCE OF WRONGDOING IN HIS CIVIL ACTIONS.

34. THAT ARE OMITTED AND DELETED BY EVERYONE

35. MICHAEL L BUESGENS CLAIMS ARE CONTINUALLY MISREPRESENTED BY EVERYONE

36. WHY?

37. TO PROTECT POLITICALLY POWERFUL PARTIES OF INTEREST FROM LIABILITY AND EXPOSURE

15

# IV. JUDGE EARL LEROY YEAKEL III SHOULD HAVE RECUSED HIMSELF IN APRIL 2006 FROM MICHAEL L BUESGENS CASES

1. BECAUSE OF HIS FINANCIAL INTEREST IN THE OUTCOME THAT ARISES FROM JUDGE YEAKEL'S FAILURES AS A REGISTERED AGENT PRIOR TO BECOMING A FEDERAL COURT JUDGE

2. JUDGE YEAKEL'S

   A. FAILURE TO PAY TEXAS STATE FRANCHISE TAX

      AND

   B. FAILURE TO FILE STATE FRANCHISE TAX FORMS

      FOR

   C. VARIOUS ENTITIES

3. BUESGENS HAD MANY COMPLAINTS ABOUT THE SAME FAILURES TO PERFORM A DUTY OWED AGAINST DEFENDANTS AND ATTORNEYS

16

IN THIS CIVIL ACTIONS

4.  FOR EXAMPLE
    SEE:

5.  CIVIL NO. 1:06CV226 LY-RP
    WITCH WAS REMOVED FROM
    D-1-GN-06-000262 AT TEXAS
    STATE COURT
    A: 200TH JUDICIAL DISTRICT
    B.  TRAVIS COUNTY, AUSTIN, TEXAS
6.  A:  JUDGE EARL LEROY YEAKEL, III
    B.  MAGISTRATE JUDGE ROBERT L PITMAN
    C.  MARCH 29, 2006
7.  CRADY, JEWETT L MCCULLEY, LLP
8.  ARMBRUST L BROWN, LLP
9.  CHARLES ENOS BROWN
    EVICTION ATTORNEY

17

10.  SEE
     CIVIL NO. 1:06CV260 LY
     THAT BUESGENS REMOVED
     FROM
A.   TRAVIS COUNTY COURT AT LAW
     NO 1
B.   JUDGE J. DAVID PHILLIPS
C.   CAUSE NO. C-1-CV-06-000678
11.  TO
     JUDGE EARL LEROY YEAKEL, III
     AND
12.  REMOVED ON MAY 24, 2006
13.  TO
     JUDGE J. DAVID PHILLIPS

14.  TRIAL  JUNE 16, 2006
15.  WITH THE FOLLOWING:
16   MEGAN MONIQUE GOERES GALLOWAY
17.  MAUDY ROGERS
18   CHARLES EADS BROWN
19   GREGORY S. CAGLE
20   SHELLEY BUSH MARMON

21   VERDICT - BUESGENS MUST PAY
     $30,000.00 - CASE CLOSED

                18

22    LOOK AT JUDGE EARL LEROY
YEAKEL, III FAILURE TO
PERFORM A DUTY OWED IN

A. CIVIL NO. 1:06 CV 0096 7 LY-RP
B. FEDERAL TORT CLAIMS ACT - FTCA
FORM SF-95 - SUM CERTAIN
ADMINISTRATIVE CLAIM

23    MARY-ELLAN KRCHA - IRS
A. GENERAL LEGAL SERVICES
B. FEDERAL TORT CLAIMS MANAGER
            AND
24    R. BARRY ROBINSON, AUSA
            AND
25    KAREN MELVIK, AUSA
A. 1:06 CV 0155 8 RCL
26.        PRESIDING IN THIS ACTION

27    FAILURE TO PERFORM
A. BREACH OF DUTY
            BY
B. JUDGE EARL LEROY YEAKEL, III
            AND
C. MAGISTRATE JUDGE ROBERT L PITMAN

19



28.
A. 1:06CV00967 LY-RP
   DOCUMENT **29**-FILED: 12/27/06
B. MOTION FOR DEFAULT JUDGMENT
   AGAINST
C.    MEGAN GOERES GALLOWAY SARWAR
D. BUESGENS SERVICE OF SUMMONS
   ON: 10/30/2006

29.
A. DOCUMENT **33**-FILED: 1/8/07
   MOTION TO UNSEAL **PSI**
         **IN**
B. 1:04CR00171 LY-RP
C.    USA V. CHARLES G. HERNDON

30. DOCUMENT **47**-FILED: 3/13/2007
    BUESGENS MOTION TO REOPEN CASES

31. DOCUMENT **49**-FILED: 3/26/2007
    BUESGENS MOTION FOR RECUSAL
    OF JUDGE EARL LEROY YEAKEL, III

32. DOCUMENT **54**- 3/28/2007
    JUDGE YEAKEL'S LETTER TO
    JUDGE WALTER SMITH -WACO, TEXAS

          20

33.    1:06 CV 00967 LY-RP
A.    DOCUMENT **55** - FILED: 4/3/2007
      BUESGENS REQUEST FOR THE
      RETURN OF HIS MEDICAL RECORDS
      **AND**
B.    FEDERAL COURT EVIDENCE
C.    THAT WAS STOLEN AND REMOVED
      FROM
D.    APARTMENT **1023**
      FALCON RIDGE APARTMENTS
      ARNOLD CARL TAUCH - LANDLORD
      500 EAST STASSNEY
      AUSTIN TEXAS 78745
34.   ON **JULY 6, 2006 AT 10:00 AM**

35.   DOCUMENT **59** - FILED: 4/16/2007
A.    BUESGENS RESPONSE **TO**
      MAGISTRATE JUDGE
B.    ROBERT L. PITMAN
      REPORT AND RECOMMENDATIONS
      **FOR**
C.    CIVIL NO. 1:06CV00967LY-RP
      **AND**
D.    CIVIL NO. 1:06CV00226LY-RP

                21

36.  1:06CV00967LY-RP
ORDER DENYING RECUSAL
OF JUDGE EARL LEROY YEAKEL III
DOCUMENT 61 - FILED: 4/17/07

37.  DOCUMENT 62 - FILED: 4/20/07
BUESGENS RESPONSE

38.  1:06CV00967LY-RP
A.  DOCUMENT 65 - FILED: 4/24/07
B.  BUESGENS MOTION FOR COURT
ORDER ON PRODUCTION - PTA CLAIM

39.  IGNORED
40.  OMITTED
41.  DELETED
     BY
42.  JUDGE EARL LEROY YEAKEL, III

43.  DOCUMENT 67 - FILED: 5/8/2007
BUESGENS MOTION TO REOPEN
CIVIL ACTIONS

22

44.    1:06 CV 00967-LY-RP  TEXAS
       THE CIVIL ACTION
                FROM
A.     THE TRANSFER OF
B.     1:06 CV 01558 RCL        D.C.
       THAT ARISES FROM BUESGENS
       ADMINISTRATIVE FEDERAL TORT
       CLAIM - FTCA - FORM 95

45.         AND
       MARY-ELLEN KRCHA - IRS-GLS
       TORT CLAIMS MANAGER - ABUSE
A.          WITH
            TIGTA
                AND
B.     IRS-GLS ATTORNEYS
C.     MARK S. KAIZEN
                AND
D.         MICHAEL LYNN SALYMERS ✓

46 A.  SEE BUESGENS MOTION TO INTERVENE ✓
   B.  IN CIVIL NO. 4:06 CV 01399
   C.  ARENSDORF V. JOHN W. SNOW
           HOUSTON, TEXAS

                23

47. A. 1:06 CV 00 96 7 LY-RP
    R. BARRY ROBINSON - **AUSA**
    B. PRESIDING
    B. DOCUMENT **74** - FILED ∴ 6/29/07

48. MR. ROBINSON MOTION TO DISMISS
    THAT NO RECORD OF ADMINISTRATIVE
    CLAIM PRESENTED

49. **NO** CERTIFICATION THAT FEDERAL
    OFFICIALS WERE ACTING WITHIN
    THE SCOPE OF THEIR OFFICIAL
    DUTIES

50. **FOR**
    BUESGENS **FTCA** - TORT CLAIM

51. MOTION TO DISMISS GRANTED BY
    JUDGE EARL LEROY YEAKEL, III

52. **AND**
    THE ONLY DEFICIENCY NOTICE
    R. BARRY ROBINSON **EVER**
    RECEIVED WAS FAILURE **TO**
    PROVIDE CERTIFICATE OF SERVICE
    DOCUMENT **82** - FILED ∴ 7/19/2007

    24

53.     1:06 CV 00967 LY-RP
A.      R. BARRY ROBINSON CLAIMS THAT
        HE REPRESENTS ALL DEFENDANTS
                INCLUDING
54.     CHARLES G. HERNDON,
A.      FORMER I.R.S. SUPERVISOR
                AND
B.      HIS ATTORNEY BEN FLOREY JR
C.      CRIMINAL NO.  1:04CR00171LY-RP
55.     THAT IS RELATED TO

56.     CIVIL NO. 1:03CV00661 SS
A.      RODOLFO LIZCANO
B.      FORMER IRS EMPLOYEE
C.      WHITTLE BLOWER
D.      EARNED INCOME TAX CREDIT = EITC
                V.
57      CHARLES G. HERNDON
                AND
A.      RICHARD R. AUBY
B.      I.R.S. FIELD DIRECTOR
                ET. AL.

25

# V  CONCLUSION

1. THE U.S. DISTRICT COURT AT AUSTIN, TEXAS INTEGRITY MUST BE PROTECTED.

2. AT THE EXPENSE OF PRO SE MICHAEL L. BUESGENS LEGAL RIGHTS AND REMEDIES

3. THAT IS A PATTERN AND PRACTICE OF MISCONDUCT - BIAS AND PREJUDICE IN THE COURT SYSTEM.

4. **FOR EXAMPLE:**

5. HAS ANY PRO SE EVER RECEIVED APPOINTMENT OF COUNSEL IN A CIVIL ACTION AT U.S. DISTRICT COURT AUSTIN, TEXAS?

26



6. HAS ANY PRO SE LITIGATION (CIVIC) EVER GONE TO TRIAL ?

7. HOW MANY DISMISSALS AND PREMATURE SUMMARY JUDGMENTS HAVE BEEN EXECUTED AGAINST PRO SE PLAINTIFFS IN CIVIC LITIGATION AT U.S. DISTRICT COURT AUSTIN, TEXAS ?

8. PRO SE BUESGENS MOVES THIS COURT TO PROVIDE THE ANSWERS TO THE FOREGOING QUESTIONS.

9. DISCOVERY
10. DISCLOSURE
11. BUESGENS MOTION TO COMPEL

12. U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION 200 WEST 8. TH. STREET AUSTIN, TEXAS 78701

27

13. JUDGE EARL LEROY YEAKEL, III

**DOES NOT** HAVE THE JURISDICTION **TO RULE ON**

14. CIVIL NO. **1:07CV00156LY** **BECAUSE** IT IS ON APPEAL FROM A **FINAL** ORDER THAT **FINISHES** THIS CASE

15. THE **DENIAL OF RECUSAL** FOR JUDGE EARL LEROY YEAKEL, III

16. DOCUMENT **11** - FILED: 5/15/2007
   A. JUDGE WALTER S. SMITH - CHIEF JUDGE
   B. WACO, TEXAS
              AND

17. DOCUMENT **19** - FILED: 5/22/2007
   A. BUESGENS NOTICE OF APPEAL
   B. **IS NOT** INTERLOCUTORY APPEAL

18. **IT IS** AN APPEAL FROM A FINAL ORDER - DOCUMENT **11** - FILED: **5/11/2007** AND THE RELATED CASES WITH JUDGE YEAKEL 28

# VI    BANKRUPTCY HISTORY

1. BANKRUPTCY CASE NO. 06-11164
   IRS SUPERVISOR
   DONALD RAY TAWNEY, JR
   VOLUNTARY CHAPTER 7
   FILED: 7/31/2006
   U.S. BANKRUPTCY COURT, AUSTIN, TEXAS

2. BUESGENS FTCA - ADMINISTRATIVE
   TORT CLAIM FILED: 8/22/2005
   AT 8:01 AM - PERSONAL INJURY

3. CIVIL ACTION FILED: 9/1/2006
   1:06CV01558 RCL

4. TRANSFERRED TO

   A. JUDGE EARL LEROY YEAKEL, III
   B. CIVIL NO. 1:06CV00967LY-RP
   C. R. BARRY ROBINSON, AUSA

5. BUESGENS PROOF OF CLAIM
   IN. BANKRUPTCY NO. 06-11164 FRA
   FILED: 10/12/2006

29

6. BUESGENS WAS NOT NOTIFIED OF THIS BANKRUPTCY FILING 06-11164 FRM

7. 10/24/2006 BUESGENS FILES ADVERSARY NO. 06-01248 FRM AUSTIN, TEXAS

8. JUDGE FRANK R MONROE U.S. BANKRUPTCY COURT AUSTIN, TEXAS

9. DOES NOT HAVE THE JURISDICTION TO RULE ON BUESGENS FTCA - TORT CLAIM - PERSONAL INJURY

10. HOWEVER JUDGE MONROE IS UNDETERRED BY THIS AND RULES ON IT ANYWAY AND

11. A. THIS IS SUPPORTED BY JUDGE SAM SPARKS AND

B. JUDGE EARL LEROY YEAKEL, III

30

12. A. 1:07 CV 00127 LY
BUESGENS FIRST APPEAL TO
JUDGE EARL LEROY YENKEL, III
B. WITH TAGALONG
C. CHARLES R. NETTLES
D. MISCONDUCT AND MIS REPRESENTATIONS

13. A. 1:07 CV 00156 LY
BUESGENS SECOND APPEAL
OF BANKRUPTCY CASE NO. 06-1116Y
B. WITH TAGALONG
C. CHARLES R. NETTLES
D. MISCONDUCT AND MISREPRESENTATIONS

14. A. 1:07 CV 00209
BUESGENS APPEAL OF ADVERSARY
NO. **06-01248** FRM
B. THE ORDERS BY JUDGE FRANK
R. MONROE IN BANKRUPTCY
NO. 06-1116Y FRM
BUESGENS PROOF OF CLAIM
C. FINISHED
ADVERSARY NO. 06-01248 FRM

31

15. SEE BANKRUPTCY ATTORNEY
    CHARLES R NETTLES
    A. NEGLIGENCE
    B. BREACH OF DUTY
    C. MISREPRESENTATIONS
16. IN THE FOREGOING BANKRUPTCY
    CASES

17. CONTINUAL GAMESMANSHIP AND
18. SUPPORTED BY
19. BANKRUPTCY JUDGE FRANK R MONROE AND
20. AUSTIN COURT CLERK
    MALIA OASEUR AND
21. JUDGE SAM SPARKS AND
22. JUDGE EARL LEROY YEAKEL, III

23. WE NEVER GOT TO ANYTHING
    SUBSTANTIVE


32

# VII DECLARATION AND VERIFICATION OF

## MICHAEL L. BUESGENS FOR

1. BANKRUPTCY CASE NO. 06-11164 FRM
2. ADVERSARY NO. 06-01248 FRM

3. THE APPEALS TO

4. JUDGE EARL LEROY YEAKEL, III

5. CIVIL NO. 1:07CV00127LY
   A. BANKRUPTCY ATTORNEY CHARLES R. NETTLES
   B. FIRST APPEAL OF BANKRUPTCY
   C. NO. 06-11164 FRM

6. CIVIL NO. 1:07CV00156LY
   A. BANKRUPTCY ATTORNEY CHARLES R. NETTLES
   B. R. BARRY ROBINSON - AUSA
   C. PAT S. GENIS - AUSA
   D. SECOND APPEAL OF BANKRUPTCY
   E. NO. 06-11164 FRM

33

7. A. CIVIL NO. 1:07CV00209LY
   BANKRUPTCY ATTORNEY
   CHARLES R NETTLES

   B. CHAPTER 7 TRUSTEE
      RANDOLPH OSHEROW
   C. BANKRUPTCY JUDGE FRANK R. MONROE
8.    ASSISTANT U.S. ATTORNEYS
   A. R. BARRY ROBINSON
   B. KAREN MELNIK
   C. PAT S. GENIS

9.    IRS-GLS-FTCA-EEO-FOIA
   A. MITCHELL W KRCHA
   B. MARK S. KAIZEN
   C. MICHAEL LYNN SALYARDS
   D. THOMAS R. STANTON

10.   BOESGEUS APPEAL OF ADVERSARY
   A. NO. 06-01248 FRM
   B. U.S. BANKRUPTCY COURT, AUSTIN, TEXAS


34

11  ADVERSARY NO. **07-10008**

12      BUESGENS

v.

A.  RESPONDENT SUPERIORS
MARK EVERSON, COMMISSIONER
INTERNAL REVENUE SERVICE
**AND**

B.  JOHN W. SNOW, SECRETARY
**AND**

C.  HENRY PAULSON, SECRETARY
DEPARTMENT OF THE TREASURY
**PLUS**

13.  DONALD RAY TWINEY, JR

A.  **I.R.S.** SUPERVISOR, ET. AL.

B.  VOLUNTARY CHAPTER **7**

C.  BANKRUPTCY NO. 06-11164FRM

D.  FILED: 7/31/2006

14.  CIVIL NO. 1:07CV00859 RBW

A.  THE APPEAL OF ADVERSARY
NO. 07-10008
**AND RELATED**

B.  1:06CV01964 RBW

35

15  BANKRUPTCY CASES RELATED AND ASSOCIATED TO THE FEDERAL TORT CLAIMS ACT

16. REHABILITATION ACT OF 1973, AS AMENDED

17. INCORPORATION OF **A D A**

18. TITLE VII RETALIATION
   A. INCORPORATED INTO REHABILITATION ACT
   B. AMERICANS WITH DISABILITIES ACT

19. CODE OF FEDERAL REGULATIONS

20. EEOC REGULATIONS
21. OPM REGULATIONS

22. AGENCY COMPLAINT PROCESSING REGULATIONS AND MANUALS

23 MERIT SYSTEM PRINCIPLES

24 SCRAMBLED EGGS

36

25. SEQUENCE OF EVENTS-Documents

26. PLAYERS — NOT BUILDINGS

27. LOGICAL INFERENCES

I, MICHAEL L BUESGENS PRO SE PRIVATE ATTORNEY GENERIC DECLARE THE FOREGOING IS TRUE.

PURSUANT TO 28 U.S.C. SECTION 1746.

EXECUTED ON THIS 23 RD DAY OF JULY, 2007

MICHAEL L BUESGENS

37

# VIII   CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE
COPY OF DUESGENS OPPOSITION
TO U.S. DISTRICT COURT AUSTIN
TEXAS ORDERS WAS SERVED
BY FIRST CLASS MAIL ON THIS
25 TH DAY OF JULY, 2007

## ADDRESSED TO

1. PAT S. GENIS - AUSA
2. MICHAEL LYNN SALYARDS - IRS
3. MARY ELLAN KRECHA - IRS - FTCA
4. KAREN MELNIK - AUSA
5. MARK S. KAIZEN - IRS - GLS
6. THOMAS R. STANTON - IRS - GLS
7. MARIAM G. HARVEY - EEO
8. R. BARRY ROBINSON - AUSA
9. CHARLES R. NETTLES - ATTORNEY
10. RANDOLPH OSHEROW - TRUSTEE
11. MARK EVERSON - COMMISSIONER
12. HENRY PAULSON - SECRETARY
13. DONALD RAYMUNKEY JR - NO. 7
14. THOMAS F. THEIS - IRS - LR

38

15  MARGARET F. WHITES — **EEO**
16  MELINDA LUNA ESTRADA — EEO
17  ANGELIA GOODEN-DOYLE — EEO
18  MARY F. CARROLL — **IRS**
19  ANNA S. MEDLOCK — IRS
20  NANCY A. SPOTZER SESSION — IRS
21  CHARLES WASHINGTON, JR. — IRS
22  RICHARD R. MUBY — DIRECTOR
23  DENNIS COLLINS — **TIGTA**
24  ROBERT J. LEEKE — TIGTA
25  DANIEL PARFITT — TIGTA
26  J. RUSSELL GEORGE — TIGTA
27  RODERICK FILLINGER — TIGTA
28  RUSSELL B. KELMAN — **NTEU**
29  BARBARA A. ATKIN — NTEU

30  **CHARLES G. HERNDON — IRS**
31  BEN FLOREY JR. — ATTORNEY
    CRIMINAL NO. 1: 04 CR00171 LY-AP
32. **RODOLFO LIZCANO** — WHISTLEBLOWER
    CIVIL NO. 1:03CV00661 SS

33  ELIZABETH COTTINGHAM — **AUSA**
34  GERALD CONLEY CARRUTH — AUSA
35  DANIEL M. CASTILLO — AUSA

39

36. STEVEN BASS — AUSA
U.S. TAX COURT 211-03-LIZCANO

37 ELIZABETH E. KARPATI
4:06 CV 01399
38 U.S. ATTORNEY'S OFFICE
39. ET. AL. — JOHN DOE
P.O. BOX 227
WASHINGTON, DC 20044

40 **CHARLES R. NETTLES** — ATTORNEY
41 RANDOLPH OSTELOW — TRUSTEE
42 JUDGE FRANK R. MONROE — BANKRUPTCY
43 MARTIN WHYSAUER — BANKRUPTCY
44 DONALD RAY TAWNEY, JR — IRS
45 CHERYL TAWNEY — IRS — SPOUSE
46 CATALINA MARTINEZ — FORMER IRS
47 RUSSELL B. KELMAN — NTEU
48 DENNIS SCHNELDER — NTEU — ATTORNEY
49 R. BARRY ROBINSON = AUSA
1524 — SOUTH IH 35 # 233
50 NETTLES BANKRUPTCY ATTORNEY OFFICE

AUSTIN, TEXAS 78704
40

51.    DENNIS J. EARLY
ASSISTANT UNITED STATES TRUSTEE
115 SOUTH UNION STREET,
PLAZA LEVEL
SUITE 210
ALEXANDRIA, VA 22314
PHONE: 703-557-7274
FAX: 703-557-7279
BANKRUPTCY CASE
NO. 06-11164 - FILED: 7/31/2007
U.S. BANKRUPTCY COURT AUSTIN, TX

52  RANDOLPH OSHEROW L TRUSTEE
53  CHARLES R. NETTLES BANKRUPTY
ATTORNEY
54  R. BARRY ROBINSON, AUSA

55  PAT S GEUIS - AUSA
KAREN MELNIK - AUSA

56  BANKRUPTCY JUDGE FRANK R. MONROE

41

57   UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
ADVERSARY NO.  07-10008
APPEAL NO.  1:07CV00859RBW
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001



Michael BUESGENS
MICHAEL L BUESGENS
3112 WINDSOR RD, #A322
AUSTIN, TEXAS 78703

512-339-6005 X 7958
FAX: 512-339-6099

MIKEBUESGENS@HOTMAIL.com
JULY 24, 2007

42

# IX    EXHIBITS

## BANKRUPTCY

## FEDERAL TORT CLAIMS ACT

## ATTORNEY MISCONDUCT

1. 1:07 CV 00859 RBW — APPEAL D.C.
   DOCKET SHEET
   3 - PAGES

2. 07-10008 — ADVERSARY — D.C.
   DOCKET SHEET
   5 - PAGES

3. 1:06 CV 01964 RBW — D.C.
   ATTORNEYS ET. AL.
   DOCKET SHEET
   7 - PAGES

4. 06-01248 FRM — ADVERSARY
   DOCKET SHEET
   7 - PAGES

43



5.    BAUKRUPTCY CASE NO. 06-11164-
FRM    FILED :. 07/31/2006
DOCKET SHEET
32-PAGES

6.    1:07CV00127LY
A.    FIRST APPEAL OF BAUKRUPTCY
B.    CASE NO. 06-11164FRM
3-PAGES

7.    1:07CV00156LY
A.    SECOND APPEAL OF BAUKRUPTCY
B.    CASE NO. 06-11164FRM

8.    FIFTH CIRCUIT APPEAL
07-50686 - DOCKET
FOR
CIVIL NO. 1:07CV00156LY
3-PAGES

9.    1:07CV00156LY-RP
A.    JUDGE EARL LEROY YEAKEL, III
B.    ORDERS
DOCUMENTS 30-31-32

44

10. 1:07CV00209LY
APPEAL OF ADVERSARY
NO.: 06-01248 FRM
2-PAGES

11. 1:06CV00967LY-RP
DEFICIENCY NOTICE
TO R BARRY ROBINSON-AUSA

12. WHO DID ITE REPRESENT IN
THIS CASE AND WHY?

13. WHO WAS SERVED SUMMONS
IN.
A. CIVIL NO. 1:06CV00967LY-RP ?
B. 1:06CV01558 KCL

14. DOCUMENT 78 FILED: 7/11/07
COURT ORDER

15. DOCUMENT 79 FILED: 7/12/07
FINAL JUDGMENT
JUDGE EARL LEROY YEAKEL, III

45

EXHIBIT 1

PROSE-NP, TYPE-E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00859-RBW

BUESGENS v. PAULSON et al
Assigned to: Judge Reggie B. Walton
 Case: 1:06-cv-01964-RBW
Case in other court: U.S. Bankruptcy Court,
               07-10008
Cause: 11:8001 Bankruptcy Appeal

Date Filed: 05/17/2007
Jury Demand: None
Nature of Suit: 422 Bankruptcy
Appeal (801)
Jurisdiction: U.S. Government
Defendant

*3-PAGES*

**In Re**
**MICHAEL L. BUESGENS**

**Plaintiff**
**MICHAEL L. BUESGENS**     represented by **MICHAEL L. BUESGENS**
                                           3112 Windsor Avenue
                                           Apartment A 322
                                           Austin, TX 78730
                                           (512) 339-6005 Ext. 7191
                                           Fax: (512) 478-7608
                                           PRO SE

*KAREN MELNIK*
*R. BARRY ROBINSON.*
*CHARLES R. NETTLES*

V.
**Defendant**
**HENRY PAULSON**

**Defendant**
**MARK EVERSON**    represented by **Pat S. Genis**
                                           US Department of Justice
                                           Post Office Box 227
                                           Ben Franklin Station
                                           Washington, DC 20044
                                           (202) 307-6390
                                           Fax: (202) 514-6866
                                           Email: pat.genis@usdoj.gov
                                           *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**DONALD RAY TAWNEY, JR.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2007 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 07-10008. Partial File received filed by MICHAEL L. BUESGENS. (Attachments: # 1 Docket Sheet# 2 Exhibit 9# 3 Exhibit 20# 4 Civil Cover Sheet)(jf, ) (Entered: 05/22/2007) |
| 05/17/2007 | 2 | NOTICE OF RELATED CASE. Case related to Case No. 06-1964. (jf, ) (Entered: 05/22/2007) |
| 05/23/2007 | 3 | MOTION for Order for Production of the Federal Tort Claims Act Administrative Claim Form SF95 and Exhibits by MICHAEL L. BUESGENS (Attachments: # 1 Attachment)(tg, ) (Entered: 05/25/2007) |
| 05/29/2007 | 4 | NOTICE re Incomplete Record by MICHAEL L. BUESGENS (tg, ) (Entered: 05/31/2007) |
| 05/29/2007 | 5 | NOTICE of Related Civil and Bankruptcy Actions and Administrative Claims by MICHAEL L. BUESGENS (tg, ) (Entered: 05/31/2007) |
| 06/14/2007 | 6 | NOTICE of Appearance by Pat S. Genis on behalf of MARK EVERSON (Genis, Pat) (Entered: 06/14/2007) |
| 06/14/2007 | 7 | MOTION for Stipulation by MICHAEL L. BUESGENS (Attachments: # 1 Motion (continuation)# 2 Attachment (part 1)# 3 Attachment (part 2)# 4 Attachment (part 3))(tg, ) (Entered: 06/15/2007) |
| 07/05/2007 | 8 | MOTION for Order by MICHAEL L. BUESGENS (Attachments: # 1 Exhibit)(td, ) (Entered: 07/09/2007) |
| 07/12/2007 | 9 | MOTION to Compel discovery from a non party by MICHAEL L. BUESGENS (Attachments: # 1 Exhibit)(td, ) (Entered: 07/12/2007) |
| 07/13/2007 | 10 | Memorandum in opposition to re 7 MOTION *FOR STIPULATION & EXHIBITS* filed by MARK EVERSON. (Attachments: # 1 Text |

| | | of Proposed Order)(Genis, Pat) (Entered: 07/13/2007) |
|---|---|---|
| 07/18/2007 | 11 | MOTION to Dismiss Case as Frivolous by MARK EVERSON (Attachments: # 1 Text of Proposed Order)(Genis, Pat) (Entered: 07/18/2007)  *PAT S. GENIS – AUSA* |
| 07/18/2007 | 12 | Civil Statement from plaintiff. (Attachments: # 1 Exhibit)(td, ) (Entered: 07/20/2007) |
| 07/19/2007 | 13 | MOTION for this court to issue summons by MICHAEL L. BUESGENS (Attachments: # 1 Exhibit)(td, ) (Entered: 07/23/2007) |
| 07/19/2007 | 14 | MOTION to Produce medical records by MICHAEL L. BUESGENS (td, ) (Entered: 07/23/2007) |

*FOH DOCTORS – 2003*

## PACER Service Center

### Transaction Receipt

07/24/2007 12:53:53

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:07-cv-00859-RBW |
| Billable Pages: | 1 | Cost: | 0.08 |

*NEAL LEE PLESANT, M.D.*
*MARK NORMAN FRANK, M.D.*
*JAMES WILLIAM ALLEN, M.D.*

EXHIBIT 2

**APPEAL, DISMISSED**

# U.S. Bankruptcy Court
## United States Bankruptcy Court for the District of Columbia (Washington, D.C.)
### Adversary Proceeding #: 07-10008

*Assigned to:* Bankruptcy Judge S. Martin Teel, Jr.
*Related BK Case:*
*Related BK Title:*
*Related BK Chapter:*
*Demand:*
*Nature[s] of* 66 Dischargeability - 523(a)(1),(14),(14A)
*Suit:*         priority tax claims

        62 Dischargeability - 523(a)(2), false
           pretenses, false representation, actual
           fraud

        67 Dischargeability - 523(a)(4), fraud as
           fiduciary, embezzlement, larceny

        68 Dischargeability - 523(a)(6), willful and
           malicious injury

*Date Filed:* 02/23/07
*Date Dismissed:* 04/19/07

*ADVERSARY*

*5 - PAGES*

**Plaintiff**
-----------------------
**Michael L. Buesgens**                    represented by **Michael L. Buesgens**
3112 Windsor Road                                         PRO SE
#A322
Austin, TX 78703

V.

**Defendant**
-----------------------
**Henry Paulson**                          represented by **Karen Melnik**
                                                          555 4th Street
                                                          Washington, DC 20530
                                                          *LEAD ATTORNEY*

**Mark Everson**                           represented by **Karen Melnik**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Donald Ray Tawney, Jr**                  represented by **Karen Melnik**
                                                          (See above for address)

*LEAD ATTORNEY*

**Pat S. Genis**
U.S. Department of Justice
P.O. Office Box 227
Ben Franklin Station
Washington, DC 20044
202-307-6390
Email: pat.genis@usdoj.gov

**Cross-Claimant**

------------------------

**Michael L. Buesgens**                    represented by **Michael L. Buesgens**
3112 Windsor Road                                          PRO SE
#A322
Austin, TX 78703
                                                           (See above for address)


V.

**Cross Defendant**

------------------------

**Henry Paulson**
**Mark Everson**
**Donald Ray Tawney, Jr**


| Filing Date | # | Docket Text |
|---|---|---|
| 02/23/2007 | 1 | 66 (Dischargeability - 523(a)(1),(14),(14A) priority tax claims): Complaint by Michael L. Buesgens against Henry Paulson , Mark Everson , Donald Ray Tawney Jr. Fee Amount $250 (Attachments: # 1 Adversary Continued# 2 Adversary Continued# 3 Adversary Continued# 4 Adversary Continued) (66 (Dischargeability - 523(a)(1),(14),(14A) priority tax claims),62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) (Meador, Patti) Modified on 3/1/2007 (Meador, Patti). THIS CASE IS RELATED TO CASE NO. 06-11164 WESTERN DISTRICT OF TEXAS. (Entered: 03/01/2007) |
| 02/23/2007 | 2 | Adversary Cover Sheets Filed by Michael L. Buesgens . (Re: Related Document(s) #:1 Complaint .) (Meador, Patti) (Entered: 03/01/2007) |
| 03/02/2007 | 3 | Receipt of Adversary Filing Fee - $250.00 by RJ. Receipt Number 00066844. Payment received from Michael Buesgens. (admin) (Entered: 03/05/2007) |

| 03/08/2007 | 4 | Summons Issued on Mark Everson, Henry Paulson, Donald Ray Tawney Jr. Number of Summons Issued: 3. Status Hearing to be held on 5/8/2007 at 09:30 AM Courtroom 1. (Myers, Sally) (Entered: 03/08/2007) |
|---|---|---|
| 03/21/2007 | 5 | Notice Of Related Bankruptcy Appeals At Austin Texas District Court Filed by Michael L. Buesgens (Re: Related Document(s) #:1 Complaint, , .) (Attachments: # 1 Part 2# 2 Part 3# 3 Part 4# 4 Part 5# 5 Part 6# 6 Part 7)(Jackson, Renee) (Entered: 03/27/2007) |
| 03/29/2007 | 6 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:5 Notice, ) No. of Notices: 1. Service Date 03/29/2007. (Admin.) (Entered: 03/30/2007) |
| 04/03/2007 | 7 | Crossclaim filed by Michael L. Buesgens against all defendants.(Meador, Patti) THERE IS NO PDF FOR THIS DOCUMENT. THE DOCUMENT IS TOO VOLUMINOUS. A COPY OF THIS DOCUMENT MAY BE VIEWED AT THE CLERK'S OFFICE. (Entered: 04/17/2007) |
| 04/11/2007 | 8 | Motion to Reopen Case No. 06-11164FM filed in the Western District of Texas Filed by Michael L. Buesgens (Attachments: # 1 Motion to Reopen Continued# 2 Motion to Reopen Continued) (Meador, Patti) (Entered: 04/17/2007) |
| 04/19/2007 | 9 | Decision RE Dismissing Case Order entered on 4/19/2007. (Myers, Sally) (Entered: 04/19/2007) |
| 04/19/2007 | 10 | Judgment Dismissing Adversary Proceeding. Order entered on 4/19/2007. (Myers, Sally) (Entered: 04/19/2007) |
| 04/21/2007 | 11 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:9 Memorandum Decision) No. of Notices: 15. Service Date 04/21/2007. (Admin.) (Entered: 04/22/2007) |
| 04/21/2007 | 12 | BNC Certificate of Mailing - Order Re: Dismissal of Case. (Re: Related Document(s) #:10 Order Dismissing Case) No. of Notices: 15. Service Date 04/21/2007. (Admin.) (Entered: 04/22/2007) |
| 04/26/2007 | 13 | Notice of Appeal to DistrictCourt. Fee Amount $255 Filed by Michael L. Buesgens (Re: Related Document(s) #:9 Memorandum Decision, 10 Order Dismissing Case.) Appellant Designation due by 5/6/2007. (Meador, Patti) (Entered: 04/26/2007) |
| 04/26/2007 | 14 | Certificate of Service Filed by Clerk's Office. A copy of the Notice of Appeal has been sent to R. Barry Robinson, Esq. Assistant US Attorney, 816 Congress Avenue, Suite 1000, Austin TX 78701; Mark Everson, Commissioner of IRS, Room 5226, 1111 Pennsylvania Ave., NW, Washington, DC 20224; Tax Division, Department of Justice, Washington |

DC 20530; Sherri Miller, Case Manager, US Bankruptcy Court, 903 San Jacinto Blvd. #322, Austin TX 78701; Karen L. Melnik, Asst US Attorney, 555 Fourth Street, NW, Room E4112, Washington, DC 20530; Randolph N. Osherow, 342 W. Woodlawn, Suite 300, San Antonio, TX 78212; Michael L. Buesgens, 3112 Windsor Road, #A322, Austin, TX 78703 Sarah H. McHaney, US Bankruptcy Court, 903 San Jacinto Blvd, Austin TX 78701; Maria Dozauer, Deputy-in-Charge, US Bankruptcy Court, 903 San Jacinto Blvd #322, Austin, TX 78701; Donald Ray Tawney,Jr., 13601 Elm Ridge Lane #1635, Austin TX 78727; Charles R. Nettles, Jr., 1524 S. IH-35 Suite 233, Austin,TX 78704; Office of US Trustee, 903 San Jacinto Blvd #320, Austin, TX 78701; Hon. Leroy Yeakel, III, US District Judge, 200 W. 8th St., Austin, TX 78701; Hon. Frank R. Monroe, 903 San Jacinto Blvd #322, Austin, TX 78701; Henry Paulson, Secretary if the Treasury, 1500 Pennsylvania Ave. NW, Washington DC 20020(Re: Related Document(s) #:13 Notice of Appeal.) (Meador, Patti) Modified on 4/26/2007 (Meador, Patti). (Entered: 04/26/2007)

| | | |
|---|---|---|
| 04/26/2007 | 15 | Receipt of Appeal Filing Fee - $255.00 by TC. Receipt Number 00066907. Payment received from Michael Buesgens. (admin) (Entered: 04/26/2007) |
| 04/27/2007 | 16 | Order Directing Clerk to Accept for Filing the Plaintiff's Notice of Appeal, But Not to Accept for Filing Certain Documents Appended Thereto. (Related Document(s) #:13 Notice of Appeal.) Order entered on 4/27/2007. (Myers, Sally) (Entered: 04/27/2007) |
| 04/29/2007 | 17 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:16 Order Directing Compliance) No. of Notices: 15. Service Date 04/29/2007. (Admin.) (Entered: 04/30/2007) |
| 05/03/2007 | 18 | Document Filed by Plaintiff Michael L. Buesgens. THIS DOCUMENT IS TOO VOLUMINOUS TO SCAN AND IS ALSO HANDWRITTEN. THIS DOCUMENT ALSO DOES NOT HAVE A TITLE. (Meador, Patti) (Entered: 05/08/2007) |
| 05/03/2007 | 19 | Document Filed by Plaintiff Michael L. Buesgens. THIS DOCUMENT HAS A HEADING OF UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA BUT WAS MAILED TO THE UNITED STATES BANKRUPTCY COURT. THIS DOCUMENT WAS FORWARDED TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA. (Meador, Patti) (Entered: 05/08/2007) |
| 05/04/2007 | 20 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Michael L. Buesgens (Re: Related Document(s) #:13 Notice of Appeal.) Appellee designation due by 5/14/2007 for 13, . Transmission of Designation Due by 6/3/2007. THIS DOCUMENT IS TOO VOLUMINOUS AND HANDWRITTEN. IT CANNOT BE SCANNED INTO THE CM/ECF SYSTEM. INTERESTED PARTIES MAY |

REVIEW THE DOCUMENT AT THE CLERK'S OFFICE, UNITED
STATES BANKRUPTCY COUART. (Meador, Patti) (Entered:
05/08/2007)

05/17/2007    21    Transmittal of Record on Appeal to District Court Filed by Michael L.
                    Buesgens (Re: Related Document(s) #:13 Notice of Appeal.) (Meador,
                    Patti) (Entered: 05/17/2007)

05/18/2007    22    Receipt of Record on Appeal. District Court Case Number: 1:07-cv-00859.
                    Case Assigned to Judge Reggie B. Walton. Filed by Michael L. Buesgens
                    (Re: Related Document(s) #:[21] Transmittal of Record on Appeal.)
                    (Meador, Patti) (Entered: 05/18/2007)

06/06/2007    23    Notice of Appearance and Request to Add Attorney Filed by Pat S. Genis
                    on behalf of Donald Ray Tawney Jr. (Genis, Pat) (Entered: 06/06/2007)

*PAT S. GENIS*
*CHARLES R. NETTLES*

## PACER Service Center

### Transaction Receipt

07/24/2007 12:49:46

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 07-10008 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Format: HTML |
| Billable Pages: | 3 | Cost: | 0.24 |

EXHIBIT 3

JURY, PROSE-NP, TYPE-L

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:06-cv-01964-RBW** ✓

| | |
|---|---|
| BUESGENS v. BROWN et al<br>Assigned to: Judge Reggie B. Walton ✓<br>Case: 1:07-cv-00859-RBW<br>Cause: 42:1983 Civil Rights Act | Date Filed: 11/15/2006<br>Jury Demand: Plaintiff<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: U.S. Government Defendant |

*7-PAGES*

**Plaintiff**

**MICHAEL L. BUESGENS**     represented by **MICHAEL L. BUESGENS**
3112 Windsor Avenue
Apartment A 322
Austin, TX 78745
(512) 339-6005 Ext. 7958
Fax: (512) 478-7608
PRO SE

V.

**Defendant**

**CHARLES E. BROWN**     represented by **CHARLES E. BROWN** ✓
*Attorney, Real Estate Broker,*
*Registered Agent, Member Attorney,*
*HUD Attorney, P.C.*
3624 North Hills Drive
Suite B-100
Austin, TX 78731
(512) 346-6000
Fax: (512) 346-6005
PRO SE

*REAL ESTATE BROKER*
*EVICTION ATTORNEY*

*R. BARRY ROBINSON*
*CHARLES R NETTLES*
*KAREN MELNIK*
*ET. AL.*

**Defendant**

**WILLIAM S. WARREN, III**
*Attorney - Member Austin Apartment*

**Defendant**

**DUNHAM JEWETT**
*Managing Partner*

**Defendant**

**HUGH LAWRENCE MCCULLEY**
*Partner*

**Defendant**

**SHELLEY BUSH MARMON**
*Partner, Lead Attorney for MDL 1800*

**Defendant**
**CRADY JEWETT MCULLEY LLP**

**Defendant**
**DAVID B. ARMBRUST**
*Managing Partner*

**Defendant**
**FRANK B. BROWN, IV**
*Partner*

**Defendant**
**GREGORY S. CAGLE**
*Attorney*

**Defendant**
**ARMBRUST & BROWN LLP**

**Defendant**
**WARREN LAW FIRM**

**Defendant**
**MARC ERIC MALINGER**
*Attorney*

**Defendant**
**CHESTER E. BEAVER**
*City Attorney*

**Defendant**
**ANNE L. MORGAN**
*City Attorney*

**Defendant**
**FELIX TARANGO**
*Travis County Attorney*

**Defendant**
**TIMOTHY MASHBURN**
*Attorney*

**Defendant**
**MICHAEL J. POWELL**
*Attorney*

**Defendant**

**GUY J. JOYNER**
*Attorney*

**Defendant**

**RAFAEL EDWARD CRUZ**
*Solicitor General*

**Defendant**

**MAUREEN RAY**
*Attorney*

**Defendant**

**JUDITH TAYLOR**
*Equal Employment Opportunity*
*Commission Attorney*

**Defendant**

**JENNIFER RANDALL**
*EEOC Attorney*

*SAN ANTONIO, TEXAS*
*1:05CV0624 3SS*

**Defendant**

**ROBERT B. HARWIN**
*EEOC Attorney*

**Defendant**

**MICHAEL LYNN SALYARDS**
*EEO - Attorney*

*DALLAS, TEXAS*

**Defendant**

**THOMAS STANTON**
*EEO - Supervisor*

*IRS-GENERAL LEGAL SERVICES*
*ATTORNEY DALLAS, TEXAS*

**Defendant**

**KAREN MELNIK**
*Assistant U.S. Attorney*

**Defendant**

**R. BARRY ROBINSON**
*Assistant U.S. Attorney*

**Defendant**

**GERALD CONLEY CARRUTH**
*Assistant U.S. Attorney*

*1:04CR00171 LY-RP*

**Defendant**

**STEVEN BOCK BASS** *211-03 TAX COURT*
*Assistant U.S. Attorney*

**Defendant**

**BEN CASTLEMAN FLOREY, JR.,** *1:04CR00171 LY-RP*
*Attorney*

**Defendant**

**DEREK HOWARD HOWARD** *1:03CV00661SS*
*Attorney*

**Defendant**

**BARBARA A. ATKIN** *NTEU*                    represented by **Julie M. Wilson**
*Attorney National Treasury Employees*                              NATIONAL TREASURY
*Union*                                                              EMPLOYEES UNION
                                                                     1750 H Street, NW
*RUSSELL BO KELMAN*                                                   Washington, DC 20006
                                                                     (202) 572-5500
                                                                     Email: julie.wilson@nteu.org
                                                                     *LEAD ATTORNEY*

**Defendant**

**DENNIS SCHNEIDER** *NTEU*                    represented by **Julie M. Wilson**
*Attorney National Treasury Employees*                              (See above for address)
*Union*                                                              *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**JAMES PETRUCCI**
*Attorney Federal Labor Relations*
*Authority*

**Defendant**

**TED CRUZ**
*Solicitor General Texas Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2006 | 1 | COMPLAINT against FRANK B. BROWN, IV, GREGORY S. CAGLE, ARMBRUST & BROWN LLP, WARREN LAW FIRM, MARC ERIC MALINGER, CHESTER E. BEAVER, ANNE L. MORGAN, FELIX TARANGO, TIMOTHY MASHBURN, MICHAEL J. POWELL, GUY J. JOYNER, RAFAEL EDWARD CRUZ, MAUREEN RAY, JUDITH TAYLOR, JENNIFER RANDALL, ROBERT B. HARWIN, MICHAEL LYNN SALYARDS, THOMAS STANTON, KAREN MELNIK, R. BARRY |

| | | |
|---|---|---|
| | | ROBINSON, GERALD CONLEY CARRUTH, STEVEN BOCK BASS, BEN CASTLEMAN FLOREY, JR, DEREK HOWARD HOWARD, BARBARA A. ATKIN, DENNIS SCHNEIDER, JAMES PETRUCCI, TED CRUZ, CHARLES E. BROWN, WILLIAM S. WARREN, III, DUNHAM JEWETT, HUGH LAWRENCE MCCULLEY, SHELLEY BUSH MARMON, CRADY JEWETT MCULLEY LLP, DAVID B. ARMBRUST ( Filing fee $ 350 receipt number 4616000271.)filed by MICHAEL L. BUESGENS. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit)(td, ) (Entered: 11/21/2006) |
| 11/15/2006 | 2 | NOTICE OF RELATED CASE by MICHAEL L. BUESGENS. Case related to Case No. 06-260CY U.S. District Court for the Western District of Texas, Austin Division. (td, ) (Entered: 11/21/2006) |
| 11/15/2006 | | Summons (44)issued as to FRANK B. BROWN, IV, GREGORY S. CAGLE, ARMBRUST & BROWN LLP, WARREN LAW FIRM, MARC ERIC MALINGER, CHESTER E. BEAVER, ANNE L. MORGAN, FELIX TARANGO, TIMOTHY MASHBURN, MICHAEL J. POWELL, GUY J. JOYNER, RAFAEL EDWARD CRUZ, MAUREEN RAY, JUDITH TAYLOR, JENNIFER RANDALL, ROBERT B. HARWIN, MICHAEL LYNN SALYARDS, THOMAS STANTON, KAREN MELNIK, R. BARRY ROBINSON, GERALD CONLEY CARRUTH, STEVEN BOCK BASS, BEN CASTLEMAN FLOREY, JR, DEREK HOWARD HOWARD, BARBARA A. ATKIN, DENNIS SCHNEIDER, JAMES PETRUCCI, TED CRUZ, CHARLES E. BROWN, WILLIAM S. WARREN, III, DUNHAM JEWETT, HUGH LAWRENCE MCCULLEY, SHELLEY BUSH MARMON, CRADY JEWETT MCULLEY LLP, DAVID B. ARMBRUST. (td, ) (Entered: 11/21/2006) |
| 12/19/2006 | 3 | NOTICE by MICHAEL L. BUESGENS (td, ) (Entered: 01/04/2007) |
| 01/10/2007 | 4 | NOTICE by MICHAEL L. BUESGENS; (FIAT. "OK" Chambers) (td, ) (Entered: 01/31/2007) |
| 02/22/2007 | 5 | SUPPLEMENTAL MEMORANDUM to re 1 Complaint,,, filed by MICHAEL L. BUESGENS. (Attachments: # 1 Exhibit)(td, ) (Entered: 02/23/2007) |
| 03/05/2007 | 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. CHARLES E. BROWN served on 2/28/2007, answer due 3/20/2007 (td, ) (Entered: 03/07/2007) |
| 03/07/2007 | 7 | NOTICE that the foregoing are not cooperating for service by MICHAEL L. BUESGENS (td, ) (Entered: 03/08/2007) |
| 03/09/2007 | 8 | NOTICE or related MDL-1800 by MICHAEL L. BUESGENS (td, ) (Entered: 03/12/2007) |
| 03/09/2007 | 9 | MOTION for Default Judgment as to NTEU by MICHAEL L. BUESGENS. (td, ) (Entered: 03/12/2007) |

| | | |
|---|---|---|
| 03/16/2007 | 10 | MOTION to Dismiss by BARBARA A. ATKIN, DENNIS SCHNEIDER (Attachments: # 1 Exhibit Notice to Judicial Panel on Multidistrict Litigation# 2 Text of Proposed Order Mtn to Dismiss)(Wilson, Julie) (Entered: 03/16/2007) |
| 03/19/2007 | 11 | ANSWER to Complaint by CHARLES E. BROWN. Related document: 1 Complaint, filed by MICHAEL L. BUESGENS.(tg, ) (Entered: 03/20/2007) |
| 03/19/2007 | 12 | MOTION to Dismiss, MOTION to Transfer Case by CHARLES E. BROWN (Attachments: # 1 Text of Proposed Order)(tg, ) (Entered: 03/20/2007) |
| 03/26/2007 | 13 | Civil Statement by plaintiff. (Attachments: # 1 Exhibit)(td, ) (Entered: 03/28/2007) |
| 03/28/2007 | 14 | MOTION for exculpatory evidence by MICHAEL L. BUESGENS (Attachments: # 1 Exhibit)(td, ) (Entered: 03/29/2007) |
| 04/18/2007 | 15 | NOTICE and submission of relevant evidence of wrongdoing by defendants by MICHAEL L. BUESGENS (Attachments: # 1 Exhibit # 2 Exhibit)(td, ) (Entered: 04/19/2007) |
| 04/20/2007 | 16 | Letter dated 4/18/07 from The Judicial Panel on Multidistrict Litigation of Order denying Transfer of case to any Federal District Court; Docket No. 1800. (ks, ) (Entered: 04/24/2007) |
| 04/25/2007 | 17 | NOTICE and verification to this court of evidence of genuine material facts of wrongdoing by attorneys and respondent superior and law firms and the state bar of Texas by MICHAEL L. BUESGENS (Attachments: # 1 Exhibit)(td, ) (Entered: 05/02/2007) |
| 04/30/2007 | 18 | MOTION for judicial notice of verifiable facts and adjudicative facts by MICHAEL L. BUESGENS (Attachments: # 1 Exhibit)(td, ) (Entered: 05/02/2007) |
| 05/17/2007 | 19 | RESPONSE to 12 CHARLES E. BROWN, MOTION to Dismiss MOTION to Transfer Case filed by MICHAEL L. BUESGENS. (Attachments: # 1 Exhibit)(jf, ) (Entered: 05/18/2007) |
| 05/23/2007 | 20 | RESPONSE to 11 CHARLES E. BROWN's ANSWER to Complaint filed by MICHAEL L. BUESGENS. (Attachments: # 1 Exhibit)(jf, ) (Entered: 05/30/2007) |
| 05/29/2007 | 21 | NOTICE and Request for Subpoena Duces Tecum by MICHAEL L. BUESGENS (tg, ) (Entered: 05/31/2007) |
| 06/07/2007 | 22 | MOTION for Default Judgment by MICHAEL L. BUESGENS (Attachments: # 1 Attachments (part 1)# 2 Attachments (part 2)# 3 Attachments (part 3)# 4 Attachments (part 4))(tg, ) (Entered: 06/08/2007) |
| 07/05/2007 | 23 | MOTION for judicial notice of adjudicative and easily verifiable facts pursuant to Federal Rules of Civil Procedure Rule by MICHAEL L. BUESGENS (Attachments: # 1 Exhibit)(td, ) (Entered: 07/09/2007) |

| 07/18/2007 | 24 | MOTION for reissuance of summons by MICHAEL L. BUESGENS (Attachments: # 1 Exhibit)(td, ) (Entered: 07/20/2007) |
| 07/18/2007 | 25 | RESPONSE to motion to dismiss by National Treasury Employees Union filed by MICHAEL L. BUESGENS; (See Document 24 to view document) (td, ) (Entered: 07/20/2007) |

## PACER Service Center

### Transaction Receipt

07/24/2007 13:05:42

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:06-cv-01964-RBW |
| Billable Pages: | 3 | Cost: | 0.24 |

EXHIBIT 4

**CLOSED**

## U.S. Bankruptcy Court
### Western District of Texas (Austin)
### Adversary Proceeding #: 06-01248-frm

*ADVERSARY* (handwritten)

*Assigned to:* Bankruptcy Judge Frank R. Monroe
*Related BK Case:* 06-11164
*Related BK Title:* Donald Ray Tawney
*Related BK Chapter:* 7
*Demand:* $2000000
*Nature[s] of Suit:* 72 Injunctive relief - other

*Date Filed:* 10/24/06
*Date Terminated:* 05/04/07
*Date Dismissed:* 02/07/07

*7-PAGES* (handwritten)

41 Objection / revocation of discharge - 727(c),(d),(e)
62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud
68 Dischargeability - 523(a)(6), willful and malicious injury
65 Dischargeability - other

**Plaintiff**
--------------------
**Michael L. Buesgens**
3112 Windsor, #A322
Austin, TX 78703
(512) 339-6005

represented by **Michael L. Buesgens**
PRO SE

V.

**Defendant**
--------------------
**Donald Ray Tawney**

*MARK EVERSON HENRY PAULSON ET.AL.* (handwritten)

represented by **Charles R. Nettles, Jr.**
1524 S. IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
Fax : (512) 459-0842
Email: charlesnettles@hotmail.com

| Filing Date | # | Docket Text |
|---|---|---|
| 10/24/2006 | 1 | Complaint False Representation And WillFul And Malicious Injury filed by Michael L. Buesgens against Donald Ray Tawney (Filing Fee: $ 250.00) (Miiller, Sherri) Additional attachment(s) added on 10/26/2006 (Miiller, Sherri). Modified on 10/26/2006 Corrected PDF To Reflect A File Date. (Miiller, Sherri). (Entered: 10/25/2006) |



| 10/24/2006 | 2 | Summons(es) Issued on Donald Ray Tawney issued on 10/24/2006, answer due on 11/24/2006 (Miiller, Sherri) (Entered: 10/25/2006) |
| 10/24/2006 | | Filing Fee Paid In Full ( Receipt # 10076029, Fee Amount $ 250.00) (Benitez, Estella) (related document(s): 1 Complaint False Representation And WillFul And Malicious Injury filed by Michael L. Buesgens against Donald Ray Tawney (Filing Fee: $ 250.00) (Miiller, Sherri)) (Entered: 10/25/2006) |
| 11/28/2006 | 3 | Order to Obtain Summons Service on Donald Ray Tawney (Order entered on 11/28/2006) (Miiller, Sherri) |
| 11/30/2006 | 4 | BNC Certificate of Mailing (Related Document(s): 3 Order to Obtain Summons Service on Donald Ray Tawney (Order entered on 11/28/2006) (Miiller, Sherri)) Service Date 11/30/2006. (Admin.) |
| 12/18/2006 | 5 | Plaintiff Notice of Related Civil Actions filed by Plaintiff Michael L. Buesgens (Miiller, Sherri) (Entered: 12/19/2006) |
| 12/18/2006 | 6 | Reissued Summons(es) Issued on Donald Ray Tawney issued on 12/18/2006, answer due on 1/17/2007 (Miiller, Sherri) (Entered: 12/19/2006) |
| 12/26/2006 | 7 | Counterclaim against United States Of America [I.R.S.], Donald Ray Tawney, Crossclaim against United States Of America [I.R.S.], Donald Ray Tawneyfiled by Michael L. Buesgens (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit) (Miiller, Sherri) |
| 12/26/2006 | 8 | Summons Served on Donald Ray Tawney - served on 12/21/2006 (Miiller, Sherri) (Entered: 12/27/2006) |
| 12/28/2006 | 9 | Counterclaim against all defendants, Crossclaim against all defendants (Cano, Mary) (Entered: 12/29/2006) |
| 01/04/2007 | 10 | Motion For More Definite Statement Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) |
| 01/04/2007 | 11 | Motion To Enlarge the Time for a Response to Complaint Pursuant to FRCP 6(b) Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) |
| 01/04/2007 | 12 | Motion to Strike Pleadings Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) |
| 01/04/2007 | 13 | Motion to Dismiss Adversary for Lack of Standing Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) |
| 01/09/2007 | 14 | Hearing to Consider and Act Upon the Following FOUR MATTERS : (Chapman, Anita) (related document(s): 11 Motion To Enlarge the Time for a Response to Complaint Pursuant to FRCP 6(b) Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney 12 Motion to Strike Pleadings Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles), 13 Motion to Dismiss Adversary for Lack of Standing Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney 10 Motion For More Definite Statement Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) ) Hearing Scheduled For 2/7/2007 at 09:30 AM at Austin Courtroom 1 |
| 01/11/2007 | 15 | BNC Certificate of Mailing (Related Document(s): 14 Hearing to Consider and Act Upon the Following FOUR MATTERS : (Chapman, Anita) (related document(s): 11 Motion To |

Enlarge the Time for a Response to Complaint Pursuant to FRCP 6(b) Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney 12 Motion to Strike Pleadings Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles), 13 Motion to Dismiss Adversary for Lack of Standing Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney 10 Motion For More Definite Statement Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) ) Hearing Scheduled For 2/7/2007 at 09:30 AM at Austin Courtroom 1) Service Date 01/11/2007. (Admin.) (Entered: 01/12/2007)

| 01/12/2007 | 16 | Response Filed by Plaintiff Michael L. Buesgens. (Miiller, Sherri) (related document(s): 11 Motion To Enlarge the Time for a Response to Complaint Pursuant to FRCP 6(b) Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles), 12 Motion to Strike Pleadings Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles), 10 Motion For More Definite Statement Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) ) (Entered: 01/17/2007) |

| 01/18/2007 | 17 | Motion For Judicial Notice Of Adjudicative Facts And Verifiable Facts On The Record In This Bankrutpcy Court *(NO Day Objection Language)* Filed by Plaintiff Michael L. Buesgens. (Miiller, Sherri) |

| 01/19/2007 | 18 | Supplemental Response Filed by Plaintiff Michael L. Buesgens. (Lassiter, Emily) (related document(s): 16 Response Filed by Plaintiff Michael L. Buesgens. (Miiller, Sherri) (related document(s): 11 Motion To Enlarge the Time for a Response to Complaint Pursuant to FRCP 6(b) Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles), 12 Motion to Strike Pleadings Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles), 10 Motion For More Definite Statement Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) )) (Entered: 01/22/2007) |

| 01/26/2007 | 19 | Motion For Default Judgment against Tawney *(No Day Objection Language)*, and Motion For Transfer Of Venue *(No Day Objection Language)*and Notice To The Court Of Service Of Complaint and Notice of Related Tort Claims Filed by Plaintiff Michael L. Buesgens. (Miiller, Sherri) |

| 01/31/2007 | 20 | Response Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Miiller, Sherri) (related document(s): 19 Motion For Default Judgment against Tawney *(No Day Objection Language)*, and Motion For Transfer Of Venue *(No Day Objection Language)*and Notice To The Court Of Service Of Complaint and Notice of Related Tort Claims Filed by Plaintiff Michael L. Buesgens. (Miiller, Sherri)) (Entered: 02/01/2007) |

| 02/05/2007 | 21 | Notice of Appeal Filed by Plaintiff Michael L. Buesgens ( Filing Fee:$ 255.00 )(related document(s)[14] Hearing to Consider and Act Upon the Following FOUR MATTERS : (Chapman, Anita) (related document(s): 11 Motion To Enlarge the Time for a Response to Complaint Pursuant to FRCP 6(b) Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney 12 Motion to Strike Pleadings Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles), 13 Motion to Dismiss Adversary for Lack of Standing Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney 10 Motion For More Definite Statement Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) ) Hearing Scheduled For 2/7/2007 at 09:30 AM at Austin Courtroom 1 (Miiller, Sherri) -Appellant Designation due by 2/15/2007 (Attachments: # 1 Exhibit Pages 1-43(Miiller, Sherri). Modified on 2/8/2007 To Reflect Correct Linkage (Miiller, Sherri). (Entered: 02/06/2007) |

| 02/05/2007 | 22 | Motion For Stay Pending Appeal Filed by Plaintiff Michael L. Buesgens. (Miiller, Sherri) (Entered: 02/06/2007) |
|---|---|---|
| 02/07/2007 | | Hearing Held: GRANTED. (Chapman, Anita) (related document(s): 13 Motion to Dismiss Adversary for Lack of Standing Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) ) |
| 02/07/2007 | | Hearing Held: MOOT/CASE DISMISSED ON 02/07/07. (Chapman, Anita) (related document(s): 11 Motion To Enlarge the Time for a Response to Complaint Pursuant to FRCP 6(b) Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles), 12 Motion to Strike Pleadings Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles), 10 Motion For More Definite Statement Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) ) |
| 02/07/2007 | 23 | Order Regarding (related document(s): 10 Motion For More Definite Statement Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) ) (Order entered on 2/7/2007) (Miiller, Sherri) |
| 02/07/2007 | 24 | Order Regarding (related document(s): 11 Motion To Enlarge the Time for a Response to Complaint Pursuant to FRCP 6(b) Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) ) (Order entered on 2/7/2007) (Miiller, Sherri) |
| 02/07/2007 | 25 | Order Regarding (related document(s): 12 Motion to Strike Pleadings Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) ) (Order entered on 2/7/2007) (Miiller, Sherri) |
| 02/07/2007 | 26 | Order Dismissing Adversary Case (related document(s): 13 Motion to Dismiss Adversary for Lack of Standing Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) ) (Order entered on 2/7/2007) (Miiller, Sherri) |
| 02/07/2007 | 27 | Motion For Disclosure and Discovery *(No Day Objection Language)*, Motion to Transfer Case Out of Western District (Transferring To: U.S. Bankruptcy Court, District Of Columbia ), *(NoNo Day Objection Language)* Filed by Plaintiff Michael L. Buesgens. (Miiller, Sherri) Modified on 2/9/2007 To Correct Text(Miiller, Sherri). (Entered: 02/08/2007) |
| 02/07/2007 | 28 | Response Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Miiller, Sherri) (related document(s): 27 Motion For Disclosure and Discovery *(NoNo Day Objection Language)*, Motion to Transfer Case Out of Western District (Transferring To: U.S. Bankruptcy Court, District Of Columbia ), *(NoNo Day Objection Language)* Filed by Plaintiff Michael L. Buesgens. (Miiller, Sherri) ) (Entered: 02/08/2007) |
| 02/08/2007 | | Hearing Held: DENIED. related document(s): 22 Motion For Stay Pending Appeal Filed by Plaintiff Michael L. Buesgens. (Miiller, Sherri)) MOTION TO CONTINUE HEARING DENIED; CASE DISMISSED |
| 02/08/2007 | 29 | BNC Certificate of Mailing (Related Document(s): 21 Notice of Appeal Filed by Plaintiff Michael L. Buesgens ( Filing Fee:$ 255.00 )(related document(s)[14] Hearing to Consider and Act Upon the Following FOUR MATTERS : (Chapman, Anita) (related document(s): 11 Motion To Enlarge the Time for a Response to Complaint Pursuant to FRCP 6(b) Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney12 Motion to Strike Pleadings Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles), 13 Motion to Dismiss Adversary for Lack of Standing Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney 10 Motion For More Definite Statement |

Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) )
Hearing Scheduled For 2/7/2007 at 09:30 AM at Austin Courtroom 1 (Miiller, Sherri)
-Appellant Designation due by 2/15/2007 (Attachments: # (1) Exhibit Pages 1-43(Miiller,
Sherri). Modified on 2/8/2007 To Reflect Correct Linkage (Miiller, Sherri).) Service Date
02/08/2007. (Admin.) (Entered: 02/09/2007)

| | | |
|---|---|---|
| 02/08/2007 | 30 | BNC Certificate of Mailing (Related Document(s): 21 Notice of Appeal Filed by Plaintiff Michael L. Buesgens ( Filing Fee:$ 255.00 )(related document(s)[14] Hearing to Consider and Act Upon the Following FOUR MATTERS : (Chapman, Anita) (related document(s): 11 Motion To Enlarge the Time for a Response to Complaint Pursuant to FRCP 6(b) Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney12 Motion to Strike Pleadings Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles), 13 Motion to Dismiss Adversary for Lack of Standing Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney 10 Motion For More Definite Statement Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) ) Hearing Scheduled For 2/7/2007 at 09:30 AM at Austin Courtroom 1 (Miiller, Sherri) -Appellant Designation due by 2/15/2007 (Attachments: # (1) Exhibit Pages 1-43(Miiller, Sherri). Modified on 2/8/2007 To Reflect Correct Linkage (Miiller, Sherri).) Service Date 02/08/2007. (Admin.) (Entered: 02/09/2007) |
| 02/09/2007 | 31 | BNC Certificate of Mailing (Related Document(s): 23 Order Regarding (related document(s): 10 Motion For More Definite Statement Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) ) (Order entered on 2/7/2007) (Miiller, Sherri)) Service Date 02/09/2007. (Admin.) |
| 02/09/2007 | 32 | BNC Certificate of Mailing (Related Document(s): 24 Order Regarding (related document(s): 11 Motion To Enlarge the Time for a Response to Complaint Pursuant to FRCP 6(b) Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) ) (Order entered on 2/7/2007) (Miiller, Sherri)) Service Date 02/09/2007. (Admin.) |
| 02/09/2007 | 33 | BNC Certificate of Mailing (Related Document(s): 25 Order Regarding (related document(s): 12 Motion to Strike Pleadings Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) ) (Order entered on 2/7/2007) (Miiller, Sherri)) Service Date 02/09/2007. (Admin.) |
| 02/09/2007 | 34 | BNC Certificate of Mailing (Related Document(s): 26 Order Dismissing Adversary Case (related document(s): 13 Motion to Dismiss Adversary for Lack of Standing Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) ) (Order entered on 2/7/2007) (Miiller, Sherri)) Service Date 02/09/2007. (Admin.) |
| 02/16/2007 | 35 | Appellant's Designation of Contents and Issues For Inclusion In Record On Appeal Filed by Plaintiff Michael L. Buesgens (Miiller, Sherri) Record Transmission due on 3/19/2007, (related document(s): 21 Notice of Appeal Filed by Plaintiff Michael L. Buesgens ( Filing Fee:$ 255.00 )(related document(s)[14] Hearing to Consider and Act Upon the Following FOUR MATTERS : (Chapman, Anita) (related document(s): 11 Motion To Enlarge the Time for a Response to Complaint Pursuant to FRCP 6(b) Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney12 Motion to Strike Pleadings Filed by Charles R. Nettles, Charles). 13 Motion to Dismiss Adversary for Lack of Standing Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney 10 Motion For More Definite Statement Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) ) Hearing Scheduled For 2/7/2007 at 09:30 AM at Austin Courtroom 1 (Miiller, Sherri) -Appellant Designation due by 2/15/2007 (Attachments: # (1) Exhibit Pages 1-43(Miiller, Sherri). Modified on 2/8/2007 |

To Reflect Correct Linkage (Miiller, Sherri.) (Entered: 02/20/2007)

03/19/2007    36    Transmission of Record on Appeal to District Court (Miiller, Sherri) (related
                    document(s): 21 Notice of Appeal Filed by Plaintiff Michael L. Buesgens ( Filing Fee:$
                    255.00 )(related document(s)[14] Hearing to Consider and Act Upon the Following
                    FOUR MATTERS : (Chapman, Anita) (related document(s): 11 Motion To Enlarge the
                    Time for a Response to Complaint Pursuant to FRCP 6(b) Filed by Charles R. Nettles Jr.
                    for Defendant Donald Ray Tawney12 Motion to Strike Pleadings Filed by Charles R.
                    Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles), 13 Motion to Dismiss
                    Adversary for Lack of Standing Filed by Charles R. Nettles Jr. for Defendant Donald Ray
                    Tawney 10 Motion For More Definite Statement Filed by Charles R. Nettles Jr. for
                    Defendant Donald Ray Tawney. (Nettles, Charles) ) Hearing Scheduled For 2/7/2007 at
                    09:30 AM at Austin Courtroom 1 (Miiller, Sherri) -Appellant Designation due by
                    2/15/2007 (Attachments: # (1) Exhibit Pages 1-43(Miiller, Sherri). Modified on 2/8/2007
                    To Reflect Correct Linkage (Miiller, Sherri).)

03/19/2007    37    Notice of Docketing District Court Record Regarding Appeal, Civil Action Number:
                    A07CA 209 LY. (Miiller, Sherri) (related document(s): 21 Notice of Appeal Filed by
                    Plaintiff Michael L. Buesgens ( Filing Fee:$ 255.00 )(related document(s)[14] Hearing to
                    Consider and Act Upon the Following FOUR MATTERS : (Chapman, Anita) (related
                    document(s): 11 Motion To Enlarge the Time for a Response to Complaint Pursuant to
                    FRCP 6(b) Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney12 Motion
                    to Strike Pleadings Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney.
                    (Nettles, Charles), 13 Motion to Dismiss Adversary for Lack of Standing Filed by Charles
                    R. Nettles Jr. for Defendant Donald Ray Tawney 10 Motion For More Definite Statement
                    Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) )
                    Hearing Scheduled For 2/7/2007 at 09:30 AM at Austin Courtroom 1 (Miiller, Sherri)
                    -Appellant Designation due by 2/15/2007 (Attachments: # (1) Exhibit Pages 1-43(Miiller,
                    Sherri). Modified on 2/8/2007 To Reflect Correct Linkage (Miiller, Sherri).)

03/21/2007    38    BNC Certificate of Mailing (Related Document(s): 36 Transmission of Record on Appeal
                    to District Court (Miiller, Sherri) (related document(s): 21 Notice of Appeal Filed by
                    Plaintiff Michael L. Buesgens ( Filing Fee:$ 255.00 )(related document(s)[14] Hearing to
                    Consider and Act Upon the Following FOUR MATTERS : (Chapman, Anita) (related
                    document(s): 11 Motion To Enlarge the Time for a Response to Complaint Pursuant to
                    FRCP 6(b) Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney12 Motion
                    to Strike Pleadings Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney.
                    (Nettles, Charles), 13 Motion to Dismiss Adversary for Lack of Standing Filed by Charles
                    R. Nettles Jr. for Defendant Donald Ray Tawney 10 Motion For More Definite Statement
                    Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) )
                    Hearing Scheduled For 2/7/2007 at 09:30 AM at Austin Courtroom 1 (Miiller, Sherri)
                    -Appellant Designation due by 2/15/2007 (Attachments: # (1) Exhibit Pages 1-43(Miiller,
                    Sherri). Modified on 2/8/2007 To Reflect Correct Linkage (Miiller, Sherri).)) Service
                    Date 03/21/2007. (Admin.) (Entered: 03/22/2007)

05/03/2007    39    District Court Order By Judge Lee Yeakel, Civil Action Number: A-07-CA-209-LY,
                    Dismissed (related document(s): 21 Notice of Appeal Filed by Plaintiff Michael L.
                    Buesgens ( Filing Fee:$ 255.00 )(related document(s)[14] Hearing to Consider and Act
                    Upon the Following FOUR MATTERS : (Chapman, Anita) (related document(s): 11
                    Motion To Enlarge the Time for a Response to Complaint Pursuant to FRCP 6(b) Filed by
                    Charles R. Nettles Jr. for Defendant Donald Ray Tawney12 Motion to Strike Pleadings
                    Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles), 13
                    Motion to Dismiss Adversary for Lack of Standing Filed by Charles R. Nettles Jr. for
                    Defendant Donald Ray Tawney 10 Motion For More Definite Statement Filed by Charles

R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) ) Hearing Scheduled For 2/7/2007 at 09:30 AM at Austin Courtroom 1 (Miiller, Sherri) -Appellant Designation due by 2/15/2007 (Attachments: # (1) Exhibit Pages 1-43(Miiller, Sherri). Modified on 2/8/2007 To Reflect Correct Linkage (Miiller, Sherri).) (Order entered on 5/4/2007) (Miiller, Sherri) (Entered: 05/04/2007)

05/03/2007     40    District Court Order By Judge Lee Yeakel, Civil Action Number: A-07-CA-209-LY, Final Judgment (related document(s): 21 Notice of Appeal Filed by Plaintiff Michael L. Buesgens ( Filing Fee:$ 255.00 )(related document(s)[14} Hearing to Consider and Act Upon the Following FOUR MATTERS : (Chapman, Anita) (related document(s): 11 Motion To Enlarge the Time for a Response to Complaint Pursuant to FRCP 6(b) Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney 12 Motion to Strike Pleadings Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles), 13 Motion to Dismiss Adversary for Lack of Standing Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney 10 Motion For More Definite Statement Filed by Charles R. Nettles Jr. for Defendant Donald Ray Tawney. (Nettles, Charles) ) Hearing Scheduled For 2/7/2007 at 09:30 AM at Austin Courtroom 1 (Miiller, Sherri) -Appellant Designation due by 2/15/2007 (Attachments: # (1) Exhibit Pages 1-43(Miiller, Sherri). Modified on 2/8/2007 To Reflect Correct Linkage (Miiller, Sherri).) (Order entered on 5/4/2007) (Miiller, Sherri) (Entered: 05/04/2007)

05/04/2007          Adversary Case Closed (Miiller, Sherri)

## PACER Service Center

### Transaction Receipt

07/24/2007 11:52:20

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 06-01248-frm Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 6 | Cost: | 0.48 |

EXHIBIT 5

**CLOSED**

### U.S. Bankruptcy Court
### Western District of Texas (Austin)
### Bankruptcy Petition #: 06-11164-frm

*Assigned to:* Bankruptcy Judge Frank R. Monroe
Chapter 7
Voluntary
No asset

*Date Filed:* 07/31/2006
*Date Terminated:* 07/19/2007
*Date Discharged:* 02/07/2007

*Debtor*
**Donald Ray Tawney, Jr.**
13601 Elm Ridge Lane #1635
Austin, TX 78727
SSN: xxx-xx-4466

represented by **Charles R. Nettles, Jr.**
1524 S. IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
Fax : (512) 459-0842
Email:
charlesnettles@hotmail.com

*Trustee*
**Randolph N Osherow**
342 W Woodlawn
San Antonio, TX 78212
(210) 738-3001

*32-PAGES*

| Filing Date | # | Docket Text |
|---|---|---|
| 07/31/2006 | 1 | Voluntary Petition under Chapter 7 With Schedules, With Statements, (Filing Fee: $ 299.00) filed by Donald Ray Tawney Jr.. -Declaration for Electronic Filing due by 8/7/2006 (Nettles, Charles) |
| 07/31/2006 | 4 | First Meeting of Creditors & Notice of Appointment of Interim Trustee Randolph N Osherow added to the case. with 341(a) meeting to be held on 09/01/2006 at 09:00 AM at Austin Room 118. Objections for Discharge due by 10/31/2006. (Nettles, Charles) |
| 07/31/2006 | 2 | Certificate of Budget and Credit Counseling-First Debtor filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles) |
| 07/31/2006 | 3 | Household Good Survey filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles) (Related Document(s): 1 Voluntary Petition under Chapter 7 With Schedules, With Statements, (Filing Fee: $ 299.00) filed by Donald Ray Tawney Jr.. -Declaration for Electronic Filing due by 8/7/2006 (Nettles, Charles)) |
| 07/31/2006 |  | ICC-Fee Terminated for Voluntary Petition Chapter 7(06-11164) [misc,volp7] ( 299.00), Amount $ 299.00, Receipt 5132225 (U.S. Treasury) |
| 08/03/2006 | 5 | BNC Certificate of Mailing (Related Document(s): 4 First Meeting of Creditors & Notice of Appointment of Interim Trustee Randolph N Osherow added to the case. with 341(a) meeting to be held on 09/01/2006 at 09:00 AM at Austin Room 118. Objections for Discharge due by 10/31/2006. (Nettles, Charles)) Service Date 08/03/2006. (Admin.) |

| | | |
|---|---|---|
| 08/03/2006 | | Declaration for Electronic Filing Received (Related Document(s): 1 Voluntary Petition under Chapter 7 With Schedules, With Statements, (Filing Fee: $ 299.00) filed by Donald Ray Tawney Jr.. -Declaration for Electronic Filing due by 8/7/2006 (Nettles, Charles)) (Cano, Mary) (Entered: 08/04/2006) |
| 08/17/2006 | 6 | Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles) |
| 08/29/2006 | 7 | Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles) |
| 08/30/2006 | | Request for Notice by Household Bank (SB), N.A. - c/o Bass & Associates, P.C. 3936 E Ft. Lowell Road, Suite #200 Tucson, AZ 85712. (Douglass, Kathryn) |
| 09/05/2006 | | First Meeting of Creditors was concluded. Trustee's Report of No Distribution: Trustee of this estate reports and certifies that the trustee has performed the duties required of a trustee under 11 U.S.C. 704 and has concluded that there are no assets to administer for the benefit of creditors of this estate. The trustee certifies thats/he has received no funds or property of the estate, and paid no monies on account of the estate. Wherefore, the trustee prays that s/he be discharged from any further duties as trustee. **Section 341 Meeting held on 9/1/2006.** (Osherow, Randolph) |
| 09/27/2006 | 8 | Reaffirmation Agreement with Household Bank (SB), N.A. signed by Debtor's Attorney - filed by Nichlas P. Spallas for Creditor Bass & Associates,PC Household Bank (SB), N.A.. (Spallas, Nichlas) |
| 10/02/2006 | 9 | Reaffirmation Agreement with GMAC signed by Debtor's Attorney - (Gil, Elizabeth) (Entered: 10/03/2006) *PROOF OF CLAIR 10/12/06* |
| 10/24/2006 | 10 | Adversary Complaint 06-1248- False Representation And Willful And Malicious Injury filed by Creditor Michael L. Buesgens. (Miiller, Sherri) (Entered: 10/30/2006) |
| 10/27/2006 | 11 | Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Entered: 10/30/2006) |
| 11/03/2006 | 12 | Response Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) (related document(s): 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Entered: 11/07/2006) |
| 11/07/2006 | 13 | Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri) |
| 11/08/2006 | 14 | Hearing to Consider and Act Upon the Following: (Related Document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) Hearing Scheduled For 12/4/2006 at 10:00 AM at Austin Courtroom 1 (Boyd, Laurie) |
| 11/10/2006 | 15 | BNC Certificate of Mailing (Related Document(s): 14 Hearing to Consider and Act Upon the Following: (Related Document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) Hearing Scheduled For 12/4/2006 at 10:00 AM at Austin Courtroom 1 (Boyd, Laurie)) Service Date 11/10/2006. (Admin.) |

| | | |
|---|---|---|
| 11/14/2006 | <u>16</u> | Response Filed by Creditor Michael L. Buesgens (Boyd, Laurie) (related document(s): <u>12</u> Response Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) (related document(s): <u>11</u> Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri))) (Entered: 11/15/2006) |
| 11/16/2006 | <u>17</u> | Objection Filed by Creditor Michael L. Buesgens (Boyd, Laurie) (related document(s): <u>13</u> Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri) (Entered: 11/17/2006) |
| 12/04/2006 | <u>18</u> | Order Regarding (related document(s): <u>13</u> Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri) |
| 12/04/2006 | | Hearing Held: GRANTED. (Related Document(s): <u>13</u> Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Lopez, Jennifer) (Entered: 12/05/2006) |
| 12/04/2006 | <u>19</u> | Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Entered: 12/05/2006) |
| 12/06/2006 | <u>20</u> | Order Regarding (related document(s): <u>19</u> Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri) |
| 12/06/2006 | <u>21</u> | BNC Certificate of Mailing (Related Document(s): <u>18</u> Order Regarding (related document(s): <u>13</u> Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)) Service Date 12/06/2006. (Admin.) (Entered: 12/07/2006) |
| 12/08/2006 | <u>22</u> | BNC Certificate of Mailing (Related Document(s): <u>20</u> Order Regarding (related document(s): <u>19</u> Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri)) Service Date 12/08/2006. (Admin.) (Entered: 12/09/2006) |
| 12/14/2006 | <u>23</u> | Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Entered: 12/15/2006) |
| 12/19/2006 | <u>24</u> | Response Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) (related document(s): <u>23</u> Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Entered: 12/20/2006) |
| 12/19/2006 | <u>25</u> | Objection to Claim of Michael L. Buesgens *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) (Entered: 12/20/2006) |
| 12/19/2006 | <u>26</u> | Objection to Claim of Michael L. Buesgens (Claim #2) *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) (Entered: 12/20/2006) |
| 12/20/2006 | <u>27</u> | Hearing to Consider and Act Upon the Following: (Related Document(s): <u>23</u> Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens |

(Miiller, Sherri), 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) Hearing Scheduled For 1/23/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita)

| | | |
|---|---|---|
| 12/22/2006 | 28 | BNC Certificate of Mailing (Related Document(s): 27 Hearing to Consider and Act Upon the Following: (Related Document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri), 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) Hearing Scheduled For 1/23/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita)) Service Date 12/22/2006. (Admin.) (Entered: 12/23/2006) |
| 12/26/2006 | 29 | Objection Filed by Creditor Michael L. Buesgens (Miiller, Sherri) (related document(s): 25 Objection to Claim of Michael L. Buesgens *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri), 26 Objection to Claim of Michael L. Buesgens (Claim #2) *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Entered: 12/27/2006) |
| 01/03/2007 | 30 | Motion For Appointment Of Counsel *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Entered: 01/04/2007) |
| 01/03/2007 | 31 | Motion to This Court For Extension Of Time-Enlargement And Motion For Disclosure And Discovery filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Entered: 01/04/2007) |
| 01/03/2007 | 32 | Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri) (Entered: 01/04/2007) |
| 01/04/2007 | 33 | Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda) |
| 01/04/2007 | 34 | DOCKETED IN ERROR- PDF DOES NOT MATCH TEXT. Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/5/2007 INCORRECT PDF (Miiller, Sherri). |
| 01/04/2007 | 35 | Amended Response Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Nettles, Charles) (related document(s): 12 Response Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) (related document(s): 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri))) |
| 01/05/2007 | 36 | Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) |
| 01/09/2007 | 37 | Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda) |
| 01/09/2007 | 38 | Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda) |

*(handwritten annotations: "CONSOLIDATE", "06-11164", "06-01248")*

| 01/10/2007 | 39 | Hearing to Consider and Act Upon the Following THREE: (Related Document(s): 26 Objection to Claim of Michael L. Buesgens (Claim #2) Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri), 36 Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. 25 Objection to Claim of Michael L. Buesgens Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) Hearing Scheduled For 1/23/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita) |
|---|---|---|
| 01/11/2007 | 40 | BNC Certificate of Mailing (Related Document(s): 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda)) Service Date 01/11/2007. (Admin.) (Entered: 01/12/2007) |
| 01/11/2007 | 41 | BNC Certificate of Mailing (Related Document(s): 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda)) Service Date 01/11/2007. (Admin.) (Entered: 01/12/2007) |
| 01/12/2007 | 42 | BNC Certificate of Mailing (Related Document(s): 39 Hearing to Consider and Act Upon the Following THREE: (Related Document(s): 26 Objection to Claim of Michael L. Buesgens (Claim #2) Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri), 36 Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. 25 Objection to Claim of Michael L. Buesgens Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) Hearing Scheduled For 1/23/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita)) Service Date 01/12/2007. (Admin.) (Entered: 01/13/2007) |
| 01/12/2007 | 43 | Response Filed by Creditor Michael L. Buesgens (Miiller, Sherri) (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda)., 36 Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles)) (Entered: 01/17/2007) |
| 01/12/2007 | 44 | Transcript of Hearing Held On: 12/4/06 (Related Document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri) (Miiller, Sherri) (Entered: 01/17/2007) |
| 01/12/2007 | 45 | Subpoena For Rule 2004 Examination for Cheryl Ann Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri) (Entered: 01/17/2007) |
| 01/12/2007 | 46 | Subpoena For Rule 2004 Examination for Andrea K Hendricks filed by Creditor Michael L. Buesgens. (Miiller, Sherri) (Entered: 01/17/2007) |
| 01/12/2007 | 47 | Subpoena For Rule 2004 Examination for Catalina Martinez filed by Creditor Michael L. Buesgens. (Miiller, Sherri) (Entered: 01/17/2007) |
| 01/17/2007 | 48 | Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine |

| | | |
|---|---|---|
| | | Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri) Modified on 7/19/2007 (Miiller, Sherri). (Entered: 01/18/2007) |
| 01/17/2007 | 49 | Motion For Stay Pending Appeal filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)) (Entered: 01/18/2007) |
| 01/18/2007 | 50 | Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles) (Related Document(s): 7 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles)) |
| 01/18/2007 | 51 | Certificate of Service filed by Creditor Michael L. Buesgens. (Miiller, Sherri) (Related Document(s): 48 Notice of Appeal filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri))) |
| 01/20/2007 | 52 | BNC Certificate of Mailing (Related Document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor |

*FORM 23*

*R. BARET ROBINSON - NUSA*

Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)) Service Date 01/20/2007. (Admin.)

| 01/20/2007 | 53 | BNC Certificate of Mailing (Related Document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri))) Service Date 01/20/2007. (Admin.) |

| 01/23/2007 | 54 | No Form 23 Filed;11 U.S.C. Sections 727(a)(II) and 1328 (g)(I) filed by Creditor Michael L. Buesgens. (Miiller, Sherri) |

| 01/23/2007 | 55 | Objection *To The Following(See PDF for complete list of objections)* Filed by Creditor Michael L. Buesgens (Miiller, Sherri) (related document(s): 7 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 6 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 27 Hearing to Consider and Act Upon the Following: (Related Document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri), 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) Hearing Scheduled For 1/23/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita)) Modified on 1/23/2007 (Miiller, Sherri). |

| 01/23/2007 | 56 | Appellant's Designation of Contents and Issues For Inclusion In Record On Appeal Filed by Creditor Michael L. Buesgens (Miiller, Sherri) Record Transmission due on 2/22/2007, (related document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri))) |

| 01/23/2007 | | Hearing Held: GRANTED; LIMIT TO ADVERSARY. (Related Document(s): 36 Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles)) (Farrar, Ronda) (Entered: 01/24/2007) |
|---|---|---|
| 01/23/2007 | | Hearing Held: DENIED; NO APPEARANCE BY CREDITOR. Order Due to be filed by: Charles Nettles (Related Document(s): 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Farrar, Ronda) (Entered: 01/24/2007) |
| 01/23/2007 | | Hearing Held: DENIED; NO APPEARANCE BY CREDITOR. Order Due to be filed by: Charles Nettles (Related Document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Farrar, Ronda) (Entered: 01/24/2007) |
| 01/23/2007 | | Hearing Held: SUSTAINED; NO APPEARANCE BY CREDITOR. (Related Document(s): 25 Objection to Claim of Michael L. Buesgens *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Farrar, Ronda) (Entered: 01/24/2007) |
| 01/23/2007 | | Hearing Held: SUSTAINED; NO APPEARANCE BY CREDITOR. (Related Document(s): 26 Objection to Claim of Michael L. Buesgens (Claim #2) *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Farrar, Ronda) (Entered: 01/24/2007) |
| 01/24/2007 | 57 | Exhibit and Witness List for Hearing Held on 1/23/07 (Related Document(s): 26 Objection to Claim of Michael L. Buesgens (Claim #2) *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri), 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri), 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri), 36 Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles), 25 Objection to Claim of Michael L. Buesgens *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Miiller, Sherri) (Entered: 01/25/2007) |
| 01/25/2007 | 58 | Motion To Send Appeal To United States Bankruptcy Court District Of Columbia *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri))) |
| 01/29/2007 | 59 | Order Regarding (related document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on |

1/29/2007) (Boyd, Laurie)

| | | |
|---|---|---|
| 01/29/2007 | 60 | Order Regarding (related document(s): 36 Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles)) (Order entered on 1/29/2007) (Boyd, Laurie) |
| 01/29/2007 | 61 | Order Regarding (related document(s): 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Order entered on 1/29/2007) (Boyd, Laurie) |
| 01/29/2007 | 62 | Order Regarding (related document(s): 49 Motion For Stay Pending Appeal filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri))) (Order entered on 1/29/2007) (Boyd, Laurie) |
| 01/29/2007 | 63 | Order Regarding Objection to Claims (related document(s): 25 Objection to Claim of Michael L. Buesgens *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie) |
| 01/29/2007 | 64 | Order Regarding Objection to Claims (related document(s): 26 Objection to Claim of Michael L. Buesgens (Claim #2) *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie) |
| 01/29/2007 | 65 | Order Regarding (related document(s): 31 Motion to This Court For Extension Of Time-Enlargement And Motion For Disclosure And Discovery filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie) |
| 01/29/2007 | 66 | 54 No Form 23 Filed;11 U.S.C. Sections 727(a)(II) and 1328 (g)(I) filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie) |
| 01/29/2007 | 67 | Order Regarding (related document(s): 56 Appellant's Designation of Contents and Issues For Inclusion In Record On Appeal Filed by Creditor Michael L. Buesgens (Miiller, Sherri) Record Transmission due on 2/22/2007, (related document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens (Filing Fee: $255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed |

by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie)

| 01/29/2007 | 68 | Order Regarding (related document(s): 55 Objection *To The Following(See PDF for complete list of objections)* Filed by Creditor Michael L. Buesgens (Miiller, Sherri) (related document(s): 7 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 6 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 27 Hearing to Consider and Act Upon the Following: (Related Document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri), 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) Hearing Scheduled For 1/23/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita)) Modified on 1/23/2007 (Miiller, Sherri).) (Order entered on 1/29/2007) (Boyd, Laurie) |

| 01/29/2007 | 69 | Order Regarding (related document(s): 58 Motion To Send Appeal To United States Bankruptcy Court District Of Columbia *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie) |

| 01/31/2007 | 70 | Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 2/12/2007 (related document(s): 65 Order Regarding (related document(s): 31 Motion to This Court For Extension Of Time-Enlargement And Motion For Disclosure And Discovery filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 63 Order Regarding Objection to Claims (related document(s): 25 Objection to Claim of Michael L. Buesgens *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie), 69 Order Regarding (related document(s): 58 Motion To Send Appeal To United States Bankruptcy Court District Of Columbia *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue |

Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie), 67 Order Regarding (related document(s): 56 Appellant's Designation of Contents and Issues For Inclusion In Record On Appeal Filed by Creditor Michael L. Buesgens (Miiller, Sherri) Record Transmission due on 2/22/2007, (related document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens (Filing Fee: $255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie), 66 Order Regarding (related document(s): 54 No Form 23 Filed;11 U.S.C. Sections 727(a)(II) and 1328 (g)(I) filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 60 Order Regarding (related document(s): 36 Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles)) (Order entered on 1/29/2007) (Boyd, Laurie), 61 Order Regarding (related document(s): 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 62 Order Regarding (related document(s): 49 Motion For Stay Pending Appeal filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri))) (Order entered on 1/29/2007) (Boyd, Laurie), 64 Order Regarding Objection to Claims (related document(s): 26 Objection to Claim of Michael L. Buesgens (Claim #2) *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie), 59 Order Regarding (related document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 68 Order Regarding (related document(s): 55 Objection *To The Following(See PDF for complete list of objections)* Filed by Creditor Michael L. Buesgens (Miiller, Sherri) (related document(s): 7 Financial

Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 6 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 27 Hearing to Consider and Act Upon the Following: (Related Document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri), 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) Hearing Scheduled For 1/23/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita)) Modified on 1/23/2007 (Miiller, Sherri).) (Order entered on 1/29/2007) (Boyd, Laurie))

| 01/31/2007 | 71 | BNC Certificate of Mailing (Related Document(s): 62 Order Regarding (related document(s): 49 Motion For Stay Pending Appeal filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri))) (Order entered on 1/29/2007) (Boyd, Laurie)) Service Date 01/31/2007. (Admin.) (Entered: 02/01/2007) |

| 01/31/2007 | 72 | BNC Certificate of Mailing (Related Document(s): 59 Order Regarding (related document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie)) Service Date 01/31/2007. (Admin.) (Entered: 02/01/2007) |

| 01/31/2007 | 73 | BNC Certificate of Mailing (Related Document(s): 60 Order Regarding (related document(s): 36 Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles)) (Order entered on 1/29/2007) (Boyd, Laurie)) Service Date 01/31/2007. (Admin.) (Entered: 02/01/2007) |

| 01/31/2007 | 74 | BNC Certificate of Mailing (Related Document(s): 61 Order Regarding (related document(s): 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie)) Service Date 01/31/2007. (Admin.) (Entered: 02/01/2007) |

| 01/31/2007 | 75 | BNC Certificate of Mailing (Related Document(s): 62 Order Regarding (related document(s): 49 Motion For Stay Pending Appeal filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( |

Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri))) (Order entered on 1/29/2007) (Boyd, Laurie)) Service Date 01/31/2007. (Admin.) (Entered: 02/01/2007)

| 01/31/2007 | 76 | BNC Certificate of Mailing (Related Document(s): 63 Order Regarding Objection to Claims (related document(s): 25 Objection to Claim of Michael L. Buesgens *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri ) ) (Order entered on 1/29/2007) (Boyd, Laurie)) Service Date 01/31/2007. (Admin.) (Entered: 02/01/2007) |

| 01/31/2007 | 77 | BNC Certificate of Mailing (Related Document(s): 64 Order Regarding Objection to Claims (related document(s): 26 Objection to Claim of Michael L. Buesgens (Claim #2) *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri ) ) (Order entered on 1/29/2007) (Boyd, Laurie)) Service Date 01/31/2007. (Admin.) (Entered: 02/01/2007) |

| 01/31/2007 | 78 | BNC Certificate of Mailing (Related Document(s): 65 Order Regarding (related document(s): 31 Motion to This Court For Extension Of Time-Enlargement And Motion For Disclosure And Discovery filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie)) Service Date 01/31/2007. (Admin.) (Entered: 02/01/2007) |

| 01/31/2007 | 79 | BNC Certificate of Mailing (Related Document(s): 66 Order Regarding (related document(s): 54 No Form 23 Filed;11 U.S.C. Sections 727(a)(II) and 1328 (g)(I) filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie)) Service Date 01/31/2007. (Admin.) (Entered: 02/01/2007) |

| 01/31/2007 | 80 | BNC Certificate of Mailing (Related Document(s): 67 Order Regarding (related document(s): 56 Appellant's Designation of Contents and Issues For Inclusion In Record On Appeal Filed by Creditor Michael L. Buesgens (Miiller, Sherri) Record Transmission due on 2/22/2007, (related document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens (Filing Fee: $255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie)) Service Date 01/31/2007. (Admin.) (Entered: 02/01/2007) |

| 01/31/2007 | 81 | BNC Certificate of Mailing (Related Document(s): 68 Order Regarding (related document(s): 55 Objection *To The Following(See PDF for complete list of objections)* Filed by Creditor Michael L. Buesgens (Miiller, Sherri) (related document(s): 7 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 6 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 27 Hearing to Consider and Act Upon the Following: (Related Document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, |

Sherri), 11 Motion For Investigation Concerning Grounds For Objection To Discharge
*(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri))
Hearing Scheduled For 1/23/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita))
Modified on 1/23/2007 (Miiller, Sherri).) (Order entered on 1/29/2007) (Boyd, Laurie))
Service Date 01/31/2007. (Admin.) (Entered: 02/01/2007)

01/31/2007    82    BNC Certificate of Mailing (Related Document(s): 69 Order Regarding (related
document(s): 58 Motion To Send Appeal To United States Bankruptcy Court District Of
Columbia *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller,
Sherri) (Related Document(s): 48 Notice of Appeal Filed by Creditor Michael L.
Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri -Appellant Designation due by
1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For
Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller,
Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related
document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce
Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri))
(Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s):
33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray
Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order
entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13
Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed
by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order
entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie))
Service Date 01/31/2007. (Admin.) (Entered: 02/01/2007)

01/31/2007    89    Appellant's Designation of Contents and Issues For Inclusion In Record On Appeal Filed
by Creditor Michael L. Buesgens (Miiller, Sherri) Record Transmission due on 3/2/2007,
(related document(s): 70 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing
Fee:$ 255.00 ) (Miiller, Sherri -Appellant Designation due by 2/12/2007 (related
document(s): 65 Order Regarding (related document(s): 31 Motion to This Court For
Extension Of Time-Enlargement And Motion For Disclosure And Discovery filed by
Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd,
Laurie), 63 Order Regarding Objection to Claims (related document(s): 25 Objection to
Claim of Michael L. Buesgens *(20 Day Objection Language)* Filed by Charles R. Nettles
Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007)
(Boyd, Laurie), 69 Order Regarding (related document(s): 58 Motion To Send Appeal To
United States Bankruptcy Court District Of Columbia *(No Day Objection Language)* filed
by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 48 Notice of
Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri)
-Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding
(related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by
Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller,
Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine
Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by
Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar,
Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed
by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified
on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda),
18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day
Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor
Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri))))
(Order entered on 1/29/2007) (Boyd, Laurie), 67 Order Regarding (related document(s):
56 Appellant's Designation of Contents and Issues For Inclusion In Record On Appeal
Filed by Creditor Michael L. Buesgens (Miiller, Sherri) Record Transmission due on

2/22/2007, (related document(s): <u>48</u> Notice of Appeal Filed by Creditor Michael L. Buesgens (Filing Fee: $255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): <u>20</u> Order Regarding (related document(s): <u>19</u> Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), <u>37</u> Order Regarding (related document(s): <u>32</u> Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), <u>38</u> Order Regarding (related document(s): <u>33</u> Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), <u>18</u> Order Regarding (related document(s): <u>13</u> Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie), <u>66</u> Order Regarding (related document(s): <u>54</u> No Form 23 Filed;11 U.S.C. Sections 727(a)(II) and 1328 (g)(I) filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), <u>60</u> Order Regarding (related document(s): <u>36</u> Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles)) (Order entered on 1/29/2007) (Boyd, Laurie), <u>61</u> Order Regarding (related document(s): <u>11</u> Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), <u>62</u> Order Regarding (related document(s): <u>49</u> Motion For Stay Pending Appeal filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): <u>20</u> Order Regarding (related document(s): <u>19</u> Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), <u>37</u> Order Regarding (related document(s): <u>32</u> Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), <u>38</u> Order Regarding (related document(s): <u>33</u> Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), <u>18</u> Order Regarding (related document(s): <u>13</u> Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri))) (Order entered on 1/29/2007) (Boyd, Laurie), 64 Order Regarding Objection to Claims (related document(s): <u>26</u> Objection to Claim of Michael L. Buesgens (Claim #2) *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie), <u>59</u> Order Regarding (related document(s): <u>23</u> Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), <u>68</u> Order Regarding (related document(s): <u>55</u> Objection *To The Following(See PDF for complete list of objections)* Filed by Creditor Michael L. Buesgens (Miiller, Sherri) (related document(s): <u>7</u> Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), <u>6</u> Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), <u>27</u> Hearing to Consider and Act Upon the Following: (Related Document(s): <u>23</u> Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri), <u>11</u> Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) Hearing Scheduled For 1/23/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita)) Modified on 1/23/2007 (Miiller, Sherri).) (Order entered on 1/29/2007) (Boyd, Laurie))) (Entered: 02/08/2007)

| 02/02/2007 | 83 | BNC Certificate of Mailing (Related Document(s): 70 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 2/12/2007 (related document(s): 65 Order Regarding (related document(s): 31 Motion to This Court For Extension Of Time-Enlargement And Motion For Disclosure And Discovery filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 63 Order Regarding Objection to Claims (related document(s): 25 Objection to Claim of Michael L. Buesgens *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie), 69 Order Regarding (related document(s): 58 Motion To Send Appeal To United States Bankruptcy Court District Of Columbia *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie), 67 Order Regarding (related document(s): 56 Appellant's Designation of Contents and Issues For Inclusion In Record On Appeal Filed by Creditor Michael L. Buesgens (Miiller, Sherri) Record Transmission due on 2/22/2007, (related document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens (Filing Fee: $255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie), 66 Order Regarding (related document(s): 54 No Form 23 Filed;11 U.S.C. Sections 727(a)(II) and 1328 (g)(I) filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 60 Order Regarding (related document(s): 36 Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles)) (Order entered on 1/29/2007) (Boyd, Laurie), 61 Order Regarding (related document(s): 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 62 Order Regarding (related document(s): 49 Motion For Stay Pending Appeal filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 |

Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri))) (Order entered on 1/29/2007) (Boyd, Laurie), 64 Order Regarding Objection to Claims (related document(s): 26 Objection to Claim of Michael L. Buesgens (Claim #2) *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie), 59 Order Regarding (related document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 68 Order Regarding (related document(s): 55 Objection *To The Following(See PDF for complete list of objections)* Filed by Creditor Michael L. Buesgens (Miiller, Sherri) (related document(s): 7 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 6 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 27 Hearing to Consider and Act Upon the Following: (Related Document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri), 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) Hearing Scheduled For 1/23/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita)) Modified on 1/23/2007 (Miiller, Sherri).) (Order entered on 1/29/2007) (Boyd, Laurie))) Service Date 02/02/2007. (Admin.)

| | | |
|---|---|---|
| 02/02/2007 | 84 | BNC Certificate of Mailing (Related Document(s): 70 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 2/12/2007 (related document(s): 65 Order Regarding (related document(s): 31 Motion to This Court For Extension Of Time-Enlargement And Motion For Disclosure And Discovery filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 63 Order Regarding Objection to Claims (related document(s): 25 Objection to Claim of Michael L. Buesgens *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie), 69 Order Regarding (related document(s): 58 Motion To Send Appeal To United States Bankruptcy Court District Of Columbia *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie), 67 Order Regarding (related document(s): 56 Appellant's Designation of Contents and |

Issues For Inclusion In Record On Appeal Filed by Creditor Michael L. Buesgens (Miiller, Sherri) Record Transmission due on 2/22/2007, (related document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens (Filing Fee: $255.00 ) Appeal filed (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie), 66 Order Regarding (related document(s): 54 No Form 23 Filed;11 U.S.C. Sections 727(a)(II) and 1328 (g)(I) filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 60 Order Regarding (related document(s): 36 Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles)) (Order entered on 1/29/2007) (Boyd, Laurie), 61 Order Regarding (related document(s): 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 62 Order Regarding (related document(s): 49 Motion For Stay Pending Appeal filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri))) (Order entered on 1/29/2007) (Boyd, Laurie), 64 Order Regarding Objection to Claims (related document(s): 26 Objection to Claim of Michael L. Buesgens (Claim #2) *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie), 59 Order Regarding (related document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 68 Order Regarding (related document(s): 55 Objection *To The Following(See PDF for complete list of objections)* Filed by Creditor Michael L. Buesgens (Miiller, Sherri) (related document(s): 7 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 6 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 27 Hearing to Consider and Act Upon the Following: (Related Document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri), 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) Hearing Scheduled For 1/23/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita)) Modified on 1/23/2007 (Miiller, Sherri).) (Order entered on 1/29/2007) (Boyd, Laurie)))

Service Date 02/02/2007. (Admin.)

02/02/2007      85    Amended Notice of Appeal, Filed by Creditor Michael L. Buesgens (Miiller, Sherri) (related document(s): 70 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miller, Sherri) -Appellant Designation due by 2/12/2007 (related document(s): 65 Order Regarding (related document): 31 Motion to This Court For Extension Of Time-Enlargement And Motion For Disclosure And Discovery filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Order entered on 1/29/2007) (Boyd, Laurie), 63 Order Regarding Objection to Claims (related document(s): 25 Objection to Claim of Michael L. Buesgens *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie), 69 Order Regarding (related document(s): 58 Motion To Send Appeal To United States Bankruptcy Court District Of Columbia *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie), 67 Order Regarding (related document(s): 56 Appellant's Designation of Contents and Issues For Inclusion In Record On Appeal Filed by Creditor Michael L. Buesgens (Miiller, Sherri) Record Transmission due on 2/22/2007, (related document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens (Filing Fee: $255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri) (Order entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie), 66 Order Regarding (related document(s): 54 No Form 23 Filed;11 U.S.C. Sections 727(a)(II) and 1328 (g)(I) filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 60 Order Regarding (related document(s): 36 Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles)) (Order entered on 1/29/2007) (Boyd, Laurie), 61 Order Regarding (related document(s): 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 62 Order Regarding (related document(s): 49 Motion For Stay Pending Appeal filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 20 Order Regarding (related

document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor
Michael L. Buesgens (Miller, Sherri) (Order entered on 12/6/2006) (Miller, Sherri), 37
Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of
Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L.
Buesgens. (Miller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order
Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R.
Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To
Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order
Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection
Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray
Tawney Jr.(Miller, Sherri) (Order entered on 12/4/2006) (Miller, Sherri))) (Order
entered on 1/29/2007) (Boyd, Laurie), 64 Order Regarding Objection to Claims (related
document(s): 26 Objection to Claim of Michael L. Buesgens (Claim #2) *(20 Day
Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.
(Miller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie), 59 Order Regarding
(related document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed
by Creditor Michael L. Buesgens (Miller, Sherri)) (Order entered on 1/29/2007) (Boyd,
Laurie), 68 Order Regarding (related document(s): 55 Objection *To The Following(See
PDF for complete list of objections)* Filed by Creditor Michael L. Buesgens (Miller,
Sherri) (related document(s): 7 Financial Management Course Certificate filed by Charles
R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 6 Financial
Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray
Tawney Jr.. (Nettles, Charles), 27 Hearing to Consider and Act Upon the Following:
(Related Document(s): 23 Motion To Deny Discharge *(No Day Objection Language)*
filed by Creditor Michael L. Buesgens (Miller, Sherri), 11 Motion For Investigation
Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by
Creditor Michael L. Buesgens (Miller, Sherri)) Hearing Scheduled For 1/23/2007 at
02:00 PM at Austin Courtroom 1 (Chapman, Anita)) Modified on 1/23/2007 (Miller,
Sherri).) (Order entered on 1/29/2007) (Boyd, Laurie))) (Entered: 02/05/2007)

| | | |
|---|---|---|
| 02/05/2007 | 86 | #198 Ltr/NtcCpy requested (Miller, Sherri) |
| 02/07/2007 | 87 | Order Discharging Debtor(s) (Order entered on 2/7/2007) (Miller, Sherri) |
| 02/07/2007 | 88 | BNC Certificate of Mailing (Related Document(s): 86 #198 Ltr/NtcCpy requested (Miller, Sherri)) Service Date 02/07/2007. (Admin.) |
| 02/07/2007 | 90 | Transcript of Hearing Held On: 1/23/07 (Related Document(s): 26 Objection to Claim of Michael L. Buesgens (Claim #2) *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miller, Sherri), 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miller, Sherri), 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miller, Sherri), 36 Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles), 25 Objection to Claim of Michael L. Buesgens *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miller, Sherri) ) (Miller, Sherri) (Entered: 02/08/2007) |
| 02/09/2007 | 91 | BNC Certificate of Mailing (Related Document(s): 87 Order Discharging Debtor(s) (Order entered on 2/7/2007) (Miller, Sherri)) Service Date 02/09/2007. (Admin.) |
| 02/15/2007 | 92 | 198 Ltr/NtcAplCpy requested for Second Notice of Appeal Filed 1/31/07 Document #70 (Miller, Sherri) |

| | | |
|---|---|---|
| 02/17/2007 | 93 | BNC Certificate of Mailing (Related Document(s): 92 198 Ltr/NtcAplCpy requested for Second Notice of Appeal Filed 1/31/07 Document #70 (Miiller, Sherri)) Service Date 02/17/2007. (Admin.) |
| 02/23/2007 | 94 | Transmission of Record on Appeal to District Court (Miiller, Sherri) (related document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri))) |
| 02/23/2007 | 95 | Notice of Docketing District Court Record Regarding Appeal, Civil Action Number: A07CA 127Y. (Miiller, Sherri) (related document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri))) |
| 02/25/2007 | 96 | BNC Certificate of Mailing (Related Document(s): 94 Transmission of Record on Appeal to District Court (Miiller, Sherri) (related document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)))) Service Date 02/25/2007. (Admin.) |

03/05/2007    97    Transmission of Record on Appeal to District Court (Miiller, Sherri) (related document(s): 70 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 2/12/2007 (related document(s): 65 Order Regarding (related document(s): 31 Motion to This Court For Extension Of Time-Enlargement And Motion For Disclosure And Discovery filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 63 Order Regarding Objection to Claims (related document(s): 25 Objection to Claim of Michael L. Buesgens *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie), 69 Order Regarding (related document(s): 58 Motion To Send Appeal To United States Bankruptcy Court District Of Columbia *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie), 67 Order Regarding (related document(s): 56 Appellant's Designation of Contents and Issues For Inclusion In Record On Appeal Filed by Creditor Michael L. Buesgens (Miiller, Sherri) Record Transmission due on 2/22/2007, (related document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens (Filing Fee: $255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie), 66 Order Regarding (related document(s): 54 No Form 23 Filed;11 U.S.C. Sections 727(a)(II) and 1328 (g)(I) filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 60 Order Regarding (related document(s): 36 Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles)) (Order entered on 1/29/2007) (Boyd, Laurie), 61 Order Regarding (related document(s): 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 62 Order Regarding (related document(s): 49 Motion For Stay Pending Appeal filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32

Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri) (Order entered on 12/4/2006) (Miiller, Sherri))) (Order entered on 1/29/2007) (Boyd, Laurie), 64 Order Regarding Objection to Claims (related document(s): 26 Objection to Claim of Michael L. Buesgens (Claim #2) *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie), 59 Order Regarding (related document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 68 Order Regarding (related document(s): 55 Objection *To The Following(See PDF for complete list of objections)* Filed by Creditor Michael L. Buesgens (Miiller, Sherri) (related document(s): 7 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 6 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 27 Hearing to Consider and Act Upon the Following: (Related Document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri), 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) Hearing Scheduled For 1/23/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita) Modified on 1/23/2007 (Miiller, Sherri).) (Order entered on 1/29/2007) (Boyd, Laurie)), 85 Amended Notice of Appeal, Filed by Creditor Michael L. Buesgens (Miiller, Sherri) (related document(s): 70 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 2/12/2007 (related document(s): 65 Order Regarding (related document(s): 31 Motion to This Court For Extension Of Time-Enlargement And Motion For Disclosure And Discovery filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 63 Order Regarding Objection to Claims (related document(s): 25 Objection to Claim of Michael L. Buesgens *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie), 69 Order Regarding (related document(s): 58 Motion To Send Appeal To United States Bankruptcy Court District Of Columbia *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie), 67 Order Regarding (related document(s): 56 Appellant's Designation of Contents and Issues For Inclusion In Record On Appeal Filed by Creditor Michael L. Buesgens (Miiller, Sherri) Record Transmission due on

2/22/2007, (related document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens (Filing Fee: $255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie), 66 Order Regarding (related document(s): 54 No Form 23 Filed;11 U.S.C. Sections 727(a)(II) and 1328 (g)(I) filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 60 Order Regarding (related document(s): 36 Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles)) (Order entered on 1/29/2007) (Boyd, Laurie), 61 Order Regarding (related document(s): 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 62 Order Regarding (related document(s): 49 Motion For Stay Pending Appeal filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri))) (Order entered on 1/29/2007) (Boyd, Laurie), 64 Order Regarding Objection to Claims (related document(s): 26 Objection to Claim of Michael L. Buesgens (Claim #2) *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie), 59 Order Regarding (related document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 68 Order Regarding (related document(s): 55 Objection *To The Following(See PDF for complete list of objections)* Filed by Creditor Michael L. Buesgens (Miiller, Sherri) (related document(s): 7 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 6 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 27 Hearing to Consider and Act Upon the Following: (Related Document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri), 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) Hearing Scheduled For 1/23/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita)) Modified on 1/23/2007 (Miiller, Sherri).) (Order entered on 1/29/2007) (Boyd, Laurie))))

| | | |
|---|---|---|
| 03/05/2007 | <u>98</u> | Notice of Docketing District Court Record Regarding Appeal, Civil Action Number: A07 CA156 LY. (Miiller, Sherri) (related document(s): <u>70</u> Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 2/12/2007 (related document(s): <u>65</u> Order Regarding (related document(s): <u>31</u> Motion to This Court For Extension Of Time-Enlargement And Motion For Disclosure And Discovery filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), <u>63</u> Order Regarding Objection to Claims (related document(s): <u>25</u> Objection to Claim of Michael L. Buesgens *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie), <u>69</u> Order Regarding (related document(s): <u>58</u> Motion To Send Appeal To United States Bankruptcy Court District Of Columbia *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): <u>48</u> Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): <u>20</u> Order Regarding (related document(s): <u>19</u> Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), <u>37</u> Order Regarding (related document(s): <u>32</u> Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), <u>38</u> Order Regarding (related document(s): <u>33</u> Motion to Consolidate hearing filed by Charles R. Nettles Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), <u>18</u> Order Regarding (related document(s): <u>13</u> Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri) (Order entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie), <u>67</u> Order Regarding (related document(s): <u>56</u> Appellant's Designation of Contents and Issues For Inclusion In Record On Appeal Filed by Creditor Michael L. Buesgens (Miiller, Sherri) Record Transmission due on 2/22/2007, (related document(s): <u>48</u> Notice of Appeal Filed by Creditor Michael L. Buesgens (Filing Fee: $255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): <u>20</u> Order Regarding (related document(s): <u>19</u> Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), <u>37</u> Order Regarding (related document(s): <u>32</u> Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), <u>38</u> Order Regarding (related document(s): <u>33</u> Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), <u>18</u> Order Regarding (related document(s): <u>13</u> Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri) (Order entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie), <u>66</u> Order Regarding (related document(s): <u>54</u> No Form 23 Filed;11 U.S.C. Sections 727(a)(II) and 1328 (g)(I) filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), <u>60</u> Order Regarding (related document(s): <u>36</u> Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles)) (Order entered on 1/29/2007) (Boyd, Laurie), <u>61</u> Order Regarding (related document(s): <u>11</u> Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), <u>62</u> Order Regarding (related document(s): <u>49</u> Motion For Stay Pending Appeal filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): <u>20</u> Order Regarding (related document(s): <u>19</u> Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order |

entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri) (Order entered on 12/4/2006) (Miiller, Sherri))) (Order entered on 1/29/2007) (Boyd, Laurie), 64 Order Regarding Objection to Claims (related document(s): 26 Objection to Claim of Michael L. Buesgens (Claim #2) *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie), 59 Order Regarding (related document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 68 Order Regarding (related document(s): 55 Objection *To The Following(See PDF for complete list of objections)* Filed by Creditor Michael L. Buesgens (Miiller, Sherri) (related document(s): 7 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 6 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 27 Hearing to Consider and Act Upon the Following: (Related Document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri), 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) Hearing Scheduled For 1/23/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita)) Modified on 1/23/2007 (Miiller, Sherri).) (Order entered on 1/29/2007) (Boyd, Laurie)))

| | | |
|---|---|---|
| 03/07/2007 | 99 | BNC Certificate of Mailing (Related Document(s): 97 Transmission of Record on Appeal to District Court (Miiller, Sherri) (related document(s): 70 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 2/12/2007 (related document(s): 65 Order Regarding (related document(s): 31 Motion to This Court For Extension Of Time-Enlargement And Motion For Disclosure And Discovery filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 63 Order Regarding Objection to Claims (related document(s): 25 Objection to Claim of Michael L. Buesgens *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie), 69 Order Regarding (related document(s): 58 Motion To Send Appeal To United States Bankruptcy Court District Of Columbia *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie), |

67 Order Regarding (related document(s): 56 Appellant's Designation of Contents and
Issues For Inclusion In Record On Appeal Filed by Creditor Michael L. Buesgens
(Miiller, Sherri) Record Transmission due on 2/22/2007, (related document(s): 48 Notice
of Appeal Filed by Creditor Michael L. Buesgens (Filing Fee: $255.00 ) (Miiller, Sherri)
-Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding
(related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by
Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller,
Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine
Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by
Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar,
Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed
by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified
on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda),
18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day
Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor
Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri))))
(Order entered on 1/29/2007) (Boyd, Laurie), 66 Order Regarding (related document(s):
54 No Form 23 Filed;11 U.S.C. Sections 727(a)(II) and 1328 (g)(I) filed by Creditor
Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 60
Order Regarding (related document(s): 36 Motion for Protective Order filed by Charles R.
Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles)) (Order entered on
1/29/2007) (Boyd, Laurie), 61 Order Regarding (related document(s): 11 Motion For
Investigation Concerning Grounds For Objection To Discharge *(No Day Objection
Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Order entered on
1/29/2007) (Boyd, Laurie), 62 Order Regarding (related document(s): 49 Motion For Stay
Pending Appeal filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related
Document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO
Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order
entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32
Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor
Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order
entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33
Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray
Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order
entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13
Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed
by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order
entered on 12/4/2006) (Miiller, Sherri))) (Order entered on 1/29/2007) (Boyd, Laurie), 64
Order Regarding Objection to Claims (related document(s): 26 Objection to Claim of
Michael L. Buesgens (Claim #2) *(20 Day Objection Language)* Filed by Charles R.
Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on
1/29/2007) (Boyd, Laurie), 59 Order Regarding (related document(s): 23 Motion To Deny
Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller,
Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 68 Order Regarding (related
document(s): 55 Objection *To The Following(See PDF for complete list of objections)*
Filed by Creditor Michael L. Buesgens (Miiller, Sherri) (related document(s): 7 Financial
Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray
Tawney Jr.. (Nettles, Charles), 6 Financial Management Course Certificate filed by
Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 27 Hearing to
Consider and Act Upon the Following: (Related Document(s): 23 Motion To Deny
Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller,
Sherri), 11 Motion For Investigation Concerning Grounds For Objection To Discharge
*(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri))
Hearing Scheduled For 1/23/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita))

Modified on 1/23/2007 (Miiller, Sherri).) (Order entered on 1/29/2007) (Boyd, Laurie)),
85 Amended Notice of Appeal, Filed by Creditor Michael L. Buesgens (Miiller, Sherri)
(related document(s): 70 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing
Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 2/12/2007 (related
document(s): 65 Order Regarding (related document(s): 31 Motion to This Court For
Extension Of Time-Enlargement And Motion For Disclosure And Discovery filed by
Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd,
Laurie), 63 Order Regarding Objection to Claims (related document(s): 25 Objection to
Claim of Michael L. Buesgens *(20 Day Objection Language)* Filed by Charles R. Nettles
Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007)
(Boyd, Laurie), 69 Order Regarding (related document(s): 58 Motion To Send Appeal To
United States Bankruptcy Court District Of Columbia *(No Day Objection Language)* filed
by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 48 Notice of
Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri)
-Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding
(related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by
Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller,
Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine
Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by
Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar,
Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed
by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified
on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda),
18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day
Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor
Donald Ray Tawney Jr.(Miiller, Sherri) (Order entered on 12/4/2006) (Miiller, Sherri))))
(Order entered on 1/29/2007) (Boyd, Laurie), 67 Order Regarding (related document(s):
56 Appellant's Designation of Contents and Issues For Inclusion In Record On Appeal
Filed by Creditor Michael L. Buesgens (Miiller, Sherri) Record Transmission due on
2/22/2007, (related document(s): 48 Notice of Appeal Filed by Creditor Michael L.
Buesgens (Filing Fee: $255.00 ) (Miiller, Sherri) -Appellant Designation due by
1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For
Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller,
Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related
document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce
Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri))
(Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s):
33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray
Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order
entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13
Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed
by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order
entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie),
66 Order Regarding (related document(s): 54 No Form 23 Filed;11 U.S.C. Sections
727(a)(II) and 1328 (g)(I) filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order
entered on 1/29/2007) (Boyd, Laurie), 60 Order Regarding (related document(s): 36
Motion for Protective Order filed by Charles R. Nettles Jr. for Debtor Donald Ray
Tawney Jr.(Nettles, Charles)) (Order entered on 1/29/2007) (Boyd, Laurie), 61 Order
Regarding (related document(s): 11 Motion For Investigation Concerning Grounds For
Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L.
Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 62 Order
Regarding (related document(s): 49 Motion For Stay Pending Appeal filed by Creditor
Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 20 Order Regarding (related
document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor

Michael L. Buesgens (Miiller, Sherri) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael R. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri))) (Order entered on 1/29/2007) (Boyd, Laurie), 64 Order Regarding Objection to Claims (related document(s): 26 Objection to Claim of Michael L. Buesgens (Claim #2) *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie), 59 Order Regarding (related document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 68 Order Regarding (related document(s): 55 Objection *To The Following(See PDF for complete list of objections)* Filed by Creditor Michael L. Buesgens (Miiller, Sherri) (related document(s): 7 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 6 Financial Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 27 Hearing to Consider and Act Upon the Following: (Related Document(s): 23 Motion To Deny Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri), 11 Motion For Investigation Concerning Grounds For Objection To Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) Hearing Scheduled For 1/23/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita)) Modified on 1/23/2007 (Miiller, Sherri).) (Order entered on 1/29/2007) (Boyd, Laurie))))) Service Date 03/07/2007. (Admin.) (Entered: 03/08/2007)

| | | |
|---|---|---|
| 03/21/2007 | 100 | District Court Order By Judge Lee Yeakel, Civil Action Number: A-06-CA-127-LY, Dismissed With Prejudice (related document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri))) (Order entered on 3/22/2007) (Miiller, Sherri) (Entered: 03/22/2007) |
| 04/10/2007 | 101 | Motion To Reopen Bankruptcy Case *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) |
| 04/11/2007 | 102 | Response Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Nettles, Charles) (related document(s): 101 Motion To Reopen Bankruptcy Case *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) |

| | | |
|---|---|---|
| 04/11/2007 | 103 | Hearing to Consider and Act Upon the Following: (Related Document(s): 101 Motion To Reopen Bankruptcy Case *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) Hearing Scheduled For 5/15/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita) |
| 04/13/2007 | 104 | Order Regarding (related document(s): 101 Motion To Reopen Bankruptcy Case *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 4/13/2007) (Farrar, Ronda) |
| 04/13/2007 | 105 | BNC Certificate of Mailing (Related Document(s): 103 Hearing to Consider and Act Upon the Following: (Related Document(s): 101 Motion To Reopen Bankruptcy Case *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) Hearing Scheduled For 5/15/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita)) Service Date 04/13/2007. (Admin.) (Entered: 04/14/2007) |
| 04/15/2007 | 106 | BNC Certificate of Mailing (Related Document(s): 104 Order Regarding (related document(s): 101 Motion To Reopen Bankruptcy Case *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 4/13/2007) (Farrar, Ronda)) Service Date 04/15/2007. (Admin.) |
| 04/23/2007 | 107 | Notice To This Court Of Related Actions filed by Creditor Michael L. Buesgens. (Miiller, Sherri) |
| 04/23/2007 | 108 | Court Entry: Decision Re: Dismissing Complaint 07-10008 United States Bankruptcy Court For the District Of Columbia (Miiller, Sherri) |
| 04/23/2007 | 109 | Court Entry: Judgment Dismissing Adversary Proceeding 07-10008 United States Bankruptcy Court For The District Of Columbia (Miiller, Sherri) |
| 04/25/2007 | 110 | Order Striking/Denying (related document(s): 107 Notice To This Court Of Related Actions filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 4/25/2007) (Miiller, Sherri) |
| 04/27/2007 | 111 | BNC Certificate of Mailing (Related Document(s): 110 Order Striking/Denying (related document(s): 107 Notice To This Court Of Related Actions filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 4/25/2007) (Miiller, Sherri)) Service Date 04/27/2007. (Admin.) (Entered: 04/28/2007) |
| 07/18/2007 | 112 | District Court Order By Judge Lee Yeakel, Civil Action Number: 07-CA-156-LY, Dismissed With Prejudice (related document(s): 70 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 2/12/2007 (related document(s): 65 Order Regarding (related document(s): 31 Motion to This Court For Extension Of Time-Enlargement And Motion For Disclosure And Discovery filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 63 Order Regarding Objection to Claims (related document(s): 25 Objection to Claim of Michael L. Buesgens *(20 Day Objection Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie), 69 Order Regarding (related document(s): 58 Motion To Send Appeal To United States Bankruptcy Court District Of Columbia *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related Document(s): 48 Notice of Appeal Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, |

Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related
document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce
Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri))
(Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s):
33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray
Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order
entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13
Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed
by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order
entered on 12/4/2006) (Miiller, Sherri)))) (Order entered on 1/29/2007) (Boyd, Laurie),
67 Order Regarding (related document(s): 56 Appellant's Designation of Contents and
Issues For Inclusion In Record On Appeal Filed by Creditor Michael L. Buesgens
(Miiller, Sherri) Record Transmission due on 2/22/2007, (related document(s): 48 Notice
of Appeal Filed by Creditor Michael L. Buesgens (Filing Fee: $255.00 ) (Miiller, Sherri)
-Appellant Designation due by 1/29/2007 (related document(s): 20 Order Regarding
(related document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by
Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller,
Sherri), 37 Order Regarding (related document(s): 32 Complaint To Determine
Dischargeability Of Internal Revenue Serivce Supervisor Donald R. Tawney filed by
Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar,
Ronda), 38 Order Regarding (related document(s): 33 Motion to Consolidate hearing filed
by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified
on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order entered on 1/9/2007) (Farrar, Ronda),
18 Order Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day
Objection Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor
Donald Ray Tawney Jr.(Miiller, Sherri) (Order entered on 12/4/2006) (Miiller, Sherri))))
(Order entered on 1/29/2007) (Boyd, Laurie), 66 Order Regarding (related document(s):
54 No Form 23 Filed;11 U.S.C. Sections 727(a)(II) and 1328 (g)(I) filed by Creditor
Michael L. Buesgens. (Miiller, Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 60
Order Regarding (related document(s): 36 Motion for Protective Order filed by Charles R.
Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles)) (Order entered on
1/29/2007) (Boyd, Laurie), 61 Order Regarding (related document(s): 11 Motion For
Investigation Concerning Grounds For Objection To Discharge *(No Day Objection
Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order entered on
1/29/2007) (Boyd, Laurie), 62 Order Regarding (related document(s): 49 Motion For Stay
Pending Appeal filed by Creditor Michael L. Buesgens (Miiller, Sherri) (Related
Document(s): 20 Order Regarding (related document(s): 19 Motion For Removal *(NO
Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri)) (Order
entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related document(s): 32
Complaint To Determine Dischargeability Of Internal Revenue Serivce Supervisor
Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri)) (Order
entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s): 33
Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray
Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To Edit Text (Farrar, Ronda).) (Order
entered on 1/9/2007) (Farrar, Ronda), 18 Order Regarding (related document(s): 13
Motion for Relief from Stay *(15 Day Objection Language)* ( Filing Fee: $ 150.00 ) filed
by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) (Order
entered on 12/4/2006) (Miiller, Sherri))) (Order entered on 1/29/2007) (Boyd, Laurie), 64
Order Regarding Objection to Claims (related document(s): 26 Objection to Claim of
Michael L. Buesgens (Claim #2) *(20 Day Objection Language)* Filed by Charles R.
Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller, Sherri) ) (Order entered on
1/29/2007) (Boyd, Laurie), 59 Order Regarding (related document(s): 23 Motion To Deny
Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller,
Sherri)) (Order entered on 1/29/2007) (Boyd, Laurie), 68 Order Regarding (related

document(s): 55 Objection *To The Following(See PDF for complete list of objections)*
Filed by Creditor Michael L. Buesgens (Miiller, Sherri) (related document(s): 7 Financial
Management Course Certificate filed by Charles R. Nettles Jr.for Debtor Donald Ray
Tawney Jr.. (Nettles, Charles), 6 Financial Management Course Certificate filed by
Charles R. Nettles Jr.for Debtor Donald Ray Tawney Jr.. (Nettles, Charles), 27 Hearing to
Consider and Act Upon the Following: (Related Document(s): 23 Motion To Deny
Discharge *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller,
Sherri), 11 Motion For Investigation Concerning Grounds For Objection To Discharge
*(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller, Sherri))
Hearing Scheduled For 1/23/2007 at 02:00 PM at Austin Courtroom 1 (Chapman, Anita))
Modified on 1/23/2007 (Miiller, Sherri).) (Order entered on 1/29/2007) (Boyd, Laurie)))
(Order entered on 7/19/2007) (Miiller, Sherri) (Entered: 07/19/2007)

07/18/2007    113    District Court Order By Judge Lee Yeakel, Final Judgment Civil Action Number:
07-CA-127-LY, Dismissed With Prejudice (related document(s): 48 Notice of Appeal
Filed by Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant
Designation due by 1/29/2007 (related document(s): 20 Order Regarding (related
document(s): 19 Motion For Removal *(NO Day Objection Language)* filed by Creditor
Michael L. Buesgens (Miiller, Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37
Order Regarding (related document(s): 32 Complaint To Determine Dischargeability Of
Internal Revenue Serivce Supervisor Donald R. Tawney filed by Creditor Michael L.
Buesgens. (Miiller, Sherri)) (Order entered on 1/9/2007) (Farrar, Ronda), 38 Order
Regarding (related document(s): 33 Motion to Consolidate hearing filed by Charles R.
Nettles Jr. for Debtor Donald Ray Tawney Jr.(Nettles, Charles) Modified on 1/9/2007 To
Edit Text (Farrar, Ronda). ) (Order entered on 1/9/2007) (Farrar, Ronda), 18 Order
Regarding (related document(s): 13 Motion for Relief from Stay *(15 Day Objection
Language)* ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray
Tawney Jr.(Miiller, Sherri)) (Order entered on 12/4/2006) (Miiller, Sherri)) Modified on
7/19/2007 (Miiller, Sherri).) (Order entered on 7/19/2007) (Miiller, Sherri) (Entered:
07/19/2007)

07/19/2007    Bankruptcy Case Closed (Miiller, Sherri)

07/20/2007    114    District Court Order By Judge Lee Yeakel, Civil Action Number: 07-CA-156-LY, Final
Judgment, Dismissed With Prejudice (related document(s): 70 Notice of Appeal Filed by
Creditor Michael L. Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant
Designation due by 2/12/2007 (related document(s): 65 Order Regarding (related
document(s): 31 Motion to This Court For Extension Of Time-Enlargement And Motion
For Disclosure And Discovery filed by Creditor Michael L. Buesgens (Miiller, Sherri))
(Order entered on 1/29/2007) (Boyd, Laurie), 63 Order Regarding Objection to Claims
(related document(s): 25 Objection to Claim of Michael L. Buesgens *(20 Day Objection
Language)* Filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr. (Miiller,
Sherri) ) (Order entered on 1/29/2007) (Boyd, Laurie), 69 Order Regarding (related
document(s): 58 Motion To Send Appeal To United States Bankruptcy Court District Of
Columbia *(No Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller,
Sherri) (Related Document(s): 48 Notice of Appeal Filed by Creditor Michael L.
Buesgens ( Filing Fee:$ 255.00 ) (Miiller, Sherri) -Appellant Designation due by
1/29/2007 (related document(s): 20 Order Regarding (related document(s): 19 Motion For
Removal *(NO Day Objection Language)* filed by Creditor Michael L. Buesgens (Miiller,
Sherri)) (Order entered on 12/6/2006) (Miiller, Sherri), 37 Order Regarding (related
document(s): 32 Complaint To Determine Dischargeability Of Internal Revenue Serivce
Supervisor Donald R. Tawney filed by Creditor Michael L. Buesgens. (Miiller, Sherri))
(Order entered on 1/9/2007) (Farrar, Ronda), 38 Order Regarding (related document(s):
33 Motion to Consolidate hearing filed by Charles R. Nettles Jr. for Debtor Donald Ray

*PAGE 32*

EXHIBIT 6

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00127-LY

Buesgens v. Tawney
Assigned to: Honorable Lee Yeakel
Related Cases: 1:06-cv-00967-LY
              1:07-cv-00209-LY
              1:07-cv-00156-LY
Case in other court:  U.S. Bankruptcy Court,
                   TXWD - Austin,
                   06-11164-frm
Cause: 28:1334 Bankruptcy Appeal

Date Filed: 02/23/2007
Date Terminated: 03/19/2007
Jury Demand: None
Nature of Suit: 422 Bankruptcy
Appeal (801)
Jurisdiction: Federal Question

*3-PAGES*

**Appellant**
**Michael L. Buesgens**

represented by **Michael L. Buesgens**
3112 Windsor Rd., #A322
Austin, TX 78703
(512) 339-6005 ext. 7958
PRO SE

V.

**Appellee**
**Donald Ray Tawney**

*MARK EVERSON*
*HENRY PAULSON*
*1:06CV01558 RCL*
*1:06CV00967 LY-RP*
*FTCA-PERSONAL*
*INJURY TORTCLAIM*

represented by **Charles R. Nettles, Jr.**
Charles Nettles
1524 South IH 35
Suite 233
Austin, TX 78704
(512) 459-3212
Fax: 512/459-0842
Email:
charlesnettles@hotmail.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Debtor**

**Donald Ray Tawney**      represented by   **Charles R. Nettles, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Trustee**

**Randolph N. Osherow**      represented by   **Randolph N. Osherow**
Attorney at Law
342 W. Woodlawn
Suite 300
San Antonio, TX 78212
(210) 738-3001
PRO SE

*[handwritten: CHAPTER 7 TRUSTEE]*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2007 | 1 | Certificate of transmission of Bankruptcy on Appeal. Bankruptcy Court case number 06-11164-frm., filed by Michael L. Buesgens. (Attachments: # 1 Attachments # 2 Attachments # 3 Attachments). Appendix not available electronically at this time.(mh2, ) (Entered: 02/23/2007) |
| 02/23/2007 | 2 | Civil Cover Sheet filed. (mh2, ) (Entered: 02/23/2007) |
| 02/28/2007 | 3 | NOTICE to This Court and Request for Court Order by Michael L. Buesgens (td, ) (Entered: 03/01/2007) |
| 02/28/2007 | | MOTION to Transfer Case (contained in notice, see doc 3) by Michael L. Buesgens. (td, ) (Entered: 03/01/2007) |
| 03/06/2007 | 4 | MOTION to Dismiss as not timely brought by Donald Ray Tawney. (ja, ) (Entered: 03/07/2007) |
| 03/06/2007 | 5 | Response in Opposition to Motion re MOTION to Transfer Case , filed by Donald Ray Tawney. (ja, ) |

| | | |
|---|---|---|
| | | (Entered: 03/07/2007) |
| 03/06/2007 | 6 | MOTION for Court's Ruling... by Michael L. Buesgens. (Attachments: # 1)(td, ) (Entered: 03/08/2007) |
| 03/19/2007 | 7 | ORDER- Appeal dismissed with prejudice . Signed by Judge Lee Yeakel. (ja, ) (Entered: 03/20/2007) |
| 03/20/2007 | 8 | MOTION for Verification and Judicial Notice of Bankruptcy Attorney by Michael L. Buesgens. (Attachments: # 1 Exhibit # 2)(ja, ) (Entered: 03/20/2007) |
| 03/23/2007 | 9 | Miscellaneous Objection to 7 Order by Michael L. Buesgens. (Attachments: # 1 Exhibit)(ja, ) (Entered: 03/23/2007) |
| 07/16/2007 | 10 | JUDGMENT. Signed by Judge Lee Yeakel. (td, ) (Entered: 07/17/2007) |

# PACER Service Center

## Transaction Receipt

### 07/24/2007 11:41:24

| | | | |
|---|---|---|---|
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-00127-LY |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

EXHIBIT 7

CLOSED ✓

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00156-LY

*SECOND APPEAL OF BANKRUPTCY NO. 06-11164*

Buesgens v. Tawney
Assigned to: Honorable Lee Yeakel ✓
Related Cases: 1:07-cv-00127-LY
                1:06-cv-00967-LY
                1:07-cv-00209-LY
Case in other court: 5th USCA, 07-50686
                U.S. Bankruptcy Court,
                Western Dist. of TX,
                Austin, 06-11164-frm
Cause: 28:1334 Bankruptcy Appeal

Date Filed: 03/05/2007 ✓
Date Terminated: 07/16/2007
Jury Demand: None
Nature of Suit: 422 Bankruptcy
Appeal (801)
Jurisdiction: Federal Question

*5-PAGES*

**Appellant**

**Michael L. Buesgens**                    represented by    **Michael L. Buesgens**
3112 Windsor Rd., #A322
Austin, TX 78703
(512) 339-6005 ext. 7958
PRO SE

V.

**Appellee**

*R. BARRY ROBINSON*

**Donald Ray Tawney**                      represented by    **Charles R. Nettles, Jr.**

*IRS SUPERVISOR*
*MARK EVERSON*
*JOHN W. SNOW*
*HENRY PAULSON*

Charles Nettles
1524 South IH 35
Suite 233
Austin, TX 78704
(512) 459-3212
Fax: 512/459-0842
Email:

charlesnettles@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Debtor**

**Donald Ray Tawney**       represented by   **Charles R. Nettles, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Trustee**

**Randolph N. Osherow**     represented by   **Randolph N. Osherow**
Attorney at Law
342 W. Woodlawn
Suite 300
San Antonio, TX 78212
(210) 738-3001
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2007 | 1 | Certificate of transmission of Bankruptcy on Appeal. Bankruptcy Court case number 06-11164-frm., filed by Michael L. Buesgens. (Attachments: # 1 Appendix part 1 of 3# 2 Appendix part 2 of 3# 3 Appendix part 3 of 3)(tdk, ) (Entered: 03/08/2007) |
| 03/05/2007 | 2 | Certificate of transmission of Bankruptcy on Appeal with supplement to notice of appeal filed by Michael L. Buesgens. (Attachments: # 1 Appendix part 1 of 3# 2 Appendix part 2 of 3# 3 Appendix part 3 of 3)(tdk, ) (Entered: 03/08/2007) |
| 03/20/2007 | 3 | MOTION For Verification and Judicial Notice by Michael L. Buesgens. (Attachments: # 1 motion# 2 Exhibit # 3 Exhibit)(dm, ) (Entered: 03/20/2007) |

| 03/28/2007 | 4 | MOTION to Dismiss *Appeal for Failure to Pay Filing Fees* by Donald Ray Tawney. (Attachments: # 1 Proposed Order Order Dismissing Appeal for Failure to Pay Filing Fees)(Nettles, Charles)(Entered: 03/28/2007) |
| 04/24/2007 | 5 | ORDER Appellant Brief due by 5/9/2007. Appellant Reply Brief due by 6/18/2007. Appellee Response due by 6/4/2007. Oral Arguments set for 8/30/2007 02:00 PM before Honorable Lee Yeakel.. Signed by Judge Lee Yeakel. (dm, ) (Entered: 04/24/2007) |
| 04/26/2007 | 6 | ORDER granting in part and denying in part 3 Motion for Verification and Judicial Notice Signed by Judge Lee Yeakel. (dm, ) (Entered: 04/26/2007) |
| 05/02/2007 | 7 | MOTION for Recusal by Michael L. Buesgens. (Attachments: # 1 Exhibit)(dm, ) (Entered: 05/03/2007) |
| 05/04/2007 | 8 | ORDER REASSIGNING CASE. Case reassigned to Judge Walter S. Smith for all proceedings. Judge Lee Yeakel no longer assigned to case. Signed by Judge Lee Yeakel. (dm, ) (Entered: 05/07/2007) |
| 05/04/2007 | 9 | Letter/Correspondence regarding order transferring motion for resolution. (dm, ) (Entered: 05/07/2007) |
| 05/07/2007 | 10 | BRIEF and Response by Michael L. Buesgens. (Attachments: # 1 # 2)(dm, ) (Entered: 05/08/2007) |
| 05/15/2007 | 11 | ORDER denying 7 Motion for Recusal. Signed by Judge Walter S. Smith. (dm, ) (Entered: 05/16/2007) |
| 05/15/2007 | | Case Reassigned to Judge Lee Yeakel. Judge Walter S. Smith no longer assigned to the case. (dm, ) (Entered: 05/16/2007) |
| 05/22/2007 | 12 | MOTION to Dismiss *Appeal for Appellant's Failure to Comply with Bankruptcy Rule 8010* by Donald Ray Tawney. (Nettles, Charles) (Entered: 05/22/2007) |
| 05/22/2007 | 13 | ATTACHMENT *Order* to 12 MOTION to Dismiss *Appeal for Appellant's Failure to Comply with Bankruptcy Rule 8010* by Donald Ray Tawney. (Nettles, |

| | | Charles) (Entered: 05/22/2007) |
|---|---|---|
| 05/22/2007 | 14 | ATTACHMENT *Appellee's Motion to Waive Limit on Lenght of Appellee's Brief* by Donald Ray Tawney. (Attachments: # 1 Proposed Order Appellee's Order to Waive Limit on Length of Brief)(Nettles, Charles) (Entered: 05/22/2007) |
| 05/22/2007 | 15 | DEFICIENCY NOTICE: re 12 MOTION to Dismiss *Appeal for Appellant's Failure to Comply with Bankruptcy Rule 8010* (dm, ) (Entered: 05/22/2007) |
| 05/22/2007 | 16 | DEFICIENCY NOTICE: re 14 Attachment (dm, ) (Entered: 05/22/2007) |
| 05/22/2007 | 17 | CORRECTED MOTION to Dismiss *Appeal for Appellant's Failure to Comply with Bankruptcy Rule 8010* by Donald Ray Tawney. (Nettles, Charles) (Entered: 05/22/2007) |
| 05/22/2007 | 18 | ATTACHMENT *Corrected Appellee's Motion to Waive Limit on Lenght of Appellee's Brief* by Donald Ray Tawney. (Nettles, Charles) (Entered: 05/22/2007) |
| 05/22/2007 | | MOTION to Waive Limit on Length of Appellee's Brief by Donald Ray Tawney. (DOCUMENT ORIGINALLY FILED AS "ATTACHMENT", MODIFIED TO SHOW IT AS A MOTION. TO VIEW THIS PLEADING SEE DOC. #18). (dm, ) (Entered: 05/23/2007) |
| 05/22/2007 | 19 | INTERLOCUTORY NOTICE OF APPEAL by Michael L. Buesgens. Filing fee $ 455, receipt number 406341. (Attachments: # 1 Exhibits (part 1 of 2)# 2 Exhibits (part 2 of 2))(jk, ) Modified on 5/30/2007 to annotate interlocutory appeal(jk, ). (Entered: 05/24/2007) |
| 05/25/2007 | 20 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 19 Notice of Appeal (jk, ) Additional attachment(s) added on 5/25/2007 - corrected transmittal letter (jk, ). (Entered: 05/25/2007) |
| 05/29/2007 | 21 | MOTION for Recusal by Michael L. Buesgens. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(dm, ) |

*FINAL ORDER* (handwritten)

| | | (Entered: 05/30/2007) |
|---|---|---|
| 05/31/2007 | 22 | MOTION for Sanctions by Michael L. Buesgens. (Attachments: # 1 Exhibit # 2 Exhibit)(dm, ) (Entered: 06/01/2007) |
| 06/01/2007 | 23 | Appellee's BRIEF by Donald Ray Tawney. (Nettles, Charles) (Entered: 06/01/2007) |
| 06/01/2007 | 24 | DEFICIENCY NOTICE: re 23 Appellee's Brief (dm, ) (Entered: 06/01/2007) |
| 06/01/2007 | 25 | Appellant's BRIEF by Donald Ray Tawney. (Nettles, Charles) (Entered: 06/01/2007) |
| 06/01/2007 | 26 | NOTICE - Attachments to Brief filed by Donald Ray Tawney re 25 Appellant's Brief (Attachment not available electronically). (dm, ) (Entered: 06/01/2007) |
| 06/05/2007 | 27 | USCA Appeal Info Sheet received. USCA Case Number 07-50686 for 19 Notice of Appeal filed by Michael L. Buesgens. (jk, ) (Entered: 06/07/2007) |
| 06/15/2007 | 28 | RESPONSE to Motion, filed by Donald Ray Tawney, re 22 MOTION for Sanctions filed by Appellant Michael L. Buesgens (Nettles, Charles) (Entered: 06/15/2007) |
| 07/09/2007 | 29 | NOTICE of Filing Copy of Complaint filed in U.S. Court of Appeals (dm, ) (Entered: 07/09/2007) |
| 07/10/2007 | 30 | ORDER dismissing 21 Motion for Recusal. Signed by Judge Lee Yeakel. (dm, ) (Entered: 07/11/2007) |
| 07/16/2007 | 31 | ORDER dismissing 4 Motion to Dismiss ; granting 17 Motion to Dismiss ; denying 22 Motion for Sanctions. It is Finally Ordered that this action is **Dismissed With Prejudice.** Signed by Judge Lee Yeakel. (dm, ) (Entered: 07/17/2007) |
| 07/18/2007 | 32 | FINAL JUDGMENT. Signed by Judge Lee Yeakel. (dm, ) (Entered: 07/19/2007) |

EXHiBiT 8

Case 1:07-cv-00156-LY    Document 27    Filed 06/05/2007    Page **FILED**

**JUN 0 5 2007**



**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
WESTERN DISTRICT OF TEXAS

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
200 West ~~NUEVA~~ FLOOR CLERK
Austin, Texas 78701
512-916-5896

William G. Putnicki

May 25, 2007

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

# 07-50686

RE:    USCA#:    /    USDC#: A:07CV156-LY
       MICHAEL L. BUESGENS  vs.  DONALD RAY TAWNEY, JR., ET. AL.

Dear Sir:

In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | Certified copies of the *interlocutory* notice of appeal (dkt. #19), docket entries, and order appealed from (dkt. #11). |
| ___ | Certified copies of the notice of cross-appeal  and docket entries. |
| ___ | Record on appeal consisting of: |
| ___ | Supplemental record on appeal consisting of: |
| ___ | Copy of CJA-20 appointing counsel or order appointing Federal Public Defender. |
| ___ | Other: |

In regard to the notice of appeal, the following additional information is furnished:

*U.S. COURT OF APPEALS*
*RECEIVED*
*MAY 2 9 2007*
*NEW ORLEANS, LA*

| | |
|---|---|
| ___ | The case IS proceeding IN FORMA PAUPERIS. |
| X | * The filing fee _X_ HAS __ HAS NOT been paid. |
| ___ | * Motion for IFP  pending. |
| X | The *CHIEF DISTRICT* Judge entering the order/judgment being appealed is: WALTER S. SMITH, JR. |
| X | This case was decided without a hearing, and therefore there will be no transcript. |
| ___ | The Court Reporter assigned to this case is: |

Sincerely,

/s/

Jaye Kissler
Enc.
cc: Counsel of record w/o enclosure.

| Home | PACER | Deadlines | Statuses |

Help

# General Docket
## US Court of Appeals for the Fifth Circuit

Court of Appeals Docket #: 07-50686                    Filed: 5/31/07
Nsuit:    0
Buesgens v. Tawney
Appeal from: Western District of Texas, Austin

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0542-1 : 1:07-CV-156
    Ordering Judge: Lee Yeakel, US District Judge
    Date Filed: 3/5/07
    Date order/judgment: **/**/**                    *2-PAGES*
    Date NOA filed: 5/22/07
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: Paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
    None
Current cases:
    None

Docket as of June 29, 2007 9:31 pm                    Page 1


07-50686 Buesgens v. Tawney

In The Matter Of: DONALD RAY
TAWNEY
    Debtor

- - - - - - - - - - - - - - - - -

MICHAEL L BUESGENS              Michael L Buesgens
    Appellant                   512-339-6005
                                Apartment A322
                                [NTC pse]
                                3112 Windsor Road
                                Austin, TX 78703

    v.                                              *PATS.GENIS*

DONALD RAY TAWNEY               Charles R Nettles    *R·BARRY ROBINSON*
    Appellee                    FAX 512-459-0842
                                512-459-3212
                                Suite 233
                                [NTC ret]
                                1524 S IH 35
                                Austin, TX 78704

Docket as of June 29, 2007 9:31 pm                    Page 2

07-50686 Buesgens v. Tawney

In The Matter Of: DONALD RAY TAWNEY

               Debtor

-------------------------

MICHAEL L BUESGENS

           Appellant

    v.

DONALD RAY TAWNEY

           Appellee

Docket as of June 29, 2007 9:31 pm              Page 3

07-50686 Buesgens v. Tawney

5/31/07            Bankruptcy case docketed. NOA filed by Appellant Michael L
                  Buesgens. [07-50686] (rfp)

Docket as of June 29, 2007 9:31 pm              Page 4

?

### PACER Service Center
#### Transaction Receipt
07/24/2007 12:32:09

| | | | |
|---|---|---|---|
| **PACER Login:** | | **Client Code:** | |
| **Description:** | dkt report | **Case Number:** | 07-50686 |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |

**Note: The 'as of' date shown is the date of the last public or private docket entry. The docket does, however, show all entries as of <u>today's</u> date.**

EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

2007 JUL 10 PM 2: 55

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

| | |
|---|---|
| MICHAEL L. BUESGENS, §<br>APPELLANT, §<br>§<br>§ | CAUSE NO. A-07-CA-156-LY |
| §<br>§ | |
| DONALD RAY TAWNEY, §<br>APPELLEE. §<br>§ | |

## <u>ORDER</u>

Before the Court is Appellant Buesgens's motion to recuse the undersigned filed May 29, 2007 (Clerk's Document 21). On May 2, 2007, Buesgens filed his first motion for recusal of the undersigned in this action, at which time this Court transferred the action to Chief Judge Walter S. Smith, Jr. for resolution of the motion for recusal. By Order rendered May 15, 2007, Chief Judge Smith denied Buesgen's May 2, 2007, motion for recusal, finding no allegation against the undersigned that is not directly related to normal judicial determinations or that is in any way improper. Having reviewed the case file, the Court notes that this Court has taken no action in this cause since Chief Judge Smith's denial of Buesgens's May 2, 2007, motion for recusal of the undersigned. Accordingly, the Court concludes that Buesgens's May 29, 2007, motion for recusal is frivolous, and should be dismissed.

**IT IS THEREFORE ORDERED** that Buesgens's motion for recusal (Clerk's Document 21) is **DISMISSED.**

SIGNED this 10th day of July, 2007.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE WESTERN DISTRICT OF TEXAS 2007 JUL 16 PM 3: 46
AUSTIN DIVISION

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

MICHAEL L. BUESGENS,
    APPELLANT,

§
§
§
§
§
§

CAUSE NO. A-07-CA-156-LY

DONALD RAY TAWNEY,
    APPELLEE.

§
§
§

### <u>ORDER</u>

Before the Court is Appellee's Motion to Dismiss Appeal for Failure to Pay Filing Fees filed

March 28, 2007 (Clerk's Document 4) and Motion of Appellee Donald Ray Tawney Jr. to Dismiss

Appeal for Appellant's Failure to Comply with Bankruptcy Rule 8010 filed May 22, 2007 (Clerk's

Document 17).[1] Appellant Buesgens's response was due on March 12, 2007. See W.D. Tex. Local

R. CV-7(d) (requiring party opposed to motion to respond within eleven days of service of motion

and allowing district court to grant motion as unopposed if no timely response is filed). To date,

however, Buesgens has not filed a response. Thus, pursuant to Local Rule CV-7(d), Tawney's

motion may be granted as unopposed if review of the case file reveals that Tawney is entitled to

dismissal of this appeal for failure to comply with Bankruptcy Rule 8010. See *Wang v. Ashcroft*,

206 F.3d 448, 452 (5th Cir. 2001). This Court may not, however, invoke the local rule to

---

[1] Plaintiff Buesgens filed a notice of interlocutory appeal on May 22, 2007, purportedly appealing Chief District Judge Walter Smith's May 15, 2007, denial of Buesgens's motion to recuse the undersigned. A denial of a motion to recuse is not an appealable interlocutory order. *Nobby Lobby, Inc. v. Dallas*, 970 F.2d 82, 86 n. 3 (5th Cir. 1992). Because no appealable order has been rendered in this cause, Buesgens's notice of appeal is "manifestly ineffective." *See United States v. Hitchmon*, 602 F.2d 689 (5th Cir. 1979). Accordingly, Buesgens's filing of his notice of appeal does not divest this Court of jurisdiction to consider the issues before it in this Order. *See Rutherford v. Harris County*, 197 F.3d 173, 190 n. 17 (5th Cir. 1999); *Hitchmon*, 602 F.2d 689.

automatically grant a motion that is dispositive of the litigation. *John v. Louisiana Bd. of Trs. for State Colls. & Univs.*, 757 F.2d 698, 707-10 (5th Cir. 1985).

The appellant in a bankruptcy appeal is required to conform his brief to the Federal Rules of Bankruptcy Procedure. *See* Fed. R. Bankr. P. 8001–8010; *see also in re Salter*, 251 B.R. 689 (S.D. Miss. 2000), *aff'd*, 234 F.3d 28 (5th Cir. 2000). The district court may dismiss an appeal if the appellant fails to take any step required under the rules for proper prosecution of an appeal. Fed. R. Bankr. P. 8001(a); *see also In re Salter*, 251 B.R. at 691, *aff'd*, 234 F.3d 28 (5th Cir. 2000).

The Court liberally construes Buesgens's filings because he is acting *pro se*. It is apparent that Buesgens's filing in this case, entitled "Appellant Buesgens Brief and Response," fails to comply with Rule 8010(a)(1). Buesgens's filing does not contain a table of authorities that lists the pages containing references to each authority, as required by Rule 8010(a)(1)(A), nor does it contain a statement of the basis of this Court's appellate jurisdiction as required by Rule 8010(a)(1)(B) or the appropriate standard of appellate review as required by Rule 8010(a)(1)(C). More significantly, the brief fails to set forth a "statement of the case," indicating "briefly the nature of the case, the course of the proceedings, and the disposition of the court below," followed by "a statement of the facts relevant to the issues presented for review, with appropriate references to the record." Fed. R. Bankr. P. 8010(a)(1)(D).

Even having liberally construed Buesgens's filing, the Court finds that neither Appellant Buesgens Brief and Response, nor any other filing submitted by Buesgens in this action, suffices as a brief under the Federal Rules of Bankruptcy Procedure. The filing contains a disorganized and incoherent string of statements that fails to identify the particular bankruptcy-court ruling appealed by Buesgens, and certainly does not make specific references to the record. Buesgens neither sets

2

forth the authority he relies upon for reversal of the Bankruptcy Court's orders, nor does he describe any decipherable grounds for relief from such orders. His filing instead contains numerous references to actions he has previously filed in this Court, along with intermittent attacks against Bankruptcy Judge Frank Monroe, the judge presiding over the bankruptcy action, and Charles Nettles, counsel for Appellee. Buesgens received notice that his filings were deficient upon receipt of Tawney's filing of his motion to dismiss, and failed to correct the deficiencies described in that motion or to otherwise respond to the motion. Accordingly, the Court concludes that Buesgens has failed to prosecute his appeal in a manner that complies with the Federal Rules of Bankruptcy, and will dismiss Buesgens's appeal.

In addition, the Court finds that United States District Judge Sam Sparks's Opinion and Order in a related action, *Buesgens v. Travis County, Texas, et al.*, No. A-07-CA-427-SS, filed June 21, 2007 (Clerk's Document 4), clearly and accurately sets forth Plaintiff Michael L. Buesgens's actions before this Court. As noted by Judge Sparks in his Opinion and Order, despite repeated judgments denying him relief, Buesgens continues to file and pursue frivolous lawsuits raising issues related to his housing and his employment that have already been litigated in numerous prior actions. In each successive case, Buesgens attempts to add "new" claims seeking relief against persons and entities he believes were responsible for his failure to achieve relief in his prior cases. The instant action has proven to be a part of the same pattern of conduct by Buesgens. Therefore, this Court adopts the findings and conclusions of Judge Sparks contained in his Opinion and Order.

**IT IS THEREFORE ORDERED** that Motion of Appellee Donald Ray Tawney Jr. to Dismiss Appeal for Appellant's Failure to Comply with Bankruptcy Rule 8010 (Clerk's Document 17) is **GRANTED** for the reasons set forth herein.

3

**IT IS FURTHER ORDERED** that Appellee's Motion to Dismiss Appeal for Failure to Pay Filing Fees (Clerk's Document 4) is **DISMISSED.**

**IT IS FURTHER ORDERED** that Buesgens's Motion for Sanctions filed May 31, 2007 (Clerk's Document 22) is **DENIED.**

**IT IS FINALLY ORDERED** that this action is **DISMISSED WITH PREJUDICE.**

Plaintiff Michael L. Buesgens is further reminded that pursuant to United States District Judge Sam Sparks's Opinion and Order in *Buesgens v. Travis County, Texas, et al.*, No. A-07-CA-427-SS, filed June 21, 2007 (Clerk's Document 4), he remains barred from filing any future civil actions in any federal court in the United States without first seeking leave of the Court in which he wishes to file the action.

SIGNED this 16th day of July, 2007.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

4

IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE WESTERN DISTRICT OF TEXAS 2007 JUL 18 AM 11: 41
AUSTIN DIVISION

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

| | | |
|---|---|---|
| MICHAEL BUESGENS, | § | |
| APPELLEE, | § | |
| | § | |
| V. | § | CAUSE NO. A-07-CA-156-LY |
| | § | |
| DONALD RAY TAWNEY | § | |
| | § | |
| APPELLANT. | § | |

## FINAL JUDGMENT

Before the Court is the above-numbered cause. On this date, the Court considered Appellee's motions to dismiss. This Court signed an Order dismissing the action with prejudice as to Appellee. Accordingly, the Court enters the following final judgment pursuant to Federal Rule of Civil Procedure 58:

IT IS ORDERED that this action is **DISMISSED WITH PREJUDICE.**

FURTHER IT IS ORDERED that all relief not expressly granted is hereby **DENIED**.

FURTHER IT IS ORDERED that oral argument in this cause scheduled for August 30, 2007, is **CANCELED**.

FINALLY IT IS ORDERED that this action is hereby **CLOSED**.

SIGNED this _18th_ day of July, 2007.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

EXHIBIT 10

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00209-LY

*06-0124 8 FRM*

Buesgens v. Tawney
Assigned to: Honorable Lee Yeakel
Related Cases: 1:07-cv-00127-LY
               1:07-cv-00156-LY
               1:06-cv-00967-LY
Case in other court: U.S. Bankrutcy Court,
               WDTX, Austin, 06-01248
               frm
               U.S. Bankrutpcy Court,
               WDTX, Austin, 06-11164
               frm
Cause: 28:1334 Bankruptcy Appeal

Date Filed: 03/19/2007
Date Terminated: 05/01/2007
Jury Demand: None
Nature of Suit: 422 Bankruptcy
Appeal (801)
Jurisdiction: Federal Question

*2-PAGES*

## Appellant

**Michael L. Buesgens**
              represented by **Michael L. Buesgens**
                          3112 Windsor Rd., #A322
                          Austin, TX 78703
                          (512) 339-6005 ext. 7958
                          PRO SE

*PAT S. GENIS - AUSA*
*R. BARRY ROBINSON - AUSA*

V.

## Appellee

**Donald Ray Tawney**
              represented by **Charles R. Nettles, Jr.**
*MARK EVERSON*                        Charles Nettles
*HENRY PAULSON*                   1524 South IH 35
*TORT CLAIM*                    Suite 233
*PERSONAL INJURY*             Austin, TX 78704
                          (512) 459-3212

Fax: 512/459-0842
Email:
charlesnettles@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Debtor**

**Donald Ray Tawney**      represented by **Charles R. Nettles, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*RANDOLPH OSHEROW* [handwritten]
*CHAPTER 7 TRUSTEE* [handwritten]

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2007 | 1 | Certificate of transmission of Bankruptcy on Appeal. Bankruptcy Court case number 06-01248 frm., filed by Michael L. Buesgens. (Attachments: # 1 Exhibit part 1 of 3# 2 Exhibit part 2 of 3# 3 Exhibit part 3 of 3)(tdk, ) (Entered: 03/21/2007) |
| 03/23/2007 | 2 | MOTION to Dismiss *Appeal as Improperly Taken* by Donald Ray Tawney. (Nettles, Charles) (Entered: 03/23/2007) *CHARLIE NETTLES* [handwritten] |
| 03/23/2007 | 3 | DEFICIENCY NOTICE: re 2 MOTION to Dismiss *Appeal as Improperly Taken* (dm, ) (Entered: 03/23/2007) |
| 03/23/2007 | 4 | ATTACHMENT *Order Dismissing Appeal* to 2 MOTION to Dismiss *Appeal as Improperly Taken* by Donald Ray Tawney. (Nettles, Charles) (Entered: 03/23/2007) |
| 05/01/2007 | 5 | ORDER granting 2 Motion to Dismiss, Bankruptcy appeal is dismissed... Signed by Judge Lee Yeakel. (ja, ) (Entered: 05/02/2007) |
| 05/01/2007 | 6 | FINAL JUDGMENT . Signed by Judge Lee Yeakel. (ja, ) (Entered: 05/02/2007) |

EXHIBIT 11



# United States District Court
## Western District of Texas
## Austin
## **Deficiency Notice**

| | |
|---|---|
| To: | Robinson, R. Barry ✔ AUSA |
| From: | Court Operations Department, Western District of Texas |
| Date: | Thursday, July 19, 2007 |
| Re: | 01:06-CV-00967-LY / Doc # 81 / Filed On: 07/18/2007 04:39 PM CST |

Pursuant to the <u>Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document IMMEDIATELY. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.

(1) No certificate of service was included in pleading. Please file ONLY the certificate of service in the form of a pleading using the "Certificate of Service" event located under the 'Service of Process' menu.

*1: 06 CV 00967 LY-RP*

*THE ONLY DEFICIENCY ORDER*
*EVER ISSUED TO ROBINSON*
*IN BUESGENS CASES*

EXHIBIT 12

Nothing attached
(TD)

EXHIBIT 13

Nothing
attached
(TD)

EXHIBIT 14

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

2007 JUL 11  AM 8: 25

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY

MICHAEL BUESGENS,
        PLAINTIFF,

V.

UNITED STATES OF AMERICA;
MICHAEL SALYARDS, GENERAL
LEGAL SERVICES ATTORNEY,
INTERNAL REVENUE SERVICE;
MARCIA H. COATES, DIRECTOR EEO;
CHARLES G. HERNDON, FORMER
INTERNAL REVENUE SERVICE
EMPLOYEE; MELINDA ESTRADA,
SUPERVISOR, EEO; COLLEEN M.
KELLEY, PRESIDENT, NATIONAL
TREASURY EMPLOYEE UNION;
FEDERAL LABOR RELATIONS
AUTHORITY; CARI M. DOMINGUEZ,
CHAIR, EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION; KAY
COLES JAMES, DIRECTOR, OFFICE OF
PERSONAL MANAGEMENT; DONALD
R. TAWNEY, SUPERVISOR, INTERNAL
REVENUE SERVICE; MARGARET
WAITES, EEO, REASONABLE
ACCOMMODATION COORDINATOR;
JOHN W. SNOW, SECRETARY,
DEPARTMENT OF THE TREASURY;
THOMAS THEIS, IRS, LABOR
RELATIONS; OSCAR LEAL, IRS, LABOR
RELATIONS DEPARTMENT OF
TREASURY; UNITED STATES OFFICE
OF SPECIAL COUNSEL, O.S.C.,
OFFICIAL CAPACITY; ANNA
MEDLOCK, SUPERVISOR, INTERNAL
REVENUE SERVICE; F. RUSSELL
GEORGE, INSPECTOR, GENERAL TAX
ADMINISTRATION; NANCY SESSION,
SUPERVISOR, INTERNAL REVENUE
SERVICE; CHARLES WASHINGTON, JR.,
DIRECTOR, AUSTIN COMPLIANCE

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

CAUSE NO. A-06-CA-967-LY ✓

*FTCA
PERSONAL
INJURY*

*R. BARRY ROBINSON
KAREN MELVIN
PAT S. GENIS
AUSA*

*DOCUMENT 78
FILED: 7/11/2007*

*5 - PAGES*

CENTER, IRS; ANGELIA GOODEY-            §
DOYLE, COUNSELOR IN HOUSE, EEO,        §
DEPARTMENT OF THE TREASURY;             §
COMMISSIONER OF INTERNAL                §
REVENUE SERVICE, MARY E.                §
CARROLL, SUPERVISOR, INTERNAL          §
REVENUE SERVICE; MARTHA                 §
SCHANHALS, SUPERVISOR, INTERNAL §
REVENUE SERVICE; JAMES PARKER,         §
REGIONAL DIRECTOR, DEPARTMENT          §
OF THE TREASURY; VICTOR REYES,          §
SUPERVISOR "IN HOUSE" EEO;              §
CHERYL VUILLERMIER, COUNSEL             §
"IN HOUSE" EEO; DENNIS COLLINS,         §
INSPECTOR, TREASURY INSPECTOR          §
GENERAL FOR TAX ADMINISTRATION;§
ROBERT E. POWELL, EEOC                  §
ADMINISTRATIVE JUDGE;                   §
KATYE DUDERSTADT, EEOC                  §
SUPERVISORY JUDGE; MARY-ELLAN          §
KRCHA, TORT CLAIMS SUPERVISOR;         §
FALCON APARTMENTS OF AUSTIN,           §
INC.; FEDERAL PARTNERS ARNOLD          §
TAUCH, JACK C. MOSS, KYLE D.            §
TAUCH; AMANDA WILSON-TORRES,           §
FALCON RIDGE APARTMENTS;                §
DORIENNE BONILLA, SUPERVISOR           §
I.R.S. AND TENANT FALCON RIDGE         §
APARTMENTS; MANDY ROGERS,               §
MANAGER, GREYSTAR                       §
MANAGEMENT SERVICES AND                 §
FALCON RIDGE APARTMENTS; DEBI          §
WEHMEIER, REGIONAL VICE                 §
PRESIDENT GREYSTAR                      §
MANAGEMENT SERVICES, LP;                §
CHARLES E. BROWN, ATTORNEY,            §
FALCON RIDGE APARTMENTS OF              §
AUSTIN I, INC.; GREP GENERAL            §
PARTNER LLC, ROBERT A. FAITH,          §
GENERAL PARTNER; GREYSTAR               §
MANAGEMENT SERVICES LP;                 §
RICHARD R. AUBY, SUPERVISOR,           §
INTERNAL REVENUE SERVICE,               §

2

THOMAS LEGER, SUPERVISOR,                §
INTERNAL REVENUE SERVICE;                §
DANIEL PALACIOS, SUPERVISOR,             §
INTERNAL REVENUE SERVICE;                §
ARMBRUST R. BROWN, LLP; BEN              §
FLOREY, JR., ATTORNEY; DEREK             §
HOWARD, ATTORNEY; CRADY,                 §
JEWETT, MCCULLEY LLP;                    §
DEPARTMENT OF HEALTH AND                 §
HUMAN SERVICES, FEDERAL                  §
OCCUPATIONAL HEALTH; ALPHONSO            §
JACKSON, DEPARTMENT OF HOUSING           §
AND URBAN DEVELOPMENT,                   §
SECRETARY; GREG ABBOTT, TEXAS            §
ATTORNEY GENERAL; UNITED                 §
STATES POSTAL SERVICE, POSTAL            §
INSPECTION SERVICE; ROGER                §
WILLIAMS, TEXAS SECRETARY OF             §
STATE; CAROLE KEETON                     §
STRAYHORN, TEXAS COMPTROLLER;            §
WILLIAM S. WARREN, WARREN LAW            §
FIRM; AUSTIN APARTMENT                   §
ASSOCIATION; DOUG AND LINDA              §
JERDET, NATIONAL TENANT                  §
NETWORK, NTND, INC.; STATE FARM          §
INSURANCE, JAY VATH, CLAIMS              §
INVESTIGATOR AND KEN CRONE,              §
AGENT;                                   §
                    DEFENDANTS.          §

## ORDER

Before the Court are Defendant's Supplemental Motion to Dismiss or, in the alternative, for

Summary Judgment filed June 29, 2007 (Doc. #74) and Plaintiff's Response filed July 5, 2007 (Doc.

#76). Having considered the motion and response, the Court is of the opinion that the motion should

be granted based upon the reasoning to follow.

In its motion, Defendant United States of America argues that the United States should be substituted for all the federal Defendants and that all non-federal Defendants should be dismissed for lack of subject matter jurisdiction as Plaintiff Michael L. Buesgens's claims, as asserted in his Complaint, have been brought under the Federal Tort Claims Act ("FTCA") . "All suits brought under the FTCA must be brought against the United States." *Atorie Air, Inc. V. Federal Aviation Admin.*, 942 F.2d 954, 957 (5th Cir. 1991) (citing *Vernell v. United States Postal Service*, 819 F.2d 108, 109 (5th Cir. 1987)). The United States further argues that Buesgens conclusory allegations fail to state a claim for which relief can be granted. This Court agrees. Buesgens's rambling and often incoherent response appears to request for an additional sixty days to respond to the United States' motion. The Court **DENIES** Buesgens' request for additional time. Reviewing the pleadings in this cause, along with the applicable case law cited by the United States in its motion, the Court finds that the motion should be granted, dismissing all claims against all Defendants in this cause.

In addition, the Court finds that United States District Judge Sam Sparks's Opinion and Order in a related action, *Buesgens v. Travis County, Texas, et al.*, No. A-07-CA-427-SS, filed June 21, 2007 (Doc. #4), clearly and accurately sets forth Plaintiff Michael L. Buesgens's actions before this Court. As noted by Judge Sparks in his Opinion and Order, despite repeated judgments denying him relief, Buesgens continues to file and pursue frivolous lawsuits raising issues related to his housing and his employment that have already been litigated in numerous prior actions. In each successive case, Buesgens attempts to add "new" claims seeking relief against persons and entities he believes were responsible for his failure to achieve relief in his prior cases. The instant action has proven to be a part of the same pattern of conduct by Buesgens. Therefore, this Court therefore adopts the findings and conclusions of Judge Sparks contained in his Opinion and Order.

4

**IT IS THEREFORE ORDERED** that Defendant's Supplemental Motion to Dismiss or, in the alternative, for Summary Judgment filed June 29, 2007 (Doc. #74) is **GRANTED**. All claims and causes of action brought by Plaintiff Michael L. Buesgens against all Defendants in this cause are **DISMISSED WITH PREJUDICE**.

Plaintiff Michael L. Buesgens is further reminded that pursuant to United States District Judge Sam Sparks's Opinion and Order in *Buesgens v. Travis County, Texas, et al.*, No. A-07-CA-427-SS, filed June 21, 2007 (Doc. #4), he remains barred from filing any future civil actions in any federal court in the United States without first seeking leave of the Court in which he wishes to file the action.

A Final Judgment in this cause shall be filed separately.

SIGNED this 12th day of July, 2007.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

1:06CV00967LY-RP
FTCA - PERSONAL INJURY
TORT CLAIM
1:06CV01558 RCL
AND
BANKRUPTCY

EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

2007 JUL 11  AM 8: 26

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

| | |
|---|---|
| MICHAEL BUESGENS, | § |
| PLAINTIFF, | § |
| | § |
| V. | § |
| | § |
| UNITED STATES OF AMERICA; | § |
| MICHAEL SALYARDS, GENERAL | § |
| LEGAL SERVICES ATTORNEY, | § |
| INTERNAL REVENUE SERVICE; | § |
| MARCIA H. COATES, DIRECTOR EEO; | § |
| CHARLES G. HERNDON, FORMER | § |
| INTERNAL REVENUE SERVICE | § |
| EMPLOYEE; MELINDA ESTRADA, | § |
| SUPERVISOR, EEO; COLLEEN M. | § |
| KELLEY, PRESIDENT, NATIONAL | § |
| TREASURY EMPLOYEE UNION; | § |
| FEDERAL LABOR RELATIONS | § |
| AUTHORITY; CARI M. DOMINGUEZ, | § |
| CHAIR, EQUAL EMPLOYMENT | § |
| OPPORTUNITY COMMISSION; KAY | § |
| COLES JAMES, DIRECTOR, OFFICE OF | § |
| PERSONAL MANAGEMENT; DONALD | § |
| R. TAWNEY, SUPERVISOR, INTERNAL | § |
| REVENUE SERVICE; MARGARET | § |
| WAITES, EEO, REASONABLE | § |
| ACCOMMODATION COORDINATOR; | § |
| JOHN W. SNOW, SECRETARY, | § |
| DEPARTMENT OF THE TREASURY; | § |
| THOMAS THEIS, IRS, LABOR | § |
| RELATIONS; OSCAR LEAL, IRS, LABOR | § |
| RELATIONS DEPARTMENT OF | § |
| TREASURY; UNITED STATES OFFICE | § |
| OF SPECIAL COUNSEL, O.S.C., | § |
| OFFICIAL CAPACITY; ANNA | § |
| MEDLOCK, SUPERVISOR, INTERNAL | § |
| REVENUE SERVICE; F. RUSSELL | § |
| GEORGE, INSPECTOR, GENERAL TAX | § |
| ADMINISTRATION; NANCY SESSION, | § |
| SUPERVISOR, INTERNAL REVENUE | § |
| SERVICE; CHARLES WASHINGTON, JR.,§ |
| DIRECTOR, AUSTIN COMPLIANCE | § |

CAUSE NO. A-06-CA-967-LY

*[handwritten:]* DOCUMENT 79
FILED: 7/11/2007

CENTER, IRS; ANGELIA GOODEY-        §
DOYLE, COUNSELOR IN HOUSE, EEO,     §
DEPARTMENT OF THE TREASURY;         §
COMMISSIONER OF INTERNAL            §
REVENUE SERVICE, MARY E.            §
CARROLL, SUPERVISOR, INTERNAL       §
REVENUE SERVICE; MARTHA             §
SCHANHALS, SUPERVISOR, INTERNAL     §
REVENUE SERVICE; JAMES PARKER,      §
REGIONAL DIRECTOR, DEPARTMENT       §
OF THE TREASURY; VICTOR REYES,      §
SUPERVISOR "IN HOUSE" EEO;          §
CHERYL VUILLERMIER, COUNSEL         §
"IN HOUSE" EEO; DENNIS COLLINS,     §
INSPECTOR, TREASURY INSPECTOR       §
GENERAL FOR TAX ADMINISTRATION;     §
ROBERT E. POWELL, EEOC              §
ADMINISTRATIVE JUDGE;               §
KATYE DUDERSTADT, EEOC              §
SUPERVISORY JUDGE; MARY-ELLAN       §
KRCHA, TORT CLAIMS SUPERVISOR;      §
FALCON APARTMENTS OF AUSTIN,        §
INC.; FEDERAL PARTNERS ARNOLD       §
TAUCH, JACK C. MOSS, KYLE D.        §
TAUCH; AMANDA WILSON-TORRES,        §
FALCON RIDGE APARTMENTS;            §
DORIENNE BONILLA, SUPERVISOR        §
I.R.S. AND TENANT FALCON RIDGE      §
APARTMENTS; MANDY ROGERS,           §
MANAGER, GREYSTAR                   §
MANAGEMENT SERVICES AND             §
FALCON RIDGE APARTMENTS; DEBI       §
WEHMEIER, REGIONAL VICE             §
PRESIDENT GREYSTAR                  §
MANAGEMENT SERVICES, LP;            §
CHARLES E. BROWN, ATTORNEY,         §
FALCON RIDGE APARTMENTS OF          §
AUSTIN I, INC.; GREP GENERAL        §
PARTNER LLC, ROBERT A. FAITH,       §
GENERAL PARTNER; GREYSTAR           §
MANAGEMENT SERVICES LP;             §
RICHARD R. AUBY, SUPERVISOR,        §
INTERNAL REVENUE SERVICE,           §

THOMAS LEGER, SUPERVISOR,                  §
INTERNAL REVENUE SERVICE;                  §
DANIEL PALACIOS, SUPERVISOR,               §
INTERNAL REVENUE SERVICE;                  §
ARMBRUST R. BROWN, LLP; BEN                §
FLOREY, JR., ATTORNEY; DEREK               §
HOWARD, ATTORNEY; CRADY,                   §
JEWETT, MCCULLEY LLP;                      §
DEPARTMENT OF HEALTH AND                   §
HUMAN SERVICES, FEDERAL                    §
OCCUPATIONAL HEALTH; ALPHONSO §
JACKSON, DEPARTMENT OF HOUSING §
AND URBAN DEVELOPMENT,                     §
SECRETARY; GREG ABBOTT, TEXAS §
ATTORNEY GENERAL; UNITED                   §
STATES POSTAL SERVICE, POSTAL §
INSPECTION SERVICE; ROGER                  §
WILLIAMS, TEXAS SECRETARY OF               §
STATE; CAROLE KEETON                       §
STRAYHORN, TEXAS COMPTROLLER; §
WILLIAM S. WARREN, WARREN LAW §
FIRM; AUSTIN APARTMENT                     §
ASSOCIATION; DOUG AND LINDA                §
JERDET, NATIONAL TENANT                    §
NETWORK, NTND, INC.; STATE FARM §
INSURANCE, JAY VATH, CLAIMS                §
INVESTIGATOR AND KEN CRONE,                §
AGENT;                                     §
                    DEFENDANTS.            §

## FINAL JUDGMENT

Before the Court is the above entitled cause of action. On this same date, the Court

signed an order granting Defendant United States of America's motion to dismiss, dismissing

all Plaintiffs' claims against all Defendants in this cause of action. Accordingly, the Court enters

the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that All claims and causes of action brought by Plaintiff

Michael L. Buesgens against all Defendants in this cause are **DISMISSED WITH PREJUDICE.**

3

**IT IS FURTHER ORDERED** that all further pending motions not expressly granted are hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case hereby **CLOSED**.

SIGNED this ___12th___ day of July, 2007.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

1:06CV00967LY-RP
1:06CV01558 LY
AND
BANKRUPTCY

4



U.S. Department of Justice

Contact Us    Search    Site Map

Tuesday, July 24, 2007          Home >>

>> REPORT BANKRUPTCY FRAUD

## U.S. TRUSTEE PROGRAM

**About the USTP**

The United States Trustee Program is the component of the Department of Justice responsible for overseeing the administration of bankruptcy cases and private trustees under 28 U.S.C. § 586 and 11 U.S.C. § 101, et seq.

It consists of an Executive Office for U.S. Trustees (EOUST) in Washington, DC; 21 regional U.S. Trustees; and 95 field offices.

This site contains information about the United States Trustee Program and the federal bankruptcy system.

Welcome and thank you for visiting our home page on

About Bankruptcy & the United States Trustee Program
Strategic Plan & Mission
Bankruptcy Information Sheet
Rules & Regulations
Significant Pleadings & Briefs

## U.S. TRUSTEE REGIONS & OFFICES

Nationwide Office Locator
Judicial Districts covered by USTP Regions
Offices by State & Map
Regions & Web Sites

## PRIVATE TRUSTEE INFORMATION

Private Trustee Listings & Library
Private Trustee Ads/Vacancies
Private Trustee Locator

## WHAT 'S NEW

**July 24, 2007**

Added Employment Opportunities under Region 19 Web site

**July 20, 2007**

Updated Staff Listings in Lexington under Region 8 Web site

Updated Organizational Meetings in Deleware under Region 3 Web site

**July 19, 2007**

## BANKRUPTCY REFORM

Bankruptcy Abuse Prevention and Consumer Protection Act (BAPCPA) of 2005
Credit Counseling & Debtor Education
Means Testing Information
Debtor Audit Information
State Domestic Support Enforcement Agencies
Data Enabled Form Standard
Frequently Asked Questions for Trustees

## PRESS & PUBLIC AFFAIRS

Annual Reports of Significant Accomplishments
Bankruptcy Articles
Bankruptcy Statistics
FOIA & Privacy Act
Outreach
Press Releases
Testimony, Reports to Congress & Speeches

### BANKRUPTCY FRAUD

Detecting and combating Bankruptcy Fraud is a U.S. Trustee Program priority. For information on how to report suspected bankruptcy fraud, click here.

>> IMPORTANT NOTICES

### DIRECTOR ADDRESSES THE CONGRESS

**JULY 17, 2007**
Director Cliff White testified today before the House Judiciary Committee's Subcommittee on Commercial and Administrative Law in Washington, DC. The hearing focused on medical debt and bankruptcy.

Click here to read his statement.

### DIRECTOR'S REPORT TO CONGRESS ON CRIMINAL REFERRALS BY THE UNITED STATES TRUSTEE PROGRAM FOR FISCAL YEAR 2006



06-11164 FRM
AUSTIN, TEXAS

FILED
7/31/2006

## U.S. Department of Justice
## United States Trustee, Region Four

MAIN PAGE

REGIONAL
OFFICE

Maryland
Offices

    Baltimore
    Office
    Greenbelt
    Office

South Carolina
Office

Virginia Offices

    Alexandria
    Office
    Norfolk
    Office
    Richmond
    Office
    Roanoke
    Office

West Virginia
Office

Washington,
D.C.

UNITED
STATES
TRUSTEE
HOME PAGE

DEPARTMENT
OF JUSTICE
HOME PAGE

**Alexandria, Virginia Office**
115 South Union St., Plaza Level,
Suite 210
Alexandria, Virginia 22314
*Link to Map*
Telephone: (703) 557-7176
Facsimile: (703) 557-7279

INFORMATION

* Personnel
* Creditor Meeting
  Room Locations &
  Directions
* Chapter 7 Panel
  Trustees
* Chapter 13 Trustees
* Link to Bankruptcy
  Court for the Eastern
  Dist. of VA
* Forms and Guidelines

The Alexandria, Virginia office of the United States Trustee
administers bankruptcy cases filed in the District of Columbia
and in the Alexandria Division of the United States Bankruptcy
Court for the Eastern District of Virginia. The Alexandria
Division consists of the following:

The cities of Alexandria, Fairfax, Falls Church, Manassas, and
Manassas Park, and the counties of Arlington, Fairfax,
Fauquier, Loudoun, Prince William and Stafford, and any other
city or town geographically within the exterior boundaries of
these counties.

**Report Bankruptcy Fraud**
Detecting and combating Bankruptcy Fraud is a U.S. Trustee
Program priority. For information on how to report suspected
bankruptcy fraud, click here.

**Personnel**

| Name | Position | Telephone/ Email Address |
|---|---|---|
| Dennis J. Early | Assistant United States Trustee | (703) 557-7274 Dennis.J.Early@usdoj.gov |
| Paula F. Blades | Paralegal Specialist | (703) 557-0341 Paula.F.Blades@usdoj.gov |
| Frank J. Bove | Trial Attorney | (703) 557-7227 Frank.J.Bove@usdoj.gov |
| Martha Davis | Trial Attorney | (703) 557-7180 Martha.David@usdoj.gov |
| Jack I. Frankel | Trial Attorney | (703) 557-7229 Jack.I.Frankel@usdoj.gov |
| Daniel V. Johnson, Jr. | Senior Bankruptcy Analyst | (703) 557-0217 Daniel.V.Johnson@usdoj.gov |

*[Handwritten notes:]* 06-11164 FRM AUSTIN, TX FILED 7/31/2006 PAT S. GENIS KAREN MELNIK R. BARRY ROBINSON ASSISTANT U.S. ATTORNEYS

| Caramaria C. Nebeker | Bankruptcy Analyst | (703) 557-0218 Cara.C.Nebeker@usdoj.gov |
| Peter M. Orens | Paralegal Specialist | (703) 557-0423 Peter.M.Orens@usdoj.gov |
| Anthony M. Payton | Legal Clerk | (703) 557-7176 Anthony.M.Payton@usdoj.gov |
| Ilene M. Perry | Legal Clerk | (703) 557-0344 Ilene.M.Perry@usdoj.gov |
| Mark E. Steven | Paralegal Specialist | (703) 557-0437 Mark.E.Steven@usdoj.gov |

| W. Clarkson McDow, Jr. | United States Trustee; *Columbia, South Carolina* | (803) 765-5235 Clarkson.McDow@usdoj.gov |

*Handwritten:* 06-11164 FRM FILED 7/31/2006 CHARLES NETTLES BANKRUPTCY ATTORNEY RANDOLPH OSHEROW CHAPTER 7 TRUSTEE SAN ANTONIO, TX

**Forms and Guidelines**

| Formats | Document Title |
| --- | --- |
|  | Bankruptcy Information Sheet |
|  | UST Chapter 11 Guidelines for the Eastern District of Virginia |
|  | Accrual Basis Monthly Operating Report - Combined -for the Eastern District of Virginia |
|  | Cash Basis Monthly Operating Report for the Eastern District of Virginia |
|  | Individual Monthly Operating Report |
|  | Deposit Report |
|  | Insurance Report |
|  | DIP One Time Filing |
|  | Proof of Claim Form |
|  | UST Compensation Guidelines |

**_Adobe Acrobat Reader_** _is required to view PDF documents._ **_Click here_** _for a free download._

*Disclaimer regarding external links          Jump to Top of Page ▲

*Last edited: February 12, 2007 4:28 PM*
*U.S. Trustee Program/Department of Justice*
*usdoj/ust/r04/ja/smm*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS                    )
RUDOLFO LIZCANO                        )
                                       )
                 Plaintiffs,           )
                                       )
        v.                             )        Civil Action No: 06-1558 (RCL)
                                       )
UNITED STATES OF AMERICA, et al.,      )
                                       )
                 Defendants.           )
_____)

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney **Karen L. Melnik** as counsel for the federal defendants in the above-entitled case.


                        Respectfully submitted,

                        JEFFREY A. TAYLOR, D.C. Bar No. 498610
                        UNITED STATES ATTORNEY


            By:         _____/s/_____
                        Karen L. Melnik, D.C. Bar. No. 436452
                        Assistant United States Attorney
                        United States Attorney's Office
                        Civil Division
                        555 Fourth Street, N.W., Rm E-4112
                        Washington, D.C. 20530
                        (202) 307-0338

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Praecipe has been made

via Electronic Case Filing and/or mail to plaintiff, Mr. Michael Buesgens, 3112 Windsor Road,

Austin, Texas 78703, on November 1, 2006.

_____ /s/ _____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the    District of
Columbia
Civil Division
555 Fourth Street, N.W. #4112
Washington, D.C. 20530
(202) 307-0338(O)
(202) 514-8780 (Fax)

1:06CV01558 RCL

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **MICHAEL L. BUESGENS** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. A-06-CA-967-LY** |
| | § | |
| ***UNITED STATES OF AMERICA, et al,*** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

NOW COME Defendants United States of America; John W. Snow, Secretary, Department

of the Treasury;  Commissioner of Internal Revenue Service;  U.S. Department of Health and

Human Services; and U.S. Postal Service, by and through the U.S. Attorney for the Western District

of Texas, and submits this Notice of Appearance and Substitution of Counsel. All papers, pleadings,

motions and applications served or required to be served in this case shall be directed to and served

upon the following:

R. Barry Robinson
Assistant U.S. Attorney
United States Attorney's Office
816 Congress, Ste. 1000
Austin, Texas 78701
Arkansas Bar No. 85206
(512) 916-5858/(512) 916-5870 (fax)

Respectfully submitted,

JOHNNY SUTTON
UNITED STATES ATTORNEY

By:    /s/  R. Barry Robinson
       R. BARRY ROBINSON
       Assistant United States Attorney
       Arkansas Bar No. 85206
       816 Congress Avenue, Suite 1000
       Austin, Texas  78701
       (512) 916-5858/fax (512) 916-5870

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of March 2007, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system which will send notification of such filing to the

following:

Gregory Scott Cagle
Armbrust & Brown LLP
100 Congress Ave., Ste. 1300
Austin, Texas 78701

Shelley B. Marmon
Crady, Jewett & McCulley
2727 Allen Parkway, Ste. 1700
Houston, Texas 77019

and I hereby certify that I served the document to the following non-CM/ECF participants

below by Certified Mail, Return Receipt Requested, First Class U.S. Mail, or via Facsimile:

Michael L. Buesgens                    _____ Via Fax
3112 Windsor Avenue, A 322             _____ Hand Delivery
Austin, Texas 78745                    ___✔___ CM / RRR
                                       _____ First Class U.S. Mail

2

Karen Melnik
U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530

Gregory O'Dunden
National Treasury Employees Union
1750 H Street, NW
Washington, DC 20006

Julie M. Wilson
National Treasury Employees Union
1750 H Street, NW
Washington, DC 20006

L. Pat Wynns
National Treasury Employees Union
1750 H Street, NW
Washington, DC 20006

         /s/ R. Barry Robinson
         R. BARRY ROBINSON
         Assistant United States Attorney

1:06CV00967LY-RP

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
(Washington, D.C.)

| | |
|---|---|
| In re: | ) | Chapter 7 |
| | ) |
| DONALD RAY TAWNEY, | ) | Bankruptcy No. 06-11164 FM |
| | ) | (W.D. Texas) |
| Debtor. | ) |
| ———————————————— | ) |
| | ) |
| MICHAEL L. BUESGENS, | ) |
| | ) |
| Plaintiff, | ) | Honorable S. Martin Teel, Jr. |
| ———————————————— | ) |
| v. | ) |
| | ) |
| DONALD RAY TAWNEY, et al., | ) |
| | ) |
| | ) | Adversary No. 07-10008 |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

Please enter the appearance of Pat S. Genis in the above-referenced case.

DATE: June 6, 2007.                    Respectfully submitted,

                                        /s/ Pat S. Genis
                                        PAT S. GENIS, #446244
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 227
                                        Washington, DC 20044
                                        Phone/Fax: (202) 307-6390/514-6866
                                        Email: Pat.S.Genis@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2511999.2

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' ENTRY OF

APPEARANCE was caused to be served upon plaintiff *pro se* on June 6, 2007, by

depositing a copy in the United States' mail, postage prepaid, addressed as follows:

MICHAEL L. BUESGENS
*Plaintiff Pro Se*
3112 Windsor Road
#A322
Austin, TX 78703

/s/ Jonathan D. Carroll
JONATHAN D. CARROLL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Phone/Fax: (202) 307-6669/514-6866
Email: Jonathan.D.Carroll@usdoj.gov

07-10608

2511999.2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS,                    )
                                        )
              Plaintiff,                )
                                        )
       v.                               )
                                        )        Case No. 07-00859 (RBW)
DONALD RAY TAWNEY, et al.,              )
                                        )
              Defendants.               )

## ENTRY OF APPEARANCE

Please enter the appearance of Pat S. Genis in the above-captioned case.

DATE: June 14, 2007.                Respectfully submitted,

                                    /s/ Pat S. Genis
                                    PAT S. GENIS, #446244
                                    Trial Attorney, Tax Division
                                    U.S. Department of Justice
                                    Post Office Box 227
                                    Washington, DC 20044
                                    Phone/Fax: (202) 307-6390/514-6866
                                    Email: Pat.S.Genis@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2527821.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' ENTRY OF

APPEARANCE was caused to be served upon plaintiff *pro se* on June 14, 2007, by

depositing a copy in the United States' mail, postage prepaid, addressed as follows:

MICHAEL L. BUESGENS
*Plaintiff Pro Se*
3112 Windsor Road
#A322
Austin, TX 78703


_____
/s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Phone/Fax: (202) 307-6390/514-6866
Email: Pat.S.Genis@usdoj.gov

1:07CV00859 RBW

2527821.1



LII / Legal Information Institute

# Federal Rules of Bankruptcy Procedure

## Contents and Context

These rules govern bankruptcy proceedings in Federal courts.

### Federal Rules of Bankruptcy Procedure (2006)

(incorporating the revisions that took effect Dec. 1, 2006)

PART I. COMMENCEMENT OF CASE: PROCEEDINGS RELATING TO PETITION AND ORDER FOR RELIEF

PART II. OFFICERS AND ADMINISTRATION; NOTICES; MEETINGS; EXAMINATIONS; ELECTIONS; ATTORNEYS AND ACCOUNTANTS

PART III. CLAIMS AND DISTRIBUTION TO CREDITORS AND EQUITY INTEREST HOLDERS; PLANS

PART IV. THE DEBTOR: DUTIES AND BENEFITS

PART V. BANKRUPTCY COURTS AND CLERKS

PART VI. COLLECTION AND LIQUIDATION OF THE ESTATE

PART VII. ADVERSARY PROCEEDINGS

PART VIII. APPEALS TO DISTRICT COURT OR BANKRUPTCY APPELLATE PANEL

PART IX. GENERAL PROVISIONS

PART X. UNITED STATES TRUSTEES [ABROGATED]

- Rule 1001. Scope of Rules and Forms; Short Title

PART I. COMMENCEMENT OF CASE: PROCEEDINGS RELATING TO PETITION AND ORDER FOR RELIEF

- Rule 1002. Commencement of Case
- Rule 1003. Involuntary Petition