

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

MICHAEL L. BUESGENS
PLAINTIFF

**RECEIVED**

AUG 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

V.

CIVIL NO.
1:07CV
00859
RBW

MARK EVERSON, COMMISSIONER
INTERNAL REVENUE SERVICE

HENRY PAULSON, SECRETARY
DEPARTMENT OF THE TREASURY

DONALD RAYTHUNEY, JR
ICS SUPERVISOR
CHAPTER 7
BANKRUPTCY NO. 06-11164
ADVERSARY NO. 07-10008
DEFENDANTS, ETAL.

PLAINTIFF BUESGENS NOTICE TO
THIS COURT OF RELATED CIVIC
**AND** BANKRUPTCY ACTIONS

1. NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

OR

2.
3. ANY OTHER UNITED STATES COURT

BY

MICHAEL L BUESGENS
FORMER IRS EMPLOYEE

AND

4. HUD COMPLAINANT

AND

5. PLAINTIFF

AND

6. APPELLANT — PETITIONER

AND

7. CREDITOR — ADVERSARY

AND

8. INTERVENOR — MOVANT

AND

9. FEDERAL TORT CLAIMS ACT

EXTENDED STAY AMERICA
MAILING ADDRESS — 3112 WINDSOR RD, A322
AUSTIN TEXAS 78703
512-339-6005 X 7958
MIKEBUESGENS@HOTMAIL.COM

CASES RELATED TO CIVIL ACTIONS
1:07 CV00859 RBW
AND
1:06 CV01964 RBW
AT
U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

## THE RELATED

1.
   1:04 CV01056 ESH
A. U.S. DISTRICT COURT-DISTRICT OF COLUMBIA
B. MOTION TO INTERVENE
C. PAUL ANZES V. HUD

2.
   2:06 CV00072 PPS
A. U.S. DISTRICT COURT-NORTHERN
DISTRICT OF INDIANA
B. MOTION TO INTERVENE
C. ISSUES - TIGTA INVESTIGATION
AND FOIA
D. NOW ON APPEAL TO SEVENTH CIRCUIT
APPEAL NO.. 07-2842

3

3.
  A. 1:05CV02334 RCL — CLOSED
  B. U.S. DISTRICT COURT-DISTRICT OF COLUMBIA
  C. TRANSFERRED TO AUSTIN, TEXAS
    NOW CALLED
    1:07CV00682 SS — OPEN
  D. MICHAEL L BUESGENS AND MOTION FOR
    INVOLUNTARY DISMISSAL FOR
    IMPROPER VENUE

4.
  1:05CV00243 SS — CLOSED
  U.S. DISTRICT COURT WESTERN
  DISTRICT OF TEXAS, AUSTIN, TEXAS

5.
  A. 1:06CV01558 RCL
    U.S. DISTRICT COURT-DISTRICT OF COLUMBIA
    TRANSFERRED TO AUSTIN, TEXAS
  B. NOW CALLED
    1:06CV00967 LY-RP — CLOSED

6.
  A. 4:06CV01399 — CLOSED
    U.S. DISTRICT COURT SOUTHERN
  B. DISTRICT OF TEXAS, HOUSTON, TX
    MOTION TO INTERVENE — DENIED
  C. DONNA F. ARRENSDORF V. JOHN W. SNOW

4

7.
A. 2:07 CV 01541-BWK-OPEN
U.S. DISTRICT COURT EASTERN
DISTRICT OF PENNSYLVANIA

B. MICHAEL L BUESGENS
MOTION TO INTERVENE

C. DANA M. PORTER —PRO SE IN
FORMER IRS EMPLOYEE

D. DEPARTMENT OF THE TREASURY

E. NATIONAL TREASURY EMPLOYEES UNION
AND NTEU

8.
A. BANKRUPTCY CASE NO. 06-20695
U.S. BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

B. MOTION TO INTERVENE
FOR
UNIFORM APPLICATION OF THE
BANKRUPTCY CODE-FORM 23

C. BRADLEY O. KRUTH
DEBTOR
CHAPTER 7.

5

9. BANKRUPTCY CASE NO. 06-11164 FRM
CLOSED

A. U.S. BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN, TEXAS

B. THIS COURT **REFUSED TO** DOCKET
MICHAEL L BUESGENS **MOTION TO REOPEN
BASED ON**

C. JUDGE SAM SPARKS
OPINION AND ORDERS **IN**

D. CIVIL NO. 1:07CV00427SS
BUESGENS IS BARRED FROM
FILING ANYTHING — ANYWHERE
WITHOUT FIRST SEEKING PERMISSION

E. **FROM** JUDGE SAM SPARKS
**AND**
THE COURT BUESGENS WANTS TO
FILE IN.

10. ADVERSARY NO. 06-01248 FRM
U.S. BANKRUPTCY COURT - AUSTIN, TEXAS
CLOSED

6

11

BANKRUPTCY CASE APPEALS
TO U.S. DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
AUSTIN, TEXAS

A. JUDGE EARL LEROY YEAKEL, III
   CIVIL NO.

B. 1:07 CV 00127 LY — CLOSED
   FIRST APPEAL OF 06-11164FRM

C. 1:07 CV 00156 LY — CLOSED
   SECOND APPEAL OF 06-11164FRM

D. 1:07 CV 00209 LY — CLOSED
   APPEAL OF ADVERSARY NO.
   06-01248 FRM

E. CHARLES R. NETTLES — AUSTIN, TX
   BANKRUPTCY ATTORNEY

F. RANDOLPH OSHEROW — SAN ANTONIO,
   CHAPTER 7 TRUSTEE        TEXAS

G.        FORM 23

7

# CERTIFICATE OF SERVICE

I, CERTIFY THAT ONE TRUE COPY OF THIS NOTICE OF RELATED CIVIL AND BANKRUPTCY ACTIONS WAS SERVED BY FIRST CLASS MAIL ON THIS 18 TH DAY OF AUGUST, 2007,

ADDRESSED TO :

1. PAT S. GENIS — AUSA
   A. 07-10008
   B. 1:07CV00859 RBW
   C. 2:06CV00072 PPS
2. R. BARRY ROBINSON — AUSA
   A. 1:05CV00243 SS
   B. 1:06CV00967 LY-RP
   C. 06-11164 FRM
   D. 06-01248 FRM
   E. 06-60777 — HUD #06-06-293-8
3. KAREN MELNIK — AUSA
   A. 1:05CV02334 RCL
   B. 1:06CV01558 RCL
   C. 1:07CV00682 SS
4. ELIZABETH F. KARPATI — AUSA
   A. 4:06CV01399
   B. SUSAN R. BECKER — AUSA

5. MICHAEL LYNN SALYARDS - DALLAS
IRS - GLS - EEO - ATTORNEY

6. CHRISTOPHER ATTIG - DALLAS
IRS - GLS - EEO - ATTORNEY

7. MARK S. KAIZEN - D.C.
IRS - GLS EEO - ASSOCIATE
GENERAL COUNSEL

8. MARY-ELLEN KRCHA - D.C.
IRS - GLS - FEDERAL TORT CLAIMS
MANAGER

9. JENNIFER CAWALL - DENVER, CO
EEOC ATTORNEY
A. 360-2003-8286
B. 360-2006-00307
C. 1:05CV00243SS / 1:06CV00967CY

10. JUDITH TAYLOR - EEOC ATTORNEY
11. ROBERT B. MARWIN - EEOC ATTORNEY
12. ROBERT LYNN POWELL - EEOC JUDGE
A. SAN ANTONIO, TEXAS
B. EEO/GOV SYSTEM OF RECORDS

9



13. MINIARA CULPEPPER
    A. HUD - GENERAL COUNSEL
    B. NEW ENGLAND TORT CLAIMS CENTER
       FEDERAL TORT CLAIMS ACT
    C. BOSTON, MA
14. LINDA G. KATZ - HUD ATTORNEY
    A. HUD # 06-06-293-8
    B. FIFTH CIRCUIT # 06-60777

    ✓        ALL
    THE FOREGOING AT THE
    U.S. ATTORNEY'S OFFICE
    555  4TH  STREET  NW
    WASHINGTON, DC 20530


15. AFTON FANE IZEN - ATTORNEY
    4:06CV01399
    5222 SPRUCE STREET
    BELLAIRE, TEXAS 77401
    PHONE:  713-661-6258
    FAX:  713-661-6239

16. DENNIS J. SPYRA - BANKRUPTCY ATTORNEY
    1711 LINCOLN WAY
    WHITE OAK, PA 15131
    CASE NO. 06-20695 MBR

                10

17.
A. ROSEMARY C. CRAWFORD
B. CHAPTER 7 - TRUSTEE - ATTORNEY
BANKRUPTCY CASE NO. 06-20695 MBM
C. CRAWFORD MCDONALD, LLC
P.O. BOX 355
ALLISON PARK, PA 15701

18.
A. CHARLES R. NETTLES - BANKRUPTCY ATTORNEY
CHAPTER 7 CASE NO. 06-11164 FRM
1524 S. IH-35 SUITE 233
AUSTIN, TEXAS 78704

19.
A. KEITH WOLAK - ATTORNEY
PINKERTON AND FRIEDMAN, PLLC
9425 CALUMET AVENUE, #201
MUNSTER, IN 46321-2884
B. CIVIL NO. 2:06CV00072 PPS
C. APPEAL NO. 07-2842

20.
A. IRVING KATOR - ATTORNEY
KATOR, PARKS & WEISER, PLLC
1020 19TH STREET, NW, #350
WASHINGTON, DC 20036
B. CIVIL NO. 1:04CV01056 ESH

11

21.    JOHN SCHUMANN —AUSA
       P.O. BOX 502
       WASHINGTON, DC. 20044
A:     CIVIL NO. 2:06CV00072 PPS
B.     SEVENTH CIRCUIT NO. 07-2842

22.    RUSSELL BOKELMAN —NTEU
A.     BARBARA A. ATKIN —GENERAL
       COUNSEL—NTEU
B.     GREGORY O'DUDEN —GENERAL
       COUNSEL—NTEU
C.     DENNIS SCHNEIDER—NTEU ATTORNEY
D.     COLLEEN M. KELLEY —NTEU
       PRESIDENT
E.     NATIONAL TREASURY EMPLOYEES
       UNION—NTEU
       1750 H. STREET, NW
       WASHINGTON, DC 20006

23     LINDA VINCENT—TORT CLAIMS MANAGER
A.     DEPARTMENT OF HEALTH AND HUMAN
       SERVICES—HHS—PSC
B.     NEAL LEE PRESANT, M.D. —FOH
       330 INDEPENDENCE AVE, SW, #4256
       WASHINGTON, DC 20201

                    12

24. RELATED ATTORNEYS FOR

A. HUD NO. 06-06-293-8
DUAL FILED WITH THE CITY OF AUSTIN, TEXAS FAIR HOUSING OFFICE

AND

B. CIVIL NO. 1:06CV00226LY-RP
C. CIVIL NO. 1:06CV00260LY
U.S. DISTRICT COURT - AUSTIN, TEXAS
JUDGE EARL LEROY YEAKEL, III

AND

D. CIVIL NO. 1:06CV01964 RBW
U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

25. CHARLES EADS BROWN — HUD
A. PROSECUTING - EVICTION ATTORNEY
B. REAL ESTATE INVESTOR - BROKER
3624 NORTH HILLS DRIVE
B-100
AUSTIN, TEXAS  78731

PHONE: 512-346-6006
FAX: 512-346-6005

13

26. A. **MELANIE P. SARWAL** - ATTORNEY
    ANDIRUH SARWAL - ATTORNEY
    B. WEIMARANER XOG
    C. WEIL, GOTSHAL, MANGES
    8911 CAPITAL OF TX HWY, #1350
    AUSTIN, TEXAS 78759

27. **ANDREW KEVER** - GENERAL COUNSEL
    GRANDE COMMUNICATIONS
    401 CARLSON CIRCLE
    SAN MARCOS, TEXAS 78666

28. **SHELLEY BUSH MARMON**
    A. DUNHAM JEWETT
    B. CRADY JEWETT & MCCULLEY, **LLP**
    2727 ALLEN PKWY, #1700
    HOUSTON, TEXAS 77019

29. **GREGORY S. CAGLE**
    A. DAVID B. ARMBRUST
    B. HARRIET M. MURPHY — 041509
    C. HERBERT E. EVANS — 1/26/06
    D. ARMBRUST & BROWN, **LLP**
    100 CONGRESS AVE, #1300
    AUSTIN, TEXAS 78701

14

30.
A. DOUGLAS G. HOUSER
B. LLOYD BERSTEIN
C. MAREN HOLMBOE
D. SCOTT GOELES GALLOWAY SAKWAL
E. PATRICIA GOELES GALLOWAY SAKWAL
MEGAN GOELES GALLOWAY SAKWAL
VOLUNTEER - PAID FOR WITNESS

F. BULLIVANT HOUSER BAILEY, P.C.
G. 3:07CV00043 KI
H. 07-35578    NINTH
I. 2:07CV02116
J. 1:06CV226 CY-PR
K. HUD # 06-06-293-8
L. 1:06CV00260LY

360 PIONEER TOWER

888 SW FIFTH AVENUE

PORTLAND, OREGON 97204

15

*Michael L Buesgens*

MICHAEL L BUESGENS
3112 WINDSOR RD A322
AUSTIN, TEXAS 78703

512-339-6005 X 7958
MIKEBUESGENS@HOTMAIL.COM
AUGUST 16, 2007

16

1:07CV00859 RBW

EXHIBITS
RELATED CASES

1. 2:07CV01541 BWK — OPEN
   A. DANA M. PORTER
   B.        v.
      DEPARTMENT OF THE TREASURY
   C. NATIONAL TREASURY EMPLOYEES UNION
   D.        IRS-NTEU
      AND
   E. 2:06 CV 03071 BWK — CLOSED

2. 4:06 CV 01399
   A. DONNA L. ARENSDORF
   B.        v.
      JOHN W. SNOW
   C.        IRS
   D. FEDERAL TORT CLAIMS ACT — FTCA

3. 06-20695 MBM
   A. CHAPTER 7
   B. BRADLY D. KRUTH

17

4.
A. 06-11164 FRM - BANKRUPTCY
B. CHAPTER 7
   DONALD RAY TAWNEY, JR
   IRS SUPERVISOR

5.
A. 2:06CV00072 PPS-APR
B. TIGTA-FOIA
   DARYL STANLEY
       V.
C. U.S. DEPARTMENT OF THE TREASURY
       AND
D. SEVENTH CIRCUIT APPEAL
   NO. 07-2842

6.
A. 1:04 CV 01056 ESH
B. FEDERAL EMPLOYEE
   REASSIGNMENT ACCOMMODATION
       AND
C. FEDERAL OCCUPATIONAL HEALTH - FOH
D. DOCTOR NEAL LEE PRESANT, M.D.
   BETHESDA, MD    ET.AL.
E. PETER PANITZES
       V.
       HUD
F.
G. ALPHONSO JACKSON
       18

7.          1:07.CV.00682.SS
  A.        CONTINUING VIOLATIONS
  B.        EEO NO. 05-2291 S
  C.        EEO NO. 05-2291
  D.        MICHAEL L BUESGENS

  E.        MARCIA H. COATES - DIRECTOR
  F.        MARLIN G. HARVEY - DIRECTOR
  G.        "IN HOUSE" EEO
  H.        DEPARTMENT OF THE TREASURY
  I.        IRS


8.          U.S. DISTRICT COURT
            DISTRICT OF COLUMBIA

            LOCAL RULE OF CIVIL PROCEDURE
            40.5




                        19

EXHIBIT 1

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CO-932
Rev. 4/96

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _07CV00859_
(To be supplied by the Clerk)    _RBW_

## NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

## NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

## NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_INTERVENOR MICHAEL L BUESGENS_

The plaintiff, defendant or counsel must complete the following:

I.    RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

[X]    (a)    relates to common property

[X]    (b)    involves common issues of fact    _DISCRIMINATION - RETALIATION_

[X]    (c)    grows out of the same event or transaction    _FORMER_

[ ]    (d)    involves the validity or infringement of the same patent    _IRS_

[X]    (e)    is filed by the same pro se litigant    _EMPLOYEE_

2.    RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

Check box if new case is related to a dismissed case: [✓]    _1:05CV00243 SS_
_1:06CV00967 Y-KP_

3.    NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):    _U.S. DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA_

4.    CAPTION AND CASE NUMBER OF RELATED CASE(ES). IF MORE ROOM IS NEEDED PLEASE USE OTHER SIDE.

_DAVA M. PORTER_    v.    _DEPT OF THE TREASURY_    ✓

_8/15/2007_                     _2:07CV0154 BWK_
DATE            Signature of Plaintiff/Defendant/or Counsel    _OPEN_
_INTERVENOR_

STANDARD

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:07-cv-01541-BWK

PORTER v. DEPT. OF THE TREASURY
Assigned to: HONORABLE BRUCE W. KAUFFMAN
related Case: 2:06-cv-03071-BWK
Cause: 42:1983 Civil Rights Act

Date Filed: 04/23/2007
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**
**DANA M. PORTER**

*FORMER IRS EMPLOYEE*

represented by **DANA M. PORTER**
865 SCATTERGOOD STREET
PHILADELPHIA, PA 19124
PRO SE

V.

**Defendant**
**DEPT. OF THE TREASURY**

*IRS*

represented by **SUSAN R. BECKER**
U.S. ATTORNEY'S OFFICE
615 CHESTNUT ST.
SUITE 1250
PHILADELPHIA, PA 19106
215-861-8310
Email: susan.becker@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**
**MICHAEL BUESGENS**

*FORMER IRS EMPLOYEE*
*MOTION TO INTERVENE*

represented by **MICHAEL BUESGENS**
3112 WINDSOR ROAD
A322
AUSTIN, TX 78703
512-339-6005 X 7958
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 04/17/2007 | 1 | MOTION TO PROCEED IN FORMA PAUPERIS, STATEMENT IN SUPPORT FILED BY DANA M. PORTER.(ti, ) (Entered: 04/18/2007) |
| 04/23/2007 | 2 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS IS GRANTED. THE COMPLAINT IS TO BE FILED AND SUMMONS IS TO BE ISSUED. THE US MARSHAL SHALL SERVE THE SUMMONS AND COMPLAINT UPON THE DEFENDANT AT NO COST TO THE PLAINTIFF. SIGNED BY JUDGE BRUCE W. KAUFFMAN ON 4/20/07.4/23/2007 ENTERED AND COPIES MAILED.(le, ) (Entered: 04/23/2007) |
| 04/23/2007 | 3 | Complaint against DEPT. OF THE TREASURY filed by DANA M. PORTER.(le, ) (Entered: 04/23/2007) |
| 04/23/2007 | | 3 Original Summons Issued as to DEPT. OF THE TREASURY, U.S. Attorney and U.S. Attorney General Forwarded To: US Marshal on 4/23/2007 (le, ) (Entered: 04/23/2007) |
| 04/23/2007 | 4 | Request for Appointment of Attorney filed by DANA M. PORTER. (le, ) (Entered: 04/23/2007) |
| 04/24/2007 | 5 | Acceptance of Service by U.S. Attorney Re: Eva Younger accepted summons and complaint for DEPT. OF THE TREASURY on 4/24/2007, answer due 6/25/2007. (le, ) (Entered: 04/24/2007) |
| 04/24/2007 | 6 | ORDER THAT PLAINTIFF'S REQUEST FOR APPOINTMENT OF ATTORNEY IS GRANTED AND THE CLERK SHALL APPOINT COUNSEL IN ACCORDANCE WITH THE PLAINTIFFS' EMPLOYMENT ATTONEY PANEL PROGRAM. SIGNED BY JUDGE BRUCE W. KAUFFMAN ON 4/24/07. 4/24/07 ENTERED AND COPIES MAILED.(le, ) (Entered: 04/24/2007) |
| 05/08/2007 | 7 | NOTICE of Appearance by SUSAN R. BECKER on behalf of DEPT. OF THE TREASURY with Certificate of Service(BECKER, SUSAN) (Entered: 05/08/2007) |
| 06/25/2007 | 8 | ANSWER to Complaint *and Affirmative Defenses* by DEPT. OF THE TREASURY, Certificate of Service. (BECKER, SUSAN) Modified on 6/26/2007 (nd). (Entered: 06/25/2007) |
| 06/27/2007 | 9 | ORDER THAT THE PARTIES SHALL DEVELOP A PROPOSED DISCOVERY PLAN AND SHALL SUBMIT TO THE COURT A JOINT RULE 16 MEMORANDUM AS OUTLINED HEREIN BY 7/30/2007. SIGNED BY JUDGE BRUCE W. KAUFFMAN ON 6/26/07. 6/27/07 ENTERED AND COPIES MAILED AND E-MAILED.(le, ) (Entered: 06/27/2007) |
| 08/02/2007 | 10 | SCHEDULING ORDER THAT A FINAL PRETRIAL CONFERENCE IS SET FOR 5/1/2008 AT 2:00 PM BEFORE HONORABLE BRUCE W. KAUFFMAN, AMENDED PLEADINGS SHALL BE FILED BY 10/1/2007, DISCOVERY SHALL BE COMPLETED BY 12/31/2007, PLAINTIFF PRETRIAL MEMO AND MOTIONS IN LIMINE SHALL BE FILED BY 4/1/2008, DEFENDANT PRETRIAL MEMO AND MOTIONS IN LIMINE ARE DUE BY 4/15/2008 AND |

| | | |
|---|---|---|
| | | THIS MATTER SHALL BE PLACED IN THE TRIAL POOL SET FOR 5/19/2008. SIGNED BY JUDGE BRUCE W. KAUFFMAN ON 8/1/07. 8/2/07 ENTERED AND COPIES E-MAILED.(le, ) (Entered: 08/02/2007) |
| 08/09/2007 | 11 | MOTION TO INTERVENE FILED BY MICHAEL BUESGENS WITH CERTIFICATE OF SERVICE. (Attachments: # 1 Exhibits 1-6# 2 Exhibit 7)(le, ) (Entered: 08/09/2007) |
| 08/09/2007 | 12 | CERTIFICATE OF SERVICE that Summons and Complaint were served upon US Attorney on 6/8/2007, upon Alberto Gonzales on 6/11/2007 via certified mail and service was refused by Department of the Treasury filed by DANA M. PORTER (le, ) (Entered: 08/10/2007) |
| 08/15/2007 | 13 | MOTION FOR JOINDER FILED BY MICHAEL BUESGENS WITH CERTIFICATE OF SERVICE. (Attachments: # 1 Exhibits 1-2# 2 Exhibit 3# 3 Exhibit 4a# 4 Exhibit 4b# 5 Exhibits 5-7# 6 Exhibit 8# 7 Exhibit 9)(le, ) (Entered: 08/15/2007) |

## PACER Service Center

### Transaction Receipt

#### 08/15/2007 20:23:59

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:07-cv-01541-BWK |
| Billable Pages: | 2 | Cost: | 0.16 |

CLOSED, STANDARD

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:06-cv-03071-BWK

PORTER v. NTEU NATIONAL OFFICE
Assigned to: HONORABLE BRUCE W. KAUFFMAN
related Case: 2:07-cv-01541-BWK
Cause: 42:1983 Civil Rights Act

Date Filed: 07/13/2006
Date Terminated: 07/20/2006
Jury Demand: None
Nature of Suit: 440 Civil Rights:
Other
Jurisdiction: Federal Question

**Plaintiff**
**DANA M. PORTER**

*FORMER IRS EMPLOYEE*

represented by **DANA M. PORTER**
865 SCATTERGOOD STREET
PHILADELPHIA, PA 19124
PRO SE

V. *NATIONAL TREASURY EMPLOYEES UNION*
**Defendant**
**NTEU NATIONAL OFFICE** *NTEU*
*IRS - DEPARTMENT OF THE TREASURY*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2006 | 1 | MOTION TO PROCEED IN FORMA PAUPERIS TOGETHER WITH STATEMENT IN SUPPORT DANA M. PORTER.(ti, ) (Entered: 07/13/2006) |
| 07/20/2006 | 2 | ORDER THAT PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS IS DENIED. THIS CASE IS CLSOED. SIGNED BY JUDGE BRUCE W. KAUFFMAN ON 7/19/06. 7/20/06 ENTERED AND COPIES MAILED.(stb, ) (Entered: 07/20/2006) |

*CASE CLOSED*

EXHIBIT 2

CLERK-S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CO-932
Rev. 4/96

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. *O7CV00859*
(To be supplied by the Clerk) *RBW*

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk-s records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

*INTERVENOR MICHAEL L BUESGENS*

The plaintiff, defendant or counsel must complete the following:

I.    RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case:  [Check appropriate box(es) below.]

[ ]   (a)   relates to common property

[X]   (b)   involves common issues of fact     *FEDERAL TORT CLAIMS ACT*

[X]   (c)   grows out of the same event or transaction    *FORMER*

[ ]   (d)   involves the validity or infringement of the same patent    *IRS*

[X]   (e)   is filed by the same pro se litigant    *EMPLOYEE*

2.    RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

Check box if new case is related to a dismissed case:  [✓]

3.    NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):  *U.S. DISTRICT COURT SOUTHERN DISTRICT OF TEXAS*

CAPTION AND CASE NUMBER OF RELATED CASE(ES).  IF MORE ROOM IS NEEDED PLEASE USE OTHER SIDE.

*DONNA L MEEUSDOFF    v.    JOHN W. SNOW - TREASURY ✓*
*8/15/2007    Michael Buesgens    H:06CV0139 9*
DATE            Signature of Plaintiff /Defendant (or counsel)   *MOTION TO INTERVENE    CLOSED*

CLOSED, MOTREF

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:06-cv-01399**

Arensdorf v. Snow
Assigned to: Judge David Hittner
Demand: $300,000
Related Case Cases: 4:05-cv-02622
　　　　　　　　　　　4:06-cv-03324
Cause: 05:704 Labor Litigation

Date Filed: 04/21/2006
Date Terminated: 08/09/2007
Jury Demand: Plaintiff
Nature of Suit: 790 Labor: Other
Jurisdiction: U.S. Government Defendant

*FEDERAL TORT CLAIMS ACT*

**Plaintiff**

**Donna J. Arensdorf**

*FORMER IRS EMPLOYEE*

represented by **Afton Jane Izen**
Attorney at Law
5222 Spruce St
Bellaire, TX 77401
713-661-6238
Fax: 713-661-6239
Email: aftonizen@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V. *MARY-ELLAN KRCHA - IRS - TORT CLAIMS MANAGER*

**Defendant**

**John W Snow**
*Secretary of the Treasury*

*IRS - GLS - EEO*
*ATTORNEYS*
*CHRISTOPHER ATTIG*
*MICHAEL SKYMROS*

represented by **Elizabeth F Karpati**
Assistant U S Attorney
PO 61129
Houston, TX 77208
713-567-9767
Fax: 713-718-3303
Email: elizabeth.karpati@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*PATS. GENIS*
*BARRY ROBINSON*
*SUSAN BECKER*

**Movant**

**Michael L Buesgens**

*FORMER IRS EMPLOYEE*

represented by **Michael L Buesgens**
3112 Windsor Rd. #A322
Austin, TX 78703
PRO SE

*MOTION TO INTERVENE*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 04/21/2006 | 1 | COMPLAINT against John W Snow (Filing fee $ 350) filed by Donna J. Arensdorf.(lfilmore, ) Additional attachment(s) added on 4/21/2006 (smurdock, ). (Entered: 04/21/2006) |

| 04/21/2006 | | Filing fee re: 1 Complaint: $ 350.00, receipt number 569260 , filed. (agould, ) (Entered: 04/21/2006) |
|---|---|---|
| 04/21/2006 | | Summons Issued as to John W Snow, U.S. Attorney and U.S. Attorney General, filed.(lfilmore, ) (Entered: 04/21/2006) |
| 04/21/2006 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 7/13/2006 at 02:00 PM in Courtroom 702 before Magistrate Judge Stephen Smith. ( Signed by Judge David Hittner ) Parties notified. (lfilmore, ) (Entered: 04/21/2006) |
| 05/19/2006 | 3 | SUMMONS Returned Executed. John W Snow served on 5/2/2006, answer due 7/3/2006, filed.(jbradford, ) (Entered: 05/22/2006) |
| 05/19/2006 | 4 | SUMMONS Returned Executed as to US Attorney General, filed.(jbradford, ) (Entered: 05/22/2006) |
| 05/19/2006 | 5 | SUMMONS Returned Executed as to Michael T. Shelby, filed.(mmarch, ) (Entered: 05/22/2006) |
| 06/15/2006 | 6 | NOTICE of Resetting. Parties notified Initial Conference set for 7/20/2006 at 02:00 PM in Courtroom 702 before Magistrate Judge Stephen Wm Smith, filed. (jmarchand) (Entered: 06/15/2006) |
| 06/26/2006 | 7 | ANSWER to Complaint by all defendants, filed.(Karpati, Elizabeth) (Entered: 06/26/2006) |
| 06/26/2006 | 8 | INITIAL DISCLOSURES by all defendants, filed.(Karpati, Elizabeth) (Entered: 06/26/2006) |
| 06/28/2006 | 9 | INITIAL DISCLOSURES by Donna J. Arensdorf, filed.(kejones, ) (Entered: 06/28/2006) |
| 07/05/2006 | 10 | CERTIFICATE OF INTERESTED PARTIES by all defendants, filed.(Karpati, Elizabeth) (Entered: 07/05/2006) |
| 07/11/2006 | 11 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by all parties, filed.(kejones, ) (Entered: 07/12/2006) |
| 07/20/2006 | 12 | Minute Entry for proceedings held before Judge Stephen Wm Smith. SCHEDULING CONFERENCE held on 7/20/2006. Scheduling order issued. Appearances: Afton Jane Izen, Elizabeth F Karpati.(ERO:Yes), filed.(jmarchand) (Entered: 07/24/2006) |
| 07/20/2006 | 13 | SCHEDULING ORDER: Trial Term: September/October 2007. ETT: 4 days. Jury trial. Amended Pleadings due by 12/1/2006. Joinder of Parties due by 8/1/2006. Pltf Expert Witness List due by 11/1/2006. Deft Expert Witness List due by 12/1/2006. Discovery due by 5/1/2007. Dispositive Motion Filing due by 6/1/2007. Non-Dispositive Motion Filing due by 6/1/2007. Joint Pretrial Order due by 8/31/2007.( Signed by Judge Stephen Wm Smith ) Parties notified.(jmarchand) (Entered: 07/24/2006) |
| 10/31/2006 | 14 | DESIGNATION OF EXPERT WITNESS LIST by Donna J. Arensdorf, filed.(Izen, Afton) (Entered: 10/31/2006) |
| 05/03/2007 | 15 | MOTION for Summary Judgment by all defendants, filed. Motion Docket Date 5/23/2007. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17 # 18 # 19)(Karpati, Elizabeth) (Entered: 05/03/2007) |
| 05/23/2007 | 16 | Unopposed MOTION for Extension of Time to File Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment by Donna J. Arensdorf, filed. Motion Docket Date 6/12/2007. (Attachments: # 1 Proposed Order)(Izen, Afton) (Entered: 05/23/2007) |
| 05/24/2007 | 17 | ORDER granting 16 Motion for Extension of Time. Plaintiff is granted until June 12, 2007 within which to file the response in opposition to Defendant's Motion for Summary Judgment.( Signed by Judge David Hittner ) Parties notified.(ealexander, ) (Entered: 05/25/2007) |
| 06/12/2007 | 18 | Unopposed MOTION for Extension of Time to file response in opposition to Defendant's Motion for Summary Judgment by Donna J. Arensdorf, filed. Motion Docket Date 7/2/2007. (Attachments: # 1 Proposed Order on Second Unopposed Motion to Extend Time to File Response in Opposition to Defendant's Motion for Summary Judgment)(Izen, Afton) (Entered: 06/12/2007) |

| 06/13/2007 | 19 | ORDER granting 18 Second Unopposed Motion for Extension of Time to file Response in Opposition to Defendant's Motion for Summary Judgment. Plaintiff is granted an extension until 6/18/2007.( Signed by Judge David Hittner ) Parties notified.(bgoolsby, ) (Entered: 06/14/2007) |
|---|---|---|
| 06/18/2007 | 20 | MOTION to Intervene by Michael L Buesgens, filed. Motion Docket Date 7/9/2007. (Attachments: # 1 Continuation Part 2 of 4# 2 Complaint Part 3 of 4# 3 Continuation Part 4 of 4# 4 Envelope)(ltrevino, ) (Entered: 06/18/2007) *MICHAEL L. BUESGENS* |
| 06/19/2007 | 21 | RESPONSE in Opposition to 15 MOTION for Summary Judgment, filed by Donna J. Arensdorf. (Attachments: # 1 Exhibit A - Affidavit of Donna Arensdorf in Opposition to Defendant's MSJ# 2 Exhibit B# 3 Exhibit C, D, E, F)(Izen, Afton) (Entered: 06/19/2007) |
| 06/19/2007 | 22 | EXHIBITS re: 15 MOTION for Summary Judgment by Donna J. Arensdorf, filed. (Attachments: # 1 Exhibit K, L# 2 Exhibit L (con't))(Izen, Afton) (Entered: 06/19/2007) |
| 06/21/2007 | 23 | MOTION to Compel Disclosure and Discovery by Michael L Buesgens, filed. Motion Docket Date 7/11/2007. (Attachments: # 1 Exhibit # 2 Exhibit)(mmapps, ) (Entered: 06/21/2007) |
| 06/22/2007 | 24 | RESPONSE in Opposition to 20 MOTION to Intervene, filed by all defendants. (Attachments: # 1)(Karpati, Elizabeth) (Entered: 06/22/2007) |
| 06/22/2007 | 25 | ORDER 23 MOTION to Compel Disclosure and Discovery, MOTIONS REFERRED to Magistrate Judge Stephen Wm Smith: 23 MOTION to Compel Disclosure and Discovery.( Signed by Judge David Hittner ) Parties notified.(ealexander, ) (Entered: 06/25/2007) |
| 06/26/2007 | 26 | MOTION for Sanctions by Michael L Buesgens, filed. Motion Docket Date 7/16/2007. (cpeebles, ) Additional attachment(s) added on 6/28/2007 (cpeebles, ). (Entered: 06/28/2007) |
| 07/06/2007 | 27 | ORDER Denying 26 MOTION for Sanctions, 20 MOTION to Intervene.( Signed by Judge David Hittner ) Parties notified.(bgoolsby, ) (Entered: 07/06/2007) |
| 07/06/2007 | 28 | RESPONSE to Court Order of Referral to Magistrate 25 Order, Motions Referred, filed by Michael L Buesgens. (Attachments: # (1) Exhibit)(mmapps, ) Additional attachment(s) added on 7/9/2007 (mmapps, ). Additional attachment(s) added on 7/9/2007 (mmapps, ). Additional attachment(s) added on 7/11/2007 (mmapps, ). (Entered: 07/09/2007) |
| 07/10/2007 | 29 | ORDER denying 23 Motion to Compel. ( Signed by Judge Stephen Wm Smith ) Parties notified. (jmarchand) (Entered: 07/11/2007) |
| 07/30/2007 | 30 | ORDER, Pretrial Conference set for 8/29/2007 at 09:45 AM in Courtroom 8A before Judge David Hittner.( Signed by Judge David Hittner ) Parties notified.(ealexander, ) (Entered: 07/31/2007) |
| 07/31/2007 | 31 | ORDER that the parties are to exchange all trial exhibits on or before August 31, 2007.( Signed by Judge David Hittner ) Parties notified.(ealexander, ) (Entered: 08/01/2007) |
| 08/03/2007 | 32 | RESPONSE to 29 Order on Motion to Compel, 25 Order, Motions Referred, 27 Order, filed by Michael L Buesgens. (Attachments: # 1 Exhibit)(ltrevino, ) (Entered: 08/03/2007) |
| 08/09/2007 | 33 | ORDER granting 15 Motion for Summary Judgment.( Signed by Judge David Hittner ) Parties notified.(ealexander, ) (Entered: 08/10/2007) |
| 08/09/2007 | 34 | FINAL JUDGMENT. Case terminated on August 9, 2007.( Signed by Judge David Hittner ) Parties notified.(ealexander, ) (Entered: 08/10/2007) |

**PACER Service Center**

**Transaction Receipt**

EXHIBIT 3

CLERK=S OFFICE

CO-932

UNITED STATES DISTRICT COURT

Rev. 4/96

FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. *07CV00859*
(To be supplied by the Clerk)   *RBW*

**NOTICE TO PARTIES:**

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk=s records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

*INTERVENOR   MICHAEL L. BUESGENS*

The plaintiff, defendant or counsel must complete the following:

I.   **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

[ ]   (a)   relates to common property

[X]   (b)   involves common issues of fact   *UNIFORM APPLICATION OF*

[X]   (c)   grows out of the same event or transaction   *THE BANKRUPTCY CODE THE REQUIRED FORM 23*

[ ]   (d)   involves the validity or infringement of the same patent

[X]   (e)   is filed by the same pro se litigant   *CHAPTER 7 DEBTOR EDUCATION*

2.   **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case: [ ]

3.   NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT). *U.S. BANKRUPTCY COURT WESTERN DISTRICT OF PENNSYLVANIA* ✓

4.   CAPTION AND CASE NUMBER OF RELATED CASE(S). IF MORE ROOM IS NEEDED PLEASE USE OTHER SIDE.
*DEBTOR BUESGENS, KROTH*   C.A. No. *06-20695*   *MBM OPEN*

*8/15/2007*          *Michael Buesgens*
DATE              Signature of Plaintiff/Defendant (or counsel)
         *MOTION TO INTERVENE*

**CLOSED**

## U.S. Bankruptcy Court
### Western District of Pennsylvania (Pittsburgh)
#### Bankruptcy Petition #: 06-20695-MBM

*Assigned to:* Judge M. Bruce McCullough

Chapter 7
Voluntary
No asset

*Date Filed:* 02/27/2006
*Date Terminated:* 07/26/2006

*Debtor*
**Bradley D. Kruth**
641 Stoneridge Drive
Allison Park, PA 15101
SSN: xxx-xx-2635

*NO FORM 23 AND NOW MOTION TO REOPEN FILED: 7/26/2007*

represented by **Dennis J. Spyra**
1711 Lincoln Way
White Oak, PA 15131
412-471-7675
Email: dspyra@aol.com

*Trustee*
**Rosemary C. Crawford**
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101
724-443-4757

*U.S. Trustee*
**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
412-644-4756

*MICHAEL L BUESGENS MOTION TO INTERVENE FILED: 8/9/2007*

| Filing Date | # | Docket Text |
|---|---|---|
| 02/27/2006 | 1 | Chapter 7 Voluntary Petition. Receipt Number cc, Fee Amount $274 Filed by Bradley D. Kruth Statement of Intentions due by 3/29/2006. Government Proof of Claim due by 8/28/2006. Declaration Re: Electronic Filing due 3/14/2006. (Spyra, Dennis) Additional attachment(s) added on 3/2/2006 (dkan, ). (Entered: 02/27/2006) |

| 02/27/2006 | 2 | Statement of Current Monthly Income FR 22A *Means Test* Filed by Debtor Bradley D. Kruth (Spyra, Dennis) Additional attachment(s) added on 3/2/2006 (dkan, ). (Entered: 02/27/2006) |
| | | *06-20695 MBM* |
| 02/27/2006 | 3 | Certificate of Credit Counseling for briefing received on 2/22/2006. Filed by Debtor Bradley D. Kruth (RE: related document(s): 1 Voluntary Petition Chapter 7 filed by Debtor Bradley D. Kruth, 2 Statement of Current Monthly Income FR 22A filed by Debtor Bradley D. Kruth). (Spyra, Dennis) (Entered: 02/27/2006) |
| 02/27/2006 | 4 | Informational Notice Required by 342b Filed by Debtor Bradley D. Kruth (Spyra, Dennis) (Entered: 02/27/2006) |
| 02/27/2006 | 5 | Employee Income Records Filed by Debtor Bradley D. Kruth (Spyra, Dennis) (Entered: 02/27/2006) |
| 02/28/2006 | 6 | Receipt Number 65536, Fee Amount $ 274 (RE: related document(s): 1 Voluntary Petition Chapter 7 filed by Debtor Bradley D. Kruth). (lkat, ) (Entered: 02/28/2006) |
| 02/28/2006 | 7 | CORRECTIVE ENTRY: DOCKET ENTRIES #1 AND #2 SCANNED BLANK DOCUMENTS; DEBTOR'S ATTORNEY DIRECTED TO SEND HARD COPY OF DOCUMENTS TO CASE ADMINISTRATOR. (RE: related document(s): 2 Statement of Current Monthly Income FR 22A filed by Debtor Bradley D. Kruth, 1 Voluntary Petition Chapter 7 filed by Debtor Bradley D. Kruth). (dkan, ) (Entered: 02/28/2006) |
| 03/01/2006 | 8 | Declaration Re: Electronic Filing (RE: related document(s): 1 Voluntary Petition Chapter 7 filed by Debtor Bradley D. Kruth). (dkan, ) (Entered: 03/02/2006) |
| 03/22/2006 | 9 | Notice that the Bankruptcy Petition has been Reviewed. Assigned Judge: McCullough. Appointed Trustee: Crawford. (dkan, ) (Entered: 03/22/2006) |
| 03/22/2006 | 10 | Meeting of Creditors 341(a) meeting to be held on 5/22/2006 at 01:00 PM p10 Room 740 Liberty Center, Pittsburgh. Financial Management Certificate due by 7/6/2006. Last day to oppose discharge or dischargeability is 7/21/2006. (dkan, ) (Entered: 03/22/2006) |
| 03/24/2006 | 11 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s): 10 Meeting of Creditors Chapter 7 No Asset Individual). Service Date 03/24/2006. (Admin.) (Entered: 03/25/2006) |
| 04/03/2006 | 12 | Meeting of Creditors Rescheduled 341(a) meeting to be held on 5/8/2006 at 01:00 PM p10 Room 740 Liberty Center, Pittsburgh. (dkan, ) (Entered: 04/03/2006) |

| 04/04/2006 | <u>13</u> | Amended Notice to Creditors and Other Parties in Interest Rescheduling Chapter 7 Meeting of Creditors (RE: related document(s): <u>12</u> Meeting of Creditors Rescheduled by Court). (dkan, ) (Entered: 04/04/2006) |
| 04/05/2006 | <u>14</u> | BNC Certificate of Mailing - PDF Document. (RE: related document(s): <u>12</u> Meeting of Creditors Rescheduled by Court). Service Date 04/05/2006. (Admin.) (Entered: 04/06/2006) |
| 04/06/2006 | <u>15</u> | BNC Certificate of Mailing - PDF Document. (RE: related document(s): <u>13</u> Notice). Service Date 04/06/2006. (Admin.) (Entered: 04/07/2006) |
| 05/10/2006 | 16 | Trustee's Report of No Distribution: Trustee of this estate reports and certifies that the trustee has performed the duties required of a trustee under 11 U.S.C. 704 and has concluded that there are no assets to administer for the benefit of creditors of this estate. The Meeting of Creditors has been closed and the Proof of Income has been reviewed. The trustee has received no funds or property of the estate, and paid no monies on account of the estate. Wherefore, the trustee prays that this report be approved and the trustee be discharged from office.. (Crawford, Rosemary) (Entered: 05/10/2006) |
| 07/26/2006 | <u>17</u> | Final Decree Signed on 7/26/2006 (iwen, ) (Entered: 07/26/2006) |
| 07/26/2006 | <u>18</u> | Order Closing Case Without Discharge of debtor(s)'s debts. Debtor has not filed a Financial Management Course Certificate proving compliance with the required instructional course requirement for discharge. Signed on 7/26/2006 (iwen, ) (Entered: 07/26/2006) |
| 07/28/2006 | <u>19</u> | BNC Certificate of Mailing - PDF Document. (RE: related document(s): <u>18</u> Order Closing Case Without Discharge). Service Date 07/28/2006. (Admin.) (Entered: 07/29/2006) |
| 07/26/2007 | <u>20</u> | Motion to Reopen Chapter 7 Case . Receipt Number NFP, Fee Amount $260. Filed by Debtor Bradley D. Kruth . (Attachments: # <u>1</u> Exhibit # <u>2</u> Certificate of Credit Counseling# <u>3</u> Nonconforming Document) (dkan, ) (Entered: 07/26/2007) |
| 07/26/2007 | <u>21</u> | Request for Filing Fees. (RE: related document(s): <u>20</u> Motion to Reopen Chapter 7 Case filed by Debtor Bradley D. Kruth). Filing Fee due by 8/2/2007. (dkan, ) (Entered: 07/26/2007) |
| 07/26/2007 | <u>22</u> | Financial Management Course Certificate for the completion of the course received on 7/15/07. Filed by Debtor Bradley D. Kruth (dkan, ) (Entered: 07/26/2007) |
| 07/27/2007 | <u>23</u> | Order Setting Hearing on (RE: related document(s): <u>20</u> Motion to Reopen Chapter |

06-20695 MBM

7 Case. Receipt Number NFP, Fee Amount $260. Filed by Debtor Bradley D.
Kruth. (Attachments: # 1 Exhibit # (2) Certificate of Credit Counseling# (3)
Nonconforming Document) (dkan, )). Hearing scheduled for 8/28/2007 at 01:30
PM at p02 Courtroom B, 54th Floor, US Steel Tower, Pittsburgh. Responses due
by 8/21/2007. (pbic, ) (Entered: 07/27/2007)

| 07/29/2007 | 24 | BNC Certificate of Mailing. (RE: related document(s): 23 Hearing (Bk) B, Hearing (Bk) B). Service Date 07/29/2007. (Admin.) (Entered: 07/30/2007) |
| 07/29/2007 | 25 | BNC Certificate of Mailing. (RE: related document(s): 23 Hearing (Bk) B, Hearing (Bk) B). Service Date 07/29/2007. (Admin.) (Entered: 07/30/2007) |
| 08/08/2007 | 26 | Receipt Number 4327, Fee Amount $ 260.00 (RE: related document(s): 21 Request for Filing Fees.). (dkan, ) (Entered: 08/08/2007) *BRADLEY KRUTH* |
| 08/09/2007 | 27 | Motion for Intervention Filed by INTERESTED PARTY MICHAEL BUEGENS . (Attachments: # 1 Exhibit # 2 Nonconforming Document) (dkan, ). Modified on 8/13/2007 (dkan, ). CORRECTIVE ENTRY: CORRECTED ENTRY TO SHOW THAT MICHAEL BUESGENS FILED MOTION. (Entered: 08/10/2007) |
| 08/13/2007 | 28 | CORRECTIVE ENTRY: CORRECTED ENTRY TO SHOW THAT MICHAEL BUESGENS FILED MOTION. (RE: related document(s): 27 Motion filed by Debtor Bradley D. Kruth). (dkan, ) (Entered: 08/13/2007) |
| 08/15/2007 | 29 | Proposed Order RE: Filed by Interested Party Michael Buesgens (RE: related document(s): 27 Motion filed by Debtor Bradley D. Kruth). (Attachments: # 1 Certificate of Service # 2 Exhibit) (ddoy, ) (Entered: 08/15/2007) |

WESTERN DISTRICT OF PENNSYLVANIA

### PACER Service Center

#### Transaction Receipt

08/15/2007 21:05:53

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 06-20695-MBM Fil or Ent: filed Doc From: 0 Doc To: 99999999 |

Form 129

## UNITED STATES BANKRUPTCY COURT
### Western District of Pennsylvania

17
iwen

In re:

Bankruptcy Case No.: 06–20695–MBM

Chapter: 7

**Bradley D. Kruth**
Debtor(s)

### FINAL DECREE

DOCUMENT 17
FILED
7/26/2006

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

Rosemary C. Crawford is discharged as trustee of the estate of the above–named debtor and the bond is cancelled; the chapter 7 case of the above named debtor is closed.

06-20695MBM

Dated: 7/26/06

M. Bruce McCullough
Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Bradley D. Kruth | ) | Case No. 06-20695-MBM |
| | ) | |
| | ) | Chapter 7 |
| Debtor(s). | ) | |

*[handwritten: 06-20695 MBM  NO FORM 23]*

**ORDER**

*[handwritten: DOCUMENT 18  FILED: 7/26/2006]*

Whereas, The Court has adopted the Interim Bankruptcy Rules Approved by the Advisory Committee on Bankruptcy Rules and the Committee on Rules of Practice and Procedure of the Judicial Conference of the United States in August 2005 pursuant to General Order 2005-4; and

Whereas, Interim Bankruptcy Rule 1007(c) requires an individual debtor to file a statement regarding completion of a course in personal financial management within 45 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code in a Chapter 7 case; and

Whereas, 11 U.S.C. § 727 (a)(11) states that the Court shall not grant a discharge unless the debtor completes an instructional course concerning personal financial management after filing the petition; and

Whereas, the debtor(s) failed to file a certification substantially conforming to Official Form No. 23, Certification of Completion of Instructional Course Concerning Personal Financial Management, that reflected timely attendance at a course in personal financial management.

It is hereby ordered, this case is closed without entry of a discharge order. Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.

Dated: July 26, 2006

By: _____
        M. Bruce McCullough
        Bankruptcy Judge

#63-D

EXHIBIT 4

**06-11164-frm** Donald Ray Tawney ✓

**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Bankruptcy Judge:** Frank R. Monroe
**Date filed:** 07/31/2006 **Date discharged:** 02/07/2007
**Date terminated:** 07/19/2007 **Date of last filing:** 07/20/2007

*7/31/06*

*06-11164 — VOLUNTARY CHAPTER 7*
*U.S. BANKRUPTCY COURT — AUSTIN, TEXAS*

## Parties

*FORM 23 FILED: 1/18/07*

**Michael L. Buesgens**          *CREDITOR — ADVERSARY*
3112 Windsor, #A322             *FORMER IRS EMPLOYEE*
Austin, TX 78703
(512) 339-6005
*Added: 10/30/2006*
*(Creditor)*

**Bass & Associates,PC Household Bank (SB), N.A.**
3936 E. Fort Lowell Suite 200                                represented by   **Nichlas P. Spallas**
Tucson, AZ 85730                                                              3936 E. Ft. Lowell Rd., #200
(520) 577-1544                                                                Tucson, AZ 85712-1083
*Added: 09/27/2006*                                                           (520) 577-1544 x 5017
*(Creditor)*                                                                  ecf@bass-associates.com
                                                                              *Assigned: 09/27/06*

**Randolph N Osherow** *CHAPTER 7 TRUSTEE*
342 W Woodlawn
San Antonio, TX 78212
(210) 738-3001
rosherow@hotmail.com
*Added: 07/31/2006*
*(Trustee)*

*DONALD RAY TAWNEY, JR*

**Donald Ray Tawney, Jr.** *IRS SUPERVISOR*         **Charles R. Nettles, Jr.** ✓
13601 Elm Ridge Lane #1635   *FOR*                 1524 S. IH-35, Suite 233
Austin, TX 78727             *DISCRIMINATION*       Austin, TX 78704
SSNs: xxx-xx-4466  represented by *RETALIATION*     (512) 459-3212
*Added: 07/31/2006*          *AGAINST*              (512) 459-0842 (fax)
*(Debtor)*                   *MICHAEL L BUESGENS*   charlesnettles@hotmail.com
                                                    *Assigned: 07/31/06*
                                                    *BANKRUPTCY*
                                                    *ATTORNEY*
**United States Trustee - AU12**                    *AND*
United States Trustee
903 San Jacinto Blvd, Suite 230                     *R. BARRY ROBINSON*
Austin, TX 78701                                    *AUSA*
(512) 916-5330                                      *1:06CV00967LY*
ustpregion07.au.ecf@usdoj.gov

U.S. Bankruptcy Administrator
District of _____ *FORM 23*

*DEBTOR FINANCIAL MANAGEMENT COURSE*

### INSTRUCTIONS FOR
### APPLICATION FOR APPROVAL AS A PROVIDER OF A ✓
### PERSONAL FINANCIAL MANAGEMENT INSTRUCTIONAL COURSE

**Introduction.** A provider of a personal financial management instructional course seeking approval by the Bankruptcy Administrator, in accordance with 11 U.S.C. § 111, ("Provider") must submit an application to the Office of U.S. Bankruptcy Administrator in the form described below. The Provider must provide all information and documents required by the Bankruptcy Administrator for the judicial district in which the Provider seeks approval. Unless otherwise stated, all information and documents must be in writing. All documents either must be original or conformed copies. *06−11164 FRM*

**Mailing Instructions, Information Requests, and Notification.** The application package must include the completed application and all documents and information requested. Once completed, the entire package should be sent to the following address:

U.S. Bankruptcy Administrator

_____

_____
  Attn: (Contact Name)

*NO FORM 23 IN 45 DAYS AUTOMATIC DISMISSAL*

Supplemental information requests and notifications will be sent to the principal contact identified in the application. Responses to requests must be submitted to the address stated above unless otherwise instructed.

**Applications should be completed in their entirety before submission.** An incomplete application may result in delay or denial of the application. Upon receipt of the application, the Provider will, as soon as practical, receive an acknowledgment letter which may include a request for additional information. Written inquires concerning the status of an application must be directed to the above address.

Application Form and Instructions. The application form and instructions consist of the following sections:

    Section 1.    General Information Concerning the Provider
    Section 2.    Qualifications/Experience of Provider
    Section 3.    Experienced and Trained Personnel (Teachers)
    Section 4.    Learning Materials and Methodologies (Course Curriculum)
    Section 5.    Adequate Facilities
    Section 6.    Reasonableness of Fees
    Section 7.    Acknowledgments, Agreements, and Declarations

EXHIBIT 5

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CO-932
Rev. 4/96

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. *07CV00859*
(To be supplied by the Clerk) *RBW*

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

*INTERVENOR MICHAEL L. BUESGENS*

The plaintiff , defendant or counsel must  complete the following:

I.    RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

[ ]    (a)    relates to common property

[X]    (b)    involves common issues of fact            *TIGTA INVESTIGATION*

[X]    (c)    grows out of the same event or transaction    *AND*
                                                           *FOIA DENIAL*

[ ]    (d)    involves the validity or infringement of the same patent

[X]    (e)    is filed by the same pro se litigant

2.    RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

Check box if new case is related to a dismissed case: [X] *ON APPEAL* *SEVENTH CIRCUIT #*

3.    NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT): *U.S DISTRICT COURT NORTHERN DISTRICT OF INDIANA*

4.    CAPTION AND CASE NUMBER OF RELATED CASE(E/S).  IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.
*DARYL STANLEY* v. *DEPARTMENT OF TREASURY - IRS* C. No. *2:06CV00072 PPS*

*8/15/2007*
DATE                   Signature of Plaintiff /Defendant (or counsel)

APPEAL, CASREF, TERMED

## U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Hammond)
## CIVIL DOCKET FOR CASE #: 2:06-cv-00072-PPS-APR

Stanley v. United States Department of the Treasury
Assigned to: Judge Philip P Simon
Referred to: Magistrate Judge Andrew P Rodovich
Case in other court: USCA, 07-02842
Cause: 05:552 Freedom of Information Act

Date Filed: 02/27/2006
Date Terminated: 07/09/2007
Jury Demand: None
Nature of Suit: 895 Freedom of Information Act
Jurisdiction: U.S. Government Defendant

**Plaintiff**
**Daryl Stanley**

*TIGTA*
*FOIA*
*TAXPAYER*

represented by **Keith Wolak**
Pinkerton and Friedman PC
9245 Calumet Avenue Suite 201
Munster, IN 46321-2884
219-836-3050
Fax: 219-836-2955
Email: kwolak@paflaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**United States Department of the Treasury**

*IRS*

represented by **Pat Genis** *1:07CV00859CBW*
US Department of Justice - Was/DC/TAX/227
Tax Division
PO Box 227
Washington, DC 20094
202-307-6390
Fax: 202-514-6866
Email: pat.genis@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah M Leonard - AUSA**
US Attorney's Office - FW/IN
1300 S Harrison Street Room 3128
Fort Wayne, IN 46802
260-422-2595
Fax: 260-426-1616
Email: deborah.leonard@usdoj.gov
*ATTORNEY TO BE NOTICED*

V. *FORMER IRS EMPLOYEE*
**Movant**
*MICHAEL L BUESGENS - TIGTA INVESTIGATION)*
*FOIA DENIAL - NO VAUGHN INDEX*

8/15/2007 7:28 PM

Michael L Buesgens        represented by **Michael L Buesgens**
3112 Windsor Road #A322
Austin, TX 78703
512-339-6005
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2006 | 1 | COMPLAINT against United States Department of the Treasury (Filing fee $ 250.) Receipt #2206700, filed by Daryl Stanley. (Attachments: # 1 Civil Cover Sheet)(knk, ) (Entered: 03/01/2006) |
| 02/27/2006 | 2 | Summons Issued as to United States Department of the Treasury, U.S. Attorney and U.S. Attorney General (knk, ) (Entered: 03/01/2006) |
| 02/27/2006 | 3 | NOTICE of Appearance by Keith Wolak on behalf of Daryl Stanley (knk, ) (Entered: 03/01/2006) |
| 03/02/2006 | 4 | SUMMONS Returned Executed by Daryl Stanley. United States Department of the Treasury served by serving the US Attorney's on 2/27/2006 by personal service, answer due 4/28/2006. (Wolak, Keith) (Entered: 03/02/2006) |
| 03/07/2006 | 5 | SUMMONS Returned Executed by Daryl Stanley. United States Department of the Treasury served, by serving Treasury Inspector General for Tax Administration, on 3/2/2006, answer due 5/1/2006. (Wolak, Keith) (Entered: 03/07/2006) |
| 03/13/2006 | 6 | SUMMONS Returned Executed by Daryl Stanley. United States Department of the Treasury served on 3/6/2006, by serving the Attorney General's Office, answer due 5/5/2006. (Wolak, Keith) (Entered: 03/13/2006) |
| 04/28/2006 | 7 | MOTION for Extension of Time to File Answer re 1 Complaint by United States Department of the Treasury. (Leonard, Deborah) (Entered: 04/28/2006) |
| 05/01/2006 | 8 | ORDER granting 7 Motion for Extension of Time to Answer re 1 Complaint. United States Department of the Treasury answer due 5/15/2006 . Signed by Judge Andrew P Rodovich on 5/1/06. (kjp, ) (Entered: 05/01/2006) |
| 05/19/2006 | 9 | MOTION for Summary Judgment by United States Department of the Treasury. (Attachments: (1) brief (2) Affidavit Genis declaration (3) Genis decl. ex1 (4) Statement of facts (5) Sissman declaration & exhibits A-G (6) Cert. fo service for declarations & exhibits (7) Proposed order - Removed improperly submittee)(Genis, Pat) Attachment(s) added on 5/22/2006 (rmn). Modified on 5/22/2006 to remove proposed order improperly submitted (rmn). (Entered: 05/19/2006) |
| 05/25/2006 | 10 | NOTICE of Hearing: Rule 16 Preliminary Pretrial Conference set for 7/14/2006 10:30 AM in Hammond before Magistrate Judge Andrew P Rodovich. (plm, ) (Entered: 05/25/2006) |
| 05/25/2006 | 11 | MAGISTRATE CONSENT FORMS sent to all parties (Standard Track). (plm, ) (Entered: 05/25/2006) |
| 06/19/2006 | 12 | MEMORANDUM in Opposition to 9 MOTION for Summary Judgment filed by Daryl Stanley. (Wolak, Keith) (Entered: 06/19/2006) |
| 06/19/2006 | 13 | RESPONSE to Motion re 9 MOTION for Summary Judgment filed by Daryl Stanley. (Wolak, Keith) (Entered: 06/19/2006) |
| 06/19/2006 | 14 | STATEMENT *Rule 56.1(a) Statement of Genuine Issues with Ex A (Affidavit of Keith Wolak)* regarding 13 Response to Motion filed by Daryl Stanley,. (Wolak, Keith) (Entered: 06/19/2006) |
| 06/19/2006 | 15 | MOTION to Compel by Daryl Stanley. (Wolak, Keith) (Entered: 06/19/2006) |

| 06/28/2006 | 16 | NOTICE re 10. The Rule 16 Preliminary Pretrial Conference set on 7/14/2006 at 10:30 AM before Magistrate Judge Andrew P Rodovich is telephonic. Court to initiate the conference call. (plm, ) (Entered: 06/28/2006) |
| 06/30/2006 | 17 | NOTICE of Appearance by Pat Genis on behalf of United States Department of the Treasury (Genis, Pat) (Entered: 06/30/2006) |
| 07/14/2006 | 18 | TELEPHONIC RULE 16 PRELIMINARY PRETRIAL CONFERENCE held on 7/14/2006 before Judge Andrew P Rodovich. Pla appeared by atty Keith Wolak. Dft appeared by atty Pat Genis. Plaintiff's Motion to Compel 15 filed 6/19/2006 is DENIED. Telephonic Status Conference set for 9/8/2006 11:30 AM in Hammond before Magistrate Judge Andrew P Rodovich. Court to initiate the conference call. (plm, ) (Entered: 07/14/2006) |
| 09/08/2006 | 19 | TELEPHONIC STATUS CONFERENCE held on 9/8/2006 before Judge Andrew P Rodovich. Pla appeared by atty Keith Wolak. Dft appeared by atty Pat Genis. Telephonic Status Conference set for 10/27/2006 02:30 PM (CST) in Hammond before Magistrate Judge Andrew P Rodovich. Court to initiate the conference call. (plm, ) (Entered: 09/08/2006) |
| 10/27/2006 | 20 | TELEPHONIC STATUS CONFERENCE held on 10/27/2006 before Judge Andrew P Rodovich. Pla appeared by atty Keith Wolak. Dft appeared by atty Pat Genis. Telephonic Status Conference set for 12/15/2006 02:30 PM in Hammond before Magistrate Judge Andrew P Rodovich. Court to initiate the conference call. (plm, ) (Entered: 10/27/2006) |
| 12/13/2006 | 21 | NOTICE of Hearing: regarding [20]: Telephonic Status Conference reset for 12/21/2006 09:30 AM (CST) before Magistrate Judge Andrew P Rodovich. PLEASE NOTE: Previous setting of 12/15/2006 02:30 PM is VACATED.(plm, ) (Entered: 12/13/2006) |
| 12/21/2006 | 22 | TELEPHONIC STATUS CONFERENCE held on 12/21/2006 before Judge Andrew P Rodovich. Pla appeared by atty Keith Wolak. Dft appeared by atty Pat Genis. Telephonic Status Conference set for 2/23/2007 10:00 AM before Magistrate Judge Andrew P Rodovich. Court to initiate the conference call. (plm, ) (Entered: 12/21/2006) |
| 01/03/2007 | 23 | ORDER denying 9 MOTION for Summary Judgment filed by United States Department of the Treasury. Defendant is ORDERED to file under seal the 32 pages of documents being withheld within 30 days, so that the Court may inspect them in camera. Dft will be given leave to refile its summary judgment motion once the documents are submitted for in camera review. Signed by Judge Philip P Simon on 1/3/06. (kjp, ) (Entered: 01/04/2007) |
| 01/29/2007 | 24 | NOTICE OF MANUAL FILING of DOCUMENTS FOR IN CAMERA REVIEW by United States Department of the Treasury (Genis, Pat) (Entered: 01/29/2007) |
| 01/30/2007 | 25 | SEALED Documents submitted for in camera review by United States Department of the Treasury. (kjp) (Entered: 01/31/2007) |
| 02/06/2007 | 27 | NOTICE of Hearing: Telephone Conference set for 2/13/2007 11:00 AM in Hammond before Judge Philip P Simon. The parties shall notify the case management deputy by 12:00 noon on 2/12/2007 of the attorneys to be present for the telephone conference and the telephone number at which they can be reached. This information should be provided to simon_chambers@innd.uscourts.gov(nac) (Entered: 02/06/2007) |
| 02/09/2007 | 28 | MOTION to Continue *Telephonic Conference scheduled for February 13, 2007 at 11:00 a.m.* by Plaintiff Daryl Stanley. (Wolak, Keith) (Entered: 02/09/2007) |
| 02/09/2007 | 29 | ORDER granting 28 Motion to Continue: Telephone Conference RESET for 2/14/2007 10:00 AM in Hammond before Judge Philip P Simon. The previous setting of 2/13/2007 is VACATED on the court calendar of Judge Philip P. Simon. Signed by Judge Philip P Simon on 2/9/2007. (nac) (Entered: 02/09/2007) |

| 02/14/2007 | 30 | ORDER Defendant's motions for summary judgment to be filed by 3/15/2007 and Plaintiff's Response to be filed by 4/15/2007. Signed by Judge Philip P Simon on 2/14/07. (kjp) (Entered: 02/14/2007) |
| 02/14/2007 | 31 | TELEPHONE CONFERENCE held on 2/14/2007 before Judge Philip P Simon. Pla appeared by atty Keith Wolak. Defense present by atty Pat Genis. Defense will be renewing the motion for S/J - deadline of 3/15/07. Plf may file a response, deadline of 4/15/07. Thereafter the Court will issue a written opinion. (nac) (Entered: 02/14/2007) |
| 02/20/2007 | 32 | Second MOTION for Summary Judgment *(Renewed motion for summary judgment)* by Defendant United States Department of the Treasury. (Attachments: # 1 MSJ-part 1# 2 MSJ-part2)(Genis, Pat) (Entered: 02/20/2007) |
| 02/23/2007 | 33 | TELEPHONIC STATUS CONFERENCE held on 2/23/2007 before Judge Andrew P Rodovich. Pla appeared by atty Keith Wolak. Dft appeared by atty Pat Genis. The parties indicate that the summary judgment will resolve all issues and that no additional status conference is necessary. (plm) (Entered: 02/23/2007) |
| 03/21/2007 | 34 | RESPONSE to Motion re 32 Second MOTION for Summary Judgment *(Renewed motion for summary judgment)* filed by Daryl Stanley. (Wolak, Keith) (Entered: 03/21/2007) |
| 03/30/2007 | 35 | REPLY to Response to Motion re 32 Second MOTION for Summary Judgment *(Renewed motion for summary judgment)* filed by United States Department of the Treasury. (Genis, Pat) (Entered: 03/30/2007) |
| 07/09/2007 | 36 | OPINION AND ORDER granting 32 Renewed motion for summary judgment filed by United States Department of the Treasury. ***Civil Case Terminated. Signed by Judge Philip P Simon on 7/9/07. (kjp) (Entered: 07/09/2007) |
| 07/09/2007 | 37 | CLERK'S ENTRY OF JUDGMENT in favor of the Defendant. (kjp) (Entered: 07/09/2007) |
| 07/17/2007 | 38 | ORDER The Clerk is directed to file Michael L Buesgen's motion to intervene, and DE#39 the motion to intervene is DENIED. Signed by Judge Philip P Simon on 7/17/07. cc: Buesgens(kjp) Modified on 7/17/2007 to link to motion (kjp). (Entered: 07/17/2007) |
| 07/17/2007 | 39 | MOTION to Intervene by Michael L Buesgens, movant. (Attachments: # 1 Exhibit Part 1# 2 Exhibit Part 2# 3 Exhibit Part 3)(kjp) Modified on 7/18/2007 to show motion termed (kjp). (Entered: 07/17/2007)   *ORIGINALLY FILED 6/16/2007* |
| 07/17/2007 | 40 | NOTICE OF APPEAL as to 36 Opinion and Order and 37 Clerk's Entry of Judgment by Michael L Buesgens. Filing fee $ 455, receipt number 2210041. (Attachments: # 1 Exhibit Part 1# 2 Exhibit Part 2# 3 Exhibit Part 3)(kjp) Modified on 7/18/2007 to correctly reflect Order and Judgment Appealled (kjp). (Entered: 07/17/2007) |
| 07/18/2007 | 41 | Short Record Sent to US Court of Appeals re 40 Notice of Appeal, (Attachments: # 1 Info sheet continued showing movant)(kjp) (Entered: 07/18/2007) |
| 07/18/2007 | 42 | FAXED CORRESPONDENCE from Michael L Buesgens received in chambers on 7/5/07 (kjp) (Entered: 07/18/2007) |
| 07/31/2007 | 43 | Mail Returned from Michael L Buesgens. Copies of Appeal Fee Receipt 38 Order and 40 Notice of Appeal which was returned to filer was sent back to the Clerk's Office. Documents have been placed in the file. (kjp) (Entered: 08/01/2007) |
| 08/06/2007 | 44 | USCA Case Number 07-2842 for 40 Notice of Appeal, filed by Michael L Buesgens. (kjp) (Entered: 08/06/2007)   *07-2842* |

Home | PACER | Opinions    *SEVENTH CIRCUIT*    Help

## General Docket    *07-2842*
### US Court of Appeals for the Seventh Circuit

Court of Appeals Docket #: 07-2842 ✓                    Filed: 8/2/07
Nsuit: 2895  Freedom Info Act 1974-US Def
Stanley, Daryl v. TREA
Appeal from: United States District Court
- - - - - - - - - - - - - *TIGTA - FOIA - NO VAUGHN INDEX*
Lower court information:            *FOR INTERVENOR*
                                    *MICHAEL BUESGENS*
    District: 0755-2 : 06 C 72      *FORMER*
    Ordering Judge: Philip P. Simon, Judge    *IRS*
    Court Reporter: Sharon Boleck-Mroz, Court Reporter    *EMPLOYEE*
    Date Filed: 2/27/06
    Date order/judgment: 7/9/07
    Date NOA filed: 7/17/07
- - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid
                        *2:06 CV000 72 PRS*
- - - - - - - - - - -
Prior cases:            *Hammond, Indiana*
    None
Current cases:
    None

Docket as of August 10, 2007 11:01 pm        Page 1

07-2842  Stanley, Daryl v. TREA

DARYL STANLEY                Keith Wolak ✓
     Plaintiff              219/836-3050
                            [COR LD NTC ret]
                            PINKERTON & FRIEDMAN
                            9245 Calumet Avenue
                            The Fairmont
                            Munster, IN 46321-2807
                            USA

Court Docket Sheet for 07-2842                    http://pacer.ca7.uscourts.gov/cgi-bin/dktrpt.pl?CASENUM=07-284...

v.

UNITED STATES DEPARTMENT OF          John Schumann
THE TREASURY                         FAX 202/514-8456
    Defendant - Appellee              202/514-3256
                                     [COR LD NTC ret]
                                     DEPARTMENT OF JUSTICE
                                     Tax Division, Appellate Section
                                     P.O. Box 502
                                     Ben Franklin Station
                                     Washington, DC 20044
                                     USA

                                     Daniel L. Bella
                                     FAX 219/852-2770
                                     219/937-5500
                                     Suite 1500
                                     [COR LD NTC ret]
                                     OFFICE OF THE UNITED STATES
                                     ATTORNEY
                                     5400 Federal Plaza
                                     Hammond, IN 46320
                                     USA

------------------------

MICHAEL L. BUESGENS                  Michael L. Buesgens
    Intervenor - Appellant             512/339-6005
                                     #A322
                                     [COR LD NTC pro]
                                     3112 Windsor Road
                                     Austin, TX 78703

Docket as of August 10, 2007 11:01 pm                    Page 2


07-2842  Stanley, Daryl v. TREA

DARYL STANLEY,
                  Plaintiff
   v.

UNITED STATES DEPARTMENT OF THE TREASURY,

Defendant - Appellee

APPEAL OF:  MICHAEL L. BUESGENS

Docket as of August 10, 2007 11:01 pm                    Page 3


07-2842  Stanley, Daryl v. TREA

8/2/07          U.S. civil case docketed. [07-2842] [2127967-1] Transcript
                information sheet due 8/13/07. Appellant's brief due
                9/11/07 for Michael L. Buesgens. Docketing Statement due
                7/24/07. (amyd)

8/2/07          Disclosure Statement filed by Michael L. Buesgens for
                Appellant Michael L. Buesgens. [07-2842] [2127967-1] (amyd)

8/6/07          Filed Appellant Michael L. Buesgens docketing statement.
                [07-2842] [2128475-1] (desi)

8/9/07          Appearance form filed by attorney(s) John Schumann for
                Appellee TREA.   [07-2842] [2127967-1] (amyd)

                                                        AUSA

Docket as of August 10, 2007 11:01 pm                    Page 4


## PACER Service Center

### Transaction Receipt

08/16/2007 10:50:14

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | dkt report | Case Number: | 07-2842 |
| Billable Pages: | 4 | Cost: | 0.32 |

EXHIBIT 6

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CO-932
Rev. 4/96

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. **07CV00859**
(To be supplied by the Clerk)
**RBW**

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

*INTERVENOR MICHAEL L BUESGENS*

The plaintiff, defendant or counsel must complete the following:

I.      RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

[ ]     (a)     relates to common property

[X]     (b)     involves common issues of fact

[X]     (c)     grows out of the same event or transaction

[ ]     (d)     involves the validity or infringement of the same patent

[X]     (e)     is filed by the same pro se litigant

2.      RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)      **HUD #06-06-2938**

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case: [X]      **1:06CV00226LY-RP**
**1:06CV00260LY**

3.      NAME THE UNITED STATES COURT IN WHICH THE RELAT~~ED CASE~~ IS FILL~~ED, O~~THER THAN THIS
COURT.      **U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS**

4.      CAPTION AND CASE NUMBER OF RELATED CASE(S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.      ✓

**PETER PANTAZES**      v  **HUD**      C.A. No.      **04CV01056ESH**

**8/15/2007**                    **Michael L Buens**                    **DISTRICT OF**
DATE                    Signature of Plaintiff/Defendant (or counsel)      **COLUMBIA**

CASREF, JURY, TYPE-H

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:04-cv-01056-ESH-DAR**

*MICHAEL L BUESGENS MOTION TO INTERVENE*

PANTAZES v. JACKSON
Assigned to: Judge Ellen S. Huvelle
Referred to: Magistrate Judge Deborah A. Robinson
           Magistrate Judge John M. Facciola (Settlement)
Demand: $300,000
Cause: 29:0794 Job Discrimination (Handicap)

Date Filed: 06/25/2004
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**PETER PANTAZES**

*FORMER HUD EMPLOYEE*

*AND*

*FEDERAL OCCUPATIONAL HEALTH*
*DOCTOR*
*NEAL LEE PRESANT, M.D.*
*CONTRACTS*
*WITH*
*HUD*
*AND*
*IRS*
*AND*
*DEPARTMENT OF THE TREASURY*
*FOR*
*OCCUPATIONAL MEDICINE*
*REASONABLE REASSIGNMENT*
*ACCOMMODATION*

represented by **Irving Kator**
KATOR, PARKS & WEISER, PLLC
1020 19th Street, NW
Suite 350
Washington, DC 20036
(202) 898-4800
Fax: (202) 289-1389
Email: ikator@katorparks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cathy A. Harris**
KATOR, PARKS & WEISER, PLLC
1020 19th Street, NW
Suite 350
Washington, DC 20036
(202) 898-4800
Fax: (202) 289-1389
Email: charris@katorparks.com
*ATTORNEY TO BE NOTICED*

**Michael J. Kator**
KATOR, PARKS & WEISER, PLLC
1020 19th Street, NW
#350
Washington, DC 20036-6101
(202)898-4800
Fax: (202) 289-1389

V.

**Defendant**  HUD ✓

**ALPHONSO R. JACKSON** ✓
*Acting Secretary, United States*
*Department of Housing*

SEE MICHAEL L BUESGENS
FEDERAL TORT CLAIM
1:07CV 10538 WGY
BOSTON, MA - CLOSED
HUD # 06-06-293-8 FILED: 12/28/05

Email: mkator@katorparks.com
*ATTORNEY TO BE NOTICED*

R. BARRY ROBINSON - AUSA
PAT S. GENIS - AUSA
KAREN MELNIK - AUSA

represented by **Oliver W. McDaniel**
U.S. ATTORNEY'S OFFICE
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION
555 4th Street, NW
Washington, DC 20530
(202) 616-0739
Fax: (202) 514-8780
Email: oliver.mcdaniel@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/25/2004 | 1 | COMPLAINT against ALPHONSO R. JACKSON (Filing fee $ 150.) filed by PETER PANTAZES.(jf, ) (Entered: 06/30/2004) |
| 06/25/2004 | | SUMMONS (3) Issued as to ALPHONSO R. JACKSON, U.S. Attorney and U.S. Attorney General (jf, ) (Entered: 06/30/2004) |
| 08/20/2004 | 2 | ATTORNEY APPEARANCE. (McDaniel, Oliver) (Entered: 08/20/2004) |
| 08/25/2004 | 3 | MOTION for Extension of Time to File Answer re 1 Complaint *and Memorandum in Support Thereof* by ALPHONSO R. JACKSON. (Attachments: # 1 Text of Proposed Order)(McDaniel, Oliver) (Entered: 08/25/2004) |
| 09/08/2004 | 4 | Minute ORDER granting 3 Motion for Extension of Time to Answer; answer due 9/30/2004. Signed by Judge Ellen S. Huvelle on 9/8/2004. (lcesh2, ) (Entered: 09/08/2004) |
| 09/08/2004 | | Set/Reset Deadlines: Answer due by 9/30/2004. (gdf) (Entered: 09/14/2004) |
| 09/30/2004 | 5 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by ALPHONSO R. JACKSON. (Attachments: # 1 Text of Proposed Order)(McDaniel, Oliver) (Entered: 09/30/2004) |
| 10/01/2004 | | Minute ORDER granting 5 Motion for Extension of Time to Answer re 1 Complaint ALPHONSO R. JACKSON answer due 10/22/2004. . Signed by Judge Ellen S. Huvelle on 10/1/04. (BL, ) (Entered: 10/01/2004) |
| 10/01/2004 | | Set/Reset Deadlines: Answer due by 10/22/2004. (gdf) (Entered: 10/04/2004) |

| 10/22/2004 | 6 | MOTION for Extension of Time to File Answer re 1 Complaint *(Three-Business-Day), and Memorandum in Support Thereof* by ALPHONSO R. JACKSON. (Attachments: # 1 Text of Proposed Order)(McDaniel, Oliver) (Entered: 10/22/2004) |
|---|---|---|
| 10/25/2004 | | Minute ORDER granting 6 Motion for Extension of Time to Answer re 1 Complaint to 10/27/04 . Signed by Judge Ellen S. Huvelle on 10/25/04. (BL, ) (Entered: 10/25/2004) |
| 10/27/2004 | 7 | Consent MOTION for Extension of Time to File Answer re 1 Complaint *and Memorandum in Support Thereof* by ALPHONSO R. JACKSON. (Attachments: # 1 Text of Proposed Order)(McDaniel, Oliver) (Entered: 10/27/2004) |
| 10/28/2004 | | Minute ORDER granting 7 Motion for Extension of Time to Answer Complaint. Signed by Judge Ellen S. Huvelle on 10/28/04. (BL, ) (Entered: 10/28/2004) |
| 10/29/2004 | 8 | MOTION to Dismiss *and*, MOTION for Summary Judgment by ALPHONSO R. JACKSON. (Attachments: # 1 Text of Proposed Order)(McDaniel, Oliver) (Entered: 10/29/2004) |
| 10/29/2004 | 9 | MOTION for Extension of Time to File *Exhibits in Support of Defendant's Motion to Dismiss and for Summary Judgment* by ALPHONSO R. JACKSON. (Attachments: # 1 Text of Proposed Order)(McDaniel, Oliver) (Entered: 10/29/2004) |
| 11/03/2004 | 10 | NOTICE *of Filing Exhibits in Support of Defendant's Motion for Summary Judgment* by ALPHONSO R. JACKSON re 8 MOTION to Dismiss *and* MOTION for Summary Judgment (Attachments: # 1 Exhibit 1 (Declaration of Linda Grant)# 2 Exhibit 2 (OPF pages)# 3 Exhibit 3 (Letter from Dr. Romero)# 4 Exhibit 4 (ROI Exh. F8a - Part I)# 5 Exhibit 4 (ROI Exh. F8a - Part II)# 6 Exhibit 5 (ROI Exh. F8e)# 7 Exhibit 6 (ROI Exh. F3)# 8 Exhibit 7 (ROI Exh. F4)# 9 Exhibit 8 (Declaration of Roger Weathers)# 10 Exhibit 10 (Declaration of Deborah Rizzo)# 11 Exhibit 11 (Discovery Responses)# 12 Exhibit 12 (Progress Review Record)# 13 Exhibit 13 (Email Message)# 14 Exhibit 9 (ROI Exh. A))(McDaniel, Oliver) (Entered: 11/03/2004) |
| 11/04/2004 | | Minute ORDER granting 9 Motion for Extension of Time to File Exhibits in Support of Motion to Dismiss and for Summary Judgment. Signed by Judge Ellen S. Huvelle on 11/4/04. (BL, ) (Entered: 11/04/2004) |
| 11/05/2004 | 11 | ERRATA *to Defendant's Motion to Dismiss and for Summary Judgment* by ALPHONSO R. JACKSON. (Attachments: # 1 Exhibit 2 (OPF page)# 2 Corrected Memorandum of Points and Authorities)(McDaniel, Oliver) (Entered: 11/05/2004) |
| 11/16/2004 | 12 | Consent MOTION for Extension of Time to *File Opposition to Motion to Dismiss And For Summary Judgment* by PETER PANTAZES. (Attachments: # 1 Text of Proposed Order)(Kator, Irving) (Entered: 11/16/2004) |
| 11/17/2004 | | Minute ORDER granting 12 Motion for Extension of Time to file opposition to defendan's motion to dismss and for summary judgment to 12/20/04. Signed by Judge Ellen S. Huvelle on 11/17/04. (BL, ) (Entered: 11/17/2004) |

| 11/17/2004 | | Set/Reset Deadlines: Responses due by 12/20/2004 (gdf) (Entered: 11/18/2004) |
|---|---|---|
| 12/16/2004 | 13 | MOTION for Extension of Time to File Response/Reply as to 8 MOTION to Dismiss *and* MOTION for Summary Judgment by PETER PANTAZES. (Attachments: # 1 Text of Proposed Order)(Kator, Irving) (Entered: 12/16/2004) |
| 12/17/2004 | | Minute ORDER granting 13 Motion for Extension of Time to File Response. Responses due by 12/30/2004. Signed by Judge Ellen S. Huvelle on 12/17/04. (BL, ) (Entered: 12/17/2004) |
| 12/17/2004 | | Set/Reset Deadlines: Responses due by 12/20/2004 (gdf) (Entered: 12/22/2004) |
| 12/30/2004 | 14 | Memorandum in opposition to motion re 8 *Dismiss or in the Alternative for Summary Judgment* filed by PETER PANTAZES. (Attachments: # 1 Plaintiff's Response to Defendant's Statement of Facts# 2 Text of Proposed Order # 3 Exhibit 1# 4 Exhibit 2# 5 # 6 Exhibit 4# 7 Exhibit 5# 8 Exhibit 6# 9 Exhibit 7# 10 Exhibit 8# 11 Exhibit 9# 12 Exhibit 10# 13 Exhibit 11# 14 Exhibit 12# 15 Exhibit 13# 16 Exhibit 14# 17 Exhibit 15# 18 Exhibit 16# 19 Exhibit 17# 20 Exhibit 18# 21 Exhibit 19)(Kator, Irving) (Entered: 12/30/2004)    *NEAL LEE PLESANT, M.D.* |
| 01/11/2005 | 15 | Consent MOTION for Extension of Time to File Response/Reply as to 14 Memorandum in Opposition,, by ALPHONSO R. JACKSON. (Attachments: # 1 Text of Proposed Order)(McDaniel, Oliver) (Entered: 01/11/2005) |
| 01/12/2005 | | Minute ORDER granting 15 Motion for Extension of Time to File Response re 8 MOTION to Dismiss *and* MOTION for Summary Judgment. Signed by Judge Ellen S. Huvelle on 1/12/05. (BL, ) (Entered: 01/12/2005) |
| 01/24/2005 | 16 | Consent MOTION for Extension of Time to File Response/Reply as to 14 Memorandum in Opposition,, *(Second)* by ALPHONSO R. JACKSON. (Attachments: # 1 Text of Proposed Order)(McDaniel, Oliver) (Entered: 01/24/2005) |
| 01/24/2005 | | Minute ORDER granting 16 Motion for Extension of Time to File Reply re 8 MOTION to Dismiss *and* MOTION for Summary Judgment Reply due by 2/4/2005.. Signed by Judge Ellen S. Huvelle on 1/24/05. (BL, ) (Entered: 01/24/2005) |
| 02/04/2005 | 17 | REPLY to opposition to motion re 8 filed by ALPHONSO R. JACKSON. (McDaniel, Oliver) (Entered: 02/04/2005) |
| 03/31/2005 | 18 | ORDER denying 8 Motion to Dismiss, denying 8 Motion for Summary Judgment . Signed by Judge Ellen S. Huvelle on 3/31/05. (BL, ) (Entered: 03/31/2005) |
| 03/31/2005 | 19 | MEMORANDUM AND OPINION. Signed by Judge Ellen S. Huvelle on 3/3/05. (BL, ) (Entered: 03/31/2005) |
| 03/31/2005 | 20 | ORDER for Initial Scheduling Conference, set for 4/26/05, 10:00 a.m. Signed by Judge Ellen S. Huvelle on 3/31/05. (BL, ) (Entered: 03/31/2005) |
| 03/31/2005 | | Set/Reset Hearings: Initial Scheduling Conference set for 4/26/2005 10:00 AM in Courtroom 18 before Judge Ellen S. Huvelle. (gdf) (Entered: 03/31/2005) |

| 04/06/2005 | 21 | NOTICE of Appearance by Cathy A. Harris on behalf of PETER PANTAZES (Harris, Cathy) (Entered: 04/06/2005) |
| 04/19/2005 | 22 | MEET AND CONFER STATEMENT. (Attachments: # 1 Proposed Initial Scheduling Order# 2 Stipulation Regarding Initial Disclosures)(McDaniel, Oliver) (Entered: 04/19/2005) |
| 04/21/2005 | 23 | NOTICE *of Plaintiff's Statement of the Case* by PETER PANTAZES (Harris, Cathy) (Entered: 04/21/2005) |
| 04/26/2005 | 24 | SCHEDULING ORDER: Discovery due by 1/11/2006. Status Conference set for 1/17/2006 09:30 AM in Courtroom 18 before Judge Ellen S. Huvelle. Signed by Judge Ellen S. Huvelle on 4/26/05. (BL, ) (Entered: 04/26/2005) |
| 04/26/2005 | 25 | **ENTERED IN ERROR**ORDER of Referral to Magistrate Judge Facciola for settlement discussions, 4/26/05-6/26/05. Signed by Judge Ellen S. Huvelle on 4/26/05. (BL, ) Modified on 4/26/2005 (BL, ). (Entered: 04/26/2005) |
| 04/26/2005 | | Minute Entry for proceedings held before Judge Ellen S. Huvelle : Meet and Confer Hearing. Case referred to Magistrate Facciola for settlement.Discovery due by 1/11/2006. Status Conference set for 1/17/2006 09:30 AM in Courtroom 18 before Judge Ellen S. Huvelle. (Court Reporter Lisa Griffith.) (gdf) (Entered: 04/26/2005) |
| 04/26/2005 | 26 | ORDER of Referral to Magistrate Judge Facciola for settlement discussions, 4/26/05-6/26/05. Signed by Judge Ellen S. Huvelle on 4/26/05. (BL, ) (Entered: 04/26/2005) |
| 05/02/2005 | | CASE REFERRED to Magistrate Judge John M. Facciola for Settlement. (jsc) (Entered: 05/03/2005) |
| 05/05/2005 | 27 | Notice to counsel regarding referral to Magistrate Judge John M. Facciola for settlement. Signed by Magistrate Judge John M. Facciola on 5/5/05. (SP, ) (Entered: 05/05/2005) |
| 05/05/2005 | | Set/Reset Hearings: Settlement Conference set for 6/9/2005 10:00 AM in Chambers before Magistrate Judge John M. Facciola. (SP, ) (Entered: 05/05/2005) |
| 05/05/2005 | 28 | ORDER re settlement confidentiality. Signed by Magistrate Judge John M. Facciola on 5/5/05. (SP, ) (Entered: 05/05/2005) |
| 06/15/2005 | 29 | MOTION for Leave to File *Answer* by ALPHONSO R. JACKSON. (Attachments: # 1 Text of Proposed Order # 2 Answer)(McDaniel, Oliver) (Entered: 06/15/2005) |
| 06/16/2005 | | Minute ORDER granting 29 Motion for Leave to File Answer. Signed by Judge Ellen S. Huvelle on 6/16/05. (BL) (Entered: 06/16/2005) |
| 06/16/2005 | 30 | ANSWER to Complaint by ALPHONSO R. JACKSON.(jf, ) (Entered: 06/17/2005) |
| 12/21/2005 | 31 | Joint MOTION for Extension of Time to Complete Discovery by PETER PANTAZES. (Attachments: # 1 Text of Proposed Order)(Harris, Cathy) (Entered: 12/21/2005) |

| 12/22/2005 | | Minute ORDER granting 31 Motion for Extension of Time to Complete Discovery. Discovery shall be completed by 3/20/06. The status now set for January 17, 2006 is vacated and reset for March 31, 2006 at 10:00 a.m. Signed by Judge Ellen S. Huvelle on 12/22/05. (BL) (Entered: 12/22/2005) |
|---|---|---|
| 12/22/2005 | | Set Deadlines/Hearings: Discovery due by 3/20/2006. Status Conference reset for 3/31/2006 10:00 AM in Courtroom 18 before Judge Ellen S. Huvelle. (gdf) (Entered: 01/11/2006) |
| 03/16/2006 | 32 | Consent MOTION for Extension of Time to Complete Discovery by ALPHONSO R. JACKSON. (Attachments: # 1 Text of Proposed Order)(McDaniel, Oliver) (Entered: 03/16/2006) |
| 03/16/2006 | 33 | MOTION for Independent Medical Examinations *and*, MOTION for Extension of Time to *Make Expert Disclosures* by ALPHONSO R. JACKSON. (Attachments: # 1 Text of Proposed Order)(McDaniel, Oliver) (Entered: 03/16/2006) |
| 03/17/2006 | | MINUTE ORDER granting 32 Motion for Extension of Time to Complete Discovery. Discovery shall be completed by 6/30/06. It is FURTHER ORDERED that a status and a hearing on defendant's motion for an IME will be held at 9:15 a.m. on 3/31/06 (not at 10:00 a.m. as previously set). Signed by Judge Ellen S. Huvelle on 3/17/06. (BL) (Entered: 03/17/2006) |
| 03/17/2006 | | Set Deadlines/Hearings: Discovery due by 6/30/2006. Status Conference set for 3/31/2006 09:15 AM in Courtroom 18 before Judge Ellen S. Huvelle. (gdf) (Entered: 03/20/2006) |
| 03/28/2006 | 34 | Memorandum in opposition to re 33 *Motion for Independent Medical Examinations and for Extension of Time to Make Expert Disclosures* filed by PETER PANTAZES. (Attachments: # 1 Text of Proposed Order)(Kator, Irving) (Entered: 03/28/2006) |
| 03/30/2006 | | NOTICE OF COURTROOM CHANGE Status Conference set for 3/31/2006 at 9:15 AM in Courtroom 26A on the 4th floor in the new Annex before Judge Ellen S. Huvelle. (gdf) (Entered: 03/30/2006) |
| 03/31/2006 | | Minute Entry for proceedings held before Judge Ellen S. Huvelle: Status Conference held on 3/31/2006. Status Conference set for 7/11/2006 at 9:30 AM in Courtroom 18 before Judge Ellen S. Huvelle. (Court Reporter Lisa Griffith.) (gdf) (Entered: 03/31/2006) |
| 03/31/2006 | 35 | MINUTE ORDER granting 33 Motion for independent examinations, granting 33 Motion for Extension of Time to Disclose Experts (5/26/06). Signed by Judge Ellen S. Huvelle on 3/31/06. (BL) (Entered: 03/31/2006) |
| 05/08/2006 | 36 | MOTION for Protective Order *Regarding Independent Medical Examination* by PETER PANTAZES. (Attachments: # 1 Exhibit 1: Defendant's Rule 26(a)(2) disclosures# 2 Exhibit 2: April 13, 2006 Letter from Kator to McDaniel# 3 Exhibit 3: Email, May 2, 2006# 4 Text of Proposed Order)(Harris, Cathy) (Entered: 05/08/2006) |

| 05/15/2006 | 37 | MOTION to Compel *Defendant's Discovery Responses* by PETER PANTAZES. (Attachments: # 1 Exhibit 1: Plaintiff's Discovery Requests# 2 Exhibit 2: Defendant's Discovery Responses# 3 Exhibit 3: Letter, Kator to McDaniel, Feb. 17, 2006# 4 Exhibit 4: Letter, Kator to McDaniel, March 20, 2006# 5 Exhibit 5: emails from Harris to McDaniel, various dates# 6 Exhibit 6: (intentionally omitted)# 7 Exhibit 7: Letter, McDaniel to Harris, May 4, 2006# 8 Exhibit 8: Letter from Harris to McDaniel, January 13, 2006# 9 Text of Proposed Order)(Harris, Cathy) (Entered: 05/15/2006) |
| 05/15/2006 | 38 | ORDER REFERRING CASE to Magistrate Judge Deborah A. Robinson for resolution of all discovery disputes, with the exception of plaintiff's Motion for Protective Order. Signed by Judge Ellen S. Huvelle on 5/15/2006. (lcesh2) (Entered: 05/15/2006) *DISCOVERY DISPUTES* |
| 05/16/2006 | | ORDER denying without prejudice as moot 36 plaintiff's Motion for Protective Order. (lcesh1, ) (Entered: 05/16/2006) |
| 05/16/2006 | | Minute ORDER: A conference call is hereby scheduled for Monday, June 12, 2006, at 4:30 p.m. (lcesh1, ) (Entered: 05/16/2006) |
| 05/16/2006 | | CASE REFERRED to Magistrate Judge Deborah A. Robinson. (jsc) (Entered: 05/17/2006) |
| 05/24/2006 | 39 | Unopposed MOTION for Extension of Time to File Response/Reply as to 37 MOTION to Compel *Defendant's Discovery Responses* by ALPHONSO R. JACKSON. (Attachments: # 1 Text of Proposed Order)(McDaniel, Oliver) (Entered: 05/24/2006) |
| 05/25/2006 | | MINUTE ORDER granting 39 Unopposed Motion for Extension of Time to File Response/Reply. Defendant shall have until June 16, 2006 to respond to plaintiff's Motion to Compel. Signed by Judge Ellen S. Huvelle on 5/25/2006. (lcesh2) (Entered: 05/25/2006) |
| 05/25/2006 | | Set/Reset Deadlines: Responses due by 6/16/2006 (gdf) (Entered: 06/07/2006) |
| 06/16/2006 | | Minute ORDER: Based on a conference call this date, a status conference is hereby scheduled for September 7, 2006 at 9:15 a.m. (lcesh1, ) (Entered: 06/16/2006) |
| 06/16/2006 | 40 | ORDER REFERRING CASE to Magistrate Judge for settlement purposes. (lcesh1, ) (Entered: 06/16/2006) |
| 06/16/2006 | 41 | Unopposed MOTION for Extension of Time to File Response/Reply as to 37 MOTION to Compel *Defendant's Discovery Responses (one-business-day)* by ALPHONSO R. JACKSON. (Attachments: # 1 Text of Proposed Order)(McDaniel, Oliver) (Entered: 06/16/2006) |
| 06/16/2006 | | Set/Reset Hearings: Status Conference reset for 9/7/2006 09:15 AM in Courtroom 18 before Judge Ellen S. Huvelle. (gdf) (Entered: 06/19/2006) |

| 06/19/2006 | | MINUTE ORDER by Magistrate Judge Deborah A. Robinson on 6/19/06 granting 41 Motion for Extension of Time to File Response/Reply to 37 MOTION to Compel; Response due by 6/19/2006; Reply due by 6/26/2006.(EW) (Entered: 06/19/2006) |
| --- | --- | --- |
| 06/19/2006 | 42 | MOTION for Protective Order by ALPHONSO R. JACKSON. (Attachments: # 1 Text of Proposed Order # 2 Memorandum of Points and Authorities (See Opposition to Plaintiff's Motion to Compel for Exhibits))(McDaniel, Oliver) (Entered: 06/19/2006) |
| 06/19/2006 | 43 | Memorandum in opposition to re 37 MOTION to Compel *Defendant's Discovery Responses* filed by ALPHONSO R. JACKSON. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Case: Williams v. Sprint/United Management Co.)(McDaniel, Oliver) (Entered: 06/19/2006) |
| 06/19/2006 | 44 | MEMORANDUM in support of re 42 MOTION for Protective Order filed by ALPHONSO R. JACKSON, by ALPHONSO R. JACKSON. (td, ) (Entered: 06/20/2006) |
| 06/19/2006 | | CASE REFERRED to Magistrate Judge John M. Facciola for Settlement. (jsc) (Entered: 06/21/2006) |
| 06/21/2006 | | Set Hearing: Motion Hearing re: Motion to Compel (Docket No. 37) and Motion for Protective Order (Docket No. 42) set for Thursday, 7/6/2006 @ 10:30 AM in Courtroom 4-2nd Floor, E. Barrett Pretyman Building before Magistrate Judge Deborah A. Robinson. (EW) (Entered: 06/21/2006) |
| 06/28/2006 | 45 | Joint MOTION to Continue *Hearing and,* MOTION Alter Briefing Schedule re 37 MOTION to Compel *Defendant's Discovery Responses,* 42 MOTION for Protective Order *, and Memorandum in Support Thereof* by ALPHONSO R. JACKSON. (Attachments: # 1 Text of Proposed Order)(McDaniel, Oliver) (Entered: 06/28/2006) |
| 07/05/2006 | | MINUTE ORDER granting 45 Joint Motion to Continue Motions Hearing and Alter Briefing Schedule; motions hearing is continued until 7/19/06 at 3:00PM; parties shall meet and confer and file a joint status report regarding the remaining discovery disputes by no later than 7/17/06; Plaintill shall file a combined reply/opposition by no later than 7/5/06; Defendant shall file a reply to Plaintiff's opposition to Defendant's Motion for Protective Order by no later than 7/14/06. Signed by Magistrate Judge Deborah A. Robinson on 7/5/06. (jrs) (Entered: 07/05/2006) |
| 07/05/2006 | | MINUTE ORDER vacating conference set for July 11, 2006 at 9:30 a.m. A status is now set for September 7, 2006 at 9:15 a.m. Signed by Judge Ellen S. Huvelle on 7/5/2006. (lcesh2) (Entered: 07/05/2006) |
| 07/05/2006 | 46 | Memorandum in opposition to re 42 MOTION for Protective Order filed by PETER PANTAZES. (Attachments: # 1 Text of Proposed Order)(Harris, Cathy) Modified on 7/6/2006 (jf, ). (Entered: 07/05/2006) |
| 07/05/2006 | 47 | REPLY to opposition to 37 MOTION to Compel Defendant's Discovery Responses filed by PETER PANTAZES. (to view document, click on link # 46 ) (jf, ) (Entered: 07/06/2006) |

| | | |
|---|---|---|
| 07/05/2006 | | Set/Reset Hearings: Status Conference reset for 9/7/2006 09:15 AM in Courtroom 18 before Judge Ellen S. Huvelle. (gdf) (Entered: 07/10/2006) |
| 07/06/2006 | | Set Deadlines/Hearings: Meet & Confer Statement due by 7/17/2006. Reply/Response due by 7/5/2006; Replies due by 7/14/2006. (tb, ) (Entered: 07/06/2006) |
| 07/12/2006 | | Set/Reset Hearings: Settlement Conference set for 8/11/2006 at 10:00 AM in Chambers before Magistrate Judge John M. Facciola. (lcjf1, ) (Entered: 07/12/2006) |
| 07/13/2006 | 48 | Unopposed MOTION for Extension of Time to File Response/Reply as to 42 MOTION for Protective Order by ALPHONSO R. JACKSON. (Attachments: # 1 Text of Proposed Order)(McDaniel, Oliver) (Entered: 07/13/2006) |
| 07/14/2006 | | MINUTE ORDER by Magistrate Judge Deborah A. Robinson on 7/14/06 granting 48 Motion for Extension of Time to file reply; reply due 7/17/06 . (EW) (Entered: 07/14/2006) |
| 07/17/2006 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson : Telephone Conference held on 7/17/2006; parties filing notice to withdraw Motion for Protective order and Motion to Compel. (EW) (Entered: 07/17/2006) |
| 07/17/2006 | 49 | WITHDRAWAL of Motion by PETER PANTAZES re 37 MOTION to Compel *Defendant's Discovery Responses* filed by PETER PANTAZES,. (Harris, Cathy) (Entered: 07/17/2006) |
| 07/17/2006 | 50 | NOTICE OF WITHDRAWAL OF MOTION by ALPHONSO R. JACKSON re 42 MOTION for Protective Order (McDaniel, Oliver) (Entered: 07/17/2006) |
| 08/10/2006 | | Set/Reset Hearings: Settlement Conference rescheduled from 8/11/2006 to 8/28/2006 at 02:00 PM in Chambers before Magistrate Judge John M. Facciola. (lcjf1, ) (Entered: 08/10/2006) |
| 08/28/2006 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola: Settlement Conference held on 8/28/2006. (lcjf1, ) (Entered: 08/28/2006) |
| 09/01/2006 | 51 | Consent MOTION to Continue *Status Hearing and*, MOTION to Stay *the Case for Mediation* by ALPHONSO R. JACKSON. (Attachments: # 1 Text of Proposed Order)(McDaniel, Oliver) (Entered: 09/01/2006) |
| 09/01/2006 | | MINUTE ORDER granting 51 Motion to Continue, granting 51 Motion to Stay. It is hereby ordered that all proceedings in this matter are stayed, including the briefing schedule previously ordered, for a period of thirty days, nunc pro tunc August 28, 2006. The status hearing scheduled for September 7, 2006 is vacated, and a new status hearing is set for October 12, 2006 at 9:45 a.m. Signed by Judge Ellen S. Huvelle on 9/1/06. (MC) (Entered: 09/01/2006) |
| 09/01/2006 | | Set/Reset Hearings: Status Conference reset for 10/12/2006 at 09:45 AM in Courtroom 14 before Judge Ellen S. Huvelle. (gdf) (Entered: 09/05/2006) |

District of Columbia live database - Docket Report                https://ecf.dcd.uscourts.gov/cgi-bin/DktRpt.pl?814743774466597-L...

*1:04CV01056 ESH* (handwritten)

| | | |
|---|---|---|
| 10/11/2006 | 52 | NOTICE of Appearance by Michael J. Kator on behalf of PETER PANTAZES (Kator, Michael) (Entered: 10/11/2006)  *MICHAEL KATOR* (handwritten) |
| 10/12/2006 | | Minute Entry for proceedings held before Judge Ellen S. Huvelle : Status Conference held on 10/12/2006. Status Conference set for 12/11/2006 09:00 AM in Courtroom 14 before Judge Ellen S. Huvelle. (Court Reporter Lisa Griffith.) (gdf) (Entered: 10/17/2006) |
| 12/11/2006 | | Minute Entry for proceedings held before Judge Ellen S. Huvelle : Status Conference held on 12/11/2006. Status Conference set for 1/30/2007 10:15 AM in Courtroom 14 before Judge Ellen S. Huvelle. (Court Reporter Lisa Griffith.) (whb) (Entered: 12/11/2006) |
| 12/11/2006 | | Reset Hearings: Next Status Conference is set for 1/30/2007 @ 10:15 AM in Courtroom 14 before Judge Ellen S. Huvelle. (tj ) (Entered: 12/11/2006) |
| 12/11/2006 | | Set/Reset Hearings: Settlement Conference set for 1/22/2007 at 02:00 PM in Chambers before Magistrate Judge John M. Facciola. As discussed with counsel, this date is subject to change pending availability earlier in the month of January. (lcjf1, ) (Entered: 12/11/2006) |
| 12/13/2006 | | Set/Reset Hearings: Settlement Conference set for 1/22/07 is CANCELED. The Settlement Conference is hereby RESET for 1/5/2007 at 10:00 AM in Chambers before Magistrate Judge John M. Facciola. (lcjf1, ) (Entered: 12/13/2006) |
| 12/14/2006 | | Set/Reset Hearings: The Settlement Conference set for 1/5/2007 is CANCELED and RESET for 1/18/2007 at 02:00 PM in Chambers before Magistrate Judge John M. Facciola. (lcjf1, ) (Entered: 12/14/2006) |
| 01/18/2007 | | MINUTE ORDER: The Status Conference previously scheduled for January 30, 2007 is hereby VACATED. Signed by Judge Ellen S. Huvelle on 1/18/2007. (KF) (Entered: 01/18/2007) |
| 01/18/2007 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola : Settlement Conference held on 1/18/2007. (lcjf1, ) (Entered: 01/18/2007) |
| 05/14/2007 | | MINUTE ORDER: This case is set for a status conference on September 6, 2007, at 11 a.m. in Courtroom 14. The parties shall file a joint status report by Friday, August 31, 2007. Signed by Judge Ellen S. Huvelle on May 14, 2007. (lcesh1) (Entered: 05/14/2007)  *STATUS CONFERENCE* (handwritten) |
| 05/14/2007 | | Set Deadlines/Hearings: Joint Status Report due by 8/31/2007. Status Conference set for 9/6/2007 11:00 AM in Courtroom 14 before Judge Ellen S. Huvelle. (gdf) (Entered: 05/16/2007) |

*8/6/07 11:00m    MOTION TO INTERVENE* (handwritten)
*8/15/07 10:00m    BY MICHAEL L. BUESGENS* (handwritten)

**PACER Service Center**

**Transaction Receipt**

District of Columbia live database - Docket Report          https://ecf.dcd.uscourts.gov/cgi-bin/DktRpt.pl?843917548692188-L...

1:04CV01056 ESH

| | | |
|---|---|---|
| 08/15/2007 | 53 | MOTION to Intervene by MICHAEL L. BUESGENS (Attachments: # 1 Attachment (part 1)# 2 Attachment (part 2)# 3 Attachment (part 3)# 4 Attachment (part 4)# 5 Attachment (part 5)# 6 Attachment (part 6)# 7 Attachment (part 7)# 8 Attachment (part 8)# 9 Attachment (part 9)# 10 Attachment (part 10))(tg, ) (Entered: 08/16/2007) |

EXHIBIT 7

CLERK'S OFFICE                                          CO-932
UNITED STATES DISTRICT COURT                           Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. *06CV01964*
(To be supplied by the Clerk) *RBW*

NOTICE TO PARTIES:

    Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

    Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

    Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff , defendant or counsel must  complete the following:

I.    RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

    A new case is deemed related to a case pending in this or another U.S. Court if the new case:  [Check appropriate box(es) below.]

    [X]    (a)    relates to common property

    [X]    (b)    involves common issues of fact          *CONTINUING VIOLATIONS AT IRS*

    [X]    (c)    grows out of the same event or transaction   *EEO #05-2291S*

    [ ]    (d)    involves the validity or infringement of the same patent   *EEO #05-2291*

    [X]    (e)    is filed by the same pro se litigant

2.    RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

    A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

    Check box if new case is related to a dismissed case:   *[X] 1:05CV02334RCL*

3.    NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT) *U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS*

4.    CAPTION AND CASE NUMBER OF RELATED CASE(E)S.  IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

*MICHAEL L BUESGENS* v. *MARCIA H. COATES - IN HOUSE EEO,* C.A. No. *1:07CV00682V*

*8/15/2007*
_____                    _____          *SS*
DATE                               Signature of Plaintiff /Defendant (of counsel)

NSN

### U.S. District Court [LIVE]
### Western District of Texas (Austin)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00682-SS ✓

Buesgens v. Coates et al
Assigned to: Honorable Sam Sparks
Related Case: 1:05-cv-00243-SS
Case in other court: US Court of Appeals, 06-05314 ✓
        USDC District of Columbia (Washington, DC), 1:05cv2334-RCL ✓
Cause: 29:791 Job Discrimination (Rehabilitation Act)

Date Filed: 07/30/2007 ✓
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Michael L. Buesgens**

*EEO NO. 05-22915*
*EEO NO. 05-2291*
*CONTINUING VIOLATIONS*
*1: 7CV00859RBW*

v.

represented by **Michael L. Buesgens**
3112 Windsor Rd., #A322
Austin, TX 78745
(512) 339-6005 ext. 7191
Fax: (512) 478-7608
PRO SE

*PAT S. GENIS - AUSA*
*R. BARRY ROBINSON - AUSA*

**Defendant**

**Marcia H. Coates**
*In Her Official Capacity as Director Office of Equal Opportunity Program, Department of Treasury*

*MARIAN G. HARVEY*
*"DIRECTORS"*
*"IN HOUSE - EEO PROGRAM*
*FINAL DENIAL FROM THEM"*

represented by **Karen I. Melnik**
United States Attorney's Office
555 4th Street, NW
Civil Division
Washington, DC 20530
202-307-0338
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Colleen M. Kelley**
*In Her Official Capacity as National President, National Treasury Employee*
TERMINATED: 07/30/2007

*RUSSELL BOKELMAN, NTEU*
*CHIEF STEWARD*
*CHAPTER 247*

represented by **Gregory O'Duden** *NTEU*
National Treasury Employees Union
1750 H Street, NW
Washington, DC 20006-4600
202-572-5500
Fax: 202-572-5645
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Karen l. Melnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cari M. Dominguez**  *EEOC*
*In Her Official Capacity as Chair and*
*Head Equal Employment Opportunity*
*Commission*

represented by **Karen l. Melnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kay Coles James**  *OPM*
*In Her Official Capacity as Director*
*Office of Personnel Management*

represented by **Karen l. Melnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*IRS*

**Defendant**

**John W. Snow**  *HENRY PAULSON*
*In His Official Capacity as Secretary,*
*Department of Treasury*

represented by **Karen l. Melnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**J. Russell George**  ✓ *TIGTA*
*In His Official Capacity as Inspector*
*General, Treasury Inspector General Tax*
*Administration*

represented by **Karen l. Melnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*TIGTA -FOIA -INVESTIGATION FOR BUESGENS IN 2003*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2007 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Nowak (ga) (Entered: 07/31/2007) |
| 07/30/2007 | 69 | Case transferred in from District of Columbia; Case Number 1:05-cv-02334-RCL, filed by Michael L. Buesgens. Original file with documents numbered 1-68, certified copy of transfer order and docket sheet received. (Attachments: #1 Civil Cover Sheet plus cover letter from District of Columbia and #2 Docket Sheet from USDC District of Columbia)(ga) (Entered: 07/31/2007) |
| 08/02/2007 | 70 | INTRA-DISTRICT TRANSFER ORDER transferring the case to the Western District of Texas, Austin Division. Signed by Judge Xavier Rodriguez. (rf) (Entered: |

| | | |
|---|---|---|
| | | 08/02/2007) |
| 08/09/2007 | | Case transferred in from San Antonio Division on 08/09/2007 Case Number 5:7-cv-634. Case assigned to Judge Sam Sparks., filed by Michael L. Buesgens.(tdk, ) (Entered: 08/09/2007) |
| 08/09/2007 | 72 | MOTION to Dismiss - for involuntary dismissal - by Michael L. Buesgens. (Attachments: # 1 Exhibits # 2 Exhibits # 3 Exhibits)(mc2, ) (Entered: 08/15/2007) |
| 08/15/2007 | 71 | Letter/Correspondence to counsel regarding transfer of case to the Austin Division. (tdk, ) (Entered: 08/15/2007) |

## PACER Service Center

### Transaction Receipt

08/15/2007 19:29:54

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:07-cv-00682-SS |
| Billable Pages: | 2 | Cost: | 0.16 |

Case 1:07-cv-00682-SS    Document 71    Filed 08/15/2007    Page 1 of 1

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF TEXAS**



William G. Putnicki

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

August 15, 2007 ✓

*[handwritten: R·BARRY ROBINSON 1:O6CVO196YRBW]*
*[handwritten: PAT S. GENIS]*
*[handwritten: 1:O7CVOO889RBW]*

Karen I. Melnik ✓
United States Attorney's Office
555 4th Street, NW, Civil Division
Washington, DC 20530

Gregory O'Duden
National Treasury Employees Union
1750 H Street, NW
Washington, DC 20006-4600

RE:   Michael L. Buesgens v. Marcia H. Coats, et al.
      Case No. 1:07-CV-682 SS (Formerly Case No. 1:05-CV-2334 RCL) ✓

Dear Counsel:

*[handwritten: 1:O5CVO2334 RCL]*
*[handwritten: JUDGE ROYCE C. LAMBERTH]*
*[handwritten: TRANSFER TO TEXAS]*

This is to advise you that the above captioned case has been transferred from the U.S. District Court, District of Columbia, and filed in this office on August 9, 2007.

The case has been given case number **1:07-CV-682 SS** and assigned to the Honorable Sam Sparks. It is requested that all future pleadings reflect the case number assigned in this court and that they be filed in the Office of the Clerk at the above address.

You are advised that our local court rules may be downloaded from our website at **www.txwd.uscourts.gov**. Feel free to contact this office if you need a set mailed to you.

Please note that standing orders in this divisional office require all motions and responses to motions to be accompanied by a proposed order and for all pleadings, motions, orders, and other papers, including exhibits attached thereto, to be pre-punched at the top of the page to accommodate the Clerk's 2 3/4 inch center-to-center flat filing system.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*[signature: T Katz]*

Tanya Katzenmeyer, Deputy Clerk

EXHIBIT 8

to assignment. New cases shall be assigned to the judge in accordance with normal procedures upon the conclusion of any such condition.

Whenever a judge begins what is expected to be an unusually protracted criminal trial (one lasting four weeks or more) he or she may refer to the Calendar Committee for routine reassignment such other criminal cases assigned to such judge as the judge was unable to dispose of prior thereto and which are expected to require disposition pursuant to the Speedy Trial Act within the time period of the unusually protracted trial.

*U.S. DISTRICT COURT DISTRICT OF COLUMBIA*

## LCvR 40.5

### RELATED CASES

(a)    DEFINITION.    *MICHAEL L BUESGENS*
*PLAINTIFF*
*INTERVENOR*

A related case for the purpose of this Rule means as follows:

(1)    Criminal cases are deemed related when (i) a superseding indictment has been filed, or (ii) more than one indictment is filed or pending against the same defendant or defendants, or (iii) prosecution against different defendants arises from a common wiretap, search warrant, or activities which are a part of the same alleged criminal event or transaction. A case is considered pending until a defendant has been sentenced.

(2)    If a civil forfeiture proceeding is filed concerning a criminal defendant, or a defendant is charged in a criminal case while a civil forfeiture proceeding is pending concerning that defendant, the civil and criminal cases are to be deemed related.    *CIVIL — BANKRUPTCY*

(3)    Civil, including miscellaneous, cases are deemed related when the earliest is still pending on the merits in the District Court and they (i) relate to common property, or (ii) involve common issues of fact, or (iii) grow out of the same event or transaction or (iv) involve the validity or infringement of the same patent. Notwithstanding the foregoing, a case filed by a *pro se* litigant with a prior case pending shall be deemed related and assigned to the judge having the earliest case. However, if a judge in the interest of judicial economy, consolidates a significant number of similar *pro se* prisoner complaints, or has a single case with a significant number of *pro se* prisoner plaintiffs, and any of those prisoners later files a new complaint which is unrelated to the subject matter of the consolidated cases or the multiple plaintiffs' case, the judge who receives the new case as related may, if he or she chooses, refer the new case to the Calendar Committee for random assignment.

(4)    Additionally, cases whether criminal or civil, including miscellaneous, shall be deemed related where a case is dismissed, with prejudice or without, and a second case is filed involving the same parties and relating to the same subject matter.

**(b)    NOTIFICATION OF RELATED CASES.**

The parties shall notify the Clerk of the existence of related cases as follows:

(1)    At the time of returning an indictment the United States Attorney shall indicate, on a form to be provided by the Clerk, the name, docket number and relationship of any related case pending in this court or in any other United States District Court. The form shall be mailed to all defense counsel along with the notification of the arraignment. Any objection by the defendant to the related case designation shall be served on the U.S. Attorney and filed with the Clerk within 10 days after arraignment.

(2)    At the time of filing any civil, including miscellaneous, action, the plaintiff or his attorney shall indicate, on a form to be provided by the Clerk, the name, docket number and relationship of any related case pending in this court or in any other United States Court. The plaintiff shall serve this form on the defendant with the complaint. Any objection by the defendant to the related case designation shall be filed and served with the defendant's first responsive pleading or motion.

(3)    Whenever an attorney for a party in a civil, including miscellaneous, or criminal action becomes aware of the existence of a related case or cases, the attorney shall immediately notify, in writing, the judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties. Upon receiving information from any source concerning a relationship between pending cases, the Clerk shall transmit that information in writing to the judges on whose calendars the cases appear and to all parties to the proceeding.

**(c)    ASSIGNMENT OF RELATED CASES.**

Related cases noted at or after the time of filing shall be assigned in the following manner:

(1)    Where the existence of a related case in this court is noted at the time the indictment is returned or the complaint is filed, the Clerk shall assign the new case to the judge to whom the oldest related case is assigned. If a judge who is assigned a case under this procedure determines that the cases in question are not related, the judge may transfer the new case to the Calendar Committee. If the Calendar Committee finds that good cause exists for the transfer, it shall cause the case to be reassigned at random. If the Calendar Committee finds that

good cause for the transfer does not exist, it may return the case to the transferring judge.

(2)     Where the existence of related cases in this court is revealed after the cases are assigned, the judge having the later-numbered case may transfer that case to the Calendar Committee for reassignment to the judge having the earlier case. If the Calendar Committee finds that good cause exists for the transfer, it shall assign the case to the judge having the earlier case. If the Calendar Committee finds that good cause for the transfer does not exist, it may return the case to the transferring judge.

(3)     Where a party objects to a designation that cases are related pursuant to subparagraphs (b)(1) or (b)(2) of this Rule, the matter shall be determined by the judge to whom the case is assigned.

(d)     **MOTIONS TO CONSOLIDATE.** *DIFFERENT COURTS SAME COURT*

Motions to consolidate cases assigned to different judges of this court shall be heard and determined by the judge to whom the earlier-numbered case is assigned. If the motion is granted, the later-numbered case shall be reassigned in accordance with section (c) of this Rule. *MULTIDISTRICT LITIGATION*

(e)     **REFERRALS TO A SINGLE JUDGE BY THE CALENDAR COMMITTEE.** *COMPLEX LITIGATION*

Upon a finding by the Calendar Committee that two or more cases assigned to different judges should be referred for a specific purpose to one judge in order to avoid a duplication of judicial effort, the Calendar Committee may enter such an order of referral. The order shall be with the consent of the judge to whom the cases will be referred and shall set forth the scope of authority of said judge. Unless otherwise provided, such an order shall not transfer any cases nor affect the assignment of future cases.

***COMMENT TO LCvR 40.5(c)(3):** The Court has eliminated the provision in this Rule that permitted a party to appeal to the Calendar Committee an individual judge's decision with respect to whether cases are related because the Court does not believe it is appropriate for a party to be able to seek review of a decision of one judge of this Court by three of that judge's co-equal colleagues. As amended, the Rule would make the individual judge's decision final.*

57

# RESOURCE AND CONTACT GUIDE

**ADMISSION TO THE BAR**

Copies of the Application for Admission can be obtained at the Clerk's Office Intake Counter, downloaded from the Internet, or obtained from the Court's fax-on-demand service. Specific questions should be directed to the Attorney Admissions Clerk.

Contact: Intake Counter 202-216-7280
Shana Thurman, Attorney Admissions Clerk 202-216-7305
Fax-on-Demand 202-216-7200

**AGENCY CASES (Assignment of Docket Numbers)**

Call Clerk's Office Intake Counter or AVIS.

Contact: Intake Counter 202-216-7280

**APPELLATE MEDIATION PROGRAM**

General information about the Appellate Mediation Program is available in the Court's Appellate Mediation Program brochure or in the Circuit Rules of the United States Court of Appeals for the District of Columbia Circuit, Appendix III, "Appellate Mediation Program." These materials are available on the Court's Internet site or may be obtained by contacting the Circuit Executive's Office.

To request mediation in a specific case, send a letter or completed "Request to Enter Appellate Mediation Program" form in duplicate to:

Appellate Mediation Program
Attention: Mark J. Langer, Clerk
U. S. Court of Appeals
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

Attorneys are encouraged to call to discuss, on a confidential basis, whether a particular case is appropriate for mediation. Attorneys involved in mediation are encouraged to call the program director if problems or questions arise during the process.

Contact: VACANT, Director of Alternative Dispute Resolution 202-216-7350

**ATTORNEY DISCIPLINE MATTERS**

The Court's Rules of Disciplinary Enforcement are contained in Appendix II to the Circuit Rules.

Contact: Nancy Dunn, Deputy Special Counsel to the Clerk 202-216-7313
Linda Jones, Operations Manager 202-216-7315

**AVIS (Appellate Voice Information System)** (See TELEPHONE ACCESS USING AVIS)