UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

MICHAEL L. BUESGENS
PLAINTIFF

V.

MARK EVERSON
KEVIN BROWN
COMMISSIONERS
INTERNAL REVENUE SERVICE
IRS      ET. AL.
DEFENDANTS

CIVIL NO.

1:07CV
00859
RBW

PLAINTIFF - FORMER IRS EMPLOYEE
MICHAEL L. BUESGENS NOTICE
OF DESIGNATION OF RELATED
BANKRUPTCY CASES PENDING AND
CLOSED IN OTHER UNITED
STATES COURTS.

RECEIVED

DEC 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# TEXAS
# CLOSED CASES

1. BANKRUPTCY CASE NO. 06-11164FRM
JUDGE FRANK R. MONROE
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS

A. BANKRUPTCY ATTORNEY
CHARLES R. NETTLES

B. ADVISOR
R. BARRY ROBINSON—AUSA

DEBTOR

C. DONALD RAY TAWNEY JR
IRS—OFFICIAL MANAGER
VOLUNTARY CHAPTER 7
FILED: 7/31/2006
DISCHARGED: 2/7/2007

D. DONALD RAY TAWNEY JR, ET.AL.
WAS PLAINTIFF BUESGENS
REASONABLE REASSIGNMENT
MANAGER AT THE IRS IN 2003

2

2. ADVERSARY CASE NO. 06-01248 FRM
U.S. BANKRUPTCY COURT
AUSTIN, TEXAS

A. MICHAEL L. BUESGENS
FORMER **IRS** EMPLOYEE
CREDITOR - ADVERSARY

V.

B. DONALD RAY TROWEY JR
**IRS** OFFICIAL - MANAGER
AUSTIN, TEXAS

C. FILED: 10/24/2006
D. DISMISSED: 2/7/2007

3. DOCUMENT 10 FILED: 1/4/2007

A. ATTORNEY
**CHARLES R NETTLES**
DEMANDS
ATTORNEY FEES
FROM
ADVERSARY
B. MICHAEL L. BUESGENS

3

# PENNSYLVANIA

# PENDING BANKRUPTCY CASES

4. BANKRUPTCY CASE NO. 06-20695
U.S. BANKRUPTCY COURT
JUDGE BRUCE M. McCULLOUGH
PITTSBURGH, PA

BANKRUPTCY ATTORNEY

A. DENNIS J. SPYRA
SPYRA FOR FREE ORDER

DEBTOR — VOLUNTARY CHAPTER 7

B. BRADLEY O. KRUTH

C. MICHAEL BUESGENS MOTION TO
INTERVENE — DENIED

5. APPEAL TO DIRECT 3RD CIRCUIT

A. REQUESTED BY BUESGENS

B. COURT REFUSES TO RULE ON DIRECT
APPEAL.

4

6. THE ISSUE IN BANKRUPTCY CASE NO. 06-20695 IS

A. THE UNIFORM APPLICATION OF THE BANKRUPTCY CODE TO INCLUDE THE IRS AND IRS OFFICIALS

B. THE FILING OF THE REQUIRED FORM 23 — FOR CERTIFICATION OF FINANCIAL MANAGEMENT COURSE TAKEN BY DEBTORS

7.

A. BRADLEY O. KRUTH ✔ IN 06-20695 MBM

B. DONALD RAY TAWNEY, JR ✔ IRS OFFICIAL FAILURE TO TIMELY FILE FORM 23 IN 06-71164 FRM

5

8. BANKRUPTCY CASE NO. 07-13246 JKF
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA, PA
JUDGE JEAN K. FITZSIMON

A. CHAPTER 13 TRUSTEE
WILLIAM C. MILLER

B. AUSA
SUSAN L. BECKER

DEBTOR — INVOLUNTARY CHAPTER 13

C. DANA M. PORTER
FORMER IRS EMPLOYEE
PHILADELPHIA, PENNSYLVANIA

D. MICHAEL L. BUESGENS
FORMER IRS EMPLOYEE
MOTION TO INTERVENE — DENIED

9. NOW ON APPEAL AT U.S. DISTRICT
COURT EASTERN DISTRICT OF PA
PHILADELPHIA, PA

A. 2:07CV04927 MAM



10. **DANA M. PORTER**
FORMER IRS EMPLOYEE
PHILADELPHIA, PENNSYLVANIA

**RELATED**
**TORT CLAIM**

11. CIVIL NO. **2:07CV01541 BWK**
JUDGE BRUCE W. KAUFMAN
U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA, PA

A. **AUSA**
SUSAN R BECKER
PHILADELPHIA, PA

B. MICHAEL L BUESGENS
MOTION TO INTERVENE — DENIED

12. ON APPEAL **NOW** AT THE **3RD** CIRCUIT
APPEAL NO. **07-3859**

7

13

# TORT CLAIM
## EMPLOYMENT DISCRIMINATION
## RETALIATION
### AGAINST
### THE **IRS**, ET. AL.

A. **2:07CV01541BWK**

B. DANA M. PORTER
FORMER **IRS** EMPLOYEE
PLAINTIFF

C. MICHAEL L. BUESGENS
INTERVENOR
APPELLANT

**V.**

D. DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE

E. **IRS**

8

14

**2:06 CV 03071**

CASE CLOSED: 7/20/2006

A.   **DAVA M. PORTER**
8G5 SCATTELGOOD STREET
PHILADELPHIA, PA 19124

PLAINTIFF

V.

B.   **NTEU** — NATIONAL OFFICE
COLLEEN M. KELLEY, PRESIDENT
NATIONAL TREASURY EMPLOYEES
UNION

C.   EXCLUSIVE REPRESENTATIVE
FOR **IRS** EMPLOYEES

D.   **NTEU** — CHAPTER 71
PHILADELPHIA PA

E.   REPRESENTED DAVA M. PORTER
**NTEU)**

DEFENDANTS

9

# TEXAS

15.     BANKRUPTCY CASE
        NO. 06-11164FRM

## APPEALS

A.      1:07CV00127LY

B.      1:07CV00156LY


16      ADVERSARY CASE
        NO. 06-01298FRM

## APPEAL

A.      1:07CV00209LY


10

1:07CV00859 RBW

ADVERSARY CASE NO. 07-10008

RESPECTFULLY SUBMITTED,

*Michael L Byesgens*

MICHAEL L BYESGENS
DECEMBER 14, 2007

## CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY
OF THIS DESIGNATION OF
RELATED CASES WAS SERVED
BY FIRST CLASS MAIL ON THIS
16 TH DAY OF DECEMBER, 2007

ADDRESSED **TO**

1.

2.

CHARLES C. NETTLES
BANKRUPTCY ATTORNEY
DONALD RAY TAWNEY, JR
**IRS** OFFICIAL

11

3. BANKRUPTCY ATTORNEY OFFICE AT
1524 SOUTH IH-35, SUITE 233
AUSTIN, TEXAS 78704

4. RANDOLPH OSHEROW
CHAPTER 7 TRUSTEE
A. BANKRUPTCY CASE NO. 06-11164 FRM
B. ADVERSARY CASE NO. 06-01248 FRM
392 WOODLAWN
SAN ANTONIO, TEXAS 78212

7. FRANK R. MONROE
BANKRUPTCY JUDGE
A. 06-11164 FRM
B. 06-01248 FRM

8. U.S. BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF TEXAS
WACO DIVISION
800 FRANKLIN AVENUE #140
WACO, TEXAS 76701

12

9.    Dr. BARRY ROBINSON — **AUSA**
A.    BANKRUPTCY CASE NO. 06-11164 FRM
B.    ADVERSARY CASE NO. 06-01248 FRM
C.    FORM **23** LATE FILED ON
      JANUARY 18, 2007
      **TORT CLAIMS**
D.    1:06CV01558 RCL
E.    1:06CV00967 LY
10.   U.S. ATTORNEY OFFICE
      816 CONGRESS AVENUE, #1000
      AUSTIN, TEXAS 78701

11.   WILLIAM C. MILLER
      CHAPTER **13** TRUSTEE
A.    BANKRUPTCY CASE NO. 07-13246 JKF
B.    APPEAL NO. 2:07CV04927 MAM
      **TORT CLAIM**
C.    2:07CV01541 BWK
D.    APPEAL NO. 07-3859   3RD CIRCUIT
12.   U.S. TRUSTEE OFFICE
      111 SOUTH INDEPENCE MALL, #583
      PHILADELPHIA, PA   19106

13

13. SUSAN R. BECKER — AUSA
  A. BANKRUPTCY CASE NO. 07-13246 JKF
  B. APPEAL NO. 2:07CV04927 MAM
            TORT CLAIM
  C. 2:07CV01541 BWK
  D. APPEAL NO. 07-3859
  E. 2:06CV03071 BWK

14. U.S. ATTORNEY OFFICE
615 CHESTNUT STREET #1250
PHILADELPHIA, PA 19106

15. PAT S. GENIS — AUSA
  A. BANKRUPTCY-ADVERSTRY 07-10008
  B. APPEAL NO. 1:07CV00859RBW
  C. RELATED: 2:06CV00072 PPS
  D. RELATED APPEAL AT 7TH CIRCUIT
      APPEAL NO. 07-2842
  E. FOR TIGTA INVESTIGATION — FOIA

16. U.S. ATTORNEY OFFICE
P.O. BOX 227
WASHINGTON, DC 20044

14

17.      JEFFREY A. TAYLOR
         U.S. ATTORNEY
              TORT CLAIMS
   A.    1:06CV01558 RCL
   B.    1:05CV02334 RCL
              **RELATED**
   C.    1:04CV01056 ESH
   D.    APPEAL NO. **07-5295**

18.      U.S. ATTORNEY OFFICE
         555 4TH STREET, NW
         WASHINGTON, DC


19.      **DANA M. PORTER**
         FORMER **IRS** EMPLOYEE
         **NTEU** COMPLAINANT
   A.    BANKRUPTCY CASE NO. 07-13246 JKF
   B.    APPEAL NO. 2:07CV04927 MAM
              **TORT CLAIMS**
   C.    2:07CV01541 BWK
   D.    APPEAL NO. 073859
   E.    2:06CV03071 BWK
         86.5 SCATTERGOOD STREET
         PHILADELPHIA, PA 19124

              15

20.

**BANKRUPTRY ATTORNEYS**

A. MICHAEL A. COHEN

B. MICHAEL J. HALPRIN

C. DANA M. PORTER
**FOR**
FORMER IRS EMPLOYEE

D. ATTORNEY FEES
$3,000.00
**FOR**

E. 07-13246 JKF

1806 SOUTH BROAD STREET

PHILADELPHIA, PA 19145

PHONE: 215-389-6913

16

1:07CV00859RBW

Michael Buesgens
MICHAEL L. BUESGENS
3112 WINDSOR RD, #322
AUSTIN, TEXAS 78703
512-339-6005 X 7958
mikebuesgens@hotmail.com
12/14/2007

17

# 1:07CV00859 RBW
# EXHIBITS

1. 1:07CV00859 RBW PARTIES

2. DANA M. PORTER FORMER IRS EMPLOYEE PENOSYLVANIA

A. BANKRUPTCY CASE NO. 07-13246 JKF

B. BANKRUPTCY APPEAL 2:07CV04927 MAM

C. TORT CLAIM EMPLOYMENT DISCRIMINATION AT IRS

2:07CV01541 BWK

D. 3RD CIRCUIT APPEAL 07-3859

E. 2:06CV03671 BWK - CLOSED

18

3. BRADLEY O. KROTH
   DEBTOR
   A. VOLUNTARY CHAPTER 7
   B. FAILURE TO TIMELY FILE THE
      REQUIRED FORM 23 CERTIFICATE
      OF MANAGEMENT FINANCIAL
      COURSE

      BANKRUPTCY CASE NO.
   C.    06-20695

   D. BUESGENS MOTION TO INTERVENE


4. DONALD RAY TAWNEY, JR
   IRS OFFICIAL
   SCHEDULE FAILURES

   A. BANKRUPTCY CASE NO. 06-11164FRM

   B. ADVERSARY NO. 06-01248 FRM

      **APPEALS**
   C. 1:07 CV 00127 LY
   D. 1:07 CV 00156 LY
   E. 1:07 CV 00209 LY

19

5.

ADVERSARY NO. 07-10008
U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

20

1:07CV00859RBW

EXHIBIT 1

12/14/2007 2:16 PM

**1:07-cv-00859-RBW** BUESGENS v. PAULSON et al
Reggie B. Walton, presiding
Date filed: 05/17/2007 Date of last filing: 09/19/2007

**Parties**

*1:07CV00859 RBW*

**MICHAEL L. BUESGENS**
3112 Windsor Avenue
Apartment A 322
Austin, TX 78730
(512) 339-6005 Ext. 7191
(512) 478-7608 (fax)
*Added: 05/17/2007*
*(Plaintiff)*
**PRO SE**

**MARK EVERSON**
*Added: 05/17/2007*
*(Defendant)*

**Pat S. Genis**
US Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
(202) 307-6390
(202) 514-6866 (fax)
pat.genis@usdoj.gov
*Assigned: 06/14/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

represented by

**MICHAEL L. BUESGENS**
*Added: 05/17/2007*
*(In Re)*

**HENRY PAULSON**    *IRS*
*Added: 05/17/2007*
*(Defendant)*

**DONALD RAY TAWNEY, JR.**
*Added: 05/17/2007*
*(Defendant)*

EXHIBIT 2

07- 13246 JKF

2:07CV04927MAn

2:07CV01541 BwK

07-3859

2:06CV03071 BwK

12/14/2007 12:31 PM

*PENNSYLVANIA*
*BANKRUPTCY*

# U.S. Party/Case Index

## Bankruptcy Name Search Results

**2 Total Party matches for selection BUESGENS, MICHAEL for PENNSYLVANIA**

*DANA M. PORTER*
*BRADLEY D. KRUTH*

| Name | Court | Case No. | Filed | Chapter |
|------|-------|----------|-------|---------|
| 1 BUESGENS, MICHAEL | pawbke | 06-20695 | 02/27/2006 | 7 |
| BRADLEY D. KRUTH | | | | |
| 2 BUESGENS, MICHAEL L. | paebke | 07-13246 | 06/04/2007 | 13 |
| DANA M PORTER | | | | |

*PENNSYLVANIA*
*CIVIL ACTIONS*

# U.S. Party/Case Index

## Civil Name Search Results

**4 Total Party matches for selection PORTER, DANA for PENNSYLVANIA**

*DANA M. PORTER*

| Name | Court | Case No. | Filed | NOS | Closed |
|------|-------|----------|-------|-----|--------|
| 1 PORTER, DANA M PORTER et al | paedce | 2:2007cv04927 | 11/21/2007 | 422 | |
| 2 PORTER, DANA M PORTER et al | paedce | 2:2007cv04927 | 11/21/2007 | 422 | |
| 3 PORTER, DANA M. PORTER v. DEPT. OF THE TREASURY | paedce | 2:2007cv01541 | 04/23/2007 | 440 | |
| 4 PORTER, DANA M. PORTER v. NTEU NATIONAL OFFICE | paedce | 2:2006cv03071 | 07/13/2006 | 440 | 07/20/2006 |

*3RD CIRCUIT NO. 07-3859*

12/14/2007 12:34 PM

*PENNSYLVANIA CIVIL ACTIONS*

# U.S. Party/Case Index

## Civil Name Search Results

**3 Total Party matches for selection BUESGENS, MICHAEL for PENNSYLVANIA**

*Michael L. Buesgens*

| Name | Court | Case No. | Filed | NOS | Closed |
|------|-------|----------|-------|-----|--------|
| 1 BUESGENS, MICHAEL | paedce | 2:2007cv01541 | 04/23/2007 | 440 | |
| PORTER v. DEPT. OF THE TREASURY | | | | | |
| 2 BUESGENS, MICHAEL L. | paedce | 2:2007cv04927 | 11/21/2007 | 422 | |
| PORTER et al | | | | | |
| 3 BUESGENS, MICHAEL L. | paedce | 2:2007cv04927 | 11/21/2007 | 422 | |
| PORTER et al | | | | | |

*3RD CIRCUIT NO. 07-3859*

**07-13246-jkf** Dana M Porter
**Case type: bk Chapter: 13 Asset: Yes Vol: v Judge: Jean K. FitzSimon**
**Date filed: 06/04/2007 Date of last filing: 12/13/2007**

*07-13246JKF* (handwritten)

## Parties

**Michael L. Buesgens** ✓
**3112 Windsor Rd, A322**
**Austin, TX 78703**
**MikeBuesgens@hotmail.com**
*Added: 10/12/2007*
*(Interested Party)*

**WILLIAM C. MILLER** ✓
**Chapter 13 Trustee**
**111 S. Independence Mall**
**Suite 583**
**Philadelphia, PA 19106**
**215 627-1377**
**philaecf@ramapo.com**
*Added: 06/05/2007*
*(Trustee)*

**Dana M Porter** ✓
**865 Scattergood Street**
**Philadelphia, PA 19124**
**SSNs: xxx-xx-6521**
*Added: 06/04/2007*
*(Debtor)*

*DANA M. PORTER* (handwritten)
*DEBTOR* (handwritten)

**represented**
**by**

**MICHAEL A. COHEN** ✓
**Michael J. Halprin**
**1806 S. Broad Street**
**Philadelphia, PA 19145**
**215-389-6913**
**ecf@halprinlaw.com**
*Assigned: 06/19/07*

**MICHAEL J. HALPRIN**
**Michael J. Halprin**

07-13246JKF

1806 S. Broad Street
Philadelphia, PA 19145
215-389-6913
ecf@halprinlaw.com
*Assigned: 06/04/07*

**United States Trustee**
**Office of the U.S. Trustee**
**833 Chestnut Street**
**Suite 500**
**Philadelphia, PA 19107**
**(215) 597-4411**
**USTPRegion03.PH.ECF@usdoj.gov**
*Added: 06/04/2007*
*(U.S. Trustee)*

**Wells Fargo Bank, N.A.**
*Added: 07/31/2007*
*(Creditor)*

**PETER J. MULCAHY**
**Phelan Hallinan &**
**Schmieg, LLP**
**1617 JFK Blvd.**
**Ste 1400**
**Philadelphia, PA 19103**
**215-563-7000**
**paeb@fedphe.com**
*Assigned: 07/31/07*

represented
by

*07-13246*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**ROBERT N.C. NIX BUILDING**
**900 MARKET STREET**
**SUITE 400**
**PHILADELPHIA  19107-4299**

*11/21/07*

Timothy B. McGrath
Clerk

**Telephone**
**(215) 408-2800**

November 20, 2007

Re:      Dana M Porter
         Bankruptcy No.: 07-13246

*44*

Dear Mr Kunz:

        We herewith transmit the following document(s) filed in the above matter(s), together with a certified copy of the docket entries:

(x) Certificate of appeal from order entered on October 9,  2007 and dated October 9, 2007 and from Order
    entered October 17, 2007 and dated October 17, 2007  by the Honorable Jean K. FitzSimon .
    Notice of appeal filing fee (x)paid    ()not paid

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
    () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered  by the Honorable .
    () Objections filed .

() Report and recommendation entered  by the Honorable .

    () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

                              For the Court

                              Timothy B. McGrath
                              Clerk

                              By: _____
                              Deputy Clerk

---

Received Above material or record this _____ day of _____, 2007.

Civil Action No. _____        Signature:_____

Miscellaneous No. _____       Date: _____

Assigned to Judge _____                              BFL5.frm2

*07-13246*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re

Dana M Porter                    :          Bankruptcy No. 07-13246

                                 :

Debtor                           :                    *4/4-1*

APPELLANT: Michael L. Buesgens

## CERTIFICATE OF APPEAL FROM ORDERS
## OF BANKRUPTCY JUDGE ENTERED ON

October 9, 2007 and dated October 9, 2007
and
October 17 2007 and dated October 17, 2007

Robert N.C. Nix Building
900 Market Street,  Suite 400
Philadelphia  PA   19107-4299

Timothy B. McGrath
Clerk

Counsel / Parties of Record

Michael A. Cohen, Esq.
1806 S. Broad Street
Philadelphia, PA 19145
Counsel Debtor/Appellee

Michael Halprin, Esq.
1806 S. Broad Street
Philadelphia, PA 19145
Counsel Debtor/Appellee

*07-13246 JKF*

Michael L. Buesgens
3112 Windsor Rd, A322
Austin, TX 78703
Appellant/Intervenor

William C. Miller, Esq.
111 SW. Independence Mall, Suite 583
Philadelphia Pa 19106
Chapter 13 Trustee

Frederic J. Baker
601 Walnut Street
Curtis Center, Suite 950 West
Philadelphia Pa 19106
United States Trustee

*07-13246 JKF*

bfcoa.frm4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

*11/21/07*

*44-2*

In re                                       :

                                                      Chapter 13

Dana M Porter                               :

                              :                Bankruptcy No. 07-13246


## CERTIFICATE OF APPEAL FROM ORDERS OF THE BANKRUPTCY JUDGE ENTERED ON OCTOBER 9, 2007 AND DATED OCTOBER 9, 2007 AND ENTERED ON OCTOBER 17, 2007 AND DATED OCTOBER 17, 2007

I, Timothy B. McGrath, Clerk of the U.S. Bankruptcy Court, Eastern District of Pennsylvania, herewith forward the above appeal and certify that the above proceeding was properly before the Honorable Jean K. FitzSimon, Bankruptcy Judge, and transmit herewith the following documents.


_____          _____

Date                                          Timothy B. McGrath
                                                   Clerk


## INDEX OF RECORD ON APPEAL

1. Notice of Appeal of Order dated October 17, 2007 and entered October 17, 2007.  1

2. Order dated October 9, 2007 and entered October 9, 2007 and order dated    2
   October 17, 2007 and entered October 17, 2007.

3. Appellant's Designation of Contents for Inclusion in Record on Appeal.    3

4. Certified copy of Bankruptcy docket 07-13246.    4

5. Bankruptcy 07-13246, entire record.    5

6. Bankruptcy case no. 06-11164 and Adversary case no. 06-1248 for the    6
   Western District of Texas, entire record.  (Not part of court record)

07-13246-IKF

7.  Civil case no. 2:06-cv-03071 for the Eastern District of Pennsylvania,    7
    entire record. (Not part of court record)

8.  Civil case no. 2:07-cv-01541 for U.S. District Court for the Eastern District of    8
    Pennsylvania, entire record.  (Not part of court record)

9.  Dana Porter's grievance and EEO records at IRS and National Treasury    9
    Employees' Union-NTEU. (Not part of court record)

10.  Michael L. Buesgens' EEO complaint records and grievance records at IRS,
    OPM- EEOC, and NTEU.  (Not a part of court record)

11.  Michael L. Buesgens' reasonable reassignment records: IRS, OPM and
    EEOC.  (Not part of court record)

12.  Michael L. Buesgens' medical records at Federal Occupational Health.  (Not part
    of court record)

13.  U.S. Department of Health and Human Services FOH -HHS.  Bethesda, Maryland
    (Not part of court record)    FOH

14.  Neal Lee Presant, M.D. - Maryland.  (Not part of court record)

15.  James William Allen, M.D. - Delaware (Not part of court record)

16.  Mark Norman Frank, M.D. - Colorado (Not part of court record)

17.  FOH Occupational Medicine Doctors (Not part of court record)

18.  Dana M. Porter requests for reasonable accommodation and for reasonable
    reassignment records at IRS, OPM and EEOC.  (Not part of court record)

19.  U.S. Attorney Office and AUSA Susan R. Becker's records.  (Not part of court
    record)    EEOC

20.  Dana M. Porter's EEO Complaints, grievances, reasonable reassignment request
    and reasonable accommodation request.  (Not part of court record)



Timothy B. McGrath
Clerk

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**ROBERT N.C. NIX BUILDING**
**900 MARKET STREET**
**SUITE 400**
**PHILADELPHIA  19107-4299**

07  4927

Telephone
(215) 408-2800

November 20, 2007

Re:    Dana M Porter
        Bankruptcy No.: 07-13246

07–13246

45
11/26/07

Dear Mr Kunz:

We herewith transmit the following document(s) filed in the above matter(s), together with a certified copy of the docket entries:

(x) Certificate of appeal from order entered on October 9,  2007 and dated October 9, 2007 and from Order
    entered October 17, 2007 and dated October 17, 2007  by the Honorable Jean K. FitzSimon .
    Notice of appeal filing fee (x)paid    ()not paid

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
    () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered  by the Honorable .
    () Objections filed .

() Report and recommendation entered  by the Honorable .

    () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By:
Deputy Clerk

---

Received Above material or record the this 21st day of November, 2007,

Civil Action No.  07-4927              Signature:

Miscellaneous No. _____       Date:  11-21-07

Assigned to Judge  Mary A. McLaughlin                          BFL5.frm2

BANKRUPTCY COURT FILINGS    07-13246

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

47
12/3/07

IN THE MATTER OF:                    :
    Dana M Porter

2:07CV04927                          :    CA 07-4927

                                     :    RECEIVED
                                          DEC 3 2007

## NOTICE

The record on appeal from the Bankruptcy Court in the above captioned case was entered on the docket in this office on 11/21/07 and has been assigned to the Honorable Mary A McLaughlin.

The following is the schedule for filing briefs with this office:

(1) The Appellant shall serve and file his brief within 15 days after entry of the appeal on the docket.

(2) The Appellee shall serve and file his brief within 15 days after service of the brief of the Appellant.

(3) The Appellant may serve and file a reply brief within 10 days after service of the brief of the Appellee.

MICHAEL E. KUNZ
Clerk of Court

By:_____
Tashia C. Irving, Deputy Clerk

cc:    Michael Adam Cohen, Esq.
       Michael Halprin, Esq.
       Frederic J. Baker, Esq.
       William C. Miller, Esq.

civ651.frm

07-13246

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**ROBERT N.C. NIX BUILDING**
**900 MARKET STREET**
**SUITE 400**
**PHILADELPHIA  19107-4299**

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

November 27, 2007

49
12/5/07

Re:    Dana M Porter
       Bankruptcy No.: 07-13246 Civil Action No. 07-4927

Dear Mr Kunz:

We herewith transmit the following document(s) filed in the above matter(s), together with a certified copy of the docket entries:

() Certificate of appeal from order entered  by the Honorable .
   Notice of appeal filing fee ()paid   ()not paid

(x) Supplemental certificate of appeal.

() Motion for leave to appeal filed .
   () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered  by the Honorable .
   () Objections filed .

() Report and recommendation entered  by the Honorable .

   () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: _____
Deputy Clerk

Received Above material or record file this _____ day of _____, 2007.

Civil Action No. _____    Signature:_____

Miscellaneous No. _____    Date: _____

Assigned to Judge _____

BFL5.frm2

*07-13246*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re

Dana M Porter                    :          Bankruptcy No. 07-13246
                                             Civil Action No. 7-49270    49

                                  :
                                                              12/5/07
Debtor                            :

APPELLANT: Michael L. Buesgens

## SUPPLEMENTAL CERTIFICATE OF APPEAL FROM ORDERS
## OF BANKRUPTCY JUDGE ENTERED ON

### October 9, 2007 and dated October 9, 2007
### and
### October 17 2007 and dated October 17, 2007


Robert N.C. Nix Building
900 Market Street,  Suite 400
Philadelphia  PA   19107-4299


Timothy B. McGrath
Clerk


Counsel / Parties of Record
                Michael A. Cohen, Esq.
                1806 S. Broad Street
                Philadelphia, PA 19145
                Counsel Debtor/Appellee

                Michael Halprin, Esq.
                1806 S. Broad Street
                Philadelphia, PA 19145
                Counsel Debtor/Appellee

07-13246

Michael L. Buesgens
3112 Windsor Rd, A322
Austin, TX 78703
Appellant/Intervenor

William C. Miller, Esq.
111 SW. Independence Mall, Suite 583
Philadelphia Pa 19106
Chapter 13 Trustee

Frederic J. Baker
601 Walnut Street
Curtis Center, Suite 950 West
Philadelphia Pa 19106
United States Trustee

bfcoa.frm4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

*07-13246*

*49*
*12/5/07*

In re

                                            Chapter 13

Dana M. Porter                    :

                          :        Bankruptcy No. 07-13246
                                   Civil Action No. 07-4927


## CERTIFICATE OF SUPPLEMENTAL APPEAL FROM ORDER OF THE BANKRUPTCY JUDGE ENTERED ON OCTOBER 9, 2007 AND DATED OCTOBER 9, 2007 AND ENTERED ON OCTOBER 17, 2007 AND DATED OCTOBER 17, 2007

I, Timothy B. McGrath, Clerk of the U.S. Bankruptcy Court, Eastern District of Pennsylvania, herewith forward the above appeal and certify that the above proceeding was properly before the Honorable Jean K. FitzSimon, Bankruptcy Judge, and transmit herewith the following documents.


_____          _____
Date                             Timothy B. McGrath
                                 Clerk


### INDEX OF RECORD ON APPEAL

1. Notice of Supplemental Appeal of Order dated October 9, 2007 and entered October 9, 2007 and Order dated October 17, 2007 and entered October 17 2007.                                                                          1

2. Certified copy of bankruptcy docket 07-13246.                            2

3. Bankruptcy case no. 06-11164 FRM, Bankruptcy Judge Frank R. Monroe U.S. Bankruptcy Court for the Western District of Texas, Austin Division. (Previously submitted. See civil action #07-4927)

4. Hearing transcript for December 4, 2006 and for January 23, 2007 06-11164. (Not part of court record)                                       3

07-13246

5.  Donald Ray Rawney, Jr., IRS official.  Mark Everson, IRS commissioner.
    Kevin Brown, IRS acting commissioner.  John W. Snow, secretary.  Henry Paulson,
    secretary.  Department of the Treasury.  (Not a part of court record)

6.  Chapter 7 trustee, Randolph Osherow.  (Not part of court record)

7.  Bankruptcy attorney, Charles R. Nettles.  (Not part of court record)

8.  Adversary case no.06-01248FRM  Michael L. Buesgens creditor adversary
    v. Donald Ray Tawney, Jr. IRS Department of the Treasury.  (Previously
    submitted.  See civil action #7-4927)

9.  Related personal injury federal tort claims act administrative form SF295 civil
    actions 1:06cv01558RCL, 1:07cv00859RBW, U.S. District Court for the District
    of Columbia, 1:06cv00967LY-RP, U.S. District Court for the Western District of
    Texas Austin division, Judge Earl Leroy Yeakel, III.  (Not part of court record)

10. Bankruptcy case no. 06-20695 docket.  (not part of court record)                    4

11. Civil no. 2:07cv01541 BWK docket.  (not part of court record)                      5

12. Orders denying motion to intervene in bankruptcy case no. 07-13246 and            6
    civil action no. 2:07cv01541BWK.  (not part of court record)

13. Orders denying motion reopen bankruptcy case no. 06-20695.                        7
    (Not part of court record)

14. U.S. Attorneys doing discovery on the unrepresented Dana M. Porter.               8
    (Not part of court record)

15. Third circuit docket 07-3859 2:07cv01541BWK, appointment of counsel              9
    granted to Dana M. Porter.  (not part of court record)

12/14/2007 2:14 PM

**2:07-cv-04927-MAM** PORTER et al
**MARY A. MCLAUGHLIN, presiding**
Date filed: 11/21/2007
Date of last filing: 12/06/2007

**Parties**

2:07CV04927MAM
APPEAL
OF
BANKRUPTCY
CASE
NO.
07-13246JKF

NTEU
**BARBARA A. ATKIN**
**GENERAL COUNSEL NTEU.**

**1750 H STREET, NW**
**WASHINGTON, DC 20006**
*Added: 11/21/2007*
*(Interested Party)*
**PRO SE**

**FREDERIC J. BAKER**
**UNITED STATES TRUSTEE**
**601 WALNUT STREET**
**CURTIS CENTER, SUITE 950 WEST**
**PHILADELPHIA, PA 19106**
*Added: 11/21/2007*
*(Trustee)*
**PRO SE**

**SUSAN BECKER** ✓
**AUSA**
**615 CHESTNUT STREET**
**SUITE 1250**
**PHILADELPHIA, PA 19106**
*Added: 11/21/2007*
*(Interested Party)*
**PRO SE**

**MICHAEL L. BUESGENS** ✓
**3112 WINDSOR ROAD**
**A322**
**AUSTIN, TX 78703**
*Added: 11/21/2007*
*(Appellant)*
**PRO SE**

**MICHAEL L. BUESGENS**
**3112 WINDSOR ROAD**
**A322**
**AUSTIN, TX 78703**
*Added: 11/21/2007*

12/14/2007 2:14 PM

**(Intervenor)**
**PRO SE**

**MARY CANO**
**903 SAN IACINIO BLVD., #322**
**AUSTIN, TX 78701**
**Added: 11/21/2007**
**(Interested Party)**
**PRO SE**

2:07CV04927MAM

**MARY CROY**
**DEPUTY MANAGER**

06-01248FRM

**903 SAN IACINIO BLVD., #322**
**AUSTIN, TX 78701**
**Added: 11/21/2007**
**(Interested Party)**
**PRO SE**

**MARIA DOZAUER**
**CHIEF DEPUTY**

06-11164FRM

**903 SAN IACINIO BLVD., #322**
**AUSTIN, TX 78701**
**Added: 11/21/2007**
**(Interested Party)**
**PRO SE**

**EEOC**
**1524 S. IH - 35 SUITE 233**
**AUSTIN, TX 00000**
**Added: 11/21/2007**
**(Interested Party)**
**PRO SE**

CHARLES R. NETTLES
OSVALD RAY TAWNEY, JR

**JEAN K. FITZSIMON**
**ROBERT N.C. NIX BUILDING**
**900 MARKET STREET**
**SUITE 214**
**PHILA.,, PA 19107-4299**
**Added: 11/21/2007**
**(Notice Only Party)**
**PRO SE**

**INTERNAL REVENUE SERVICE**
**POST OFFICE BOX 21126**
**IRS BANKRUPTCY/INSOLVENCY**
**Added: 11/21/2007**
**(Interested Party)**

IRS

12/14/2007 2:14 PM

**PRO SE**

**COLLEEN M. KELLY**
**PRESIDENT NTEU**     *NTEU*

**1750 H STREET, NW**     *2:07CV04927*
**WASHINGTON, DC 20006**
*Added: 11/21/2007*     *07-13246*
*(Interested Party)*
**PRO SE**

**RONALD B. KING**
**CHIEF BANKRUPTCY JUDGE**

**615 EAST HOUSTON STRET - ROOM 505**
**POST OFFICE BOX 1439**
**SAN ANTONIO, TX 78295-1439**
*Added: 11/21/2007*
*(Interested Party)*
**PRO SE**

**JUDGE EARL LEROY, III**
**U.S. DISTRICT COURT**
**AUSTIN, TX 00000**
*Added: 11/21/2007*
*(Interested Party)*
**PRO SE**

**TIMOTHY B. MCGRATH**
**U.S. BANKRUPTCY COURT**
**900 MARKET STREET**
**SUITE 400**
**PHILA.,, PA 19107-4299**
*Added: 11/21/2007*
*(Notice Only Party)*
**PRO SE**

**SHERRI MILLER**     *06-11164FBn*
**CASE MANAGER**

**903 SANIACINIO BLVD., #322**
**AUSTIN, TX 78701**
*Added: 11/21/2007*
*(Interested Party)*
**PRO SE**

**WILLIAM C. MILLER**     *07-13246JKF*
**ESQ.**
**CHAPTER 13 TRUSTEE**

12/14/2007 2:14 PM

111 SW. INDEPENDENCE MALL, SUITE
583
PHILADELPHIA, PA 19106
*Added: 11/21/2007*
*(Trustee)*
PRO SE

BANKRUPTCY JUDGE FRANK R.
MONROE
903 SAN IACINIO BLVD
#322
AUSTIN, TX 78701
*Added: 11/21/2007*
*(Interested Party)*
PRO SE

*06-11164 FRN*
*06-01248 FRN*

PETER J. MULCAHY
ESQ.

1617 JFK BLVD., #1400
PHILADELPHIA, PA 19103
*Added: 11/21/2007*
*(Interested Party)*
PRO SE

RANDOLPH OSHEROW
CHAPTER 7 TRUSTEE
342 WEST WOODLAWN
SAN ANTONIO, TX 78212
*Added: 11/21/2007*
*(Interested Party)*
PRO SE

*06-11164 FRN*

DANA M PORTER
*Added: 11/21/2007*
*(Debtor-In-Possess)*

*07-13246 JKF*

represented
by

MICHAEL ADAM COHEN
LAW OFFICES OF MICHAEL J.
HALPRIN
1806 SOUTH BROAD STREET
PHILADELPHIA, PA 19145
215-389-6913
*Assigned: 11/21/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

MICHAEL HALPRIN
1806 SOUTH BROAD STREET
PHILADELPHIA, PA 19145
*Assigned: 11/21/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

12/14/2007 2:14 PM

**DANA M PORTER**
**865 SCATTERGOOD STREET**
**PHILADELPHIA, PA 19124**
*Added: 11/21/2007*
*(Interested Party)*
**PRO SE**

$2:07CV04927AAA$

**GEORGE PRENTICE**
**CLERK OF COURT**
**903 SANIACINIO BLVD., #322**
**AUSTIN, TX 78701**
*Added: 11/21/2007*
*(Interested Party)*
**PRO SE**

$06-11164FRM$

**STEVE SALATA**
**CHIEF DEPUTY**

$06-61248FRM$

**903 SAN IACINITO BLVD., #322**
**AUSTIN, TX 78701**
*Added: 11/21/2007*
*(Interested Party)*
**PRO SE**

**U.S. ATTORNEYS OFFICE**
**555 4TH STREET, N.W.**
**WASHINGTON, DC 00000**
*Added: 11/21/2007*
*(Interested Party)*
**PRO SE**

JEFFREY A. TAYLOR

**U.S. ATTORNEYS OFFICE**
**816 CONGRESS AVENUE**
**#1000**
**AUSTIN, TX 78701**
*Added: 11/21/2007*
*(Interested Party)*
**PRO SE**

R. BARRY ROBINSON
AUSA

2:07CV0497MAM
07-13246IKF

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF          :      CIVIL ACTION
DANA M PORTER            :
                         :      NO. 07-4927

6
12/6/07

ORDER

AND NOW, this 6th day of December, 2007, upon

consideration of the appellant's Motion for Subpoenas Duces

Tecum, Consolidation of Civil Actions, To Stay the Proceedings,

and for Appointment of Counsel (Docket No. 4), IT IS HEREBY

ORDERED that the motion is DENIED.  The Court will decide this

appeal on the basis of the Bankruptcy Court record.  Pursuant to

the Scheduling Order in this case (Docket No. 2), the appellant's

brief must be filed by December 6, 2007.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.

CLOSED

CLOSED, STANDARD

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:06-cv-03071-BWK

2:06CV03071BWK

**PORTER v. NTEU NATIONAL OFFICE**
Assigned to: HONORABLE BRUCE W. KAUFFMAN
related Case: 2:07-cv-01541-BWK
Cause: 42:1983 Civil Rights Act

Date Filed: 07/13/2006
Date Terminated: 07/20/2006
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

DANA M. PORTER

represented by DANA M. PORTER
865 SCATTERGOOD STREET
PHILADELPHIA, PA 19124
PRO SE

**V.**

**Defendant**

NTEU NATIONAL OFFICE    NTEU

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 07/13/2006 | 1 | MOTION TO PROCEED IN FORMA PAUPERIS TOGETHER WITH STATEMENT IN SUPPORT DANA M. PORTER.(ti, ) Additional attachment(s) added on 10/5/2007 (mk, ). (Entered: 07/13/2006) |
| 07/20/2006  DENIED | 2 | ORDER THAT PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS IS DENIED. THIS CASE IS CLSOED. SIGNED BY JUDGE BRUCE W. KAUFFMAN ON 7/19/06. 7/20/06 ENTERED AND COPIES MAILED.(stb, ) (Entered: 07/20/2006) |

# General Docket

## US Court of Appeals for the Third Circuit

*3 RA CIRCUIT*

*07-3859*

**Court of Appeals Docket #: 07-3859**                    **Filed: 9/28/07**

**Nsult: 2440  Civil Rights: Other**

**Porter v. Dept Treasury**

**Appeal from: Eastern District of Pennsylvania**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Lower court Information:**

    **District: 0313-2 : 07-cv-01541**

    **Trial Judge: Bruce W. Kauffman, District Judge**

    **Date Filed: 4/23/07**

    **Date order/judgment: 9/17/07**

    **Date NOA filed: 9/21/07**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Fee status: paid**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Prior cases:**

  **None**

**Current cases:**

  **None**

**Docket as of December 4, 2007 6:27 pm**            **Page 1**

**07-3859  Porter v. Dept Treasury**

**DANA M. PORTER**            **Dana M. Porter**

             **[pro]**

             **865 Scattergood Street**

             **Philadelphia, PA 19124**

v.

**DEPT TREASURY**　　　　　**Susan R. Becker**
**Appellee**　　　　　　　　**FAX 215-861-8349**
　　　　　　　　　　　　　**215-861-8310**
　　　　　　　　　　　　　**Suite 1250**
　　　　　　　　　　　　　**[COR NTC gvt]**
　　　　　　　　　　　　　**Office of United States**
　　　　　　　　　　　　　**Attorney**
　　　　　　　　　　　　　**615 Chestnut Street**
　　　　　　　　　　　　　**Philadelphia, PA 19106**

---

**MICHAEL BUESGENS**　　　**Michael Buesgens**
**Appellant**　　　　　　　**A322**
　　　　　　　　　　　　**[NTC pro]**
　　　　　　　　　　　　**3112 Windsor Road**
　　　　　　　　　　　　**Austin, TX 78703**

**Docket as of December 4, 2007 6:27 pm**　　　**Page 2**

**07-3859  Porter v. Dept Treasury**

**DANA M. PORTER**

v.

**DEPT TREASURY**

　　　**Appellee**

---

**MICHAEL BUESGENS**

　　　**Appellant**

AUSA SUSN R. BECKER

**07-3859  Porter v. Dept Treasury**

**9/28/07**      **CIVIL CASE DOCKETED.  Notice filed by Michael Buesgens. (crg)**

**9/28/07**      **RECORD available on District Court CM/ECF. (crg)**

**10/5/07**      **APPEARANCE from Attorney Susan R. Becker on behalf of Appellee Dept Treasury, filed. (tmm)**

**10/11/07**      **Notice received from district court that the docketing and filing fees have been paid by the appellant on 10/10/07. (crg)**

**10/11/07**      **MOTION by Appellant for summary action filed.  Answer due 10/22/07. Certificate of Service dated 10/9/07. (crg)**

**10/17/07**      **FOLLOW UP LETTER to Dana M. Porter requesting the following documents: **PARTICIPATION STATEMENT (crg)**

**10/19/07**      **CM/ECF case - Portion of record received by Court of Appeals Received document numbers: 16,17,21. (crg)**

**11/9/07**      **MOTION by Appellant Pro Se for Default Judgment Against Appellee, to correct the record with exhibits, filed. Answer due 11/19/07. Certificate of Service dated 11/3/07. (crg)**

**2:07-cv-01541-BWK** PORTER v. DEPT. OF THE TREASURY

**BRUCE W. KAUFFMAN, presiding**

**Date filed: 04/23/2007**

**Date of last filing: 12/13/2007**

*PENNSYLVANIA*

**Parties**

*2:07CV01541 BWK*

**MICHAEL BUESGENS**
**3112 WINDSOR ROAD**
**A322**
**AUSTIN, TX 78703**
*Added: 08/09/2007*
*TERMINATED: 08/27/2007*
*(Movant)*
**PRO SE**

*DANA M. PORTER*

**DEPT. OF THE TREASURY**
*Added: 04/17/2007*    *IRS*
*(Defendant)*

represented
by

**SUSAN R. BECKER**
**U.S. ATTORNEY'S OFFICE**
**615 CHESTNUT ST.**
**SUITE 1250**
**PHILADELPHIA, PA 19106**
**215-861-8310**
**susan.becker@usdoj.gov**
*Assigned: 05/08/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**DANA M. PORTER**
**865 SCATTERGOOD**
**STREET**
**PHILADELPHIA, PA 19124**
*Added: 04/17/2007*
*(Plaintiff)*
**PRO SE**

EXHIBIT 3

06-20695

**06-20695-MBM** Bradley D. Kruth
**Case type: bk Chapter: 7 Asset: No Vol: v Judge: M. Bruce McCullough**
**Date filed: 02/27/2006 Date of last filing: 11/21/2007**

*06-20695*

# Parties

**Michael Buesgens**
**3112 Windsor Rd. A322**
**Austin, TX 78703**
**512-339-6005x7958**
**512-339-6099 (fax)**
**mikebuesgens@hotmail.com**
*Added: 08/13/2007*
*(Interested Party)*

**Rosemary C. Crawford**
**Crawford McDonald, LLC.**
**P.O. Box 355**
**Allison Park, PA 15101**
**724-443-4757**
**crawfordmcdonald@aol.com**
*Added: 02/28/2006*
*(Trustee)*

**Bradley D. Kruth**        *CHAPTER 7*        **Dennis J. Spyra**
**641 Stoneridge Drive**                      **1711 Lincoln Way**
**Allison Park, PA 15101**    **represented**   **White Oak, PA 15131**
**SSNs: xxx-xx-2635**         **by**            **412-471-7675**
*Added: 02/27/2006*                            **dspyra@aol.com**
*(Debtor)*                                      *Assigned: 02/27/06*

**Office of the United States Trustee**
**Liberty Center.**
**1001 Liberty Avenue, Suite 970**
**Pittsburgh, PA 15222**
**412-644-4756**
**ustpregion03.pi.ecf@usdoj.gov**

EXHIBIT 4

06-11164 FRa

06-01248 FRa

*TEXAS*
*BANKRUPTCY*

# U.S. Party/Case Index

## Bankruptcy Name Search Results

**4 Total Party matches for selection TAWNEY, DONALD RAY for Texas Western**

*DONALD RAY TAWNEY, JR*
*IRS OFFICIAL*

| Name | Court | Case No. | Filed | Chapter |
|------|-------|----------|-------|---------|
| **1 TAWNEY, DONALD RAY BUESGENS AND TAWNEY** | txwbke | 06-01248 | 10/24/2006 | AP |
| **2 TAWNEY, DONALD RAY BUESGENS AND TAWNEY** | txwbke | 06-01248 | 10/24/2006 | AP |
| **3 TAWNEY, DONALD RAY BUESGENS AND TAWNEY** | txwbke | 06-01248 | 10/24/2006 | AP |
| **4 TAWNEY, DONALD RAY, JR. DONALD RAY TAWNEY** | txwbke | 06-11164 | 07/31/2006 | 7 |

12/14/2007 1:53 PM

## 06-11164-frm Donald Ray Tawney

**Case type: bk Chapter: 7 Asset: No Vol: v Bankruptcy Judge: Frank R. Monroe**
**Date filed: 07/31/2006 Date discharged: 02/07/2007**
**Date terminated: 07/19/2007 Date of last filing: 07/20/2007**

*06-11164 FRM*

## Parties

**Michael L. Buesgens** ✓
**3112 Windsor, #A322**
**Austin, TX 78703**
**(512) 339-6005**
*Added: 10/30/2006*
**(Creditor)**

| | | |
|---|---|---|
| **Bass & Associates,PC**<br>**Household Bank (SB), N.A.**<br>**3936 E. Fort Lowell Suite 200**<br>**Tucson, AZ 85730**<br>**(520) 577-1544**<br>*Added: 09/27/2006*<br>**(Creditor)** | **represented by** | **Nichlas P. Spallas**<br>**3936 E. Ft. Lowell Rd., #200**<br>**Tucson, AZ 85712-1083**<br>**(520) 577-1544 x 5017**<br>**ecf@bass-associates.com**<br>*Assigned: 09/27/06* |

**Randolph N Osherow** ✓
**342 W Woodlawn**
**San Antonio, TX 78212**
**(210) 738-3001**
**rosherow@hotmail.com**
*Added: 07/31/2006*
**(Trustee)**

*CHAPTER 7 TRUSTEE*

| | | |
|---|---|---|
| **Donald Ray Tawney, Jr.** *IRS* ✓<br>**13601 Elm Ridge Lane #1635** | **represented by** | **Charles R. Nettles, Jr.** ✓<br>**1524 S. IH-35, Suite 233** |

12/14/2007 1:53 PM

Austin, TX 78727
SSNs: xxx-xx-4466
*Added: 07/31/2006*
*(Debtor)*


United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701
(512) 916-5330
ustpregion07.au.ecf@usdoj.gov
*Added: 07/31/2006*
*(U.S. Trustee)*

Austin, TX 78704
(512) 459-3212
(512) 459-0842 (fax)
charlesnettles@hotmail.com
*Assigned: 07/31/06*

AUSA
R. BARRY ROBINSON
AUSTIN, TEXAS

12/14/2007 1:50 PM

**06-01248-frm** Buesgens v. Tawney et al
**Case type: ap Related bankruptcy: 06-11164-frm Bankruptcy Judge: Frank
R. Monroe**
**Date filed: 10/24/2006**
**Date terminated: 05/04/2007 Date of last filing: 05/04/2007**

*06-01248 FRM*

## Parties

**Michael L. Buesgens** ✓
**3112 Windsor, #A322**
**Austin, TX 78703**
**(512) 339-6005**
*Added: 10/24/2006*
*(Cross Claimant)*
**PRO SE**

**Michael L. Buesgens**
**3112 Windsor, #A322**
**Austin, TX 78703**
**(512) 339-6005**
*Added: 10/24/2006*
*(Cross Claimant)*
**PRO SE**

**Michael L. Buesgens**
**3112 Windsor, #A322**
**Austin, TX 78703**
**(512) 339-6005**
*Added: 10/24/2006*
*(Plaintiff)*
**PRO SE**

**Randolph N Osherow** ✓ *CHAPTER 7 TRUSTEE*

342 W Woodlawn
San Antonio, TX 78212
(210) 738-3001
rosherow@hotmail.com
*Added: 10/25/2006*
*(Interested Party)*

*06-01248 FRM*

**Donald Ray Tawney** ✓   *IRS*
**United States Attorney**
**Suite 601, 300 E. 8th Street**
**STOP 2000AUS**   *R. BARRY ROBIDSON – AUSA*
**Austin, TX 78701**
*Added: 12/26/2006*
*(Counter Defendant)*

**Donald Ray Tawney**
*Added: 10/24/2006*
*(Counter Defendant)*
**PRO SE**

**Donald Ray Tawney**
**United States Attorney**
**Suite 601, 300 E. 8th Street**
**STOP 2000AUS**
**Austin, TX 78701**
*Added: 12/26/2006*
*(Cross Defendant)*

**Donald Ray Tawney**
*Added: 10/24/2006*
*(Cross Defendant)*
**PRO SE**

**Donald Ray Tawney**                  **represented**       **Charles R. Nettles, Jr.**
*Added: 10/24/2006*                    **by**                **1524 S. IH-35, Suite 233**
*(Defendant)*                                               **Austin, TX 78704**
                                                            **(512) 459-3212**

12/14/2007 1:50 PM

06-01248FRN

(512) 459-0842 (fax)
charlesnettles@hotmail.com
Assigned: 01/04/07

**United States Of America**
**[I.R.S.]**
**United States Attorney**
**Suite 601, 300 E. 8th Street**
**STOP 2000AUS**
**Austin, TX 78701**
*Added: 12/26/2006*
*(Counter Defendant)*

AUSA
R-BARRY ROBINSON

**United States Of America**
**[I.R.S.]**
**United States Attorney**
**Suite 601, 300 E. 8th Street**
**STOP 2000AUS**
**Austin, TX 78701**
*Added: 12/26/2006*
*(Cross Defendant)*

ADVERSARY

## 06-01248-frm Buesgens v. Tawney et al

Case type: ap Related bankruptcy: 06-11164-frm Bankruptcy Judge: Frank
R. Monroe
Date filed: 10/24/2006
Date terminated: 05/04/2007 Date of last filing: 05/04/2007

# Attorneys

**Charles R. Nettles, Jr.**
**1524 S. IH-35, Suite 233**
**Austin, TX 78704**
**(512) 459-3212**
**(512) 459-0842 (fax)**
**charlesnettles@hotmail.com**
*Assigned: 01/04/2007*

representing

*IRS*
**Donald Ray Tawney**
*(Defendant)*

R. BARRY ROBINSON - AUSA
FEDERAL TORT CLAIMS ACT - PERSONAL INJURY
ADMINISTRATIVE CLAIM - FORM SF 95
FILED: 8/22/2005

*06-01248 FRM*

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

IN RE: **Donald Ray Tawney** , Debtor(s)

*IRS*

Bankruptcy Case No.: 06–11164–frm
Chapter No.: 7

*3*
*11/28/2006*

Adversary Proceeding 06–01248–frm
No.:

Judge: Frank R. Monroe

**Michael L. Buesgens**
Plaintiff

v.

**Donald Ray Tawney**
Defendant

---

## ORDER TO PERFECT SERVICE

It appearing to the Court that Plaintiff(s) has failed to comply with the provision of Bankruptcy Rule 7004, **IT IS THEREFORE ORDERED** that counsel for the Plaintiff(s) obtain service of process on the following Defendant(s) in this case within thirty (30) days from entry of this order:

Donald Ray Tawney

Failure to do so will result in dismissal for want of prosecution.

Dated:  11/28/06

George D. Prentice II
Clerk, U. S. Bankruptcy Court

[Perfect Service Order (AP)] [OpsAPsp]

B 250A
(8/96)

DEC 2 6 2006

U.S. BANKRUPTCY COURT
BY_____ DEPUTY

**ORIGINAL**

DEC 2 6 2006

U.S. BANKRUPTCY COURT
BY_____ DEPUTY

# United States Bankruptcy Court

**WESTERN** District Of **TEXAS**

In re _Donald Ray Tawney, Jr_
                    Debtor

Case No. _06-11164 FM_

Chapter _7_

_Michael L. Buesgens_
                    Plaintiff

_United States of America_
                    Defendant

Adv. Proc. No. _06-01248 FM_

_Donald Ray Tawney, Jr. et. al_

Re Issued **SUMMONS IN AN ADVERSARY PROCEEDING**

8
12/26/06

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk _U.S. Bankruptcy Court_
_903 San Jacinto Blvd #322_
_Austin, Texas 78701_

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney _Michael L. Buesgens_
_3112 Windsor Rd #A 322_
_Austin, Texas 78703_

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

GEORGE D. PRENTICE, II
_____
Clerk of the Bankruptcy Court

By: _R. Farias_
                    Deputy Clerk

_12/18/06_
Date

## CERTIFICATE OF SERVICE

I, ___MIKE TECHOW_____, certify that I am, and at all times during the
_____(name)_____
service of process was, not less than 18 years of age and not a party to the matter concerning which service of
process was made. I further certify that the service of this summons and a copy of the complaint was made
__12/21/06_____ by:
___(date)___

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☑ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

DONALD R. TAWDEY, JR, MANAGER - I.R.S.
INTERNAL REVENUE SERVICE
AUSTIN COMPLIANCE CENTER
1621 DIRECTORS BLVD  AUSTIN, TEXAS 78744

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed
to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                        (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__12/21/06_____          _____
_____Date_____                        Signature

| Print Name | MIKE TECHOW |
|---|---|
| Business Address | 809 NUELES |
| City AUSTIN | State TX  Zip 78701 |

*06-01248 FRM*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE:    TAWNEY JR., DONALD RAY  *IRS* | * | CASE NO. 06-11164FM |
| DEBTOR. | * | CHAPTER 7 |
| | * | |
| MICHAEL L. BUESGENS | * | |
| PLAINTIFF | * | |
| | * | |
| VS. | * | ADV NO. 06-1248FM |
| | * | |
| DONALD RAY TAWNEY JR. | * | *10* |
| DEFENDANT | * | *1/4/2007* |

## MOTION FOR MORE DEFINITE STATEMENT

COMES NOW, Donald Ray Tawney Jr., by and through his attorney of record,

Charles R. Nettles, and this Motion for More Definite Statement and for cause would

show as follows:

1. This Complaint is ostensibly a Complaint to Deny Discharge and a Complaint Objecting to Discharge.
2. The Complaint sets out a number of facts which, if true, might provide plaintiff, Mr. Buesgens with his desired result. Other parts of the Complaint make no sense.
3. For example, paragraph 3 is a list of individuals including Mr. Tawney but contains no allegation.
4. Paragraph 4 of the Complaint references a prior EEOC Administrative Hearing and nothing more. Paragraphs 5, 6, 7, 8, 9, 10 likewise reference individuals and/or lawsuits but contain no allegations as to their relevance.
5. Paragraph 11 makes a factual allegation as does paragraph 13 but paragraph 14 is a list of US Government Attorneys.
6. Defendant's Attorney, Charles Nettles, has spent considerable time attempting to make sense of this pleading but cannot. The Defendant requests that this Court award attorneys fees to Mr. Nettles to be paid by Mr. Buesgens for his efforts in reviewing the voluminous pleadings filed in this case.

*ATTORNEY FEES FOR CHARLES NETTLES*

WHEREFORE, PREMISES CONSIDERED, Movant requests that this Court

require Plaintiff to state with particularity what actions are complained of and explain

why and how those actions form the basis for a discharge/dischargeability Complaint.

Respectfully Submitted,

_____

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 Facsimile
TSB# 14927200

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was mailed via first class U.S. Mail to the following parties:

Randolph Osherow
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

Michael L. Buesgens
3112 Windsor Road, Apt. A322
Austin, TX 78703

DATED:_____

_____

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, TX 78704
(512) 459-3212
(512) 459-0842 Facsimile
TSB# 14927200

*R. BARRY ROBINSON*
*AUSA*
*TORT CLAIM*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:          TAWNEY JR., DONALD RAY           *      CASE NO. 06-11164FM
                    *IRS*
DEBTOR.                                          *
                                                 *      CHAPTER 13 ✓
                                                 *      7
MICHAEL L. BUESGENS                              *
PLAINTIFF                                        *
                                                 *
VS.                                              *
                                                 *      ADV. NO. 06-1248FM
DONALD RAY TAWNEY JR.                            *
DEFENDANT                                        *      13
                                                        1/04/2007

## DEFENDANT'S MOTION TO DISMISS
## ADVERSARY FOR LACK OF STANDING

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY (20) DAYS FROM THE DATE OF SERVICE, NO HEARING WILL BE HELD AND THE RELIEF REQUESTED IN THE MOTION WILL BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, Donald Ray Tawney Jr., by and through his attorney of record and files this Motion to Dismiss the Adversary Complaint for Lack of Standing and for cause would show:

1. This Complaint seeks relief under both 11 U.S.C. §727 and 11 U.S.C. §523.

2. Plaintiff is not now nor has he ever been a creditor of the Debtor.

3. In an effort to gain standing, Plaintiff has filed two claims in this no asset case.    ONE CLAIM

4. One claim is for $200,000.00 and the other claim is for $2,000,000.00. Defendant has objected to both.

5. If Plaintiff is not a creditor with a claim, then he does not have standing to object to discharge or dischargeability.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that this adversary be dismissed and that Defendant's attorney be awarded attorney's fees of $500.00 for responding to same.

Respectfully submitted,

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, Texas 78704
(512) 459-3212
TSB# 14927200

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's Motion to Dismiss Adversary for Lack of Standing was mailed via first class mail on ____ day of January, 2007:

Randolph Osherow
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

Michael Buesgens
3112 Windsor Road, Apt A322
Austin, TX 78703

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

DATED: 1 - 4 - 07

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, Texas 78704
(512) 459-3212
TSB# 14927200

R. BARRY ROBINSON
AUSA
TORT CLAIM

06-01248FRM

**FILED**

JAN 3 1 2007

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

U.S. BANKRUPTCY COURT
BY _____ DEPUTY

IN RE:     TAWNEY JR., DONALD RAY     *    CASE NO. 06-11164FM

*IRS*

DEBTOR.                             *    CHAPTER 13 ✓

                                      *    **7**    **20**

MICHAEL L. BUESGENS           *               1/31/2007
PLAINTIFF                    *

VS.                                *    ADV. NO. 06-1248FM

DONALD RAY TAWNEY JR.        *
DEFENDANT                *

## RESPONSE TO PLAINTIFF'S MOTION
## FOR DEFAULT JUDGMENT

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

     COMES NOW, Donald Ray Tawney Jr., by and through his attorney of record

and files this Response to Plaintiff's Motion for Default Judgment and for cause would

show:

*FRCP*
*12(e)*

1.   Defendant has filed a Motion for More Definite Statement Pursuant to FCRP
     12(e). No responsive pleading to Plaintiff's Complaint is necessary until a
     hearing has been held on the Motion for More Definite Statement. A hearing
     is scheduled on that Motion on February 6, 2007.

     WHEREFORE, PREMISES CONSIDERED, Defendant asks that Plaintiff's

Motion for Default Judgment be denied.

                         *CHARLES R. NETTLES*

                         Respectfully submitted,

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, Texas 78704
(512) 459-3212
TSB# 14927200

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that a true and correct copy of the foregoing Defendant's Response to Plaintiff's Motion for Default Judgment was mailed via first class mail on _____ day of January, 2007:

Randolph Osherow
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

Michael Buesgens
3112 Windsor Road, Apt A322
Austin, TX 78703

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701


DATED: _1 - 31 - 07_


Charles R. Nettles
1524 South IH-35, Suite 233
Austin, Texas 78704
(512) 459-3212
TSB# 14927200

*R. BARRY ROBINSON*
*AUSA*
*TORT CLAIM*

*06 - 01248 FRM*

Granted for the reasons stated in the ruling the court made at the hearing on the motion.

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 07, 2007**

*26*
*2/7/2007*

_____
**FRANK R. MONROE**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE:    TAWNEY JR., DONALD RAY | * | CASE NO. 06-11164FM |
| | * | |
| DEBTOR | * | CHAPTER 7 |
| | * | |
| MICHAEL L. BUESGENS | * | |
| PLAINTIFF | * | |
| | * | |
| VS. | * | ADV. NO. 06-1248FM |
| | * | |
| DONALD RAY TAWNEY JR. | * | |
| DEFENDANT | * | |

### ORDER DISMISSING ADVERSARY FOR LACK OF STANDING

On this day came on to be heard Defendant's Motion to Dismiss Adversary for

Lack of Standing.  It appearing to the Court that all parties have been properly served,

and that the Motion is well founded, it is therefore,

ORDERED that Plaintiff's Complaint to Dischargeabilty is hereby Dismissed.

### ###

06-01248 FRM 

**IT IS HEREBY ADJUDGED and DECREED that the below described is DENIED.**

ORDER

**Dated: February 07, 2007**

25
2/7/2007

_J R Monroe_

**FRANK R. MONROE**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:    TAWNEY JR., DONALD RAY          *    CASE NO. 06-11164FM

DEBTOR.                                   *    CHAPTER 7

DONALD RAY TAWNEY JR.                     *
MOVANT,                                   *
                                          *    ADV. NO. 06-1248FM
vs.                                       *
                                          *
MICHAEL L. BUESGENS                       *
RESPONDENT.                               *

**ORDER STRIKING PLEADINGS**

On this day came on to be heard Debtor's Motion to Strike Pleadings. It appearing to the Court that all parties have been properly served, and that the Motion is well founded, it is therefore,

ORDERED that the Complaint Objecting to Discharge under 11 U.S.C. §727 and Dischargeability under 11 U.S.C. §523 are stricken and Plaintiff has 10 days to replead or his case is dismissed.

###

**FILED**

FEB 07 2007

U.S. BANKRUPTCY COURT
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE:     TAWNEY JR., DONALD RAY | * | CASE NO. 06-11164FM |
| | * | |
| DEBTOR. | * | CHAPTER 13 |
| | * | |
| MICHAEL L. BUESGENS | * | |
| PLAINTIFF | * | |
| | * | |
| VS. | * | ADV. NO. 06-1248FM |
| | * | |
| DONALD RAY TAWNEY JR. | * | |
| DEFENDANT | * | |

28
2/7/2007

## RESPONSE TO PLAINTIFF'S MOTION
## TO TRANSFER VENUE

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, Donald Ray Tawney Jr., by and through his attorney of record and files this Response to Plaintiff's Motion to Transfer Venue and for cause would show:

1. This Motion has no basis in law or fact.

2. All of the fact witnesses are in Austin.

3. The parties both reside in Austin.

4. The Agency complained of has an office in Austin.

5. Prior proceedings in this matter have occurred in Austin.

6. There is no reason to transfer this action to Washington, D.C.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that this Court deny Plaintiff's Motion to Transfer Venue.

06-01248 FRM

28
2/7/2007

Respectfully submitted,

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, Texas 78704
(512) 459-3212
TSB# 14927200

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's Response to Plaintiff's Motion to Transfer Venue was mailed via first class mail on 7th day of January, 2007:

Randolph Osherow
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

Michael Buesgens
3112 Windsor Road, Apt A322
Austin, TX 78703

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

DATED: 2-7-07

Charles R. Nettles
1524 South IH-35, Suite 233
Austin, Texas 78704
(512) 459-3212
TSB# 14927200

R. BARRY ROBINSON
AUSA

Case 1:07-cv-00209  Doc 6                          Filed 05/01/2007  Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

MAY -1 PM 3: 26

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN RE: TAWNEY JR., DONALD RAY       §
                                    §
MICHAEL L. BUESGENS,                §
              APPELLANT,            §        CAUSE NO. A-07-CA-209-LY
                                    §
                                    §        06-1248
DONALD RAY TAWNEY JR.,              §
              APPELLEE.             §

**FILED**

MAY 3  2007

U.S. BANKRUPTCY COURT
BY_____
DEPUTY

### FINAL JUDGMENT

Before the Court is the above entitled cause of action. On this same date, the Court signed

an order dismissing Appellant's bankruptcy appeal. Accordingly, the Court renders the following

final judgment.

**IT IS ORDERED** that this cause is **DISMISSED** as improperly filed under the applicable

Rules of Bankruptcy.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED**.

SIGNED this _____ day of May, 2007.


LEE YEAKEL
UNITED STATES DISTRICT JUDGE

EXHIBIT 5

ADVERSARY

07-10008

*BANKRUPTCY*
*DONALD RAY TAWNEY, JR*

**12/14/2007 1:47 PM**

## 07-10008 Buesgens v. Paulson et al

**Case type: ap Related bankruptcy: Lead case not found Bankruptcy Judge: S. Martin Teel, Jr.**

**Date filed: 02/23/2007 Date of last filing: 10/17/2007**

*07-10008*

## Parties

*DISTRICT OF COLUMBIA*

**Michael L. Buesgens**
**3112 Windsor Road**
**#A322**
**Austin, TX 78703**
*Added: 03/01/2007*
*(Cross-Claimant)*
**PRO SE**

**Michael L. Buesgens**
**3112 Windsor Road**
**#A322**
**Austin, TX 78703**
*Added: 03/01/2007*
*(Plaintiff)*
**PRO SE**

**Mark Everson** *IRS*
*Added: 03/01/2007*
*(Cross Defendant)*

**Mark Everson**
*Added: 03/01/2007*
*(Defendant)*

**represented by**

**Karen Melnik**
**555 4th Street**
**Washington, DC 20530**
*Assigned: 03/01/07*
*LEAD ATTORNEY*

12/14/2007 1:47 PM

*07-10008*

**Henry Paulson**
*Added: 03/01/2007*
*(Cross Defendant)*

**Henry Paulson**
*Added: 03/01/2007*
*(Defendant)*

represented by

**Karen Melnik**
**555 4th Street**
**Washington, DC 20530**
*Assigned: 03/01/07*
*LEAD ATTORNEY*

**Donald Ray Tawney, Jr**
*Added: 03/01/2007*
*(Cross Defendant)*

*IRS*

**Donald Ray Tawney, Jr**
*Added: 03/01/2007*
*(Defendant)*

represented by

**Pat S. Genis**
**U.S. Department of Justice**
**P.O. Office Box 227**
**Ben Franklin Station**
**Washington, DC 20044**
**202-307-6390**
**pat.genis@usdoj.gov**
*Assigned: 06/06/07*

**Karen Melnik**
**555 4th Street**
**Washington, DC 20530**
*Assigned: 03/01/07*
*LEAD ATTORNEY*