*Leave to file is granted.*
*Judge Walton*
*9/2/08*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# 333 CONSTITUTION AVENUE, NW
# WASHINGTON, DC 20001

**MICHAEL L. BUESGENS**

**PLAINTIFF**

**RECEIVED**

MAR 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**V.**

**LINDA STIFF, ACTING COMMISSIONER**
**RESPONDEAT SUPERIOR**
**INTERNAL REVENUE SERVICE**

**JOHN W. SNOW, SECRETARY**
**RESPONDEAT SUPERIOR**
**U.S. DEPARTMENT OF THE TREASURY**

**DONALD RAY TAWNEY, JR,**
**IRS MANAGER**

**CHERYL ANN TAWNEY,**
**IRS MANAGER**

**CHARLES R. NETTLES,**
**IRS BANKRUPTCY ATTORNEY**

**ANNA S. MEDLOCK,**
**IRS OPERATIONS MANAGER 2**

**CIVIL NO.1:07CV00859 (RBW)**

**MARTHA H. SCHANHALS,**
**IRS MANAGER**

**MELISSA K. GATES, CHIEF**
**IRS LABOR RELATIONS**

**THOMAS J. THEIS, SPECIALIST**
**IRS LABOR RELATIONS**

**MARGARET F. WAITES,**
**INTERNAL REVENUE SERVICE**
**U.S. DEPARTMENT OF THE TREASURY**
**REASONABLE REASSIGNMENT COORDINATOR**

**MICHAEL LYNN SALYARDS, ATTORNEY,**
**GENERAL LEGAL SERVICES-GLS**
**INTERNAL REVENUE SERVICE**
**EQUAL EMPLOYMENT OPPORTUNITY,**
**MEGA CENTER**
**U.S. DEPARTMENT OF THE TREASURY**

**MARY-ELLAN KRCHA, SECRETARY**
**IRS-GLS TORT CLAIMS**

**RUSSELL D. BOKELMAN,**
**CHIEF STEWARD, CHAPTER 247,**
**EEOC HEARING ATTORNEY**
**NATIONAL TREASURY EMPLOYEES UNION**

**DEFENDANT'S, et al.,**

Plaintiff Buesgens, response to the tortfeasors motion to dismiss this appeal as frivolous.

As grounds for this response, Plaintiff submits that the motion to dismiss this appeal is a misleading misrepresentation of material facts. Moreover, the evidence of wrongdoing by Internal Revenue Service Officials, Department of the Treasury officials is completely omitted.

The reliefs requested are reversible error for Plaintiff Buesgens IRS-Treasury EEO Case no. 03-2339 and EEOC No. 360-2003-8286X and Civil no.1:05CV00243SS and Appeal no. 07-5011 and Personal injury administrative claim filed under the Federal Tort Claims Act, and Civil no.1:06CV01558RCL and Adversary case no.07-10008 and Bankruptcy case no. 06-11164FRM and sanctions against defendants and attorneys.

# MEMORANDUM IN SUPPORT OF PLAINTIFF RESPONSE

# TO

# DEFENDANTS' MOTION DISMISS THIS APPEAL

Defendant's motion to dismiss this appeal are supported by the criminal misconduct that occurred in Buesgens personal injury administrative federal tort claim tort claims act filing and the civil action that followed and the IRS bankruptcy case filing.

## FEDERAL TORT CLAIMS ACT-ADMINISTRATIVE CLAIM

## PERSONAL INJURY-FORM SF95

## WRONGDOING

Plaintiff Buesgens sent this tort claim Certified mail, return receipt, requested.

The Deputy General Counsel, Department of the Treasury received Buesgens personal injury tort claim on August 22, 2005.

The Deputy General Counsel sent this (Form SF95) personal injury tort claim to Mary-Ellan Krcha, IRS tort claims manager.

4

Mary-Ellan Krcha works in Washington, DC and resides in Vienna,
Virginia. Former IRS employee Buesgens was in Austin, Texas.

By telephone and by letter throughout, 2005 Mary-Ellan Krcha denied
receiving Buesgens tort claim. Mary-Ellan Krcha told Plaintiff that she did not
receive the tort claim.

In October, 2005, Plaintiff Buesgens filed a mail tampering and mail
theft complaint. At the United States Post Office and United States Postal
Inspection Service. Against Mary-Ellan Krcha, and the Internal Revenue
Service,(IRS) and the Department of the Treasury, and the Treasury Inspector
General for Tax Administration(TIGTA).

The postal inspectors in Washington, DC and Ft. Worth, Texas and
Austin, Texas colluded with IRS and TIGTA officials and refused to
investigate.

This produced another personal injury tort claim.

Buesgens filed this claim against the United States Postal Service.

Brittany R. Rowley, U.S. P.S., Paralegal in St. Louis, Missouri denied this
claim and Buesgens has not yet filed suit.

Mary-Ellan Krcha sent Buesgens a letter dated January 9, 2006.

The letter states that we have finally received your tort claim.

# THE ASSOCIATED AND RELATED WRONGDOING

# AT

# INTERNAL REVENUE SERVICE

# DEPARTMENT OF THE TREASURY

Creditor-Adversary Buesgens administrative tort claim became civil action No. 1:06CV01558RCL, filed at the U.S. District Court for the District of Columbia.

Plaintiff Buesgens filed civil no.1:06CV01558RCL on September 1, 2006. Judge Royce C. Lambert ordered the transfer of this case to Judge Earl Leroy Yeakel, III, and Austin, Texas on November 11, 2006.

Michael Lynn Salyards, IRS Attorney provided a perjured declaration that supported Karen Melnik, AUSA motion for transfer.

Miss Melnik submitted this perjured declaration to the court.

To support, her motion for transfer of civil no. 1:06CV01558RCL to Austin, Texas.

R. Barry Robinson, AUSA, assumed control of this case.

It became civil action no.1:07CV000967LY.

Mary-Ellan Krcha and Michael Lynn Salyards and Karen Melnik and R. Barry Robinson have continually refused to provide the record for the administrative claim to any court. That includes the Bankruptcy courts.

Mr. Salyards is the IRS General Legal Services Attorney who suborned perjury and concealed evidence of wrongdoing in EEO case no. 03-2339. Same thing in EEOC case no. 360-2003-8286X.

Those EEO and EEOC cases became the appeal in for civil action no.1:05CV00243SS.

R. Barry Robinson, AUSA submitted perjured declarations to the court.

Civil Action No. 1:05CV00243SS

October 10, 2006

**Declarations by the following IRS officials:**

**Michael Lynn Salyards**

**Anna S. Medlock**

**Melissa K. Gates**

# FORMER IRS EMPLOYEE BUESGENS HISTORY OF CASE FILINGS

## ADMINISTRATIVE-CIVIL-BANKRUPTCY-TAX COURT

**1. EEO Case No. 03-2339-Filed: 2003**

**2. EEOC Case No. 360-2003-8286X- Telephone Hearing- December 16, 2003**

**3. Civil No. 1:05CV00243SS-Filed: 04/29/2005**

**4. Federal Tort Claims Act-Administrative Filing: August 22, 2005**

**5. Civil No. 1:05CV02334RCL-Filed: 12/05/2005**

**6. IRS Bankruptcy Case No. 06-11164FRM-Filed: 07/31/2006**

**Donald Ray Tawney, Jr-IRS Manager Voluntary Chapter 7**
**Cheryl Ann Tawney-wife-IRS Manager**

**IRS officials failed and refused to enter Buesgens Personal Injury**
**TORT Claim on Bankruptcy Petition as required by the Bankruptcy Code**

**First Creditor's meeting on 09/01/2006**

**Failure to list Estate on petition**

**Randolph N. Osherow, Chapter 7 Trustee-FAILURE TO INVESTIGATE**

**Charles R. Nettles, IRS Bankruptcy Attorney-Continual Misrepresentations On the Bankruptcy petition**

**Charles R. Nettles, IRS Bankruptcy attorney lies to the Court about Creditor-Adversary Buesgens Claims In Bankruptcy Case No. 06-11164FRM**

**Creditor-Adversary Buesgens, was not told of Bankruptcy case filing**

**Form 23-Debtor Education Certificate NOT Filed until JANUARY 17, 2007**

**R. Barry Robinson, AUSA making the decisions in Bankruptcy Case No. 06-11164FRM, but never appearing**

**Nothing is related or associated with anything-Declares Robinson**

**R. Barry Robinson, AUSA tells IRS Bankruptcy Attorney Charles R. Nettles To use the closed case 1:05CV00243SS for the no Evidence of Buesgens Tort Claim**

**Nettles provides his analysis of IRS Reasonable Reassignment operations**

**And does a medical evaluation on Buesgens medical disability Bipolar at A hearing in Bankruptcy court-Case No. 06-11164FRM**

**Nettle's does not present the perjured declarations from Civil No.1:05CV00243SS to the Bankruptcy Court**

**Judge Sam Sparks declares that nothing will be related to anything**

**Judge Earl Leroy Yeakel, III does not know anything about the tort**

Claim Civil No. 1:07CV00967LY, being related to Bankruptcy Case
No. 06-11164FRM

Judge Earl Leroy Yeakel, III

Produces Orders for Creditor-Adversary Buesgens
Bankruptcy Case appeals:

1:07CV00127LY
1:07CV00156LY
1:07CV00209LY

Presiding over these appeals are the following:

Charles R. Nettles
R. Barry Robinson


7. Civil No. 1:06CV01558RCL-Filed: 09/01/2006
   Personal Injury Tort Claim

                    Michael L. Buesgens

                           V.

                 Donald Ray Tawney, Jr
                   Anna S. Medlock
                   Thomas J. Theis
                 Michael Lynn Salyards
                  Margaret F. Waites
                   Melinda Estrada
                Internal Revenue Service
              Department of the Treasury
               United States of America
                           Defendants, et.al.

10

**U.S. Attorneys failed to certify that the Federal agency officials were Acting within the scope of their official duties**

8. Buesgens Proof of Claim filed on October 12, 2006

9. Adversary Case No. 06-01248FRM-Filed: 10/22/2006

10. Bankruptcy Appeals-Austin, Texas
    1:07CV00127LY-IRS Bankruptcy Case No. 06-11164FRM
    1:07CV00156LY-IRS Bankruptcy Case No. 06-11164FRM
    1:07CV00209LY-IRS Bankruptcy Case No. 06-1248FRM

11. Adversary Case No. 07-10008 - District of Columbia

12. Appeal No. 1:07CV00859RBW

13. RELATED
    1:06cv01964RBW – District of Columbia

14. RELATED-Philadelphia, Pennsylvania
    Bankruptcy Case No. 07-13246JKF-Motion to Intervene
    Adversary Case No. 08-03006JKF- Buesgens
    Civil No. 2:06CV03071-Motion to Reopen
    Civil No. 2:07CV01541-Motion to Intervene

15. Adversary Case for (Bankruptcy Case No. 07-13246)
    Buesgens sent to

**U.S. Bankruptcy Court for the District of Columbia**
**Denied filing on March 6, 2008**

**Adversary Buesgens filed appeal of Bankruptcy Judge S. Martin Teel**
**Denial to file and received at Bankruptcy court on March 17, 2008.**

**16. U.S. TAX COURT**
   **Tax Court Case No. 5378-08**

**Michael L. Buesgens**

**V.**

**Commissioner, Internal Revenue Service**

# CREDITOR-ADVERSARY-PLAINTIFF

# MICHAEL L. BUESGENS

# THIRD PARTY PRACTICE COMPLAINT

# AGAINST

# ALL FEDERAL DEFENDANTS

# AND

# ATTORNEYS

# AND

# REPRESENTATIVES

# FACTS AND EVIDENCE OF WRONGDOING PRESENTED

The public record contains evidence of wrongdoing by federal defendants and attorneys.

The administrative records contain evidence of wrongdoing, by federal defendants and attorneys. IRS records, intentionally destroyed, withheld, and concealed from the courts by federal defendants and attorneys.

For example, email records evidence of IRS-Department of the Treasury official's wrongdoing in Plaintiff Buesgens, 2002-2003-2004-2005 reasonable reassignment requests at the IRS.

The IRS has an ongoing duty, to reassign federal employees. To the numerous jobs that become available through internal and external vacancy announcements at Federal agencies.

In Buesgens case that would mean to a job with reduced incoming telephone calls.

This is what he requested beginning in 2002.

To the following, federal agency grade levels, 5-6-7.

Buesgens reasonable reassignment request denied.

The only interactive process that Buesgens had was with Donald R. Tawney, Jr., and Margaret F. Waites, the IRS-Department of the Treasury reasonable reassignment coordinator.

That consisted of a one hour meeting with Tawney and Waites. The interactive process consisted of the following declarations from Tawney and Waites. Charles Washington, Jr director is going to poll departments for jobs.

The IRS-Department of the Treasury refuses to use the numerous vacancy announcements that the U.S. Office of Personnel Management fails to supervise at the IRS.

## WHAT IS POLLING DEPARTMENTS FOR A VACANCY?

It is Charles Washington, Jr sending a letter to IRS department heads in Austin, Texas.

Washington tells the department heads in Austin, Texas that Buesgens or some other IRS Employee is requesting a reasonable reassignment.

The department heads always respond with the following.

No jobs available anywhere and nothing in sight forever.

Do not make us your reasonable accommodation Coordinator.

It is a pattern and practice of misconduct and failure of duty by IRS-Department of the Treasury officials and their "In House" EEO staff.

Mariam G. Harvey, Director, EEO programs at the Department of the Treasury, Washington, DC, is the respondeat superior.

## GRADE 4, CLERK JOB IS THE ONLY JOB AVAILABLE

It is a punishment for requesting reasonable reassignment.

Provide a reassignment to the lowest paid job you can.

Not just for Buesgens, but other IRS employees as well.

The Grade 4 - Clerk job, consistently used by the IRS-Department of the Treasury Officials.

To punish, any federal employee

That requests a reasonable reassignment,

Based on a mental disability

16

**THIS IS A PATTERN AND PRACTICE
OF
WILLFUL AND INTENTIONAL MISCONDUCT
BY
INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
OFFICIALS
IS
SUPPORTED
BY THE FOLLOWING:**

**INTERNAL REVENUE SERVICE ATTORNEYS
UNITED STATES ATTORNEYS
NATIONWIDE
BY
UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
BY
UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
BY
NATIONAL TREASURY EMPLOYEES UNION**

The only job available for the former IRS Employee Michael L. Buesgens is a Grade 4. Buesgens was a Grade 8, Step 5.

When in fact their were other jobs available at the Grades 5 and 6 and 7 That he qualified for with or without a reasonable accommodation.

Plaintiff Buesgens declined that Grade 4 job.

That produced the following responses from IRS official Donald Tawney, Jr.

The soft-spoken Donald R. Tawney, Jr. verbally threatened termination.

The soft-spoken Donald R. Tawney, Jr. verbally threatened removal.

The soft-spoken Donald R. Tawney, Jr. verbally threatened downgrade.

See the evidence of wrongdoing in the 2003 Emails to confirm this version of events.

Donald R. Tawney, Jr threats produced the following response from Michael L. Buesgens.

Buesgens notifies his doctor that he will be fired and has to do something about this now.

Therefore, Buesgens doctor will sign a release for his to return to full time unrelenting incoming telephone calls from taxpayers.

That produced the following response from MARGARET F. WAITES,

reasonable Accommodation coordinator, and MELINDA LUNA ESTRADA,

Territory Manager, Department of the Treasury.


**MARGARET F. WAITES contacts with the following:**


U.S. Department of Health & Human Services-HHS

Program Support Center-PSC

Federal Occupational Health Services-FOHS

Neal Lee Presant, MD, IME
Medical Director,
Occupational Medicine
Federal Occupational Health Services-FOHS
Bethesda, Maryland

James William Allen, Jr., MD, MPH
Occupational Medicine
Wilmington, Delaware

Mark Norman Frank, MD
Occupational Medicine
Boulder, Colorado
See Doctor Frank's letter to IRS dated January 29, 2003

This time James William Allen, MD, MPH issues his letter. See his

Letter dated May 7, 2003.

Allen issues his letter without reviewing the letter from Mark Norman Frank, MD.

James William Allen, MD, MPH does not know.

Does not want know Buesgens or any of the circumstances surrounding the foregoing events?

Neal Lee Presant, MD, IME does not want to know.

Nor does he have any interest in a medical standard of care.

Margaret F. Waites, IRS-Treasury reasonable accommodation coordinator.

Where is Waites?

What does Waites do?

Who tells Waites what to do?

Not any attorney's knows Waites.

No court has ever seen Waites.

**Thomas J. Theis, Labor Relations Specialist**

**See his 2003 Emails**

**To the Following:**

**Donald R. Tawney, Jr.**
**Anna S. Medlock**
**Melinda Luna Estrada**
**Margaret F. Waites**
**Nancy A. Session**
**Charles Washington, Jr.**

**Where is Thomas J. Theis?**

**Where are those good 2003 records that he told everyone to keep on**

**Buesgens Reasonable reassignment?**

**None of the Attorney's knows Theis**

**Theis not found**

**The foregoing misconduct produced the following:**

21

Buesgens Involuntary Disability Retirement on March 7, 2005

That produced the continuing-ongoing litigation that began on April 29, 2005

at Judge Sam Sparks Court with the filing of Civil No. 1:05Cv00243SS.

Civil No. 1:05CV00243SS is the appeal of EEOC No. 360-2003-8286X and EEO

No. 03-2339.

EEOC No. 360-2003-8286X, and EEO No. 03-2339 are the denial of reasonable

reassignment that began in 2002 and continued to 2005.


## WHERE ARE THE RECORDS-NOBODY KNOWS


Administrative records at the Internal Revenue Service and Department

of the Treasury and U.S. Department of Health & Human Services-Program

Support Center-Federal Occupational Health Services-Occupational Medicine

Doctors and U.S. Office of Personnel Management, and U.S. Equal

Employment Opportunity Commission.

In addition, the public record at U.S. Bankruptcy Court, Washington, DC

and U.S. District Court, Washington, DC and U.S. Bankruptcy Court, Austin,

TX and U.S. District Court, Austin, TX and U.S. District Court, Kansas City, KS

and U.S. District Court, Seattle, WA, contain records of wrongdoing by federal defendants and attorneys. Records are readily available.

Records of court case filings by federal defendants and attorneys.

# DECLARATIONS AND SUBMISSIONS TO THE COURTS

# THAT HANG

# THEM WITH THEIR OWN MISLEADING STATEMENTS OF FACT AND

# MISREPRESENTATIONS OF EVIDENCE

This motion to dismiss by federal defendants and attorneys, supported by the bankruptcy crimes that occurred in IRS bankruptcy case No.06-11164FRM. Is Related to the criminal misconduct that occurred in Buesgens personal injury administrative tort claims on August 22, 2005. By federal agency officials Mary-Ellan Krcha, and Mark S. Kaizen, and Michael Lynn Salyards in Washington, DC and Dallas, Texas.

This administrative claim became Civil Action No. 1:06CV01558RCL.

At the U.S. District Court for the District of Columbia. This civil action was Subject to more misconduct that is criminal. The tortfeasors that participated in this criminal misconduct are Karen Melnik, AUSA and Michael Lynn Salyards, IRS-GLS Attorney.

See Michael Lynn Salyards perjured declarations in the following Civil actions 1:06CV01558RCL and 1:05CV02334RCL and 1:05V00243SS. Salyards, declares that Buesgens worked his entire career at the Internal Revenue Service in Austin, Texas. That is a lie. Attorney Salyards is aware that Buesgens began working at the IRS in 1990, in Phoenix, Arizona.

That Buesgens began Work at the IRS in Austin, Texas in 1996 at the following location.

IRS-FAP-AUSTIN, LLC-BUILDING
IRS-FAP-AUSTIN, LP-BUILDING

$16,000,000.00-ASSET
IRS BANKRUPTCY CASE NO.06-11164FRM-FILED: 07/31/06
IRS BANKRUPTCY CASE NO.06-11164FRM-1ST CREDITOR MEETING: 09/01/06
IRS BANKRUPTCY CASE NO.06-11164FRM-NO ESTATE
IRS BANKRUPTCY CASE NO.06-11164FRM-DISCHARGED: 02/07/07
BUESGENS PERSONAL INJURY-TORT CLAIM-FILED: 09/01/06-DC
UNDER THE FEDERAL TORT CLAIMS ACT-CIVIL NO.1:06CV01558RCL

1821 DIRECTORS BLVD
AUSTIN, TEXAS 78744

IRS officials Donald Ray Tawney and Cheryl Ann Tawney perform their supervisory duties for reasonable reassignment and medical record reviews and evaluations for reasonable reassignment at the IRS-Fap-Austin, LLP, and customer service building.

The owner of this building resides in Washington, DC.

Moreover, the misconduct and wrongdoing engaged in by the foregoing. Was supervised by the following other players at this building.

Anna Saucedo Medlock, IRS Operations Manager 2

Nancy A. Session, Former IRS Operations Manager

Charles Washington, Jr., Former Director-Retired

Richard R. Auby, the new Director at IRS-FAP-AUSTIN, LLC

Melinda Luna Estrada, Territory Manager,
IRS-Treasury-"In House" EEO program
Austin, Texas

Melissa K. Gates, Chief
IRS, Labor Relations

Thomas J. Theis, Labor Relations Specialist,
In civil action No.1:06CV01558RCL
Defendants

Plaintiff Buesgens involuntarily retired from the IRS on March 7, 2005.

Buesgens met the qualifications for reassignment.

The IRS failed to reassign Buesgens to a reasonable reassignment.

For any of the jobs at the following grade levels, 5 and 6 and 7.

Buesgens qualified for those jobs based on education and training.

Reassignment includes internal and external vacancy announcements.

IRS-Treasury officials were aware of jobs that would be available.

Respectfully Submitted,

Michael L. Buesgens

March 18, 2008

26

# CERTIFICATE OF SERVICE

**I certify that one true of this response to motion to dismiss was**

**Served by first class mail on this 20th day of March, 2008,**

**addressed as follows:**

Pat S. Genis, AUSA
Tax Division
Karen Melnik, AUSA
Michael Lynn Salyards, IRS Attorney
Mary-Ellan Krcha
Thomas J. Theis
Margaret F. Waites
Mariam G. Harvey
Dee Dee Byrd Cobb, Atlanta, GA
Charles R. Nettles, IRS Bankruptcy Attorney
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044


R. Barry Robinson, AUSA
Charles R. Nettles, IRS Bankruptcy Attorney
Donald Ray Tawney, Jr
Linda Stiff, Acting Commisioner
Henry Paulson, Secretary
Elizabeth Cottingham, AUSA-TIGTA
Michael Lynn Salyards, IRS Attorney
Randolph N. Osherow, Chapter 7 Trustee
816 Congress Avenue, Suite 1000
Austin, Texas 78701

**Michael L. Buesgens**

**3112 Windsor Rd., A322**

**Austin, Texas 78703**

**Phone: 512-339-6005X7958**

**Email: mikebuesgens@hotmai.com**

03/18/08
# U N I T E D   S T A T E S   T A X   C O U R T
## D O C K E T   E N T R I E S

**Docket No.   5378-08**                                          **INDEX**
**Michael L. Buesgens**
          **v. COMMISSIONER OF INTERNAL REVENUE**

                              **Pro Se**

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT | DTE | SERVED | M |
|-----|------|-------|-------------------------|----------|-----|--------|---|
| 0001 | 03/03/08 | PF | PETITION Filed:Fee Paid | R | 03/10/08 | | |
| 0002 | 03/03/08 | REQT | REQUEST for Place of Trial at Washington, DC | R | 03/10/08 | | |